USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/14/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :    11 Civ. 5201  (DLC)
                                        :    11 Civ. 6188  (DLC)
FEDERAL HOUSING FINANCE AGENCY,         :    11 Civ. 6189  (DLC)
                                        :    11 Civ. 6190  (DLC)
                    Plaintiff,          :    11 Civ. 6192  (DLC)
                                        :    11 Civ. 6193  (DLC)
          -v-                           :    11 Civ. 6195  (DLC)
                                        :    11 Civ. 6196  (DLC)
                                        :    11 Civ. 6198  (DLC)
UBS AMERICAS INC., et al.,              :    11 Civ. 6200  (DLC)
                    Defendants;         :    11 Civ. 6201  (DLC)
                                        :    11 Civ. 6202  (DLC)
                                        :    11 Civ. 6203  (DLC)
And other FHFA cases.                   :    11 Civ. 6739  (DLC)
                                        :    11 Civ. 7010  (DLC)
                                        :    11 Civ. 7048  (DLC)
----------------------------------------X

                                             PRETRIAL
                                             SCHEDULING ORDER


     As set forth at the conference held on June 13, 2012, the
following schedule shall govern the further conduct of pretrial
proceedings in these cases:

## 2012

6/13/12   Plaintiff was required to have filed amended pleadings
          in the "Fraud Claim Cases": 11 Civ. 6188 (DLC), 11
          Civ. 6192 (DLC), 11 Civ. 6198 (DLC), 11 Civ. 6202
          (DLC), 11 Civ. 6739 (DLC), 11 Civ. 7010 (DLC).

6/25/12   The parties shall inform the Court in a letter of no
          longer than two pages of any unresolved disputes
          regarding electronic discovery.

6/25/12   Counsel in FHFA v. First Tennessee Bank, 12 Misc. 193
          (DLC), shall inform the Court of whether the motion to
          enforce FHFA's administrative subpoenas is moot.

6/28/12   Deadline to amend the pleadings in the "Non-Fraud
          Claim Cases": 11 Civ. 6189 (DLC), 11 Civ. 6190 (DLC),

              11 Civ. 6193 (DLC), 11 Civ. 6195 (DLC), 11 Civ. 6196 (DLC), 11 Civ. 6200 (DLC), 11 Civ. 6201 (DLC), 11 Civ. 6203 (DLC), 11 Civ. 7048 (DLC).

**7/13/12**    Any motion to dismiss in Fraud Claim Cases due.

            **9/7/12**    Opposition due.
            **9/28/12**   Any reply due.

**8/17/12**    Any motion to dismiss in Non-Fraud Claim Cases due.

            **10/5/12**   Opposition due.
            **10/26/12**  Any reply due.

**9/7/12**     By this date, parties in all cases must contact the chambers of Magistrate Judge Francis to arrange for settlement discussions under his supervision to take place in Fall 2012.

**9/30/12**    Document production in all cases must be substantially complete.

**11/1/12**    The parties shall file submissions of no longer than ten pages addressed to: (1) the schedule for expert discovery in each case, (2) limitations on depositions of third parties in each case, and (3) protocols for noticing and scheduling depositions.

**11/9/12**    There will be a status conference for all parties in all actions at 10:30 a.m. in Courtroom 15B, United States Courthouse, 500 Pearl Street, New York, New York.

## 2013

**1/2/13**     Depositions begin in all cases.

**6/14/13**    All fact and expert discovery in 11 Civ. 5201 ("UBS") must be completed.

**7/12/13**    Deadline to file any summary judgment motion in UBS.

                8/9/13     Opposition due.
                8/30/13    Any reply due.

12/6/13    All fact and expert discovery in all remaining cases must be completed.

12/6/13    The Joint Pretrial Order must be filed in UBS. As described in greater detail in this Court's Individual Practices in Civil Cases, the following documents must be filed with the Pretrial Order: Voir Dire, Requests to Charge and a Memorandum of Law addressing all questions of law expected to arise at trial.

                12/13/13   Opposition to any motion in limine due.
                12/20/13   Any reply due.

### 2014

Tr.1    1/13/14    The trial in UBS will begin at 9:30 a.m.

        1/24/14    Deadline to file any summary judgment motion in cases other than UBS.

                3/21/14    Opposition due.
                4/11/14    Any reply due.

        5/2/14     Joint Pretrial Orders must be filed in Tranche 2 cases: 11 Civ. 6188 ("Chase") and 11 Civ. 6202 ("Merrill").

                5/9/14     Opposition to any motion in limine due.
                5/16/14    Any reply due.

Tr.2    6/2/14     Trials will begin in Chase and Merrill. In the event Chase settles before trial, a Tranche 3 case will also go to trial on 6/2/14 or shortly thereafter.

        8/1/14     Joint Pretrial Orders must be filed in Tranche 3 cases: 11 Civ. 6192 ("Deutsche Bank"); 11 Civ. 6198 ("Goldman Sachs"); and 11 Civ. 6200 ("Credit Suisse").

                8/15/14    Opposition to any motion in limine due.

|   |         |                                                                                  |
|---|---------|----------------------------------------------------------------------------------|
|   | 8/22/14 | Any reply due.                                                                   |
|Tr.3| 9/29/14 | Trials will begin in Deutsche Bank, Goldman Sachs and Credit Suisse.          |

## 2015

| | | |
|---|---|---|
|Tr.4| 1/2015 | Tranche 4 trials begin. Tranche 4 will contain all remaining cases that have not settled. |

   IT IS HEREBY ORDERED that at the time any motion is fully briefed, the moving party shall supply two courtesy copies of all motion papers to Chambers by mail or delivery to the United States Courthouse, 500 Pearl Street, New York, New York.

   IT IS FURTHER ORDERED that the following procedures shall govern the conduct of the trial in UBS.

1. All exhibits must be pre-marked.

2. At the start of the trial each party will present the Court with the following documents:

    (a) Three copies of a complete exhibit list.

    (b) A set of pre-marked exhibits assembled sequentially i) in a looseleaf binder, or ii) in separate manila folders labeled with the exhibit numbers and placed in a suitable container or box for ready reference.

    (c) The exhibits should include copies of the sections of any depositions that are intended to be offered into evidence and any charts or summaries of evidence.

3. Counsel should be available every day at 9:00 a.m. (except for the first day of trial) in order to discuss with the Court any legal or evidentiary issues expected to arise during the day.

4. Testimony will generally be taken between 9:30 a.m. and 5:00 p.m. from Monday through Thursday. There will be a mid-morning recess, a mid-afternoon recess, and a lunch break from 12:45 p.m. to 2 p.m.

5.  There should be no sidebars during jury trials.  Counsel are expected to anticipate any problems that might require a ruling from the Court and to raise those issues with the Court in advance of the time that the jury will be hearing the evidence.

6.  If counsel intend to distribute copies of documentary exhibits to the jury, make a separate copy for each juror.

7.  Counsel should make certain that they have custody of all original exhibits.  The Court does not retain them and the Clerk is not responsible for them.

Dated:    New York, New York
          June 14, 2012

                              _____
                                      DENISE COTE
                              United States District Judge