**quinn emanuel** trial lawyers | washington, dc

777 Sixth Street NW, 11th Floor, Washington, District of Columbia 20001-3706 | TEL (202) 538-8000 FAX (202) 538-8100

5/5/2014

May 2, 2014

**MEMO ENDORSED**

VIA ECF

The Honorable Denise L. Cote
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1610
New York, NY 10007-1312

Re:   FHFA v. Nomura Holding America Inc., et al., No. 11-cv-6201 (S.D.N.Y.) (DLC)

Dear Judge Cote:

Pursuant to the Court's Order of April 23, 2014, Nomura has advised FHFA that it desires that certain material submitted with FHFA's Motion for Partial Summary Judgment on the Issue of the GSEs' Knowledge be redacted. The parties jointly request that they have until May 5, 2014 to submit proposed redactions.

Respectfully submitted,

/s/ Jonathan C. Eser
Jonathan C. Eser
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
777 6th St., N.W. 11th Floor
Washington, D.C. 20001
(202) 538-8000
*Counsel for Plaintiff Federal Housing Finance Agency*

/s/ Amanda Davidoff
Amanda Davidoff
SULLIVAN & CROMWELL, LLP
1700 New York Avenue, N.W.
Washington, D.C. 20006
(202) 956-7500
*Counsel for Nomura Defendants*

Granted.
Denise Cote
May 5, 2014

quinn emanuel urquhart & sullivan, llp

LOS ANGELES | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | LONDON | TOKYO | MANNHEIM | MOSCOW | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG | BRUSSELS