# EXHIBIT 19
# Redacted

# In The Matter Of:

*(C-"FHFA") FEDERAL HOUSING FINANCE AGENCY, ETC.*
*v.*
*HSBC NORTH AMERICA HOLDINGS INC., ET. AL.*

---

## SAMUEL HERRNSON - Vol. 1
### October 15, 2013

---

**MERRILL CORPORATION**

LegaLink, Inc.

225 Varick Street
10th Floor
New York, NY 10014
Phone: 212.557.7400
Fax: 212.692.9171

SAMUEL HERRNSON - 10/15/2013

Page 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------x
FEDERAL HOUSING FINANCE
AGENCY, AS CONSERVATOR FOR      :
THE FEDERAL NATIONAL
MORTGAGE ASSOCIATION AND        :
THE FEDERAL HOME LOAN
MORTGAGE CORPORATION,           :

             Plaintiff,      : 11 CIV. 6189

vs.
                      : (DLC)

HSBC NORTH AMERICA HOLDINGS,
INC.; HSBC USA, INC.; HSBC      :
MARKETS (USA), INC.; HSBC
BANK USA, N.A.; HSI ASSET       :
SECURITIZATION CORPORATION;
HSBC SECURITIES (USA), INC.;    :
NEAL LEONARD; GERARD MATTIA;
TODD WHITE; NORMAN CHALEFF;     :
and JON VOIGTMAN,
                      :

             Defendants.
------------------------------x


     Videotaped Deposition of SAMUEL HERRNSON,

held at the offices of QUINN EMANUEL

URQUHART & SULLIVAN LLP, 51 Madison Avenue,

New York, New York, before Frank J. Bas, a

Registered Professional Reporter, Certified

Realtime Reporter and Notary Public within and

for the State of New York.

SAMUEL HERRNSON - 10/15/2013

```
 1    A P P E A R A N C E S:

 2

 3    QUINN EMANUEL URQUHART & SULLIVAN LLP

 4    Attorneys for Plaintiff

 5        1299 Pennsylvania Avenue, Northwest

 6        Suite 825

 7        Washington, D.C.  20004

 8    BY:  ZACH WILLIAMS, ESQ.

 9        zachwilliams@quinnemanuel.com

10

11    QUINN EMANUEL URQUHART & SULLIVAN LLP

12    Attorneys for Plaintiff

13        51 Madison Avenue, 22nd Floor

14        New York, New York  10010

15    BY:  LERON THUMIM, ESQ.

16        leronthumim@quinnemanuel.com

17

18    SIMPSON THACHER & BARTLETT, LLP

19    Attorneys for Defendant Deutsche Bank

20        425 Lexington Avenue

21        New York, New York  10017-3954

22    BY:  ELIZABETH J. SHUTKIN, ESQ.

23        elizabeth.shutkin@stblaw.com

24        (Present via Telephone)

25
```

SAMUEL HERRNSON - 10/15/2013

Page 3

```
 1    A P P E A R A N C E S    C O N T I N U E D

 2

 3    MAYER BROWN LLP

 4    Attorneys for the HSBC Defendants and the

 5    Witness

 6          1675 Broadway

 7          New York, New York  10019

 8    BY:  JOHN M. CONLON, ESQ.

 9          jconlon@mayerbrown.com

10          MARK G. HANCHET, ESQ.

11          mhanchet@mayerbrown.com

12          CHARLES S. KORSCHUN, ESQ.

13          ckorschun@mayerbrown.com

14

15    ALSO PRESENT:

16          Michael Drenkalo, Videographer

17

18

19

20

21

22

23

24

25
```

SAMUEL HERRNSON - 10/15/2013

Page 4

```
 1    ---------------I N D E X --------------------

 2    WITNESS          EXAMINATION BY          PAGE

 3    SAMUEL HERRNSON   MR. WILLIAMS            13

 4

 5    ----- EXHIBITS MARKED IN TODAY'S SESSION ----

 6    NUMBER                           FOR ID

 7    Exhibit 42800......................... 15

 8    Deposition Background Questionnaire

 9    (No Bates)

10

11    Exhibit 42801......................... 52

12    E-mails Ending at E-mail dated 3/16/07

13    From M. Wirth to S. Herrnson, with

14    Attachments

15    HSBC-FHFA 01363391 - 329

16

17    Exhibit 42802......................... 91

18    E-mails Ending at E-mail dated 3/7/06

19    From M. Wirth to P. Norris, with

20    Attachments

21    HSBC-FHFA 03335363 - 394

22

23

24

25
```

SAMUEL HERRNSON - 10/15/2013

```
 1      ------------- EXHIBITS CONTINUED -------------

 2

 3      Exhibit 42803........................  103

 4      E-mail dated 7/6/06 from

 5      S. Herrnson to P. Chmiel

 6      HSBC-FHFA 04821088

 7

 8      Exhibit 42804........................  106

 9      E-mails Ending at E-mail dated 11/28/06

10      From S. Herrnson to A. Dyson, with

11      Attachments

12      HSBC-FHFA 03344892 - 966

13

14      Exhibit 42805........................  123

15      E-mails Ending at E-mail dated 4/5/06

16      From S. Herrnson to S. Salahuddin,

17      with Attachments

18      HSBC-FHFA 03316508 - 551

19

20      Exhibit 42806........................  133

21      E-mail dated 5/11/07 from

22      S. Herrnson to S. Salahuddin

23      HSBC-FHFA 0794805 - 806

24

25
```

SAMUEL HERRNSON - 10/15/2013

Page 6

```
 1      ------------- EXHIBITS CONTINUED -------------

 2

 3      Exhibit 42807......................... 139

 4      E-mails Ending at E-mail dated 12/15/06

 5      From S. Herrnson to S. Thomas

 6      HSBC-FHFA 07889405 - 408

 7

 8      Exhibit 42808......................... 147

 9      E-mail dated 5/16/07 from S. Herrnson

10      To S. Salahuddin, with Attachments

11      HSBC-FHFA 07892537 - 550

12

13      Exhibit 42809......................... 152

14      E-mails Ending at E-mail dated 6/5/07

15      From S. Herrnson to M. Wirth, with

16      Attachment

17      HSBC-FHFA 04387734 - 736

18

19      Exhibit 42810......................... 191

20      E-mail dated 11/27/06 from

21      S. Herrnson to M. Wirth

22      HSBC-FHFA 07136099 - 100

23

24

25
```

SAMUEL HERRNSON - 10/15/2013

```
1      ------------- EXHIBITS CONTINUED -------------

2      Exhibit 42811.......................... 193

3      E-mails Ending at E-mail dated 11/27/06

4      From S. Herrnson to J. Greco

5      HSBC-FHFA 07889423 - 425

6

7      Exhibit 42812.......................... 206

8      E-mails Ending at E-mail dated 4/4/06

9      From S. Herrnson to P. Chmiel

10     HSBC-FHFA 01941051 - 052

11

12     Exhibit 42813.......................... 215

13     E-mail dated 4/7/06 from

14     S. Herrnson to M. Murray

15     HSBC-FHFA 04387620

16

17     Exhibit 42814.......................... 218

18     E-mails Ending at E-mail dated 5/30/06

19     From S. Herrnson to P.K. Banks

20     HSBC-FHFA 01941046 - 048

21

22     Exhibit 42815.......................... 221

23     E-mail dated 2/26/07 from S. Herrnson,

24     With Attachments

25     HSBC-FHFA 07891872 - 885
```

SAMUEL HERRNSON - 10/15/2013

```
 1      ----- EXHIBITS MARKED IN PRIOR SESSIONS -----

 2

 3     Exhibit 12403........................  29

 4     HSBC Mortgage Backed Securities Org Charts

 5     HSBC-FHFA 06352329 - 348

 6

 7     Exhibit 12407........................  171

 8     Series 2006-HE2 Prospectus Supplement to

 9     Prospectus dated 4/3/06

10     HSBC-FHFA 0030588 - 651

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

SAMUEL HERRNSON - 10/15/2013

```
 1               S T I P U L A T I O N

 2

 3        Upon completion of the transcript of

 4     today's session, the original transcript shall

 5     be sent to counsel for the witness by the

 6     court reporter.  Counsel shall promptly

 7     forward it to the witness for review,

 8     correction, and signature under penalty of

 9     perjury.  The witness shall have 30 calendar

10     days from the day of receipt of the original

11     transcript (not including any preliminary or

12     "rough" transcripts) within which to review,

13     make any correction, sign the deposition

14     transcript under penalty of perjury, and

15     return it to counsel.  The witness's counsel

16     shall then forward the original transcript

17     plus corrections to the court reporter, who

18     will promptly notify all counsel of its

19     receipt and any changes to testimony made by

20     the witness.

21        If the witness is not represented by

22     counsel, the original transcript will be sent

23     to the witness by the court reporter.  After

24     review, correction, and signature within 30

25     calendar days from the date of receipt, the
```

Case 1:11-cv-06201-DLC   Document 675-1   Filed 05/14/14   Page 12 of 21

SAMUEL HERRNSON - 10/15/2013

Page 10

```
 1    witness shall return the original transcript

 2    to the court reporter, who will notify all

 3    counsel of its receipt and any changes to

 4    testimony by the witness.

 5         The court reporter will deposit the

 6    original transcript on a secure website.  If,

 7    for any reason, the original is lost,

 8    misplaced, not returned, not signed, or

 9    unavailable, a certified copy may be used in

10    it place for all purposes.  The court reporter

11    is otherwise relieved of any statutory duties.

12

13                    *    *    *    *

14

15

16

17

18

19

20

21

22

23

24

25
```

SAMUEL HERRNSON - 10/15/2013

```
 1                    S. HERRNSON

 2                  October 15, 2013

 3                 New York, New York

 4                       ---                    09:00:40

 5              THE VIDEOGRAPHER:  At the       09:00:40

 6    outset of the deposition on the record all 09:00:41

 7    counsel, both at the site and by remote    09:00:43

 8    access, shall identify themselves and state 09:00:48

 9    whom they represent.  If any counsel       09:00:49

10    participating remotely joins the deposition 09:00:51

11    after it starts, that counsel will identify 09:00:53

12    himself or herself upon joining.           09:00:55

13              We're now recording and on the  09:00:57

14    record.                                    09:00:58

15              My name is Michael Drenkalo,     09:00:59

16    Certified Legal Video Specialist from Merrill 09:01:01

17    Legal Solutions.  Today's date is October  09:01:04

18    15th, 2013.  The time is 9:01 a.m.         09:01:05

19              We're at the offices of Quinn    09:01:08

20    Emanuel Urquhart & Sullivan LLP, 51 Madison 09:01:11

21    Avenue, New York, New York, to take the    09:01:13

22    videotaped deposition of Samuel Herrnson in 09:01:16

23    the matter of Federal Housing Finance Agency 09:01:18

24    versus HSBC North America Holdings, Inc.,   09:01:21

25    et al., in the United States District Court 09:01:25
```

SAMUEL HERRNSON - 10/15/2013

| | | |
|---|---|---|
| 1 | S. HERRNSON | |
| 2 | for the Southern District of New York. | 09:01:27 |
| 3 | If counsel would please | 09:01:29 |
| 4 | introduce themselves for the record. | 09:01:31 |
| 5 | MR. WILLIAMS:  Zach Williams, | 09:01:33 |
| 6 | Quinn Emanuel, representing FHFA. | 09:01:35 |
| 7 | MR. THUMIM:  Leron Thumim from | 09:01:38 |
| 8 | Quinn Emanuel, representing FHFA. | 09:01:39 |
| 9 | MR. CONLON:  John Conlon of | 09:01:42 |
| 10 | Mayer, Brown, representing the witness and | 09:01:44 |
| 11 | HSBC. | 09:01:46 |
| 12 | MR. KORSCHUN:  Charles Korschun | 09:01:49 |
| 13 | for Mayer, Brown, representing the witness and | 09:01:51 |
| 14 | HSBC. | 09:01:52 |
| 15 | MR. HANCHET:  Mark Hanchet of | 09:01:54 |
| 16 | Mayer Brown, representing HSBC. | 09:01:55 |
| 17 | THE VIDEOGRAPHER:  And counsel | 09:01:57 |
| 18 | on the phone? | 09:01:57 |
| 19 | MS. SHUTKIN:  Yes.  This is | 09:01:59 |
| 20 | Elizabeth Shutkin from Simpson Thacher. | 09:01:59 |
| 21 | THE VIDEOGRAPHER:  Our court | 09:02:02 |
| 22 | reporter today is Frank Bas of Merrill Legal | 09:02:03 |
| 23 | Solutions, who will now swear in the witness. | 09:02:05 |
| 24 | — — — | 09:02:06 |
| 25 | | |

SAMUEL HERRNSON - 10/15/2013

```
 1                    S. HERRNSON
 2    S A M U E L   H E R R N S O N,
 3         called as a witness, having been duly
 4         sworn by a Notary Public (Frank J. Bas),
 5         was examined and testified as follows:
 6    EXAMINATION                                      09:02:07
 7    BY MR. WILLIAMS:                                 09:02:07
 8         Q.    Good morning, Mr. Herrnson.           09:02:19
 9               Could you spell your name for         09:02:21
10    the record?                                      09:02:22
11         A.    Sure.  Samuel, S-A-M-U-E-L;           09:02:22
12    Herrnson, H-E-R-R-N-S-O-N.                       09:02:26
13         Q.    Could you state your current          09:02:28
14    address?                                         09:02:30
15         A.    ████████████████████████             09:02:31
16    ████████████████████████                         09:02:35
17         Q.    Have you ever been deposed            09:02:40
18    before?                                          09:02:43
19         A.    No.                                   09:02:44
20         Q.    Okay.  Well, then we'll start         09:02:45
21    with a few rules of the road.  I'm going to      09:02:47
22    ask questions, and answer audibly, no -- if      09:02:51
23    there's a yes-or-no, no nodding your head or     09:02:55
24    shaking your head.  The court reporter has to    09:02:57
25    hear your answer.                                09:03:00
```

Case 1:11-cv-06201-DLC   Document 675-1   Filed 05/14/14   Page 16 of 21

SAMUEL HERRNSON - 10/15/2013

Page 94

```
 1                      S. HERRNSON
 2    don't -- I don't -- because I did not -- this      10:57:00
 3    was not really my job, other than                  10:57:03
 4    facilitating, the thought of me even opening       10:57:07
 5    up one of the files, I don't even remember         10:57:10
 6    ever doing that.                                   10:57:12
 7            Q.    Did you ever send loan files to      10:57:13
 8    Fannie Mae?                                        10:57:15
 9            A.    I -- whatever I was given from       10:57:15
10    Mark or Mark [sic] I sent to either -- I don't     10:57:18
11    think I sent it to Paul, but to Shayan.            10:57:22
12            Q.    To someone over there?              10:57:24
13            A.    Somebody.                            10:57:26
14            Q.    Okay.                                10:57:27
15            A.    But I can't tell you                 10:57:28
16    specifically what -- because it was always --      10:57:29
17    it was always agreed upon, whatever they gave      10:57:30
18    me, just forward it.  I think there were times     10:57:32
19    they forwarded themselves, like this one.          10:57:35
20            Q.    Okay.                                10:57:37
21            A.    So I wasn't always involved in       10:57:38
22    the process of forwarding.                         10:57:39
23            Q.    Okay.  But you don't recall          10:57:40
24    forwarding loan files to Fannie Mae or Freddie     10:57:42
25    Mac.  Is that correct?                             10:57:47
```

SAMUEL HERRNSON - 10/15/2013

Page 95

```
 1                      S. HERRNSON
 2          A.    I don't recall exactly what I          10:57:48
 3    sent to them.                                       10:57:49
 4          Q.    Okay.  Do you ever recall              10:57:50
 5    forwarding loan tapes, Excel spreadsheets of        10:57:51
 6    loan characteristics?                               10:57:55
 7          A.    All I can tell you is that I            10:57:56
 8    forwarded the information that Mark and Martin       10:57:57
 9    gave me.                                             10:58:00
10          Q.    Okay.  And when Fannie Mae sent        10:58:00
11    materials back to you with their changes, do        10:58:07
12    you recall receiving those?                          10:58:12
13          A.    I'm sure I did, but I don't            10:58:14
14    recall.  I mean, I was the contact, so I --          10:58:17
15    I'm just, again, speculating that I did.  But       10:58:21
16    there was communication between the two of          10:58:24
17    them, or the three of them, or whomever.             10:58:26
18          Q.    What form would you have               10:58:30
19    received information from Fannie Mae?                10:58:33
20          A.    Um --                                   10:58:35
21          Q.    Their changes to the pool, what        10:58:37
22    form would that have come in?                        10:58:39
23          A.    It would have to be some sort          10:58:41
24    of e-mail, I would bet.  Or it could be an          10:58:43
25    attachment to a Bloomberg.  I don't --             10:58:45
```

SAMUEL HERRNSON - 10/15/2013

Page 107

```
 1                      S. HERRNSON
 2      identification.)                              11:13:24
 3                      ---                           11:13:40
 4           A.    Am I just looking at the first     11:13:40
 5      chart, or do you want me to go through this   11:13:43
 6      whole thing?                                  11:13:44
 7           Q.    No, I'm interested also in the     11:13:44
 8      attachment.                                   11:13:46
 9                 And just to lead you in the        11:14:14
10      right place, I'm curious a little bit about   11:14:16
11      the cover e-mail, but also the cover sheet of 11:14:19
12      one of the attachments at Bates -- at Page    11:14:22
13      Number 03344897.                              11:14:26
14                 Okay.  So with respect to the      11:14:31
15      cover e-mail, it looks like this was sent by  11:14:32
16      you to AshleyDyson@FannieMae.com.             11:14:36
17                 Do I have that correct?            11:14:40
18           A.    You do.                            11:14:41
19           Q.    Okay.  Do you recall sending       11:14:42
20      this e-mail?                                  11:14:44
21           A.    No.                                11:14:46
22           Q.    Okay.  Do you recall sending       11:14:46
23      e-mails of this sort, with term sheets        11:14:48
24      attached, to individuals at Fannie Mae with   11:14:51
25      any frequency?                                11:14:56
```

SAMUEL HERRNSON - 10/15/2013

Page 108

| | | |
|---|---|---|
| 1 | S. HERRNSON | |
| 2 | A.    I sent attachments to Shayan | 11:14:58 |
| 3 | whenever we had a deal.  I sent, obviously, to | 11:15:04 |
| 4 | Ashley, if she was working on the deal for | 11:15:09 |
| 5 | him. | 11:15:14 |
| 6 | Q.    At what point of the process | 11:15:17 |
| 7 | would this have been sent along, in the sort | 11:15:18 |
| 8 | of chronology? | 11:15:21 |
| 9 | A.    If this was a new deal, which I | 11:15:22 |
| 10 | only sold them, it would be at the very | 11:15:25 |
| 11 | beginning. | 11:15:27 |
| 12 | Q.    At the very beginning.  Okay. | 11:15:27 |
| 13 | So would this have been the | 11:15:30 |
| 14 | first -- the term sheet, would that have been | 11:15:31 |
| 15 | the first piece of information that you would | 11:15:36 |
| 16 | see? | 11:15:38 |
| 17 | A.    I don't know. | 11:15:39 |
| 18 | Q.    Let's turn to the -- | 11:15:39 |
| 19 | A.    I just want to make this clear. | 11:15:40 |
| 20 | Q.    Sure. | 11:15:42 |
| 21 | A.    That once Mark or Martin told | 11:15:43 |
| 22 | me we're going to do a deal, I would either | 11:15:45 |
| 23 | phone or send whatever information they gave | 11:15:48 |
| 24 | me to whomever, whether it was Ashley working | 11:15:52 |
| 25 | on it, or Shayan.  But that's generally the | 11:15:56 |

SAMUEL HERRNSON - 10/15/2013

Page 109

```
1                    S. HERRNSON
2    process at the beginning.                        11:16:00
3             Q.    Okay.  So, for example, the       11:16:01
4    term sheet, which is at 03344897, are you        11:16:05
5    familiar with a term sheet?                      11:16:13
6             A.    I am familiar with a term         11:16:17
7    sheet.                                            11:16:18
8             Q.    Generally with term sheets?       11:16:19
9             A.    Yes.  Not specifically this       11:16:21
10   one.                                              11:16:23
11            Q.    Right.  What did term sheets       11:16:23
12   typically contain?                                11:16:27
13            A.    Information about the              11:16:27
14   collateral pool.  Legal information.  The         11:16:36
15   structure of the deal.  I mean, that's all I      11:16:39
16   remember.                                         11:16:48
17            Q.    So did you, either in the          11:16:48
18   process of sending these to Fannie Mae or at      11:16:51
19   any time during your time at HSBC, ever review    11:16:54
20   any of the term sheets that you passed along?     11:16:59
21            A.    I can't recall.  But that --       11:17:02
22   that's not my expertise.                          11:17:05
23            Q.    Okay.  Looking at the cover, or    11:17:06
24   at the first page of this, that gigantic          11:17:11
25   amount, dollar amount, a billion 613 million      11:17:15
```

Case 1:11-cv-06201-DLC   Document 675-1   Filed 05/14/14   Page 21 of 21

SAMUEL HERRNSON - 10/15/2013

|    |                                                       |          |
|----|-------------------------------------------------------|----------|
| 1  | S. HERRNSON                                           |          |
| 2  | that.  If -- I don't know the answer.  We             | 12:08:35 |
| 3  | owned the pool, so to my knowledge we're given        | 12:08:40 |
| 4  | information from the originator.  That                 | 12:08:43 |
| 5  | information, whatever was requested by Fannie,        | 12:08:48 |
| 6  | was populated the way Fannie wanted it.  I            | 12:08:51 |
| 7  | don't know any other way to answer it.                | 12:08:54 |
| 8  | Q.    So are you aware of any other                   | 12:08:55 |
| 9  | possible source of information about each             | 12:08:57 |
| 10 | individual deal or pool?                              | 12:08:59 |
| 11 | A.    I am not aware.                                 | 12:09:01 |
| 12 | MR. CONLON:  Object to the                            | 12:09:02 |
| 13 | form.                                                 | 12:09:02 |
| 14 | BY MR. WILLIAMS:                                       | 12:09:13 |
| 15 | Q.    Okay.  What about after Fannie                  | 12:09:14 |
| 16 | purchased a certificate; did you help provide         | 12:09:26 |
| 17 | them the prospectus supplement?                       | 12:09:31 |
| 18 | A.    I think that was sent                           | 12:09:33 |
| 19 | automatically to every investor that bought.         | 12:09:37 |
| 20 | Q.    Okay.  Did you provide them                     | 12:09:39 |
| 21 | with any other information or documentation           | 12:09:40 |
| 22 | after the purchase was made?                          | 12:09:42 |
| 23 | A.    I don't remember.                               | 12:09:46 |
| 24 | Q.    Okay.  Did you provide them                     | 12:09:46 |
| 25 | mortgage loan purchase agreements?                    | 12:09:51 |