July 1, 2014

**VIA ECF**

The Honorable Denise L. Cote
United States District Court for the Southern District of New York
500 Pearl Street, Room 1610
New York, New York 10007-1312

    Re:    *FHFA Actions*, No. 11-cv-6189, *et al.* (DLC) (S.D.N.Y.)

Dear Judge Cote:

    We write on behalf of all parties in the above-referenced actions with regard to the Court's June 27, 2014 Order, which required the parties to submit challenged documents for *in camera* review, along with support for invocation of any applicable privileges, by July 2, 2014. Due to the lack of availability of certain potential declarants that are currently on vacation around the July 4th holiday, FHFA and Defendants respectfully request a short extension of time to make the required submissions, to July 9, 2014.

    Respectfully submitted,

/s/ Philippe Z. Selendy
Philippe Z. Selendy
(philippeselendy@quinnemanuel.com)
QUINN EMANUEL URQUHART &
 SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
(212) 849-7000

*Attorney for Plaintiff Federal Housing Finance Agency in FHFA v. Goldman, Sachs & Co.*

/s/ Richard A. Schirtzer
Richard A. Schirtzer
(richardschirtzer@quinnemanuel.com)
Adam Abensohn
(adamabensohn@quinnemanuel.com)
QUINN EMANUEL URQUHART &
 SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
(212) 849-7000

*Attorneys for Plaintiff Federal Housing Finance Agency in FHFA v. HSBC North America Holdings, Inc. and FHFA v. Nomura Holding America, Inc.*

/s/ David H. McGill
Eric B. Bruce
(eric.bruce@kobrekim.com)
Steven W. Perlstein
(steven.perlstein@kobrekim.com)

/s/ Kanchana Wangkeo Leung
Kanchana Wangkeo Leung
(kleung@kasowitz.com)
KASOWITZ, BENSON, TORRES &
 FRIEDMAN LLP

David H. McGill
(David.McGill@kobrekim.com)
Brad H. Samuels
(Brad.Samuels@kobrekim.com)
KOBRE & KIM LLP
800 Third Avenue
New York, New York 10022
(212) 488-1200

*Attorneys for Plaintiff Federal Housing Finance Agency in FHFA v. HSBC North America Holdings Inc., FHFA v. Goldman, Sachs and Co., FHFA v. Nomura Holding America, Inc., and FHFA v. Ally Financial Inc.*

1633 Broadway
New York, New York 10019
(212) 506-1700

*Attorney for Plaintiff Federal Housing Finance Agency in FHFA v. Ally Financial Inc.*

cc: All Counsel of Record