**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 | FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7260**

WRITER'S INTERNET ADDRESS
**philippeselendy@quinnemanuel.com**

August 29, 2014

VIA ECF

The Honorable Alvin W. Thompson
United States District Judge
United States District Court
District of Connecticut
450 Main Street, Suite 240
Hartford, Connecticut 06103

VIA ECF

The Honorable Denise L. Cote
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1610
New York, New York 10007-1312

Re:   *FHFA v. Royal Bank of Scotland PLC, et al.,* No. 11 Civ. 1383 (AWT) (D. Conn.)
      *FHFA v. Nomura Holding Am. Inc.*, No. 11 Civ. 6201 (DLC) (S.D.N.Y.)

Dear Judge Thompson and Judge Cote:

We write on behalf of Plaintiff Federal Housing Finance Agency ("FHFA") regarding the schedule jointly set forth by Your Honors in the August 27, 2014, Order to Show Cause.  *RBS* Dkt. 426; *Nomura* Dkt. 783.  FHFA will undertake to comply with the schedule as stated.

Respectfully submitted,

*/s/ Philippe Z. Selendy*
Philippe Z. Selendy
QUINN EMANUEL URQUHART &
  SULLIVAN, LLP

*Attorneys for Plaintiff Federal Housing Finance Agency*

cc:   Counsel of record (via ECF)

quinn emanuel urquhart & sullivan, llp

LOS ANGELES | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | HOUSTON | LONDON | TOKYO | MANNHEIM | MOSCOW | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG | BRUSSELS