```
UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
----------------------------------------X
                                        :
FEDERAL HOUSING FINANCE AGENCY, etc.,   :
                                        :
                   Plaintiff,           :    11cv1383 (AWT)
          -v-                           :
                                        :
THE ROYAL BANK OF SCOTLAND GROUP LC,    :
et al.,                                 :
                                        :
                   Defendants.          :
                                        :
----------------------------------------X

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
FEDERAL HOUSING FINANCE AGENCY, etc.,   :
                                        :
                   Plaintiff,           :    11cv6201 (DLC)
          -v-                           :
                                        :
NOMURA HOLDING AMERICA, INC., et al.,   :
                                        :    ORDER
                   Defendants.          :
                                        :
----------------------------------------X
```

ALVIN W. THOMPSON and DENISE COTE, District Judges:

On September 8, 2014, Judge Thompson granted (except to the extent it was moot) FHFA's second motion to compel the production of documents from new custodians (the "New Custodian Documents"). The same day, we issued an Order directing FHFA and RBS to meet and confer regarding the production of the New Custodian Documents and submit a letter by September 10 concerning the prioritization and schedule for this production.

The parties jointly submitted such a letter on September 10.  In that letter, the parties divide the New Custodian Documents into four "waves"; we adopt the parties' definition of these waves as set out in the second paragraph of their letter.  The parties agree about the production of the first wave, but disagree about the production deadlines for the second, third, and fourth.  It is hereby

ORDERED that RBS shall produce the four waves of documents on a rolling basis, and complete production of the second and third waves of documents by October 17 and the fourth wave of documents by October 31.

Dated:    September 11, 2014

                                          /s/
                                   ALVIN W. THOMPSON
                                United States District Judge


Dated:    September 11, 2014

                                          /s/
                                     DENISE COTE
                                United States District Judge