September 12, 2014

<u>VIA ECF</u>

<u>VIA ECF</u>

The Honorable Alvin W. Thompson
United States District Judge
United States District Court
District of Connecticut
450 Main Street, Suite 240
Hartford, Connecticut 06103

The Honorable Denise L. Cote
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1610
New York, New York 10007-1312

Re:   *FHFA v. Royal Bank of Scotland PLC, et al.,* No. 11 Civ. 1383 (AWT) (D. Conn.) (the "*RBS* Action")
*FHFA v. Nomura Holding Am. Inc.*, No. 11 Civ. 6201 (DLC) (S.D.N.Y.) (the "*Nomura* Action")

Dear Judge Thompson and Judge Cote:

The undersigned write on behalf of (a) Plaintiff Federal Housing Finance Agency ("FHFA"), and (b) the defendants in the *RBS* Action and RBS Securities Inc, as defendant in the *Nomura* Action (collectively, "RBS," and together with FHFA, the "Parties"), in response to the Courts' joint order of September 8, 2014 (the "September 8 Joint Order"). *See RBS* Dkt. 450; *Nomura* Dkt. 806. As directed, the parties met and conferred regarding RBS's production of the following four categories of documents: (i) Credit Policy Manuals, (ii) minutes of committees relevant to diligence, credit, and risk, (iii) Credit Risk Department Monthly Management Reports, and (iv) documents related to hedging. The Parties do not presently have a dispute with respect to RBS's production of these documents.[1]

Respectfully submitted,

/s/ Philippe Z. Selendy
Philippe Z. Selendy
QUINN EMANUEL URQUHART &
 SULLIVAN, LLP

/s/ Thomas C. Rice
Thomas C. Rice
SIMPSON THACHER & BARTLETT LLP

*Attorneys for Plaintiff Federal Housing
Finance Agency*

*Attorneys for Defendants RBS*

cc:   Counsel of record (via ECF)

---

[1] FHFA continues to analyze RBS's production (both as to these four categories of documents and otherwise) and will promptly bring to the Courts' attention any production deficiencies that cannot be resolved through the meet-and-confer process.