**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 | FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
(212) 849-7260

**MEMO ENDORSED**

WRITER'S INTERNET ADDRESS
philippeselendy@quinnemanuel.com

October 10, 2014

**VIA E-MAIL AND CF**

The Honorable Denise L. Cote
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1610
New York, NY 10007-1312

Re:   *FHFA v. Nomura Holding Am. Inc.*, No. 11 Civ. 6201 (DLC)

Dear Judge Cote:

      We write on behalf of the Plaintiff Federal Housing Finance Agency ("FHFA") regarding certain exhibits that were filed on the public docket in the above-captioned case. During the course of the parties' negotiations about redactions to Defendants' opposition to FHFA's motion for summary judgment on the statutes of limitations, it came to FHFA's attention that FHFA had inadvertently failed to propose redactions to certain exhibits supporting Defendants' individual opposition to FHFA's motion for summary judgment on the GSEs' knowledge. Specifically, Exhibits WW to BBB to the Declaration of Amanda F. Davidoff contain borrower information as described in Paragraph 2.8 of the First Amended Protective Order (Dkt. 203), including loan numbers, the subject property's address, the borrower's FICO score at origination, the original and current unpaid principal balance of the loan, and the loan's current status (*e.g.*, foreclosure, delinquent, etc.).[1]  FHFA respectfully requests that these exhibits be removed from the public docket and replaced with redacted versions of the exhibits, as shown in the following table:

*Granted. FHFA shall prepare the necessary order.*
*Denise Cote*
*10/14/14*

---

[1]  These exhibits are similar, and in some cases identical, to Exhibits 280, 281, 283, 284, 285, 286, 287, 288, 327, 328, and 362 to the Declaration of Elizabeth A. Cassady in support of Defendants' motion for summary judgment on the statutes of limitations, which are being addressed in a separate joint letter to the Court.

**quinn emanuel urquhart & sullivan, llp**

LOS ANGELES | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | HOUSTON | LONDON | TOKYO | MANNHEIM | MOSCOW | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG | BRUSSELS

| *FHFA v. Nomura Holding America Inc.* ||||
|---|---|---|---|
| Exhibit | Docket Number(s) | Location of Redactions | Reason for Redaction |
|  |  |  |  |

We have met and conferred with Defendants about these requests, and they do not consent. Because the exhibits and excerpts are too voluminous to send via e-mail, highlighted copies of exhibits and excerpts identified above will be submitted to the Court via DVD on Tuesday, October 14. Thank you for Your Honor's consideration of this submission.

Respectfully submitted,

*/s/ Philippe Z. Selendy*
Philippe Z. Selendy

QUINN EMANUEL URQUHART & SULLIVAN, LLP

*Attorneys for Plaintiff Federal Housing Finance Agency*

CC: Counsel of record (via ECF)