# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588

WWW.SULLCROM.COM

*125 Broad Street*
*New York, NY 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.

FRANKFURT • LONDON • PARIS

<u>Via ECF</u>                                                                                                                October 16, 2014

Hon. Denise L. Cote,
    United States District Judge,
        500 Pearl Street, Room 1610,
            New York, NY  10007-1312.

        Re:    *FHFA* v. *Nomura Holding America, Inc.*, No. 11-cv-6201 (S.D.N.Y.)

Dear Judge Cote:

        I write on behalf of the Nomura and RBS defendants regarding proposed redactions to certain materials that they will file later today in opposition to plaintiff's October 6 Motion *in Limine* on Post-Claim Payment evidence.  One of the documents attached as an exhibit to defendants' opposition has been designated by plaintiff as "Highly Confidential" under the First Amended Protective Order, dated January 11, 2013, and defendants are therefore filing this document under seal, pursuant to Paragraph 9 of that Order.

        In order to give plaintiff the opportunity to review the document, defendants respectfully request that the parties be given (a) until October 21 to meet and confer regarding proposed redactions, and (b) until October 28 to file a joint submission listing the agreed-upon redactions, as well as any redactions to which a party objects.  Plaintiff consents to this proposed schedule.

        Respectfully submitted,

        /s/ David B. Tulchin

        David B. Tulchin