quinn emanuel trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 | FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
(212) 849-7260

WRITER'S INTERNET ADDRESS
philippeselendy@quinnemanuel.com

October 24, 2014

**VIA ECF**

The Honorable Denise L. Cote
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1610
New York, NY 10007-1312

10/24/2014

Re:   *FHFA v. Nomura Holding Am. Inc.*, No. 11 Civ. 6201 (DLC) (S.D.N.Y.)

Dear Judge Cote:

I write on behalf of Plaintiff Federal Housing Finance Agency ("FHFA") regarding proposed redactions to FHFA's reply briefs in support of its motion *in limine* number 1, on Post-Claim Payments (Dkt. 859) and its motion *in limine* number 2, on Single Family Due Diligence (Dkt. 860).  FHFA's reply brief in support of its first motion *in limine* will be filed today, while FHFA's reply brief in support of its second motion *in limine* will be filed on Monday, October 27, 2014.  Because the parties have designated certain of the materials discussed in the reply briefs as "Confidential" or "Highly Confidential," under the First Amended Protective Order, and because these materials may contain Non-Party Borrower Information (as defined in paragraph 2.8 of the First Amended Protective Order), FHFA is filing its reply briefs with the Court under seal, pursuant to paragraph 9 of the First Amended Protective Order.  FHFA may propose redactions to the reply briefs or certain of their supporting materials, and also wishes to give Defendants an opportunity to propose any redactions they think necessary.  To facilitate that process, FHFA respectfully requests that the Court give the parties until Friday, October 31, 2014, to meet and confer regarding proposed redactions to these reply briefs and supporting materials, and until Friday, November 7, 2014, to file a joint submission to the Court listing the proposed redactions to which neither party objects and those to which a party objects.

We have met and conferred with Defendants, and Defendants consent to FHFA's proposal.

Thank you for Your Honor's consideration of this submission.

Granted.
Denise Cote
October 24, 2014

quinn emanuel urquhart & sullivan, llp

LOS ANGELES | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | HOUSTON | LONDON | TOKYO | MANNHEIM | MOSCOW | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG | BRUSSELS

Respectfully submitted,

*/s/ Philippe Z. Selendy*
Philippe Z. Selendy

QUINN EMANUEL URQUHART &
SULLIVAN, LLP

*Attorneys for Plaintiff Federal Housing
Finance Agency*

CC: Counsel of record (via ECF)