# Exhibit 4

# Freddie Mac

**CORRECTION**
▶ Changed item(s) ◀

PMG: *David R. Hackney*   DRH   Trade Ops: ADS

**ABS-FLT-S**
Trade No. 1303, Vs. 3
Aug 16, 2006 14:10:29

**BUY**  NHELI_06-HE3: 1A1
ABS/ABS

Jul 25, 2036

| | | | | | |
|---|---|---|---|---|---|
| **Asset ID:** | B5A0472G0 | Payment Delay: | 0 | **Trade Date:** | Aug 15, 2006 |
| **Ticker:** | NHELI06HE3-IA1 | Date Convention: | ACT/360 | **Settle Date:** | Aug 31, 2006 |
| Coupon: | 0.00000 | Accrual Date: | Aug 31, 2006 | Broker: | GRNW |
| Coupon Type: | FLOAT | First Coupon Date: | Sep 25, 2006 | | GREENWICH CAPITAL MARKETS |
| Frequency: | MONTHLY | Next Pay Date: | Sep 25, 2006 | Broker Contact: | LAURA SWANSON |
| Reset Term: | MONTHLY | Odd First Pmt: | ☑ Yes ☐ No | | |
| Maturity Date: | Jul 25, 2036 | AMT: | ☐ Yes ☑ No | Original Par: | 451,200,000.000 |
| Issue Date: | Aug 31, 2006 | ERISA: | ☐ Yes ☐ No | Factor: | 1.000000000 |
| Min Trade Size: | 25,000.00 | 144A: | ☐ Yes ☑ No | Factor Date: | Aug 31, 2006 |
| Min Trade Increment: | 1.00 | Notional: | ☐ Yes ☑ No | Current Par: | 451,200,000.000 |

**General Use**
L+15
B5A0472G0,  NHELI 2006-HE3 IA1
Originator:  Ocwen
Servicer:  Mixed
M/S/F/D - Aaa/AAA/AAA, AAA
Credit approved by: Kevin Palmer
REMIC
Subject to August 06 Freddie Reps
Allowable delivery variance on size: +/-10%
Model:
Fix0-30=v1.2ABS30_SUB_600F:360, ARM0-30=v1.2ABS_ARM228:360,
ARM2/1Bal30=v1.2ABS_ARM228:360, ARM3/1Bal30=v1.2ABS_ARM228:360,
ARM5/1Bal30=v1.2ABS_ARM228:360, Fix30Bal15=v1.2ABS30_SUB_625F:360,
Fix40Bal30=1.2NEW30M:360, Fix45Bal30=v1.2ABS30_SUB_625F:360,
0=v1.2ABS30_SUB_650F:360
AAA enhancement: %,
Highly RatedPolicy Compliance:
1. Rated AA or better? Yes, AAA/Aaa/AAA/AAA
2. Interest rate on the security is different to the interest rate
on the collateral OR the credit risk on the securities must be
lower than the collateral? Yes. Bond pays L+15,Collateral has a
GWAC of 8.301

%.  Bond benefits from overcollateralization, excess spread and
subordination.

3. Does the deal have sufficient subordination of 3.5% or greater?
Yes.  24.65% initial subordination, plus excess spread.
4.  2nd leins reviewed and approved.
First LIBOR setting: 8/29/2006
Is there an interpolation?: No
Pricing Method: HETP
Changed Asset OAS, Expect ROE, RskAdj ROE, Debt OAS, Debt Yield,
Sprd Dur, Yield, Trade Date & Counterparty as per MXA - ADS 16AUG06

▶ Update comment to apply the reason for the changes above. The
▶ changes above is due to NHA priced the trade with our trader (DRH)
▶ when GRNW was the lead on the deal. Consequently GRNW was not
▶ ready to price until the following day, causing slight changes in
▶ the analytics.  NXB 8/16/06

**Delivery Instructions**
DTC/GRNW ABS
DTC#:                2230
A/C#:
INST ID#:
AGENT ID#:
CLEARING AGT DTC:
CLEARING AGT NAME:
A/C NAME:

**Special Instructions**
Today's trade is within my daily trade limit.  DRH

**Miscellaneous Information**
Asset OAS:      15.275
Debt Yld:       5.330
Expct ROE:      16.65
Sprd Dur:       1.00
CDI File:       NHELI06HE3
TrdPurpose:     REG  PURCH
Debt OAS:       -14.229
% Asn Cap:      1.5
RskAdj ROE:     16.65
ACCTG_DESIG:    NHD_NONCASH

| | |
|---|---|
| **Price:** | 100-00 |
| | 100.00000000 |
| **Principal:** | (451,200,000.00) |
| **Interest:** | 0.00 |
| Commission: | 0.00 |
| **Net Money:** | (451,200,000.00) |
| Currency: | USD |
| **Net Cash Flow:** | OUT |
| Exchange rate: | |
| Discount: | |
| Option Type: | |
| Prepay: | 100.00 BLK |
| Yield: | 5.630 |
| YTC: | |
| Duration: | 0.07000 |
| Convexity: | -0.00300 |

| S & P | Moody | DBRS |
|---|---|---|
| NR | NR | |
| **Fitch** | **NAIC** | |
| NR | | |

| | |
|---|---|
| Discretionary: | ☑ Yes ☐ No |
| Liquid: | ☑ Yes ☐ No |
| Segregate: | ☑ Yes ☐ No |
| Release: | ☐ Yes ☑ No |
| Entry Date: | Aug 14, 2006 |

Created: Aug 18, 2006 15:14:01

Freddie Mac - ABS Float AFS (ABS-FLT-S)
Trade No. 1303, Vs. 3

FreddieMac

A/C# 01

Copyright © 2001 BlackRock Solutions. All Rights Reserved.

DTC (WIRE ROOM)