# Exhibit 5

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------------------x

FEDERAL HOUSING FINANCE AGENCY, etc.      :

  Plaintiff,                              :

  vs.                                     : 11 Civ. 6188

JPMORGAN CHASE & CO., et al.              : (DLC)

  Defendants.                             :

------------------------------------------x

FEDERAL HOUSING FINANCE AGENCY, etc.,     :

  Plaintiff,                              :

  vs.                                     : 11 Civ. 6189

HSBC NORTH AMERICA HOLDINGS, INC., et     : (DLC)

al.,                                      :

  Defendants.                             :

------------------------------------------x

FEDERAL HOUSING FINANCE AGENCY, etc.,     :

   Plaintiff                              :

  vs.                                     : 11 Civ. 6190

BARCLAYS BANK PLC, et al.,                : (DLC)

  Defendants.                             :

------------------------------------------x

Videotaped Deposition of Ashley Dyson, Volume 2

Thursday, September 12, 2013

ASHLEY DYSON - 9/12/2013

Page 402

```
 1     -----------------------------------------x
 2     FEDERAL HOUSING FINANCE AGENCY, etc.,     :
 3       Plaintiff,                              :
 4              vs.                              : 11 Civ. 6192
 5     DEUTSCHE BANK AG, et al.,                 : (DLC)
 6       Defendants.                             :
 7     -----------------------------------------x
 8     FEDERAL HOUSING FINANCE AGENCY, etc.,     :
 9       Plaintiff,                              :
10       vs.                                     : 11 Civ. 6193
11     FIRST HORIZON NATIONAL CORP., et al.,     : (DLC)
12       Defendants.                             :
13     -----------------------------------------x
14     FEDERAL HOUSING FINANCE AGENCY, etc.,     :
15       Plaintiff,                              :
16       vs.                                     : 11 Civ. 6195
17     BANK OF AMERICA CORP., et al.             :
18       Defendants.                             :
19     -----------------------------------------x
20     FEDERAL HOUSING FINANCE AGENCY, etc.,     :
21       Plaintiff,                              :
22       vs.                                     : 11 Civ. 6198
23     GOLDMAN, SACHS & CO., et al.,             : (DLC)
24        Defendants.                            :
25     -----------------------------------------x
```

ASHLEY DYSON - 9/12/2013

Page 403

```
 1      -----------------------------------------x
 2      FEDERAL HOUSING FINANCE AGENCY, etc.,      :
 3        Plaintiff,                               :
 4            vs.                                  : 11 Civ. 6200
 5      CREDIT SUISSE HOLDINGS (USA), INC.,        : (DLC)
 6      et al.,                                    :
 7        Defendants.                              :
 8      -----------------------------------------x
 9      FEDERAL HOUSING FINANCE AGENCY, etc.,      :
10        Plaintiff,                               :
11         vs.                                     : 11 Civ. 6201
12      NOMURA HOLDING AMERICA, INC., et al.,      : (DLC)
13        Defendants.                              :
14      -----------------------------------------x
15      FEDERAL HOUSING FINANCE AGENCY, etc.,      :
16        Plaintiff,                               :
17        vs.                                      : 11 Civ. 6202
18      MERRILL LYNCH & CO., INC., et al.,         : (DLC)
19        Defendants.                              :
20      -----------------------------------------x
21
22
23
24
25
```

```
 1      -----------------------------------------x
 2      FEDERAL HOUSING FINANCE AGENCY, etc.,     :
 3       Plaintiff,                               :
 4       vs.                                      : 11 Civ. 6203
 5      SG AMERICAS, INC., et al.,                : (DLC)
 6       Defendants.                              :
 7      -----------------------------------------x
 8      FEDERAL HOUSING FINANCE AGENCY, etc.,     :
 9       Plaintiff,                               :
10       vs.                                      : 11 Civ. 6739
11      MORGAN STANLEY, et al.,                   : (DLC)
12       Defendants.                              :
13      -----------------------------------------x
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1              IN THE UNITED STATES DISTRICT COURT

 2                    DISTRICT OF CONNECTICUT

 3       -----------------------------------x

 4       FEDERAL HOUSING FINANCE AGENCY,       :

 5       etc.,                                 :

 6        Plaintiff,                           :

 7        vs.                                  : Case No.

 8       THE ROYAL BANK OF SCOTLAND GROUP      : 3:11-cv-01383-AWT

 9       PLC, et al.,                          :

10        Defendants.                          :

11       -----------------------------------x

12

13

14

15                         Volume II

16             Videotaped Deposition of Ashley Dyson

17                      Washington, D.C.

18                      September 12, 2013

19                         9:11 a.m.

20

21

22

23       Job No. 238478

24       Pages 401 - 414

25       Reported by:  Bonnie L. Russo
```

```
 1     Held at the offices of:

 2

 3

 4              Williams & Connolly, LLP

 5              725 12th Street, N.W.

 6              Washington, D.C.

 7

 8

 9

10         Pursuant to Notice, before Bonnie L. Russo, Court

11    Reporter, and Notary public in and for the District of

12    Columbia.

13

14

15

16

17

18

19

20

21

22

23

24

25
```

| | | |
|---|---|---|
| 1 | ASHLEY DYSON | |
| 2 | What analysis would have been done | 16:36:59 |
| 3 | between the time that you were identified as | 16:37:01 |
| 4 | the lead trader to responding to the dealer as | 16:37:04 |
| 5 | to which loans were to be included in the pool? | 16:37:09 |
| 6 | A.   Simply, we would have sent this over | 16:37:13 |
| 7 | to our -- our bulk data group on the singling | 16:37:19 |
| 8 | side that would have scored the -- the loans | 16:37:26 |
| 9 | for housing goals, and we would have gotten | 16:37:29 |
| 10 | those results back, and then I would have | 16:37:32 |
| 11 | carved out a -- a group that I would have liked | 16:37:39 |
| 12 | to have then worked on to analyze for purchase. | 16:37:47 |
| 13 | Q.   And what considerations would you | 16:37:53 |
| 14 | use in doing a carveout? | 16:37:56 |
| 15 | MR. COREY:  Objection.  Form. | 16:38:00 |
| 16 | THE WITNESS:  Again, this by no | 16:38:01 |
| 17 | means insinuates that this is the actual final | 16:38:09 |
| 18 | pool of loans that went into the deal that we | 16:38:13 |
| 19 | purchased.  To me, looking back now, without | 16:38:16 |
| 20 | remembering exactly what happened, I would say | 16:38:22 |
| 21 | that we would have just scored it.  I would | 16:38:25 |
| 22 | have determined which loans I would have liked | 16:38:37 |
| 23 | to have seen a -- a collateral stratification | 16:38:37 |
| 24 | on and then that's why I would have initiated | 16:38:39 |
| 25 | this e-mail. | 16:38:42 |

| | | |
|---|---|---|
| 1 | ASHLEY DYSON | |
| 2 | BY MR. CONLON: | 16:38:42 |
| 3 | Q.  And the scoring that you're -- you | 16:38:42 |
| 4 | are referring to, is that scoring for | 16:38:44 |
| 5 | compliance and HUD goals? | 16:38:46 |
| 6 | A.  That includes housing goals scoring, | 16:38:49 |
| 7 | yes. | 16:38:53 |
| 8 | Q.  I would like to show you a document | 16:38:54 |
| 9 | we have marked as 10043. | 16:38:56 |
| 10 | (Deposition Exhibit No. 10043 was | 16:38:59 |
| 11 | marked for identification.) | 16:38:59 |
| 12 | BY MR. CONLON: | 16:39:01 |
| 13 | Q.  This is a document that bears Bates | 16:39:02 |
| 14 | number FHFA 04379540 through 42. | 16:39:08 |
| 15 | Can you identify this document for | 16:39:13 |
| 16 | me? | 16:39:15 |
| 17 | A.  This appears to be a trade ticket | 16:39:15 |
| 18 | indicating the date that we would have executed | 16:39:26 |
| 19 | the trade. | 16:39:32 |
| 20 | Q.  And does this trade ticket indicate | 16:39:33 |
| 21 | that you're the trader on the trade? | 16:39:36 |
| 22 | A.  Yes, it does. | 16:39:38 |
| 23 | Q.  There is some handwriting in the | 16:39:40 |
| 24 | bottom left corner, L plus 14. | 16:39:41 |
| 25 | Is that your handwriting? | 16:39:43 |

|   |   |   |
|---|---|---|
| 1 | ASHLEY DYSON | |
| 2 | A.   Yes, it is. | 16:39:44 |
| 3 | Q.   And do you know what that L plus 14 | 16:39:46 |
| 4 | refers to? | 16:39:48 |
| 5 | A.   Yes. | 16:39:49 |
| 6 | Q.   What is that? | 16:39:49 |
| 7 | A.   That means LIBOR plus 14. | 16:39:50 |
| 8 | Q.   Okay.  If you turn to the next page, | 16:39:54 |
| 9 | there's some additional handwriting. | 16:39:55 |
| 10 | Is that your handwriting? | 16:39:59 |
| 11 | A.   Yes. | 16:40:03 |
| 12 | Q.   You see there's a box in the top | 16:40:04 |
| 13 | left corner that says:  "First Franklin:  Comp | 16:40:07 |
| 14 | to others," and then there's a one and two next | 16:40:11 |
| 15 | to it. | 16:40:13 |
| 16 | Do you understand what that means? | 16:40:13 |
| 17 | A.   It appears as though I may be making | 16:40:16 |
| 18 | a comparison to other deals, but I am not | 16:40:30 |
| 19 | certain what those are. | 16:40:35 |
| 20 | Q.   You're comparing this deal or you're | 16:40:36 |
| 21 | comparing First Franklin to other deals? | 16:40:38 |
| 22 | A.   I -- I don't remember.  I'm not sure | 16:40:41 |
| 23 | what I meant by that. | 16:40:43 |
| 24 | Q.   Then there's a higher FICO with 654 | 16:40:45 |
| 25 | in parens. | 16:40:49 |