Agreements – Evidence as to Compliance", required to be filed under Regulation AB), periodic distribution reports on Form 10-D, current reports on Form 8K and amendments to those reports, together with such other reports to security holders or information about the securities as shall have been filed with the Commission will be posted on the sponsor's internet web site as soon as reasonably practicable after it has been electronically filed with, or furnished to, the Commission. The address of the website is: www.nomuradeals.com.

As to each issuing entity that is no longer required to file reports under the Exchange Act, periodic distribution reports will be posted on the sponsor's website referenced above as soon as practicable. Annual reports of assessment of compliance with the AB Servicing Criteria, attestation reports, and statements of compliance will be provided to registered holders of the related securities upon request free of charge. See "Description of the Agreements – Material Terms of the Pooling and Servicing Agreement and Underlying Servicing Agreements — Evidence as to Compliance" and "Description of the Securities — Reports to Securityholders."

### Incorporation of Certain Documents by Reference

All documents referred to in the accompanying prospectus supplement that are filed for the trust fund with the SEC after the date of this prospectus and before the end of the related offering pursuant to Sections 13(a), 13(c), 14 or 15(d) of the Securities Exchange Act of 1934, as amended, are incorporated by reference in this prospectus and are a part of this prospectus from the date of their filing; provided, however, this prospectus does not incorporate by reference any of the issuing entity's annual reports filed on Form 10-K with respect to a trust fund. Any statement contained in a document incorporated by reference in this prospectus is modified or superseded for all purposes of this prospectus to the extent that a statement contained in this prospectus (or in the accompanying prospectus supplement) or in any other subsequently filed document also incorporated by reference differs from that statement. Any statement so modified or superseded shall not, except as so modified or superseded, constitute a part of this prospectus. Neither the depositor nor the master servicer for any series intends to file with the SEC periodic reports with respect to the related trust fund following completion of the reporting period required by Rule 15d-1 or Regulation 15D under the Exchange Act of 1934, and accordingly those periodic reports will not be filed for each trust fund after the first fiscal year of the trust fund unless, at the beginning of any subsequent fiscal year of a trust fund, the securities of any class issued by that trust fund are held of record by 300 or more persons.

The trustee (or any other entity specified in the related prospectus supplement) on behalf of any trust fund will provide without charge to each person to whom this prospectus is delivered, on that person's written or oral request, a copy of any or all of the documents referred to above that have been or may be incorporated by reference in this prospectus (not including exhibits to the information that is incorporated by reference unless the exhibits are specifically incorporated by reference into the information that this prospectus incorporates). Requests should be directed to the corporate trust office of the trustee or the address of any other entity, in each case as specified in the accompanying prospectus supplement. The accompanying prospectus supplement includes the name, address, telephone number, and, if available, facsimile number of the office or contact person at the corporate trust office of the trustee or other entity. All documents subsequently filed by the depositor pursuant to Sections 13(a) or 15(d) of the Exchange Act in respect of any offering prior to the termination of the offering of the offered securities shall also be deemed incorporated by reference into this prospectus and the related prospectus supplement.

CONFIDENTIAL                                                                                                                                           NOM-FHFA_05591717

### Legal Matters

The validity of the securities, including certain federal income tax consequences with respect to the securities, will be passed upon for the depositor by (i) Thacher Proffitt & Wood LLP, Two World Financial Center, New York, New York 10281 or (ii) any other counsel identified in the applicable prospectus supplement.

### Financial Information

A new trust fund will be formed for each series of securities. No trust fund will engage in any business activities or have any assets or obligations before the issuance of the related series of securities. Accordingly, no financial statements for any trust fund will be included in this prospectus or in the related prospectus supplement.

### Rating

It is a condition to the issuance of the securities of each series offered by this prospectus and by the related prospectus supplement that they shall have been rated in one of the four highest rating categories by the nationally recognized statistical rating agency or agencies specified in the related prospectus supplement.

A security rating is based on the adequacy of the value of the related trust assets and any credit enhancement for that class, and reflects the rating agency's assessment of how likely it is that holders of the class of securities will receive the payments to which they are entitled. A rating is not an assessment of how likely it is that principal prepayments on the underlying loans will be made, the degree to which the rate of prepayments might differ from that originally anticipated or how likely it is that the securities of a series will be redeemed early.

A security rating is not a recommendation to buy, sell or hold securities and may be subject to revision or withdrawal at any time by the assigning rating organization. Each security rating should be evaluated independently of any other security rating.

### Reports To Securityholders

The master servicer or another designated person will be required to provide periodic unaudited reports concerning each trust fund to all registered holders of offered securities of the related series with respect to each trust fund as are required under the Exchange Act and the Commission's related rules and regulations, and under the terms of the applicable agreements.

As to each issuing entity, so long as it is required to file reports under the Exchange Act, those reports will be made available as described above under "Available Information".

As to each issuing entity that is no longer required to file reports under the Exchange Act, periodic distribution reports will be posted on the sponsor's website referenced above under "Available Information" as soon as practicable. Annual reports of assessment of compliance with the AB Servicing Criteria, attestation reports, and statements of compliance will be provided to registered holders of the related securities upon request free of charge. See "Servicing of Mortgage

CONFIDENTIAL                                                                                                NOM-FHFA_05591718

Loans — Evidence as to Compliance" and "Description of the Securities — Reports to Securityholders."

CONFIDENTIAL	NOM-FHFA_05591719

## Index of Defined Terms

AB Servicing Criteria ................................. 92
Accrued Security Interest ........................... 62
Additional Loans ...................................... 167
Adjustable Rate Assets .............................. 28
Agency Securities ...................................... 27
Agreement .................................................. 74
ARM Loans ............................................... 31
Asset Conservation Act ........................... 114
Asset Group ............................................... 55
Asset Seller ................................................ 27
Assets ........................................................ 27
Available Distribution Amount .................. 61
Average Interest Rate ............................... 167
Balloon Payment Assets ............................ 28
balloon payments ......................................... 8
BIF ............................................................. 80
Bi-weekly Assets ....................................... 28
Book-Entry Certificates ............................. 56
Book-Entry Notes ...................................... 56
Book-Entry Securities ............................... 56
Buy Down Assets ...................................... 28
Capitalized Interest Account ..................... 45
Cash Flow Agreement ............................... 46
CERCLA .................................................. 113
Certificates ................................................ 52
Charter Act ................................................ 39
Code .................................................. 23, 129
Collection Account .................................... 79
Commission ............................................... 31
Committee Report .................................... 132
Contingent Payment Regulations ............. 159
Convertible Assets ..................................... 28
cooperative loans ....................................... 29
cooperatives .............................................. 29
Cut-off Date .............................................. 30
Definitive Certificates ............................... 56
Definitive Notes ........................................ 56
Definitive Securities .................................. 56
Determination Date ................................... 60
DOL ......................................................... 163
DOL Pre-Funding Period ........................ 167
DTC ........................................................... 69
Eleventh District ....................................... 57
eligible counterparty ................................ 168
eligible swap ........................................... 168
eligible yield supplement agreement ....... 169
ERISA ..................................................... 162

Exemption ............................................... 165
EYS Agreement ....................................... 169
Fair, Isaac ................................................. 30
Fannie Mae ............................................... 27
FHA .......................................................... 30
FHLBSF .................................................... 57
Freddie Mac .............................................. 27
Freddie Mac Act ....................................... 40
Freddie Mac Certificate Group ................. 40
GEM Assets .............................................. 28
Ginnie Mae ............................................... 27
GPM Assets .............................................. 28
Home Equity Loans .................................. 29
Housing Act .............................................. 37
HUD .......................................................... 89
Increasing Payment Asset ......................... 28
Increasing Payment Assets ....................... 28
Insurance Proceeds ................................... 61
Interest Rate ............................................. 62
Interest Reduction Assets ......................... 28
Land Sale Contracts .................................. 29
Level Payment Assets ............................... 27
Liquidation Proceeds ................................ 61
Loan-to-Value Ratio ................................. 30
Lock-out Date ........................................... 32
Lockout Period ......................................... 32
Morgan ..................................................... 71
Mortgage Securities .................................. 27
Mortgaged Properties ............................... 29
Mortgages ................................................. 30
National Cost of Funds Index .................. 58
Non-ratings dependent swaps ................. 169
Nonrecoverable Advance ......................... 65
Notes ........................................................ 52
Offered Certificates .................................. 55
Offered Notes ........................................... 55
Offered Securities ..................................... 55
OTS ........................................................... 58
Parties in Interest .................................... 162
Permitted Investments .............................. 80
Plans ....................................................... 162
Pre-Funded Amount ................................. 45
Pre-Funding Account ............................... 45
Pre-Funding Limit .................................. 167
Pre-Funding Period .................................. 45
Prepayment Premium ............................... 32
Property Improvement Loans ................. 121

CONFIDENTIAL

NOM-FHFA_05591720

| | |
|---|---|
| **PTCE** | 163 |
| PTCEs | 164 |
| Purchase Price | 77 |
| QPAM | 168 |
| qualified plan investor | 168 |
| Rating Agencies | 165 |
| ratings dependent swaps | 168 |
| RCRA | 114 |
| Record Date | 60 |
| Relief Act | 119 |
| REMIC Securities | 74 |
| REO Property | 67 |
| Retained Interest | 91 |
| Revolving Credit Line Loans | 34 |
| SAIF | 80 |
| Securities | 52 |
| Security | 75 |
| Security Balance | 63 |
| Servicemen's Readjustment Act | 44 |
| Servicing Standard | 84 |
| Single Family Properties | 33 |
| SMMEA | 171 |
| Special servicer | 94 |
| Step-up Rate Assets | 28 |
| Stripped Agency Securities | 41 |
| Subsequent Assets | 45 |
| swap | 168 |
| swap agreement | 168 |
| Tax Counsel | 130 |
| Title I Loans | 121 |
| Title I Program | 121 |
| Title V | 117 |
| UCC | 113 |
| VA | 30 |
| VA Guaranty Policy | 90 |
| Value | 30 |
| Warranting Party | 78 |

CONFIDENTIAL

NOM-FHFA_05591721

**$882,696,000**
(Approximate)

**Asset-Backed Certificates, Series 2007-2**

**Nomura Home Equity Loan, Inc.,
Home Equity Loan Trust, Series 2007-2**
Issuing Entity

**Nomura Credit & Capital, Inc.**
Sponsor

**Nomura Home Equity Loan, Inc.**
Depositor

Ocwen Loan Servicing, LLC
Equity One, Inc.
Wells Fargo Bank, N.A.
Select Portfolio Servicing, Inc.
Servicers

**Wells Fargo Bank, N.A.**
Master Servicer and Securities Administrator

**RBS Greenwich Capital**

Citigroup           UBS Investment Bank

You should rely only on the information contained or incorporated by reference in this prospectus supplement and the accompanying prospectus. We have not authorized anyone to provide you with different information.

We are not offering the Asset-Backed Certificates, Series 2007-2 in any state where the offer is not permitted.

Dealers will deliver a prospectus supplement and prospectus when acting as underwriters of the Asset-Backed Certificates, Series 2007-2 and with respect to their unsold allotments or subscriptions. In addition, all dealers selling the Asset-Backed Certificates, Series 2007-2 will be required to deliver a prospectus supplement and prospectus until 90 days after the date of this prospectus supplement.

January 30, 2007

CONFIDENTIAL                                                                                                                    NOM-FHFA_05591722