# Exhibit H

| From: | Norris, Paul |
|---|---|
| Sent: | Wednesday, March 28, 2007 8:42 AM |
| To: | Peeler, Leslie A |
| Subject: | RE: First Franklin(17410) Bid |

glad you got that joke, as it might go over the younger generations head.

---

**From:** Peeler, Leslie A
**Sent:** Wednesday, March 28, 2007 9:41 AM
**To:** Norris, Paul
**Subject:** RE: First Franklin(17410) Bid

ha ha - you'll need to use that one in your next subprime and alt-a weekly update.

---

**From:** Norris, Paul
**Sent:** Wednesday, March 28, 2007 9:39 AM
**To:** Peeler, Leslie A; Ashton III, George E; Ocasio, Alvaro; Hickman, Milan T; Sun, Qing; Salahuddin, Shayan
**Subject:** RE: First Franklin(17410) Bid

we will be sharp, no matter if its live or memorex.

---

**From:** Peeler, Leslie A
**Sent:** Wednesday, March 28, 2007 9:35 AM
**To:** Ashton III, George E; Ocasio, Alvaro; Hickman, Milan T; Sun, Qing; Norris, Paul; Salahuddin, Shayan
**Subject:** RE: First Franklin(17410) Bid

My impression was the loans are "earmarked" for securitization, however, depending on price they may elect to trade the pool. We want to go in with a sharp looking price and prepare just as we would for a live bid.

---

**From:** Ashton III, George E
**Sent:** Wednesday, March 28, 2007 9:33 AM
**To:** Ocasio, Alvaro; Hickman, Milan T; Peeler, Leslie A; Sun, Qing
**Subject:** RE: First Franklin(17410) Bid

I was just about to write you - I just spoke to Paul and these loans are already earmarked for a security that we purchased for April. This is an indication and as such I will be glad to relay the bid on the same call.

George

The electronic mail message you have received and any files transmitted with it are confidential and solely for the intended addressee(s)'s attention. Do not divulge, copy, forward, or use the contents, attachments, or information without permission of Fannie Mae. Information contained in this message is provided solely for the purpose stated in the message or its attachment(s) and must not be disclosed to any third party or used for any other purpose without consent of Fannie Mae. If you have received this message and/or any files transmitted with it in error, please delete them from your system, destroy any hard copies of them, and contact the sender.

CONFIDENTIAL

FHFA00183642

**From:** Ocasio, Alvaro
**Sent:** Wednesday, March 28, 2007 9:27 AM
**To:** Ashton III, George E; Hickman, Milan T
**Subject:** RE: First Franklin(17410) Bid

George---

As I remember from our call with the lender on Monday, I believe we are the only bid on this pool vs the lender's securitization route. I have already set up a call for 4 PM. Would you mind getting on the call for the first couple of minutes and relaying the price?

---

**From:** Ocasio, Alvaro
**Sent:** Wednesday, March 28, 2007 8:30 AM
**To:** Ashton III, George E; Salahuddin, Shayan; Norris, Paul; Hickman, Milan T
**Cc:** Sun, Qing; Peeler, Leslie A; Dhawan, Mohit
**Subject:** RE: First Franklin(17410) Bid

Not a problem.   Per our discussion, we will be sending out the necessary summary reports to Milan this morning to share with lender.  We are scheduled to call the lender this afternoon at 4 PM EDT for the credit discussion. I plan to send out meeting request- (Milan assigned to be host)

George plans to coordinate with Milan on lender's bid due deadline for conveying price.

---

**From:** Ashton III, George E
**Sent:** Wednesday, March 28, 2007 8:07 AM
**To:** Ashton III, George E; Ocasio, Alvaro; Salahuddin, Shayan; Norris, Paul; Thayer, Jason
**Cc:** Sun, Qing; Peeler, Leslie A; Dhawan, Mohit
**Subject:** RE: First Franklin(17410) Bid

We had an account change - so I will be taking the lead on this deal after all.

The electronic mail message you have received and any files transmitted with it are confidential and solely for the intended addressee(s)'s attention. Do not divulge, copy, forward, or use the contents, attachments, or information without permission of Fannie Mae. Information contained in this message is provided solely for the purpose stated in the message or its attachment(s) and must not be disclosed to any third party or used for any other purpose without consent of Fannie Mae. If you have received this message and/or any files transmitted with it in error, please delete them from your system, destroy any hard copies of them, and contact the sender.

---

**From:** Ashton III, George E
**Sent:** Tuesday, March 27, 2007 9:29 AM
**To:** Ocasio, Alvaro; Salahuddin, Shayan; Norris, Paul; Thayer, Jason
**Cc:** Sun, Qing; Peeler, Leslie A; Dhawan, Mohit
**Subject:** RE: First Franklin(17410) Bid

I am looping in Jason Thayer - he is the sales desk coverage for First Franklin.

CONFIDENTIAL

FHFA00183643

The electronic mail message you have received and any files transmitted with it are confidential and solely for the intended addressee(s)'s attention. Do not divulge, copy, forward, or use the contents, attachments, or information without permission of Fannie Mae. Information contained in this message is provided solely for the purpose stated in the message or its attachment(s) and must not be disclosed to any third party or used for any other purpose without consent of Fannie Mae. If you have received this message and/or any files transmitted with it in error, please delete them from your system, destroy any hard copies of them, and contact the sender.

**From:** Ocasio, Alvaro
**Sent:** Tuesday, March 27, 2007 9:26 AM
**To:** Ashton III, George E; Salahuddin, Shayan; Norris, Paul
**Cc:** Sun, Qing; Peeler, Leslie A; Dhawan, Mohit
**Subject:** First Franklin(17410) Bid

Good Morning Partners--

Inquiring on your availability to provide a bid call-out to First Franklin for tomorrow at 4 PM EDT. Yesterday, we had a meeting with First Franklin to discuss the eligible population pre-MI. It was communicated to us that this collateral has been earmarked for a Merrill Lynch securitization in May. FF suggested that if our bid is competitive, there is a possibility that they could deliver the bid to us (question practicality, if already set aside). Nevertheless, our goal is to treat as a live bid to build the relationship encouraging future deliveries.

Regards,

Al


Alvaro Ocasio
Director of Transaction Mngt,
Subprime Business
Office: 202-274-8479

The electronic mail message you have received and any files transmitted with it are confidential and solely for the intended addressee(s)'s attention. Do not divulge, copy, forward, or use the contents, attachments, or information without permission of Fannie Mae. Information contained in this message is provided solely for the purpose stated in the message or its attachment(s) and must not be disclosed to any third party or used for any other purpose without consent of Fannie Mae. If you have received this message and/or any files transmitted with it in error, please delete them from your system, destroy any hard copies of them, and contact the sender.

CONFIDENTIAL

FHFA00183644