# Exhibit M



# Credit Loss Management
## People, Process, & Technology

## NUC Overview

V6.0



Confidential - Internal Distribution

1

CONFIDENTIAL

FHFA01283390

A3-10017318831



## Key Objectives:

- **Manage QA file review process for all business channels**
  - Underwriting/Appraisal/Predatory
  - Due Diligence
  - Data validation for MBS
  - Repurchase Resolution

- **Improve organizational consistency and efficiency**
  - Policy implementation
  - Quality vs. Quantity
  - Process Mapping
  - eDoc Processing

- **Align NUC to meet the strategic initiatives of the SFMB**
  - New QA paradigm
  - New rep and warrant model pilot



FannieMae                Confidential - Internal Distribution                2

CONFIDENTIAL

FHFA01283391

A3-10017318832



CONFIDENTIAL

FHFA01283392

A3-10017318833

# NUC

Anti-Fraud
**NUC**
NSO
NPDC

● Objectives
Overview

## NUC Sampling Results

| Selection Type | 2004 Significant Finding Rate | 2005 Significant Finding Rate | 2006 Significant Finding Rate |
|---|---|---|---|
| Random Post Purchase | 8% | 7% | 10% |
| Discretionary Post Purchase | 19% | 20% | 14% |
| EPD - Loss Mitigation | 31% | 32% | 20% |
| Post Foreclosure | 47% | 39% | 39% |

**Managing Loan Quality**

Losses
⬇
⬆
Repurchase Collections

## Repurchase and Makewhole Collections

| Loan Activity | 2004 Statistics | 2005 Statistics | 2006 Statistics |
|---|---|---|---|
| Fannie Mae Acquisitions | 3.7 million | 3.1 million | 2.9 million |
| Loans Reviewed by NUC | 28,903 | 29,768 | 26,590 |
| Number of Repurchase/Makewhole | 6,292 | 7,771 | 8,859 |
| Total $$ Collected | $480 million | $725 million | $817 million |

NUC's goals and objectives surround the need to ensure acquired loans meet contractually agreed upon eligibility and underwriting requirements


FannieMae

CONFIDENTIAL                                                           FHFA01283393

A3-10017318834

## NUC: Make-whole

| All PFR Repurchase Requests **Including** Countrywide | | | | | | | |
|---|---|---|---|---|---|---|---|
| Year of Review | REO VOLUME | Completed Reviews (from the selected) | | | MW COUNT Received | Average Make-whole Amount | Total Make-whole Amount |
| | | # of Reviews Completed | Repurchase Requested | % Repurchase Request | | | |
| 2004 | 31,378 | 11,587 | 4,720 | 41% | 2,816 | $45,721.75 | $128,659,184 |
| 2005 | 35,537 | 8,521 | 3,147 | 37% | 1,335 | $52,155.46 | $67,810,786 |
| 2006 | 38,465 | 5,411 | 1,797 | 33% | 207 | $35,416.85 | $10,911,469 |

| All PFR Repurchase Requests **Excluding** Countrywide | | | | | | | |
|---|---|---|---|---|---|---|---|
| Year of Review | REO VOLUME | Completed Reviews (from the selected) | | | MW COUNT Received | Average Make-whole Amount | Total Make-whole Amount |
| | | # of Reviews Completed | Repurchase Requested | % Repurchase Request | | | |
| 2004 | | | | | | | |
| 2005 | | | | | | | |
| 2006 | | | | | | | |

Note: The PFR Model was changed in July, 2005, along with the implementation of a revised Repurchase Policy that significantly reduced the number of repurchases.



CONFIDENTIAL    FHFA01283394

A3-10017318835

## NUC: QA Findings for Repurchase Cases

### QA Finding Trends on Repurchases Collected

- Value-related findings continue to lead list
- Percentage of misrep findings is increasing each year
- Percentage of eligibility findings is increasing



### QA Finding Trends on Repurchases NOT Collected

- Findings categories vary from year to year
- Percentage of value-related and eligibility findings remain high
- Percentage of misrep findings is increasing each year
- Missing documentation, income and asset-related findings are also key contributors





Note: % of findings category related to total findings

Confidential - Internal Distribution

6

## NUC: Outstanding Repurchase Trends by Lender

### 2004

| Top 5 Lenders | Months Outstanding | | | | |
|---|---|---|---|---|---|
|  | 0 - 6 | 7 - 12 | 13+ | Total | |
|  | #loans | #loans | #loans | #loans | %loans |
| Countrywide | 720 | 268 | 64 | 1,052 | 24% |
| Netbank Funding | 580 | 72 | 14 | 666 | 15% |
| Washington Mutual | 399 | 10 | 4 | 413 | 10% |
| Chase | 237 | 30 | 0 | 267 | 6% |
| GMAC | 147 | 31 | 0 | 178 | 4% |
| Total Top 5 Outstanding | 2,083 | 411 | 82 | 2,576 | 60% |
| Total Outstanding | 3,560 | 653 | 104 | 4,317 | 100% |

### 2005

| Top 5 Lenders | Months Outstanding | | | | |
|---|---|---|---|---|---|
|  | 0 - 6 | 7 - 12 | 13+ | Total | |
|  | #loans | #loans | #loans | #loans | %loans |
| Countrywide | 727 | 595 | 551 | 1,873 | 46% |
| Washington Mutual | 166 | 18 | 0 | 184 | 4% |
| Lehman Brothers | 118 | 65 | 0 | 183 | 4% |
| Chase | 128 | 32 | 4 | 164 | 4% |
| Netbank Funding | 97 | 43 | 19 | 159 | 4% |
| Total Top 5 Outstanding | 1,236 | 753 | 574 | 2,563 | 62% |
| Total Outstanding | 2,303 | 1142 | 669 | 4,114 | 100% |

### 2006

| Top 5 Lenders | Months Outstanding | | | | |
|---|---|---|---|---|---|
|  | 0 - 6 | 7 - 12 | 13+ | Total | |
|  | #loans | #loans | #loans | #loans | %loans |
| Countrywide | 950 | 593 | 851 | 2,394 | 51% |
| Washington Mutual | 225 | 17 | 3 | 245 | 5% |
| Chase | 202 | 15 | 4 | 221 | 5% |
| Irwin | 99 | 0 | 0 | 99 | 2% |
| Financial Freedom | 89 | 0 | 1 | 90 | 2% |
| Total Top 5 Outstanding | 1,565 | 625 | 859 | 3049 | 65% |
| Total Outstanding | 2,946 | 789 | 945 | 4,680 | 100% |


FannieMae

Confidential - Internal Distribution

7

CONFIDENTIAL

FHFA01283396

A3-10017318837

## NUC: Current Strategy to Minimize Future Losses

- Constant analysis of selection models to improve ability to target bad loans at delivery

- Partner with CRAM to screen all deliveries and assign a risk score

- Research and revise rep and warrant model

- Continue to improve repurchase collection under Centralized Repurchasing

- Continue to monitor non-collection activity to be responsive to changing conditions (DOA, Escalation procedures)



Confidential - Internal Distribution                                        8

CONFIDENTIAL                                                      FHFA01283397

A3-10017318838

## NUC – 2006 Subprime Pre-Purchase Due Diligence

| Deal # | Lender | Third Party Vendor | Avg # of Calendar Days to complete DD | Total # of Loans Bid | Bid Amount in $M | DD Review Unit Count to Bid | DD Review % to Bid | Final Deal "Kick Out" Rate of DD Review | Deal Delivery Date to Fannie Mae | 1st or 2nd Payment EPD Repurchase Requests | 1st or 2nd Payment EPD % to total Deal | Premium Recapture Requests due monthly to total Deal | Premium Recapture % to total Deal |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 16374 | Chase | Opus | 21 | 7617 | $ 1,100 | 2253 | 30% | 19% | 11/28/06 | 228 | 3.92% | 111 | 1.91% |
| 16502 | First Franklin | Clayton | 8 | 963 | $ 226 | 241 | 25% | 16% | 10/31/06 | 46 | 4.93% | 2 | 0.21% |
| 16333 | First Franklin | Clayton | 8 | 1517 | $ 227 | 373 | 25% | 10% | 10/12/06 | 48 | 3.21% | 20 | 1.34% |
| 16558 | NCHLS | Clayton | 4 | 10715 | $ 1,200 | 2485 | 23% | 9% | 11/29/06 | 68 | 0.94% | N/A - Below Par | |
| 16143 | First Franklin | OPUS | 7 | 823 | $ 125 | 248 | 30% | 7% | 9/11/06 | 19 | 2.44% | 14 | 1.20% |
| 16094 | Option One | MDMC | 7 | 1027 | $ 187 | 292 | 28% | 13% | 9/11/06 | 61 | 6.62% | 15 | 1.63% |
| 16076-B | Chase | Clayton | 7 | 476 | $ 80 | 0 | 0% | 0% | 8/31/06 | 151 | 2.65% | 251 | 4.41% |
| 16076-A | Chase | Clayton | 4 | 5691 | $ 1,013 | 908 | 16% | 12% | 8/18/06 | | | | |
| 16013 | New Century | OPUS | 4 | 422 | $ 58 | 209 | 50% | 15% | 8/31/06 | 14 | 3.67% | 3 | 0.79% |
| 15611 | New Century | OPUS | 4 | 652 | $ 3,374 | 200 | 31% | 12% | 5/18/06 | 38 | 6.14% | 11 | 1.78% |
| 14897 | New Century | Clayton | 7 | 1080 | $ 102 | 216 | 20% | 22% | 12/6/05 | 42 | 4.66% | 9 | 0.99% |
| **AVERAGES** | | | 7 | 2817 | $ 699 | 675 | 25% | 12% | | 72 | 3.92% | 48 | 1.05% |

- 9 completed DD reviews - 6,892 loans
- Average number of calendar days to complete - 7 days
- Average DD sample size was 25% - average "kick-out" percentage was an acceptable 12%

- EPD tracking and report has been completed on 8 of 9 deals from 2006
- EPD rates average 3.92%


FannieMae

Confidential - Internal Distribution

9

CONFIDENTIAL

FHFA01283398

A3-10017318839