# Exhibit Q

**From:** Sanderson, Kim [kim_sanderson@fanniemae.com]
**Sent:** Tuesday, April 18, 2006 2:32 PM
**To:** jeni@opuscmc.com
**Cc:** Gray, Alicia C; Workman, Cindy; Hickman, Milan T
**Subject:** Fannie Mae/New Century Due Diligence
Hi Jeni,

Thanks for your time this morning to discuss the upcoming due diligence review at New Century Mortgage in Irvine California beginning Monday April 24th, 2006.

Your point of contract at New Century will be Komarith Touk, Vice President Capital Markets (949)- 797-5324. Please contact him to discuss logistics of the visit.

I will be on site at New Century , along with Alicia Gray , Fannie Mae Senior Underwriting Consultant.  We will review any of the loans tat are kicked out of the sample population for Credit or Appraisal reasons.

Cindy Workman will be your point of contact for all Predatory and Compliance related matters.

I will forward you sample selection to New Century so they may begin pulling files.

There is a Radisson Hotel about 5 miles form New Century's office located in Newport Beach  4545 Macarthur Blvd.  It is about 1/4 mile from the Orange County airport. .
http://www.Radisson.com/hotel directory/hotelbio.jsp?

We look forward to working together with you and Chris Guidice.


Kim Sanderson
Risk Manager
626-296-5467

The electronic mail message you have received and any files transmitted with it are confidential and solely for the intended addressee(s)'s attention. Do not divulge, copy, forward, or use the contents, attachments, or information without permission of Fannie Mae. Information contained in this message is provided solely for the purpose stated in the message or its attachment(s) and must not be disclosed to any third party or used for any other purpose without consent of Fannie Mae. If you have received this message and/or any files transmitted with it in error, please delete them from your system, destroy any hard copies of them, and contact the sender.