UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| FEDERAL HOUSING FINANCE AGENCY, AS CONSERVATOR FOR THE FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>    Plaintiff,<br><br>  -against-<br><br>NOMURA HOLDING AMERICA, INC., *et al.*,<br><br>    Defendants. | No. 11 Civ. 6201 (DLC) |



## NOTICE OF WITHDRAWAL OF APPEARANCE

**PLEASE TAKE NOTICE** that Leigh A. Wasserstrom of Simpson Thacher & Bartlett LLP hereby withdraws her appearance as counsel for Defendant RBS Securities Inc. f/k/a Greenwich Capital Markets, Inc. in the above-captioned action. All other previously appearing counsel from Simpson Thacher & Bartlett LLP will continue to serve as counsel for Defendant in this action.

Dated: October 31, 2014
   New York, New York

Respectfully submitted,

/s/ Leigh A. Wasserstrom
Leigh A. Wasserstrom
lwasserstrom@stblaw.com

**SIMPSON THACHER & BARTLETT LLP**
425 Lexington Avenue
New York, New York 10017-3954
Telephone: 212-455-2000
Facsimile: 212-455-2502

*Attorneys for Defendant RBS Securities Inc.*

Approved,
[signature]
11/3/14