# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588

WWW.SULLCROM.COM

*125 Broad Street*
*New York, NY 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.

FRANKFURT • LONDON • PARIS

BEIJING • HONG KONG • TOKYO

MELBOURNE • SYDNEY



11/12/2014

November 7, 2014

Via E-mail and ECF

**MEMO ENDORSED**

Hon. Denise L. Cote,
    United States District Judge,
        Daniel Patrick Moynihan United States Courthouse,
            500 Pearl Street, Room 1610,
                New York, New York 10007-1312.

Re:    *FHFA* v. *Nomura Holding America Inc., et al.*, No. 11-cv-6201

Dear Judge Cote:

On behalf of all parties, we write to propose redactions to defendants' oppositions to plaintiff's Motions *in Limine* Nos. 3 4, and 5, and supporting materials, pursuant to the Court's endorsement of defendants' October 24, 2014 letter. (Doc. No. 882.)

The parties have met and conferred and agree that, consistent with Sections 2.6, 2.7, 2.8 and 2.9 of the First Amended Protective Order dated January 11, 2013, Exhibits J, K, L, and M to defendants' opposition to plaintiff's Motion *in Limine* No. 3 and Exhibit I to defendants' opposition to plaintiff's Motion *in Limine* No. 5 cannot be easily redacted and propose that these Exhibits be filed under seal. These Exhibits contain non-party borrower information.

The parties also agree that the Exhibits identified in the following charts should be filed in redacted form.

Hon. Denise L. Cote                                                                  -2-

| Defendants' Opposition to Plaintiff's Motion *in Limine* No. 3 | | |
|---|---|---|
| **Exhibit** | **Location of Redaction** | **Reason for Redaction** |
| Exhibit P | pp. 10, 11 | Cell phone number |
| Exhibit R | pp. 12, 13 | Cell phone number |
| Exhibit U | pp. 27, 28 | Cell phone number |
| Exhibit Z | pp. 1, 4-7, 9 | Cell phone number |

| Defendants' Opposition to Plaintiff's Motion *in Limine* No. 4 | | |
|---|---|---|
| **Exhibit** | **Location of Redaction** | **Reason for Redaction** |
| Exhibit E | pp. 10, 11 | Cell phone number |
| Exhibit F | pp. 12, 13 | Cell phone number |
| Exhibit I | pp. 27, 28 | Cell phone number |
| Exhibit N | pp. 2, 4 | Account number and IRS number |

    Highlighted copies of the above-listed exhibits are being submitted to the Court via e-mail.

Approved.
*Denise Cote*
Nov. 12, 2014

Hon. Denise L. Cote                                                    -3-

Respectfully Submitted,

/s/ Philippe Z. Selendy
Philippe Z. Selendy
(philippeselendy@quinnemanuel.com)
Jon D. Corey
(joncorey@quinnemanuel.com)
Adam M. Abensohn
(adamabensohn@quinnemanuel.com)
Andrew R. Dunlap
(andrewdunlap@quinnemanuel.com)
David B. Schwartz
(davidschwartz@quinnemanuel.com)
QUINN EMANUEL URQUHART&
SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
(212) 849-7000

*Attorneys for Plaintiff Federal Housing
Finance Agency*

/s/ David B. Tulchin
David B. Tulchin
(tulchinb@sullcrom.com)
Steven L. Holley
(holleys@sullcrom.com)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York, 10004
(212) 558-4000

Amanda F. Davidoff
(davidoffa@sullcrom.com)
SULLIVAN & CROMWELL LLP
1700 New York Avenue, NW, Suite 700
Washington, D.C. 20006
(202) 956-7500

*Attorneys for Defendants Nomura Holding
America Inc., Nomura Asset Acceptance
Corporation, Nomura Home Equity Loan,
Inc., Nomura Credit & Capital, Inc.,
Nomura Securities International, Inc.,
David Findlay, John McCarthy, John P.
Graham, Nathan Gorin, and N. Dante
LaRocca*

/s/ Thomas C. Rice
Thomas C. Rice
(trice@stblaw.com)
David J. Woll
(dwoll@stblaw.com)
Andrew T. Frankel (afrankel@stblaw.com)
Alan Turner
(aturner@stblaw.com)
Craig S. Waldman
(cwaldman@stblaw.com)
SIMPSON THACHER & BARTLETT
LLP
425 Lexington Avenue
New York, New York 10017
Telephone: 212-455-2000

*Attorneys for Defendant RBS Securities
Inc.*