November 3, 2014

<u>VIA E-MAIL AND ECF</u>

The Honorable Denise L. Cote
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1610
New York, NY 10007-1312



11/18/2014

Re:   *FHFA v. Nomura Holding America Inc.*, No. 11 Civ. 6201 (DLC)

**MEMO ENDORSED**

Dear Judge Cote:

Plaintiff Federal Housing Finance Agency ("FHFA") and Defendants in the above-captioned Action (collectively, the "Parties") write concerning the Court's endorsement of FHFA's October 20, 2014 letter (Dkt. 869), ordering the Parties to submit a joint report listing the proposed redactions to FHFA's Reply Memorandum of Law in Support of its Motion for Partial Summary Judgment on the Statute of Limitations and supporting materials in the above-captioned Actions.

The Parties have met and conferred and agree that the documents identified herein should be filed in redacted form, as described below. Consistent with Sections 2.6, 2.7, 2.8 and 9 of the First Amended Protective Order dated January 11, 2013, the Parties propose to redact or file under seal documents that contain the following categories of information: (1) personally identifiable information and (2) transcript excerpts from a regulatory investigation. There is no dispute among the parties about what materials should be redacted.

The following chart identifies the portions of exhibits for which the Parties request redaction:

| *FHFA v. Nomura Holding America Inc.*, Exhibits | | |
|---|---|---|
| **Exhibit** | **Location of Redaction** | **Reason for Redaction** |
| 228 | Pp. 11, 12 of PDF | Cell phone numbers |
| 241 | Tr. 112:2-20; 113:3-12; 114:2-25 | Discussion and reading of the transcript from regulatory investigation |

The Parties also request that the Court redact from FHFA's Reply 56.1 Statement filed in *FHFA v. Nomura Holding America, Inc.,* 11 Civ. 6201 (DLC), the highlighted information in the chart below:

| *FHFA v. Nomura Holding America Inc.,* FHFA's Reply 56.1 Statement | | | |
|---|---|---|---|
| Paragraph | Page(s) | Text to Be Redacted (Highlighted) | Reason for Redaction |
| 155 | 117-118 | ███████████████ | Regulatory Investigation |

Highlighted copies of the above-listed exhibits and excerpt are being submitted to the Court via email.

Approved.

*/s/ Denise Cote*

Nov. 6, 2014

Respectfully Submitted,

/s/ Philippe Z. Selendy
Philippe Z. Selendy
(philippeselendy@quinnemanuel.com)
Jon D. Corey
(joncorey@quinnemanuel.com)
Adam M. Abensohn
(adamabensohn@quinnemanuel.com)
Andrew R. Dunlap
(andrewdunlap@quinnemanuel.com)
David B. Schwartz
(davidschwartz@quinnemanuel.com)
QUINN EMANUEL URQUHART&
SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
(212) 849-7000

*Attorneys for Plaintiff Federal Housing Finance Agency*

/s/ David B. Tulchin
David B. Tulchin
(tulchinb@sullcrom.com)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York, 10004
(212) 558-4000

Amanda F. Davidoff
(davidoffa@sullcrom.com)
Elizabeth A. Cassady
(cassadye@sullcrom.com)
SULLIVAN & CROMWELL LLP
1700 New York Avenue, NW, Suite 700
Washington, D.C. 20006
(202) 956-7500

*Attorneys for Defendants Nomura Holding America Inc., Nomura Asset Acceptance Corporation, Nomura Home Equity Loan, Inc., Nomura Credit & Capital, Inc., Nomura Securities International, Inc., David Findlay, John McCarthy, John P. Graham, Nathan Gorin, and N. Dante LaRocca*


/s/ Thomas C. Rice
Thomas C. Rice
(trice@stblaw.com)
David J. Woll
(dwoll@stblaw.com)
Andrew T. Frankel
(afrankel@stblaw.com)
Alan Turner
(aturner@stblaw.com)
Craig S. Waldman
(cwaldman@stblaw.com)
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017
Telephone: 212-455-2000

*Attorneys for Defendant RBS Securities*