# Exhibit E

# In The Matter Of:

*(C-"FHFA-ALL") FEDERAL HOUSING FINANCE AGENCY, ETC.*

_____

## RICHARD F. SYRON - Vol. 1
### November 22, 2013

_____

**MERRILL CORPORATION**

**LegaLink, Inc.**

225 Varick Street
10th Floor
New York, NY 10017
Phone: 212.557.7400
Fax: 212.692.9171

RICHARD F. SYRON - 11/22/2013

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x
FEDERAL HOUSING FINANCE AGENCY, etc.,

          Plaintiff,
     vs.                 11 Civ. 6189 (DLC)

HSBC NORTH AMERICA HOLDINGS,
INC., et al.,

          Defendants.
----------------------------------x
FEDERAL HOUSING FINANCE AGENCY, etc.,

          Plaintiff,
     vs.                 11 Civ. 6190 (DLC)

BARCLAYS BANK PLC, et al.,

          Defendants.
----------------------------------x
FEDERAL HOUSING FINANCE AGENCY, etc.,

          Plaintiff,
     vs.               11 Civ. 6192 (DLC)

DEUTSCHE BANK AG, et al.,

          Defendants.
----------------------------------x
FEDERAL HOUSING FINANCE AGENCY, etc.,

          Plaintiff,
     vs.               11 Civ. 6193 (DLC)

FIRST HORIZON NATIONAL
CORP., et al.,

          Defendants.
----------------------------------x
DATE:  November 22, 2013

WITNESS:  Richard F. Syron
```

RICHARD F. SYRON - 11/22/2013

```
 1

 2    ------------------------------------x
      FEDERAL HOUSING FINANCE AGENCY, etc.
 3
                   Plaintiff,
 4         vs.              11 Civ. 6195 (DLC)

 5    BANK OF AMERICA CORP., et al.,

 6              Defendants.
      ------------------------------------x
 7    FEDERAL HOUSING FINANCE AGENCY, etc.,

 8                 Plaintiff,
           vs.              11 Civ. 6198 (DLC)
 9
      GOLDMAN, SACHS & CO., et al.,
10
                 Defendants.
11    ------------------------------------x
      FEDERAL HOUSING FINANCE AGENCY, etc.,
12
                 Plaintiff,
13         vs.              11 Civ. 6200 (DLC)

14    CREDIT SUISSE HOLDINGS
      (USA), Inc., et al.,
15
                 Defendants.
16    ------------------------------------x
      FEDERAL HOUSING FINANCE AGENCY, etc.,
17
                 Plaintiff,
18         vs.              11 Civ. 6201 (DLC)

19    NOMURA HOLDING AMERICA,
      INC., et al.,
20
                 Defendants.
21    ------------------------------------x

22

23

24

25
```

RICHARD F. SYRON - 11/22/2013

```
 1

 2    --------------------------------x
      FEDERAL HOUSING FINANCE AGENCY, etc.,
 3
                Plaintiff,
 4         vs.            11 Civ. 6202 (DLC)

 5    MERRILL LYNCH & CO.,
      INC., et al.,
 6
                Defendants.
 7    --------------------------------x
      FEDERAL HOUSING FINANCE AGENCY, etc.,
 8
                Plaintiff,
 9         vs.            11 Civ. 6203 (DLC)

10    SG AMERICAS, INC., et al.,

11              Defendants.
      --------------------------------x
12    FEDERAL HOUSING FINANCE AGENCY, etc.,

13              Plaintiff,
           vs.            11 Civ. 6739 (DLC)
14
      MORGAN STANLEY, et al.,
15
                Defendants.
16    --------------------------------x

17

18

19

20

21

22

23

24

25
```

```
 1

 2     IN THE UNITED STATES DISTRICT COURT

 3     DISTRICT OF CONNECTICUT
       ----------------------------------x
 4     FEDERAL HOUSING FINANCE AGENCY, etc.,

 5             Plaintiff,
          vs.                   Case No.
 6                            3:11-cv-01383-AWT

 7     THE ROYAL BANK OF SCOTLAND
       GROUP PLC, et al.,
 8
               Defendants.
 9     ----------------------------------x

10

               November 22, 2013
11
               9:16 a.m.
12

13

14        Videotaped deposition of RICHARD F.

15     SYRON, pursuant to notice, held at the

16     offices of Mayer Brown LLP, 1999 K Street,

17     NW, Washington, DC, before Gail F. Schorr,

18     a Certified Shorthand Reporter, Certified

19     Realtime Reporter and Notary Public within

20     and for the State of New York.

21

22

23

24

25
```

RICHARD F. SYRON - 11/22/2013

```
 1
 2          at the top?
 3          A.    Sorry, I was looking at 17 on
 4     the bottom.
 5          Q.    I didn't see any page number.
 6          MR. COREY:  If you go later on
 7     it starts --
 8          A.    Statement of Richard Syron, I
 9     see halfway, two-thirds of the way down.
10          Q.    Right.  And then what follows
11     there are some remarks that you made at
12     the hearing, right?
13          A.    Correct.
14          Q.    If you could just turn to the
15     next page, page 18 now.
16          A.    Can I read 17?
17          Q.    Sure.
18          A.    Okay.
19          Q.    I'd like to ask you to turn
20     over to the next page actually, page 18.
21          A.    Okay.
22          Q.    And this is still in your
23     statement.  The last full paragraph on
24     the page says "The subprime market was
25     developed largely by private label
```

RICHARD F. SYRON - 11/22/2013

1

2      participants, as were most

3      non-traditional mortgage products.

4      Freddie Mac entered the non-traditional

5      slice of the market because, as the

6      private lending sector shifted toward

7      those type of loans, Freddie needed to

8      participate in order to carry out its

9      public mission of promoting

10      affordability, stability, and liquidity

11      in housing finance."

12              Do you see that?

13      A.   Yes.

14      Q.   Was that a true statement at

15      the time you made it to Congress?

16      A.   Yes.

17      Q.   If you could turn ahead to

18      page 122 in this same document.

19      A.   Numbered at the top?

20      Q.   Yes, numbered at the top.

21      A.   Yes.  I don't have page 122.

22      Oh, it's on the back side, sorry.

23      Q.   Are you at page 122 now?

24      A.   Yes, I do.

25      Q.   About, let's see, about 11

RICHARD F. SYRON - 11/22/2013

```
 1
 2      lines down or so there's a line that says
 3      "Mr. McHenry.  Good luck I hear."  Do you
 4      see that?
 5           A.    Yes.
 6           Q.    Then it says, Mr. McHenry
 7      continuing, it says "Okay, in order to
 8      fulfill your affordable housing goal,
 9      instituted and given to you by Congress,
10      did you feel in order to fulfill that
11      affordable housing goal, did you feel
12      pressure from Congress to do riskier
13      mortgages, perhaps more borderline
14      mortgages?  We will start with Mr. Raines
15      and we'll go right down the list.  Yes or
16      no?"
17                A few lines down we come to
18      Mr. McHenry and he says "Mr. Syron."
19      Then it says "Mr. Syron.  As the goals
20      went up and the goals were specified by
21      HUD, you inevitably, to make more
22      progress, had to take more risk.
23                "Mr. McHenry.  So in order to
24      make more progress with your affordable
25      housing goal, you had to make riskier
```

RICHARD F. SYRON - 11/22/2013

Page 233

```
1
2      mortgages?"
3               "Mr. Syron.  Buy riskier
4      mortgages."
5               Do you see that?
6          A.   Yes.
7          Q.   Was that truthful testimony at
8      the time you gave it to Congress?
9          A.   Yes.
10         Q.   I'd like you to go back to the
11     board deck if you would, which was
12     Exhibit 34602.
13              MR. COREY:  Are we finished
14         with this?
15              MR. STARK:  For the moment.
16         We'll come back to it.
17         Q.   I'd like to go to page 50.
18     Are you at page 50?
19         A.   Yes.
20         Q.   And this page is headed
21     "Subprime ABS provides several benefits."
22     Do you see that?
23         A.   Yes.
24         Q.   And then there's some mention
25     of economic benefits and underneath that
```

RICHARD F. SYRON - 11/22/2013

```
 1

 2     it says "Expected ROE 17 percent."  Does

 3     that refer to return on equity?

 4          A.   Yes.

 5          Q.   And the next bullet says

 6     "Agency option adjusted spread 30 bp," or

 7     basis points.  Do you see that?

 8          A.   Yes.

 9          Q.   Do those bullets taken

10     together indicate that, as you mentioned

11     earlier, PLS were a relatively profitable

12     investment for Freddie Mac?

13               MR. COREY:  Objection, form.

14          A.   Yes.

15          Q.   Then the next subheading says

16     "Supports our housing goals/sub-goals."

17     Do you see that?

18          A.   Yes.

19          Q.   And then there's a chart

20     underneath that.  Do you understand that

21     chart to be illustrating how subprime or

22     nonprime PLS contributed to Freddie Mac

23     meeting its housing goals and sub-goals?

24          A.   Yes.

25               MR. COREY:  Objection.
```

RICHARD F. SYRON - 11/22/2013

Page 235

```
 1
 2           Objection, form.  Just looking at
 3           the chart?
 4              MR. STARK:  I'm just asking
 5           for his understanding.
 6              I'll mark the next exhibit,
 7           34616.
 8              (Syron Exhibit 34616 for
 9           identification, document entitled
10           "Analysis of Freddie Mac's
11           asset-backed securities portfolio,"
12           dated February 28th, 2008.)
13           Q.   Mr. Syron, we've handed you
14      now what's been marked as Exhibit 34616.
15           A.   Yes.
16           Q.   Do you recognize this
17      document?
18           A.   Not right now, no.
19           Q.   This is entitled "Analysis of
20      Freddie Mac's asset-backed securities
21      portfolio," dated February 28th, 2008.
22      Do you recall in the time frame around
23      February 2008 Freddie Mac putting
24      together something called the white paper
25      about Freddie Mac's asset-backed
```

RICHARD F. SYRON - 11/22/2013

 1

 2      securities portfolio?

 3          A.    No, I don't recall it, but

 4      white paper rings a bell.

 5          Q.    You don't recall that

 6      specifically.  Okay.

 7               Let's turn to page 3 just

 8      briefly.  Right at the top of the page

 9      under the heading "ABS portfolio

10      overview" --

11          A.    I'm sorry, I'm on the wrong

12      page.

13               MR. GREEN:  Page 3.

14          A.    I'm sorry.

15          Q.    Right at the top of the page

16      it says "Between 2004 and mid-2007, the

17      significant growth in mortgage debt

18      outstanding, coupled with the increased

19      share of ABS, allowed Freddie Mac to

20      deploy capital at rates of return that

21      surpassed those in the traditional agency

22      mortgage securities market, while

23      purchasing assets that were highly

24      supportive of the company's affordable

25      housing goals and sub-goals."

RICHARD F. SYRON - 11/22/2013

```
 1
 2                    Do you see that?
 3          A.    Yes.  Let me -- I'm sorry, I
 4     have a hard time seeing, my glasses got
 5     stepped on, or got --
 6                    MR. GREEN:  Read the whole
 7          paragraph.
 8          A.    Okay.
 9          Q.    And the text that I read,
10     based on your time as the head of Freddie
11     Mac, is that an accurate statement?
12          A.    I'm sorry, I forgot what you
13     read.
14          Q.    I read the first four lines of
15     that paragraph.
16          A.    Ending with sub-goals?
17          Q.    Correct.
18          A.    Yes.
19          Q.    Yes, that's accurate?
20          A.    Yes.
21          Q.    Now, Mr. Syron, during your
22     time at Freddie Mac you received
23     compensation that was at least in part
24     based on an evaluation of your
25     performance during the year, right?
```

RICHARD F. SYRON - 11/22/2013

Page 238

1

2          A.    Yes.

3          Q.    And there was a sort of

4    scorecard that was used to evaluate your

5    performance; is that right?

6          A.    Yes.

7          Q.    And what factors were included

8    in that scorecard?

9          A.    Well to simplify it, the most

10   important factors were remediating the

11   organization at Freddie Mac and getting

12   the, getting our accounting up to date

13   and getting ourselves rated -- excuse me,

14   registered with the SEC.

15         Q.    And there were other factors

16   on the scorecard as well, right?

17         A.    Yes.

18         Q.    And meeting housing goals was

19   part of how you were evaluated, right?

20         A.    Yes.

21         Q.    And --

22         A.    I don't remember, but I

23   believe so.

24         Q.    Okay.  Let's look at a

25   document.

RICHARD F. SYRON - 11/22/2013

```
 1

 2              MR. STARK:  Let's mark the

 3         next exhibit, 34617.

 4              (Syron Exhibit 34617 for

 5         identification, letter from Mr.

 6         Syron to the stockholders of

 7         Freddie Mac dated May 7th, 2007,

 8         with attached proxy statement.)

 9         Q.    Mr. Syron, you have now before

10    you what's been marked as Exhibit 34617.

11         A.    Yes.

12         Q.    This begins with a letter from

13    you to the shareholders of Freddie Mac

14    dated May 7th, 2007, right?

15         A.    Yes.

16         Q.    And attached to it is Freddie

17    Mac's proxy statement; is that right?

18         A.    Yes.

19         Q.    And are you generally familiar

20    with this document?

21         A.    I was at the time.

22         Q.    Let's turn to page 40 in the

23    proxy statement.  Do you have page 40?

24         A.    Yes.

25         Q.    And under the heading "Annual
```

RICHARD F. SYRON - 11/22/2013

```
 1
 2      bonuses," third paragraph down from that
 3      it says "The 2006 bonus funding scorecard
 4      included the following performance areas
 5      and related objectives."
 6                  Do you see that?  It carries
 7      over to the next page.
 8           A.    No.  I don't see it.  Where is
 9      it?
10           Q.    Page 40.
11           A.    Page 40.
12           Q.    Do you see the annual bonuses
13      heading?
14           A.    Yes.
15           Q.    Go down three paragraphs?
16           A.    Yes.
17           Q.    It says "the 2006 bonus
18      funding scorecard included the following
19      performance areas and related
20      objectives."
21           A.    I must -- oh, oh, I was
22      looking under the wrong thing.  Yes, I
23      see that.
24           Q.    You've got it, okay.  And then
25      underneath what I just read there's a
```

RICHARD F. SYRON - 11/22/2013

Page 241

1

2      series of bullets carrying over to page

3      41, right?

4            A.    Yes.

5            Q.    And each of these bullets

6      represented an element of how your bonus

7      was evaluated for 2006, right?

8            A.    This was not just my bonus.

9      This was how the bonuses were determined

10     for the named executive officers.

11           Q.    For you and for other officers

12     at Freddie Mac, right?

13           A.    Right, but I'm not sure the

14     weights were the same on each one.

15           Q.    You see the first bullet under

16     the line I read is headed "Mission"?

17           A.    Yes.

18           Q.    And this refers to satisfying

19     housing goals, right?

20           A.    Yes.

21           Q.    And was that in fact an

22     element of the evaluation of your bonus

23     for the year?

24           A.    Yes.

25           Q.    The next bullet is headed

RICHARD F. SYRON - 11/22/2013

```
 1
 2        "Shareholder value."  Do you see that?
 3            A.    Yes.
 4            Q.    And that carries on through
 5        several subbullets, do you see that,
 6        going over to the next page?
 7            A.    Yes.
 8            Q.    And would shareholder value
 9        generally refer to profitability, the
10        financial performance of the firm?
11                  MR. COREY:  Object to the
12            form.
13            A.    Shareholder value would mean,
14        that, in effect, the long-term value of
15        the corporation.  It wouldn't be measured
16        in short term in my opinion.
17            Q.    If you look at the top of page
18        41, at least one --
19            A.    I'm sorry, I've got to take a
20        minute to clean my glasses.  I got them
21        scratched up on the floor and I'm having
22        a hard time seeing.  Okay.
23            Q.    At the top of page 41 you see
24        there's a subbullet under shareholder
25        value is "Return on equity for new
```

RICHARD F. SYRON - 11/22/2013

Page 243

```
 1
 2      business in both the guarantee and
 3      retained portfolios."
 4              Do you see that?
 5      A.    Yes.
 6      Q.    And then three bullets down
 7      "accomplishing a specific growth goal for
 8      a guarantee portfolio," do you see that?
 9      A.    Yes.
10      Q.    And below that "accomplishing
11      a specific growth goal for our retained
12      portfolio," do you see that?
13      A.    Yes.
14      Q.    And the retained portfolio
15      included the PLS, right?
16      A.    Yes.
17      Q.    And so would it be accurate to
18      say that achieving growth goals within
19      PLS would have possibly affected your
20      bonus?
21              MR. COREY:  Objection, form.
22      A.    In my discussion with the
23      compensation committee, with the chairman
24      of the compensation committee, the
25      greatest attention was placed on, as I
```

RICHARD F. SYRON - 11/22/2013

Page 244

1

2      said before, financial reporting and some

3      of these other measures.  I think this

4      may have referred more -- I think coming

5      from me, but I think it referred more to

6      people in the investment area.

7          Q.    This would have carried some

8      weight on your bonus but more for people

9      in the investment area, is that what

10     you're saying?

11            MR. COREY:  Objection to form.

12         A.    I don't know.

13         Q.    Were others, other executives

14     at Freddie Mac besides you also rated for

15     their bonuses on whether Freddie Mac

16     achieved its HUD goals?

17         A.    Yes.  I want to come back to

18     this.  It wasn't necessarily achieved.

19     How Freddie Mac did in meeting those

20     goals.  Because remember I had said about

21     my discussions with Secretary Jackson.

22         Q.    I see.  So it wasn't, it

23     wasn't binary whether you achieved or

24     didn't achieve them?

25         A.    Exactly.

RICHARD F. SYRON - 11/22/2013

Page 245

```
1
2              Q.    But coming closer to or
3       achieving the HUD goals would be a good
4       thing for your bonus, right?
5                   MR. COREY:  Objection, form.
6              A.    Yes.
7              Q.    And it would have been a good
8       thing for other executives' bonuses at
9       Freddie Mac; is that right?
10                  MR. COREY:  Same objection.
11             A.    Yes.
12             Q.    Would it be fair to say that
13      you and the other executives at Freddie
14      Mac wanted to make sure that you came as
15      close as you could to satisfying the HUD
16      goals?
17             A.    I think subject to safety and
18      soundness considerations.
19             Q.    In general, yes, you were
20      striving to meet the HUD goals, right?
21             A.    Everything else --
22                  MR. COREY:  Objection,
23             misstates the testimony.
24             A.    Everything else being the
25      same.
```

RICHARD F. SYRON - 11/22/2013

```
 1
 2           Q.    Everything else being the same
 3      the answer to my question is yes; is that
 4      right?
 5           A.    Yes.
 6                 MR. COREY:  Same objection.
 7           Same objection.
 8           Q.    Incidentally, was the
 9      scorecard for evaluating your and other
10      executives' bonuses at Freddie Mac, was
11      it the same in 2007 as in 2006?
12                 MR. COREY:  Objection, form.
13           A.    I don't know.
14                 (Syron Exhibit 34618 for
15                 identification, letter from Mr.
16                 Syron to the stockholders of
17                 Freddie Mac dated April 29, 2008,
18                 with attached proxy statement.)
19           Q.    You now have, sir, before you
20      what we've marked as Exhibit 34618.
21           A.    Yes.
22           Q.    And this one starts with a
23      letter from you to the stockholders of
24      Freddie Mac dated April 29, 2008, do you
25      see that?
```

RICHARD F. SYRON - 11/22/2013

Page 247

```
 1
 2            A.    Yes.
 3            Q.    And then what follows is the
 4     proxy statement to the shareholders,
 5     right?
 6            A.    I'm sorry, I didn't hear what
 7     you said.
 8            Q.    What follows then is the proxy
 9     statement for the shareholders?
10            A.    Yes.
11            Q.    And if you turn to page 43 in
12     this exhibit.
13            A.    It's paginated at the bottom
14     in this?
15            Q.    At the bottom, yes.
16            A.    Okay.
17            Q.    And you'll see there at the
18     top of the page a heading that says
19     "Annual bonuses"?
20            A.    Yes.
21            Q.    And here then there's a
22     section beginning three paragraphs below
23     that that says "The 2007 bonus funding
24     scorecard contained a balanced set of
25     performance measures that integrated
```