# Exhibit G

# In The Matter Of:

## *(C-"FHFA-ALL") FEDERAL HOUSING FINANCE AGENCY, ETC.*

_____

## *GARY KAIN*
### *November 7, 2013*

_____

**MERRILL CORPORATION**

LegaLink, Inc.

225 Varick Street
10th Floor
New York, NY 10017
Phone: 212.557.7400
Fax: 212.692.9171

GARY KAIN - 11/7/2013

Page 423

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

----------------------------------------x

FEDERAL HOUSING FINANCE AGENCY, etc.,      :

    Plaintiff,                             :

    vs.                                    : 11 Civ. 6189

HSBC NORTH AMERICA HOLDINGS, INC., et      :   (DLC)

al.,                                       :

    Defendants.                            :

----------------------------------------x

FEDERAL HOUSING FINANCE AGENCY, etc.,      :

    Plaintiff                              :

    vs.                                    : 11 Civ. 6190

BARCLAYS BANK PLC, et al.,                 : (DLC)

    Defendants.                            :

----------------------------------------x

FEDERAL HOUSING FINANCE AGENCY, etc.,      :

    Plaintiff,                             :

    vs.                                    : 11 Civ. 6192

DEUTSCHE BANK AG, et al.,                  : (DLC)

    Defendants.                            :

----------------------------------------x

VOLUME II Videotaped Deposition of GARY KAIN

Thursday, November 7, 2013

Merrill Corporation - New York

1-800-325-3376                        www.merrillcorp.com/law

```
 1     -------------------------------------

 2     FEDERAL HOUSING FINANCE AGENCY, etc.,    :

 3          Plaintiff,                          :

 4          vs.                                 : 11 Civ. 6193

 5     FIRST HORIZON NATIONAL CORP., et al.,    : (DLC)

 6          Defendants.                         :

 7     --------------------------------------x

 8     FEDERAL HOUSING FINANCE AGENCY, etc.,    :

 9          Plaintiff,                          :

10          vs.                                 : 11 Civ. 6195

11     BANK OF AMERICA CORP., et al.            :

12          Defendants.                         :

13     --------------------------------------x

14     FEDERAL HOUSING FINANCE AGENCY, etc.,    :

15          Plaintiff,                          :

16          vs.                                 : 11 Civ. 6198

17     GOLDMAN, SACHS & CO., et al.,            : (DLC)

18           Defendants.                        :

19     --------------------------------------x

20

21

22

23

24

25
```

Page 425

```
  1    ----------------------------------------x

  2    FEDERAL HOUSING FINANCE AGENCY, etc.,    :

  3         Plaintiff,                          :

  4         vs.                                 : 11 Civ. 6200

  5    CREDIT SUISSE HOLDINGS (USA), INC.,      : (DLC)

  6    et al.,                                  :

  7         Defendants.                         :

  8    ----------------------------------------x

  9    FEDERAL HOUSING FINANCE AGENCY, etc.,    :

 10         Plaintiff,                          :

 11          vs.                                : 11 Civ. 6201

 12    NOMURA HOLDING AMERICA, INC., et al.,    : (DLC)

 13         Defendants.                         :

 14    ----------------------------------------x

 15    FEDERAL HOUSING FINANCE AGENCY, etc.,    :

 16         Plaintiff,                          :

 17         vs.                                 : 11 Civ. 6202

 18    MERRILL LYNCH & CO., INC., et al.,       : (DLC)

 19         Defendants.                         :

 20    ----------------------------------------x

 21

 22

 23

 24

 25
```

Page 426

```
 1     ----------------------------------------x

 2     FEDERAL HOUSING FINANCE AGENCY, etc.,     :

 3          Plaintiff,                           :

 4          vs.                                  : 11 Civ. 6203

 5     SG AMERICAS, INC., et al.,                : (DLC)

 6          Defendants.                          :

 7     ----------------------------------------x

 8     FEDERAL HOUSING FINANCE AGENCY, etc.,     :

 9          Plaintiff,                           :

10          vs.                                  : 11 Civ. 6739

11     MORGAN STANLEY, et al.,                   : (DLC)

12          Defendants.                          :

13     ----------------------------------------x

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1    ----------------------------------------x

 2    FEDERAL HOUSING FINANCE AGENCY,          :

 3    AS CONSERVATOR FOR THE FEDERAL HOME      :

 4    LOAN MORTGAGE CORPORATION                :

 5         Plaintiff,                          :

 6         vs.                                 : 11 Civ. 7010

 7    ALLY FINANCIAL, INC., GMAC MORTGAGE      : (DLC)

 8    GROUP, INC., ALLY SECURITIES, LLC        :

 9    J.P. MORGAN SECURITIES, LLC              :

10    f/k/a J.P. MORGAN SECURITIES, INC.,      :

11    and as successor-in-interest to          :

12    BEAR, STEARNS & CO., INC.,               :

13    CREDIT SUISSE SECURITIES (USA) LLC,      :

14    f/k/a CREDIT SUISSE FIRST BOSTON, LLC,   :

15    RBS SECURITIES, INC., f/k/a GREENWICH    :

16    CAPITAL MARKETS, INC., CITIGROUP         :

17    GLOBAL MARKETS, INC., BARCLAYS           :

18    CAPITAL INC., UBS SECURITIES LLC,        :

19    and GOLDMAN, SACHS & CO.                 :

20         Defendants                          :

21    ----------------------------------------x

22

23

24

25
```

```
 1                IN THE UNITED STATES DISTRICT COURT

 2                    DISTRICT OF CONNECTICUT

 3      ----------------------------------x

 4      FEDERAL HOUSING FINANCE AGENCY,     :

 5      etc.,                               :

 6          Plaintiff,                      :

 7          vs.                             : Case No.

 8      THE ROYAL BANK OF SCOTLAND GROUP    : 3:11-cv-01383-AWT

 9      PLC, et al.,                        :

10          Defendants.                     :

11      ----------------------------------x

12

13

14                          VOLUME II

15            Videotaped Deposition of Gary Kain

16                      Washington, D.C.

17                      November 7, 2013

18                         9:09 a.m.

19

20

21

22

23      Job No. 239740

24      Pages 423 - 810

25      Reported by:  Bonnie L. Russo
```

```
 1                    GARY KAIN

 2      sanctions.  We wanted to hit our housing goals,

 3      but I don't know, you know, again, the

 4      specifics of what the implications of this

 5      would be.

 6                BY MR. FRANKEL:

 7           Q.    But they were severe?

 8           A.    It was --

 9                MR. COREY:  Objection to form.

10      Pause before you answer the question.  Give me

11      an opportunity to object so we are not talking

12      over each other.

13                THE WITNESS:  So I'm sorry, can you

14      repeat the question?

15                BY MR. FRANKEL:

16           Q.    The consequences could have been

17      severe to Freddie Mac if it did not meet its

18      housing goals?

19                MR. COREY:  Objection to form.

20                THE WITNESS:  I believe that is

21      accurate.  We certainly wanted to hit our

22      housing goals.  We viewed it as an important

23      objective.

24                BY MR. FRANKEL:

25           Q.    It was certainly a high priority
```

```
 1                         GARY KAIN
 2      companywide at Freddie Mac?
 3           A.    Yes, that is an accurate statement.
 4           Q.    It was a high priority in your group
 5      as well, the mortgage investments structuring
 6      group?
 7                 MR. COREY:  Objection to form.
 8                 THE WITNESS:  It was usually an I&CM
 9      objective, I believe, and yes, it was a high
10      priority companywide.
11                 BY MR. FRANKEL:
12           Q.    I'm sorry?
13           A.    Companywide.
14           Q.    Was there a view at Freddie Mac that
15      during the 2005 through '7 period, it was
16      becoming increasingly difficult to meet the
17      housing goals?
18                 MR. COREY:  Objection to form.
19                 THE WITNESS:  I'm not sure if it was
20      becoming increasingly difficult, although I
21      wouldn't argue with that statement.  I would
22      say that it was a challenge during those years
23      to meet the housing goals.
24                 I guess there were periods prior to
25      that where they were difficult as well, so I'm
```

```
 1                       GARY KAIN

 2      not sure about the statement increasing.

 3                BY MR. FRANKEL:

 4           Q.    But it was certainly considered to

 5      be difficult, a challenge?

 6           A.    It was a challenge.

 7           Q.    You mentioned earlier that Freddie

 8      would meet its housing goals, both through the

 9      guarantee side of the business and through the

10      PLS portfolio.

11                Is that your testimony?

12           A.    Yes.  That is consistent with my

13      testimony.

14           Q.    With respect to the PLS side of it,

15      would it be fair to say that the PLS purchases

16      were a critical component of Freddie's efforts

17      to meet its housing goals during the 2005

18      through 2007 time period?

19                MR. COREY:  Objection to form.

20                THE WITNESS:  I believe they were a

21      very important element.  I don't know --

22      critical, sometimes has different meanings, but

23      they were very important to that effort, yes.

24                BY MR. FRANKEL:

25           Q.    Were housing goals considered in
```

```
 1                      GARY KAIN
 2      connection with executive compensation?
 3           A.    I believe they were, yes.
 4           Q.    And in order to meet housing goals,
 5      would Freddie accept greater credit risk on
 6      occasion?
 7               MR. COREY:  Objection to form.
 8               THE WITNESS:  Yes, I believe they
 9      would.
10               BY MR. FRANKEL:
11           Q.    And lower returns on its
12      investments?
13               MR. COREY:  Same objection.
14               THE WITNESS:  Yes, it is my
15      recollection that Freddie would be willing to
16      accept lower returns.
17               BY MR. FRANKEL:
18           Q.    Let me hand you what has been marked
19      Exhibit 20445.  It is a copy of the 2007 annual
20      report and attached information statement.
21               (Deposition Exhibit No. 20445 was
22      marked for identification.)
23               BY MR. FRANKEL:
24           Q.    I certainly don't need you to read
25      the whole thing at this hour, but if you could
```

```
 1                        GARY KAIN
 2       take a look at the information statement, this
 3       was essentially filed in lieu of a 10-K; is
 4       that your understanding?
 5            A.    I don't recall.
 6            Q.    All right.  Would you have reviewed
 7       the annual report or information statement
 8       before it was filed?
 9            A.    I probably would have, and I -- but
10       I probably would have focused on certain areas
11       that people had requested I look at.  I, you
12       know, I wouldn't have been kind of a main
13       reviewer, so to speak.
14            Q.    Take a look at Page 8 of the -- not
15       of the cover report, but of the --
16            A.    Not of the cover, but the regular
17       report.
18            Q.    And look about three-quarters of the
19       way down, see the statement that starts:  "From
20       time to time?"
21            A.    Yes, I see that.
22            Q.    It says:  "From time to time, we
23       make significant adjustments to our mortgage
24       loan sourcing and purchase strategies in an
25       effort to meet the increased housing goals and
```

Page 666

```
 1                    GARY KAIN

 2    subgoals.  These strategies include entering

 3    into some purchase and securitization

 4    transactions with lower expected economic

 5    returns than our typical transactions."

 6              Is that an accurate statement?

 7         A.   I believe that to be an accurate

 8    statement, yes.

 9         Q.   Would that include the PLS

10    transactions?

11              MR. COREY:  Objection to form.

12              BY MR. FRANKEL:

13         Q.   Within that?

14              MR. COREY:  Objection to form.

15              THE WITNESS:  So I think generally

16    speaking, there may be exceptions, but the PLS

17    transactions would have typically met our

18    hurdles.  This would be more true, I'm not

19    saying there were not exceptions and we might

20    be willing to make them, but they generally

21    didn't happen on the PLS side.

22              They generally happened where we

23    bought things below our return threshold on the

24    guarantee side.

25              BY MR. FRANKEL:
```

```
 1                        GARY KAIN

 2          Mac's mission is to provide liquidity and

 3          stability to the US residential mortgage

 4          market.  The area of the mortgage market that

 5          is under the greatest stress is the nonagency

 6          or private label market.  This includes both

 7          Triple A rated and lower rated subordinate

 8          tranches," and it goes on.

 9               Would you read this to reflect that

10          there was a concern that Freddie Mac needed to

11          purchase more Triple A rated and subordinate

12          bonds in order to provide liquidity and

13          stability to the market at this particular time

14          given the stress that it was under?

15               MR. COREY:  Same objection.

16               THE WITNESS:  Again, I can't put

17          myself back at this point in time, but those

18          could very easily be just introductory

19          statements to describe, you know, the course of

20          action or recommendation.

21               I mean, I don't disagree that the

22          subprime market was under stress and that we

23          wanted to participate there, but Freddie Mac

24          also was very, you know, it was important for

25          Freddie Mac to express things in terms of its
```

```
 1                      GARY KAIN

 2      mission and so forth.

 3              BY MR. FRANKEL:

 4          Q.   I will show you another document.

 5      This has been marked as Exhibit 20448, a

 6      presentation entitled:  "Cost of Freddie Mac's

 7      affordable housing mission."

 8              (Deposition Exhibit No. 20448 was

 9      marked for identification.)

10              THE WITNESS:  Before you start, can

11      I ask a question?

12              BY MR. FRANKEL:

13          Q.   Yeah.

14          A.   So I see the date of this being June

15      4, 2009.  I was no longer --

16          Q.   This is after you left.

17          A.   Just wanted to make sure that was

18      okay.

19          Q.   I do.  I wanted to ask you -- there

20      are a couple of statements in here if it's

21      consistent or inconsistent with your

22      understanding, recognizing that you had left by

23      this time period.

24          A.   Okay.

25          Q.   Would you agree that goal qualifying
```

```
  1                      GARY KAIN

  2      loans tended to be higher risk?

  3              MR. COREY:  Objection to form.

  4              THE WITNESS:  Generally, goal and

  5      subgoal qualifying loans tended to be low to

  6      moderate income, so there were goals around --

  7      special affordable, which was very low income.

  8      I think it is a -- I mean, I think most people

  9      would agree that lower income borrowers tend to

 10      be, you know, end up being more risky loans.

 11              BY MR. FRANKEL:

 12         Q.    Lower household income borrowers

 13      tend to correlate with higher default risk; is

 14      that fair?

 15         A.    Yes.  I think that's a -- there are

 16      exceptions or whatever, but I think generally

 17      speaking, most people would agree with that

 18      statement.

 19         Q.    And was it your understanding

 20      throughout the 2005 through 2007 time period,

 21      that goal qualifying loans tended to be higher

 22      risk?

 23              MR. COREY:  Same objection.

 24              THE WITNESS:  Yes, I think that is a

 25      generalization I would have been comfortable
```

Page 693

```
 1                         GARY KAIN

 2      with back then.

 3               BY MR. FRANKEL:

 4          Q.    Is it fair to say that Freddie Mac

 5      didn't have the investment mindset, the same

 6      investment mindset as a typical PLS investor

 7      during the 2005 through 2007 time period, in

 8      view of its housing goal requirements?

 9               MR. COREY:  Same objection.

10               THE WITNESS:  I think that is a fair

11      statement, but I think there are a couple other

12      factors that you can't ignore in stating that,

13      which is Freddie Mac also had the ability --

14      subprime floaters, for example, or LIBOR plus

15      20, that was their coupon or interest rate.

16      Freddie Mac could issue discount notes or fund

17      generally ten basis points lower than other

18      investors so maybe LIBOR minus 20 or minus 15

19      depending on when, so Freddie Mac had a

20      comparative advantage in buying these

21      securities anyway, because of its funding.

22               Freddie Mac also had very low

23      capital relative to other investors for these

24      securities, and so Freddie Mac could

25      essentially lever them 40 or 50, 40 to one,
```

Page 694

```
 1                    GARY KAIN
 2      whereas other investors couldn't, and so
 3      Freddie Mac had affordable housing goals that
 4      made these more attractive to Freddie Mac than
 5      they would be to other people, but Freddie Mac
 6      also had some return -- risk return kind of
 7      advantages that made them also more attractive
 8      to Freddie Mac than other investors, so, you
 9      know, I think you have to look at it in its
10      entirety to have a correct picture.
11              BY MR. FRANKEL:
12          Q.    It was fair to say it was very
13      highly leveraged while you were there in the
14      '05 to '07 time period?
15          A.    Well, Freddie -- leverage is -- it's
16      an interesting term, because Freddie Mac --
17      most people think of leverage as, you know, how
18      -- borrow against something.  Freddie Mac never
19      had to borrow against the securities.
20              They issued discount notes or
21      long-term debt, so Freddie had economic
22      leverage like, you know, it would leverage its
23      capital relative to its asset base, but if you
24      think as leverage as borrowing leverage,
25      Freddie Mac had almost no leverage, so it's
```

```
 1                      GARY KAIN
 2      hard to -- you have to just be careful in
 3      distinguishing those.
 4           Q.    It certainly had a low cost of
 5      capital in part --
 6           A.    Yes.
 7           Q.    -- due to the --
 8                 MR. COREY:  Let him finish.
 9                 BY MR. FRANKEL:
10           Q.    -- implied guarantee that you spoke
11      about earlier yesterday, right?
12           A.    Yes, that's accurate.
13           Q.    How did that affect its investment
14      decisions with respect to PLS in particular?
15           A.    So again, that helped our investment
16      decision or helped the ROEs of these purchases
17      for us, because Freddie Mac could borrow at a
18      lower rate.  It had a low, you know, low
19      capital requirement for these so implicitly,
20      the returns were, you know, we could basically
21      hold very little capital against a purchase,
22      and those two factors, the combination of
23      capital and favorable financing allowed us to
24      get very good returns on these and they also
25      helped with the goals.
```