# Exhibit J



REDACTED