# Exhibit K

