# Exhibit M



REDACTED