# Exhibit N

## HUD Goal Analysis of nheli07-he1_12222006

| | Total Current UPB | Total Loans | Total Units | Low/Mod ||||  Underserved |||| Special Affordable ||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Main Goals || Sub-Goals || Main Goals || Sub-Goals || Main Goals || Sub-Goals ||
| | | | | Hit Rate | Surplus/Deficit | Hit Rate | Surplus/Deficit | Hit Rate | Surplus/Deficit | Hit Rate | Surplus/Deficit | Hit Rate | Surplus/Deficit | Hit Rate | Surplus/Deficit |
| **Results From Entire File** | $ 491,363,526.96 | 3,025 | 3,210 | 68.27% | 420 | 100.00% | 419 | 58.98% | 664 | 62.24% | 227 | 31.80% | 242 | 49.23% | 250 |
| **Results Where Loans Meet the Pooling Requirements** | $ 491,363,526.96 | 3,025 | 3,210 | 68.27% | 420 | 100.00% | 419 | 58.98% | 664 | 62.24% | 227 | 31.80% | 242 | 49.23% | 250 |
| **Results Where Loans Do Not Meet the Pooling Requirements** | $  -  | - | - | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 |
| | $  -  | - | - | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 |

FHFA02144903.xls

## HUD Goal Analysis of nheli07-he1_12222006

| Corporate Goal 53.0% | Low/Mod Eligible Units | Low/Mod Qualified Units | Low/Mod Hit Rate | Surplus/ (Deficit) | Corporate Goal 38.0% | Underserved Area Eligible Units | Underserved Area Qualified Units | Underserved Area Hit Rate | Surplus/ (Deficit) | Corporate Goal 23.0% | Special Affordable Eligible Units | Special Affordable Qualified Units | Special Affordable Hit Rate | Surplus/ (Deficit) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Results From Entire File | 2,748 | 1,876 | 68.3% | 420 | | 3,164 | 1,866 | 59.0% | 664 | | 2,748 | 874 | 31.8% | 242 |
| Results Where Loans Meet the Pooling Requirements | 2,748 | 1,876 | 68.3% | 420 | | 3,164 | 1,866 | 59.0% | 664 | | 2,748 | 874 | 31.8% | 242 |
| Results Where Loans Do Not Meet the Pooling Requirements | - | - | 0.0% | 0 | | - | - | 0.0% | 0 | | - | - | 0.0% | 0 |
| | - | - | 0.0% | 0 | | - | - | 0.0% | 0 | | - | - | 0.0% | 0 |

## HUD Sub-goal Analysis of nheli07-he1_12222006 (Single Family Owner Occupied Mortgages in Metro Areas)

| Corporate Goal 46.0% | Low/Mod Eligible Units | Low/Mod Qualified Units | Low/Mod Hit Rate | Surplus/ (Deficit) | Corporate Goal 33.0% | Underserved Area Eligible Units | Underserved Area Qualified Units | Underserved Area Hit Rate | Surplus/ (Deficit) | Corporate Goal 17.0% | Special Affordable Eligible Units | Special Affordable Qualified Units | Special Affordable Hit Rate | Surplus/ (Deficit) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Results From Entire File | 776 | 776 | 100.0% | 419 | | 776 | 483 | 62.2% | 227 | | 776 | 382 | 49.2% | 250 |
| Results Where Loans Meet the Pooling Requirements | 776 | 776 | 100.0% | 419 | | 776 | 483 | 62.2% | 227 | | 776 | 382 | 49.2% | 250 |
| Results Where Loans Do Not Meet the Pooling Requirements | - | - | 0.0% | 0 | | - | - | 0.0% | 0 | | - | - | 0.0% | 0 |
| | - | - | 0.0% | 0 | | - | - | 0.0% | 0 | | - | - | 0.0% | 0 |

**NOTES:**

**(Report Header -- identifies whether main goal or sub-goal)**

| Corporate Goal | Low/Mod | | | | Underserved Area | | | | | Special Affordable | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Eligible Units | Qualified Units | Hit Rate | Surplus/ (Deficit) | Corporate Goal | Eligible Units | Qualified Units | Hit Rate | Surplus/ (Deficit) | Corporate Goal | Eligible Units | Qualified Units | Hit Rate | Surplus/ (Deficit) |
| **A1 (%)** | | | | | **A2 (%)** | | | | | **A3 (%)** | | | | |
| Results From Entire File | B1 | C1 | C1/B1 | C1 - (B1 * A1) | | B2 | C2 | C2/B2 | C2 - (B2 * A2) | | B3 | C3 | C3/B3 | C3 - (B3 * A3) |
| Results Where Loans Meet the Pooling Requirements | D1 | E1 | E1/D1 | E1 - (D1 * A1) | | D2 | E2 | E2/D2 | E2 - (D2 * A2) | | D3 | E3 | E3/D3 | E3 - (D3 * A3) |
| Results Where Loans Do Not Meet the Pooling Requirements | F1 | G1 | G1/F1 | G1 - (F1 * A1) | | F2 | G2 | G2/F2 | G2 - (F2 * A2) | | F3 | G3 | G3/F3 | G3 - (F3 * A3) |
| | H1 | J1 | H1/J1 | J1 - (H1 * A1) | | H2 | J2 | H2/J2 | J2 - (H2 * A2) | | H3 | J3 | H3/J3 | J3 - (H3 * A3) |

1 = Low/Mod
2 = Underserved Area
3 = Special Affordable

Refer to attachment for definitions of goals.  Sub-goals are measured in mortgages, based on the goal qualification of the owner occupied unit if the property contains more than one unit.
Please note that the term "unit" is used when referring to sub-goals for simplicity.

A:  HUD established Goal or Sub-goal Target.  Note that values change annually through 2008.  Need to discuss if this should be an annual update or to allow user entry.

B:  Eligibility for counting towards goals is generally a loan attribute, with the exception noted below.  The following loans and units are ineligible for goal counting, and excluded from the denominator:
  o  FHA insured or VA guaranteed mortgages.
  o  Mortgages on second *homes*.
  o  Mortgages that have already been included in a prior year GSE goal submission.
  o  Mortgages that have already been counted by another GSE.
  o  Mortgages originated prior to January 1, 1993 for which insufficient data are available to determine goal qualification.
  o  Rental *units* in investment properties and owner/occupied 2 - 4 unit properties for which unit rent is unavailable.
  o  Only owner/occupied purchase money mortgages on properties in HUD defined metropolitan areas are eligible for sub-goals.

C:  Qualified units are the population of units with the eligible universe that meet the conditions for the appropriate goal.
    Low/Mod and Underserved Area goals are independent of each other.  By definition, Special Affordable is a subset of the Low/Mod qualifying units.
    A unit may qualify for just one, two or all three goals.  A unit may not qualify for the Special Affordable goal unless it also qualifies for the Low/Mod goal.

D:  The number of eligible units when the original universe is subset to contain only those mortgages that have at least one unit that meets one of the GSE goals.

E:  The number of goal qualifying units in the population defined by D.

F:  The number of eligible units when the original universe is subset to contain only those mortgages that meets one of the GSE sub-goals.

G:  The number of goal qualifying units in the population defined by F.

H:  The number of eligible units when the original universe is subset to contain only those mortgages that meet the Low/Mod subgoal.

J:  The number of goal qualifying units in the population defined by H.

"Hit Rate" is the ration of qualified to eligible units

The "Surplus/(Deficit)" is the difference between the number of units that actually qualify for the goal and the minimum number of units needed to mate the HUD specified goal.

FHFA02144903.xls

## HUD Goal Analysis of nheli07-he1_12222006

| Corporate Goal 53.0% | Eligible Units | Low/Mod Qualified Units | Deal Mix | Surplus/(Deficit) | Corporate Goal 38.0% | Eligible Units | Underserved Area Qualified Units | Deal Mix | Surplus/(Deficit) | Corporate Goal 23.0% | Eligible Units | Special Affordable Qualified Units | Deal Mix | Surplus/(Deficit) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Results From Entire File | 2,748 | 1,876 | 68.3% | 420 | | 3,164 | 1,866 | 59.0% | 664 | | 2,748 | 874 | 31.8% | 242 |
| Results Where Loans Meet the Pooling Requirements | 2,748 | 1,876 | 68.3% | 420 | | 3,164 | 1,866 | 59.0% | 664 | | 2,748 | 874 | 31.8% | 242 |
| Results Where Loans Do Not Meet the Pooling Requirements | - | - | 0.0% | 0 | | - | - | 0.0% | 0 | | - | - | 0.0% | 0 |
| | - | - | 0.0% | 0 | | - | - | 0.0% | 0 | | - | - | 0.0% | 0 |

### GSE MIX RESULTS (Green section)

**LOW/MOD GOALS**

| LOWMODE | LOWMODQ | Frequency | Percent | Cumulative Frequency | Cumulative Percent |
|---|---|---|---|---|---|
| 1 | 0 | 872 | 27.17 | 1334 | 41.56 |
| 1 | 1 | 1876 | 58.44 | 3210 | 100 |
| | | 2748 | 1456.44 | | |

68.27%  1,456    420

**UNDERSERVED AREA GOALS**

| UNDRSRVE | UNDRSRVQ | Frequency | Percent | Cumulative Frequency | Cumulative Percent |
|---|---|---|---|---|---|
| 1 | 0 | 93 | 2.9 | 93 | 2.9 |
| 1 | 1 | 323 | 10.06 | 416 | 12.96 |
| 1 | 0 | 1205 | 37.54 | 1667 | 51.93 |
| 1 | 1 | 1543 | 48.07 | 3210 | 100 |
| | | 3164 | 0 | | |

58.98%  1,202    664

**SPECIAL AFFORDABLE GOALS**

| SPECIALE | SPECIALQ | Frequency | Percent | Cumulative Frequency | Cumulative Percent |
|---|---|---|---|---|---|
| 1 | 0 | 1874 | 58.38 | 2336 | 72.77 |
| 1 | 1 | 874 | 27.23 | 3210 | 100 |
| | | 2748 | 0 | | |

31.80%  632    242

### GSE MIX RESULTS (Yellow section)

**LOW/MOD GOALS**

| LOWMODE | LOWMODQ | Frequency | Percent | Cumulative Frequency | Cumulative Percent |
|---|---|---|---|---|---|
| 1 | 0 | 872 | 27.17 | 1334 | 41.56 |
| 1 | 1 | 1876 | 58.44 | 3210 | 100 |
| | | 2748 | 1456.44 | | |

68.27%  1,456    420

**UNDERSERVED AREA GOALS**

| UNDRSRVE | UNDRSRVQ | Frequency | Percent | Cumulative Frequency | Cumulative Percent |
|---|---|---|---|---|---|
| 1 | 0 | 93 | 2.9 | 93 | 2.9 |
| 1 | 1 | 323 | 10.06 | 416 | 12.96 |
| 1 | 0 | 1205 | 37.54 | 1667 | 51.93 |
| 1 | 1 | 1543 | 48.07 | 3210 | 100 |
| | | 3164 | 0 | | |

58.98%  1,202    664

**SPECIAL AFFORDABLE GOALS**

| SPECIALE | SPECIALQ | Frequency | Percent | Cumulative Frequency | Cumulative Percent |
|---|---|---|---|---|---|
| 1 | 0 | 1874 | 58.38 | 2336 | 72.77 |
| 1 | 1 | 874 | 27.23 | 3210 | 100 |
| | | 2748 | 0 | | |

31.80%  632    242

Results Required For Loans From Entire Pool

Results Required For Loans Meeting Pool Requirements

Loan Request Is Not Propor Nonowner Occupied Wit Right Mgmt Leet

| LOW/MOD GOALS | | | | | GSE MIX RESULTS |
|---|---|---|---|---|---|
| LOWMODE | LOWMODQ | | | | |
| | Frequency | Percent | Cumulative Frequency | Cumulative Percent | |
| | | 0 | 0 | | |
| **UNDERSERVED AREA GOALS** | | | | | |
| UNDRSRVE | UNDRSRVQ | | | | |
| | Frequency | Percent | Cumulative Frequency | Cumulative Percent | |
| | | 0 | 0 | | |
| **SPECIAL AFFORDABLE GOALS** | | | | | |
| SPECIALE | SPECIALQ | | | | |
| | Frequency | Percent | Frequency | Percent | |
| | | 0 | 0 | | |

| LOW/MOD GOALS | | | | | GSE MIX RESULTS |
|---|---|---|---|---|---|
| LOWMODE | LOWMODQ | | | | |
| | Frequency | Percent | Cumulative Frequency | Cumulative Percent | |
| | | 0 | 0 | | |
| **UNDERSERVED AREA GOALS** | | | | | |
| UNDRSRVE | UNDRSRVQ | | | | |
| | Frequency | Percent | Cumulative Frequency | Cumulative Percent | |
| | | 0 | 0 | | |
| **SPECIAL AFFORDABLE GOALS** | | | | | |
| SPECIALE | SPECIALQ | | | | |
| | Frequency | Percent | Frequency | Percent | |
| | | 0 | 0 | | |

## HUD Sub-goal Analysis of nheli07-he1_12222006 (Single Family Owner Occupied Mortgages in Metro Areas)

| | Eligible Units | Low/Mod Qualified Units | Deal Mix | Surplus/(Deficit) | Corporate Goal | Eligible Units | Underserved Area Qualified Units | Deal Mix | Surplus/(Deficit) | Corporate Goal | Eligible Units | Special Affordable Qualified Units | Deal Mix | Surplus/(Deficit) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Corporate Goal | | | | | 46.0% | | | | | 33.0% | | | | 17.0% |
| Results From Entire File | 776 | 776 | 100.0% | 419 | | 776 | 483 | 62.2% | 227 | | 776 | 382 | 49.2% | 250 |
| Results Where Loans Meet the Pooling Requirements | 776 | 776 | 100.0% | 419 | | 776 | 483 | 62.2% | 227 | | 776 | 382 | 49.2% | 250 |
| Results Where Loans Do Not Meet the Pooling Requirements | - | - | 0.0% | 0 | | - | - | 0.0% | 0 | | - | - | 0.0% | 0 |
| | - | - | 0.0% | 0 | | - | - | 0.0% | 0 | | - | - | 0.0% | 0 |

**LOW/MOD GOALS**

| LOWMODE | LOWMODQ | Frequency | Percent | Cumulative Frequency | Cumulative Percent | GSE MIX RESULTS |
|---|---|---|---|---|---|---|
| | 1 | 1 | 776 | 3210 | 100 | 100.00% 419 |
| | | | 776 24.17 356.96 | | | 357 |

**UNDERSERVED AREA GOALS**

| UNDRSRVE | UNDRSRVQ | Frequency | Percent | Cumulative Frequency | Cumulative Percent | |
|---|---|---|---|---|---|---|
| | 1 | 0 | 293 | 2727 | 84.95 | 62.24% 227 |
| | 1 | 1 | 483 15.05 | 3210 | 100 | 256 |
| | | | 776 256.08 | | | |

**SPECIAL AFFORDABLE GOALS**

| SPECIALE | SPECIALQ | Frequency | Percent | Cumulative Frequency | Cumulative Percent | |
|---|---|---|---|---|---|---|
| | 1 | 0 | 394 | 2828 | 88.1 | 49.23% 250 |
| | 1 | 1 | 382 11.9 | 3210 | 100 | 132 |
| | | | 776 131.92 | | | |

**LOW/MOD GOALS**

| LOWMODE | LOWMODQ | Frequency | Percent | Cumulative Frequency | Cumulative Percent | GSE MIX RESULTS |
|---|---|---|---|---|---|---|
| | 1 | 1 | 776 | 3210 | 100 | 100.00% 419 |
| | | | 776 24.17 356.96 | | | 357 |

**UNDERSERVED AREA GOALS**

| UNDRSRVE | UNDRSRVQ | Frequency | Percent | Cumulative Frequency | Cumulative Percent | |
|---|---|---|---|---|---|---|
| | 1 | 0 | 293 | 2727 | 84.95 | 62.24% 227 |
| | 1 | 1 | 483 15.05 | 3210 | 100 | 256 |
| | | | 776 256.08 | | | |

**SPECIAL AFFORDABLE GOALS**

| SPECIALE | SPECIALQ | Frequency | Percent | Cumulative Frequency | Cumulative Percent | |
|---|---|---|---|---|---|---|
| | 1 | 0 | 394 | 2828 | 88.1 | 49.23% 250 |
| | 1 | 1 | 382 11.9 | 3210 | 100 | 132 |
| | | | 776 131.92 | | | |

Results From Entire File / Results Where Loans Meet the Pooling Requirements

Results Must Meet Housing Pmt Dep Purchase Req

| LOW/MOD GOALS | | | | | | GSE MIX RESULTS |
|---|---|---|---|---|---|---|
| LOWMODE | LOWMODQ | Frequency | Percent | Cumulative Frequency | Cumulative Percent | |
| | | | 0 | 0 | | - |
| **UNDERSERVED AREA GOALS** | | | | | | |
| UNDRSRVE | UNDRSRVQ | Frequency | Percent | Cumulative Frequency | Cumulative Percent | |
| | | | 0 | 0 | | - |
| **SPECIAL AFFORDABLE GOALS** | | | | | | |
| SPECIALE | SPECIALQ | Frequency | Percent | Cumulative Frequency | Cumulative Percent | |
| | | | 0 | 0 | | - |

| LOW/MOD GOALS | | | | | | GSE MIX RESULTS |
|---|---|---|---|---|---|---|
| LOWMODE | LOWMODQ | Frequency | Percent | Cumulative Frequency | Cumulative Percent | |
| | | | 0 | 0 | | - |
| **UNDERSERVED AREA GOALS** | | | | | | |
| UNDRSRVE | UNDRSRVQ | Frequency | Percent | Cumulative Frequency | Cumulative Percent | |
| | | | 0 | 0 | | - |
| **SPECIAL AFFORDABLE GOALS** | | | | | | |
| SPECIALE | SPECIALQ | Frequency | Percent | Frequency | Percent | |
| | | | 0 | 0 | | - |

|  | Total Current UPB | Total Loans | Total Units |
|---|---|---|---|
| **Results From Entire File** | 491,363,526.96 | 3,025 | 3,210 |
| **Results Where Loans Meet the Pooling Requirements** | 491,363,526.96 | 3,025 | 3,210 |
| **Results Where Loans Do Not Meet the Pooling Requirements** |  |  |  |
|  |  |  |  |

FHFA02144903.xls