# Exhibit O

# In The Matter Of:

## (C-"FHFA-ALL") FEDERAL HOUSING FINANCE AGENCY, ETC.

_____

## SHAYAN SALAHUDDIN - Vol. 2
### September 24, 2013

_____

**MERRILL CORPORATION**
LegaLink, Inc.
225 Varick Street
10th Floor
New York, NY 10014
Phone: 212.557.7400
Fax: 212.692.9171

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x
FEDERAL HOUSING FINANCE AGENCY, etc.

            Plaintiff,

    vs.             11 Civ. 6188(DLC)

JPMORGAN CHASE & CO., et al.,

            Defendants.
-----------------------------------x
FEDERAL HOUSING FINANCE AGENCY, etc.

            Plaintiff,

    vs.             11 Civ. 5201 (DLC)

UBS AMERICAS, INC., et al.,

            Defendants.
-----------------------------------x
FEDERAL HOUSING FINANCE AGENCY, etc.

            Plaintiff,

    vs.             11 Civ. 6188 (DLC)

JPMORGAN CHASE & CO., et al.,

            Defendants.
-----------------------------------x
FEDERAL HOUSING FINANCE AGENCY, etc.

            Plaintiff,

    vs.             11 Civ. 6189 (DLC)

HSBC NORTH AMERICA HOLDINGS,
INC., et al.,
            Defendants.
-----------------------------------x
DATE:  SEPTEMBER 24, 2013
WITNESS:  SHAYAN SALAHUDDIN
```

```
 1
 2   ------------------------------------x
     FEDERAL HOUSING FINANCE AGENCY, etc.
 3
                  Plaintiff,
 4
          vs.              11 Civ. 6190 (DLC)
 5
     BARCLAYS BANK PLC, et al.,
 6
                  Defendants.
 7   ------------------------------------x
     FEDERAL HOUSING FINANCE AGENCY, etc.
 8
                  Plaintiff,
 9
          vs.              11 Civ. 6192 (DLC)
10
     DEUTSCHE BANK AG, et al.,
11
                  Defendants.
12   ------------------------------------x
     FEDERAL HOUSING FINANCE AGENCY, etc.
13
                  Plaintiff,
14
          vs.              11 Civ. 6193 (DLC)
15
     FIRST HORIZON NATIONAL CORP., et al.,
16
                  Defendants.
17   ------------------------------------x
     FEDERAL HOUSING FINANCE AGENCY, etc.
18
                  Plaintiff,
19
          vs.              11 Civ. 6195 (DLC)
20
     BANK OF AMERICA CORP., et al.,
21
                  Defendants.
22   ------------------------------------x
23
24
25
```

```
 1

 2     ------------------------------------x
       FEDERAL HOUSING FINANCE AGENCY, etc.
 3
                    Plaintiff,
 4
            vs.              11 Civ. 6198 (DLC)
 5
       GOLDMAN, SACHS & CO., et al.,
 6
                    Defendants.
 7     ------------------------------------x
       FEDERAL HOUSING FINANCE AGENCY, etc.
 8
                    Plaintiff,
 9
            vs.              11 Civ. 6200 (DLC)
10
       CREDIT SUISSE HOLDINGS (USA), INC.,
11     et al.,

12                  Defendants.
       ------------------------------------x
13     FEDERAL HOUSING FINANCE AGENCY, etc.

14                  Plaintiff,

15          vs.              11 Civ. 6201 (DLC)

16     NOMURA HOLDING AMERICA, INC., et al.,

17                  Defendants.
       ------------------------------------x
18

19

20

21

22

23

24

25
```

SHAYAN SALAHUDDIN - 9/24/2013

Page 375

```
 1

 2    ------------------------------------x
      FEDERAL HOUSING FINANCE AGENCY, etc.,
 3
                   Plaintiff,
 4
           vs.              11 Civ. 6202 (DLC)
 5
      MERRILL LYNCH & CO., INC., et al.,
 6
                   Defendants.
 7    ------------------------------------x
      FEDERAL HOUSING FINANCE AGENCY, etc.
 8
                   Plaintiff,
 9
           vs.              11 Civ. 6203 (DLC)
10
      SG AMERICAS, INC., et al.,
11
                   Defendants.
12    ------------------------------------x
      FEDERAL HOUSING FINANCE AGENCY, etc.
13
                   Plaintiff,
14
           vs.              11 Civ. 6739 (DLC)
15
      HSBC NORTH AMERICA HOLDINGS,
16    INC.; MORGAN STANLEY, et al.,

17                 Defendants.
      ------------------------------x
18

19

20

21

22

23

24

25
```

```
 1
 2     IN THE UNITED STATES DISTRICT COURT
 3     DISTRICT OF CONNECTICUT
       -------------------------------x
 4     FEDERAL HOUSING FINANCE AGENCY, etc.
 5              Plaintiff,
 6        vs.                Case No.
                             3:11-cv-01383-AWT
 7
       THE ROYAL BANK OF SCOTLAND GROUP
 8     PLC, et al.,
 9              Defendants.
       -------------------------------x
10
11            VOLUME 2
12
                  September 24, 2013
13
                  8:01 a.m.
14
15        Continued videotaped deposition of
       SHAYAN SALAHUDDIN, at the Marriott Metro
16     Center, 775 12th Street, Northwest,
       Washington, D.C., before Gail F. Schorr,
17     a Certified Shorthand Reporter, Certified
       Realtime Reporter and Notary Public
18     within and for the State of New York.
19
20
21
22
23
24
25
```

```
 1                 SHAYAN SALAHUDDIN
 2     time started receiving, Fannie Mae
 3     started receiving the transmission of the
 4     deal tapes directly to the bulk data
 5     submissions email address, correct?
 6             MR. COREY:  Objection, form.
 7         A.   Again, I recall sending out
 8     several such emails.  So I don't know if
 9     this is when this process started, or
10     whether this email is just reinforcing
11     this process.
12         Q.   All right.  Could you look at
13     step 3.  Step 3 in the new process was
14     that the data analyst will process the
15     tape and provide the results directly to
16     the Fannie Mae trading desk.  Do you see
17     that?
18         A.   I do see that.
19         Q.   And the Fannie Mae trading
20     desk is you and Mr. Norris and Ms. Dyson?
21         A.   That's correct.
22         Q.   And you on the Fannie Mae
23     trading desk would then select a loan
24     population and send it back to the
25     dealer, correct?
```

```
 1                    SHAYAN SALAHUDDIN
 2              MR. COREY:  Objection, form.
 3         A.   We would -- I don't think that
 4    would be the next step, but at some point
 5    after all of our analysis was complete,
 6    economic credit and all the traditional
 7    analysis that we would do, that's the
 8    point at which we would come about a
 9    population to send to the dealer, send
10    back to the dealer.
11         Q.   Well one of the things that
12    you did in selecting a population was to
13    select loans that were goal accretive,
14    right, and cut loans from the pool that
15    were not goal accretive?
16              MR. COREY:  Same objection.
17         A.   I think it was more cutting
18    goals from the pool that were not goal
19    accretive and then the selection of loans
20    was based more on economics.
21              Now that I'm thinking about it
22    again, I remember that the housing goals
23    were a -- were scored in percentages.  So
24    if a deal was -- you know, you could get
25    there one of two ways.  You could either
```

SHAYAN SALAHUDDIN - 9/24/2013

Page 443

```
 1                SHAYAN SALAHUDDIN
 2      increase the numerator or decrease the
 3      denominator, so normally what would
 4      happen would be that we would select a
 5      pool that was acceptable and cut out
 6      loans that were not housing goals
 7      accretive so that the denominator would
 8      shrink and the score would be good.
 9           Q.   You would keep the loans that
10      were goal accretive in the pool, cutting
11      the loans that were not goal accretive?
12           A.   We would cut the loans that
13      were not goal accretive and we would
14      select loans that met our other stips.
15           Q.   So you would cut out of the
16      denominator loans that were not goal
17      accretive, once you had the goal
18      accretive loans that conformed your other
19      stips, they would form the numerator and
20      the denominator would be all the loans in
21      the pool, right?
22                MR. COREY:  Objection, form.
23           A.   As it relates to housing goals
24      I think that is how the calculation was
25      done.  As it relates to the selection of
```

```
 1              SHAYAN SALAHUDDIN
 2    the pool, the selection of the pool was
 3    based on analysis that went -- that
 4    wasn't based on housing goals.  That, as
 5    I said, that process of reducing the
 6    denominator, I remember that process to
 7    be sort of towards the end, so we would
 8    do all of our traditional analysis, make
 9    sure the deal made sense to us from an
10    economic perspective, and then from that
11    point seek to improve its goals value by
12    reducing the denominator.
13         Q.   And reducing the denominator
14    meant taking loans out of the pool that
15    didn't fall into the affordable,
16    underserved or special affordable
17    categories, correct?
18              MR. COREY:  Same objection.
19         A.   That's correct.
20              MR. BREBNER:  We have to
21         change the tape, so let's go off
22         the record.
23              THE VIDEOGRAPHER:  This
24         concludes disk number 6 of the
25         videotaped deposition of Shayan
```

SHAYAN SALAHUDDIN - 9/24/2013

Page 445

```
 1                SHAYAN SALAHUDDIN
 2          Salahuddin, the time is
 3          approximately 9:22:57 a.m., we are
 4          now off the record.
 5               (A recess was taken.)
 6               THE VIDEOGRAPHER:  This begins
 7          disk number 7 of the video
 8          deposition of Shayan Salahuddin,
 9          the time is 9:36:08 a.m., we are
10          now on the record.
11          Q.   Do you still have your
12     February 22nd, 2007 email in front of
13     you?
14          A.   I do.
15          Q.   Do you see that the attachment
16     beginning on the third page of this is a
17     listing of required data fields?  I'm
18     looking specifically at the third and
19     fourth page that starts with the heading
20     "Required data fields" right under the
21     blue sheet.
22          A.   I see that.
23          Q.   And these are the data fields
24     that Fannie Mae expected the dealers to
25     submit to the bulk data submissions email
```