Exhibit Q



**Kevin Palmer/HQ/FHLMC**
12/16/2005 12:39 PM

To  Michael Aneiro/HQ/FHLMC@FHLMC, Lori A
Geftic/HQ/FHLMC@FHLMC, Aaron J
Pas/HQ/FHLMC@FHLMC, Xiang Xie/HQ/FHLMC@FHLMC,
cc  Frank Vetrano/CORPFIN/HQ/FHLMC@FHLMC, Steve
Keleher/HQ/FHLMC@FHLMC, David J
Kirk/PRES/HQ/FHLMC@FHLMC, Structured Credit

bcc

Subject  Re: Credit Approval:    NHELI 2005-FM1 📄

Approved

We will review the structure post settlement.

Kevin Palmer
Credit Policy & Portfolio Mgmt
Freddie Mac
571-382-4313
Steve Keleher/HQ/FHLMC



**Steve Keleher/HQ/FHLMC**
12/16/2005 12:28 PM

To  Frank Vetrano/CORPFIN/HQ/FHLMC@FHLMC, David J
Kirk/PRES/HQ/FHLMC, Kevin Palmer/HQ/FHLMC
cc

Subject  Credit Approval:    NHELI 2005-FM1

Nomura sent the credit strats but the subordination levels have not been finalized yet due to the Jan 31,
2006 settlement. This deal is being approved based on the guaranteed AAA ratings by S&P and Moody's.

CONFIDENTIAL

FHFA13013603

**NHELI 2005-FM1**
CREDIT APPROVED
12/15/05
Rated Aaa/AAA (Moody's / S&P)
Underwriter: Nomura Securities Inc

**Collateral Info:**

| | |
|---|---|
| Collateral Type: | Subprime |
| CE Provided: | 0.00% |
| CE Required: | 22.47% |
| WA FICO: | 625 |
| FICO LT 600: | 33.25% |
| WA CLTV: | 90.10% |
| 80% CLTV: | 9.68% |
| GT80% CLTV: | 73.72% |
| Full Doc: | 51.27% |
| Owner Occ: | 93.43% |
| 2-4 Unit Prop: | 10.63% |
| Cash-out Refi: | 43.77% |
| IO/MTA: | 23.24% |
| California: | 25.30% |

| **Aggregator** | | **Metrics** | **AMO** |
|---|---|---|---|
| NA | | | |

| **Originators (top 5):** | **% of Total** | **Metrics** | **AMO** |
|---|---|---|---|
| Fremont | 100.00% | M2 (A) | Above Avg |

| **Servicers (top 5):** | **% of Total** | **Metrics** | **AMO** |
|---|---|---|---|
| Equity One | 100.00% | M4 (BB) | Satisfactory |

Steve Keleher
Credit Policy & Portfolio Mgmt
Freddie Mac
(571) 382-3045

CONFIDENTIAL

FHFA13013604

5                                                    Index **MSG**
1<GO>DELETE. 2<GO>REPLY. 3<GO>FORWARD. 99<GO>MENU OF OPTIONS

12/19 14:58edit&fwd by •CINDY ROSS, NOMURA SECURITIES
        originated by SEAN XIE of  FREDDIE MAC

800-852-1383  DIRECT: 312-385-9818  CROSS@US.NOMURA.COM  BACK-UP: LIZ BRADFORD

          NOMURA SELLS FHLMC
USER  Size:          $300,000,000     NHELI 2006-FM1 I-A-1
INFO  Price:            $100.00
      Variance:    +/- 10%
      Settle:          1/31/05            Dated:       1/30/05
      1st pay:         2/25/06  Legal final:    11/25/35
      Delay:           0 days  Accrual:        act/360
      Coupon:        L+23 bps, AFC Floater, SWAP
      Rating:      M=Aaa S=AAA
      Structure:     REMIC
      First LIBOR Setting: 1/27/06
      First LIBOR Calc:  1 MO LIBOR, no interpolation
      TARGETING LOW MOD GOAL ON PURCHASE OWNER OCC

Additional information is available upon request.  Information above is based on sources believed reliable, but Nomura
does not represent it is accurate or complete.  This is not an offer to sell or solicitation of an offer to buy any
securities. This is not a research report.  Prices, yields, opinions and other information are subject to change
without notice. Nomura and its affiliates (and their employees) may have positions in securities mentioned above.
Nomura may buy and sell such securities as principal or agent.  Nomura may have acted as underwriter or placement agent
for such securities and may perform investment banking or financial services for any company mentioned above.

Australia 61 2 9777 8600    Brazil 5511 3048 4500    Europe 44 20 7330 7500    Germany 49 69 920410
Hong Kong 852 2977 6000 Japan 81 3 3201 8900 Singapore 65 6212 1000 U.S. 1 212 318 2000 Copyright 2005 Bloomberg L.P.
                                                                      G944-717-0 19-Dec-05 15:15:15

```
12/19    19:55 GMT  [ REUTERS CAPITAL MKTS SOURCE ICAP/BTEC]   12/19 14:55 19901
TERM   TREASURY      YIELD   M-YIELD   SWAP-SPREAD      SEMI-BOND      ANN-MONEY
[ 2YR  99.24+-246   4.376-372  4.374   47.75-43.75    4.851-811      4.843-803 ]
[ 3YR 100.01 -012   4.362-359  4.361   50.00-46.00    4.861-821      4.849-809 ]
  4YR         |                | 4.361 | 52.00-48.00  | 4.881-841   | 4.870-830
[ 5YR 100.016-02    4.363-361  4.362   54.25-50.25    4.904-864      4.894-854 ]
  6YR         |                | 4.377   54.75-50.75    4.925-885      4.915-875
  7YR         |                | 4.392   54.75-50.75    4.940-900      4.929-889
  8YR         |                | 4.408   55.25-51.25    4.960-920      4.950-910
  9YR         |                | 4.423   55.50-51.50    4.978-938      4.968-928
[10YR 100.15+ HIT   4.439 HIT  4.439   56.50-52.50    5.004-964      4.994-954 ]
 12YR         |                | 4.439   60.75-56.75    5.046-006      5.037-997
 15YR         |                | 4.488   61.50-57.50    5.103-063      5.094-054
 20YR         |                | 4.538   61.50-57.50    5.144-104      5.144-104
 25YR         |                | 4.587   59.00-55.00    5.177-137      5.169-129
[30YR 110.28 -29    4.638-636  4.637   54.50-50.50    5.182-142      5.174-134 ]
12Y MID-YIELDS USE 10Y MID-YIELDS,ALL OTHERS(EXCEPT ON-THE-RUN) ARE INTERPOLATED
   [ BBA LIBOR 1M] 4.37000   [3M] 4.50000   [6M] 4.66313   [12M] 4.81000
```

CONFIDENTIAL

FHFA13013606

```
12/19    19:55 GMT              [ REUTERS - US MBS ]              12/19 14:55  7105
[                           30-YEAR FIXED RATE MBS INDICATIONS                     ]
|GN 5.5|JAN 100.09-11  +.01|FN 5.5|JAN  98.28-30  +.01|GOLD|JAN  98.31-01   +.01|
|      |FEB 100.05-07  +.01|      |FEB  98.24-26  +.01|5.5 |FEB  98.27-29   +.01|
|      |MAR 100.00-02  +.01|      |MAR  98.19-21  +.01|    |MAR  98.22-24   +.01|
|      |APR  99.27-29  +.01|      |APR  98.14-16  +.01|    |APR  98.17-19   +.01|
        JAN GNMA              JAN FNMA              JAN  GOLD           TREASURY (BID)
4.5    95.19-21   +.05|4.5  93.30-00  +.01|4.5   93.28-30  +.01|5Y 100.01+ -.00+
5      98.09-11   +.01|5    96.21-23  +.01|5     96.19-21  +.01|10Y 100.15   +.02
5.5   100.09-11   +.01|5.5  98.28-30  +.01|5.5   98.31-01  +.01|30Y 110.27   +.02+
6     102.04-06   +.01|6   100.29-31    + |6    100.31-01  -.01|      DJIA
6.5   104.06-08     + |6.5 102.19-21    + |6.5  102.17-19  +.01|10846.38 - 29.21
7     105.00-02     + |7   104.11-13    + |7    104.06-08    + |     CURRENCIES
7.5   105.18-20     + |7.5 105.05-07    + |7.5  105.07-09    + | JPY  115.95-00
8     106.23-26     + |8   106.12-15    + |8    106.14-17    + | EUR  1.2004-10
8.5   107.08-11     + |8.5 107.01-04    + |8.5  106.30-01    + | GBP  1.7628-34
9     108.09-12     + |[FED FUNDS  BID   4  1/4    ASK  4  5/16   LAST  4  1/4  ]
9.5   108.21-25     + |[TELERATE MBS SYMBOLOGY CHANGE, DETAILS ON PAGE 11       ]
```

CONFIDENTIAL

FHFA13013607

```
                    HILLIARD FARBER & CO., INC.                 PAGE 32
        15 YEAR GOLD/PC                          15 YEAR FNMA
R: 4    G JN/FB    0.   -     X      4        JAN 95.   -      X
R: 4    G JN/MR    0.   -     X               FEB 95.   -      X
R: 4.5 G JN/FB     0.   -     X      4 1/2    JAN 97.02 -02+  1 X 1
R: 4.5 G JN/MR     0.   -     X               FEB 96.   -      X
R: 5    G JN/FB    0.   -     X      5        JAN 98.26+-27  1 X 1
R: 5    G JN/MR    0.   -     X               FEB 98.   -      X
R: 5.5 G JN/FB     0.   -     X      5 1/2    JAN 100.20 -21 1 X 1
R: 5.5 G JN/MR     0.   -     X               FEB 100.  -      X
R: 6    G JN/FB    0.   -     X      6        JAN 102.  -      X
R: 6    G JN/MR    0.   -     X      6 1/2    JAN 102.  -31    X 1
R: 6.5 G JN/FB     0.   -     X      7        JAN 102.  -31    X 1
GD-FN 4 (-)JAN     0.   -     X      R: 4  21 DC/JN  0.01  -    5 X
GD-FN 4(-)*FEB     0.   -     X      R: 4.5   JN/FB  0.01+-015  5 X 5
GD-FN4.5   JAN     0.   -     X      R: 4.5   JN/MR  0.   -     X
GD-FN4.5  *FEB     0.   -     X      R: 5     JN/FB  0.015-016  5 X 5
GD-FN 5   JAN    0.01  -016  5 X 5   R: 5     JN/MR  0.   -     X
GD-FN 5  *FEB      0.   -     X      R: 5.5   JN/FB  0.023-025  5 X 5
GD-FN5.5(-)JAN     0.   -     X      R: 5.5   JN/MR  0.   -     X
GD-FN 6 (-)JAN     0.  -04    X 5    R: 6     JN/FB  0.   -     X
GD-FN6.5(-)JAN     0.   -     X      R: 6.5   JN/FB  0.   -     X
        SWAPS                        R: 7     JN/FB  0.   -     X
S:DW 4.51PL JN     0.   -     X      S: 4.5-4   JAN 1.24 -26    5 X 5
S:DW 5  1PL JN     0.   -     X      S: 5-4.5   JAN 1.242-24+ 100X 5
S:4.5BFLY(-)JN     0.   -     X      S: 5.5-4.5 JAN 3.   -      X
S:4.5BFLY* FEB     0.   -     X      S: 5.5-5   JAN 1.26 -26+   5 X 5
S:DW5BFLY(-)JN    0.02 -016 10 X 10  DW4.5-FN5      JAN 0.12+-13+ 5 X 5
S:D5BFLY(-)*FB     0.   -     X      DW5-FN5.5(-)JN     0.02+-016  5 X 5
S:DW5.5BFLY JN     0.   -     X      DW5.5-FN6(-)JN     0.09 -08+  5 X 5
  2 YR  11/07   99.24+-25  50 X 10   DW6-FN6.5(-)JN     0.14 -13   5 X 5
19-DEC-05 14:55 EST            GOOD AFTERNOON
```

CONFIDENTIAL                                                    FHFA13013608

```
----------- GOLD ROLLS --------------        -----------FNMA CASH-------------
5.0 JN-FB      0.023-  0.026    5 X  5   4.5 JAN
5.5 JN-FB      0.032-  0.036    5 X  5   5.0 JAN                  - 96.20+     X  1
6.0 JN-FB                                    FEB
--------GOLD/FNMA SWAPS--------           5.5 JAN                  - 98.28+     X  1
5.0 JAN(-)     0.02 -  0.014   5 X  5         FEB
5.5 JAN        0.02+-  0.026   5 X  5     6.0 JAN      100.29 -100.292   1 X  1
6.0 JAN        0.02+-  0.03    5 X 10     6.5 JAN
------GNMA/FNMA SWAPS------               7.0 JAN
5.0 JAN                                   -----------BUTTERFLIES-----------
--------GNMA ROLLS----------              5.5 JAN
5.0 JN-FB                                 ----------- FNMA SWAPS ------------
5.5 JN-FB                                 5.0-4.5 JAN
6.0 JN-FB                                 5.5-5.0 JAN    2.07+-         5 X    _
----------FNMA 15 YR ROLLS-----------     6.0-5.0 JAN
4.0 JN-FB                                 6.0-5.5 JAN    2.00 -  2.01   100X 5
4.5 JN-FB      0.01+-  0.015   5 X  5     6.5-6.0 JAN
5.0 JN-FB      0.015-  0.016   5 X  5     ----------- FNMA ROLLS ------------
5.5 JN-FB                                 4.5 JN-FB
6.0 JN-FB                                 5.0 JN-FB      0.02+-  0.025   5 X  5
-------FNMA 15YR/FNMA 30YR--------        5.0 JN-MR
4.5-5.0JN                                 5.5 JN-FB      0.032-  0.033   5 X  5
5.0-5.5JN                                 6.0 JN-FB          -   0.041     X  5
5.5-6.0JN(-)                              6.5 JN-FB
```

CONFIDENTIAL

FHFA13013609

```
                    HILLIARD FARBER & CO., INC.                    PAGE 34
        G O L D / P C                              F N M A
R: 4.5 G JN/FB   0.    –       X      4 1/2    JAN   93.    –       X
R: 5   G JN/FB   0.023-026  5 X 5     5        JAN   96.19+-21   1 X 1
R: 5   G FB/MR   0.    –       X      5        FEB   96.    –       X
R: 5   G JN/MR   0.    –       X      5 1/2    JAN   98.27 -28+  1 X 1
R: 5.5 G JN/FB   0.032-036  5 X 5     5 1/2    FEB   98.    –       X
R: 5.5 G JN/MR   0.    –       X      6        JAN  100.282-29+ 1 X 1
R: 6   G JN/FB   0.051-05+  5 X 5              FEB  100.    –       X
R: 6.5 G JN/FB   0.    –       X      6 1/2    JAN  102.    –       X
R: 7(-)G JN/FB   0.    –       X      7        JAN  104.10+-    1 X
R: 7.5 G JN/FB   0.    –       X      R: 4.5   JN/FB   0.01 -02   5 X 5
GD-FN4.5(-)JAN   0.    –       X      R: 4.5   FB/MR   0.    –       X
GD-FN 5(-) JAN   0.017-016  5 X 5     R: 5     JN/FB   0.02+-026   5 X 5
GD-FN 5(-)*FEB   0.    –       X      R: 5     JN/MR   0.    –       X
GD-FN 5.5  JAN   0.02+-026  5 X 5     R: 5     FB/MR   0.033-035   5 X 5
GD-FN 5.5 *FEB   0.    –       X      R: 5.5   JN/FB   0.032-033   5 X 5
GD-FN 6    JAN   0.02 -03   5 X 5     R: 5.5   JN/MR   0.072-      5 X
GD-FN6.5(-)JAN   0.    –       X      R: 5.5   FB/MR   0.03+-042   5 X 5
GD-FN 7 (-)JAN   0.    –       X      R: 6     JN/FB   0.    -042     X 5
GN-FN 4.5  JAN   1.    –       X      R: 6     JN/MR   0.    –       X
GN-FN 4.5 *FEB   1.    –       X      R: 6     FB/MR   0.04+-047   5 X 5
GN-FN 5    JAN   1.20 -21   5 X 5     R: 6.5   JN/FB   0.02+-03+   5 X 5
GN-FN 5   *FEB   1.    –       X      S: 5   BFLY JAN   0.15 –     10 X
GN-FN 5.5  JAN   1.13 -14+  5 X 5     S:5.5  BFLY JAN   0.    –       X
GN-FN 5.5 *FEB   1.    –       X      S: 6   BFLY JAN   0.    –       X
GN-FN 6    JAN   1.08 –       5 X     S:5-4.5    JAN    2.    –       X
GN-FN 6   *FEB   0.    –       X      S:5-4.5   *FEB    2.    –       X
GN-FN 6.5  JAN   1.    –       X      S:5.5-5    JAN    2.06+-      5 X
GN-FN 7    JAN   0.    –       X      S:6-5.5    JAN    2.00+-     18 X
 5 YR  12/10  99.    –       X        S:6.5-6    JAN    1.22 -232   5 X 5
19-DEC-05 14:55 EST          GOOD AFTERNOON
```

CONFIDENTIAL

FHFA13013610

```
         Tullett  Liberty Securities Inc 208-7340     Page 2     14:54
            GOLD                  FNMA                  GNMA / FNMA SWAPS
 7.5 JA                    4.5 JA                  4.5  JA
            GOLD ROLLS     4.5 FB                  5    JA
4.5JA/FB                   5   JA                  5    FB
4.5FB/MR                   5   FB                  5.5  JA
 5 JA/FB                   5.5 JA                  5.5  FB
 5 FB/MR                   5.5 FB                  6    JA
5.5JA/FB                   6   JA 100.28+-29  1x1  6.5  JA
5.5FB/MR                   6   FB                  FNMA BUTTERFLY SWAPS
 6 JA/FB   .051-052   5x5  6.5 JA      -102.20  x1  5   JA
 6 FB/MR   .05+-056  5x75  7   JA                  5.5  JA  .06+-07  10x10
6.5JA/FB                   7.5 JA                  6    JA
 7 JA/FB                     FNMA ROLLS            6.5  JA
7.5JA/FB                   4.5JA/FB   .013-01+  5x5       FNMA SWAPS
            GOLD POOL SWAPS 4.5FB/MR               5/4.5JA
 6  DE                     5 JA/FB   .02+-025 10x5  5.5/5JA
            GOLD / FNMA SWAPS 5 FB/MR              6/5  JA
4.5 JA                     5.5JA/FB  .032-033 10x5  6/5.5JA  2.00+     5x
5  JA      -  (.017   x5   5.5JA/FB               6.5/6JA
5.5 JA     .02+-026   5x5  5.5FB/MR                     FNMA POOL SWAPS
6  JA      .02+-03    5x5  6 JA/FB   .04 -041   5x5  5.5 DE
6.5 JA                     6 JA/MR                 6  DE
            AGENCIES       6.5JA/FB  .026-032  5x5       FUTURES
F462 014  38 /      5x     6.5FB/MR
F425 509                   7 JA/FB
```

CONFIDENTIAL                                                    FHFA13013611



CONFIDENTIAL

FHFA13013612



NHELI 05 FM1
Fixed Rate First Lien
CPR Analysis

CONFIDENTIAL

FHFA13013613



NHELI 05 FM 1
Floating Rate
CPR Analysis

CONFIDENTIAL



CONFIDENTIAL