# Exhibit R

# Freddie Mac

**ABS-FLT-S**
Trade No. 1356, Vs. 1
Oct 18, 2006 11:36:24

## NEW TRADE

PMG: _David R. Hackney_   DRH   Trade Ops:

## BUY   NHELI_06-FM2: IA1
ABS/ABS

**Jul 25, 2036**

| | | | | |
|---|---|---|---|---|
| **Asset ID:** | **B5A04CKC8** | Payment Delay: | 0 | |
| **Ticker:** | **NHELI06FM2-IA1** | Date Convention: | ACT/360 | |
| Coupon: | 0.00000 | Accrual Date: | Oct 31, 2006 | |
| Coupon Type: | FLOAT | First Coupon Date: | Nov 25, 2006 | |
| Frequency: | MONTHLY | Next Pay Date: | Nov 27, 2006 | |
| Reset Term: | MONTHLY | Odd First Pmt: | ☑ Yes ☐ No | |
| Maturity Date: | Jul 25, 2036 | AMT: | ☐ Yes ☑ No | |
| Issue Date: | Oct 31, 2006 | ERISA: | ☐ Yes ☑ No | |
| Min Trade Size: | 25,000.00 | 144A: | ☐ Yes ☑ No | |
| Min Trade Increment: | 1.00 | Notional: | ☐ Yes ☑ No | |

**Trade Date:** Oct 18, 2006
**Settle Date:** Oct 31, 2006
**Broker:** GRNW
GREENWICH CAPITAL MARKETS
Broker Contact:

Original Par: 542,999,000.000
Factor: 1.000000000
Factor Date: Oct 31, 2006
Current Par: 542,999,000.000

**Freddie Mac - ABS Float AFS (ABS-FLT-S)**
Trade No. 1356, Vs. 1

### General Use
L+14
B5A04CKC8, SABR 2006-WM2 A-1
Originator: Fremont
Servicer: Equity One
M/S/F/D - Aaa/AAA/AAA/AAA
Credit approved by: Kevin Palmer
REMIC
Subject to August 06 Freddie Reps
Allowable delivery variance on size: +/-5%
Model:
Fix0-40=v1.3_ABS_FR_30Y,ARM0-40=v1.3_ABS_ARM228,
ARM2/1Bal30=v1.3_ABS_ARM228,ARM3/1Bal30=v1.3_ABS_ARM228,
ARM5/1Bal30=v1.3_ABS_ARM228,Bal0-30=v1.3_ABS_FR_30Y
AAA enhancement: 22.45%,
Highly Rated Policy Compliance:
1. Rated AA or better? Yes, AAA/Aaa/AAA/AAA
2. Interest rate on the security is different to the interest rate
on the collateral OR the credit risk on the securities must be
lower than the collateral? Yes. Bond pays L+14, Collateral has a
GWAC of 8.628

%. Bond benefits from overcollateralization, excess spread and
subordination.

3. Does the deal have sufficient subordination of 3.5% or greater?
Yes. 22.45% initial subordination, plus excess spread.
Is there an interpolation?: No
Pricing Method: HETP

### Delivery Instructions
DTC/GRNW ABS
DTC#: 2230
A/C#:
INST ID#:
AGENT ID#:
CLEARING AGT DTC:
CLEARING AGT NAME:
A/C NAME:

### Special Instructions
Today's trades exceed my daily trade limit. Trade authorization
received from MXA.

### Miscellaneous Information
| | |
|---|---|
| Asset OAS: | 14.152 |
| Debt Yld: | 5.146 |
| Expct ROE: | 17.64 |
| Sprd Dur: | 1.074 |
| CDI File: | NHELI05FM2 |
| TrdPurpose: | REG_PURCH |
| Debt OAS: | -17.458 |
| % Asn Cap: | 1.5 |
| RskAdj ROE: | 17.64 |
| ACCTG_DESIG: | NHD_NONCASH |

**Price:** 100-00
100.00000000
**Principal:** (542,999,000.00)
**Interest:** 0.00
**Commission:** 0.00
**Net Money:** (542,999,000.00)
**Currency:** USD
**Net Cash Flow:** OUT

Exchange rate:
Discount:
Option Type:

Prepay: 100.00 BLK
Yield: 5.462
YTC:
Duration: 0.07000
Convexity: 0.00033

| S & P | Moody | DBRS |
|---|---|---|
| NR | NR | |
| **Fitch** | **NAIC** | |
| NR | | |

| | | |
|---|---|---|
| Discretionary: | ☑ Yes | ☐ No |
| Liquid: | ☑ Yes | ☐ No |
| Segregate: | ☑ Yes | ☐ No |
| Release: | ☐ Yes | ☑ No |

Entry Date: Oct 18, 2006

*FreddieMac*

A/C# P 61948

Copyright © 2001 BlackRock Solutions. All Rights Reserved.

JPMORGAN CHASE

Created: Oct 18, 2006 11:36:33

CONFIDENTIAL

FHFA04588991

**NIEU 2006 EM2**
Premade Analysis
Trade Analysis

10/3/2006
10/18/2006

| Curve | Spread | Name | CashFlowType | TradeDate | SettlementDate | DealName | TrancheName | DealModel | Port OAS | CurrentFace | FlatPrice | ZVSpread | ZVHWY | NomRefY | OAS | EffectiveDuration | EffectiveConvexity | SpreadDuration | ZVProjyVAL | NomPRojyVAL | OptionCost |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LIBOR | L+14 | | | | | | | | | | | | | | | | | | | | |
| LIBOR | | | | | | | | | | | | | | | | | | | | | |
| AGENCY | L+14 | Index CMO 0 | MBS | 10/18/2006 | 10/31/2006 | nhec06Efm2 | IA1 | New | | 550,001,000 | 100.00 | 14.155756 | 5.46 | 5.838955 | 14.15 | 0.07 | 5.31E-04 | 2E-03 | 1.176 | 1.1313 | 0.00 |
| AGENCY | 0 | Index CMO 0 | MBS | 10/18/2006 | 10/31/2006 | nhec06Efm2 | IA1 | New | | 550,001,000 | 100.00 | 31.58 | 5.46 | 5.84 | 31.61 | 0.07 | 2E-03 | | 1.12 | 1.13 | -2.62E-02 |

| | |
|---|---|
| DEBT OAS | (17,436) |
| DEBT YIELD | 5.146 |
| LOAS | 14.152 |
| AOAS | 31.610 |
| YIELD - OPT CST | 5.462 |
| EFF DUR | 0.066 |
| EFF CVX | 0.000 |
| SPRD DUR | - |

FHFA04588992

**ROE Calculator (Production) Results Sheet**

**Agency Product**

Time Of Report: Wed Oct 18 11:16:58 EDT 2006

ROE Calculator Effective Date: 05/05/2004

ROE Calculator Prepared On: 10/18/06 11:16 AM

**Product: ABSFloaterUnwrapAAA:1.5**

| Inputs | | Outputs | |
|---|---|---|---|
| Variable Name | Value | Variable Name | Current Value |
| Product Type | PASS_THROUGH | ROE (%) | 17.64 |
| Issuer | NON_FREDDIE | PVA Percent of MV (%) | .11 |
| Flat Price | 100.00 | PVA | .00 |
| Zero Vol Yield (%) | 5.46 | Capital Charge (%) | 1.50 |
| Option Cost (bps) | 0.0 | Stand-Alone Capital (%) | 1.50 |
| Asset To Agency OAS (bps) | 31.6 | Marginal Capital (%) | 1.50 |
| Operation Risk Add On (bps) | 0.0 | Operational Risk Capital (bps) | 0.0 |
| Spread Duration | 1.07 | Min. Capital Adjust. to OAS (bps) | -4.0 |
| Market Value ($) | 1.00 | MRB Adjustment to OAS (bps) | 2.0 |
| | | Credit Reserve (bps) | -2.0 |
| | | Adjusted Net OAS (bps) | 27.6 |
| | | Preferred Allocation (%) | 20.00 |
| | | Preferred Yield (%) | 6.00 |
| | | Preferred Tax Eq. Yield (%) | 9.23 |
| | | Tax Rate (%) | 35.00 |
| | | ROE Hurdle (%) | 9.00 |

**ROE Table(in percent)- Agency**

| | 3.96 | 4.46 | 4.96 | 5.46 | 5.96 | 6.46 | 6.96 |
|---|---|---|---|---|---|---|---|
| 25.61 | 13.22 | 13.62 | 14.03 | 14.44 | 14.84 | 15.25 | 15.65 |
| 26.61 | 13.75 | 14.16 | 14.56 | 14.97 | 15.37 | 15.78 | 16.19 |
| 27.61 | 14.28 | 14.69 | 15.10 | 15.50 | 15.91 | 16.31 | 16.72 |
| 28.61 | 14.82 | 15.22 | 15.63 | 16.04 | 16.44 | 16.85 | 17.25 |
| 29.61 | 15.35 | 15.76 | 16.16 | 16.57 | 16.98 | 17.38 | 17.79 |
| 30.61 | 15.88 | 16.29 | 16.70 | 17.10 | 17.51 | 17.92 | 18.32 |
| 31.61 | 16.42 | 16.82 | 17.23 | 17.64 | 18.04 | 18.45 | 18.86 |
| 32.61 | 16.95 | 17.36 | 17.76 | 18.17 | 18.58 | 18.98 | 19.39 |
| 33.61 | 17.48 | 17.89 | 18.30 | 18.70 | 19.11 | 19.52 | 19.92 |
| 34.61 | 18.02 | 18.42 | 18.83 | 19.24 | 19.64 | 20.05 | 20.46 |
| 35.61 | 18.55 | 18.96 | 19.36 | 19.77 | 20.18 | 20.58 | 20.99 |
| 36.61 | 19.09 | 19.49 | 19.90 | 20.30 | 20.71 | 21.12 | 21.52 |
| 37.61 | 19.62 | 20.03 | 20.43 | 20.84 | 21.24 | 21.65 | 22.06 |

First Row: Zero Vol Yield less Option Cost (%)          First Column: Asset/Debt Net OAS(bps)

CONFIDENTIAL

# Mortgage Pricer Report

## (Production)

**Freddie Mac**

### Index CMO_0

| | | | |
|---|---|---|---|
| Trade Date | 10/18/2006 | Trading Acc'y Not Required | true |
| Settlement Date | 10/31/2006 | Do Optional Redemption | true |
| WALA As Of Settle | false | Interpolate Index Rates | true |
| Deal name | nhel06fm2 | Use All Known History | false |
| Tranche | IA1 | Prepay Incl. Defaults | true |
| Deal Mode | MBS | New Optimize Wang Clustering | true |
| Cash Flow | | Override Known 1st Index | true |
| Fixed Period "Hint" for ARM | | Calculate Cumulative HPG | true |
| Prepayment Multiplier | 1.0 | Use Historical HPG Data | true |
| Default Multiplier | 1.0 | Use Historical Inferred SATO | true |
| Release Date Key Code | | Use Short Term Prepay Model | true |
| Single Path Exec. Hurdle | 200 | Use Notional Balance | false |
| Allow Prepayment Penalties | true | Historical HPG Keyword | US |

**Collateral Data**

| | | | |
|---|---|---|---|
| Coupon | 8.12 | Original Coupon(%) | 8.12 |
| WAC | 8.63 | Lookback Days | 0 |
| Penalty Window(months) | 0 | First Cap(%) | 1.20 |
| Org Maturity Term | 359 | Periodic Cap(%) | 11.69 |
| Rem Amort Term | 395 | Life Cap(%) | 1.20 |
| Orig Amort Term | 400 | First Floor(%) | 1.20 |
| WAM | 354 | Periodic Floor(%) | 1.20 |
| WALA | 5 | Life Floor(%) | 6.89 |
| Interest Only Period | 0 | Net Margin(%) | 4.51 |
| Payment Fixed Period | 20 | Gross Margin(%) | 5.02 |
| Payment Reset Period | 5 | Payment Cap(%) | |
| Interest Rate Fixed Period | 20 | Auto Recast Period | |
| Interest Rate Reset Period | 5 | Max NegAM Limit(%) | |

**Deal/Tranche Data**

| | |
|---|---|
| Tranche CUSIP | 65536QAA6 |
| Deal Issuer | NHEL06FM2 |
| Tranche Original Bal | 550,001,000 |
| Tranche Current Bal | 550,001,000 |
| Tranche Factor | 1.0000000000 |
| Tranche Coupon(%) | 5.466 |
| Tranche Groups | 1 |
| Issue CDU Date | 10/01/2006 |
| Original Settlement Date | 10/31/2006 |
| Latest CDU Date | 10/01/2006 |
| Latest Available CDU Date | 10/01/2006 |
| First Forecast Index Pay Date | 12/25/2006 |
| First Forecast Prepay Pay Date | 11/25/2006 |
| Collateral Item Count | 32 |
| Notional Type | ActualBalance |
| Pool/Loan Demographics | |
| FICO | none |
| Fraction Refi(%) | none |
| LTV(%) | none |
| Fraction 2-4 Units(%) | none |
| Fraction Investor Owned(%) | none |
| Fraction Second Home(%) | none |
| Treat Second Home As Investor Owned | true |
| Avg Loan Balance(k) | none |
| Use Weighted-Avg Original Loan Size | false |
| Geographic Information | none |

### Model Mappings

| Names | Prepay | Default | Security |
|---|---|---|---|
| FixO-40 | v1 3_ABS_FR_30Y | SubPrimeF | SubPrimeA |
| ARMO-40 | v1 3_ABS_ARM228 | SubPrimeA | SubPrimeA |
| ARM2/1Bal | v1 3_ABS_ARM228 | SubPrimeA | SubPrimeA |
| ARMx/1Bal | v1 3_ABS_ARM228 | SubPrimeA | SubPrimeA |
| BalO-30 | v1 3_ABS_FR_30Y | SubPrimeF | SubPrimeA |

### Deal Comment

** TROUBLES NOT FINALIZED *** - Additional information is available upon request. The information contained herein is based on sources that we believe to be reliable, but we do not represent that it is accurate or complete. It is not to be considered as an offer to sell or solicitation of an offer to buy the securities or other products discussed herein. Any commentary contained herein was prepared by trading desk personnel. This is not a research report and the commentary contained herein should not be considered to be research. All prices, yields and opinions expressed are indicative only and are subject to change without notice. Nomura Securities International, Inc. and its affiliates (collectively, 'Nomura') may have a position in the securities or other products

### Deal Modeling Notes

### Analytics

| Name | Value | Name | Value |
|---|---|---|---|
| FlatPrice | 100.000 | AccruedInterest | 0.000 |
| FullPrice | 100.000 | EffectiveDuration | 0.066 |
| OAS | 14.152 | EffectiveConvexity | 0.000 |
| NomBEY | 5.839 | VolDuration | |
| ZVBEY | 5.462 | OASDuration | 1.074 |

### Static Speeds

Geo Info: State

| | -100 | -50 | 0 | 50 | 100 |
|---|---|---|---|---|---|
| NomProj12 | 45.47 | 38.78 | 35.02 | 32.34 | 29.94 |
| NomProj60 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 |
| NomProj120 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 |
| NomWALEqui vCPR | 47.16 | 42.99 | 40.65 | 38.83 | 37.03 |
| NomWAL | 0.93 | 1.05 | 1.13 | 1.20 | 1.27 |

Freddie Mac

CONFIDENTIAL

FHFA04588994

Geo Info: State

## Static Speeds

| | -100 | -50 | 0 | 50 | 100 |
|---|---|---|---|---|---|
| NomBEY | 4.88 | 5.35 | 5.84 | 6.33 | 6.82 |
| NomMEY | 4.83 | 5.29 | 5.77 | 6.25 | 6.73 |
| NomSpreadToWAL | -53.62 | -4.11 | 45.72 | 95.84 | 146.44 |
| ZVProj12 | 44.28 | 38.76 | 35.61 | 33.17 | 30.96 |
| ZVProj60 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 |
| ZVProj120 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 |
| ZVProjWALEquivCPR | 46.28 | 42.94 | 41.03 | 39.35 | 37.70 |
| ZVProjWAL | 0.95 | 1.05 | 1.12 | 1.18 | 1.24 |
| ZVBEY | 4.56 | 5.00 | 5.46 | 5.92 | 6.39 |
| ZVMEY | 4.52 | 4.95 | 5.40 | 5.85 | 6.30 |
| ZVSpreadToWAL | -84.99 | -39.02 | 7.79 | 54.93 | 102.35 |

## Analytics

| Name | Value | Name | Value | Name | Value |
|---|---|---|---|---|---|
| ROE | | ZeroVolSpread | | | 14.154 |
| PortOAS | | IOMultiplier | | | |
| OptionCost | 0.001 | OASStdErr | | | |
| FeeDV01 | | PriceStdErr | | | |
| KRD3 | | KRD12 | | | |
| KRD24 | | KRD36 | | | |
| KRD60 | | KRD84 | | | |
| KRD120 | | KRD180 | | | |
| KRD240 | | KRD300 | | | |
| KRD360 | | | | | |

## Interest Rates

| Curve Name | 1 | 3 | 6 | 12 | 24 | 36 | 48 | 60 | 84 | 120 | 180 | 240 | 360 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Libor/Swap | 5.320 | 5.371 | 5.411 | 5.397 | 5.241 | 5.203 | 5.201 | 5.215 | 5.255 | 5.309 | 5.389 | 5.426 | 5.441 |
| Agency Purchase | 5.085 | 5.136 | 5.181 | 5.182 | 5.096 | 5.052 | 5.058 | 5.072 | 5.100 | 5.150 | 5.228 | 5.262 | 5.290 |
| Agency Issue | 5.085 | 5.136 | 5.181 | 5.182 | 5.092 | 5.060 | 5.068 | 5.080 | 5.104 | 5.160 | 5.239 | 5.275 | 5.306 |
| Treasury | 5.072 | 5.093 | 5.126 | 5.073 | 4.843 | 4.762 | 4.738 | 4.732 | 4.750 | 4.770 | 4.848 | 4.877 | 4.895 |

## Other information

**15 Year Mortgage Prop**

| Year | Value |
|---|---|
| 2 | 0.12 |
| 5 | 0.4 |
| 10 | 0.4 |

**30 Year Mortgage Prop**

| Year | Value |
|---|---|
| 2 | 0.12 |
| 5 | 0.4 |
| 10 | 0.4 |

| | |
|---|---|
| Vol Parameters | Skew 0.5 (BlackRock through Atlas) |
| Discounting Rate | Libor/Swap |
| Mortgage Rate Source | Libor/Swap |
| COH Rate | 4.277 |
| Prime Rate | 8.25 |
| 15 Year Mortgage Rate | * 5.98216456262421 |
| 30 Year Mortgage Rate | * 6.35041144579712? |

**Other information Summary changes - original values**

15 Yr Mortgage Rate 5.9877555498816

30 Yr Mortgage Rate 6.3559939627818025

Total Changes  2

Freddie Mac

Created:   18 Oct 2006 1:15:46 AM

CONFIDENTIAL

FHFA04588995

**Current Interest Rates**

| Treasury | Yield | Coupon | Price | Maturity |
|---|---|---|---|---|
| 3 Mo Tsy | 5.093 | 0.000 | 98.773 | 01/18/2007 |
| 6 Mo Tsy | 5.126 | 0.000 | 97.562 | 04/19/2007 |
| 2 Yr Tsy | 4.847 | 4.625 | 99.602 | 09/30/2008 |
| 5 Yr Tsy | 4.733 | 4.500 | 98.977 | 09/30/2011 |
| 10 Yr Tsy | 4.769 | 4.875 | 100.766 | 08/15/2016 |
| 30 Yr Tsy | 4.896 | 4.500 | 93.688 | 02/15/2036 |

| Agency Purchase | Spread-to-LIBOR | Yield | Current vs LIBOR | Maturity |
|---|---|---|---|---|
| 2 Yr Agy | -0.145 | 5.061 | -0.190 | 09/16/2008 |
| 3 Yr Agy | -0.150 | 5.020 | -0.196 | 05/21/2009 |
| 5 Yr Agy | -0.143 | 5.055 | -0.156 | 07/18/2011 |
| 7 Yr Agy | -0.154 | 5.070 | -0.181 | 07/15/2013 |
| 10 Yr Agy | -0.158 | 5.138 | -0.170 | 10/18/2016 |
| 30 Yr Agy | -0.150 | 5.277 | -0.168 | 07/15/2032 |

| Agency Issue | Yield | Fees | Maturity |
|---|---|---|---|
| 2 Yr Agy | 5.067 | 0.032 | 09/16/2008 |
| 3 Yr Agy | 5.032 | 0.027 | 05/21/2009 |
| 5 Yr Agy | 5.056 | 0.022 | 07/18/2011 |
| 7 Yr Agy | 5.077 | 0.021 | 07/15/2013 |
| 10 Yr Agy | 5.142 | 0.019 | 10/18/2016 |
| 30 Yr Agy | 5.279 | 0.018 | 07/15/2032 |

| Euro$ | Bid | Volatility | Expiration |
|---|---|---|---|
| EDC1 | 94.605 | 0.005367 | 12/18/2006 |
| EDC2 | 94.685 | 0.005367 | 03/19/2007 |
| EDC3 | 94.815 | 0.005367 | 06/18/2007 |
| EDC4 | 94.950 | 0.005367 | 09/17/2007 |
| EDC5 | 95.030 | 0.007308 | 12/17/2007 |
| EDC6 | 95.045 | 0.007308 | 03/17/2008 |
| EDC7 | 95.035 | 0.007308 | 06/16/2008 |
| EDC8 | 95.010 | 0.007308 | 09/15/2008 |
| EDC9 | 94.985 | 0.008204 | 12/15/2008 |
| EDC10 | 94.965 | 0.008204 | 03/16/2009 |
| EDC11 | 94.935 | 0.008204 | 06/15/2009 |
| EDC12 | 94.910 | 0.008204 | 09/14/2009 |
| EDC13 | 94.870 | 0.008707 | 12/14/2009 |
| EDC14 | 94.850 | 0.008707 | 03/15/2010 |
| EDC15 | 94.815 | 0.008707 | 06/14/2010 |
| EDC16 | 94.785 | 0.008707 | 09/13/2010 |

| Agency Bill | Spread-to-Libor |
|---|---|
| 1 Mo Agy | -0.235 |
| 3 Mo Agy | -0.235 |
| 6 Mo Agy | -0.230 |
| 12 Mo Agy | -0.215 |

| Libor/Swap | Rate |
|---|---|
| O/N Libor | 5.285 |
| 1 Wk Libor | 5.302 |
| 2 Wk Libor | 5.310 |
| 1 Mo Libor | 5.320 |
| 3 Mo Libor | 5.374 |
| 6 Mo Libor | 5.407 |
| 1 Yr Libor | 5.390 |
| 2 Yr Swap | 5.242 |
| 3 Yr Swap | 5.203 |
| 4 Yr Swap | 5.202 |
| 5 Yr Swap | 5.215 |
| 7 Yr Swap | 5.265 |
| 10 Yr Swap | 5.309 |
| 15 Yr Swap | 5.389 |
| 20 Yr Swap | 5.427 |
| 30 Yr Swap | 5.441 |

CONFIDENTIAL

FHFA04588996

# Freddie Mac

## Mortgage Pricer Report

### (Production)

Intex OMG 0

| | | |
|---|---|---|
| Trade Date | 10/18/2006 | Trading Acc'y Not Required | true |
| Settlement Date | 10/31/2006 | Do Optional Redemption | true |
| WALA As Of Settle | | Interpolate Index Rates | false |
| Deal name | nhel06fm2 | Use All Known History | true |
| Tranche | 1A1 | Prepay Incl. Defaults | true |
| Deal Mode | New | Optimize Warg Clustering | |
| Cash Flow | MBS | Override Known 1st Index | |
| Fixed Period "Hint" for ARM | | Calculate Cummulative HPG | |
| Prepayment Multiplier | 1.0 | Use Historical HPG Data | |
| Default Multiplier | 1.0 | Use Historical Inferred SATO | |
| Release Date Key Code | | Use Short Term Prepay Model | |
| Single Path Exec. Hurdle | 200 | Use Notional Balance | |
| Allow Prepayment Penalties | true | Historical HPG Keyword | |

**Collateral Data**

| | |
|---|---|
| Coupon | 8.12 |
| WAC | 8.63 |
| Penalty Window(months) | 0 |
| Orig Maturity Term | 359 |
| Rem Amort Term | 395 |
| Orig Amort Term | 400 |
| WAM | 354 |
| WALA | 5 |
| Interest Only Period | 0 |
| Payment Fixed Period | 20 |
| Payment Reset Period | 5 |
| Interest Rate Fixed Period | 20 |
| Interest Rate Reset Period | 5 |

**Deal/Tranche Data**

| | |
|---|---|
| Tranche CUSIP | 65536QAA6 |
| Deal Issuer | NHELL06FM2 |
| Tranche Original Bal | 550,001,000 |
| Tranche Current Bal | 550,001,000 |
| Tranche Factor | 1.000000000 |
| Tranche Coupon(%) | 5.466 |
| Tranche Groups | 1 |
| Issue CDU Date | 10/01/2006 |
| Original Settlement Date | 10/31/2006 |
| Latest CDU Date | 10/01/2006 |
| Latest Available CDU Date | 10/01/2006 |
| First Forecast Index Pay Date | 12/25/2006 |
| First Forecast Prepay Pay Date | 11/25/2006 |
| Collateral Item Count | 32 |
| Notional Type | ActualBalance |
| Pool/Loan Demographics | |
| FICO | none |
| Fraction Ref(%) | none |
| LTV(%) | none |
| Fraction 2-4 Units(%) | none |
| Fraction Investor Owned(%) | none |
| Fraction Second Home(%) | none |
| Treat Second Home As Investor Owned | true |
| Avg Loan Balance(k) | none |
| Use Weighted-Avg Original Loan Size | false |
| Geographic Information | none |

**Collateral Item Count demographics**

| | |
|---|---|
| Collateral Item Count | 8.12 |
| Notional Type | 0 |
| Pool/Loan Demographics | 2.05 |
| FICO | 1.20 |
| Fraction Ref(%) | 11.69 |
| LTV(%) | 1.20 |
| Fraction 2-4 Units(%) | 1.20 |
| Fraction Investor Owned(%) | 6.89 |
| Fraction Second Home(%) | 4.51 |
| Treat Second Home As Investor Owned | 5.02 |

**Deal Comment**

***PROCEEDS NOT FINALIZED*** Additional information is available upon request. The information contained herein is based on sources that we believe to be reliable, but we do not represent that it is accurate or complete. It is not to be construed as an offer to sell or solicitation of an offer to buy the securities or other products discussed herein. Any commentary contained herein is prepared by trading desk personnel. This is not a research report and the commentary contained herein should not be considered to be research. All prices, yields and opinions expressed are subject to change without notice. Richsaw Securities International, Inc. and its affiliates (collectively, "Richsaw") may have a position in the securities or other products

**Deal Modeling Notes**

**Model Mappings**

| Names | Prepay | Default | Security |
|---|---|---|---|
| FixD-40 | V1.3_ABS_FR_30Y | SubPrimeFi | SubPrimeFi |
| ARM0-40 | V1.3_ABS_ARM228 | SubPrimeA | SubPrimeA |
| ARM2/1Bal | V1.3_ABS_ARM228 | SubPrimeA | SubPrimeA |
| ARM3/1Bal | V1.3_ABS_ARM228 | SubPrimeA | SubPrimeA |
| ARM5/1Bal | V1.3_ABS_ARM228 | SubPrimeA | SubPrimeA |
| Bal0-30 | V1.3_ABS_FR_30Y | SubPrimeFi | SubPrimeFi |

**Analytics**

| Name | Value | Name | Value |
|---|---|---|---|
| FlatPrice | 100.000 | AccruedInterest | 100.000 |
| FullPrice | 100.000 | EffectiveDuration | 31.610 |
| OAS | | EffectiveConvexity | 5.839 |
| NomBEY | | VolDuration | 5.462 |
| ZVBEY | | OASDuration | |

**Geo Info: State**

| Name | Value |
|---|---|
| AccruedInterest | 0.000 |
| EffectiveDuration | 0.075 |
| EffectiveConvexity | 0.002 |
| VolDuration | |
| OASDuration | 1.074 |

**Static Speeds**

| | -100 | -50 | 0 | 50 | 100 |
|---|---|---|---|---|---|
| Original Coupon(%) | 8.12 | | | | |
| Lookback Days | 8.63 | | | | |
| First Cap(%) | 0 | | | | |
| Periodic Cap(%) | 359 | | | | |
| Life Cap(%) | 395 | | | | |
| First Floor(%) | 400 | | | | |
| Periodic Floor(%) | 354 | | | | |
| Life Floor(%) | 5 | | | | |
| Net Margin(%) | 0 | | | | |
| Gross Margin(%) | 20 | | | | |
| Payment Cap(%) | 5 | | | | |
| Auto Recast Period | 20 | | | | |
| Max NegAM Limit(%) | 5 | | | | |

| | -100 | -50 | 0 | 50 | 100 |
|---|---|---|---|---|---|
| NomProj12 | 45.47 | 38.78 | 35.02 | 32.34 | 29.94 |
| NomProj60 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 |
| NomProj120 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 |
| NomProjWALEquivCPR | 47.16 | 42.99 | 40.65 | 38.83 | 37.03 |
| NomProjWAL | 0.93 | 1.05 | 1.13 | 1.20 | 1.27 |

Freddie Mac

Page 1

Created: 18 Oct 2006 11:10:26 AM

CONFIDENTIAL

FHFA04588997

## Static Speeds

| | -100 | -50 | 0 | 50 | 100 |
|---|---|---|---|---|---|
| NomBEY | 4.88 | 5.35 | 5.84 | 6.33 | 6.82 |
| NomMEY | 4.83 | 5.29 | 5.77 | 6.25 | 6.73 |
| NomSpreadToWAL | -31.90 | 17.04 | 66.38 | 116.07 | 166.21 |
| ZVProj12 | 44.28 | 38.76 | 35.61 | 33.17 | 30.96 |
| ZVProj60 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 |
| ZVProj120 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 |
| ZVProjWALEquivCPR | 46.28 | 42.84 | 41.03 | 39.35 | 37.70 |
| ZVProjWAL | 0.95 | 1.05 | 1.12 | 1.16 | 1.24 |
| ZVBEY | 4.56 | 5.00 | 5.46 | 5.92 | 6.39 |
| ZVMEY | 4.52 | 4.95 | 5.40 | 5.85 | 6.30 |
| ZVSpreadToWAL | -63.35 | -17.88 | 28.53 | 75.29 | 122.30 |

## Other Information

| 15 Year Mortgage Prop | |
|---|---|
| Year | Value |
| 2 | 0.12 |
| 5 | 0.4 |
| 10 | 0.4 |

| 30 Year Mortgage Prop | |
|---|---|
| Year | Value |
| 2 | 0.12 |
| 5 | 0.4 |
| 10 | 0.4 |

| Vol Parameters | Skew 0.5 (BlackRock through Atlas) |
|---|---|
| Discounting Rate | * Agency Purchase |
| Mortgage Rate Source | LiborSwap |
| COFI Rate | 4.277 |
| Prime Rate | 8.25 |
| 15 Year Mortgage Rate | 5.9821645062621 |
| 30 Year Mortgage Rate | 6.35041144579/121 |

Other information Summary changes - original values

15 Yr Mortgage Rate 5.98775555488816

30 Yr Mortgage Rate 6.35593962781825

Total Changes 2

## Analytics

Geo Info: State

| Name | Value | Name | Value |
|---|---|---|---|
| ROE | | ZeroVolSpread | 31.584 |
| Port.OAS | | IOMultiplier | |
| OptionCost | -0.026 | OASStdErr | |
| FeeDV01 | | PriceStdErr | |
| KRD3 | | KRD12 | |
| KRD24 | | KRD36 | |
| KRD60 | | KRD84 | |
| KRD120 | | KRD180 | |
| KRD240 | | KRD300 | |
| KRD360 | | | |

## Interest Rates

| Curve Name | 1 | 3 | 6 | 12 | 24 | 36 | 48 | 60 | 84 | 120 | 180 | 240 | 360 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LiborSwap | 5.320 | 5.371 | 5.411 | 5.397 | 5.241 | 5.203 | 5.201 | 5.215 | 5.255 | 5.309 | 5.389 | 5.426 | 5.441 |
| Agency Purchase | 5.085 | 5.136 | 5.181 | 5.182 | 5.096 | 5.052 | 5.058 | 5.072 | 5.100 | 5.150 | 5.228 | 5.262 | 5.290 |
| Agency Issue | 5.085 | 5.136 | 5.181 | 5.182 | 5.092 | 5.060 | 5.068 | 5.080 | 5.104 | 5.160 | 5.239 | 5.275 | 5.306 |
| Treasury | 5.072 | 5.093 | 5.126 | 5.073 | 4.843 | 4.762 | 4.738 | 4.732 | 4.750 | 4.770 | 4.848 | 4.877 | 4.895 |

CONFIDENTIAL

FHFA04588998

## Current Interest Rates

| Treasury | Yield | Coupon | Price | Maturity |
|---|---|---|---|---|
| 3 Mo Tsy | 5.093 | 0.000 | 98.773 | 01/18/2007 |
| 6 Mo Tsy | 5.126 | 0.000 | 97.562 | 04/19/2007 |
| 2 Yr Tsy | 4.647 | 4.625 | 99.602 | 09/30/2008 |
| 5 Yr Tsy | 4.733 | 4.500 | 98.977 | 09/30/2011 |
| 10 Yr Tsy | 4.769 | 4.875 | 100.766 | 08/15/2016 |
| 30 Yr Tsy | 4.896 | 4.500 | 93.888 | 02/15/2036 |

| Agency Purchase | Spread-to-LIBOR | Yield | Current vs LIBOR | Maturity |
|---|---|---|---|---|
| 2 Yr Agy | -0.145 | 5.061 | -0.190 | 09/16/2008 |
| 3 Yr Agy | -0.150 | 5.020 | -0.196 | 05/21/2009 |
| 5 Yr Agy | -0.143 | 5.055 | -0.156 | 07/18/2011 |
| 7 Yr Agy | -0.154 | 5.070 | -0.181 | 07/15/2013 |
| 10 Yr Agy | -0.158 | 5.138 | -0.170 | 10/18/2016 |
| 30 Yr Agy | -0.150 | 5.277 | -0.168 | 07/15/2032 |

| Agency Issue | Yield | Fees | Maturity |
|---|---|---|---|
| 2 Yr Agy | 5.067 | 0.032 | 09/16/2008 |
| 3 Yr Agy | 5.032 | 0.027 | 05/21/2009 |
| 5 Yr Agy | 5.056 | 0.022 | 07/18/2011 |
| 7 Yr Agy | 5.077 | 0.021 | 07/15/2013 |
| 10 Yr Agy | 5.142 | 0.019 | 10/18/2016 |
| 30 Yr Agy | 5.279 | 0.018 | 07/15/2032 |

| Euro$ | Bid | Volatility | Expiration |
|---|---|---|---|
| EDC1 | 94.605 | 0.005367 | 12/18/2006 |
| EDC2 | 94.685 | 0.005367 | 03/19/2007 |
| EDC3 | 94.815 | 0.005367 | 06/18/2007 |
| EDC4 | 94.950 | 0.005367 | 09/17/2007 |
| EDC5 | 95.030 | 0.007308 | 12/17/2007 |
| EDC6 | 95.045 | 0.007308 | 03/17/2008 |
| EDC7 | 95.035 | 0.007308 | 06/16/2008 |
| EDC8 | 95.010 | 0.007308 | 09/15/2008 |
| EDC9 | 94.985 | 0.008204 | 12/15/2008 |
| EDC10 | 94.965 | 0.008204 | 03/16/2009 |
| EDC11 | 94.935 | 0.008204 | 06/15/2009 |
| EDC12 | 94.910 | 0.008204 | 09/14/2009 |
| EDC13 | 94.870 | 0.008707 | 12/14/2009 |
| EDC14 | 94.850 | 0.008707 | 03/15/2010 |
| EDC15 | 94.815 | 0.008707 | 06/14/2010 |
| EDC16 | 94.785 | 0.008707 | 09/13/2010 |

| Agency Bill | Spread-to-Libor |
|---|---|
| 1 Mo Agy | -0.235 |
| 3 Mo Agy | -0.235 |
| 6 Mo Agy | -0.230 |
| 12 Mo Agy | -0.215 |

| Libor/Swap | Rate |
|---|---|
| ON Libor | 5.285 |
| 1 Wk Libor | 5.302 |
| 2 Wk Libor | 5.310 |
| 1 Mo Libor | 5.320 |
| 3 Mo Libor | 5.374 |
| 6 Mo Libor | 5.407 |
| 1 Yr Libor | 5.380 |
| 2 Yr Swap | 5.242 |
| 3 Yr Swap | 5.203 |
| 4 Yr Swap | 5.202 |
| 5 Yr Swap | 5.215 |
| 7 Yr Swap | 5.255 |
| 10 Yr Swap | 5.309 |
| 15 Yr Swap | 5.389 |
| 20 Yr Swap | 5.427 |
| 30 Yr Swap | 5.441 |

Created:   18 Oct 2006 11:10:27 AM

CONFIDENTIAL

FHFA04588999



CONFIDENTIAL

FHFA04589000

2                                                              Govt  **MSG**
Enter 1 <GO> to send reply. 3 <GO> to check spelling.

10/18 11:32:11          •RYAN MULLANEY, GREENWICH CAPITAL MA      312-664-7970
                                                                    CHICAGO

800-426-4443........312-664-7970  RYAN.MULLANEY@GCM.COM  CELL-██████████
                                           RECIPIENT TIME: 10:33 10/18

USER    | THIS CONFIRMS THE FOLLOWING..IT IS PRICED |
INFO    | Deal: NHELI 2006-FM2 Bond: I-A-1 Size:        $542,999,000 |
        | Price:          $100.00 |
        | Variance:       +/-10% |
        | Settle:         10/31/06        Dated:        10/31/06 |
        | 1st pay:        11/25/06   Legal final:      7/25/36 |
        | Delay:          0 days  Accrual:             act/360 |
        | Coupon:         L+14 bps, AFC Floater, Cap, Swap |
        | Rating:         M=Aaa S=AAA, F=AAA, D=AAA |
        | Structure:      REMIC |
        | First LIBOR Calc:  1 MO LIBOR, no interpolation |
        | Targeting Low Mod Sub Goals For Owner Occupied Purchase |

This material is for your information only. Certain transactions mentioned herein may give rise to substantial risk and may not be suitable for all investors. GCM may have positions in, buy or sell (on principal or agency basis) or make a market in the securities mentioned herein or securities, options or futures related thereto. Prices are based on currently available information and are subject to change. They are not offers to buy or sell and cannot be relied upon as a representation that a transaction can be effected with this or any other firm at such prices. Material is based on information we consider reliable, but we do not represent that it is accurate or complete.

Australia 61 2 9777 8600        Brazil 5511 3048 4500        Europe 44 20 7330 7500        Germany 49 69 920410
Hong Kong 852 2977 6000 Japan 81 3 3201 8900 Singapore 65 6212 1000 U.S. 1 212 318 2000 Copyright 2006 Bloomberg L.P.
                                                                            18-Oct-2006 11:33:55

HIGHLY CONFIDENTIAL                                        FHFA04589001

Menu                                                                Equity **MSG**
1<GO>DELETE. 2<GO>REPLY. 3<GO>FORWARD. 99<GO>MENU OF OPTIONS

10/18 10:51:29          ·RYAN MULLANEY, GREENWICH CAPITAL MA      312-664-7970
                                                                      CHICAGO

800-426-4443........312-664-7970 RYAN.MULLANEY@GCM.COM  CELL-███████

         THIS IS CORRECT... following pretrade:
USER     Deal: NHELI 2006-FM2 Bond: I-A-1 Size:        $542,999,000
INFO     Price:        $100.00
         Variance:    +/-5%
         Settle:        10/31/06            Dated:      10/31/06
         1st pay:       11/25/06    Legal final:    7/25/36
         Delay:         0 days  Accrual:        act/360
         Coupon:        L+14 bps, AFC Floater, Cap, Swap
         Rating:     M=Aaa S=AAA, F=AAA, D=AAA
         Structure:     REMIC
         First LIBOR Calc:  1 MO LIBOR, no interpolation
         Targeting Low Mod Sub Goals For Owner Occupied Purchase

This material is for your information only. Certain  transactions mentioned herein may give rise to substantial  risk
and may not be suitable for all investors. GCM may have  positions in, buy or sell (on principal or agency basis) or
make a market in the securities mentioned herein or  securities, options or futures related thereto. Prices are  based
on currently available information and are subject to  change. They are not offers to buy or sell and cannot be  relied
upon as a representation that a transaction can be  effected with this or any other firm at such prices. Material is
based on information we consider reliable, but we do not represent  that it is accurate or complete.

Australia 61 2 9777 8600        Brazil 5511 3048 4500      Europe 44 20 7330 7500        Germany 49 69 920410
Hong Kong 852 2977 6000 Japan 81 3 3201 8900 Singapore 65 6212 1000 U.S. 1 212 318 2000 Copyright 2006 Bloomberg L.P.
                                                                            18-Oct-2006 10:56:52

CONFIDENTIAL
                                                                              FHFA04589002



DIG <dig@freddiemac.com>

10/18/2006 10:53 AM

Please respond to
dig@freddiemac.com

To   david_hackney@freddiemac.com

cc

bcc

Subject   Re: NHELI 2006-FM2 I-A-1 [#29605]

B5A04CKC8

```
Created.  Please review.
Thanks,
Vishal Hemrajani
DMO-SecMaster Team: 571-382-5464
--Original Message--
From: david_hackney@freddiemac.com
Date: 10/18/2006 10:44:23 AM
To: dig@freddiemac.com
Subject: NHELI 2006-FM2 I-A-1

Please set up the following Home Equity floater:

CDI:                        nheli06fm2
Deal:              NHELI 2006-FM2
Bond:              I-A-1

Size:              $542,999,000
Price:             $100.00
Variance:      +/-5%
Settle:            10/31/06          Dated:        10/31/06
1st pay:           11/25/06   Legal final:   7/25/36
Delay:             0 days      Accrual:       act/360
Coupon:            L+14 bps, AFC Floater, Cap, Swap
Rating:        M=Aaa S=AAA, F=AAA, D=AAA
Structure:         REMIC
First LIBOR Calc:  1 MO LIBOR, no interpolation

Spread:            +14 bps
Index:             1m LIBOR
GWAC:          8.628
Subordination      22.45%


Pricing Method:    Mortgage ABS Home Equity Float       "HETP"
val_chartc:        HE -  NO MI
```

CONFIDENTIAL