# Exhibit T

# Freddie Mac | NEW TRADE

**ABS-FLT-S**
Trade No. 1418, Vs. 1
Dec 27, 2006 15:38:03

PMG:          MXA | Trade Ops:

**BUY**  NHELI_07-HE1: IA1
ABS/ABS

**Jan 25, 2037**

| | | | | | |
|---|---|---|---|---|---|
| Asset ID: | B5A04KRZ2 | Payment Delay: | 0 | Trade Date: | Dec 27, 2006 |
| Ticker: | NHELI07HE1-IA1 | Date Convention: | ACT/360 | Settle Date: | Jan 31, 2007 |
| Coupon: | 0.00000 | Accrual Date: | Jan 31, 2007 | Broker: | GRNW |
| Coupon Type: | FLOAT | First Coupon Date: | Feb 25, 2007 | | GREENWICH CAPITAL MARKETS |
| Frequency: | MONTHLY | Next Pay Date: | Feb 26, 2007 | Broker Contact: | |
| Reset Term: | MONTHLY | Odd First Pmt: | ☑ Yes ☐ No | | |
| Maturity Date: | Jan 25, 2037 | AMT: | ☐ Yes ☐ No | Original Par: | 375,000,000.000 |
| Issue Date: | Jan 31, 2007 | ERISA: | ☐ Yes ☐ No | Factor: | 1.000000000 |
| Min Trade Size: | 25,000.00 | 144A: | ☐ Yes ☑ No | Factor Date: | Jan 31, 2007 |
| Min Trade Increment: | 1.00 | Notional: | ☐ Yes ☑ No | Current Par: | 375,000,000.000 |

**General Use**

L=18
B5A04KRZ2, NHELI 2007-HE1
Originator: OWNIT/1ST NLC
Servicer: OCWEN
M/S/F/D - Aaa/AAA/AAA/NA
Credit approved by: Kevin Palmer
REMIC
Subject to August 06 Freddie Reps
Allowable delivery variance on size: +/-5%
Model:
ARMO-30=v1.3_ABS_ARM228,Fix0-40=v1.3_ABS_FR_30Y,ARM2/1Bal30=v1.3_ABS_ARM228,Bal0-30=v1.3_ABS_FR_30Y
AAA enhancement: 32.36%.
Highly Rated Policy Compliance:
1 Rated AA or better? Yes, Aaa/AAA/AAA/NA
2. Interest rate on the security is different to the interest rate
on the collateral OR the credit risk on the securities must be
lower than the collateral?  Yes Bond pays L+18, Collateral has a
GWAC of 8.31

%. Bond benefits from overcollateralization, excess spread and
subordination.

3. Does the deal have sufficient subordination of 3.5%or greater?
Yes. 21.38% initial subordination, plus excessspread.
Is there an interpolation?: No
Pricing Method: HLTYP
**Delivery Instructions**
DTC/GRNW ABS
DTC#:                    2230
A/C#:
INST ID#:
AGENT ID#:
CLEARING AGT DTC:
CLEARING AGT NAME:
A/C NAME:
**Miscellaneous Information**
Asset OAS:          15.177
Debt Yld:            5.057
Expct ROE:          16.07
Sprd Dur:            0.99
CDI File:            NHELI07HE1
TrdPurpose:          REG PURCH
Debt OAS:            -13.969
% Asn Cap:           1.5
RskAdj ROE:          16.07
ACCTG_DESIG:         NHO_NONCASH

| | | |
|---|---|---|
| Price: | | 100-00 |
| | | 100.00000000 |
| Principal: | | (375,000,000.00) |
| Interest: | | 0.00 |
| Commission: | | 0.00 |
| Net Money: | | (375,000,000.00) |
| Currency: | | USD |
| Net Cash Flow: | | OUT |
| Exchange rate: | | |
| Discount: | | |
| Option Type: | | |
| Prepay: | | 100.00 BLK |
| Yield: | | 5.350 |
| YTC: | | |
| Duration: | | 0.06500 |
| Convexity: | | -0.00100 |

| S & P | Moody | DBRS |
|---|---|---|
| NR | NR | |
| Fitch | NAIC | |
| NR | | |

| | | |
|---|---|---|
| Discretionary: | ☑ Yes ☐ No |
| Liquid: | ☑ Yes ☐ No |
| Segregate: | ☑ Yes ☐ No |
| Release: | ☐ Yes ☑ No |

| | |
|---|---|
| Entry Date: | Dec 27, 2006 |

Created: Dec 27, 2006 15:38:17

*Freddie Mac - ABS Float AFS (ABS-FLT-S)*
*Trade No. 1418, Vs. 1*

*FreddieMac*

A/C# P 61948

Copyright©2001 BlackRock Solutions. All Rights Reserved.

JPMORGAN CHASE

CONFIDENTIAL

```
12/27    17:46 GMT  [REUTERS US TREASURY & MONEY MKTS]          12/27 12:46    5
FEDERAL FUNDS       EST 12:46│T-BILLS  EST 12.45 YIELD│EURO$    12.06│GOV RP 12.00
BID 5  1/4  OPEN 5  1/4  │1M 4.570-545 -.125  4.645│5.3000 -3200│O/N 5.25-23
ASK 5  5/16 HIGH 5  5/16 │3M 4.845-840 -.020  4.973│5.3100 -3400│1WK 5.15-00
LST 5  5/16 LOW  5  1/4  │6M 4.900-895 +.005  5.094│5.3100 -3500│2WK 5.19-08
 FUNDS SOURCE-GARBAN [TELERATE FX PAGE/RECORD CHANGES - SEE PG 11]│1MO 5.20-13
│BTEC/ICAP - NYC   EST 12.46  YIELD│GSCI  5626.26-    2.23-DJIA 12484.54│+ 76.91
 4.625 N/08   99.23+-236 -.032 4.769│11.30 YANKEE CDS   DOM BAS      LIBOR 11.00
 4.625 N/09   99.27 -27+ -.052 4.882│BID│EARLY  LATE │EARLY  LATE │.1M  5.35000
 4.500 N/11   99.13 -132 -.08  4.636│JAN│ 5.33  5.33 │ 5.29  5.29 │2M   5.35000
 4.250 N/13   97.24 -26+ -.11  4.635│FEB│ 5.34  5.34 │ 5.27  5.27 │3M   5.36375
 4.625 N/16   99.25+-26  -.12  4.650│MAR│ 5.34  5.34 │ 5.29  5.29 │4M   5.36438
 4.500 2/36   95.20+-21+ -.22  4.778│APR│ 5.34  5.34 │ 5.20  5.20 │5M   5.36063
SPOT FX      30Y MBS JAN DELIVERY   │MAY│ 5.34  5.34 │ 5.17  5.17 │6M   5.36063
JPY 118.71                          │JUN│ 5.34  5.34 │ 5.15  5.15 │1Y   5.28938
EUR 1.3125│GNMA5.5   99.23-25: -.05│DEALER COMM  PAPER OFFER 15.30 BANK RATES
GBP 1.9560│GOLD5.5   99.02-04  -.05│ 15 5.21   60 5.21  120 5.20 PRIME  8.25
CHF 1.2250│FNMA5.5   99.01-03  -.04│ 30 5.22   90 5.20  180 5.16 BROKER 7.00
```

CONFIDENTIAL

FHFA16863754
A3-10077904200

### ROE Calculator (Production) Results Sheet

**Agency Product**

Time Of Report: Wed Dec 27 12:38:25 EST 2006

ROE Calculator Effective Date: 05/05/2004

ROE Calculator Prepared On: 12/27/06 12:38 PM

**Product: ABSFloaterUnwrapAAA:1.5**

**Inputs**

| Variable Name | Value |
|---|---|
| Product Type | PASS_THROUGH |
| Issuer | NON_FREDDIE |
| Flat Price | 100.00 |
| Zero Vol Yield (%) | 5.35 |
| Option Cost (bps) | 0.0 |
| Asset To Agency OAS (bps) | 28.8 |
| Operation Risk Add On (bps) | 0.0 |
| Spread Duration | 0.99 |
| Market Value ($) | 1.00 |

**Outputs**

| Variable Name | Current Value |
|---|---|
| ROE (%) | 16.07 |
| PVA Percent of MV (%) | .08 |
| PVA | .00 |
| Capital Charge (%) | 1.50 |
| Stand-Alone Capital (%) | 1.50 |
| Marginal Capital (%) | 1.50 |
| Operational Risk Capital (%) | 0.0 |
| Min. Capital Adjust. to OAS (bps) | -4.0 |
| MRB Adjustment to OAS (bps) | 2.0 |
| Credit Reserve (bps) | -2.0 |
| Adjusted Net OAS (bps) | 24.8 |
| Preferred Allocation (%) | 20.00 |
| Preferred Yield (%) | 6.00 |
| Preferred Tax Eq. Yield (%) | 9.23 |
| Tax Rate (%) | 35.00 |
| ROE Hurdle (%) | 9.00 |

**ROE Table(in percent)- Agency**

| | 3.85 | 4.35 | 4.85 | 5.35 | 5.85 | 6.35 | 6.85 |
|---|---|---|---|---|---|---|---|
| 22.84 | 11.65 | 12.05 | 12.46 | 12.87 | 13.27 | 13.68 | 14.08 |
| 23.84 | 12.18 | 12.59 | 12.99 | 13.40 | 13.81 | 14.21 | 14.62 |
| 24.84 | 12.71 | 13.12 | 13.53 | 13.93 | 14.34 | 14.75 | 15.15 |
| 25.84 | 13.25 | 13.65 | 14.06 | 14.47 | 14.87 | 15.28 | 15.69 |
| 26.84 | 13.78 | 14.19 | 14.59 | 15.00 | 15.41 | 15.81 | 16.22 |
| 27.84 | 14.32 | 14.72 | 15.13 | 15.53 | 15.94 | 16.35 | 16.75 |
| 28.84 | 14.85 | 15.25 | 15.66 | 16.07 | 16.47 | 16.88 | 17.29 |
| 29.84 | 15.38 | 15.79 | 16.19 | 16.60 | 17.01 | 17.41 | 17.82 |
| 30.84 | 15.92 | 16.32 | 16.73 | 17.13 | 17.54 | 17.95 | 18.35 |
| 31.84 | 16.45 | 16.86 | 17.26 | 17.67 | 18.07 | 18.48 | 18.89 |
| 32.84 | 16.98 | 17.39 | 17.80 | 18.20 | 18.61 | 19.01 | 19.42 |
| 33.84 | 17.52 | 17.92 | 18.33 | 18.74 | 19.14 | 19.55 | 19.95 |
| 34.84 | 18.05 | 18.46 | 18.86 | 19.27 | 19.67 | 20.08 | 20.49 |

First Row: Zero Vol Yield less Option Cost (%)       First Column: Asset/Debt Net OAS(bps)



FHFA16863755
A3-10077904201

12/21/2005

Financial Analysis
Trade Analysis

| Owner | Spread | Name | CalcsFlowsType | Trade Date | Settlement Date | DealName | TrancheName | DealMode | Pvt. OAS | CurrentFace | FlatPrice | ZV2Spread | ZVBEY | NomBEY | OAS | EffectiveDuration callers | EffectiveConvexity | SpreadDuration | ZVHng spdVAL | NomPV 01 spVAL | OptionCost |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LIBOR | L+ | New CMO $ | MBS | 12/27/2006 | 1/31/2007 | cfe06f7es1 | 9A1 | New | | | | | | | | | | | | | | |
| LIBOR | | | | | | | | | | | | | | | | | | | | | |
| AGENCY | L+ | New CMO $ | MBS | 12/27/2006 | 1/31/2007 | cfe06f7es1 | 9A1 | New | | 3/8,000,000 | 100.00 | 15.19 | 9.33 | 9.07 | 19.18 | 0.3 (16).92 | -4,293.64 | 0.69 | 1.04 | 1.07 | 2,225.03 |
| AGENCY | 0 | | | | | | | | | 3/8,000,000 | 100.00 | 19.85 | 5.35 | 5.57 | 29.84 | 0.06 -1,406.64 | | 0.99 | 1.04 | 1.07 | 6.01 |

| | |
|---|---|
| DEBT OAS | (13,693) |
| DEBT YIELD | 5.957 |
| LOAS | 15.177 |
| AOAS | 29.840 |
| YIELD - OPT CST | 5.345 |
| EFF DUR | 0.665 |
| EFF CVX | (0.000) |
| SPRD DUR | 0.69 |

CONFIDENTIAL

FHFA16863756
A3-10077904202

# Mortgage Pricer Report

## (Production)

freddie Mac

ffrla6 CMO 1

| | | |
|---|---|---|
| Trade Date | 12/27/2006 | Trading Acc'y Not Required |
| Settlement Date | 01/31/2007 | Do Optional Redemption |
| WALA As Of Settle | false | Interpolate Index Rates |
| Deal name | ffrla6867fre1 | Use All Known History |
| Tranche | IA1 | Prepay Incl. Defaults |
| Deal Mode | New | Optimize Wavg Clustering |
| Cash Flow | MBS | Override Known 1st Incnx |
| Fixed Period "Hint" for ARM | | |
| Prepayment Multiplier | 1.0 | Calculate Cumulative HPG |
| Default Multiplier | 1.0 | Use Historical HPG Data |
| Release Date Key Code | | Use Historical Inferred SATO |
| Allow Prepayment Penalties | 200 | Use National Balance |
| Single Path Exec. Hurdle | true | Use Short Term Prepay Model |
| Collateral Data | | Use Historical HPG Keyword |

| | | |
|---|---|---|
| Coupon | 7.80 | Original Coupon(%) 7.80 |
| WAC | 6.34 | Lookback Days 12 |
| | | First Cap(%) |
| Penalty Window(months) | | Periodic Cap(%) |
| Orig Maturity Term | 358 | Life Cap(%) |
| Rem Amort Term | 441 | First Floor(%) |
| Orig Amort Term | 444 | Periodic Floor(%) |
| WAM | 355 | Life Floor(%) |
| WALA | 3 | |
| Interest Only Period | 4 | Net Margin(%) |
| Payment Fixed Period | 21 | Gross Margin(%) |
| Payment Reset Period | 5 | Payment Cap(%) |
| Interest Rate Fixed Period | 21 | Auto Recast Period |
| Interest Rate Reset Period | 5 | Max NegAM Limit(%) |

| | | |
|---|---|---|
| Deal/Tranche Data | true | |
| Tranche CUSIP | true | |
| Deal Issuer | true | NHELI07HE1 |
| Tranche Original Bal | false | 375,000,000 |
| Tranche Current Bal | true | 375,000,000 |
| Tranche Factor | true | 1.0000000000 |
| Tranche Coupon(%) | true | 5.5 |
| Tranche Groups | true | 1 |
| Issue CDU Data | true | 01/01/2007 |
| Original Settlement Date | true | 01/31/2007 |
| Latest CDU Data | true | 01/01/2007 |
| Latest Available CDU Data | false | |
| First Forecast Index Pay Date | US | 03/25/2007 |
| First Forecast Prepay Pay Date | | 02/25/2007 |
| Collateral Item Count | | 461 |
| Actual Balance | | |
| Notional Type | 7.80 | 0 |
| Pool/Loan Demographics | 2.25 | |
| FICO | 0.82 | none |
| Fraction Refi(%) | 11.12 | none |
| LTV(%) | 0.82 | none |
| Fraction 2-4 Units(%) | 0.82 | none |
| Fraction Investor Owned(%) | 6.26 | none |
| Fraction Second Home(%) | 4.48 | none |
| Treat Second Home As Investor Owned | 5.02 | true |
| Avg Loan Balance(K) | | false |
| Use Weighted-Avg Original Loan Size | | false |
| Geographic Information | | none |

## Deal Comment

"TRADERS NOT FINALIZED" — IMPORTANT: Information is available upon request. The information contained herein is based on sources that we believe to be reliable, but we do not represent that it is accurate or complete. It is not to be construed as an offer to sell or a solicitation of an offer to buy the security or other products discussed herein. Any commentary or opinions expressed herein reflect our current views, and are subject to change without notice. Yahoo! Securities International, Inc.

## Model Mappings

| Names | Prepay | Default | Security |
|---|---|---|---|
| Fxd-40 | v1.3_ABS_FR_30Y | SubPrimeFi | SubPrimeA |
| ARM0-40 | v1.3_ABS_ARM228 | SubPrimeA | SubPrimeA |
| ARM27/8a | v1.3_ABS_ARM228 | SubPrimeA | SubPrimeA |
| ARM3/1Ba | v1.3_ABS_ARM228 | SubPrimeA | SubPrimeA |
| Ba0-30 | v1.3_ABS_FR_30Y | SubPrimeFi | SubPrimeA |
| ARM5/1Ba | v1.3_ABS_ARM228 | SubPrimeA | SubPrimeA |

## Deal Modeling Notes

## Static Speeds

| | B |
|---|---|
| NomProj12 | 38.26 |
| NomProj60 | 100.00 |
| NomProj120 | 100.00 |
| NomProjWALEqavCPR | 41.06 |
| NomProjWAL | 1.07 |

## Analytics

| Name | Value | Name | Value |
|---|---|---|---|
| FlatPrice | 100.000 | AccruedInterest | 0.000 |
| FullPrice | 100.000 | EffectiveDuration | 0.063 |
| OAS | 28.840 | EffectiveConvexity | -0.000 |
| NomBEY | 5.867 | VolDuration | |
| ZVBEY | 5.345 | OASDuration | 0.992 |

Geo Info: State

Page 1

Created:   27 Dec 2006 12:35:34 PM

CONFIDENTIAL

FHFA16863757
A3-10077904203

## Static Speeds

| Name | Value |
|---|---|
| NomBEY | 5.87 |
| NomMEY | 5.80 |
| NomSpreadToWAL | 68.71 |
| ZVProj12 | 39.23 |
| ZVProj60 | 100.00 |
| ZVProj120 | 100.00 |
| ZVProjWALEquivCPR | 41.88 |
| ZVProjWAL | 1.04 |
| ZVRFY | 5.95 |
| ZVMEY | 5.29 |
| ZVSpreadToWAL | 15.99 |

## Analytics

| Name | Value | Name | Value |
|---|---|---|---|
| ROE | | ZeroVolSpread | 29,846 |
| Port.OAS | | IOMultiplier | |
| OptionCost | 0.009 | OASStdErr | |
| FeeDV01 | | PriceStdErr | |
| KRD3 | | KRD12 | |
| KRD24 | | KRD36 | |
| KRD60 | | KRD84 | |
| KRD120 | | KRD180 | |
| KRD240 | | KRD300 | |
| KRD360 | | | |

Geo Info. State

## Interest Rates

| Curve Name | 1 | 3 | 6 | 12 | 24 | 36 | 48 | 60 | 84 | 120 | 180 | 240 | 360 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LiborSwap | 5.350 | 5.362 | 5.368 | 5.313 | 5.114 | 5.049 | 5.057 | 5.047 | 5.077 | 5.134 | 5.227 | 5.266 | 5.277 |
| Agency Purchase | 5.208 | 5.220 | 5.225 | 5.188 | 4.968 | 4.901 | 4.904 | 4.907 | 4.937 | 4.986 | 5.070 | 5.106 | 5.133 |
| Agency Issue | 5.208 | 5.220 | 5.225 | 5.188 | 4.994 | 4.924 | 4.918 | 4.924 | 4.941 | 4.942 | 4.993 | 5.087 | 5.129 5.165 |
| Treasury | 4.985 | 4.975 | 5.096 | 5.054 | 4.748 | 4.650 | 4.632 | 4.537 | 4.653 | 4.654 | 4.741 | 4.770 | 4.762 |

## Other information

**15 Year Mortgage Prop**

| Year | Value |
|---|---|
| 2 | 0.12 |
| 5 | 0.4 |
| 10 | 0.4 |

**30 Year Mortgage Prop**

| Year | Value |
|---|---|
| 2 | 0.12 |
| 5 | 0.4 |
| 10 | 0.4 |

| Vol Parameters | Skew 0.5 (BlackRock through Atlas) |
|---|---|
| Discounting Rate | Agency Purchase |
| Mortgage Rate Source | LiborSwap |
| COFI Rate | 4.346 |
| Prime Rate | 8.25 |
| 15 Year Mortgage Rate | 5.862704717248236 |
| 30 Year Mortgage Rate | 6.1663492212939485 |

### Other information Summary changes - original values

15 Yr Mortgage Rate 5.821678186803869

30 Yr Mortgage Rate 6.1252843732861199

Total Changes 2

CONFIDENTIAL

FHFA16863758
A3-10077904204

Current Interest Rates

| Treasury | Yield | Coupon | Price | Maturity |
|---|---|---|---|---|
| 3 Mo Tsy | 4.976 | 0.000 | 98.867 | 03/29/2007 |
| 6 Mo Tsy | 5.097 | 0.000 | 97.659 | 06/28/2007 |
| 2 Yr Tsy | 4.767 | 4.625 | 99.834 | 11/30/2008 |
| 5 Yr Tsy | 4.638 | 4.500 | 99.644 | 11/30/2011 |
| 10 Yr Tsy | 4.655 | 4.625 | 100.172 | 11/15/2016 |
| 30 Yr Tsy | 4.782 | 4.500 | 96.344 | 02/15/2036 |

| Agency Purchase | Spread-to-LIBOR | Yield | Coupon | Current vs LIBOR | Maturity |
|---|---|---|---|---|---|
| 2 Yr Agy | -0.146 | 4.963 | | -0.155 | 08/16/2008 |
| 3 Yr Agy | -0.148 | 4.841 | | -0.171 | 11/03/2009 |
| 5 Yr Agy | -0.140 | 4.860 | | -0.135 | 07/18/2011 |
| 7 Yr Agy | -0.138 | 4.865 | | -0.170 | 01/15/2014 |
| 10 Yr Agy | -0.148 | 4.923 | | -0.166 | 10/16/2016 |
| 30 Yr Agy | -0.144 | 5.083 | | -3.155 | 07/15/2032 |

| Agency Issue | Yield | Fees | Maturity |
|---|---|---|---|
| 2 Yr Agy | 5.010 | 0.032 | 08/16/2008 |
| 3 Yr Agy | 4.961 | 0.027 | 11/03/2009 |
| 5 Yr Agy | 4.913 | 0.022 | 07/18/2011 |
| 7 Yr Agy | 4.920 | 0.021 | 01/15/2014 |
| 10 Yr Agy | 4.971 | 0.019 | 10/16/2016 |
| 30 Yr Agy | 5.136 | 0.018 | 07/15/2032 |

| Agency Bill | Spread-to-Libor |
|---|---|
| 1 Mo Agy | -0.142 |
| 3 Mo Agy | -0.142 |
| 6 Mo Agy | -0.143 |
| 12 Mo Agy | -0.125 |

| Euro$ | Bid | Volatility | Expiration |
|---|---|---|---|
| EDC1 | 94.690 | 0.006536 | 03/19/2007 |
| EDC2 | 94.805 | 0.006536 | 06/18/2007 |
| EDC3 | 94.980 | 0.006536 | 09/17/2007 |
| EDC4 | 95.125 | 0.006536 | 12/17/2007 |
| EDC5 | 95.190 | 0.007238 | 03/17/2008 |
| EDC6 | 95.215 | 0.007238 | 06/16/2008 |
| EDC7 | 95.215 | 0.007238 | 09/15/2008 |
| EDC8 | 95.205 | 0.007238 | 12/15/2008 |
| EDC9 | 95.190 | 0.008000 | 03/16/2009 |
| EDC10 | 95.160 | 0.008000 | 06/15/2009 |
| EDC11 | 95.130 | 0.008000 | 09/14/2009 |
| EDC12 | 95.085 | 0.008000 | 12/14/2009 |
| EDC13 | 95.060 | 0.008400 | 03/15/2010 |
| EDC14 | 95.025 | 0.008400 | 06/14/2010 |
| EDC15 | 94.995 | 0.008400 | 09/13/2010 |
| EDC16 | 94.950 | 0.008400 | 12/13/2010 |

| Libor/Swap | Rate |
|---|---|
| O/N Libor | 5.291 |
| 1 Wk Libor | 5.367 |
| 2 Wk Libor | 5.350 |
| 1 Mo Libor | 5.350 |
| 3 Mo Libor | 5.364 |
| 6 Mo Libor | 5.361 |
| 1 Yr Libor | 5.289 |
| 2 Yr Swap | 5.115 |
| 3 Yr Swap | 5.050 |
| 4 Yr Swap | 5.037 |
| 5 Yr Swap | 5.048 |
| 7 Yr Swap | 5.077 |
| 10 Yr Swap | 5.135 |
| 15 Yr Swap | 5.227 |
| 20 Yr Swap | 5.266 |
| 30 Yr Swap | 5.278 |

Created:   27 Dec 2006 12:35:35 PM

Freddie Mac

Page   3

CONFIDENTIAL

FHFA16863759
A3-10077904205

# Mortgage Pricer Report

(Some Fields/Selections Have Changed, Results Could Be Unreliable)

(Production)

Inbox: CMO_1

| Field | Value | Field | Value |
|---|---|---|---|
| Trade Date | 12/27/2006 | Trading Acc'y Not Required | |
| Settlement Date | 01/31/2007 | Do Optional Redemption | false |
| WALA As Of Settle | false | Interpolate Index Rates | |
| Deal name | n/elel37he1 | Use All Known History | |
| Tranche | UA1 | Prepay Inc: Defaults | |
| Deal Mode | New | Optimize Wavg Clustering | |
| Cash Flow | MBS | Override Known 1st Index | |
| Fixed Period "Hist" for ARM | 1.0 | Calculate Cummulative HPG | |
| Prepayment Multiplier | 1.0 | Use Historical HPG Data | |
| Default Multiplier | 1.0 | Use Historical Inferred SATO | |
| Release Date Key Code | 200 | Use Notional Balance | |
| Single Path Exec. Hurdle | false | Latest Available CDU Date | |
| Allow Prepayment Penalties | true | Historical HPG Keyword | US |

### Collateral Data

| Field | Value | Field | Value |
|---|---|---|---|
| Coupon | 7.80 | Original Coupon(%) | 7.80 |
| WAC | 8.34 | Lookback Days | 0 |
| Penalty Window(months) | 12 | First Cap(%) | 2.25 |
| Orig Maturity Term | 358 | Periodic Cap(%) | 0.82 |
| Rem Amort Term | 441 | Life Cap(%) | 11.12 |
| Orig Amort Term | 444 | First Floor(%) | 0.82 |
| WAM | 355 | Periodic Floor(%) | 0.82 |
| WALA | 3 | Life Floor(%) | 6.26 |
| Interest Only Period | 4 | Net Margin(%) | 4.46 |
| Payment Fixed Period | 21 | Gross Margin(%) | 5.02 |
| Payment Reset Period | 5 | Payment Cap(%) | |
| Interest Rate Fixed Period | 21 | Auto Recast Period | |
| Interest Rate Reset Period | 5 | Max NegAM Limit(%) | |

### Deal/Tranche Data

| Field | Flag | Value |
|---|---|---|
| Deal/Tranche Data | true | |
| Tranche CUSIP | true | |
| Deal Issuer | true | NHELI07HE1 |
| Tranche Original Bal | false | 375,000,000 |
| Tranche Current Bal | true | 375,000,000 |
| Tranche Factor | true | 1.000000000 |
| Tranche Coupon(%) | true | 5.5 |
| Tranche Groups | true | 1 |
| Issue CDU Date | true | 01/01/2007 |
| Original Settlement Date | true | 01/31/2007 |
| Original CDU Date | false | 01/01/2007 |
| Latest Available CDU Date | true | |
| First Forecast Index Pay Date | | 03/25/2007 |
| First Forecast Prepay Pay Date | | 02/25/2007 |
| Collateral Item Count | | 461 |
| Notional Type | | ActualBalance |

### Pool/Loan Demographics

| Field | Value |
|---|---|
| FICO | none |
| Fraction Ref6(%) | none |
| LTV(%) | none |
| Fraction 2-4 Units(%) | none |
| Fraction Investor Owned(%) | none |
| Fraction Second Home(%) | none |
| Treat Second Home As Investor Owned | true |
| Avg Loan Balance(K) | none |
| Use Weighted-Avg Original Loan Size | false |
| Geographic Information | none |

### Analytics

| Name | Value | Name | Value |
|---|---|---|---|
| FlatPrice | 100.000 | AccruedInterest | 0.000 |
| FullPrice | 100.000 | EffectiveDuration | 0.065 |
| OAS | 15.177 | EffectiveConvexity | -0.000 |
| NomBEY | 5.867 | VolDuration | |
| ZVBEY | 5.345 | OASDuration | 0.992 |

### Static Speeds

| | 0 |
|---|---|
| NomProj12 | 38.26 |
| NomProj60 | 100.00 |
| NomProj120 | 100.00 |
| NomProjWALEquivCPR | 41.06 |
| NomProjWAL | 1.07 |

### Model Mappings

| Names | Prepay | Default | Security |
|---|---|---|---|
| FixD-40 | v1_3_ABS_FR_30Y | SubPrimeFi | SubPrimeFi |
| ARM0-40 | v1_3_ABS_ARM228 | SubPrimeA | SubPrimeA |
| ARM2(?)Bal | v1_3_ABS_ARM228 | SubPrimeA | SubPrimeA |
| ARM3(?)Bal | v1_3_ABS_ARM228 | SubPrimeA | SubPrimeA |
| BalB-30 | v1_3_ABS_FR_30Y | SubPrimeFi | SubPrimeFi |
| ARM5(?)Bal | v1_3_ABS_ARM228 | SubPrimeA | SubPrimeA |

Deal Comment

Deal Modeling Notes

Geo Info: State

Page 1

Created: 27 Dec 2006 12:17:44 PM

Freddie Mac

CONFIDENTIAL

FHFA16863760
A3-10077904206

Analytics

Geo Info. State

| Name | Value | Name | Value |
|------|-------|------|-------|
| ROE | 5.87 | ZeroVolSpread | 15.182 |
| NonMEY | 5.80 | IOMultiplier | |
| Port.OAS | | | |
| OptionCost | | OASSIdErr | |
| FedDV01 | | PriceStdErr | |
| KRD3 | | KRD12 | |
| KRD24 | | KRD36 | |
| KRD60 | | KRD84 | |
| KRD120 | | KRD180 | |
| KRD240 | | KRD360 | |
| KRD360 | | | |

Static Spreads

| | 0 |
|---|---|
| NonBEY | 5.87 |
| NonMEY | 5.80 |
| NonSpreadToWAL | 55.82 |
| ZVProj12 | 39.23 |
| ZVProj60 | 100.00 |
| ZVProj120 | 100.00 |
| ZVProjWALEquivCPR | 41.68 |
| ZVProjWAL | 1.04 |
| ZVBEY | 5.35 |
| ZVMEY | 5.29 |
| ZVSpreadToWAL | 3.16 |

Interest Rates

| Curve Name | 1 | 3 | 6 | 12 | 24 | 36 | 48 | 60 | 84 | 120 | 180 | 240 | 360 |
|------------|---|---|---|----|----|----|----|----|----|-----|-----|-----|-----|
| Libor/Swap | 5.350 | 5.362 | 5.368 | 5.313 | 5.114 | 5.049 | 5.037 | 5.047 | 5.077 | 5.134 | 5.227 | 5.266 | 5.277 |
| Agency Purchase | 5.208 | 5.220 | 5.225 | 5.188 | 4.968 | 4.901 | 4.904 | 4.907 | 4.937 | 4.966 | 5.070 | 5.106 | 5.133 |
| Agency Issue | 5.208 | 5.220 | 5.225 | 5.188 | 4.994 | 4.916 | 4.924 | 4.941 | 4.942 | 4.993 | 5.087 | 5.129 | 5.165 |
| Treasury | 4.905 | 4.975 | 5.096 | 5.054 | 4.748 | 4.650 | 4.632 | 4.637 | 4.631 | 4.654 | 4.741 | 4.770 | 4.762 |

Other Information

| 15 Year Mortgage Prop | | Vol Parameters | Skew 0.5 (BlackRock through Atlas) |
|---|---|---|---|
| Year | Value | Discounting Rate | Libor/Swap |
| 2 | 0.12 | Mortgage Rate Source | Libor/Swap |
| 5 | 0.4 | COFI Rate | 4.346 |
| 10 | 0.4 | Prime Rate | 8.25 |
| | | 15 Year Mortgage Rate | -5.852734774248236 |
| 30 Year Mortgage Prop | | 30 Year Mortgage Rate | 6.165349221239455 |
| Year | Value | | |
| 2 | 0.12 | | |
| 5 | 0.4 | | |
| 10 | 0.4 | | |

Other Information Summary changes - original values

15 Yr Mortgage Rate  5.821678166803969

30 Yr Mortgage Rate  6.125284373236199

| Total Changes | 2 |
|---|---|

CONFIDENTIAL

Freddie Mac

Page    2

Created:   27 Dec 2006 12:17:45 PM

**Current Interest Rates**

| Treasury | Yield | Coupon | Price | Maturity |
|---|---|---|---|---|
| 3 Mo Tsy | 4.976 | 0.000 | 98.86 | 03/29/2007 |
| 6 Mo Tsy | 5.097 | 0.000 | 97.594 | 06/28/2007 |
| 2 Yr Tsy | 4.767 | 4.625 | 99.838 | 11/30/2008 |
| 5 Yr Tsy | 4.638 | 4.500 | 99.848 | 11/30/2011 |
| 10 Yr Tsy | 4.655 | 4.625 | 100.172 | 11/15/2016 |
| 30 Yr Tsy | 4.782 | 4.500 | 96.344 | 02/15/2036 |

| Agency Purchase | Spread-to-LIBOR | Yield | Current vs LIBOR | Maturity |
|---|---|---|---|---|
| 2 Yr Agy | -0.146 | 4.865 | -0.155 | 09/16/2008 |
| 3 Yr Agy | -0.148 | 4.841 | -0.171 | 11/03/2009 |
| 5 Yr Agy | -0.140 | 4.860 | -0.135 | 07/18/2011 |
| 7 Yr Agy | -0.139 | 4.865 | -0.170 | 01/15/2014 |
| 10 Yr Agy | -0.148 | 4.923 | -0.166 | 10/18/2016 |
| 30 Yr Agy | -0.144 | 5.083 | -0.156 | 07/15/2032 |

| Agency Issue | Yield | Fees | Maturity |
|---|---|---|---|
| 2 Yr Agy | 5.010 | 0.032 | 09/16/2008 |
| 3 Yr Agy | 4.901 | 0.027 | 11/03/2009 |
| 5 Yr Agy | 4.913 | 0.022 | 07/18/2011 |
| 7 Yr Agy | 4.920 | 0.021 | 01/15/2014 |
| 10 Yr Agy | 4.971 | 0.019 | 10/18/2016 |
| 30 Yr Agy | 5.136 | 0.018 | 07/15/2032 |

| EurS | Bid | Volatility | Expiration |
|---|---|---|---|
| EDC1 | 94.690 | 0.005536 | 03/19/2007 |
| EDC2 | 94.895 | 0.005536 | 06/18/2007 |
| EDC3 | 94.980 | 0.005536 | 09/17/2007 |
| EDC4 | 95.125 | 0.005536 | 12/17/2007 |
| EDC5 | 95.190 | 0.007238 | 03/17/2008 |
| EDC6 | 95.215 | 0.007238 | 06/16/2008 |
| EDC7 | 95.215 | 0.007238 | 09/15/2008 |
| EDC8 | 95.205 | 0.007238 | 12/15/2008 |
| EDC9 | 95.190 | 0.009000 | 03/16/2009 |
| EDC10 | 95.160 | 0.008000 | 06/15/2009 |
| EDC11 | 95.130 | 0.009000 | 09/14/2009 |
| EDC12 | 95.085 | 0.008000 | 12/14/2009 |
| EDC13 | 95.060 | 0.008400 | 03/15/2010 |
| EDC14 | 95.025 | 0.008400 | 06/14/2010 |
| EDC15 | 94.995 | 0.008400 | 09/13/2010 |
| EDC16 | 94.950 | 0.008400 | 12/13/2010 |

| Agency Bill | Spread-to-Libor |
|---|---|
| 1 Mo Agy | -0.142 |
| 3 Mo Agy | -0.142 |
| 6 Mo Agy | -0.143 |
| 12 Mo Agy | -0.125 |

| Libor/Swap | Rate |
|---|---|
| O/N Libor | 5.291 |
| 1 Wk Libor | 5.367 |
| 2 Wk Libor | 5.350 |
| 1 Mo Libor | 5.350 |
| 3 Mo Libor | 5.364 |
| 6 Mo Libor | 5.361 |
| 1 Yr Libor | 5.289 |
| 2 Yr Swap | 5.115 |
| 3 Yr Swap | 5.050 |
| 4 Yr Swap | 5.037 |
| 5 Yr Swap | 5.048 |
| 7 Yr Swap | 5.077 |
| 10 Yr Swap | 5.135 |
| 15 Yr Swap | 5.227 |
| 20 Yr Swap | 5.266 |
| 30 Yr Swap | 5.278 |

CONFIDENTIAL

FHFA16863762
A3-10077904208



nheli 2007 he1
Available Funds Cap

CONFIDENTIAL

FHFA16863763
A3-10077904209



nheli 2007 he1
**Fixed Rate First Lien**
CPR Analysis

CONFIDENTIAL

FHFA16863764
A3-10077904210



CONFIDENTIAL



nheli 2007 he1
Fixed Rate Second Lien
CPR Analysis

CONFIDENTIAL

FHFA16863766
A3-10077904212

Nomura Credit & Capital, Inc.
Two World Financial Center
New York, New York 10281

December 26, 2006

Freddie Mac
8200 Jones Branch Drive
McLain, Virginia 22102

Re: Nomura Home Equity Loan, Inc.
Home Equity Loan Trust, Series 2007-HE1 (Group I Certificates)

Ladies and Gentlemen:

Reference is hereby made to the free writing prospectus dated December 22, 2006 (the "Free Writing Prospectus") with respect to the Group I Certificates. Capitalized terms used herein but not defined shall have the respective meanings set forth in the Free Writing Prospectus.

In connection with the above captioned transaction and the Group I Certificates, the Sponsor hereby agrees as of the date hereof that the representations, warranties and covenants to be made in respect of the Group I Mortgage Loans to be included in the final Mortgage Pool and the remedies available in connection with a breach of any such representations, warranties and covenants will conform to the August 2006 version of Freddie Mac's Investment Requirements (the "Investment Requirements"), a copy of which is attached hereto as Exhibit A, including any modifications to or revisions of the Investment Requirements, to the extent Freddie Mac has notified the Sponsor of such modifications or revisions prior to the Closing Date.

Very Truly Yours,

Nomura Credit & Capital, Inc.

By: _____

Name: Timothy P.F. Crowley
Title: Vice President

CONFIDENTIAL

FHFA16863767
A3-10077904213

Message                                                              Govt   MSG
1<GO>PURGE 2<GO>REPLY 3<GO>FWD 11<GO>NEXT 12<GO>PREV 99<GO>OPTIONS

12/27 12:36:46      fwd by JOSEPH PERREWE, GREENWICH CAPITAL MA
           originated by MARK BOWER of RBS GREENWICH CAPITA

                         800-426-4443                    

          CONFIRMED
USER   deal:   NHELI 2007-HE1    BOND I-A-1
INFO   Size:   375mm
       Price:  100-00
       Variance:  10%
       Settle:  01/31/07
       1st pay:  2/25
       Delay:   zero              Accrual  act/360
       coupon:  LIBOR+15

       Rating:      M=AAA  S=AAA  F=    D=
       First LIBOR calc:   1 mo LIBOR, no interpolation
       Targeting subgoals for Owner Occupied Purchase-LOW/MOD

the author of this material is an employee of the firm's sales and trading desks. RBS may have positions in, buy or
sell, make a market in, underwrite or have an investment banking relationship with the issuer of the
securities mentioned herein or related instruments. This material is intended for institutional investors, should not be
forwarded to third parties and is not intended as an offer to buy or sell any security. Certain transactions mentioned
herein may give rise to substantial risk and may not be suitable for all investors. RBS is not acting as advisor or
fiduciary in providing this information and while believed to be reliable, we do not warrant its accuracy or

Australia 61 2 9777 8500      Brazil 5511 3048 4500      Europe 44 20 7330 7500      Germany 49 69 920410
Hong Kong 852 2977 6000 Japan 81 3 3201 8900 Singapore 65 6212 1000 U.S. 1 212 318 2000 Copyright 2006 Bloomberg L.P.
                                                G944-740-0 27-Dec-2006 12:39:02

```
12/27   17:38 GMT  [REUTERS US TREASURY & MONEY MKTS]        12/27 12:38    5
FEDERAL FUNDS     EST 12:15|T-BILLS   EST 12.37 YIELD|EURO$    12.06|GOV RP 12.00
BID 5  1/4  OPEN 5  1/4  |1M 4.570-545 -.125  4.645|5.3000 -3200|O/N 5.25-23
ASK 5  5/16 HIGH 5  5/16 |3M 4.845-840 -.020  4.973|5.3100 -3400|1WK 5.15-00
LST 5  5/16 LOW  5  1/4  |6M 4.900-895 +.005  5.094|5.3100 -3500|2WK 5.19-08
   FUNDS SOURCE-GARBAN [TELERATE FX PAGE/RECORD CHANGES - SEE PG 11]|1MO 5.20-13
|BTEC/ICAP - NYC    EST 12.38  YIELD|GSCI  5630.44+   1.95-DJIA 12479.65!+ 72.02
 4.625 N/08  99.23+-236 -.032 4.769|11.30 YANKEE CDS  DOM BAS      LIBOR 11.00
 4.625 N/09  99.272-27+ -.05  4.679|BID|EARLY  LATE |EARLY  LATE  .1M  5.35000
 4.500 N/11  99.132-13+ -.076 4.634|JAN|5.33   5.33  5.29   5.29  2M   5.35000
 4.250 N/13  97.25 -27  -.10  4.629|FEB|5.34   5.34  5.27   5.27  3M   5.36375
 4.625 N/16  99.26+-27  -.11  4.646|MAR|5.34   5.34  5.29   5.29  4M   5.36438
 4.500 2/36  95.22 -23+ -.20+ 4.775|APR|5.34   5.34  5.20   5.20  5M   5.36063
SPOT FX    30Y MBS JAN DELIVERY    |MAY|5.34   5.34  5.17   5.17  6M   5.36063
JPY 118.73                         |JUN|5.34   5.34  5.15   5.15  1Y   5.28938
EUR 1.3124 GNMA5.5   99.23-25: -.05|DEALER COMM  PAPER OFFER 15.30 BANK RATES
GBP 1.9559 GOLD5.5   99.03-05  -.04| 15 5.21      60 5.21  120 5.20 PRIME  8.25
CHF 1.2249 FNMA5.5   99.01-03  -.04| 30 5.22      90 5.20  180 5.16 BROKER 7.00
```

CONFIDENTIAL

FHFA16863769
A3-10077904215



"Perrewe, Joseph, GCM"
<Joseph.Perrewe@rbsgc.co
m>

To  Michael_Aneiro@freddiemac.com
cc
bcc

12/26/2006 04:01 PM

Subject  FW: FW: NHEL 2007-HE1 (side letter)

-----Original Message-----
**From:** McKeever, Michael, GCM
**Sent:** 26 December, 2006 2:54 PM
**To:** Bower, Mark, GCM; Perrewe, Joseph, GCM
**Subject:** RE: FW: NHEL 2007-HE1 (side letter)

we and Nomura have both received the email.  It is confirmed that it is related to NHEL 2007-HE1.

-----Original Message-----
**From:** Bower, Mark, GCM
**Sent:** Tuesday, December 26, 2006 3:47 PM
**To:** McKeever, Michael, GCM; Smith, Adam, GCM
**Subject:** FW: FW: NHEL 2007-HE1 (side letter)

-----Original Message-----
**From:** Perrewe, Joseph, GCM
**Sent:** Tuesday, December 26, 2006 3:45 PM
**To:** Bower, Mark, GCM
**Subject:** FW: FW: NHEL 2007-HE1 (side letter)

-----Original Message-----
**From:** Michael Aneiro [mailto:Michael_Aneiro@freddiemac.com]
**Sent:** 26 December, 2006 2:21 PM
**To:** Perrewe, Joseph, GCM
**Cc:** Mullaney, Ryan, GCM
**Subject:** Re: FW: NHEL 2007-HE1 (side letter)

Joe,

With regards to you email, please confirm that this side letter refers to the following:

NHEL 2007-HE1

With respect to our participation concerning the above deal, it is our understanding that:

You have read our current Investment Requirements, which are attached.
The deal cash flows will conform in all material respects to the Investment Requirements.

The related deal documents will contain in all material respects all of our required
representations and covenants set forth in the Investment Requirements.

CONFIDENTIAL

The deal is anticipated to be structured as a QSPE.

Please send the final deal documents as soon as they are available to abs_docs@freddiemac.com.  I will coordinate with our legal department to make sure that all of our requirements are incorporated correctly.  You can reach me at (571) 382-4705.

We would appreciate it of you would acknowledge your receipt of this email.  Such acknowledgement will not constitute or be deemed to constitute a confirmation or an agreement with respect to the foregoing.

Thanks,
Mike

"Perrewe, Joseph, GCM" <Joseph.Perrewe@rbsgc.com>

12/26/2006 02:23 PM

To  Michael_Anelro@freddiemac.com
cc
Subject  FW: NHEL 2007-HE1 (side letter)

-----Original Message-----
**From:** Bower, Mark, GCM
**Sent:** 26 December, 2006 1:22 PM
**To:** Perrewe, Joseph, GCM; Mullaney, Ryan, GCM
**Subject:** FW: NHEL 2007-HE1 (side letter)

CONFIDENTIAL

FHFA16863771
A3-10077904217

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*

This e-mail is intended only for the addressee named above.
As this e-mail may contain confidential or privileged information,
if you are not the named addressee, you are not authorized
to retain, read, copy or disseminate this message or any part of
it.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*

This e-mail is intended only for the addressee named above.
As this e-mail may contain confidential or privileged information,
if you are not the named addressee, you are not authorized
to retain, read, copy or disseminate this message or any part of
it.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*

CONFIDENTIAL

FHFA16863772
A3-10077904218

Nomura Credit & Capital, Inc.
Two World Financial Center
New York, New York 10281

December 26, 2006

Freddie Mac
8200 Jones Branch Drive
McLain, Virginia 22102

Re: Nomura Home Equity Loan, Inc.
Home Equity Loan Trust, Series 2007-HE1 (Group I Certificates)

Ladies and Gentlemen:

Reference is hereby made to the free writing prospectus dated December 22, 2006 (the "Free Writing Prospectus") with respect to the Group I Certificates. Capitalized terms used herein but not defined shall have the respective meanings set forth in the Free Writing Prospectus.

In connection with the above captioned transaction and the Group I Certificates, the Sponsor hereby agrees as of the date hereof that the representations, warranties and covenants to be made in respect of the Group I Mortgage Loans to be included in the final Mortgage Pool and the remedies available in connection with a breach of any such representations, warranties and covenants will conform to the August 2006 version of Freddie Mac's Investment Requirements (the "Investment Requirements"), a copy of which is attached hereto as Exhibit A, including any modifications to or revisions of the Investment Requirements, to the extent Freddie Mac has notified the Sponsor of such modifications or revisions prior to the Closing Date.

Very Truly Yours,

Nomura Credit & Capital, Inc.

By:
Name: Timothy P.F. Crowley
Title: Vice President



|  | Kevin Palmer/HQ/FHLMC | To | Kevin Palmer/HQ/FHLMC@FHLMC |
|---|---|---|---|
|  | 12/22/2006 01:18 PM | cc | Aaron J Pas/HQ/FHLMC@FHLMC, Chad Levrini/HQ/FHLMC@FHLMC, David J Kirk/PRES/HQ/FHLMC@FHLMC, David R |
|  |  | bcc |  |
|  |  | Subject | Re: Credit Approval: NHELI 2007-HE1 1A1 |

Sorry that I left this off the approval, but this trade credit approval is also contingent that all the reps and warrants for Ownit are made directly with Nomura.

Kevin Palmer
Credit Policy & Portfolio Mgmt
Freddie Mac
571-382-4313
Kevin Palmer/HQ/FHLMC



|  | Kevin Palmer/HQ/FHLMC | To | Subprime |
|---|---|---|---|
|  | 12/22/2006 01:13 PM | cc | David J Kirk/PRES/HQ/FHLMC@FHLMC, Structured Credit Group/FHLMC@FHLMC, Michael J Jenkins/HQ/FHLMC@FHLMC, Stacey Kenneweg/HQ/FHLMC@FHLMC, Chad Levrini/HQ/FHLMC@FHLMC |
|  |  | Subject | Re: Credit Approval: NHELI 2007-HE1 1A1 |

Credit Approved

This deal contains 40% exposure to Ownit originated collateral, who recently went out of business. 11% of the collateral was originated by First NLC, who is a marginal counterparty. The credit support level is 32%, which is well over the DEFCAP 300th path. We feel that given this level of support that this deal can withstand unanticipated volatility due to these marginal originators. Nomura is rated M3 and Satisfactory by Metrics and AMO respectively.

Kevin Palmer
Credit Policy & Portfolio Mgmt
Freddie Mac
571-382-4313
Chad Levrini/HQ/FHLMC



|  | Chad Levrini/HQ/FHLMC | To | Kevin Palmer/HQ/FHLMC@FHLMC |
|---|---|---|---|
|  | 12/22/2006 12:12 PM | cc |  |
|  |  | Subject | Credit Approval: NHELI 2007-HE1 1A1 |

Kevin-

Please approve.

CONFIDENTIAL

FHFA16863774
A3-10077904220

This deal has over 40% Ownit collateral, but our credit enhancement of 32.36% is well above the DEFCAP worst projected path of 24.04% in losses.

**NHELI 2007-HE1 1A1**
CREDIT APPROVED
12/22/06
Rated Aaa/AAA/AAA (Moody's / S&P / Fitch)
Underwriter: RBSGC

**Collateral Info:**

| | |
|---|---|
| Collateral Type: | Subprime |
| CE Provided: | 32.36% |
| DEFCAP 100th Percentile | 24.04% |
| DEFCAP 99th Percentile | 22.10% |
| DEFCAP 95th Percentile | 17.66% |
| Expected Annual Credit Cost | 0 bps |
| WA FICO: | 629 |
| FICO LT 600: | 29.72% |
| WA CLTV: | 89.81% |
| 80% CLTV: | 7.38% |
| GT80% CLTV: | 75.57% |
| Full Doc: | 54.12% |
| Owner Occ: | 94.28% |
| 2-4 Unit Prop: | 5.25% |
| Cash-out Refi: | 48.80% |
| IO/MTA: | 12.12% |
| California: | 32.16% |

| Aggregator | | Metrics | AMO |
|---|---|---|---|

| Originators (top 5): | % of Total | Metrics | AMO |
|---|---|---|---|
| Ownit | 43.24% | M5 | Marginal |
| First Nlc | 11.98% | NR | Marginal |
| Other | 44.78% | NR | NR |

| Servicers (top 5): | % of Total | Metrics | AMO |
|---|---|---|---|
| Ocwen | 98.78% | M4 | Satisfactory |
| Wells | 1.22% | M1 | Above Average |

thanks,

Chad Levrini
Investments & Capital Markets
Credit Policy & Portfolio Management
Freddie Mac
571-382-4529

FHFA16863775
A3-10077904221



DIG <dig@freddiemac.com>          To   ran_yi@freddiemac.com

12/27/2006 02:02 PM              cc

Please respond to               bcc
dig@freddiemac.com           Subject   Re: Please set up the following subprime floater; NHELI
                                       2007-1 IA1 [#34499]

B5A04KRZ2

Created. Please review.
Thanks,
Vishal Hemrajani
SI&A Data Ops: 571-382-5464
--Original Message--
From: ran_yi@freddiemac.com
Date: 12/27/2006 1:21:37 PM
To: dig@freddiemac.com
Subject: Re: Please set up the following subprime floater; NHELI 2007-1 IA1 [#34499]


Sorry about that. Here it is again. Thanks.


| | | | |
|---|---|---|---|
| CDI: | nheli07he1 | | |
| Deal: | NHELI 2007-HE1 | | |
| Bond: | IA1 | | |
| | | | |
| Size: | $375,000,000 | | |
| Price: | $100.00 | | |
| Variance: | +/-10% | | |
| Settle: | 1/31/2007 | Dated: | 1/31/2007 |
| 1st pay: | 2/25/2007 | Legal final: | 1/25/2037 |
| Delay: | 0 days | Accrual: | act/360 |
| Coupon: | L+15 bps, AFC Floater, Swap | | |
| Rating: | M=Aaa S=AAA, F=NA, D=NA | | |
| Structure: | REMIC | | |
| First LIBOR Calc: | 1 MO LIBOR, no interpolation | | |
| | | | |
| Spread: | +15 bps | | |
| Index: | 1m LIBOR | | |
| GWAC: | 8.31 | | |
| Subordination | 21.38% | | |
| | | | |
| Pricing Method: | Mortgage ABS Home Equity Float | HETP | |
| val_chartc: | HE - MI | | |

FHFA16863776
A3-10077904222

Ran Yi
Freddie Mac
Investments & Capital Markets
(571) 382-5858

CONFIDENTIAL

FHFA16863777
A3-10077904223

## INDICATIVE TERM SHEET

| | |
|---|---|
| **Trade Date:** | December 21, 2006 |
| **Seller:** | Greenwich Capital |

**Security Description**

| | |
|---|---|
| **Security Issuer:** | NHELI 2007-1 |
| **Security:** | A "AAA" class issued by the Security Issuer backed by conforming mortgages, having the characteristics set forth herein |
| **Security Coupon:** | 1 Month LIBOR + 15 |
| **Security Size:** | $375,000,000 subject to a variance of +/- 10% |
| **Settlement Date:** | January 31, 2007 |
| **Distribution Date:** | The 25th of each month or, if the 25th is not a business day, the next business day, commencing February, 2007 |
| **First LIBOR Setting:** | 2 business days prior to the start of the accrual period (1/29/2007) |
| **Legal Final:** | January 25, 2037 |
| **Payment Delay:** | Zero days |
| **Interest Accrual:** | Actual/360 |
| **Settlement Price:** | 100-00 |
| **Conforming Pool Originator(s):** | OWNIT Mortgage Solutions, Inc.   40%<br>Other   60% |
| **Conforming Pool Servicer:** | Ocwen   98%<br>Wells Fargo   2% |

ML/OWNIT 2006-6

CONFIDENTIAL

FHFA16863778
A3-10077904224