# Exhibit U

## Freddie Mac | NEW TRADE

**ABS-FLT-S**
Trade No. 1517, Vs. 1
Apr 26, 2007 18:39:13

PMG:     DRH | Trade Ops:

**BUY**   NHELI_07-3: 1A1
**ABS/ABS**

**Feb 25, 2037**

| | | | | | |
|---|---|---|---|---|---|
| Asset ID: | **B5A04UZ08** | Payment Delay: | 0 | **Trade Date:** | **Apr 26, 2007** |
| **Ticker:** | **NHELI073-1A1** | Date Convention: | ACT/360 | **Settle Date:** | **Apr 30, 2007** |
| Coupon: | 0.00000 | Accrual Date: | Apr 30, 2007 | Broker: | LEHM |
| Coupon Type: | FLOAT | First Coupon Date: | May 25, 2007 | | LEHMAN BROTHERS INC. |
| Frequency: | MONTHLY | Next Pay Date: | May 25, 2007 | Broker Contact: | |
| Reset Term: | MONTHLY | Odd First Pmt: | ☑ Yes ☐ No | | |
| Maturity Date: | Feb 25, 2037 | AMT: | ☐ Yes ☑ No | Original Par: | 245,105,000.000 |
| Issue Date: | Apr 30, 2007 | ERISA: | ☐ Yes ☑ No | Factor: | 1.000000000 |
| Min Trade Size: | 25,000.00 | 144A: | ☐ Yes ☑ No | Factor Date: | Apr 30, 2007 |
| Min Trade Increment: | 1.00 | Notional: | ☐ Yes ☑ No | Current Par: | 245,105,000.000 |

**General Use**
L+24
B5A04UZ08, NHELI 2007-3 1A1
Originator: Mixed
Servicer: Mixed
M/S/P/D   Aaa, AAA/NA/AAA
Credit approved by: Mike Aneiro
REMIC
Subject to August 06 Freddie Reps
Allowable delivery variance on size: +/-10%
Model:
Fix0-40=v1.3_ABS_FR_30Y,Bal0-40=v1.3_ABS_FR_30Y,ARM0-40=v1.3_ABS_ARM228,
ARM2/1Bal30=v1.3_ABS_ARM228,ARM3/1Bal30=v1.3_ABS_ARM228,
ARM5/1Bal30=v1.3_ABS_ARM228,ARM10/1Bal30=v1.3_ABS_ARM228
Highly Rated Policy Compliance:
1. Rated AA or better? Yes, Aaa/AAA/NA/AAA
2. Interest rate on the security is different to the interest rate
on the collateral OR the credit risk on the securities must be lower
than the collateral? Yes. Bondpays L+24, Collateral has a GWAC of
8.303%. Bond benefits from overcollateralization, excess spread and
subordination.

3. Does the deal have sufficient subordination of 3.5% or greater?
Yes. 26.7% initial subordination, plus excess spread.
Is there an interpolation?: No
Pricing Method: HETP

**Delivery Instructions**
DTC/LEHM ABS
DTC#:     636
A/C#:
INST ID#:
AGENT ID#:
CLEARING AGT DTC:
CLEARING AGT NAME:
A/C NAME:

**Special Instructions**
Today's trades exceed my daily trade limit. Trade authorized by MXA

**Miscellaneous Information**
Asset OAS:     24.245
Debt Yld:     5.102
Expct ROE:     21.95
Sprd Dur:     .91
CDI File:     NHELI073
TrdPurpose:     REG_PURCH
Debt OAS:     -16.393
% Asn Cap.:     1.5
RskAdj ROE:     21.95
ACCTG_DESIG:     NHD_NONCASH

| | |
|---|---|
| **Price:** | **100-00** |
| | 100.00000000 |
| **Principal:** | **(245,105,000.00)** |
| **Interest:** | **0.00** |
| Commission: | 0.00 |
| **Net Money:** | **(245,105,000.00)** |
| Currency: | USD |
| **Net Cash Flow:** | **OUT** |

Exchange rate:
Discount:
Option Type:

Prepay:     100.00 BLK
Yield:     5.500
YTC:
Duration:     0.00133
Convexity:     -0.00004

| S & P | Moody | DBRS |
|---|---|---|
| NR | NR | |
| **Fitch** | **NAIC** | |
| NR | | |

Discretionary: ☑ Yes ☐ No
Liquid: ☑ Yes ☐ No
Segregate: ☑ Yes ☐ No
Release: ☐ Yes ☑ No

Entry Date:     Apr 26, 2007

Created: Apr 26, 2007 18:39:19

*Freddie Mac - ABS Float AFS (ABS-FLT-S)* — *Trade No. 1517, Vs. 1*

*FreddieMac*

A/C# P 61948

Copyright ©2001 BlackRock Solutions. All Rights Reserved.

JPMORGAN CHASE

**NMBLI 2007-3**
Posttrade Analysis
Trade Analysis

| Curve | Name | CashFlow Type | Trade Date | Settlement Date | StepPolicy | Tranche Name | DreamModel | Proc. OAS | CurrentFace | FloatSize | ZVSpread | ZVBEY | NomBEY | OAS | EffectiveDuration | EffectiveConvexity | SpreadD uration | ZVPrg WAL | NomPr. eWAL | OptionCost |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LIBOR | Index CMO 0 | MBS | 4/26/2007 | 4/30/2007 | mbs8973 | SHR_1 New | | | 245,105,950 | 100.00 | 24.24 | 5.50 | 5.78 | 24.25 | 1.33E-03 | -3.83E-03 | 0.91 | 0.94 | (0.00) |
| LIBOR | 4/26/2007 | 4/30/2007 | | | | SHR_1 New | | | | | | | | | | | | | | |
| AGENCY | Index CMO 0 | MBS | 4/26/2007 | 4/30/2007 | mbs8973 | SHR_1 New | | | 245,105,950 | 102.00 | 38.59 | 5.50 | 5.78 | 39.54 | 4.61E-03 | 1.65E-03 | 0.91 | 0.94 | 0.65 |
| AGENCY | | | | | | | | | | | | | | | | | | | | |

| | |
|---|---|
| DEBT OAS | (15,393) |
| DEBT YIELD | 5.192 |
| LOAS | 24.748 |
| A-OAS | 39.636 |
| YIELD - OPT COST | 5.498 |
| EFF DUR | 0.031 |
| EFF CVX | (0.000) |
| SPRD DUR | 0.91 |

CONFIDENTIAL

FHFA01002821

ROE Calculator (Production) Results Sheet

**Agency Product**

Time Of Report: Thu Apr 26 16:29:04 EDT 2007

ROE Calculator Effective Date: 05/05/2004

ROE Calculator Prepared On: 4/26/07 4:29 PM

**Product: ABSFloaterUnwrapAAA:L5**

**Inputs**

| Variable Name | Value |
| --- | --- |
| Product Type | PASS_THROUGH |
| Issuer | NON_FREDDIE |
| Flat Price | 100.00 |
| Zero Vol Yield (%) | 5.50 |
| Option Cost (bps) | 0.0 |
| Asset To Agency OAS (bps) | 39.6 |
| Operation Risk Add On (bps) | 0.0 |
| Spread Duration | 0.91 |
| Market Value ($) | 1.00 |

**Outputs**

| Variable Name | Current Value |
| --- | --- |
| ROE (%) | 21.95 |
| PVA Percent of MV (%) | .14 |
| PVA | .00 |
| Capital Charge (%) | 1.50 |
| Stand-Alone Capital (%) | 1.50 |
| Marginal Capital (%) | 1.50 |
| Operational Risk Capital (bps) | 0.0 |
| Min. Capital Adjust. to OAS (bps) | -4.0 |
| MRB Adjustment to OAS (bps) | 2.0 |
| Credit Reserve (bps) | -2.0 |
| Adjusted Net OAS (bps) | 35.6 |
| Preferred Allocation (%) | 20.00 |
| Preferred Yield (%) | 6.00 |
| Preferred Tax Eq. Yield (%) | 9.23 |
| Tax Rate (%) | 35.00 |
| ROE Hurdle (%) | 9.00 |

**ROE Table(in percent)- Agency**

|  | 4.00 | 4.50 | 5.00 | 5.50 | 6.00 | 6.50 | 7.00 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 33.64 | 17.53 | 17.94 | 18.34 | 18.75 | 19.16 | 19.56 | 19.97 |
| 34.64 | 18.06 | 18.47 | 18.88 | 19.28 | 19.69 | 20.10 | 20.50 |
| 35.64 | 18.60 | 19.00 | 19.41 | 19.82 | 20.22 | 20.63 | 21.04 |
| 36.64 | 19.13 | 19.54 | 19.94 | 20.35 | 20.76 | 21.16 | 21.57 |
| 37.64 | 19.66 | 20.07 | 20.48 | 20.88 | 21.29 | 21.70 | 22.10 |
| 38.64 | 20.20 | 20.60 | 21.01 | 21.42 | 21.82 | 22.23 | 22.64 |
| 39.64 | 20.73 | 21.14 | 21.54 | 21.95 | 22.36 | 22.76 | 23.17 |
| 40.64 | 21.27 | 21.67 | 22.08 | 22.48 | 22.89 | 23.30 | 23.70 |
| 41.64 | 21.80 | 22.21 | 22.61 | 23.02 | 23.42 | 23.83 | 24.24 |
| 42.64 | 22.33 | 22.74 | 23.14 | 23.55 | 23.96 | 24.36 | 24.77 |
| 43.64 | 22.87 | 23.27 | 23.68 | 24.08 | 24.49 | 24.90 | 25.30 |
| 44.64 | 23.40 | 23.81 | 24.21 | 24.62 | 25.02 | 25.43 | 25.84 |
| 45.64 | 23.93 | 24.34 | 24.75 | 25.15 | 25.56 | 25.96 | 26.37 |

First Row: Zero Vol Yield less Option Cost (%)          First Column: Asset/Debt Net OAS(bps)

FHFA01002822



# Mortgage Pricer Report

## (Production)

Max CMO_0

| | | Trade/Tranche Data | |
|---|---|---|---|
| Trade Date | 04/26/2007 | Trading Acc'y Not Required | true |
| Settlement Date | 04/30/2007 | Do Optional Redemption | true |
| Deal name | | Interpolate Index Rates | true |
| Deal name | rHell073 | Use All Known History | false |
| Tranche | SNR_1 | Prepay Incl. Defaults | true |
| Deal Mode | New | Optimize WAvg Clustering | false |
| Cash Flow | MBS | Override WAvg Clustering | false |
| Fixed Period "Hint" for ARM | 1.0 | Calculate Cummulative HPG | true |
| Prepayment Multiplier | 1.0 | Use Historical HPG Data | true |
| Default Multiplier | 1.0 | Use Short Term Inferred SATO | true |
| Release Date Key Code | | Use National Balance | true |
| Single Path Exec. Hurdle | 200 | Use Historical HPG Keyword | false |
| Allow Prepayment Penalties | true | | US |

| Collateral Data | | | |
|---|---|---|---|
| Coupon | 7.79 | Original Coupon(%) | 7.79 |
| WAC | 8.30 | Lookback Days | 45 |
| Intensity Window(months) | 12 | First Cap(%) | 1.15 |
| Wtng Maturity Term | 357 | Periodic Cap(%) | 0.82 |
| Loan Amort Term | 435 | Life Cap(%) | 0.82 |
| Wtng Amort Term | 440 | First Floor(%) | 11.70 |
| WAM | 352 | Periodic Floor(%) | 0.82 |
| WALA | 5 | Life Floor(%) | 0.82 |
| Interest Only Period | 0 | Net Margin(%) | 6.75 |
| Payment Fixed Period | 21 | Gross Margin(%) | 4.55 |
| Payment Reset Period | 5 | Payment Cap(%) | 5.06 |
| Interest Rate Fixed Period | 21 | Auto Recast Period | 5 |
| Interest Rate Reset Period | 5 | Max NegAM Limit(%) | |

| | | Deal Modeling Notes | |
|---|---|---|---|
| | | Deal/Tranche Data | |
| Tranche CUSIP | | | NHELI073 |
| Tranche Original Bal | | | 245,105,000 |
| Tranche Current Bal | | | 245,105,000 |
| Tranche Factor | | | 1.000000000 |
| Tranche Coupon(%) | | | 5.56 |
| Tranche Groups | | | 1 |
| Issue CDU Date | | | 04/01/2012 |
| Original Settlement Date | | | 04/30/2007 |
| Latest CDU Date | | | 04/01/2012 |
| First Available CDU Date | | | 04/31/2007 |
| First Forecast Index Pay Date | | | 06/25/2007 |
| First Forecast Prepay Pay Date | | | 05/25/2007 |
| Collateral Item Count | | | 128 |
| Notional Type | | | ActualBalance |
| Pool/Loan Demographics | | | |
| FICO | | | none |
| Fraction Ref(%) | | | none |
| LTV(%) | | | none |
| Fraction 2-4 Units(%) | | | none |
| Fraction Investor Owned(%) | | | none |
| Fraction Second Home(%) | | | none |
| Treat Second Home As Investor Owned | | | true |
| Avg Loan Balance(k) | | | none |
| Use Weighted-Avg Original Loan Size | | | false |
| Geographic Information | | | none |

Deal Comment

Model Mappings

| Names | Prepay | Default | Security |
|---|---|---|---|
| FixG-40 | M_13_ABS_FR_30Y | N/A | N/A |
| Balt-40 | M_13_ABS_FR_30Y | N/A | N/A |
| ARM0-40 | M_13_ABS_ARM228 | N/A | N/A |
| ARM2/1Bal | M_13_ABS_ARM228 | N/A | N/A |
| ARM3/1Bal | M_13_ABS_ARM228 | N/A | N/A |
| ARM5/1Bal | M_13_ABS_ARM228 | N/A | N/A |
| ARM10/1B | M_13_ABS_ARM228 | N/A | N/A |

| Analytics | | | |
|---|---|---|---|
| Name | Value | Name | Value |
| FlatPrice | 100.030 | AccruedInterest | 0.000 |
| FullPrice | 100.030 | EffectiveDuration | 0.005 |
| OAS | 39.638 | EffectiveConvexity | 0.002 |
| NomBEY | 5.782 | VolDuration | |
| ZVBEY | 5.498 | OASDuration | 0.908 |

| Graphic Speeds | -100 | -50 | 0 | 50 | 100 |
|---|---|---|---|---|---|
| ComProj12 | 49.56 | 44.04 | 38.42 | 34.66 | 32.07 |
| ComProj60 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 |
| ComProj120 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 |
| NomProjWAL | 51.09 | 46.71 | 42.66 | 39.89 | 37.66 |
| NomProjWALEquivCPR | 0.75 | 0.85 | 0.95 | 1.04 | 1.12 |

Freddie Mac

Geo Info: State

Created: 26 Apr 2007 04:26:07 PM

CONFIDENTIAL

FHFA01002823

## Static Speeds

| Year Mortgage Prop | -100 | -50 | 0 | 50 | 100 |
|---|---|---|---|---|---|
| NomBEY | 4.75 | 5.26 | 5.78 | 6.30 | 6.82 |
| PriceMEY | 4.70 | 5.21 | 5.71 | 6.22 | 6.73 |
| NomSpreadToWAL | -47.61 | 6.40 | 60.66 | 114.58 | 168.34 |
| DvSProj12 | 48.70 | 43.80 | 39.13 | 35.89 | 33.52 |
| DvSProj60 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 |
| DvSProj120 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 |
| DxVProj120 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 |
| DxVProjWALEquivCPR | 50.13 | 46.49 | 43.30 | 40.86 | 38.80 |
| DxVProjWAL | 0.77 | 0.85 | 0.94 | 1.01 | 1.08 |
| 2xWProjWAL | 4.56 | 5.02 | 5.50 | 5.98 | 6.46 |
| 2xMEY | 4.51 | 4.97 | 5.44 | 5.90 | 6.37 |
| WVSpreadToWAL | -66.68 | -17.60 | 31.90 | 81.24 | 130.87 |

### Year Mortgage Prop

| Year | Value |
|---|---|
| 2 | 0.12 |
| 5 | 0.4 |
| 10 | 0.4 |

| Year | Value |
|---|---|
| 2 | 0.12 |
| 5 | 0.4 |
| 10 | 0.4 |

### Vol Parameters

| | |
|---|---|
| Discounting Rate | |
| Mortgage Rate Source | LiborSwap |
| COFI Rate | 4.376 |
| Prime Rate | 8.25 |
| 15 Year Mortgage Rate | 6.889155970116028 |
| 30 Year Mortgage Rate | 6.242952254652133 |

Skew 0.5 (BlackRock through Atlas)
Agency Purchase

## Analytics

| Name | Value | Name | Value |
|---|---|---|---|
| ROE | | ZeroVolSpread | 39.580 |
| PortOAS | | IOMultiplier | |
| OptionCost | -0.058 | OASStdErr | |
| FeedDV01 | | PriceStdErr | |
| KRD03 | | KRD12 | |
| KRD24 | | KRD36 | |
| KRD60 | | KRD84 | |
| KRD120 | | KRD180 | |
| KRD240 | | KRD300 | |
| KRD360 | | | |

Geo Info: State

## Interest Rates

| Curve Name | 1 | 3 | 6 | 12 | 24 | 36 | 48 | 60 | 84 | 120 | 180 | 240 | 360 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LiborSwap | 5.320 | 5.344 | 5.360 | 5.308 | 5.082 | 5.023 | 5.063 | 5.128 | 5.239 | 5.364 | 5.421 | 5.444 | |
| Agency Purchase | 5.149 | 5.174 | 5.190 | 5.143 | 4.935 | 4.868 | 4.888 | 4.935 | 4.081 | 5.076 | 5.287 | 5.368 | 5.314 |
| Agency Issue | 5.149 | 5.174 | 5.190 | 5.143 | 4.947 | 4.854 | 4.881 | 4.935 | 4.984 | 5.090 | 5.203 | 5.259 | 5.314 |
| Treasury | 4.914 | 4.933 | 5.024 | 4.962 | 4.667 | 4.582 | 4.579 | 4.591 | 4.938 | 4.999 | 4.801 | 4.944 | 4.877 |

15 Yr Mortgage Rate: 5.63989526087162t2
30 Yr Mortgage Rate: 6.187846481164449

Other Information Summary changes - original values

| Total Changes | 2 |
|---|---|

CONFIDENTIAL

FHFA01002824

# Current Interest Rates (Live Rates Snapped At: 04:17:06 PM EDT on 04/26/2007)

| Treasury | Yield | Coupon | Price | Maturity |
|---|---|---|---|---|
| 3 Mo Tsy | 4.994 | 3.000 | 98.766 | 07/26/2007 |
| 6 Mo Tsy | 5.022 | 0.000 | 97.555 | 10/25/2007 |
| 2 Yr Tsy | 4.689 | 4.500 | 99.758 | 04/30/2009 |
| 5 Yr Tsy | 4.595 | 4.500 | 99.855 | 03/31/2012 |
| 10 Yr Tsy | 4.693 | 4.625 | 99.546 | 02/15/2017 |
| 30 Yr Tsy | 4.877 | 4.750 | 98.750d | 02/15/2037 |

| Agency Purchase | Spread-to-LIBOR | Yield | Current vs LIBOR | Maturity |
|---|---|---|---|---|
| 3 Mo Agy | -0.148 | 4.866 | -0.182 | 03/05/2009 |
| 2 Yr Agy | -0.158 | 4.780 | -0.183 | 02/09/2010 |
| 3 Yr Agy | -0.138 | 4.846 | -0.149 | 03/05/2012 |
| 5 Yr Agy | -0.147 | 4.901 | -0.177 | 07/15/2014 |
| 7 Yr Agy | -0.154 | 4.961 | -0.167 | 04/18/2017 |
| 10 Yr Agy | -0.130 | 5.006 | -0.159 | 07/15/2032 |
| 30 Yr Agy | | 5.224 | | |

| Agency Issue | Yield | Fees | Maturity |
|---|---|---|---|
| 2 Yr Agy | 4.940 | 0.032 | 03/05/2009 |
| 3 Yr Agy | 4.846 | 0.027 | 02/09/2010 |
| 5 Yr Agy | 4.908 | 0.022 | 03/05/2012 |
| 7 Yr Agy | 4.966 | 0.021 | 07/15/2014 |
| 10 Yr Agy | 5.071 | 0.019 | 04/18/2017 |
| 30 Yr Agy | 5.278 | 0.018 | 07/15/2032 |

| Euro$ | Bid | Volatility | Expiration |
|---|---|---|---|
| EDC1 | 94.665 | 0.005510 | 06/18/2007 |
| EDC2 | 94.750 | 0.005510 | 09/17/2007 |
| EDC3 | 94.920 | 0.005510 | 12/17/2007 |
| EDC4 | 95.115 | 0.005510 | 03/17/2008 |
| EDC5 | 95.240 | 0.007208 | 06/16/2008 |
| EDC6 | 95.295 | 0.007208 | 09/15/2008 |
| EDC7 | 95.295 | 0.007208 | 12/15/2008 |
| EDC8 | 95.280 | 0.007208 | 03/16/2009 |
| EDC9 | 95.225 | 0.007579 | 06/15/2009 |
| EDC10 | 95.175 | 0.007579 | 09/14/2009 |
| EDC11 | 95.110 | 0.007579 | 12/14/2009 |
| EDC12 | 95.070 | 0.007579 | 03/15/2010 |
| EDC13 | 95.020 | 0.007694 | 06/14/2010 |
| EDC14 | 94.980 | 0.007694 | 09/13/2010 |
| EDC15 | 94.925 | 0.007694 | 12/13/2010 |
| EDC16 | 94.900 | 0.007694 | 03/14/2011 |

| Agency Bill | Spread-to-Libor |
|---|---|
| 1 Mo Agy | -0.170 |
| 3 Mo Agy | -0.170 |
| 6 Mo Agy | -0.170 |
| 12 Mo Agy | -0.165 |

| Libor/Swap | Rate |
|---|---|
| O/N Libor | 5.293 |
| 1 Wk. Libor | 5.320 |
| 2 Wk. Libor | 5.320 |
| 1 Mo. Libor | 5.320 |
| 2 Mo. Libor | 5.329 |
| 3 Mo. Libor | 5.355 |
| 6 Mo. Libor | 5.355 |
| 1 Yr. Libor | 5.270 |
| 2 Yr. Swap | 5.083 |
| 3 Yr. Swap | 5.024 |
| 4 Yr. Swap | 5.037 |
| 5 Yr. Swap | 5.063 |
| 7 Yr. Swap | 5.129 |
| 10 Yr. Swap | 5.230 |
| 15 Yr. Swap | 5.364 |
| 20 Yr. Swap | 5.422 |
| 30 Yr. Swap | 5.445 |

Freddie Mac

Created:   26 Apr 2007 04:28:07 PM

CONFIDENTIAL

FHFA01002825



# Mortgage Pricer Report

## (Production)

| | | | | |
|---|---|---|---|---|
| Trade Date | 04/26/2007 | Trading Accry Not Required | true | |
| Settlement Date | 04/30/2007 | Do Optional Redemption | true | |
| Deal name | | Interpolate Index Rates | true | |
| Deal name | nhnell073 | Use All Known History | false | |
| Tranche | SNR_1 | Prepay Incl. Defaults | true | |
| Deal Mode | New | Optimize Wavg Clustering | false | |
| Cash Flow | MBS | Overrides Known 1st Index | true | |
| | | Calculate Cumulative HPG | true | |
| Fixed Period "Hint" for ARM | 1.0 | Use Historical HPG Data | true | |
| Prepayment Multiplier | 1.0 | Use Historical Inferred SATO | true | |
| Default Multiplier | | Use Short Term Prepay Model | true | |
| Release Date Key Code | 200 | Use Notional Balance | true | |
| Single Path Exec. Hurdle | | Use Historical HPG Keyword | true | |
| Allow Prepayment Penalties | true | | | |

**Collateral Data**

| | | | |
|---|---|---|---|
| Coupon | 7.79 | Original Coupon(%) | 7.79 |
| WAC | 8.30 | Lookback Days | 45 |
| Penalty Window(months) | 12 | First Cap(%) | 1.15 |
| Orig Maturity Term | 357 | Periodic Cap(%) | 0.62 |
| Original Amort Term | 435 | Life Cap(%) | 11.70 |
| Current Amort Term | 440 | First Floor(%) | 0.82 |
| WAM | 352 | Periodic Floor(%) | 0.82 |
| | | Life Floor(%) | 6.75 |
| Interest Only Period | 0 | Net Margin(%) | 4.55 |
| Payment Fixed Period | 21 | Gross Margin(%) | 4.55 |
| Payment Reset Period | 5 | Payment Cap(%) | 5.06 |
| Interest Rate Fixed Period | 21 | | |
| Interest Rate Reset Period | 5 | Max NegAM Limit(%) | |

**Deal/Tranche Data**

| | |
|---|---|
| Tranche CUSIP | NHELL073 |
| Deal Issuer | |
| Tranche Original Bal | 245,105,000 |
| Tranche Current Bal | 245,105,000 |
| Tranche Factor | 1.000000000 |
| Tranche Coupon(%) | 5.56 |
| Tranche Groups | 1 |
| Issue CDU Date | 04/01/2007 |
| Original Settlement Date | 04/30/2007 |
| Latest Settlement Date | 04/01/2007 |
| Latest Available CDU Date | 04/01/2007 |
| First Forecast Index Pay Date | 08/25/2007 |
| First Forecast Prepay Pay Date | 05/25/2007 |
| Collateral Item Count | 128 |
| Notional Type | ActualBalance |

**Pool/Loan Demographics**

| | |
|---|---|
| FICO | none |
| Fraction Refi(%) | none |
| LTV(%) | none |
| Fraction 2-4 Units(%) | none |
| Fraction Investor Owned(%) | none |
| Fraction Second Home(%) | none |
| Treat Second Home As Investor Owned | true |
| Avg Loan Balance($) | none |
| Use Weighted-Avg Original Loan Size | false |
| Geographic Information | none |

**Deal Comment**

**Deal Modeling Notes**

**Model Mappings**

| Names | Prepay | Default | Security |
|---|---|---|---|
| Fix0-40 | v1.3_ABS_FR_30Y | N/A | N/A |
| Ball0-40 | v1.3_ABS_FR_30Y | N/A | N/A |
| ARM30-40 | v1.3_ABS_ARM228 | N/A | N/A |
| ARM27/1Bal | v1.3_ABS_ARM228 | N/A | N/A |
| ARM3/1Bal | v1.3_ABS_ARM228 | N/A | N/A |
| ARM5/1Bal | v1.3_ABS_ARM228 | N/A | N/A |
| ARM10/1B | v1.3_ABS_ARM228 | N/A | N/A |

**Geo Info: State**

**Analytics**

| Name | Value | Name | Value |
|---|---|---|---|
| FlatPrice | 100.000 | AccruedInterest | 0.009 |
| FullPrice | 100.000 | EffectiveDuration | 0.001 |
| OAS | 24.245 | EffectiveConvexity | -0.000 |
| NomBEY | 5.782 | VolDuration | |
| ZVBEY | 5.498 | OASDuration | 0.308 |

**Periodic Speeds**

| | -100 | -50 | 0 | 50 | 100 |
|---|---|---|---|---|---|
| NomProj12 | 49.56 | 44.04 | 38.42 | 34.66 | 32.07 |
| NomProj60 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 |
| NomProj120 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 |
| NomProjWAL-EquivCPR | 51.09 | 46.71 | 42.66 | 39.69 | 37.68 |
| NomProjWAL | 0.75 | 0.85 | 0.95 | 1.04 | 1.12 |

Freddie Mac

Created:   26 Apr 2007 04:21:43 PM

CONFIDENTIAL

FHFA01002826

## Static Speeds

| | -100 | -50 | 0 | 50 | 100 |
|---|---|---|---|---|---|
| NormBEY | 4.75 | 5.28 | 5.78 | 6.30 | 6.82 |
| NormMEY | 4.70 | 5.21 | 5.71 | 6.22 | 6.73 |
| SystemSpreadToWAL | -64.76 | -10.63 | 43.76 | 97.76 | 151.71 |
| 5yProj12 | 48.70 | 43.86 | 39.13 | 35.89 | 33.52 |
| 5yProj60 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 |
| 5yProj120 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 |
| WVProj.WAL.EquivCPR | 50.13 | 46.49 | 43.30 | 40.86 | 38.80 |
| WVProjWAL | 0.77 | 0.85 | 0.94 | 1.01 | 1.08 |
| WVBEY | 4.55 | 5.02 | 5.50 | 5.98 | 6.46 |
| WVMEY | 4.51 | 4.97 | 5.44 | 5.90 | 6.37 |
| WVSpreadToWAL | -83.80 | -34.63 | 14.98 | 64.42 | 114.17 |

## Year Mortgage Prop

| Year | Value |
|---|---|
| 2 | 0.12 |
| 5 | 0.4 |
| 10 | 0.4 |

1Yr Mortgage Rate 6.19784648116449

| Year | Value |
|---|---|
| 2 | 0.12 |
| 5 | 0.4 |
| 10 | 0.4 |

1Yr Mortgage Rate 5.83398922687012

### Other Information Summary changes - original values

| Total Changes | 2 |
|---|---|

### Vol Parameters

| | |
|---|---|
| Discounting Rate | Skew 0.5 (BlackRock through Atlas) |
| Mortgage Rate Source | Libor/Swap |
| CCFF Rate | Libor/Swap |
| Prime Rate | 4.376 |
| | 8.25 |
| 15 Year Mortgage Rate | 5.839155737318762R |
| 30 Year Mortgage Rate | 6.242922345521239 |

## Analytics

| Name | Value | Geo Info: State |
|---|---|---|
| ZeroVolSpread | 24.242 | |

| Name | Name | Value |
|---|---|---|
| ROE | ZeroVolSpread | |
| Port.OAS | IOMultiplier | |
| OptionCost | OASStdErr | -0.004 |
| FeeDV01 | PriceStdErr | |
| KRD3 | KRD12 | |
| KRD24 | KRD36 | |
| KRD60 | KRD84 | |
| KRD120 | KRD180 | |
| KRD240 | KRD300 | |
| KRD360 | | |

## Interest Rates

| Curve Name | 1 | 3 | 6 | 12 | 24 | 36 | 48 | 60 | 84 | 120 | 180 | 240 | 360 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Libor/Swap | 5.320 | 5.344 | 5.360 | 5.308 | 5.082 | 5.023 | 5.037 | 5.063 | 5.128 | 5.230 | 5.364 | 5.421 | 5.444 |
| Agency Purchase | 5.149 | 5.174 | 5.190 | 5.143 | 4.935 | 4.866 | 4.856 | 4.925 | 4.981 | 5.075 | 5.207 | 5.266 | 5.314 |
| Agency Issue | 5.149 | 5.174 | 5.190 | 5.143 | 4.947 | 4.854 | 4.861 | 4.935 | 4.984 | 5.090 | 5.203 | 5.259 | 5.314 |
| Treasury | 4.914 | 4.933 | 5.024 | 4.962 | 4.697 | 4.582 | 4.575 | 4.591 | 4.638 | 4.695 | 4.801 | 4.844 | 4.877 |

CONFIDENTIAL          FHFA01002827

Current Interest Rates (Live Rates Snapped At: 04:17:56 PM EDT on 04/26/2007)

| Treasury | Yield | Coupon | Price | Maturity |
|---|---|---|---|---|
| 3 Mo Tsy | 4.934 | 0.000 | 98.766 | 07/26/2007 |
| 6 Mo Tsy | 5.022 | 0.000 | 97.585 | 10/25/2007 |
| 2 Yr Tsy | 4.666 | 4.630 | 98.788 | 04/30/2009 |
| 5 Yr Tsy | 4.596 | 4.500 | 99.620 | 03/31/2012 |
| 10 Yr Tsy | 4.683 | 4.625 | 99.844 | 02/15/2017 |
| 30 Yr Tsy | 4.877 | 4.625 | 98.750 | 02/15/2037 |

| Agency Purchase | Spread-to-LIBOR Yield | | Current vs LIBOR | Maturity |
|---|---|---|---|---|
| 2 Yr Agy | -0.148 | 4.666 | -0.182 | 03/05/2009 |
| 3 Yr Agy | -0.158 | 4.799 | -0.183 | 02/09/2010 |
| 5 Yr Agy | -0.138 | 4.846 | -0.149 | 03/05/2012 |
| 7 Yr Agy | -0.147 | 4.901 | -0.177 | 07/15/2014 |
| 10 Yr Agy | -0.154 | 5.006 | -0.167 | 04/18/2017 |
| 30 Yr Agy | -0.130 | 5.224 | -0.159 | 07/15/2032 |

| Agency Issue | Yield | Fees | Maturity |
|---|---|---|---|
| 2 Yr Agy | 4.940 | 0.032 | 03/05/2009 |
| 3 Yr Agy | 4.848 | 0.027 | 02/09/2010 |
| 5 Yr Agy | 4.908 | 0.022 | 03/05/2012 |
| 7 Yr Agy | 4.966 | 0.021 | 07/15/2014 |
| 10 Yr Agy | 5.071 | 0.019 | 04/18/2017 |
| 30 Yr Agy | 5.278 | 0.018 | 07/15/2032 |

| EuroS | Bid | Volatility | Expiration |
|---|---|---|---|
| EDC1 | 94.665 | 0.005510 | 06/18/2007 |
| EDC2 | 94.750 | 0.005510 | 09/17/2007 |
| EDC3 | 94.920 | 0.005510 | 12/17/2007 |
| EDC4 | 95.115 | 0.005510 | 03/17/2008 |
| EDC5 | 95.240 | 0.007206 | 06/16/2008 |
| EDC6 | 95.295 | 0.007206 | 09/15/2008 |
| EDC7 | 95.295 | 0.007206 | 12/15/2008 |
| EDC8 | 95.280 | 0.007206 | 03/16/2009 |
| EDC9 | 95.225 | 0.007579 | 06/15/2009 |
| EDC10 | 95.175 | 0.007579 | 09/14/2009 |
| EDC11 | 95.110 | 0.007579 | 12/14/2009 |
| EDC12 | 95.070 | 0.007579 | 03/15/2010 |
| EDC13 | 95.020 | 0.007894 | 06/14/2010 |
| EDC14 | 94.980 | 0.007894 | 09/13/2010 |
| EDC15 | 94.925 | 0.007894 | 12/13/2010 |
| EDC16 | 94.900 | 0.007694 | 03/14/2011 |

| Agency Bill | Spread-to-Libor |
|---|---|
| 1 Mo Agy | -0.170 |
| 3 Mo Agy | -0.170 |
| 6 Mo Agy | -0.170 |
| 12 Mo Agy | -0.165 |

| Libor/Swap | Rate |
|---|---|
| O/N Libor | 5.293 |
| 1 Wk Libor | 5.320 |
| 2 Wk Libor | 5.320 |
| 1 Mo Libor | 5.320 |
| 3 Mo Libor | 5.356 |
| 6 Mo Libor | 5.356 |
| 1 Yr Libor | 5.270 |
| 2 Yr Swap | 5.083 |
| 3 Yr Swap | 5.024 |
| 4 Yr Swap | 5.037 |
| 5 Yr Swap | 5.063 |
| 7 Yr Swap | 5.129 |
| 10 Yr Swap | 5.230 |
| 15 Yr Swap | 5.364 |
| 20 Yr Swap | 5.422 |
| 30 Yr Swap | 5.445 |

CONFIDENTIAL

FHFA01002828



CONFIDENTIAL

FHFA01002829

Michael Aneiro/HQ/FHLMC

04/26/2007 04:14 PM

To   Chad Levrini/HQ/FHLMC@FHLMC

cc   David R Hackney/HQ/FHLMC@FHLMC, John
     Dimitri/HQ/FHLMC@FHLMC, Kevin
     Palmer/HQ/FHLMC@FHLMC, Stacey

bcc

Subject   Re: Credit Approval: NHELI 2007-3 1A1

I approve the purchase.

Chad Levrini/HQ/FHLMC

Chad Levrini/HQ/FHLMC

04/26/2007 02:48 PM

To   Stacey Kenneweg/HQ/FHLMC@FHLMC, Michael
     Aneiro/HQ/FHLMC@FHLMC, Xiang
     Xie/HQ/FHLMC@FHLMC, David R
     Hackney/HQ/FHLMC@FHLMC, John
     Dimitri/HQ/FHLMC@FHLMC, Kevin
     Palmer/HQ/FHLMC@FHLMC

cc

Subject   Credit Approval: NHELI 2007-3 1A1

Mike-

Please re-approve based off collateral changes made to the trust.  Reps being covered by Nomura.

CONFIDENTIAL



FHFA01002831



CONFIDENTIAL





FHFA01002834

## HUD Goal Analysis of NAA 2007-3

| | | | Low/Mod | | | | Underserved | | | | Special Affordable | | | |
| | | | Main Goals | | Sub-Goals | | Main Goals | | Sub-Goals | | Main Goals | | Sub-Goals | |
| | Total Original UPB | Total Loans | Total Units | Hit Rate | Surplus/Deficit | Hit Rate | Surplus/Deficit | Hit Rate | Surplus/Deficit | Hit Rate | Surplus/Deficit | Hit Rate | Surplus/Deficit | Hit Rate | Surplus/Deficit |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Results From Entire File | $ 357,394,241.00 | 2,526 | 2,149 | 67.46% | 217 | 100.00% | 538 | 67.08% | 652 | 60.83% | 289 | 28.35% | 56 | 42.40% | 290 |
| Results Where Loans Do Not Meet the Pooling Requirements | $  - | - | - | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 |

|  |  |
|---|---|
| **Stacey**<br>**Kenneweg/HQ/FHLMC**<br>04/18/2007 02:55 PM | To  David R Hackney/HQ/FHLMC@FHLMC, Chad<br>     Levrini/HQ/FHLMC@FHLMC<br>cc  melissa_crabtree@freddiemac.com<br>bcc<br>Subject  Nomura Deal (Ocwen servicing) |

Dave, Chad,

You are fine for the Nomura deal with Ocwen servicing. My understanding is the bond is approximately $275mm, of which 22% will be serviced by Ocwen. I estimate that this transaction will result in total outstanding servicing exposure of $1.425mm, vs Ocwen's limit of $1.5mm. Since we are so close to their limit, please continue to check with me on additional trades. I am currently working on an annual review of Ocwen and will let you know of any resulting change to their score or limit. Thanks!

---

Stacey Kenneweg
Counterparty Credit Risk Management
Freddie Mac
(571) 382-3493

CONFIDENTIAL



| | | |
|---|---|---|
| DIG <dig@freddiemac.com> | To | david_hackney@freddiemac.com |
| 04/26/2007 04:55 PM | cc | |
| Please respond to dig@freddiemac.com | bcc | |
| | Subject | Re: NHELI 2007-3 1-A-1 [#44763] |

Created B5A04UZ08, Thanks.

Regards,

Brooke

---Original Message---
From: david_hackney@freddiemac.com
Date: 4/26/2007 4:13:45 PM
To: dig@freddiemac.com
Subject: NHELI 2007-3 1-A-1


Please set up the following Home Equity floater:

| | |
|---|---|
| CDI: | nheli073 |
| Deal: | NHELI 2007-3 |
| Bond: | 1-A-1 |

| | | | |
|---|---|---|---|
| Size: | $245,105,000 | | |
| Price: | $100 | | |
| Variance: | +/-10% | | |
| Settle: | 4/30/07 | Dated: | 4/30/07 |
| 1st pay: | 5/25/07 | Legal final: | 2/25/37 |
| Delay: | 0 days | Accrual: | act/360 |
| Coupon: | L+24 bps, AFC Floater, swap | | |
| Rating: | M=Aaa, S=AAA, F=NA, D=AAA | | |
| Structure: | REMIC | | |
| First LIBOR Calc: | 1 MO LIBOR, no interpolation | | |

| | |
|---|---|
| Spread: | +24 bps |
| Index: | 1m LIBOR |
| GWAC: | 8.303 |
| Subordination | 26.7 |

| | | |
|---|---|---|
| Pricing Method: | Mortgage ABS Home Equity Float | "HETP" |
| val_chartc: | HE - NO MI | |

```
Backpage                                                    Govt    MSG
Screen Printed

 4/26 16:51:30            *MICHAEL ANEIRO, FREDDIE MAC


571-382-4705      Already full            michael_aneiro@freddiemac.com

           please approve the following trades today:
USER    ACE 2007-HE4 A1      $320,222,000   +/- 10%
INFO    NASC 2007-HE2 1A1    $335,799,000   +/- 10%
        NHELI 2007-3 1A1     $245,105,000   +/- 10%
        CWL 2007-BC2 1A      $205,140,000   +/- 10%
        MSAC 2007-NC2 A-1    $ 96,707,000   +/-  5%
        WAMU 2007-HE3 1A     $372,475,000   +/-  5%
           TOTAL            $1,575,448,000
        Reply:
        I approve the purchases.
```

THIS COMMUNICATION IS FOR INFORMATION PURPOSES ONLY AND IS NOT AN OFFER OR SOLICITATION TO BUY OR SELL SECURITIES OR ANY INSTRUMENTS. THE INFORMATION AND ANY OPINIONS CONTAINED HEREIN ARE SUBJECT TO CHANGE WITHOUT NOTICE. PRICES AND AVAILABILITY OF ANY SECURITIES OR INSTRUMENTS INDICATED ARE SUBJECT TO CHANGE. PAST PERFORMANCE IS NOT INDICATIVE OF FUTURE PERFORMANCE, AND NO REPRESENTATION IS MADE THAT ANY RETURNS INDICATED WILL BE ACHIEVED. THE OPINIONS AND ESTIMATES CONTAINED IN THIS REPORT ARE SUBJECT TO CHANGE WITHOUT NOTICE. THIS MATERIAL WILL NOT BE UPDATED. THE CONCLUSIONS HEREIN ARE THE AUTHOR'S AND DO NOT NECESSARILY REFLECT THE VIEWS OF

```
Australia 61 2 9777 8600    Brazil 5511 3048 4500      Europe 44 20 7330 7500    Germany 49 69 920410
Hong Kong 852 2977 6000 Japan 81 3 3201 8900 Singapore 65 6212 1000 U.S. 1 212 318 2000 Copyright 2007 Bloomberg L.P.
                                                          G793-738-3 26-Apr-2007 17:28:08
```

CONFIDENTIAL                                                              FHFA01002838

|   |   |
|---|---|
| Stacey<br>Kenneweg/HQ/FHLMC<br>04/18/2007 05:36 PM | To  David R Hackney/HQ/FHLMC@FHLMC, Chad<br>Levrini/HQ/FHLMC@FHLMC<br>cc  melissa_crabtree@freddiemac.com<br>bcc<br>Subject  Nomura / Ocwen deal approved |

Dave, Chad,

You are fine for the Nomura deal with Ocwen servicing. My understading is the bond is approximately $275mm, of which 22% will be serviced by Ocwen. I estimate that this transaction will result in total outstanding servicing exposure of $1.425mm, vs Ocwen's limit of $1.5mm. Since we are so close to their limit, please continue to check with me on additional trades. I am currently working on an annual review of Ocwen and will let you know of any resulting change to their score or limit. Thanks!

---

Stacey Kenneweg
Counterparty Credit Risk Management
Freddie Mac
(571) 382-3493

CONFIDENTIAL

FHFA01002839

Michael Aneiro/HQ/FHLMC       To   Chad Levrini/HQ/FHLMC@FHLMC
04/19/2007 10:43 AM           cc   David R Hackney/HQ/FHLMC@FHLMC, John
                                   Dimitri/HQ/FHLMC@FHLMC, Kevin
                                   Palmer/HQ/FHLMC@FHLMC, Stacey
                             bcc
                         Subject   Re: Credit Approval: NHELI 2007-3

I approve the purchase.

Chad Levrini/HQ/FHLMC

Chad Levrini/HQ/FHLMC
04/19/2007 10:14 AM            To   Stacey Kenneweg/HQ/FHLMC@FHLMC, Michael
                                   Aneiro/HQ/FHLMC@FHLMC, Xiang
                                   Xie/HQ/FHLMC@FHLMC, David R
                                   Hackney/HQ/FHLMC@FHLMC, John
                                   Dimitri/HQ/FHLMC@FHLMC, Kevin
                                   Palmer/HQ/FHLMC@FHLMC
                             cc
                         Subject   Credit Approval: NHELI 2007-3

Mike-

Note CCRM approval below.  The fraud/repurchase reps are being covered by Nomura.

Please approve.

                                                                    FHFA01002840

Dave, Chad,

You are fine for the Nomura deal with Ocwen servicing. My understanding is the bond is approximately $275mm, of which 22% will be serviced by Ocwen. I estimate that this transaction will result in total outstanding servicing exposure of $1.425mm, vs Ocwen's limit of $1.5mm. Since we are so close to their limit, please continue to check with me on additional trades. I am currently working on an annual review of Ocwen and will let you know of any resulting change to their score or limit. Thanks!

--------------------------------------------------------

Stacey Kenneweg
Counterparty Credit Risk Management
Freddie Mac
(571) 382-3493

FHFA01002841

## HUD Goal Analysis of NHELI 2007-3RERUN

| | Total Original UPB | Total Loans | Total Units | Low/Mod Main Goals Hit Rate | Surplus/ Deficit | Low/Mod Sub-Goals Hit Rate | Surplus/ Deficit | Underserved Main Goals Hit Rate | Surplus/ Deficit | Underserved Sub-Goals Hit Rate | Surplus/ Deficit | Special Affordable Main Goals Hit Rate | Surplus/ Deficit | Special Affordable Sub-Goals Hit Rate | Surplus/ Deficit |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Results From Entire File | $ 336,907,120.00 | 1,919 | 2,028 | 63.35% | 128 | 93.98% | 421 | 65.87% | 589 | 59.85% | 245 | 27.61% | 39 | 42.61% | 225 |
| Results Where Loans Meet the Pooling Requirements | $ 330,423,834.00 | 866 | 974 | 65.7% | 98 | 93.00% | 446 | 65.95% | 569 | 63.36% | 222 | 27.31% | 53 | 42.42% | 235 |
| Results Where Loans Do Not Meet the Pooling Requirements | $ 6,483,286.00 | 53 | 54 | 0.00% | (30) | 0.00% | (25) | 75.47% | 20 | 75.47% | 23 | 0.00% | (14) | 0.00% | (10) |

CONFIDENTIAL

FHFA01002842

## HUD Goal Analysis of NAA 2007-3

| | Total Original UPB | Total Loans | Total Units | Low/Mod Main Goals Hit Rate | Low/Mod Main Goals Surplus/ Deficit | Low/Mod Sub-Goals Hit Rate | Low/Mod Sub-Goals Surplus/ Deficit | Underserved Main Goals Hit Rate | Underserved Main Goals Surplus/ Deficit | Underserved Sub-Goals Hit Rate | Underserved Sub-Goals Surplus/ Deficit | Special Affordable Main Goals Hit Rate | Special Affordable Main Goals Surplus/ Deficit | Special Affordable Sub-Goals Hit Rate | Special Affordable Sub-Goals Surplus/ Deficit |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Results From Entire File | $ 357,394,241.00 | 2,026 | 2,149 | 67.46% | 217 | 100.00% | 538 | 67.08% | 652 | 60.83% | 289 | 28.35% | 56 | 42.30% | 290 |
| | $ | | | 67.46% | 217 | 100.00% | 538 | 67.08% | 652 | 80.83% | 289 | 28.35% | 56 | 42.30% | 290 |
| Results Where Loans Do Not Meet the Pooling Requirements | $ - | - | - | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 |

FHFA01002843



"Mayer, Steven"
&lt;smayer@lehman.com&gt;
03/23/2007 09:42 AM

To  "David R Hackney" &lt;david_hackney@freddiemac.com&gt;,
"Chad Levrini" &lt;chad_levrini@freddiemac.com&gt;,
&lt;amy_lynn_debone@freddiemac.com&gt;

cc

bcc

Subject  FW: Nomura 2007-3: proposed Freddie Pool

History:              🖘 This message has been forwarded.

Guys - here are the conf strat and agg strats for the Nomura 07-3 deal.
Will have an offering level o napprox $275mm AAA fltrs shortly. Deal
will settle 4/10.
&gt;
&gt; ─────────────────────────────────────
&gt; From:        Luk, Samuel
&gt; Sent:        Thursday, March 22, 2007 6:31 PM
&gt; To:          Mayer, Steven
&gt; Cc:          Covello, Daniel; Quinn, Patrick G; Dunn, Matthew F; Stone, Mary;
&gt; Mellia, Christopher M; Chivukula, Ram
&gt; Subject:        Nomura 2007-3: proposed Freddie Pool
&gt;
&gt; Steve,
&gt;
&gt; As discussed, attached are strats and a loan level tape for the
&gt; conforming Freddie group for this deal.
&gt;
&gt;  &lt;&lt;final group.zip&gt;&gt;  &lt;&lt;NOMURA AGG EXTERNAL -- 03-22-07.htm&gt;&gt;
&gt; Attached are details of the deal (all deal details are pending
&gt; confirmation):
&gt;
&gt; - Capital structure down to BBB-/Baa3/BBB (low)- S&P, Moodys, DBRS,
&gt; respectively
&gt; - Swap/Cap derivatives
&gt; - Fully funded OC
&gt; - Main Originators: ResMAE (79.5%) and WMC (8.9%)
&gt; - Servicer: approx 79.6% of loans serviced by Equity One, 20.3%
&gt; serviced by Ocwen, and the rest serviced by Wells Fargo
&gt; - Master Servicer/Securities Admin/Credit Risk Manager/Custodian:
&gt; Wells Fargo
&gt;
&gt; Please let us know if Freddie has any issues with these loans.
&gt;
&gt; Nomura would like to be in the market by Monday. We would need
&gt; Freddie's feedback on their involvement in the deal by today.
&gt;
&gt; Thanks!
&gt;
&gt;
&gt; Samuel Luk
&gt; LEHMAN BROTHERS INC.
&gt; Address | 745 7th Avenue, Floor 7 | New York, NY 10019
&gt; Phone | 212-526-9637  Fax | 646-834-4236
&gt; E-mail | samuel.luk@lehman.com
&gt;
&gt;
&gt; .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. ..
&gt; .. .. .. ..

CONFIDENTIAL                                                                    FHFA01002844

Message                                                     Govt   **MSG**
1<GO>DEL 2<GO>REPLY 3<GO>FWD 11<GO>NEXT 12<GO>PREV 99<GO>OPTIONS

   4/26 16:19:08          •STEVE MAYER, LEHMAN BROTHERS, INC


212-526-8616          745 7TH AVE NY, NY 10019.  CELL: ████████

           PRICED
USER    Deal: NHELI 2007-3 Bond: 1-A-1
INFO    Size:           $45,105,000
        Price:          $100
        Variance:       +/-10%
        Settle:         4/30/07              Dated:     4/30/07
        1st pay:        5/25/07    Legal final:      2/25/37
        Delay:          0 days  Accrual:         act/360
        Coupon:         L+24 bps, AFC Floater, swap
        Rating:         M=Aaa, S=AAA, F=NA, D=AAA
        Structure:      REMIC
        First LIBOR Calc:  1 MO LIBOR, no interpolation
        Targeting Low Mod Sub Goals For Owner Occupied Purchase

This message is for informational purposes only and intended only for the designated recipient. It should not be relied upon or regarded as an offer to sell or as a solicitation of an offer to buy any product, as an official confirmation or statement of Lehman Brothers. All values with respect to indicative values or representations made that any transaction can be effected at the values shown. The values provided are not necessarily values of assets carried on Lehman Brothers' books and records. Lehman shall not be liable for the provision of this information. Its completeness or accuracy. Prospectus materials can be obtained by contacting your sales rep or the Prospectus Services: (212) 526-0100

Australia 61 2 9777 8600     Brazil 5511 3048 4500     Europe 44 20 7330 7500     Germany 49 69 920410
Hong Kong 852 2977 6000 Japan 81 3 3201 8900 Singapore 65 6212 1000 U.S. 1 212 318 2000 Copyright 2007 Bloomberg L.P.
                                                        G793-738-3 26-Apr-2007 16:32:26

CONFIDENTIAL                                              FHFA01002845

```
Message                                          Govt   MSG
1<GO>DEL 2<GO>REPLY 3<GO>FWD 11<GO>NEXT 12<GO>PREV 99<GO>OPTIONS

  4/26 16:10:44 edit&fwd by STEVE MAYER, LEHMAN BROTHERS, INC
        originated by DAVID HACKNEY, FREDDIE MAC

212-526-0616          745 7TH AVE NY, NY 10019.  CELL: ███████████

       AGREE- BUT PUT EXACT SIZE IN BECAUSE WE HAVE IT:
USER   Deal: NWELI 2007-3 Bond: 1-A-1
INFO   Size:          $245,105,000
       Price:         $100
       Variance:      +/-10%
       Settle:            4/30/07          Dated:      4/30/07
       1st pay:           5/25/07   Legal final:       2/25/37
       Delay:             0 days  Accrual:         act/360
       Coupon:            L+24 bps, AFC Floater, swap
       Rating:            M=Aaa,  S=AAA, F=NA, D=AAA
       Structure:     REMIC
       First LIBOR Calc:  1 MO LIBOR, no interpolation
       Targeting Low Mod Sub Goals For Owner Occupied Purchase
```

This message is for information purposes only and intended only for the designated recipient(s) should not be relied upon or regarded as an offer to sell or as a solicitation of an offer to buy any product as an official confirmation or statement of Lehman Brothers or its affiliates with respect to indicative values any representation is made that any transaction can or could be effected at the quoted prices and any prices provided are not necessarily referable to Lehman Brothers books other records it will not be liable for the provision of this information its completeness or accuracy. Prospectus materials can be obtained by contacting your sales rep or RBF Prospectus Services at (800) 342-4108.

```
Australia 61 2 9777 8600      Brazil 5511 3048 4500      Europe 44 20 7330 7500      Germany 49 69 920410
Hong Kong 852 2977 6000 Japan 81 3 3201 8900 Singapore 65 6212 1000 U.S. 1 212 318 2000 Copyright 2007 Bloomberg L.P.
                                                                    G793-738-3 26-Apr-2007 16:10:54
```

CONFIDENTIAL                                                          FHFA01002846



"Mayer, Steven"
<smayer@lehman.com>

04/26/2007 04:06 PM

To   "David R Hackney" <david_hackney@freddiemac.com>

cc

bcc

Subject   RE: NHELI 2007-3 reps

got it

**From:** David R Hackney [mailto:david_hackney@freddiemac.com]
**Sent:** Thursday, April 26, 2007 4:03 PM
**To:** Mayer, Steven
**Subject:** NHELI 2007-3 reps

Steve Mayer
NHELI 2007-3
With respect to our participation concerning the above deal, it is our
understanding that:

1. You have read our current Investment Requirements, which are attached.
2. The deal cash flows will conform in all material respects to the Investment
Requirements.
3. The related deal documents will contain in all material respects all of our
required representations and covenants set forth in the Investment Requirements.
4. The deal is anticipated to be structured as a QSPE.

Please send the final deal documents as soon as they are available to
*abs_docs@freddiemac.com* .  I will coordinate with our legal department to make
sure all our requirements are incorporated correctly.  You can reach me at (571)
382- 4180.

We would appreciate it if you would acknowledge your receipt of this email. Such
acknowledgement will not constitute or be deemed to constitute a confirmation or
an agreement with respect to the foregoing.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - This message is intended only for
the personal and confidential use of the designated recipient(s) named above. If you are not the
intended recipient of this message you are hereby notified that any review, dissemination,
distribution or copying of this message is strictly prohibited. This communication is for
information purposes only and should not be regarded as an offer to sell or as a solicitation of an

CONFIDENTIAL