# Exhibit W

| | |
|---|---|
| **From:** | Cao, Lin |
| **Sent:** | Tuesday, March 13, 2007 8:58 AM |
| **To:** | Gussmann, David |
| **Subject:** | FW: Do you have them? |
| **Attachments:** | JPM_final_SUMMARY_Nov_29_06.htm |

David:

This is an example on the analysis generated by Investor Channel. Somehow this year, the traders only send me the housing goal estimation, which is item #6 on this form.

Our company historically had difficulty meeting PMM subgoals. Starting 2006, Paul's team had been tasked to focus on bring in goal-rich bonds to help on PMM subgoals. This mission is a tradeoff of credit risk as you can imagine. More goal rich loans mean low-income borrowers. Since the subprime volume is so low this year, Paul told me they are going to score Alt-A bonds for goals as well this year if they can get income in the data tape, which was hard to get before. I do see couple of the Alt-A bonds that have goal estimation, which will be scored for housing goals. When CJ's model is ready, I hope we could run these Alt-A bonds first. My goal for this week and next week is to run CJ's model on this year's new settlements -a great way to practice and find something interesting. :)

------------------------

*Lin Cao*
*Capital Markets*
*Fannie Mae*
*202-752-1488*

**From:** Salahuddin, Shayan
**Sent:** Monday, December 18, 2006 1:24 PM
**To:** Cao, Lin
**Subject:** RE: Do you have them?

**Shayan Salahuddin**
**Sr. Trader - Fannie Mae Capital Markets**
**202.752.5532**
<u>shayan_salahuddin@fanniemae.com</u> | <u>shayanzs@bloomberg.net</u>

The electronic mail message you have received and any files transmitted with it are confidential and solely for the intended addressee(s)'s attention. Do not divulge, copy, forward, or use the contents, attachments, or information without permission of Fannie Mae. Information contained in this message is provided solely for the purpose stated in the message or its attachment(s) and must not be disclosed to any third party or used for any other purpose without consent of Fannie Mae. If you have received this message and/or any files transmitted with it in error, please delete them from your system, destroy any hard copies of them, and contact the sender.

CONFIDENTIAL

FHFA00172441
FHFA172441