# Exhibit Y

| | |
|---|---|
| **From:** | Zhao, CJ |
| **Sent:** | Wednesday, July 25, 2007 9:27 AM |
| **To:** | Gussmann, David; Gonzalez-Rey, Francisco G; Cao, Lin |
| **Cc:** | Jin, Yawei |
| **Subject:** | RE: appraisal bias |

In that case, send Andre Gao's team the whole universe of subprime loans for which we have addresses -- don't need to be deal by deal.

They do have confidence scores in terms of how accurate they think the projected property values are, and it seems that overall, they do have lots of transaction data even for the subprime loans in this deal.

Also, their recent conclusion is: New Century loans have very significant appraisal bias, so are loans from HSBC. Of course, as always, this kind of information comes after all the headlines, not before.

---

**From:** Gussmann, David
**Sent:** Wednesday, July 25, 2007 10:22 AM
**To:** Zhao, CJ; Gonzalez-Rey, Francisco G; Cao, Lin
**Cc:** Jin, Yawei
**Subject:** RE: appraisal bias

No,

I want to construct a back test to see what the metrics mean.

Take care - David



David Gussmann

VP Capital Markets Strategy, Credit Risk

Fannie Mae

M# 202-904-6587

O# 202-752-5788

The electronic mail message you have received and any files transmitted with it are confidential and solely for the intended addressee(s)'s attention. Do not divulge, copy, forward, or use the contents, attachments, or information without permission of Fannie Mae. Information contained in this message is provided solely for the purpose stated in the message or its attachment(s) and must not be disclosed to any third party or used for any other purpose without consent of Fannie Mae. If you have received this message and/or any files transmitted with it in error, please delete them from your system, destroy any hard copies of them, and contact the sender.

1

CONFIDENTIAL

FHFA01660951
FHFA1660951

**From:** Zhao, CJ
**Sent:** Wednesday, July 25, 2007 10:21 AM
**To:** Gussmann, David; Gonzalez-Rey, Francisco G; Cao, Lin
**Cc:** Jin, Yawei
**Subject:** appraisal bias

Do we want to use the appraisal bias information for our deal analysis?

For this SAST deal, if I re-compute the oltv and origCltv using our model predicted home value for all loans whenever available (the properties are on average about 10% overvalued in this deal), the loss along expected scenario is 10.69%, compared to 7.03% for original loan tape. So the appraisal bias is a big deal in terms of impact on our bond analysis if we believe in our model projected property values.

If we further shock the HPA down by 3% for first year (and smaller shocks between year 2 - 5), original loan tape would generate a loss of 10.21%, and the new loan tape re-marked with our model predicted property values would generate a loss of 14.71%, still not enough to break the A- bond. And if the default does peak 12 months earlier than model projected, the loss did go up to as high as 21.61%, the only scenario that is sufficient to break A- bond -- a not totally unlikely scenario though but rather than "expected", it is somewhat "stress".

This e-mail and its attachments are confidential and solely for the intended addressee(s). Do not share or use them without Fannie Mae's approval. If received in error, contact the sender and delete them.

CONFIDENTIAL