# Exhibit AA

# In The Matter Of:

## *(C-"FHFA-ALL") FEDERAL HOUSING FINANCE AGENCY, ETC.*

_____

## *RAYMOND ROMANO - Vol. 1*
### *September 30, 2013*

_____

**MERRILL CORPORATION**
LegaLink, Inc.
225 Varick Street
10th Floor
New York, NY 10014
Phone: 212.557.7400
Fax: 212.692.9171

```
                UNITED STATES DISTRICT COURT

                SOUTHERN DISTRICT OF NEW YORK

   -------------------------------------x

   FEDERAL HOUSING FINANCE AGENCY, etc.     :

      Plaintiff,                            :

      vs.                                   : 11 Civ. 6188

   JPMORGAN CHASE & CO., et al.             : (DLC)

      Defendants.                           :

   -------------------------------------x

   FEDERAL HOUSING FINANCE AGENCY, etc.,    :

      Plaintiff,                            :

      vs.                                   : 11 Civ. 6189

   HSBC NORTH AMERICA HOLDINGS, INC., et    : (DLC)
   al.,                                     :

      Defendants.                           :

   -------------------------------------x

   FEDERAL HOUSING FINANCE AGENCY, etc.,    :

       Plaintiff                            :

      vs.                                   : 11 Civ. 6190

   BARCLAYS BANK PLC, et al.,               : (DLC)

      Defendants.                           :

   -------------------------------------x
```

            Videotaped Deposition of Raymond Romano

                  Monday, September 30, 2013

```
 1     ----------------------------------------x
 2     FEDERAL HOUSING FINANCE AGENCY, etc.,      :
 3         Plaintiff,                             :
 4         vs.                                    : 11 Civ. 6192
 5     DEUTSCHE BANK AG, et al.,                  : (DLC)
 6         Defendants.                            :
 7     ----------------------------------------x
 8     FEDERAL HOUSING FINANCE AGENCY, etc.,      :
 9         Plaintiff,                             :
10         vs.                                    : 11 Civ. 6193
11     FIRST HORIZON NATIONAL CORP., et al.,      : (DLC)
12         Defendants.                            :
13     ----------------------------------------x
14     FEDERAL HOUSING FINANCE AGENCY, etc.,      :
15         Plaintiff,                             :
16         vs.                                    : 11 Civ. 6195
17     BANK OF AMERICA CORP., et al.              :
18         Defendants.                            :
19     ----------------------------------------x
20     FEDERAL HOUSING FINANCE AGENCY, etc.,      :
21         Plaintiff,                             :
22         vs.                                    : 11 Civ. 6198
23     GOLDMAN, SACHS & CO., et al.,              : (DLC)
24         Defendants.                            :
25     ----------------------------------------x
```

```
 1     ------------------------------------------x
 2     FEDERAL HOUSING FINANCE AGENCY, etc.,      :
 3          Plaintiff,                            :
 4          vs.                                   : 11 Civ. 6200
 5     CREDIT SUISSE HOLDINGS (USA), INC.,        : (DLC)
 6     et al.,                                    :
 7          Defendants.                           :
 8     ------------------------------------------x
 9     FEDERAL HOUSING FINANCE AGENCY, etc.,      :
10          Plaintiff,                            :
11           vs.                                  : 11 Civ. 6201
12     NOMURA HOLDING AMERICA, INC., et al.,      : (DLC)
13          Defendants.                           :
14     ------------------------------------------x
15     FEDERAL HOUSING FINANCE AGENCY, etc.,      :
16          Plaintiff,                            :
17          vs.                                   : 11 Civ. 6202
18     MERRILL LYNCH & CO., INC., et al.,         : (DLC)
19          Defendants.                           :
20     ------------------------------------------x
21
22
23
24
25
```

RAYMOND ROMANO - 9/30/2013

Page 4

```
 1     ------------------------------------x
 2     FEDERAL HOUSING FINANCE AGENCY, etc.,    :
 3          Plaintiff,                          :
 4          vs.                                 : 11 Civ. 6203
 5     SG AMERICAS, INC., et al.,               : (DLC)
 6          Defendants.                         :
 7     ------------------------------------x
 8     FEDERAL HOUSING FINANCE AGENCY, etc.,    :
 9          Plaintiff,                          :
10          vs.                                 : 11 Civ. 6739
11     MORGAN STANLEY, et al.,                  : (DLC)
12          Defendants.                         :
13     ------------------------------------x
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1     ----------------------------------------x
 2     FEDERAL HOUSING FINANCE AGENCY,           :
 3     AS CONSERVATOR FOR THE FEDERAL HOME       :
 4     LOAN MORTGAGE CORPORATION                 :
 5         Plaintiff,                            :
 6         vs.                                   : 11 Civ. 7010
 7     ALLY FINANCIAL, INC., GMAC MORTGAGE       : (DLC)
 8     GROUP, INC., ALLY SECURITIES, LLC         :
 9     J.P. MORGAN SECURITIES, LLC               :
10     f/k/a J.P. MORGAN SECURITIES, INC.,       :
11     and as successor-in-interest to           :
12     BEAR, STEARNS & CO., INC.,                :
13     CREDIT SUISSE SECURITIES (USA) LLC,       :
14     f/k/a CREDIT SUISSE FIRST BOSTON, LLC,    :
15     RBS SECURITIES, INC., f/k/a GREENWICH     :
16     CAPITAL MARKETS, INC., CITIGROUP          :
17     GLOBAL MARKETS, INC., BARCLAYS            :
18     CAPITAL INC., UBS SECURITIES LLC,         :
19     and GOLDMAN, SACHS & CO.                  :
20         Defendants                            :
21     ----------------------------------------x
22
23
24
25
```

```
 1              IN THE UNITED STATES DISTRICT COURT
 2                   DISTRICT OF CONNECTICUT
 3     ----------------------------------x
 4     FEDERAL HOUSING FINANCE AGENCY,    :
 5     etc.,                              :
 6         Plaintiff,                     :
 7         vs.                            : Case No.
 8     THE ROYAL BANK OF SCOTLAND GROUP   : 3:11-cv-01383-AWT
 9     PLC, et al.,                       :
10         Defendants.                    :
11     ----------------------------------x
12
13
14
15             Videotaped Deposition of Raymond Romano
16                        Washington, D.C.
17                      September 30, 2013
18                           9:07 a.m.
19
20
21
22
23     Job No. 238497
24     Pages 1 -
25     Reported by:   Bonnie L. Russo
```

```
 1                      RAYMOND ROMANO
 2         Q.    If you take a moment just to -- not
 3    to read the entire thing, but flipping through
 4    it, my question is:  Do you recognize this
 5    document?  Have you seen it before?
 6         A.    This specific document?  I mean, I
 7    don't recall but it wouldn't -- I wouldn't say
 8    that I wasn't -- would not have seen it in
 9    advance or at a board meeting.
10         Q.    As of June 4, 2009, if something is
11    going to the business and risk committee of the
12    board of directors, is that something you would
13    have been involved in or expect to have been
14    involved in?
15         A.    I normally attended the business and
16    risk committee meeting, so I would have
17    received packages -- the package for the
18    committee and the relevant sections that I
19    would participate in.
20         Q.    So you would expect if this went to
21    the business and risk committee of the board of
22    directors, this is a document you would have
23    seen?
24               MR. OBLAK:  Objection to form.
25               THE WITNESS:  I am not sure I would
```

```
 1                      RAYMOND ROMANO
 2      have or not.  I may not have been participating
 3      in this portion of the meeting, but it's
 4      possible I did as well.
 5              BY MR. BREBNER:
 6         Q.   Do you recall a discussion at the
 7      business and risk committee of the board of
 8      directors of the cost of Freddie Mac's
 9      affordable housing mission at or around this
10      time?
11         A.   I don't recall those meetings.  It
12      is possible they took place.  I just don't
13      recall.
14         Q.   Can you turn to Page 7 of the
15      presentation?  If you can take a moment to
16      review Page 7?
17              My question for you is:  During the
18      2005 to 2007 time period, as the senior credit
19      risk oversight officer at Freddie Mac, did you
20      understand that goal qualifying loans tended to
21      be higher risk?
22              MR. OBLAK:  Objection to form.
23              THE WITNESS:  I have no idea.
24              BY MR. BREBNER:
25         Q.   You understood at the time that
```

```
 1                    RAYMOND ROMANO
 2        housing goals and subgoals targeted low income
 3        borrowers in areas?
 4               MR. OBLAK:  Objection to form.
 5               THE WITNESS:  The goals were
 6        specifically around affordable conditions.
 7               BY MR. BREBNER:
 8          Q.   You understood at the time that they
 9        were targeting lower income borrowers in areas?
10               MR. OBLAK:  Objection to form.
11               THE WITNESS:  The goals and
12        objectives were to ensure that Freddie Mac was
13        providing liquidity to low and affordable
14        income areas.
15               BY MR. BREBNER:
16          Q.   And you understood as a credit risk
17        person that lower household income correlates
18        with various risk factors, such as less wealth,
19        less employment stability, higher loan-to-value
20        ratios or lower credit scores?
21               MR. OBLAK:  Objection to form.
22               THE WITNESS:  They could, but it
23        doesn't mean that was exclusive.
24               BY MR. BREBNER:
25          Q.   Not exclusive, but you understood
```

```
 1                      RAYMOND ROMANO
 2         there was a correlation there, correct?
 3                 MR. OBLAK:  Objection to form.
 4                 THE WITNESS:  I believe that there
 5         is a potential for portions of those loans to
 6         have a higher probability of default.
 7                 BY MR. BREBNER:
 8            Q.   Because lower household income
 9         correlates with various risk factors?
10                 MR. OBLAK:  Objection to form.
11                 THE WITNESS:  Not because of that.
12         It had all to do with what type of mortgage
13         products the consumers actually take out.
14                 BY MR. BREBNER:
15            Q.   Did you understand as somebody who
16         has been involved in the mortgage industry for
17         a long period of time that lower household
18         income correlates with various risk factors?
19                 MR. OBLAK:  Objection to form.
20                 THE WITNESS:  More affordable
21         borrowers may take out transactions that have
22         higher loan-to-values possibly, yes.
23                 BY MR. BREBNER:
24            Q.   And it is not just the
25         loan-to-value, also debt-to-income?
```

```
 1                    RAYMOND ROMANO
 2              MR. OBLAK:  Objection to form.
 3              THE WITNESS:  Debt-to-income, I
 4     mean, the lower the income, the harder it is to
 5     stay underneath that income ratios, but that
 6     doesn't mean that every borrower had high debt
 7     ratios.
 8              BY MR. BREBNER:
 9         Q.   I am not talking about every
10     borrower.
11              As a general matter, did you
12     understand that lower income -- lower household
13     income correlated with risk factors such as
14     higher debt-to-income?
15              MR. OBLAK:  Objection to form.
16              MR. MORVILLO:  Join.
17              THE WITNESS:  I'm not sure that -- I
18     mean, there might be a correlation.  I'm not
19     sure I looked at it that way.
20              BY MR. BREBNER:
21         Q.   Did you understand that there was
22     correlation between lower household income and
23     lower credit scores?
24              MR. OBLAK:  Objection to form.
25              THE WITNESS:  That may very well be
```

```
 1                        RAYMOND ROMANO
 2         true.  I don't think we have looked at it that
 3         way.
 4                   BY MR. BREBNER:
 5              Q.   Well, you may not have, but it says
 6         that in the memo here that was presented to the
 7         business and risk committee of the board of
 8         directors on June 4th, 2009, correct?
 9                   MR. OBLAK:  Objection to form.
10                   THE WITNESS:  I think it is talking
11         about in this chart, just the higher
12         probabilities of default and it's -- how it
13         applies to goal qualifying loans.
14                   BY MR. BREBNER:
15              Q.   Right.  And the second bullet under
16         goal qualifying loans tend to be higher risk
17         states:  "Lower household income correlates
18         with various risk factors, such as less wealth,
19         less employment stability, higher loan-to-value
20         ratios or lower credit scores."
21                   You see that, correct?
22              A.   That's what it says.
23              Q.   Do you have a basis to disagree with
24         that statement of correlation?
25                   MR. OBLAK:  Objection to form.
```