# Exhibit DD

Message#: 20307
Message Sent: 11/18/2005 14:55:54
From: APAS@bloomberg.net|AARON PAS|FREDDIE MAC|1159|274981
To: KVNPALMER@bloomberg.net|KEVIN PALMER|FREDDIE MAC|1159|274845
Subject:

i haven't talked with steve yet, but i think we'll probably
need a 10% mezz on this one. modeling this as amortizing fixed,
AAA LC would require 5.23% CE. steve was off the desk last time
i called, i'll give him an hr and call back to get an
indication of potential CE.
Reply:
ok. If that is the case, I want to send an email to Frank and
Mike. Since it is for the benefit of the housing goals, adding
a 10% mezz we lose those loans. will look for an exception
given are aggressiveness on credit on the front end for these
loans.

CONFIDENTIAL

FHFA11516379
FHFA11516379