# Exhibit D

| Freddie Mac<br>ABS-FLT-S<br>Trade No. 1087, Vs. 1<br>Dec 19, 2005 17:32:20 | NEW TRADE<br>PMG: [signature]  JXD Trade Ops: | | |
|---|---|---|---|
| | BUY  NHELI_06-FM1: IA1  ABS/ABS | | Nov 25, 2035 |

| | | | | | |
|---|---|---|---|---|---|
| **Asset ID:** | B5A03LVM5 | Payment Delay: | 0 | **Trade Date:** | Dec 19, 2005 |
| **Ticker:** | NHELI06FM1-IA1 | Date Convention: | ACT/360 | **Settle Date:** | Jan 31, 2006 |
| Coupon: | 0.00000 | Accrual Date: | Jan 30, 2006 | Broker: | NHA |
| Coupon Type: | FLOAT | First Coupon Date: | Feb 25, 2006 | NOMURA SECURITIES INTERNATIONAL | |
| Frequency: | MONTHLY | Next Pay Date: | Feb 27, 2006 | Broker Contact: | |
| Reset Term: | MONTHLY | Odd First Pmt: | ☑ Yes ☐ No | | |
| Maturity Date: | Nov 25, 2035 | AMT: | ☐ Yes ☑ No | Original Par: | 300,000,000.000 |
| Issue Date: | Jan 30, 2006 | ERISA: | ☐ Yes ☐ No | Factor: | 1.000000000 |
| Min Trade Size: | N/A | 144A: | ☐ Yes ☑ No | Factor Date: | Jan 30, 2006 |
| Min Trade Increment: | N/A | Notional: | ☐ Yes ☑ No | Current Par: | 300,000,000.000 |

**General Use**

L+23, Max 25% (Fixed + 5/25) B5A03LVM5,
NHELI 2005-FM1
Originator   RFC
Servicer   Equity one M/S - Aaa/AAA,
Creditreview process completed
REMIC
Subject to July 05 FreddieReps
Allowable delivery variance on size: +/-10%
Model: 1.2ABS30_SUB_650F, 1.2_STD_ARM228
Enhancement: 20%
HighlyRated Policy Compliance:
1. Rated AA or better? Yes, AAA/Aaa/AAA
2. Interest rate on thesecurity is different to the interest rate on the collateral?Yes. Bond pays L+23, Collateralhas a GWAC of 7.631%

3. Doesthe deal have sufficient subordination? Yes. 20% initial subordination, plus excess spread.

First LIBOR setting: 1/27/2006
Is there an interpolation?: No
Pricing Method: HETP

**Special Instructions**
Trade exceeded trader dailylimit and Mike Aneiro has approved the trade.

**Miscellaneous Information**

| | |
|---|---|
| Asset OAS: | 36.03 |
| Debt Yld: | 4.714 |
| Expct ROE: | 21.3 |
| Sprd Dur: | 1.12 |
| CDI File: | NHELI05FM1 |
| TrdPurpose: | REG PURCH |
| Debt OAS: | -13.524 |
| % Asn Cap: | 1.5 |
| ACCTG_DESIG: | NHD_NONCASH |

| | |
|---|---|
| Price: | 100-00 |
| | 100.00000000 |
| **Principal:** | (300,000,000.00) |
| Interest: | 0.00 |
| Commission: | 0.00 |
| **Net Money:** | (300,000,000.00) |
| Currency: | USD |
| **Net Cash Flow:** | OUT |

| | |
|---|---|
| Exchange rate: | |
| Discount: | |
| Option Type: | |

| | |
|---|---|
| Prepay: | 100.00 BLK |
| Yield: | 5.070 |
| YTC: | |
| Duration: | 0.07000 |
| Convexity: | -0.02000 |

| S & P | Moody | DBRS |
|---|---|---|
| NR | NR | |
| **Fitch** | **NAIC** | |
| NR | | |

| | |
|---|---|
| Discretionary: | ☑ Yes ☐ No |
| Liquid: | ☑ Yes ☐ No |
| Segregate: | ☑ Yes ☐ No |
| Release: | ☐ Yes ☑ No |

Entry Date: Dec 19, 2005

Created: 19, 2005 17:32:39

Freddie Mac - ABS Float AFS (ABS-FLT-S)
Trade No. 1087, Vs. 1

FreddieMac

A/C# 01          Copyright©2001 BlackRock Solutions. All Rights Reserved.          DTC (WIRE ROOM)

**NHELI 05 FM1**

Pretrade Analysis 12/15/2005
Trade Analysis 12/19/2005

| Curve | Spread | Name | CashFlowType | Trade Date | Settlement Date | DealName | Tranche Name | DealMode | Port. OAS | CurrentFace | FlatPrice | ZVSpread | ZVBEY | NomBEY | OAS | EffectiveDuration | EffectiveConvexity | SpreadDuration | ZVProj WAL | NomProj WAL | OptionCost |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LIBOR | L+23 | Intex CMO 2 | MBS | 12/19/2005 | 1/31/2006 | nheli06fm1 | IA1 | New | | 326,143,000 | 100.00 | 22.51 | 5.07 | 4.89 | 22.50 | 0.07 | -1.51E-02 | 1.12 | 1.14 | 1.13 | 0.01 |
| LIBOR | | | | | | | | | | | | | | | | | | | | | |
| AGENCY | L+23 | Intex CMO 2 | MBS | 12/19/2005 | 1/31/2006 | nheli06fm1 | IA1 | New | | 326,143,000 | 100.00 | 36.05 | 5.07 | 4.89 | 36.03 | 0.07 | (0.02) | 1.12 | 1.14 | 1.13 | 0.02 |
| AGENCY | 0 | | | | | | | | | | | | | | | | | | | | |

DEBT OAS (13.524)
DEBT YIELD 4.714

LOAS 22.504
AOAS 36.028

YIELD - OPT CST 5.074
EFF DUR 0.071
EFF CVX (0.015)
SPRD DUR 1.12

NO LOSSES

RO 12/19/05

## ROE Calculator (Production) Results Sheet
### Agency Product

Time Of Report: Mon Dec 19 15:26:43 EST 2005
ROE Calculator Effective Date: 05/05/2004
ROE Calculator Prepared On: 12/19/05 3:26 PM

**Product: ABSFloaterUnwrapAAA:1.5**

### Inputs

| Variable Name | Value |
|---|---|
| Product Type | PASS_THROUGH |
| Issuer | NON_FREDDIE |
| Flat Price | 100.00 |
| Zero Vol Yield (%) | 5.07 |
| Option Cost (bps) | 0.0 |
| Asset To Agency OAS (bps) | 36.0 |
| Operation Risk Add On (bps) | 0.0 |
| Spread Duration | 1.12 |
| Market Value ($) | 1.00 |

### Outputs

| Variable Name | Current Value |
|---|---|
| ROE (%) | 21.30 |
| PVA Percent of MV (%) | .15 |
| PVA | .00 |
| Capital Charge (%) | 1.50 |
| Stand-Alone Capital (%) | 1.50 |
| Marginal Capital (%) | 1.50 |
| Operational Risk Capital (bps) | 0.0 |
| Min. Capital Adjust. to OAS (bps) | -4.0 |
| MRB Adjustment to OAS (bps) | 2.0 |
| Credit Reserve (bps) | -2.0 |
| Adjusted Net OAS (bps) | 32.0 |
| Preferred Allocation (%) | 25.00 |
| Preferred Yield (%) | 3.86 |
| Preferred Tax Eq. Yield (%) | 5.94 |
| Tax Rate (%) | 35.00 |
| ROE Hurdle (%) | 9.00 |

### ROE Table(in percent)- Agency

|  | 3.57 | 4.07 | 4.57 | 5.07 | 5.57 | 6.07 | 6.57 |
|---|---|---|---|---|---|---|---|
| 30.03 | 17.07 | 17.33 | 17.60 | 17.87 | 18.13 | 18.40 | 18.67 |
| 31.03 | 17.64 | 17.91 | 18.17 | 18.44 | 18.71 | 18.97 | 19.24 |
| 32.03 | 18.21 | 18.48 | 18.74 | 19.01 | 19.28 | 19.54 | 19.81 |
| 33.03 | 18.78 | 19.05 | 19.32 | 19.58 | 19.85 | 20.12 | 20.38 |
| 34.03 | 19.36 | 19.62 | 19.89 | 20.16 | 20.42 | 20.69 | 20.96 |
| 35.03 | 19.93 | 20.20 | 20.46 | 20.73 | 21.00 | 21.26 | 21.53 |
| 36.03 | 20.50 | 20.77 | 21.03 | 21.30 | 21.57 | 21.83 | 22.10 |
| 37.03 | 21.07 | 21.34 | 21.61 | 21.87 | 22.14 | 22.41 | 22.67 |
| 38.03 | 21.65 | 21.91 | 22.18 | 22.45 | 22.71 | 22.98 | 23.25 |
| 39.03 | 22.22 | 22.49 | 22.75 | 23.02 | 23.29 | 23.55 | 23.82 |
| 40.03 | 22.79 | 23.06 | 23.32 | 23.59 | 23.86 | 24.12 | 24.39 |
| 41.03 | 23.36 | 23.63 | 23.90 | 24.16 | 24.43 | 24.70 | 24.96 |
| 42.03 | 23.94 | 24.20 | 24.47 | 24.74 | 25.00 | 25.27 | 25.54 |

First Row: Zero Vol Yield less Option Cost (%)          First Column: Asset/Debt Net OAS(bps)

CONFIDENTIAL                                                                                                           FHFA00001133

 **Vinod Kushawaha**/HQ/FHLMC
12/19/2005 04:00 PM

To
cc  Barbara Cvek/HQ/FHLMC@FHLMC, DIG@FHLMC, Lori A Geftic/HQ/FHLMC@FHLMC, Xiang Xie/HQ/FHLMC@FHLMC
bcc
Subject  Re: Please set up the following Home Equity Floater: NHELI 2006- FM1

Reviewed.

Vinod Kushawaha
Financial Specialist
Reference Data Management
Investment and Capital Markets Ops Dept
(571) 382-4338


DIG/HQ/FHLMC

 **DIG/HQ/FHLMC**
Sent by: Barbara Cvek
12/19/2005 03:32 PM

To  Xiang Xie/HQ/FHLMC@FHLMC, Vinod Kushawaha/HQ/FHLMC@FHLMC
cc  DIG@FHLMC, Lori A Geftic/HQ/FHLMC@FHLMC
Subject  Re: Please set up the following Home Equity Floater: NHELI 2006- FM1

B5A03LVM5

Vinod - Please review.
Thanks.

Xiang Xie/HQ/FHLMC

**Xiang Xie/HQ/FHLMC**
12/19/2005 02:53 PM

To  DIG@FHLMC
cc  Lori A Geftic/HQ/FHLMC@FHLMC
Subject  Please set up the following Home Equity Floater: NHELI 2006- FM1

DIG:

Please set up the following Home Equity floater:

CDI:      NHELI06FM1
Deal:     NHELI 2006-FM1
Bond:     I-A-1

Size:     $300,000,000

CONFIDENTIAL
FHFA00001134

| | |
|---|---|
| Price: | $100.00 |
| Variance: | +/- 10% 06 |
| Settle: | 1/31/05 06    Dated:    1/30/05 06 |
| 1st pay: | 2/25/06    Legal final:    11/25/35 |
| Delay: | 0 days    Accrual:    act/360 |
| Coupon: | L+23 bps, AFC Floater, SWAP |
| Rating: | M=Aaa S=AAA |
| Structure: | REMIC |
| First LIBOR Setting: | 1/27/06 |
| First LIBOR Calc: | 1 MO LIBOR, no interpolation |

Spread:           23 bps
Index:            1m LIBOR

Pricing Method:   Mortgage ABS Home Equity Float    "HETP"
val_chartc:       HE - NO MI

CONFIDENTIAL
FHFA00001135

```
2                                                              Equity MSG
1<GO>DELETE. 2<GO>REPLY. 3<GO>FORWARD. 99<GO>MENU OF OPTIONS

12/19 15:41          *MICHAEL ANEIRO, FREDDIE MAC


571-382-4705.

       John, you have permission to buy for today:
USER
INFO   NHELI 2006-FM1, I-A-1, $300,000,000
       RAMP 2005-EFC 7, A-II, $199,376,000
```



THIS COMMUNICATION IS FOR INFORMATION PURPOSES ONLY AND IS NOT AN OFFER OR COMMITMENT TO BUY OR SELL SECURITIES OR AN OFFICIAL CONFIRMATION OF TERMS. INVESTMENTS AND STRATEGIES DISCUSSED, IF ANY, MAY NOT BE SUITABLE FOR ALL INVESTORS. FREDDIE MAC MAKES NO REPRESENTATION/WARRANTY AS TO THE ACCURACY OR COMPLETENESS OF THE INFORMATION DISCUSSED. PAST PERFORMANCE IS NOT A GUARANTEE OF FUTURE PERFORMANCE AND NO REPRESENTATION OR WARRANTY CAN BE MADE WITH REGARD TO FUTURE PERFORMANCE. ALL OPINIONS AND ESTIMATES CONTAINED IN THIS REPORT ARE SUBJECT TO CHANGE WITOUT NOTICE. THIS MATERIAL WILL NOT BE UPDATED. THE CONCLUSIONS HEREIN ARE THE AUTHOR'S AND DO NOT NECESSARILY REFLECT THE VIEW OF FREDDIE MAC.

Australia 61 2 9777 8600          Brazil 5511 3048 4500         Europe 44 20 7330 7500         Germany 49 69 920410
Hong Kong 852 2977 6000 Japan 81 3 3201 8900 Singapore 65 6212 1000 U.S. 1 212 318 2000 Copyright 2005 Bloomberg L.P.
                                                                                        G944-727-2 19-Dec-05 15:47:36

CONFIDENTIAL                                                                   FHFA00001136

## Intex CMO (Production) Results Sheet
Time Of Report: Mon Dec 19 15:24:59 EST 2005

### Intex CMO Characteristics

| | | | |
|---|---|---|---|
| Security Name | Intex CMO 2 | Deal Name | nheli06fm1 |
| Trade Date | 12/19/2005 | Tranche | IA1 |
| Settlement | 01/31/2006 | Deal Mode | New |
| Cash Flow | MBS | Tranche CUSIP | (No CUSIP Available) |
| Use All Known History | No | Do Optional Redemption | Yes |
| Override Known 1st Index | No | Optimize Wavg Clustering | Yes |
| Use FICO Data | No | Trading Acc'y Not Req'd | Yes |
| Use Loan Bal Data | No | Use Frac Refi Data | No |
| Use GEO Data | No | Use LTV Data | No |
| Fixed Period 'Hint' For ARMs | | WALA/WAM As Of Settle | No |
| Prepayment Multiplier | 100.0 | Interpolate Index Rates | Yes |
| Default Multiplier | 100.0 | Prepays Incl. Defaults | Yes |

### Prepay Model Mapping

| Names | Prepay | Mtg Rate | Default | Severity |
|---|---|---|---|---|
| Fix0-30 | v1.2ABS30_SUB_650F | 360 | SubPrimeFixed | SubPrimeFixed |
| ARM0-30 | v1.2ABS_ARM228 | 360 | SubPrimeARM | SubPrimeARM |

### Deal/Tranche Diagnostic Info

| | |
|---|---|
| Deal Issuer | NHELI06FM1 |
| Tranche Original Bal | $326,143,000.00 |
| Tranche Current Bal | $326,143,000.00 |
| Tranche Factor | 1.0 |
| Issue CDU Date | 01/01/2006 |
| Original Settlement Date | 01/30/2006 |
| Latest CDU Date | 01/01/2006 |
| Latest Available CDU Date | 01/01/2006 |
| First Forecast Index Pay Date | 03/25/2006 |
| First Forecast Prepay Pay Date | 02/25/2006 |
| Tranche Groups | 1 |
| Tranche Coupon | 4.599% |
| Coupon | 7.2098% |
| WAC | 7.7248% |
| WALA | 3 |
| WAM | 356 |

### Analytics

| Name | Value |
|---|---|
| FlatPrice | 100.0 |
| FullPrice | 100.0128 |
| AccruedInterest | 0.0128 |
| OAS | 36.0277 |
| NomBEY | 4.89 |
| ZVBEY | 5.0744 |
| EffectiveDuration | 0.0743 |
| EffectiveConvexity | -0.0172 |
| VolDuration | |
| SpreadDuration | 1.1214 |
| Port.OAS | |
| OptionCost | 0.0225 |
| ZeroVolSpread | 36.0502 |
| KRD3 | |
| KRD12 | |
| KRD24 | |
| KRD36 | |
| KRD60 | |
| KRD84 | |
| KRD120 | |
| KRD180 | |
| KRD240 | |
| KRD300 | |
| KRD360 | |

### Notes

Deal Comment   *** TRIGGERS NOT FINALIZED****; ; Additional information is available upon request. The information contained herein is based on sources that we believe to be reliable, but we do not represent that it is accurate or complete. It is not to be considered as an offer to sell or solicitation of an offer to buy the securities or other products discussed herein. Any commentary contained herein was prepared by trading desk personnel. This is not a research report and the commentary contained herein should not be considered to be research. All prices, yields and opinions expressed are indicative only and are subject to change without notice. Nomura Securities International, Inc. and its affiliates (collectively, 'Nomura') may have a position in the securities or other products discussed herein, and may make purchases from and/or sales to customers on a principal basis or as agent for another person. Nomura also may have acted as an underwriter of such securities or other products, and may currently be providing investment banking services to the issuers of such securities or products.

Deal Modeling Notes (No Notes)

### Static Speeds

| | -100 | -50 | 0 | 50 | 100 |
|---|---|---|---|---|---|
| NomProj1 | 23.408 | 22.1596 | 20.9016 | 19.542 | 18.244 |

| | | | | | |
|---|---|---|---|---|---|
| NomProj12 | 41.2958 | 38.081 | 34.1967 | 29.3133 | 24.121 |
| NomProj60 | 26.0838 | 26.2614 | 26.3011 | 25.8957 | 26.0792 |
| NomProj120 | 14.0255 | 14.1288 | 14.152 | 13.9161 | 14.0228 |
| NomProjWALEquivCPR | 44.4354 | 42.292 | 39.7615 | 37.5878 | 35.6156 |
| NomProjWAL | 0.977 | 1.0435 | 1.131 | 1.2547 | 1.4022 |
| NomBEY | 3.93 | 4.4073 | 4.89 | 5.38 | 5.8772 |
| NomMEY | 3.8982 | 4.3673 | 4.841 | 5.3207 | 5.8065 |
| NomSpreadToWAL | -73.7156 | -26.6672 | 21.4166 | 70.1371 | 119.5305 |
| ZVProj1 | 21.7616 | 21.2752 | 20.7722 | 20.2541 | 19.728 |
| ZVProj12 | 40.437 | 37.4401 | 33.9486 | 29.6446 | 25.3023 |
| ZVProj60 | 25.6326 | 25.9422 | 26.1607 | 25.9749 | 26.4481 |
| ZVProj120 | 13.7634 | 13.9431 | 14.0702 | 13.9621 | 14.2376 |
| ZVProjWALEquivCPR | 43.8308 | 41.8488 | 39.5898 | 37.6958 | 36.041 |
| ZVProjWAL | 0.9951 | 1.058 | 1.1374 | 1.2466 | 1.3693 |
| ZVBEY | 4.1411 | 4.606 | 5.0744 | 5.5476 | 6.0255 |
| ZVMEY | 4.1058 | 4.5624 | 5.0216 | 5.4846 | 5.9512 |
| ZVSpreadToWAL | -53.0595 | -6.8285 | 39.8417 | 86.9185 | 134.4313 |

**Other Information**

| | |
|---|---|
| Vol Parameters | Skew 0.5 (BlackRock through Atlas) |
| Discounting Rate | Agency Purchase |
| Prepayment Rate | LiborSwap |
| COFI Rate | 3.074 |
| Prime Rate | 6.75 |
| 15 Yr Mortgage Rate | 5.712926609482782 |
| 30 Yr Mortgage Rate | 6.166780837567753 |
| 15 Yr Mortgage Prop | 24=0.12,60=0.4,120=0.4 |
| 30 Yr Mortgage Prop | 24=0.12,60=0.4,120=0.4 |

**Interest Rates**

| OAS | Curve Name | 1 | 3 | 6 | 12 | 24 | 36 | 48 | 60 | 84 | 120 | 180 | 240 | 360 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Libor/Swap | 4.37 | 4.502 | 4.668 | 4.82 | 4.831 | 4.841 | 4.861 | 4.884 | 4.92 | 4.984 | 5.083 | 5.133 | 5.162 |
| X | Agency Purchase | 4.19 | 4.322 | 4.498 | 4.665 | 4.696 | 4.71 | 4.736 | 4.772 | 4.818 | 4.877 | 4.985 | 5.031 | 5.067 |
| | Agency Issue | 4.19 | 4.322 | 4.498 | 4.665 | 4.715 | 4.737 | 4.753 | 4.776 | 4.832 | 4.884 | 4.987 | 5.028 | 5.054 |
| | Treasury | 3.941 | 3.96 | 4.356 | 4.549 | 4.365 | 4.335 | 4.342 | 4.362 | 4.404 | 4.439 | 4.569 | 4.617 | 4.645 |

**Current Interest Rates Data**

| AGY ISSUE | YIELD | FEES | MATURITY | | TREASURY | YIELD | COUPON | PRICE | MATURITY |
|---|---|---|---|---|---|---|---|---|---|
| 2 Yr Agy | 0.046870 | 0.000320 | 20071116 | | 3 Mo Tsy | 0.039525 | 0.000000 | 99.062500 | 20060316 |
| 3 Yr Agy | 0.047020 | 0.000270 | 20081219 | | 6 Mo Tsy | 0.043375 | 0.000000 | 97.976562 | 20060615 |
| 5 Yr Agy | 0.047580 | 0.000220 | 20110118 | | 2 Yr Tsy | 0.043740 | 0.042500 | 99.804688 | 20071120 |
| 7 Yr Agy | 0.048150 | 0.000210 | 20130115 | | 5 Yr Tsy | 0.043620 | 0.043750 | 100.078125 | 20101215 |
| 10 Yr Agy | 0.048640 | 0.000190 | 20151117 | | 10 Yr Tsy | 0.044380 | 0.045000 | 100.421875 | 20151115 |
| 30 Yr Agy | 0.050310 | 0.000180 | 20320715 | | 30 Yr Tsy | 0.046370 | 0.053750 | 110.687500 | 20310215 |
| | | | | | | | | | |
| EURO$ | BID | VOL | EXPIRATION | | LIBOR/SWAP | RATE | | | |
| EDC1 | 95.497500 | 0.005556 | 20051219 | | O/N Libor | 0.042825 | | | |
| EDC4 | 95.230000 | 0.005556 | 20060313 | | 1 Wk Libor | 0.043025 | | | |
| EDC7 | 95.170000 | 0.005556 | 20060619 | | 2 Wk Libor | 0.043850 | | | |
| EDC8 | 95.175000 | 0.005556 | 20060918 | | 1 Mo Libor | 0.043700 | | | |
| EDC9 | 95.220000 | 0.007552 | 20061218 | | 3 Mo Libor | 0.045000 | | | |
| EDC10 | 95.260000 | 0.007552 | 20070319 | | 6 Mo Libor | 0.046631 | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| EDC11 | 95.265000 | 0.007552 | 20070618 | | 1 Yr Libor | 0.048100 | | | |
| EDC12 | 95.255000 | 0.007552 | 20070917 | | 2 Yr Swap | 0.048310 | | | |
| EDC13 | 95.240000 | 0.008540 | 20071217 | | 3 Yr Swap | 0.048410 | | | |
| EDC14 | 95.230000 | 0.008540 | 20080317 | | 4 Yr Swap | 0.048610 | | | |
| EDC15 | 95.210000 | 0.008540 | 20080616 | | 5 Yr Swap | 0.048840 | | | |
| EDC16 | 95.185000 | 0.008540 | 20080915 | | 7 Yr Swap | 0.049200 | | | |
| | | | | | 10 Yr Swap | 0.049840 | | | |
| AGY BILL | SPREAD TO LIBOR | | | | 15 Yr Swap | 0.050830 | | | |
| 1 Mo Agy | -0.001800 | | | | 20 Yr Swap | 0.051330 | | | |
| 3 Mo Agy | -0.001800 | | | | 30 Yr Swap | 0.051620 | | | |
| 6 Mo Agy | -0.001700 | | | | | | | | |
| 12 Mo Agy | -0.001550 | | | | | | | | |
| | | | | | | | | | |
| AGY PURCH | SPREAD TO LIBOR | YIELD | CURRENT VS LIBOR | MATURITY | | | | | |
| 2 Yr Agy | -0.001350 | 0.046640 | -0.001540 | 20071116 | | | | | |
| 3 Yr Agy | -0.001310 | 0.046910 | -0.001380 | 20081219 | | | | | |
| 5 Yr Agy | -0.001120 | 0.047540 | -0.001240 | 20110118 | | | | | |
| 7 Yr Agy | -0.001020 | 0.048090 | -0.001120 | 20130115 | | | | | |
| 10 Yr Agy | -0.001070 | 0.048710 | -0.001130 | 20151117 | | | | | |
| 30 Yr Agy | -0.000950 | 0.050460 | -0.001230 | 20320715 | | | | | |

Rates Time: Live Rates Snapped At: Mon Dec 19 14:55:13 EST 2005

CONFIDENTIAL

FHFA00001139

## Intex CMO (Production) Results Sheet
Time Of Report: Mon Dec 19 15:16:43 EST 2005

### Intex CMO Characteristics

| | | | | |
|---|---|---|---|---|
| Security Name | Intex CMO 2 | Deal Name | nheli06fm1 | |
| Trade Date | 12/19/2005 | Tranche | IA1 | |
| Settlement | 01/31/2006 | Deal Mode | New | |
| Cash Flow | MBS | Tranche CUSIP | (No CUSIP Available) | |
| Use All Known History | No | Do Optional Redemption | Yes | |
| Override Known 1st Index | No | Optimize Wavg Clustering | Yes | |
| Use FICO Data | No | Trading Acc'y Not Req'd | Yes | |
| Use Loan Bal Data | No | Use Frac Refi Data | No | |
| Use GEO Data | No | Use LTV Data | No | |
| Fixed Period 'Hint' For ARMs | | WALA/WAM As Of Settle | No | |
| Prepayment Multiplier | 100.0 | Interpolate Index Rates | Yes | |
| Default Multiplier | 100.0 | Prepays Incl. Defaults | Yes | |

### Prepay Model Mapping

| Names | Prepay | Mtg Rate | Default | Severity |
|---|---|---|---|---|
| Fix0-30 | v1.2ABS30_SUB_650F | 360 | SubPrimeFixed | SubPrimeFixed |
| ARM0-30 | v1.2ABS_ARM228 | 360 | SubPrimeARM | SubPrimeARM |

### Deal/Tranche Diagnostic Info

| | |
|---|---|
| Deal Issuer | NHELI06FM1 |
| Tranche Original Bal | $326,143,000.00 |
| Tranche Current Bal | $326,143,000.00 |
| Tranche Factor | 1.0 |
| Issue CDU Date | 01/01/2006 |
| Original Settlement Date | 01/30/2006 |
| Latest CDU Date | 01/01/2006 |
| Latest Available CDU Date | 01/01/2006 |
| First Forecast Index Pay Date | 03/25/2006 |
| First Forecast Prepay Pay Date | 02/25/2006 |
| Tranche Groups | 1 |
| Tranche Coupon | 4.599% |
| Coupon | 7.2098% |
| WAC | 7.7248% |
| WALA | 3 |
| WAM | 356 |

### Analytics

| Name | Value |
|---|---|
| FlatPrice | 100.0 |
| FullPrice | 100.0128 |
| AccruedInterest | 0.0128 |
| OAS | 22.5038 |
| NomBEY | 4.89 |
| ZVBEY | 5.0744 |
| EffectiveDuration | 0.0708 |
| EffectiveConvexity | -0.0151 |
| VolDuration | |
| SpreadDuration | 1.1215 |
| Port.OAS | |
| OptionCost | 0.0058 |
| ZeroVolSpread | 22.5096 |
| KRD3 | |
| KRD12 | |
| KRD24 | |
| KRD36 | |
| KRD60 | |
| KRD84 | |
| KRD120 | |
| KRD180 | |
| KRD240 | |
| KRD300 | |
| KRD360 | |

### Notes

Deal Comment    *** TRIGGERS NOT FINALIZED****; ; Additional information is available upon request. The information contained herein is based on sources that we believe to be reliable, but we do not represent that it is accurate or complete. It is not to be considered as an offer to sell or solicitation of an offer to buy the securities or other products discussed herein. Any commentary contained herein was prepared by trading desk personnel. This is not a research report and the commentary contained herein should not be considered to be research. All prices, yields and opinions expressed are indicative only and are subject to change without notice. Nomura Securities International, Inc. and its affiliates (collectively, 'Nomura') may have a position in the securities or other products discussed herein, and may make purchases from and/or sales to customers on a principal basis or as agent for another person. Nomura also may have acted as an underwriter of such securities or other products, and may currently be providing investment banking services to the issuers of such securities or products.

Deal Modeling Notes (No Notes)

### Static Speeds

| | -100 | -50 | 0 | 50 | 100 |
|---|---|---|---|---|---|
| NomProj1 | 23.408 | 22.1596 | 20.9016 | 19.542 | 18.244 |

CONFIDENTIAL

FHFA00001140

| | | | | | |
|---|---|---|---|---|---|
| NomProj12 | 41.2958 | 38.081 | 34.1967 | 29.3133 | 24.121 |
| NomProj60 | 26.0838 | 26.2614 | 26.3011 | 25.8957 | 26.0792 |
| NomProj120 | 14.0255 | 14.1288 | 14.152 | 13.9161 | 14.0228 |
| NomProjWALEquivCPR | 44.4354 | 42.292 | 39.7615 | 37.5878 | 35.6156 |
| NomProjWAL | 0.977 | 1.0435 | 1.131 | 1.2547 | 1.4022 |
| NomBEY | 3.93 | 4.4073 | 4.89 | 5.38 | 5.8772 |
| NomMEY | 3.8982 | 4.3673 | 4.841 | 5.3207 | 5.8065 |
| NomSpreadToWAL | -88.8689 | -41.6779 | 6.5499 | 55.4739 | 105.1099 |
| ZVProj1 | 21.7616 | 21.2752 | 20.7722 | 20.2541 | 19.728 |
| ZVProj12 | 40.437 | 37.4401 | 33.9486 | 29.6446 | 25.3023 |
| ZVProj60 | 25.6326 | 25.9422 | 26.1607 | 25.9749 | 26.4481 |
| ZVProj120 | 13.7634 | 13.9431 | 14.0702 | 13.9621 | 14.2376 |
| ZVProjWALEquivCPR | 43.8308 | 41.8488 | 39.5898 | 37.6958 | 36.041 |
| ZVProjWAL | 0.9951 | 1.058 | 1.1374 | 1.2466 | 1.3693 |
| ZVBEY | 4.1411 | 4.606 | 5.0744 | 5.5476 | 6.0255 |
| ZVMEY | 4.1058 | 4.5624 | 5.0216 | 5.4846 | 5.9512 |
| ZVSpreadToWAL | -68.1571 | -21.8154 | 24.9854 | 72.2419 | 119.9566 |

**Other Information**

| | |
|---|---|
| Vol Parameters | Skew 0.5 (BlackRock through Atlas) |
| Discounting Rate | Libor/Swap |
| Prepayment Rate | LiborSwap |
| COFI Rate | 3.074 |
| Prime Rate | 6.75 |
| 15 Yr Mortgage Rate | 5.712926609482782 |
| 30 Yr Mortgage Rate | 6.166780837567753 |
| 15 Yr Mortgage Prop | 24=0.12,60=0.4,120=0.4 |
| 30 Yr Mortgage Prop | 24=0.12,60=0.4,120=0.4 |

**Interest Rates**

| OAS | Curve Name | 1 | 3 | 6 | 12 | 24 | 36 | 48 | 60 | 84 | 120 | 180 | 240 | 360 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| X | Libor/Swap | 4.37 | 4.502 | 4.668 | 4.82 | 4.831 | 4.841 | 4.861 | 4.884 | 4.92 | 4.984 | 5.083 | 5.133 | 5.162 |
| | Agency Purchase | 4.19 | 4.322 | 4.498 | 4.665 | 4.696 | 4.71 | 4.736 | 4.772 | 4.818 | 4.877 | 4.985 | 5.031 | 5.067 |
| | Agency Issue | 4.19 | 4.322 | 4.498 | 4.665 | 4.715 | 4.737 | 4.753 | 4.776 | 4.832 | 4.884 | 4.987 | 5.028 | 5.054 |
| | Treasury | 3.941 | 3.96 | 4.356 | 4.549 | 4.365 | 4.335 | 4.342 | 4.362 | 4.404 | 4.439 | 4.569 | 4.617 | 4.645 |

**Current Interest Rates Data**

| AGY ISSUE | YIELD | FEES | MATURITY | | TREASURY | YIELD | COUPON | PRICE | MATURITY |
|---|---|---|---|---|---|---|---|---|---|
| 2 Yr Agy | 0.046870 | 0.000320 | 20071116 | | 3 Mo Tsy | 0.039525 | 0.000000 | 99.062500 | 20060316 |
| 3 Yr Agy | 0.047020 | 0.000270 | 20081219 | | 6 Mo Tsy | 0.043375 | 0.000000 | 97.976562 | 20060615 |
| 5 Yr Agy | 0.047580 | 0.000220 | 20110118 | | 2 Yr Tsy | 0.043740 | 0.042500 | 99.804688 | 20071130 |
| 7 Yr Agy | 0.048150 | 0.000210 | 20130115 | | 5 Yr Tsy | 0.043620 | 0.043750 | 100.078125 | 20101215 |
| 10 Yr Agy | 0.048640 | 0.000190 | 20151117 | | 10 Yr Tsy | 0.044380 | 0.045000 | 100.421875 | 20151115 |
| 30 Yr Agy | 0.050310 | 0.000180 | 20320715 | | 30 Yr Tsy | 0.046370 | 0.053750 | 110.687500 | 20310215 |
| | | | | | | | | | |
| EUROS | BID | VOL | EXPIRATION | | LIBOR/SWAP | RATE | | | |
| EDC1 | 95.497500 | 0.005556 | 20051219 | | O/N Libor | 0.042825 | | | |
| EDC4 | 95.230000 | 0.005556 | 20060313 | | 1 Wk Libor | 0.043025 | | | |
| EDC7 | 95.170000 | 0.005556 | 20060619 | | 2 Wk Libor | 0.043850 | | | |
| EDC8 | 95.175000 | 0.005556 | 20060918 | | 1 Mo Libor | 0.043700 | | | |
| EDC9 | 95.220000 | 0.007552 | 20061218 | | 3 Mo Libor | 0.045000 | | | |
| EDC10 | 95.260000 | 0.007552 | 20070319 | | 6 Mo Libor | 0.046631 | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| EDC11 | 95.265000 | 0.007552 | 20070618 | | 1 Yr Libor | 0.048100 | | | |
| EDC12 | 95.255000 | 0.007552 | 20070917 | | 2 Yr Swap | 0.048310 | | | |
| EDC13 | 95.240000 | 0.008546 | 20071217 | | 3 Yr Swap | 0.048410 | | | |
| EDC14 | 95.230000 | 0.008540 | 20080317 | | 4 Yr Swap | 0.048610 | | | |
| EDC15 | 95.210000 | 0.008540 | 20080616 | | 5 Yr Swap | 0.048840 | | | |
| EDC16 | 95.185000 | 0.008540 | 20080915 | | 7 Yr Swap | 0.049200 | | | |
| | | | | | 10 Yr Swap | 0.049840 | | | |
| AGY BILL | SPREAD TO LIBOR | | | | 15 Yr Swap | 0.050830 | | | |
| 1 Mo Agy | -0.001800 | | | | 20 Yr Swap | 0.051330 | | | |
| 3 Mo Agy | -0.001800 | | | | 30 Yr Swap | 0.051620 | | | |
| 6 Mo Agy | -0.001700 | | | | | | | | |
| 12 Mo Agy | -0.001550 | | | | | | | | |
| | | | | | | | | | |
| AGY PURCH | SPREAD TO LIBOR | YIELD | CURRENT VS LIBOR | MATURITY | | | | | |
| 2 Yr Agy | -0.001350 | 0.046640 | -0.001540 | 20071116 | | | | | |
| 3 Yr Agy | -0.001310 | 0.046910 | -0.001380 | 20081219 | | | | | |
| 5 Yr Agy | -0.001120 | 0.047540 | -0.001240 | 20110118 | | | | | |
| 7 Yr Agy | -0.001020 | 0.048090 | -0.001120 | 20130115 | | | | | |
| 10 Yr Agy | -0.001070 | 0.048710 | -0.001130 | 20151117 | | | | | |
| 30 Yr Agy | -0.000950 | 0.050460 | -0.001230 | 20320715 | | | | | |

Rates Time: Live Rates Snapped At: Mon Dec 19 14:55:13 EST 2005

CONFIDENTIAL

FHFA00001142

## CREDIT REVIEW WORKSHEET

### NHELI 05 FM1

FOR ORIGINATOR/SERVICER/AGGREGATOR APPROVAL PLEASE SEE CREDIT EMAIL

| Collateral | Approved | Refer | Invest % | Second % | Total % |
|---|---|---|---|---|---|
| Manufactured Housing <2.5% | Yes | No | | | 0.00% |
| Non Owner Occ. <25% | Yes | No | 10.63% | 1.01% | 11.64% |

| Structure | Approved | Refer | Sub + OC% | Deep MI% | |
|---|---|---|---|---|---|
| Subordination >5% | Yes | No | 22.00% | | |
| Deep MI <25% | Yes | No | | 0.00% | |

| Rating | Approved | Refer | MDY | S&P | Fitch | DBRS |
|---|---|---|---|---|---|---|
| AAA/Aaa by 2 of 3 | Yes | No | Aaa | AAA | | |

CONFIDENTIAL

FHFA00001143