# Exhibit E

# Freddie Mac | NEW TRADE

| | |
|---|---|
| **ABS-FLT-S** | PMG: ___ DRH Trade Ops: |
| Trade No. 1356, Vs. 1 | |
| Oct 18, 2006 11:36:24 | **BUY** NHELI_06-FM2: IA1  ABS/ABS |

David R. Hackney

**Jul 25, 2036**

| | | | | | | |
|---|---|---|---|---|---|---|
| **Asset ID:** | B5A04CKC8 | Payment Delay: | 0 | **Trade Date:** | Oct 18, 2006 |
| **Ticker:** | NHELI06FM2-IA1 | Date Convention: | ACT/360 | **Settle Date:** | Oct 31, 2006 |
| Coupon: | 0.00000 | Accrual Date: | Oct 31, 2006 | Broker: | GRNW |
| Coupon Type: | FLOAT | First Coupon Date: | Nov 25, 2006 | GREENWICH CAPITAL MARKETS | |
| Frequency: | MONTHLY | Next Pay Date: | Nov 25, 2006 | Broker Contact: | |
| Reset Term: | MONTHLY | Odd First Pmt: | ☑ Yes ☐ No | | |
| Maturity Date: | Jul 25, 2036 | AMT: | ☐ Yes ☑ No | Original Par: | 542,999,000.000 |
| Issue Date: | Oct 31, 2006 | ERISA: | ☐ Yes ☑ No | Factor: | 1.000000000 |
| Min Trade Size: | 25,000.00 | 144A: | ☐ Yes ☑ No | Factor Date: | Oct 31, 2006 |
| Min Trade Increment: | 1.00 | Notional: | ☐ Yes ☑ No | Current Par: | 542,999,000.000 |

**General Use**

L+14
B5A04CKC8,  SABR 2006-WM2 A-1
Originator:  Fremont
Service:  Equity One
M/S/F/D - Aaa/AAA/AAA/AAA
Credit approved by:  Kevin Palmer
REMIC
Subject to August  06 Freddie Reps
Allowable delivery variance on size: +/-5%
Model:
Fix0-40=v1.3_ABS_FR_30Y,ARM0-40=v1.3_ABS_ARM228,
ARM21Bal30=v1.3_ABS_ARM228,ARM31Bal30=v1.3_ABS_ARM228,
ARM5/1Bal30=v1.3_ABS_ARM228,Bal0-30=v1.3_ABS_FR_30Y
AAA enhancement:  22.45%,
Highly Rated Policy Compliance:
1. Rated AA or better? Yes. AAA/Aaa/AAA/AAA
2. Interest rate on the security is different to the interest rate
on the collateral OR the credit risk on the securities must be
lower than the collateral?  Yes. Bond pays L+14, Collateral has a
GWAC of 8.628

%.  Bond benefits from overcollateralization, excess spread and
subordination.

3. Does the deal have sufficient subordination of 3.5% or greater?
Yes. 22.45% initial subordination, plus excess spread.
Is there an interpolation? No
Pricing Method: HETP
**Delivery Instructions**
DTC/GRNW ABS
DTC#:                                2236
A/C#:
INST ID#:
AGENT ID#:
CLEARING AGT DTC:
CLEARING AGT NAME:
A/C NAME:
**Special Instructions**
Today's trades exceed my daily trade limit.  Trade authorization
received from MXA.

**Miscellaneous Information**
Asset OAS:          14.152
Debt Yld:             5.146
Expct ROE:         17.64
Sprd Dur:            1.074
CDI File:             NHELI06FM2
TrdPurpose:       REG. PURCH
Debt OAS:          -17.458
% Asn Cap:         1.5
RskAdj ROE:       17.64
ACCTG_DESIG:   NHD_NONCASH

| | |
|---|---|
| **Price:** | 100-00 |
| | 100.00000000 |
| **Principal:** | (542,999,000.00) |
| **Interest:** | 0.00 |
| Commission: | 0.00 |
| **Net Money:** | (542,999,000.00) |
| Currency: | USD |
| **Net Cash Flow:** | OUT |

| | |
|---|---|
| Exchange rate: | |
| Discount: | |
| Option Type: | |

| | |
|---|---|
| Prepay: | 100.00 BLK |
| Yield: | 5.462 |
| YTC: | |
| Duration: | 0.07000 |
| Convexity: | 0.00033 |

| S & P | Moody | DBRS |
|---|---|---|
| NR | NR | |
| Fitch | NAIC | |
| NR | | |

| | |
|---|---|
| Discretionary: | ☑ Yes ☐ No |
| Liquid: | ☑ Yes ☐ No |
| Segregate: | ☑ Yes ☐ No |
| Release: | ☐ Yes ☑ No |

| | |
|---|---|
| Entry Date: | Oct 18, 2006 |

*Freddie Mac - ABS Float AFS (ABS-FLT-S)*
*Trade No. 1356, Vs. 1*

*FreddieMac*

*Created: Oct 18, 2006 11:36:33*

A/C# P 61948           Copyright©2001 BlackRock Solutions. All Rights Reserved.           JPMORGAN CHASE

**NHELI 2006-FM2**
Pre-trade Analysis
Trade Analysis

13/Oct/06
10/18/2006

| Curve | Spread | Name | CashFlow® | Trade Date | Settlement Date | DealName | Tranche Name | DealName | Port. CAS | CurrentFace | FlatPrice | ZvSpread | ZvBEY | NomBEY | OAS | Effective duration | Effective convexity | Spread duration | ZvPmts WAL | ZvSpVOL | OptionCost |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LIBOR | 1-14 | Index OAD: 0 | MBS | 10/18/2006 | 10/31/2006 mezz/bmo2 | i41 | New | | CAS | 550,001,000 | 100.00 | 14.195876b | 5.461742 | 5.839856 | 14.15 | 0.07 | 3.73E-04 | 2E-03 | 1.112E | 1.1313 | 0.00 |
| LIBOR | | | | | | | | | | | | | | | | | | | | | |
| AGENCY | 1-14 | Index OAD: 0 | MBS | 10/18/2006 | 10/31/2006 | i41 | New | | | 550,001,000 | 100.00 | 31.58 | 8.46 | 8.84 | 31.61 | 7.45E-02 | | 1:12 | 1:13 | -2.82E-02 |
| AGENCY | 0 | | | | | | | | | | | | | | | | | | | | |

| | | |
|---|---|---|
| DUR EFF OAD | (17.406) | 5.199 |
| L-OAS | 14.192 | |
| ACAS | 31.618 | |
| YIELD / OPT CST | 6.442 | |
| EFF DUR | 0.299 | |
| EFF CVX | 0.030 | |
| SPRD DLR | - | |

FHFA01001982

## ROE Calculator (Production) Results Sheet

**Agency Product**

Time Of Report: Wed Oct 18 11:16:58 EDT 2006

ROE Calculator Effective Date: 05/05/2004

ROE Calculator Prepared On: 10/18/06 11:16 AM

**Product: ABSFloaterUnwrapAAA:1.5**

### Inputs

| Variable Name | Value |
|---|---|
| Product Type | PASS_THROUGH |
| Issuer | NON_FREDDIE |
| Flat Price | 100.00 |
| Zero Vol Yield (%) | 5.46 |
| Option Cost (bps) | 0.0 |
| Asset To Agency OAS (bps) | 31.6 |
| Operation Risk Add On (bps) | 0.0 |
| Spread Duration | 1.07 |
| Market Value ($) | 1.00 |

### Outputs

| Variable Name | Current Value |
|---|---|
| ROE (%) | 17.64 |
| PVA Percent of MV (%) | .11 |
| PVA | .00 |
| Capital Charge (%) | 1.50 |
| Stand-Alone Capital (%) | 1.50 |
| Marginal Capital (%) | 1.50 |
| Operational Risk Capital (%) | 0.0 |
| Min. Capital Adjust. to OAS (bps) | -4.0 |
| MRB Adjustment to OAS (bps) | 2.0 |
| Credit Reserve (bps) | -2.0 |
| Adjusted Net OAS (bps) | 27.6 |
| Preferred Allocation (%) | 20.00 |
| Preferred Yield (%) | 6.00 |
| Preferred Tax Eq. Yield (%) | 9.23 |
| Tax Rate (%) | 35.00 |
| ROE Hurdle (%) | 9.00 |

### ROE Table(in percent)- Agency

| | 3.96 | 4.46 | 4.96 | 5.46 | 5.96 | 6.46 | 6.96 |
|---|---|---|---|---|---|---|---|
| 25.61 | 13.22 | 13.62 | 14.03 | 14.44 | 14.84 | 15.25 | 15.65 |
| 26.61 | 13.75 | 14.16 | 14.56 | 14.97 | 15.37 | 15.78 | 16.19 |
| 27.61 | 14.28 | 14.69 | 15.10 | 15.50 | 15.91 | 16.31 | 16.72 |
| 28.61 | 14.82 | 15.22 | 15.63 | 16.04 | 16.44 | 16.85 | 17.25 |
| 29.61 | 15.35 | 15.76 | 16.16 | 16.57 | 16.98 | 17.38 | 17.79 |
| 30.61 | 15.88 | 16.29 | 16.70 | 17.10 | 17.51 | 17.92 | 18.32 |
| 31.61 | 16.42 | 16.82 | 17.23 | 17.64 | 18.04 | 18.45 | 18.86 |
| 32.61 | 16.95 | 17.36 | 17.76 | 18.17 | 18.58 | 18.98 | 19.39 |
| 33.61 | 17.48 | 17.89 | 18.30 | 18.70 | 19.11 | 19.52 | 19.92 |
| 34.61 | 18.02 | 18.42 | 18.83 | 19.24 | 19.64 | 20.05 | 20.46 |
| 35.61 | 18.55 | 18.96 | 19.36 | 19.77 | 20.18 | 20.58 | 20.99 |
| 36.61 | 19.09 | 19.49 | 19.90 | 20.30 | 20.71 | 21.12 | 21.52 |
| 37.61 | 19.62 | 20.03 | 20.43 | 20.84 | 21.24 | 21.65 | 22.06 |

First Row: Zero Vol Yield less Option Cost (%)          First Column: Asset/Debt Net OAS(bps)

CONFIDENTIAL

**Freddie Mac**

## Mortgage Pricer Report
### (Production)

### Static Data

| Trade Data | | |
|---|---|---|
| Trade Data | 10/18/2006 | Trading Acc'y Not Required |
| Settlement Date | 10/31/2006 | Do Optional Redemption |
| WALA As Of Settle | false | Interpolate Index Rates |
| Deal Name | nheil06fm2 | Use All Known History |
| Tranche | 1A1 | Prepay Incl. Defaults |
| Deal Mode | New | Optimize Wrong Clustering |
| Cash Flow | MBS | Override Known 1st Index |
| Fixed Period "Hint" for ARM | 1.0 | Use Historical HPG Data |
| Prepayment Multiplier | 1.0 | Use Historical Inferred SATO |
| Default Multiplier | | Calculate Cummulative HPG |
| Release Date Key Code | 200 | Use Notional Balance |
| Single Path Exec. Hurdle | | Use Short Term Prepay Model |
| Allow Prepayment Penalties | true | Use Historical HPG Keyword |

| Collateral Data | | |
|---|---|---|
| Coupon | 8.12 | Original Coupon(%) |
| WAC | 8.63 | Lookback Days |
| Penalty Window(months) | 0 | First Cap(%) |
| Orig Maturity Term | 355 | Periodic Cap(%) |
| Rem Amort Term | 355 | Life Cap(%) |
| Orig Amort Term | 359 | Life Cap(%) |
| WAM | 400 | First Floor(%) |
| WALA | 354 | Periodic Floor(%) |
| Interest Only Period | 5 | Life Floor(%) |
| Payment Fixed Period | 0 | Net Margin(%) |
| Payment Reset Period | 20 | Gross Margin(%) |
| Interest Rate Fixed Period | 5 | Payment Cap(%) |
| Interest Rate Reset Period | 20 | Auto Recast Period |
| | 5 | Max NegAmt Limit(%) |

### Deal/Tranche Data

| | | Name | Value |
|---|---|---|---|
| Deal/Tranche Data | true | 69X58OdA46 | |
| Tranche CUSIP | true | NHEIL06FM2 | |
| Deal Issuer | true | 550,001,000 | |
| Deal Original Bal | false | 550,001,000 | |
| Tranche Original Bal | true | 1.000000000 | |
| Tranche Current Bal | true | 5.498 | |
| Tranche Factor | true | 1 | |
| Tranche Coupon(%) | true | | |
| Tranche Groups | true | | |
| Issue CDU Date | true | 10/01/2006 | |
| Original Settlement Date | true | 10/31/2006 | |
| Latest CDU Date | false | 10/01/2006 | |
| First Forecast Index Prepay Date | US | 12/25/2006 | |

### Analytics

| | | Name | Value |
|---|---|---|---|
| Collateral Item Count | 8.12 | 32 | |
| Notional Type | 0 | ActualBalance | 100.000 |
| Pool/Loan Demographics | 2.05 | AccruedInterest | 0.000 |
| FICO | 1.20 | EffectiveDuration | 100.000 |
| Fraction Ref(%) | 11.65 | EffectiveConvexity | 14.152 |
| LTV(%) | 1.20 | VolDuration | 5.839 |
| Fraction 2-4 Units(%) | 1.20 | OASDuration | 5.462 |
| Fraction Investor Owned(%) | 6.89 | | |
| Fraction Second Home(%) | 4.51 | | |
| Treat Second Home As Investor Owned | 5.02 | | |
| Avg Loan Balance(%) | none | | |
| Use Weighted-Avg Original Loan Size | none | | |
| Geographic Information | none | false | |

### Model Mappings

| Names | Proxy | Default | Security |
|---|---|---|---|
| Fixd-40 | V1.3_ABS_FR_30Y | SubPrimeFi | SubPrimeFi |
| ARM4-40 | V1.3_ABS_ARM228 | SubPrimeA | SubPrimeA |
| ARM2/1Bal | V1.3_ABS_ARM228 | SubPrimeA | SubPrimeA |
| ARM3/1Bal | V1.3_ABS_ARM228 | SubPrimeA | SubPrimeA |
| ARM5/1Bal | V1.3_ABS_ARM228 | SubPrimeA | SubPrimeA |
| Bal6-30 | V1.3_ABS_FR_30Y | SubPrimeFi | SubPrimeFi |

### Static Speeds

| | -100 | -50 | 0 | 50 | 100 |
|---|---|---|---|---|---|
| NomProj12 | 45.47 | 38.78 | 35.02 | 32.34 | 29.94 |
| NomProj60 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 |
| NomProj120 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 |
| NomProjWAL | 47.16 | 42.99 | 40.65 | 38.83 | 37.03 |
| NomProjWALEquivCPR | 0.93 | 1.05 | 1.13 | 1.20 | 1.27 |

CONFIDENTIAL

FHFA01001984

**Current Interest Rates**

| Treasury | Yield | Coupon | Price | Maturity |
|---|---|---|---|---|
| 3 Mo. Tsy | 5.095 | 0.000 | 98.773 | 01/18/2007 |
| 6 Mo. Tsy | 5.126 | 0.000 | 97.562 | 04/19/2007 |
| 2 Yr. Tsy | 4.847 | 4.625 | 98.602 | 09/30/2008 |
| 5 Yr. Tsy | 4.733 | 4.500 | 98.977 | 09/30/2011 |
| 10 Yr. Tsy | 4.769 | 4.875 | 100.766 | 08/15/2016 |
| 30 Yr. Tsy | 4.896 | 4.500 | 93.688 | 02/15/2036 |

| Agency Purchase | Spread vs LIBOR | Yield | Current vs LIBOR | Maturity |
|---|---|---|---|---|
| 2 Yr. Agy | -0.145 | 5.081 | -0.190 | 09/16/2008 |
| 3 Yr. Agy | -0.150 | 5.020 | -0.196 | 05/21/2009 |
| 5 Yr. Agy | -0.143 | 5.055 | -0.156 | 07/18/2011 |
| 7 Yr. Agy | -0.154 | 5.070 | -0.181 | 07/15/2013 |
| 10 Yr. Agy | -0.158 | 5.138 | -0.370 | 10/18/2016 |
| 30 Yr. Agy | -0.150 | 5.277 | -0.168 | 07/15/2032 |

| Agency Issue | Yield | Fees | Maturity |
|---|---|---|---|
| 2 Yr. Agy | 5.067 | 0.032 | 09/16/2008 |
| 3 Yr. Agy | 5.032 | 0.027 | 05/21/2009 |
| 5 Yr. Agy | 5.056 | 0.022 | 07/18/2011 |
| 7 Yr. Agy | 5.077 | 0.021 | 07/15/2013 |
| 10 Yr. Agy | 5.142 | 0.019 | 10/18/2016 |
| 30 Yr. Agy | 5.279 | 0.018 | 07/15/2032 |

| Euro$ | Bid | Volatility | Expiration |
|---|---|---|---|
| EDC1 | 94.625 | 0.065667 | 12/18/2006 |
| EDC2 | 94.685 | 0.065667 | 03/19/2007 |
| EDC3 | 94.815 | 0.065667 | 06/18/2007 |
| EDC4 | 94.950 | 0.065667 | 09/17/2007 |
| EDC5 | 95.030 | 0.007308 | 12/17/2007 |
| EDC6 | 95.045 | 0.007308 | 03/17/2008 |
| EDC7 | 95.035 | 0.007308 | 06/16/2008 |
| EDC8 | 95.010 | 0.007308 | 09/15/2008 |
| EDC9 | 94.985 | 0.008204 | 12/15/2008 |
| EDC10 | 94.965 | 0.008204 | 03/16/2009 |
| EDC11 | 94.935 | 0.008204 | 06/15/2009 |
| EDC12 | 94.910 | 0.008204 | 09/14/2009 |
| EDC13 | 94.870 | 0.008707 | 12/14/2009 |
| EDC14 | 94.850 | 0.008707 | 03/15/2010 |
| EDC15 | 94.815 | 0.008707 | 06/14/2010 |
| EDC16 | 94.785 | 0.008707 | 09/13/2010 |

| Agency Bill | Spread-to-Libor |
|---|---|
| 1 Mo. Agy | -0.235 |
| 3 Mo. Agy | -0.235 |
| 6 Mo. Agy | -0.230 |
| 12 Mo. Agy | -0.215 |

| Libor/Swap | Rate |
|---|---|
| O/N Libor | 5.285 |
| 1 Wk. Libor | 5.302 |
| 2 Wk. Libor | 5.310 |
| 1 Mo. Libor | 5.320 |
| 3 Mo. Libor | 5.374 |
| 6 Mo. Libor | 5.407 |
| 1 Yr. Libor | 5.390 |
| 2 Yr. Swap | 5.380 |
| 3 Yr. Swap | 5.242 |
| 4 Yr. Swap | 5.203 |
| 5 Yr. Swap | 5.202 |
| 7 Yr. Swap | 5.215 |
| 10 Yr. Swap | 5.256 |
| 15 Yr. Swap | 5.309 |
| 20 Yr. Swap | 5.389 |
| 30 Yr. Swap | 5.427 |
| | 5.441 |

Freddie Mac

Created:   16 Oct 2006 11:15:47 AM

CONFIDENTIAL

FHFA01001985



# Mortgage Pricer Report

## (Production)

Issue CMO: 0

### Trade Data

| | | | |
|---|---|---|---|
| Trade Date | 10/18/2006 | Trading Accry Net Required | true |
| Settlement Date | 10/31/2006 | Do Optional Redemption | true |
| WALA As Of Settle | false | Interpolate Hist Rates | true |
| Deal name | mbeb68m2 | Use All Known History | false |

### Deal Data

| | | | |
|---|---|---|---|
| Tranche | IA1 | Prepay incl. Defaults | true |
| Deal Mode | New | Optimize Wing Clustering | true |
| Cash Flow | MBS | Override Known 1st Index | true |
| Fixed Period "Hint" for ARM | | Use Historical HPG Data | true |
| Prepayment Multiplier | 1.0 | Use Historical Inferred SATO | true |
| Default Multiplier | 1.0 | Use Short Term Prepay Model | true |
| Release Date Key Code | | Use Notional Balance | false |
| Single Path Exec. Hurdle | 200 | Use Historical HPG Keyword | true |
| Allow Prepayment Penalties | true | | |

### Collateral Data

| | | | |
|---|---|---|---|
| Coupon | 8.12 Original Coupon(%) | 8.12 | Collateral Item Count | 32 |
| WAC | 8.63 Lookback Days | 0 | Notional Type | |
| Penalty Window(months) | 0 First Cap(%) | 2.05 | Pool/Loan Demographics | |
| Orig Maturity Term | 359 Periodic Cap(%) | 1.20 FICO | none |
| Rem Amort Term | 359 Life Cap(%) | 11.69 Fraction Refi(%) | none |
| Orig Amort Term | 406 First Floor(%) | 1.20 LTV(%) | none |
| WAM | 354 Periodic Floor(%) | 1.20 Fraction 2-4 Units(%) | none |
| WALA | 5 Life Floor(%) | 6.89 Fraction Investor Owned(%) | none |
| Interest Only Period | 0 Net Margin(%) | 4.51 Fraction Second Home(%) | none |
| Payment Fixed Period | 20 Gross Margin(%) | 5.02 Treat Second Home As Investor Owned | false |
| Payment Reset Period | 5 Payment Cap(%) | | Avg Loan Balance(k) | none |
| Interest Rate Fixed Period | 20 Auto Recast Period | | Use Weighted-Avg Original Loan Size | none |
| Interest Rate Reset Period | 5 Max NegAM Limit(%) | | Geographic Information | none |

### Deal/Tranche Data

| | |
|---|---|
| Tranche CUSIP | 65536DAA6 |
| Deal Issuer | NHEL1067M2 |
| Tranche Original Bal | 590,001,000 |
| Tranche Current Bal | 590,001,000 |
| Tranche Factor | 1,000,000,000 |
| Tranche Coupon(%) | 5.486 |
| Tranche Omega | 1 |
| Issue CDU Date | 10/31/2006 |
| Original Settlement Date | 10/31/2006 |
| Latest CDU Date | 10/31/2006 |
| First Available CDU Date | 10/31/2006 |
| First Forecast Index Pay Date | 12/25/2006 |
| Collateral Item Count | 12/25/2006 |

### Deal Comment

### Deal Modeling Notes

### Analytics

| Name | Value | Name | Value |
|---|---|---|---|
| FlatPrice | 100.000 | AccruedInterest | 0.000 |
| FullPrice | 100.000 | EffectiveDuration | 0.075 |
| OAS | 31.610 | EffectiveConvexity | 0.002 |
| HomeEY | 5.839 | VolDuration | 1.074 |
| ZVBEY | 5.462 | OASDuration | |

### Model Mappings

| Names | Prepay | Default | Security |
|---|---|---|---|
| FI4C-40 | V1.3_ABS_FR_30Y | | SubPrime/SubPrimeFi |
| ARM0-40 | V1.3_ABS_ARM28 | | SubPrime/SubPrimeA |
| ARM2/1Bal | V1.3_ABS_ARM28 | | SubPrime/SubPrimeA |
| ARM2/1Bal | V1.3_ABS_ARM28 | | SubPrime/SubPrimeA |
| ARM3/1Bal | V1.3_ABS_ARM228 | | SubPrime/SubPrimeA |
| Bal0-30 | V1.3_ABS_FR_30Y | | SubPrime/SubPrimeFi |

Geo Info: State

### Static Speeds

| | -100 | -50 | 0 | 50 | 100 |
|---|---|---|---|---|---|
| NonProj12 | 45.47 | 38.78 | 35.02 | 32.34 | 29.94 |
| NonProj30 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 |
| NonProj120 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 |
| NonProjWAL | 47.16 | 42.99 | 40.65 | 38.83 | 37.03 |
| NonProjWAL.EquivCPR | 0.93 | 1.05 | 1.13 | 1.20 | 1.27 |

Freddie Mac

Created   18 Oct 2006 11:10:28 AM

CONFIDENTIAL

FHFA01001986

**Current Interest Rates**

| Treasury | Yield | Coupon | Price | Maturity |
|---|---|---|---|---|
| 3 Mo Tsy | 5.093 | 0.000 | 98.7713 | 01/18/2007 |
| 6 Mo Tsy | 5.126 | 0.000 | 97.3463 | 04/19/2007 |
| 2 Yr Tsy | 4.847 | 4.625 | 99.6092 | 09/30/2008 |
| 5 Yr Tsy | 4.733 | 4.500 | 88.977 | 09/30/2011 |
| 10 Yr Tsy | 4.769 | 4.875 | 130.7656 | 08/15/2016 |
| 30 Yr Tsy | 4.655 | 4.500 | 93.688 | 02/15/2036 |

| Agency Purchase | Spread-to-LIBOR | Yield | Current vs LIBOR | Maturity |
|---|---|---|---|---|
| 2 Yr Agy | -0.145 | 5.081 | -0.190 | 08/16/2008 |
| 3 Yr Agy | -0.150 | 5.020 | -0.196 | 05/21/2009 |
| 5 Yr Agy | -0.143 | 5.055 | -0.156 | 07/18/2011 |
| 7 Yr Agy | -0.154 | 5.070 | -0.181 | 07/15/2013 |
| 10 Yr Agy | -0.154 | 5.138 | -0.170 | 10/18/2016 |
| 30 Yr Agy | -0.160 | 5.277 | -0.168 | 07/15/2032 |

| Agency Issue | Yield | Fees | Maturity |
|---|---|---|---|
| 2 Yr Agy | 5.067 | 0.032 | 08/16/2008 |
| 3 Yr Agy | 5.032 | 0.027 | 05/21/2009 |
| 5 Yr Agy | 5.066 | 0.022 | 07/18/2011 |
| 7 Yr Agy | 5.077 | 0.021 | 07/15/2013 |
| 10 Yr Agy | 5.142 | 0.019 | 10/18/2016 |
| 30 Yr Agy | 5.279 | 0.018 | 07/15/2032 |

| Euro$ | Bid | Volatility | Expiration |
|---|---|---|---|
| EDC1 | 94.605 | 0.063587 | 12/18/2006 |
| EDC2 | 94.685 | 0.065567 | 03/19/2007 |
| EDC3 | 94.815 | 0.065687 | 06/18/2007 |
| EDC4 | 94.900 | 0.065367 | 09/17/2007 |
| EDC5 | 94.930 | 0.067308 | 12/17/2007 |
| EDC6 | 94.945 | 0.067308 | 03/17/2008 |
| EDC7 | 95.045 | 0.067308 | 06/16/2008 |
| EDC8 | 95.010 | 0.067308 | 09/15/2008 |
| EDC9 | 94.985 | 0.067308 | 12/15/2008 |
| EDC10 | 94.965 | 0.068204 | 03/16/2009 |
| EDC11 | 94.935 | 0.068204 | 06/15/2009 |
| EDC12 | 94.910 | 0.068204 | 09/14/2009 |
| EDC13 | 94.870 | 0.008707 | 12/14/2009 |
| EDC14 | 94.850 | 0.008707 | 03/15/2010 |
| EDC15 | 94.815 | 0.008707 | 06/14/2010 |
| EDC16 | 94.785 | 0.008707 | 09/13/2010 |

| Agency Bill | Spread-to-Libor |
|---|---|
| 1 Mo Agy | -0.235 |
| 3 Mo Agy | -0.235 |
| 6 Mo Agy | -0.230 |
| 12 Mo Agy | -0.215 |

| Libor/Swap | Rate |
|---|---|
| O/N Libor | 5.286 |
| 1 Wk Libor | 5.302 |
| 2 Wk Libor | 5.310 |
| 1 Mo Libor | 5.320 |
| 3 Mo Libor | 5.374 |
| 6 Mo Libor | 5.407 |
| 1 Yr Libor | 5.390 |
| 2 Yr Swap | 5.242 |
| 3 Yr Swap | 5.203 |
| 4 Yr Swap | 5.202 |
| 5 Yr Swap | 5.215 |
| 7 Yr Swap | 5.256 |
| 10 Yr Swap | 5.309 |
| 15 Yr Swap | 5.389 |
| 20 Yr Swap | 5.427 |
| 30 Yr Swap | 5.441 |

Freddie Mac

Created:   18 Oct 2006 11:16:27 AM

CONFIDENTIAL

FHFA01001987



CONFIDENTIAL

FHFA01001988

2                                                                              Govt   **MSG**
Enter 1 <GO> to send reply. 3 <GO> to check spelling.

10/18 11:32:11              ⋄RYAN MULLANEY, GREENWICH CAPITAL MA.      312-664-7970
                                                                          CHICAGO

000-426-4443........312-664-7970 RYAN.MULLANEY@GCM.COM  CELL-▮▮▮▮
                                            RECIPIENT TIME: 10:33 10/18

USER      THIS CONFIRMS THE FOLLOWING. IT IS PRICED
INFO      Deal: RMLT 2006-FM2 Bond: 1-A-1 Size:            $542,999,000
          Price:            $100.00
          Variance:        +/-10%
          Settle:          10/31/06                Dated:        10/31/06
          1st pay:         11/25/06  Legal final:      7/25/36
          Delay:           0 days  Accrual:          act/360
          Coupon:          L+14 bps. ARC Floater, Cap, Swap
          Rating:          M=Aaa S=AAA, F=AAA, D=AAA
          Structure:       REMIC
          First LIBOR Calc: 3 MO LIBOR  no interpolation
          Targeting Low Mod Sub Goals For Owner Occupied Purchase

This material is for your information only. Certain transactions mentioned herein may give rise to substantial risk and may not be suitable for all investors. GCM may have positions in, buy or sell (on principal or agency basis) or make a market in the securities mentioned herein or securities, options or futures related thereto. Prices are based on currently available information and are subject to change. They are not offers to buy or sell and cannot be relied upon as a representation that a transaction can be effected with this or any other firm at such prices. Material is based on information we consider reliable, but we do not represent that it is accurate or complete.

Australia 61 2 9777 8600      Brazil 5511 3048 4500      Europe 44 20 7330 7500      Germany 49 69 920410
Hong Kong 852 2977 6000 Japan 81 3 3201 8900 Singapore 65 6212 1000 U.S. 1 212 318 2000 Copyright 2006 Bloomberg L.P.
                                                                      18-Oct-2006 11:33:55

CONFIDENTIAL                                        FHFA01001989

Menu                                                          Equity **MSG**
1<GO>DELETE. 2<GO>REPLY. 3<GO>FORWARD. 99<GO>MENU OF OPTIONS

10/18 10:51:29          ⚬RYAN MULLANEY, GREENWICH CAPITAL MA      312-664-7970
                                                                    CHICAGO

800-425-4443........312-664-7970  RYAN.MULLANEY@GCM.COM  CELL ▮▮▮▮▮▮▮

|       | THIS IS CORRECT... following pretrade: |
| USER  | Deal: NHELI 2006-FM2 Bond: I-A-1 Size:          $542,999,000 |
| INFO  | Price:              $100.00 |
|       | Variance:      +/-5% |
|       | Settle:            10/31/06               Dated:        10/31/06 |
|       | 1st pay:           11/25/06    Legal final:     7/25/36 |
| [B]   | Delay:          0 days  Accrual:          act/360 |
|       | Coupon:            L+14 bps, AFC Floater, Cap, Swap |
|       | Rating:      M=Aaa S=AAA, F=AAA, D=AAA |
|       | Structure:      REMIC |
|       | First LIBOR Calc:  1 MO LIBOR, no interpolation |
|       | Targeting Low Mod Sub Goals For Owner Occupied Purchase |

This material is for your information only. Certain transactions mentioned herein may give rise to substantial risk and may not be suitable for all investors. GCM may have positions in, buy or sell (on principal or agency basis) or make a market in the securities mentioned herein or securities, options or futures related thereto. Prices are based on currently available information and are subject to change. They are not offers to buy or sell and cannot be relied upon as a representation that a transaction can be effected with this or any other firm at such prices. Material is based on information we consider reliable, but we do not represent that it is accurate or complete.

Australia 61 2 9777 8600      Brazil 5511 3048 4500      Europe 44 20 7330 7500      Germany 49 69 920410
Hong Kong 852 2977 6000 Japan 81 3 3201 8900 Singapore 65 6212 1000 U.S. 1 212 318 2000 Copyright 2006 Bloomberg L.P.
                                                                            18-Oct-2006 10:56:52

CONFIDENTIAL                                    FHFA01001990



DIG <dig@freddiemac.com>  To  david_hackney@freddiemac.com

cc

10/18/2006 10:53 AM     bcc

Please respond to
dig@freddiemac.com   Subject  Re: NHELI 2006-FM2 I-A-1 [#29605]

BSA04CKC8

```
Created.  Please review.
Thanks,
Vishal Hemrajani
DMO-SecMaster Team: 571-382-5464
--Original Message--
From: david_hackney@freddiemac.com
Date: 10/18/2006 10:44:23 AM
To: dig@freddiemac.com
Subject: NHELI 2006-FM2 I-A-1


Please set up the following Home Equity  floater:

CDI:                      nheli06fm2
Deal:            NHELI 2006-FM2
Bond:            I-A-1

Size:            $542,999,000
Price:           $100.00
Variance:    +/-5%
Settle:          10/31/06              Dated:       10/31/06
1st pay:         11/25/06    Legal final:    7/25/36
Delay:           0 days           Accrual:      act/360
Coupon:          L+14 bps, AFC Floater, Cap, Swap
Rating:     M=Aaa S=AAA, F=AAA, D=AAA
Structure:       REMIC
First LIBOR Calc:    1 MO LIBOR, no interpolation

Spread:          +14 bps
Index:           1m LIBOR
GWAC:       8.628
Subordination    22.45%


Pricing Method:    Mortgage ABS Home Equity Float      "HETP"
val_chartc:     HE -  NO MI
```

CONFIDENTIAL                         FHFA01001991

NHELI 2006-FM2                Free Writing Prospectus (Class I-A-1)                October 13, 2006

Nomura Home Equity Loan, Inc. (the "Depositor") has filed a registration statement (including a prospectus) with the SEC for the offering to which this free writing prospectus relates. Before you invest, you should read the base prospectus in that registration statement and other documents the Depositor has filed with the SEC for more complete information about the Depositor and this offering. You may get these documents for free by visiting EDGAR on the SEC Web site at www.sec.gov. Alternatively, the Depositor, any underwriter or any dealer participating in the offering will arrange to send you the base prospectus if you request it by calling 1-866-884-2071.

This free writing prospectus is not required to contain all information that is required to be included in the base prospectus.

The information in this free writing prospectus is preliminary and is subject to completion or change.

The information in this free writing prospectus, if conveyed prior to the time of your commitment to purchase, supersedes information contained in any prior similar free writing prospectus relating to these securities.

The asset-backed securities referred to in this free writing prospectus are being offered when, as and if issued. Our obligation to sell such securities to you is conditioned on the mortgage loans and the securities having the characteristics described in this free writing prospectus. If that condition is not satisfied, we will notify you, and neither the Issuing Entity nor any underwriter will have any obligation to you to deliver all or any portion of the securities which you have committed to purchase, and none of the Issuing Entity or any underwriter will be liable for any costs or damages whatsoever arising from or related to such non-delivery.

This free writing prospectus supersedes the information in any free writing prospectus previously delivered in connection with this offering, to the extent that this free writing prospectus is inconsistent with any information in any free writing prospectus delivered in connection with this offering.

This free writing prospectus is not an offer to sell or a solicitation of an offer to buy these securities in any state where such offer, solicitation or sale is not permitted.

## INFORMATION STATEMENT

The information set forth herein (the "**Free Writing Prospectus**"), together with any accompanying information, may be based only on a statistical sample of Mortgage Loans (defined below) (the "**Statistical Pool**") expected to be included in the trust along with other Mortgage Loans on the Closing Date (defined below). In addition, certain Mortgage Loans contained in the Statistical Pool may be deleted from the pool of Mortgage Loans delivered to the trust on the Closing Date (the "**Final Pool**"). The Statistical Pool may not necessarily represent a statistically relevant sample, notwithstanding any contrary references herein. Furthermore, it is expected that the Statistical Pool will be larger than the Final Pool, and the aggregate principal balances of the Mortgage Loans in the Final Pool will be reduced from the Statistical Pool as described in this Free Writing Prospectus. Although Greenwich Capital Markets, Inc., Citigroup Global Markets Inc. and Goldman, Sachs & Co. believe the information with respect to the Statistical Pool will be representative of the Final Pool (except with respect to aggregate principal balance of the Mortgage Loans, as described above), the collateral characteristics of the Final Pool may nonetheless vary from the collateral characteristics of the Statistical Pool.



The representations and covenants, cashflows and structure with respect to Nomura Home Equity Loan Trust 2006-FM2 will comply in all respects with Freddie Mac's Investment Requirements, August 2006 Version. The transaction is anticipated to be structured as a QSPE.

If you have received this communication in error, please notify the sending party immediately by telephone and return the original to such party by mail.

CONFIDENTIAL                                                                                        FHFA01001992

Message                                          Equity **MSG**
Screen Printed

10/18 10:07:21          •MICHAEL ANEIRO, FREDDIE MAC

571 382 4705

      please approve the following purchases today:
USER  HVMLT 2006-10 1A-1A  $452,724,000  +/- 10%
INFD  HVMLT 2006-10 1A-1B  $113,183,000  +/- 10%
      CBASS 2006-CB8 A1     $167,530,000  +/- 5%
      MASC 2006-WE1 1A1     $625,164,000  +/- 10%
      MHEL1 2006-FM2 I-A-1  $542,999,000  +/- 10%
         TOTAL           $1,921,600,000
      Reply:
      I APPROVE THE PURCHASES

THIS COMMUNICATION IS FOR INFORMATION PURPOSES ONLY AND IS NOT AN OFFER OR COMMITMENT TO BUY OR SELL SECURITIES OR TO
OFFER ANY CONFIRMATION OF TERMS. INVESTMENTS AND STRATEGIES DISCUSSED, IF ANY, MAY NOT BE SUITABLE FOR ALL INVESTORS.
BLOOMBERG MAKES NO REPRESENTATION OR WARRANTY AS TO THE ACCURACY OR COMPLETENESS OF THE INFORMATION DISCUSSED. PAST
PERFORMANCE IS NOT A GUARANTEE OF FUTURE PERFORMANCE AND NO REPRESENTATION OR WARRANTY, EXPRESS OR IMPLIED, REGARDING
FUTURE PERFORMANCE. ALL OPINIONS AND ESTIMATES CONTAINED IN THIS REPORT ARE SUBJECT TO CHANGE WITHOUT NOTICE. THIS
MATERIAL WILL NOT BE UPDATED. THE CONCLUSIONS HEREIN ARE THE AUTHOR'S AND DO NOT NECESSARILY REFLECT THE VIEW OF
BLOOMBERG.

Australia 61 2 9777 8600        Brazil 5511 3048 4500        Europe 44 20 7330 7500        Germany 49 69 920410
Hong Kong 852 2977 6000 Japan 81 3 3201 8900 Singapore 65 6212 1000 U.S. 1 212 318 2000 Copyright 2006 Bloomberg L.P.
                                                                                      18-Oct-2006 10:42:16

CONFIDENTIAL                                                    FHFA01001993



NHELI 2006-FM2
Available Funds Cap







FHFA01001997



Kevin Palmer/HQ/FHLMC

10/03/2006 10:03 AM

To  Michael Aneiro/HQ/FHLMC@FHLMC, Lori A Geftic/HQ/FHLMC@FHLMC, Aaron J Pas/HQ/FHLMC@FHLMC, Xiang Xie/HQ/FHLMC@FHLMC,

cc  David J Kirk/PRES/HQ/FHLMC, Structured Credit Group/FHLMC@FHLMC, Michael J Jenkins/HQ/FHLMC@FHLMC, Stacey

bcc

Subject  Credit Approval: NHELI 2006-FM2 IA1

Credit Approved

Kevin Palmer
Credit Policy & Portfolio Mgmt
Freddie Mac
571-382-4313
----- Forwarded by Kevin Palmer/HQ/FHLMC on 10/03/2006 10:03 AM -----

David J Kirk/PRES/HQ/FHLMC

10/03/2006 09:56 AM

To  Kevin Palmer/HQ/FHLMC@FHLMC

cc  Vikram K Mittal/HQ/FHLMC@FHLMC

Subject  Re: Credit Approval: NHELI 2006-FM2 IA1

Approved
Kevin Palmer/HQ/FHLMC



Kevin Palmer/HQ/FHLMC

10/03/2006 09:30 AM

To  David J Kirk/PRES/HQ/FHLMC

cc  Vikram K Mittal/HQ/FHLMC@FHLMC

Subject  Credit Approval: NHELI 2006-FM2 IA1

Dave, this deal needs your approval. Thanks

CONFIDENTIAL

FHFA01001998