# Exhibit F

# Freddie Mac

**CORRECTION**

▶ *Changed item(s)* ◀

| | | |
|---|---|---|
| ABS-FLT-S | | *David R. Hackney* |
| Trade No. 1303, Vs. 3 | | PMG: _____ DRH |
| Aug 16, 2006 14:10:29 | | |

*[signature]* ADS

Trade Ops:

**BUY**   NHELI_06-HE3: 1A1
ABS/ABS

**Jul 25, 2036**

| | | |
|---|---|---|
| **Asset ID:** | **B5A0472G0** | |
| **Ticker:** | **NHELI06HE3-1A1** | |
| Coupon: | 0.00000 | |
| Coupon Type: | FLOAT | |
| Frequency: | MONTHLY | |
| Reset Term: | MONTHLY | |
| Maturity Date: | Jul 25, 2036 | |
| Issue Date: | Aug 31, 2006 | |
| Min Trade Size: | 25,000.00 | |
| Min Trade Increment: | 1.00 | |

| | |
|---|---|
| Payment Delay: | 0 |
| Date Convention: | ACT/360 |
| Accrual Date: | Aug 31, 2006 |
| First Coupon Date: | Sep 25, 2006 |
| Next Pay Date: | Sep 25, 2006 |
| Odd First Pmt: | ☑ Yes ☐ No |
| AMT: | ☐ Yes ☑ No |
| ERISA: | ☐ Yes ☑ No |
| 144A: | ☐ Yes ☑ No |
| Notional: | ☐ Yes ☑ No |

| | |
|---|---|
| **Trade Date:** | **Aug 15, 2006** |
| **Settle Date:** | **Aug 31, 2006** |
| **Broker:** | **GRNW** |
| | GREENWICH CAPITAL MARKETS |
| **Broker Contact:** | LAURA SWANSON |
| | |
| Original Par: | 451,200,000.000 |
| Factor: | 1.000000000 |
| Factor Date: | Aug 31, 2006 |
| Current Par: | 451,200,000.000 |

**General Use**

L+15
B5A0472G0,  NHELI 2006-HE31A1
Originator: Owen
Servicer: Mixed
M/S/F/D - Aaa/AAA/AAA,AAA
Credit approved by:Kevin Palmer
REMIC
Subject to August  05 Freddie Reps
Allowable delivery variance on size: +/-10%
Model:
Fix0-30=v1.2ABS30_SUB_600F:360,ARM0-30=v1.2ABS_ARM228:360,
ARM2/1Bal30=v1.2ABS_ARM228:360,ARM3/1Bal30=v1.2ABS_ARM228:360,
ARM5/1Bal30=v1.2ABS_ARM228:360,Fix30Bal15=v1.2ABS30_SUB_625F:360,
Fix40Balloo=? PNEW30M:360,Fix45Bal30=v1.2ABS30_SUB_625F:360,
0=v1.2ABS30_SUB_650F:360
AAA enhancement: %,
Highly RatedPolicy Compliance:
1. Rated AA or better? Yes, AAA/Aaa/AAA/AAA
2. Interest rate on the security is different to the interest rate
on the collateral OR the credit risk on the securities must be
lower than the collateral? Yes. Bond pays L+15,Collateral has a
GWAC of 8.301

%.  Bond benefits from overcollateralization, excess spread and
subordination.

3. Does the deal have sufficient subordination of 3.5% or greater?
Yes.  24.65% initial subordination, plus excess spread.
4.  2nd leins reviewed and approved.
First LIBOR setting: 8/29/2006
Is there an interpolation?: No
Pricing Method: HETP
Changed Asset OAS, Expot ROE, RskAdj ROE, Debt OAS, Debt Yield,
Sprd Dur, Yield, Trade Date & Counterparty as per MXA - ADS 15AUG06

▶ Update comment to apply the reason for the changes above. The
▶ changes above is due to NHA priced the trade with our tracer (DRH)
▶ when GRNW was the lead on the deal. Consequently GRNW was not
▶ ready to price until the following day, causing slight changes in
▶ the analytics. NXB 8/16/06

**Delivery Instructions**
DTC/GRNW ABS
DTC#:               2230
A/C#:
INST ID#:
AGENT ID#:
CLEARING AGT DTC:
CLEARING AGT NAME:
A/C NAME:

**Special Instructions**
Today's trade is within my daily trade limit.  DRH

**Miscellaneous Information**
Asset OAS:        15.275
Debt Yld:         5.330
Expot ROE:        16.65
Sprd Dur:         1.00
CDI File:         NHELI06HE3
TrdPurpose:       REG PURCH
Debt OAS:         -14.229
% Asn Cap:        1.5
RskAdj ROE:       16.65
ACCTG_DESIG:      NHD_NONCASH

| | |
|---|---|
| **Price:** | **100-00** |
| | **100.00000000** |
| **Principal:** | **(451,200,000.00)** |
| **Interest:** | **0.00** |
| **Commission:** | **0.00** |
| **Net Money:** | **(451,200,000.00)** |
| **Currency:** | **USD** |
| **Net Cash Flow:** | **OUT** |
| | |
| Exchange rate: | |
| Discount: | |
| Option Type: | |
| | |
| Prepay: | 100.00 BLK |
| Yield: | 5.630 |
| YTC: | |
| Duration: | 0.07000 |
| Convexity: | -0.00300 |

| S & P | Moody | DBRS |
|---|---|---|
| NR | NR | |
| **Fitch** | **NAIC** | |
| NR | | |

| | |
|---|---|
| Discretionary: | ☑ Yes ☐ No |
| Liquid: | ☑ Yes ☐ No |
| Segregate: | ☑ Yes ☐ No |
| Release: | ☐ Yes ☑ No |

| | |
|---|---|
| Entry Date: | Aug 14, 2006 |

**Freddie Mac - ABS Float AFS (ABS-FLT-S)**
Trade No. 1303, Vs. 3

*FreddieMac*

A/C# 01

Copyright©2001 BlackRock Solutions. All Rights Reserved.

DTC (WIRE ROOM)

CONFIDENTIAL

**NHELI 2006-HE3**
Pretrade Analysis    8/14/2006
Trade Analysis       8/15/2006

| Curve | Spread | Name | CashFlowType | Trade Date | Settlement Date | DealName | Tranche Name | DealMode | Port. OAS | CurrentFace | FlatPrice | Z/rSpread | Z/rBEY | NomBEY | OAS | EffectiveDuration | EffectiveConvexity | SpreadDuration | DVPro | NomPr WAL | NomPr eqWAL | OptionCost |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LIBOR | L+15 | | | | | | | | | | | | | | | | | | | | | |
| LIBOR* | | | | | | | | | | | | | | | | | | | | | | |
| AGENCY | L+15 | Index CMO 0 | MBS | 8/15/2006 | 8/31/2006 | nhei6t09xc3 | IA1 | New | | 451,200,000 | 100.00 | 15.28 | 5.63 | 5.87 | 15.27 | 0.07 | -2e-03 | 1.00 | 1.03 | 1.03 | 0.01 |
| AGENCY | 0 | Index CMO 0 | MBS | 8/15/2006 | 8/31/2006 | nhei6t09xc3 | IA1 | New | | 451,200,000 | 100.00 | 29.48 | 5.63 | 5.87 | 29.50 | 0.07 | (0.00) | 1.00 | 1.03 | 1.03 | (0.02) |

| | |
|---|---|
| DEBT OAS | (14.229) |
| DEBT YIELD | 5.530 |
| LOAS | 15.275 |
| AOAS | 29.503 |
| YIELD - OPT CST | 5.625 |
| EFF DUR | 0.067 |
| EFF CVX | (0.020) |
| SPRD DUR | 1.00 |

CONFIDENTIAL

FHFA00002481

**ROE Calculator (Production) Results Sheet**

**Agency Product**

Time Of Report: Tue Aug 15 14:52:15 EDT 2006

ROE Calculator Effective Date: 05/05/2004

ROE Calculator Prepared On: 8/15/06 2:52 PM

**Product: ABSFloaterUnwrapAAA:1.5**

**Inputs**

| Variable Name | Value |
|---|---|
| Product Type | PASS_THROUGH |
| Issuer | NON_FREDDIE |
| Flat Price | 100.00 |
| Zero Vol Yield (%) | 5.63 |
| Option Cost (bps) | -0.0 |
| Asset To Agency OAS (bps) | 29.5 |
| Operation Risk Add On (bps) | 0.0 |
| Spread Duration | 1.00 |
| Market Value ($) | 1.00 |

**Outputs**

| Variable Name | Current Value |
|---|---|
| ROE (%) | 16.65 |
| PVA Percent of MV (%) | .09 |
| PVA | .00 |
| Capital Charge (%) | 1.50 |
| Stand-Alone Capital (%) | 1.50 |
| Marginal Capital (%) | 1.50 |
| Operational Risk Capital (bps) | 0.0 |
| Min. Capital Adjust. to OAS (bps) | -4.0 |
| MRB Adjustment to OAS (bps) | 2.0 |
| Credit Reserve (bps) | -2.0 |
| Adjusted Net OAS (bps) | 25.5 |
| Preferred Allocation (%) | 20.00 |
| Preferred Yield (%) | 6.00 |
| Preferred Tax Eq. Yield (%) | 9.23 |
| Tax Rate (%) | 35.00 |
| ROE Hurdle (%) | 9.00 |

**ROE Table(in percent)- Agency**

| | 4.13 | 4.63 | 5.13 | 5.63 | 6.13 | 6.63 | 7.13 |
|---|---|---|---|---|---|---|---|
| 23.50 | 12.23 | 12.63 | 13.04 | 13.44 | 13.85 | 14.26 | 14.66 |
| 24.50 | 12.76 | 13.16 | 13.57 | 13.98 | 14.38 | 14.79 | 15.20 |
| 25.50 | 13.29 | 13.70 | 14.10 | 14.51 | 14.92 | 15.32 | 15.73 |
| 26.50 | 13.83 | 14.23 | 14.64 | 15.04 | 15.45 | 15.86 | 16.26 |
| 27.50 | 14.36 | 14.77 | 15.17 | 15.58 | 15.98 | 16.39 | 16.80 |
| 28.50 | 14.89 | 15.30 | 15.71 | 16.11 | 16.52 | 16.92 | 17.33 |
| 29.50 | 15.43 | 15.83 | 16.24 | 16.65 | 17.05 | 17.46 | 17.86 |
| 30.50 | 15.96 | 16.37 | 16.77 | 17.18 | 17.58 | 17.99 | 18.40 |
| 31.50 | 16.49 | 16.90 | 17.31 | 17.71 | 18.12 | 18.52 | 18.93 |
| 32.50 | 17.03 | 17.43 | 17.84 | 18.25 | 18.65 | 19.06 | 19.46 |
| 33.50 | 17.56 | 17.97 | 18.37 | 18.78 | 19.19 | 19.59 | 20.00 |
| 34.50 | 18.09 | 18.50 | 18.91 | 19.31 | 19.72 | 20.13 | 20.53 |
| 35.50 | 18.63 | 19.03 | 19.44 | 19.85 | 20.25 | 20.66 | 21.07 |

First Row: Zero Vol Yield less Option Cost (%)          First Column: Asset/Debt Net OAS(bps)

## Intex CMO (Production) Results Sheet

Time Of Report: Tue Aug 15 14:50:58 EDT 2006

### Intex CMO Characteristics

| | | | |
|---|---|---|---|
| Security Name | Intex CMO 0 | Deal Name | nheli06he3 |
| Trade Date | 08/15/2006 | Tranche | 1A1 |
| Settlement | 08/31/2006 | Deal Mode | New |
| Cash Flow | MBS | Tranche CUSIP | (No CUSIP Available) |
| Use All Known History | No | Do Optional Redemption | Yes |
| Override Known 1st Index | No | Optimize Wavg Clustering | Yes |
| Use FICO Data | No | Trading Acc'y Not Req'd | Yes |
| Use Loan Bal Data | No | Use Frac Refi Data | No |
| Use GEO Data | No | Use LTV Data | No |
| Fixed Period 'Hint' For ARMs | | WALA/WAM As Of Settle | No |
| Prepayment Multiplier | 100.0 | Interpolate Index Rates | Yes |
| Default Multiplier | 100.0 | Prepays Incl. Defaults | Yes |

### Analytics

| Name | Value |
|---|---|
| FlatPrice | 100.0 |
| FullPrice | 100.0 |
| AccruedInterest | 0.0 |
| OAS | 29.5034 |
| NomBEY | 5.8654 |
| ZVBEY | 5.6251 |
| EffectiveDuration | 0.0686 |
| EffectiveConvexity | -0.0024 |
| VolDuration | |
| SpreadDuration | 0.9989 |
| Port.OAS | |
| OptionCost | -0.0189 |
| ZeroVolSpread | 29.4844 |
| KRD3 | |
| KRD12 | |
| KRD24 | |
| KRD36 | |
| KRD60 | |
| KRD84 | |
| KRD120 | |
| KRD180 | |
| KRD240 | |
| KRD300 | |
| KRD360 | |

### Prepay Model Mapping

| Names | Prepay | Mtg Rate | Default | Severity |
|---|---|---|---|---|
| Fix0-30 | v1.2ABS30_SUB_600E | 360 | SubPrimeFixed | SubPrimeFixed |
| ARM0-30 | v1.2ABS_ARM228 | 360 | SubPrimeARM | SubPrimeARM |
| ARM2/1Bal30 | v1.2ABS_ARM228 | 360 | SubPrimeARM | SubPrimeARM |
| ARM3/1Bal30 | v1.2ABS_ARM228 | 360 | SubPrimeARM | SubPrimeARM |
| ARM5/1Bal30 | v1.2ABS_ARM228 | 360 | SubPrimeARM | SubPrimeARM |
| Fix30Bal15 | v1.2ABS30_SUB_625E | 360 | SubPrimeFixed | SubPrimeFixed |
| Fix40Bal30 | 1.2NEW30M | 360 | SubPrimeFixed | SubPrimeFixed |
| Fix45Bal30 | v1.2ABS30_SUB_625E | 360 | SubPrimeFixed | SubPrimeFixed |
| 0 | v1.2ABS30_SUB_650E | 360 | SubPrimeFixed | SubPrimeFixed |

### Deal/Tranche Diagnostic Info

| | |
|---|---|
| Deal Issuer | NHELI06HE3 |
| Tranche Original Bal | $451,200,000.00 |
| Tranche Current Bal | $451,200,000.00 |
| Tranche Factor | 1.0 |
| Issue CDU Date | 08/01/2006 |
| Original Settlement Date | 08/31/2006 |
| Latest CDU Date | 08/01/2006 |
| Latest Available CDU Date | 08/01/2006 |
| First Forecast Index Pay Date | 10/25/2006 |
| First Forecast Prepay Pay Date | 09/25/2006 |
| Tranche Groups | 1 |
| Tranche Coupon | 5.518% |
| Coupon | 7.7927% |
| WAC | 8.3012% |
| WALA | 5 |
| WAM | 351 |

### Notes

Deal Comment    *** TRIGGERS NOT FINALIZED**** ; ; Additional
information is available upon request.
The information contained herein is based
on sources that we believe to be reliable
, but we do not represent that it is accurate
or complete.  It is not to be considered
as an offer to sell or solicitation of an
offer to buy the securities or other products
discussed herein.  Any commentary contained
herein was prepared by trading desk personnel.
This is not a research report and the commentary
contained herein should not be considered
to be research.  All prices, yields and
opinions expressed are indicative only and
are subject to change without notice.  Nomura
Securities International, Inc. and its affiliates
(collectively, 'Nomura') may have a position
in the securities or other products discussed
herein, and may make purchases from and/or
sales to customers on a principal basis
or as agent for another person.  Nomura also
may have acted as an underwriter of such
securities or other products, and may currently
be providing investment banking services
to the issuers of such securities or products.

Deal Modeling Notes (No Notes)

### Static Speeds

| | -100 | -50 | 0 | 50 | 100 |
|---|---|---|---|---|---|
| NomProj12 | 43.1154 | 40.3963 | 37.1558 | 33.2873 | 28.7531 |
| NomProj60 | 24.3888 | 24.0654 | 24.5106 | 24.5772 | 24.5503 |

CONFIDENTIAL

FHFA00002483

| | | | | | |
|---|---|---|---|---|---|
| NomProj60 | | | | | |
| NomProj120 | 13.0453 | 12.8595 | 13.1154 | 13.1537 | 13.1382 |
| NomProjWALEquivCPR | 44.8782 | 42.9947 | 40.8205 | 38.3337 | 35.342 |
| NomProjWAL | 0.9145 | 0.9675 | 1.0348 | 1.1208 | 1.2413 |
| NomBEY | 4.9055 | 5.3828 | 5.8654 | 6.354 | 6.8501 |
| NomMEY | 4.8561 | 5.3234 | 5.795 | 6.2715 | 6.7543 |
| NomSpreadToWAL | -47.8176 | 0.0873 | 48.9579 | 99.0407 | 150.3571 |
| ZVProj12 | 42.783 | 40.2826 | 37.4479 | 34.1368 | 30.3126 |
| ZVProj60 | 24.4903 | 24.2492 | 23.9514 | 24.3113 | 24.6536 |
| ZVProj120 | 13.1037 | 12.9651 | 12.7942 | 13.0007 | 13.1977 |
| ZVProjWALEquivCPR | 44.6742 | 42.9696 | 41.0961 | 38.9685 | 36.3884 |
| ZVProjWAL | 0.9201 | 0.9683 | 1.0257 | 1.0973 | 1.196 |
| ZVBEY | 4.7164 | 5.1695 | 5.6251 | 6.0829 | 6.5423 |
| ZVMEY | 4.6707 | 5.1147 | 5.5603 | 6.0072 | 6.4549 |
| ZVSpreadToWAL | -66.7137 | -21.2344 | 24.7971 | 71.594 | 118.9368 |

**Other Information**

| Vol Parameters | Skew 0.5 (BlackRock through Atlas) |
|---|---|
| Discounting Rate | Agency Purchase |
| Prepayment Rate | LiborSwap |
| COFI Rate | 4.09 |
| Prime Rate | 8.25 |
| 15 Yr Mortgage Rate | 6.11560727305066 |
| 30 Yr Mortgage Rate | 6.4871013370933035 |
| 15 Yr Mortgage Prop | 24=0.12,60=0.4,120=0.4 |
| 30 Yr Mortgage Prop | 24=0.12,60=0.4,120=0.4 |

**Interest Rates**

| OAS | Curve Name | 1 | 3 | 6 | 12 | 24 | 36 | 48 | 60 | 84 | 120 | 180 | 240 | 360 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | LiborSwap | 5.33 | 5.405 | 5.481 | 5.519 | 5.396 | 5.351 | 5.355 | 5.378 | 5.421 | 5.476 | 5.549 | 5.583 | 5.59 |
| X | Agency Purchase | 5.145 | 5.22 | 5.281 | 5.379 | 5.252 | 5.211 | 5.23 | 5.248 | 5.28 | 5.379 | 5.193 | 5.459 | 5.445 |
| | Agency Issue | 5.145 | 5.22 | 5.281 | 5.379 | 5.24 | 5.207 | 5.219 | 5.237 | 5.379 | 5.178 | 5.406 | 5.419 | 5.467 |
| | Treasury | 5.082 | 5.103 | 5.183 | 5.168 | 4.948 | 4.876 | 4.862 | 4.868 | 4.897 | 4.928 | 4.999 | 5.027 | 5.046 |

**Current Interest Rates Data**

| AGY ISSUE | YIELD | FEES | MATURITY | | TREASURY | YIELD | COUPON | PRICE | MATURITY |
|---|---|---|---|---|---|---|---|---|---|
| 2 Yr Agy | 0.052370 | 0.000330 | 20080418 | | 3 Mo Tsy | 0.051050 | 0.000000 | 98.851565 | 20061114 |
| 3 Yr Agy | 0.051710 | 0.000250 | 20090521 | | 6 Mo Tsy | 0.051825 | 0.000000 | 97.525000 | 20070215 |
| 5 Yr Agy | 0.052120 | 0.000220 | 20110718 | | 2 Yr Tsy | 0.049415 | 0.050000 | 99.984375 | 20080731 |
| 7 Yr Agy | 0.052560 | 0.000210 | 20130715 | | 5 Yr Tsy | 0.048700 | 0.048750 | 99.687500 | 20110731 |
| 10 Yr Agy | 0.053070 | 0.000190 | 20160718 | | 10 Yr Tsy | 0.049280 | 0.048750 | 99.015625 | 20160815 |
| 30 Yr Agy | 0.054360 | 0.000190 | 20320715 | | 30 Yr Tsy | 0.050450 | 0.045000 | 90.640625 | 20360215 |
| | | | | | | | | | |
| EUROS | BID | VOL | EXPIRATION | | LIBOR/SWAP | RATE | | | |
| EDC1 | 94.552500 | 0.004677 | 20060918 | | O/N Libor | 0.052350 | | | |
| EDC2 | 94.520000 | 0.004677 | 20061218 | | 1 Wk Libor | 0.053119 | | | |
| EDC3 | 94.610000 | 0.004677 | 20070319 | | 2 Wk Libor | 0.051200 | | | |
| EDC4 | 94.730000 | 0.004677 | 20070618 | | 1 Mo Libor | 0.051300 | | | |
| EDC5 | 94.820000 | 0.005749 | 20070917 | | 3 Mo Libor | 0.054262 | | | |
| EDC6 | 94.855000 | 0.005749 | 20071217 | | 6 Mo Libor | 0.055150 | | | |
| EDC7 | 94.870000 | 0.005749 | 20080317 | | 1 Yr Libor | 0.055675 | | | |
| EDC8 | 94.870000 | 0.005749 | 20080616 | | 2 Yr Swap | 0.051660 | | | |
| EDC9 | 94.855000 | 0.007767 | 20080915 | | 3 Yr Swap | 0.051510 | | | |
| EDC10 | 94.825000 | 0.007767 | 20081215 | | 4 Yr Swap | 0.051550 | | | |
| EDC11 | 94.800000 | 0.007767 | 20090316 | | 5 Yr Swap | 0.051780 | | | |

CONFIDENTIAL

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| EDC12 | 94.770000 | 0.007767 | 20090615 | | | 7 Yr Swap | 0.054210 | | | |
| EDC13 | 94.730000 | 0.008358 | 20090914 | | | 10 Yr Swap | 0.054760 | | | |
| EDC14 | 94.680000 | 0.008358 | 20091214 | | | 15 Yr Swap | 0.055490 | | | |
| EDC15 | 94.655000 | 0.008358 | 20100315 | | | 20 Yr Swap | 0.055830 | | | |
| EDC16 | 94.615000 | 0.008358 | 20100614 | | | 30 Yr Swap | 0.055900 | | | |
| | | | | | | | | | | |
| AGY BILL | SPREAD TO LIBOR | | | | | | | | | |
| 1 Mo Agy | -0.001850 | | | | | | | | | |
| 3 Mo Agy | -0.001850 | | | | | | | | | |
| 6 Mo Agy | -0.002000 | | | | | | | | | |
| 12 Mo Agy | -0.001400 | | | | | | | | | |
| | | | | | | | | | | |
| AGY PURCH | SPREAD TO LIBOR | YIELD | CURRENT VS LIBOR | MATURITY | | | | | | |
| 2 Yr Agy | -0.001440 | 0.052540 | -0.001880 | 20080418 | | | | | | |
| 3 Yr Agy | -0.001400 | 0.051990 | -0.001900 | 20090521 | | | | | | |
| 5 Yr Agy | -0.001300 | 0.052490 | -0.001640 | 20110718 | | | | | | |
| 7 Yr Agy | -0.001410 | 0.052940 | -0.001660 | 20130715 | | | | | | |
| 10 Yr Agy | -0.001470 | 0.053560 | -0.001640 | 20160718 | | | | | | |
| 30 Yr Agy | -0.001450 | 0.054860 | -0.001620 | 20320715 | | | | | | |

Rates Time: Live Rates Snapped At: Tue Aug 15 14:43:25 EDT 2006

CONFIDENTIAL

FHFA00002485

Intex CMO (Production) Results Sheet
Time Of Report: Tue Aug 15 14:48:21 EDT 2006

**WARNING:** Some Fields/Selections Have Changed, Results Could Be Unreliable!

## Intex CMO Characteristics

| | | | |
|---|---|---|---|
| Security Name | Intex CMO | 0 Deal Name | nheli06he3 |
| Trade Date | 08/15/2006 | Tranche | 1A1 |
| Settlement | 08/31/2006 | Deal Mode | New |
| Cash Flow | MBS | Tranche CUSIP | (No CUSIP Available) |
| Use All Known History | No | Do Optional Redemption | Yes |
| Override Known 1st Index | No | Optimize Wavg Clustering | Yes |
| Use FICO Data | No | Trading Acc'y Not Req'd | Yes |
| Use Loan Bal Data | No | Use Frac Refi Data | No |
| Use GEO Data | No | Use LTV Data | No |
| Fixed Period 'Hint' For ARMs | | WALA/WAM As Of Settle | No |
| Prepayment Multiplier | 100.0 | Interpolate Index Rates | Yes |
| Default Multiplier | 100.0 | Prepays Incl. Defaults | Yes |

### Prepay Model Mapping

| Names | Prepay | Mtg Rate | Default | Severity |
|---|---|---|---|---|
| Fix0-30 | v1.2ABS30_SUB_600B | 360 | SubPrimeFixed | SubPrimeFixed |
| ARM0-30 | v1.2ABS_ARM228 | 360 | SubPrimeARM | SubPrimeARM |
| ARM2/1Bal30 | v1.2ABS_ARM228 | 360 | SubPrimeARM | SubPrimeARM |
| ARM3/1Bal30 | v1.2ABS_ARM228 | 360 | SubPrimeARM | SubPrimeARM |
| ARM5/1Bal30 | v1.2ABS_ARM228 | 360 | SubPrimeARM | SubPrimeARM |
| Fix30Bal15 | v1.2ABS30_SUB_625B | 360 | SubPrimeFixed | SubPrimeFixed |
| Fix40Bal30 | 1.2NEW30M | 360 | SubPrimeFixed | SubPrimeFixed |
| Fix45Bal30 | v1.2ABS30_SUB_625B | 360 | SubPrimeFixed | SubPrimeFixed |
| 0 | v1.2ABS30_SUB_650B | 360 | SubPrimeFixed | SubPrimeFixed |

### Deal/Tranche Diagnostic Info

| | |
|---|---|
| Deal Issuer | NHEI.I06HE3 |
| Tranche Original Bal | $451,200,000.00 |
| Tranche Current Bal | $451,200,000.00 |
| Tranche Factor | 1.0 |
| Issue CDU Date | 08/01/2006 |
| Original Settlement Date | 08/31/2006 |
| Latest CDU Date | 08/01/2006 |
| Latest Available CDU Date | 08/01/2006 |
| First Forecast Index Pay Date | 10/25/2006 |
| First Forecast Prepay Pay Date | 09/25/2006 |
| Tranche Groups | 1 |
| Tranche Coupon | 5.518% |
| Coupon | 7.7927% |
| WAC | 8.3012% |
| WALA | 5 |
| WAM | 351 |

### Analytics

| Name | Value |
|---|---|
| FlatPrice | 100.0 |
| FullPrice | 100.0 |
| AccruedInterest | 0.0 |
| OAS | 15.2747 |
| NomBEY | 5.8654 |
| ZVBEY | 5.6263 |
| EffectiveDuration | 0.0672 |
| EffectiveConvexity | -0.0021 |
| VolDuration | |
| SpreadDuration | 0.999 |
| Port.OAS | |
| OptionCost | 0.01 |
| ZeroVolSpread | 15.2847 |
| KRD3 | |
| KRD12 | |
| KRD24 | |
| KRD36 | |
| KRD60 | |
| KRD84 | |
| KRD120 | |
| KRD180 | |
| KRD240 | |
| KRD300 | |
| KRD360 | |

### Notes

Deal Comment   *** TRIGGERS NOT FINALIZED**** ; ; Additional
information is available upon request.
The information contained herein is based
on sources that we believe to be reliable
, but we do not represent that it is accurate
or complete.  It is not to be considered
as an offer to sell or solicitation of an
offer to buy the securities or other products
discussed herein.  Any commentary contained
herein was prepared by trading desk personnel.
This is not a research report and the commentary
contained herein should not be considered
to be research.  All prices, yields and
opinions expressed are indicative only and
are subject to change without notice.  Nomura
Securities International, Inc. and its affiliates
(collectively, 'Nomura') may have a position
in the securities or other products discussed
herein, and may make purchases from and/or
sales to customers on a principal basis
or as agent for another person. Nomura also
may have acted as an underwriter of such
securities or other products, and may currently
be providing investment banking services
to the issuers of such securities or products.

Deal Modeling Notes (No Notes)

### Static Speeds

| | | | | |
|---|---|---|---|---|
| -100 | -50 | 0 | 50 | 100 |

CONFIDENTIAL

| | | | | | |
|---|---|---|---|---|---|
| NomProj12 | 43.1148 | 40.3953 | 37.1548 | 33.2859 | 28.7514 |
| NomProj60 | 24.3885 | 24.0648 | 24.5102 | 24.5767 | 24.5495 |
| NomProj120 | 13.0451 | 12.8592 | 13.1151 | 13.1534 | 13.1377 |
| NomProjWALEquivCPR | 44.8777 | 42.994 | 40.8198 | 38.3328 | 35.3409 |
| NomProjWAL | 0.9145 | 0.9675 | 1.0348 | 1.1209 | 1.2413 |
| NomBEY | 4.9055 | 5.3828 | 5.8654 | 6.354 | 6.8501 |
| NomMEY | 4.8561 | 5.3234 | 5.795 | 6.2715 | 6.7543 |
| NomSpreadToWAL | -62.9845 | -14.4468 | 34.7856 | 84.8027 | 136.0272 |
| ZVProj12 | 42.7767 | 40.2768 | 37.4422 | 34.1315 | 30.3107 |
| ZVProj60 | 24.5061 | 24.2639 | 23.9642 | 24.3226 | 24.656 |
| ZVProj120 | 13.1127 | 12.9735 | 12.8015 | 13.0072 | 13.1991 |
| ZVProjWALEquivCPR | 44.6789 | 42.9749 | 41.1016 | 38.9743 | 36.3904 |
| ZVProjWAL | 0.92 | 0.9681 | 1.0255 | 1.0971 | 1.1958 |
| ZVBEY | 4.7181 | 5.1711 | 5.6263 | 6.0836 | 6.5424 |
| ZVMEY | 4.6723 | 5.1162 | 5.5615 | 6.0079 | 6.455 |
| ZVSpreadToWAL | -81.6474 | -35.6087 | 10.7498 | 57.4458 | 104.6477 |

### Other Information

| | |
|---|---|
| Vol Parameters | Skew 0.5 (BlackRock through Atlas) |
| Discounting Rate | Libor/Swap |
| Prepayment Rate | Libor/Swap |
| COFI Rate | 4.09 |
| Prime Rate | 8.25 |
| 15 Yr Mortgage Rate | 6.11560727305066 |
| 30 Yr Mortgage Rate | 6.4871013370933035 |
| 15 Yr Mortgage Prop | 24=0.12,60=0.4,120=0.4 |
| 30 Yr Mortgage Prop | 24=0.12,60=0.4,120=0.4 |

### Interest Rates

| OAS | Curve Name | 1 | 3 | 6 | 12 | 24 | 36 | 48 | 60 | 84 | 120 | 180 | 240 | 360 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| X | Libor/Swap | 5.33 | 5.405 | 5.481 | 5.519 | 5.396 | 5.351 | 5.355 | 5.378 | 5.421 | 5.476 | 5.549 | 5.583 | 5.59 |
| | Agency Perchase | 5.145 | 5.22 | 5.281 | 5.379 | 5.252 | 5.211 | 5.23 | 5.248 | 5.28 | 5.329 | 5.393 | 5.422 | 5.445 |
| | Agency Issue | 5.145 | 5.22 | 5.281 | 5.379 | 5.24 | 5.207 | 5.219 | 5.237 | 5.279 | 5.328 | 5.406 | 5.439 | 5.463 |
| | Treasury | 3.082 | 3.103 | 3.183 | 5.168 | 4.948 | 4.876 | 4.862 | 4.868 | 4.897 | 4.908 | 4.399 | 5.027 | 5.046 |

### Current Interest Rates Data

| AGY ISSUE | YIELD | FEES | MATURITY | | TREASURY | YIELD | COUPON | PRICE | MATURITY |
|---|---|---|---|---|---|---|---|---|---|
| 2 Yr Agy | 0.052370 | 0.000330 | 20080418 | | 3 Mo Tsy | 0.050100 | 0.000000 | 98.851562 | 20061116 |
| 3 Yr Agy | 0.051710 | 0.000270 | 20090521 | | 6 Mo Tsy | 0.051825 | 0.000000 | 97.625000 | 20070215 |
| 5 Yr Agy | 0.052120 | 0.000220 | 20110718 | | 2 Yr Tsy | 0.048415 | 0.050000 | 99.984375 | 20080731 |
| 7 Yr Agy | 0.052560 | 0.000210 | 20130715 | | 3 Yr Tsy | 0.048700 | 0.048750 | 99.687500 | 20110731 |
| 10 Yr Agy | 0.053070 | 0.000190 | 20160718 | | 10 Yr Tsy | 0.049280 | 0.048750 | 99.015625 | 20160815 |
| 30 Yr Agy | 0.054360 | 0.000190 | 20320715 | | 30 Yr Tsy | 0.053450 | 0.045000 | 99.640625 | 20360215 |
| | | | | | | | | | |
| EURCS | BID | VOL | EXPIRATION | | LIBOR/SWAP | RATE | | | |
| EDC1 | 94.552500 | 0.004677 | 20060918 | | O/N Libor | 0.053350 | | | |
| EDC2 | 94.520000 | 0.004677 | 20061218 | | 1 Wk Libor | 0.053119 | | | |
| EDC3 | 94.610000 | 0.004677 | 20070319 | | 2 Wk Libor | 0.053200 | | | |
| EDC4 | 94.730000 | 0.004677 | 20070618 | | 1 Mo Libor | 0.054262 | | | |
| EDC5 | 94.820000 | 0.004749 | 20070917 | | 6 Mo Libor | 0.053150 | | | |
| EDC6 | 94.855000 | 0.004749 | 20071217 | | 1 Yr Libor | 0.055675 | | | |
| EDC7 | 94.870000 | 0.004749 | 20080317 | | 2 Yr Swap | 0.053360 | | | |
| EDC8 | 94.870000 | 0.004749 | 20080616 | | 3 Yr Swap | 0.053510 | | | |
| EDC9 | 94.855000 | 0.007767 | 20080915 | | | | | | |

CONFIDENTIAL

FHFA00002487

| EDC10 | 94.825000 | 0.007765 | 20081215 | | 4 Yr Swap | 0.053550 | | | | |
| EDC11 | 94.800000 | 0.007765 | 20090316 | | 5 Yr Swap | 0.053780 | | | | |
| EDC12 | 94.770000 | 0.007765 | 20090615 | | 7 Yr Swap | 0.054210 | | | | |
| EDC13 | 94.730000 | 0.008358 | 20090914 | | 10 Yr Swap | 0.054760 | | | | |
| EDC14 | 94.680000 | 0.008358 | 20091214 | | 15 Yr Swap | 0.055490 | | | | |
| EDC15 | 94.655000 | 0.008358 | 20100315 | | 20 Yr Swap | 0.055830 | | | | |
| EDC16 | 94.615000 | 0.008358 | 20100614 | | 30 Yr Swap | 0.055900 | | | | |

| AGY BILL | SPREAD TO LIBOR | | | | | | | | | |
| 1 Mo Agy | -0.001850 | | | | | | | | | |
| 3 Mo Agy | -0.001850 | | | | | | | | | |
| 6 Mo Agy | -0.002000 | | | | | | | | | |
| 12 Mo Agy | -0.001400 | | | | | | | | | |

| AGY PURCH | SPREAD TO LIBOR | YIELD | CURRENT VS LIBOR | MATURITY | | | | | | |
| 2 Yr Agy | -0.001440 | 0.052545 | -0.001880 | 20080418 | | | | | | |
| 3 Yr Agy | -0.001400 | 0.051995 | -0.001900 | 20090521 | | | | | | |
| 5 Yr Agy | -0.001300 | 0.052495 | -0.001640 | 20110718 | | | | | | |
| 7 Yr Agy | -0.001410 | 0.052945 | -0.001660 | 20130715 | | | | | | |
| 10 Yr Agy | -0.001470 | 0.053565 | -0.001640 | 20160718 | | | | | | |
| 30 Yr Agy | -0.001450 | 0.054860 | -0.001620 | 20320715 | | | | | | |

Rates Time: Live Rates Snapped At: Tue Aug 15 14:43:25 EDT 2006

CONFIDENTIAL

FHFA00002488



Reuters Kobra - User:f354087 Host:WXP1328032 - Tuesday, August 15, 2006 - 2:43:20 PM

FHFA00002489

1

1<GO>DELETE. 2<GO>REPLY. 3<GO>FORWARD. 99<GO>MENU OF OPTIONS

**Equity MSG**

8/15 14:46:49               •RYAN MULLANEY, GREENWICH CAPITAL MA        312-664-7970
                                                                        CHICAGO

800-426-4443........312-664-7970 RYAN.MULLANEY@GCM.COM  CELL-████████

           tHIS CONFIRMS THE FOLLOWING TRADE. YOU BUY....
USER       Deal: NHELI 2006-HE3 Bond: I-A-1 Size:        $451,200,000
INFO       Price:         $100.00
           Variance:    +/-10%
           Settle:        8/31/06              Dated:      8/31/06
           1st pay:       9/25/06   Legal final:     7/25/35
           Delay:         0 days  Accrual:       act/360
           Coupon:        L+15 bps, AFC Floater,  Swap
           Rating:      M=Aaa S=AAA, F=AAA, D=AAA
           Structure:    REMIC
           First LIBOR Setting:  8/29/06
           First LIBOR Calc:  1 MO LIBOR, interpolation
           Targeting Low Mod Sub Goals For Owner Occupied Purchase

tHis material is for your information only. Certain transactions mentioned herein may give rise to substantial risk and may not be suitable for all investors. GCM may have positions in, buy or sell (on principal or agency basis) or make a market in the securities mentioned herein or securities, options or futures related thereto. Prices are based on currently available information and are subject to change. They are not offers to buy or sell and cannot be relied upon as a representation that a transaction can be effected with this or any other firm at such prices. Material is based on information we consider reliable, but we do not represent that it is accurate or complete.

Australia 61 2 9777 8600       Brazil 5511 3048 4500      Europe 44 20 7330 7500      Germany 49 69 920410
Hong Kong 852 2977 6000 Japan 81 3 3201 8900 Singapore 65 6212 1000 U.S. 1 212 318 2000 Copyright 2006 Bloomberg L.P.
                                                                        2 15-Aug-06 14:47:34

CONFIDENTIAL

FHFA00002490

1                                                                    Equity **MSG**
1<GO>DELETE. 2<GO>REPLY. 3<GO>FORWARD. 99<GO>MENU OF OPTIONS

 8/15 14:27:33              ◦RYAN MULLANEY, GREENWICH CAPITAL MA        312-664-7970
                                                                          CHICAGO

800-426-4443........312-664-7970 RYAN.MULLANEY@GCM.COM  CELL-▮▮▮▮▮▮

         THE BELOW IS ALL CORRECT.............:
USER    Deal: NHELI 2006-HE3 Bond: I-A-1 Size:           %451,200,000
INFO    Price:              %100.00
        Variance:    +/-10%
        Settle:         8/31/06              Dated:      8/31/06
        1st pay:        9/25/06   Legal final:    7/25/36
        Delay:          0 days  Accrual:        act/360
        Coupon:         L+15 bps, AFC Floater,  Swap
        Rating:    M=Aaa S=AAA, F=AAA, D=AAA
        Structure:      REMIC
        First LIBOR Setting:  8/29/06
        First LIBOR Calc:  1 MO LIBOR, interpolation
        Targeting Low Mod Sub Goals For Owner Occupied Purchase

This material is for your information only. Certain  transactions mentioned herein may give rise to substantial  risk
and may not be suitable for all investors. GCM may have  positions in, buy or sell (on principal or agency basis) or
make a market in the securities mentioned herein or  securities, options or futures related thereto. Prices are  based
on currently available information and are subject to  change, they are not offers to buy or sell and cannot be  relied
upon as a representation that a transaction can be  effected with this or any other firm at such prices. Material is
based on information we consider reliable, but we do not represent that it is accurate or complete.

Australia 61 2 9777 8600       Brazil 5511 3048 4500       Europe 44 20 7330 7500       Germany 49 69 920410
Hong Kong 852 2977 6000 Japan 81 3 3201 8900 Singapore 65 6212 1000 U.S. 1 212 318 2000 Copyright 2006 Bloomberg L.P.
                                                                              2 15-Aug-06 14:29:40

CONFIDENTIAL

FHFA00002491



"Mullaney, Ryan, GCM"
&lt;Ryan.Mullaney@rbsgc.com
&gt;

08/15/2006 02:39 PM

To   "David R Hackney" &lt;david_hackney@freddiemac.com&gt;

cc

bcc

Subject   RE: NHELI 2006-HE3

we agree to the below terms and reps

-----Original Message-----
**From:** David R Hackney [mailto:david_hackney@freddiemac.com]
**Sent:** Tuesday, August 15, 2006 1:22 PM
**To:** Mullaney, Ryan, GCM
**Subject:** NHELI 2006-HE3

Ryan Mullaney
NHELI 2006-HE3
With respect to our participation concerning the above deal, it is our understanding that:

1. You have read our current Investment Requirements, which are attached.
2. The deal cash flows will conform in all material respects to the Investment Requirements.
3. The related deal documents will contain in all material respects all of our required representations and covenants set forth in the Investment Requirements.
4. The deal is anticipated to be structured as a QSPE.

Please send the final deal documents as soon as they are available to
*abs_docs@freddiemac.com* .  I will coordinate with our legal department to make sure all our requirements are incorporated correctly.  You can reach me at (571) 382- 4180.

We would appreciate it if you would acknowledge your receipt of this email. Such acknowledgement will not constitute or be deemed to constitute a confirmation or an agreement with respect to the foregoing.

CONFIDENTIAL

```
*************************************************************
*
```

This e-mail is intended only for the addressee named above.
As this e-mail may contain confidential or privileged information,
if you arc not the named addressee, you are not authorized
to retain, read, copy or disseminate this message or any part of
it.

```
*************************************************************
*
```

CONFIDENTIAL

FHFA00002493