# Exhibit G

# Freddie Mac

**NEW TRADE**

PMG: DRH Trade Ops:

**ABS-FLT-S**
Trade No. 1439, Vs. 1
Jan 23, 2007 13:32:52

**BUY** **NEHLI_07-1: II1A**
**CMO/WHOLE** **Feb 25, 2037**

| | |
|---|---|
| **Asset ID:** | **B5A04MNE9** |
| **Ticker:** | **NEHLI071-II1A** |
| Coupon: | 0.00000 |
| Coupon Type: | FLOAT |
| Frequency: | MONTHLY |
| Reset Term: | MONTHLY |
| Maturity Date: | Feb 25, 2037 |
| Issue Date: | Jan 31, 2007 |
| Min Trade Size: | 25,000.00 |
| Min Trade Increment: | 1.00 |

| | |
|---|---|
| Payment Delay: | 0 |
| Date Convention: | ACT/360 |
| Accrual Date: | Jan 31, 2007 |
| First Coupon Date: | Feb 25, 2007 |
| Next Pay Date: | Feb 26, 2007 |
| Odd First Pmt: | ☑ Yes ☐ No |
| AMT: | ☐ Yes ☑ No |
| ERISA: | ☐ Yes ☑ No |
| 144A: | ☐ Yes ☑ No |
| Notional: | ☐ Yes ☑ No |

| | |
|---|---|
| **Trade Date:** | **Jan 23, 2007** |
| **Settle Date:** | **Jan 31, 2007** |
| Broker: | GRNW |
| | GREENWICH CAPITAL MARKETS |
| Broker Contact: | |
| Original Par: | 101,632,000.000 |
| Factor: | 1.000000000 |
| Factor Date: | Jan 31, 2007 |
| Current Par: | 101,632,000.000 |

**General Use**

L+16
B5A04MNE9, NHELI 2007-1 II-1-A
Originator: RFC
Servicer: GMAC
M/S/F/D - Aaa/AAA/NA/NA
Credit approved by: BobRyan
REMIC
Subject to August 06 Freddie Reps
Allowabledelivery variance on size: +/-10%
Model:
ARM2/1=v1.3_STD_ARM31_IO,ARM2/1Bal30=v1.3_STD_ARM31_IO,
ARM3/1=v1.3_STD_ARM31_IO,ARM3/1Bal30=v1.3_STD_ARM31_IO,
ARM5/1=v1.3_STD_ARM51_IO,ARM7/1=v1.3_STD_ARM71_IO,
ARM7/1Bal30=v1.3_STD_ARM71_IO,ARM5/1Bal30=v1.3_STD_ARM51_IO,
ARM10/1=v1.3_STD_ARM101_IO,ARM10/1Bal30=v1.3_STD_ARM101_IO,
ARM1/1Bal30=v1.3_STD_ARM31_IO,ARM1/1=v1.3_STD_ARM31_IO
AAA enhancement: 7.29%,
Highly Rated Policy Compliance:
1. Rated AA or better? Yes. AAA/Aaa/AAA/NA
2. Interest rate on the security is different to the interest rate on the collateral OR the credit risk on the securities must be lower than the collateral? Yes. Bond pays L+16, Collateral has a GWAC of 7.281%. Bond benefits from overcollateralization, excess spread and subordination.

3. Does the deal have sufficient subordination of 3.5% or greater? Yes. 7.29% initial subordination, plus excess spread.
Isthere an interpolation?: No
Pricing Method: NAAD

**Special Instructions**

Thistrade is within my daily trade limit. DRH

**Miscellaneous Information**

| | |
|---|---|
| Asset OAS: | 16.113 |
| Debt Yld: | 5.118 |
| Expct ROE: | 17.32 |
| Sprd Dur: | 1.67 |
| CDI File: | NHELI071 |
| TrdPurpose: | REG PURCH |
| Debt OAS: | -14.962 |
| % Asn Cap: | 1.5 |
| RskAdj ROE: | 17.32 |
| ACCTG_DESIG: | NHD_NONCASH |

| | |
|---|---|
| **Price:** | **100-00** |
| | **100.00000000** |
| **Principal:** | **(101,632,000.00)** |
| **Interest:** | **0.00** |
| Commission: | 0.00 |
| **Net Money:** | **(101,632,000.00)** |
| Currency: | USD |
| **Net Cash Flow:** | **OUT** |
| Exchange rate: | |
| Discount: | |
| Option Type: | |
| Prepay: | 100.00 BLK |
| Yield: | 5.430 |
| YTC: | |
| Duration: | 0.00400 |
| Convexity: | -0.01080 |

| S & P | Moody | DBRS |
|---|---|---|
| NR | NR | |
| **Fitch** | **NAIC** | |
| NR | | |

| | |
|---|---|
| Discretionary: | ☑ Yes ☐ No |
| Liquid: | ☑ Yes ☐ No |
| Segregate: | ☑ Yes ☐ No |
| Release: | ☐ Yes ☑ No |
| Entry Date: | Jan 23, 2007 |

**Freddie Mac - ABS Float AFS (ABS-FLT-S)**
Trade No. 1439, Vs. 1

*FreddieMac*

Created: Jan 23, 2007 13:32:56

A/C# P 61948

Copyright © 2001 BlackRock Solutions. All Rights Reserved.

JPMORGAN CHASE

**ROE Calculator (Production) Results Sheet**

**Agency Product**

Time Of Report: Tue Jan 23 12:45:18 EST 2007

ROE Calculator Effective Date: 05/05/2004

ROE Calculator Prepared On: 1/23/07 12:45 PM

**Product: ABSFloaterUnwrapAAA:1.5**

**Inputs**

| Variable Name | Value |
|---|---|
| Product Type | PASS_THROUGH |
| Issuer | NON_FREDDIE |
| Flat Price | 100.00 ✓ |
| Zero Vol Yield (%) | 5.43 ✓ |
| Option Cost (bps) | 0.0 |
| Asset To Agency OAS (bps) | 31.1 ✓ |
| Operation Risk Add On (bps) | 0.0 |
| Spread Duration | 1.67 ✓ |
| Market Value ($) | 1.00 |

**Outputs**

| Variable Name | Current Value |
|---|---|
| ROE (%) | 17.32 ✓ |
| PVA Percent of MV (%) | .17 |
| PVA | .00 |
| Capital Charge (%) | 1.50 ✓ |
| Stand-Alone Capital (%) | 1.50 |
| Marginal Capital (%) | 1.50 |
| Operational Risk Capital (bps) | 0.0 |
| Min. Capital Adjust. to OAS (bps) | -4.0 |
| MRB Adjustment to OAS (bps) | 2.0 |
| Credit Reserve (bps) | -2.0 |
| Adjusted Net OAS (bps) | 27.1 |
| Preferred Allocation (%) | 20.00 |
| Preferred Yield (%) | 6.00 |
| Preferred Tax Eq. Yield (%) | 9.23 |
| Tax Rate (%) | 35.00 |
| ROE Hurdle (%) | 9.00 |

**ROE Table(in percent)- Agency**

| | 3.93 | 4.43 | 4.93 | 5.43 | 5.93 | 6.43 | 6.93 |
|---|---|---|---|---|---|---|---|
| 25.07 | 12.90 | 13.31 | 13.71 | 14.12 | 14.53 | 14.93 | 15.34 |
| 26.07 | 13.44 | 13.84 | 14.25 | 14.65 | 15.06 | 15.47 | 15.87 |
| 27.07 | 13.97 | 14.38 | 14.78 | 15.19 | 15.59 | 16.00 | 16.41 |
| 28.07 | 14.50 | 14.91 | 15.32 | 15.72 | 16.13 | 16.53 | 16.94 |
| 29.07 | 15.04 | 15.44 | 15.85 | 16.25 | 16.66 | 17.07 | 17.47 |
| 30.07 | 15.57 | 15.98 | 16.38 | 16.79 | 17.19 | 17.60 | 18.01 |
| 31.07 | 16.10 | 16.51 | 16.92 | 17.32 | 17.73 | 18.13 | 18.54 |
| 32.07 | 16.64 | 17.04 | 17.45 | 17.86 | 18.26 | 18.67 | 19.07 |
| 33.07 | 17.17 | 17.58 | 17.98 | 18.39 | 18.80 | 19.20 | 19.61 |
| 34.07 | 17.70 | 18.11 | 18.52 | 18.92 | 19.33 | 19.74 | 20.14 |
| 35.07 | 18.24 | 18.64 | 19.05 | 19.46 | 19.86 | 20.27 | 20.67 |
| 36.07 | 18.77 | 19.18 | 19.58 | 19.99 | 20.40 | 20.80 | 21.21 |
| 37.07 | 19.30 | 19.71 | 20.12 | 20.52 | 20.93 | 21.34 | 21.74 |

First Row: Zero Vol Yield less Option Cost (%) First Column: Asset/Debt Net OAS(bps)



Freddie Mac

# Mortgage Pricer Report

(Production)

Intex CMO 0

| Field | Value | Field | Value |
|---|---|---|---|
| Trade Date | 01/23/2007 | Trading Acc'y Not Required | true |
| Settlement Date | 01/31/2007 | Do Optional Redemption | true |
| WALA As Of Settle | false | Interpolate Index Rates | true |
| Deal name | naa071 | Use All Known History | false |
| Tranche | II-1-A | Prepay Incl. Defaults | true |
| Deal Mode | New | Optimize Wavg Clustering | false |
| Cash Flow | MBS | Override Known 1st Index | true |
| Fixed Period "Hint" for ARM | | Calculate Cummulative HPG | true |
| Prepayment Multiplier | 1.0 | Use Historical HPG Data | true |
| Default Multiplier | 0.5 | Use Historical Inferred SATO | true |
| Release Date Key Code | | Use Short Term Prepay Model | false |
| Single Path Exec. Hurdle | 200 | Use Notional Balance | true |
| Allow Prepayment Penalties | true | Historical HPG Keyword | US |

**Collateral Data**

| Field | Value | Field | Value |
|---|---|---|---|
| Coupon | 6.99 | Original Coupon(%) | 6.99 |
| WAC | 7.28 | Lookback Days | 0 |
| Penalty Window(months) | 36 | First Cap(%) | 5.14 |
| Orig Maturity Term | 360 | Periodic Cap(%) | 1.47 |
| Rem Amort Term | 368 | Life Cap(%) | 12.82 |
| Orig Amort Term | 370 | First Floor(%) | 1.47 |
| WAM | 358 | Periodic Floor(%) | 1.47 |
| WALA | 2 | Life Floor(%) | 2.81 |
| Interest Only Period | 0 | Net Margin(%) | 2.49 |
| Payment Fixed Period | 58 | Gross Margin(%) | 2.78 |
| Payment Reset Period | 6 | Payment Cap(%) | |
| Interest Rate Fixed Period | 58 | Auto Recast Period | |
| Interest Rate Reset Period | 6 | Max NegAM Limit(%) | |

**Deal/Tranche Data**

| Field | Value |
|---|---|
| Tranche CUSIP | |
| Deal Issuer | NAA071 |
| Tranche Original Bal | 101,632,000 |
| Tranche Current Bal | 101,632,000 |
| Tranche Factor | 1.0000000000 |
| Tranche Coupon(%) | 5.484 |
| Tranche Groups | 2 |
| Issue CDU Date | 01/01/2007 |
| Original Settlement Date | 01/31/2007 |
| Latest CDU Date | 01/01/2007 |
| Latest Available CDU Date | 01/01/2007 |
| First Forecast Index Pay Date | 03/25/2007 |
| First Forecast Prepay Pay Date | 02/25/2007 |
| Collateral Item Count | 85 |
| Notional Type | ActualBalance |

**Pool/Loan Demographics**

| Field | Value |
|---|---|
| FICO | none |
| Fraction Refi(%) | none |
| LTV(%) | none |
| Fraction 2-4 Units(%) | none |
| Fraction Investor Owned(%) | none |
| Fraction Second Home(%) | none |
| Treat Second Home As Investor Owned | true |
| Avg Loan Balance(k) | none |
| Use Weighted-Avg Original Loan Size | false |
| Geographic Information | none |

Deal Comment

Deal Modeling Notes

**Model Mappings**

| Names | Prepay | Default | Security |
|---|---|---|---|
| ARM2/1 | v1.3_STD_ARM31_IO | ABSALTA | ABSALTAR |
| ARM2/1Bal | v1.3_STD_ARM31_IO | ABSALTA | ABSALTAR |
| ARM3/1 | v1.3_STD_ARM31_IO | ABSALTA | ABSALTAR |
| ARM3/1Bal | v1.3_STD_ARM31_IO | ABSALTA | ABSALTAR |
| ARM5/1 | v1.3_STD_ARM51_IO | ABSALTA | ABSALTAR |
| ARM7/1 | v1.3_STD_ARM71_IO | ABSALTA | ABSALTAR |
| ARM7/1Bal | v1.3_STD_ARM71_IO | ABSALTA | ABSALTAR |
| ARM5/1Bal | v1.3_STD_ARM51_IO | ABSALTA | ABSALTAR |
| ARM10/1 | v1.3_STD_ARM101_IO | ABSALTA | ABSALTAR |
| ARM10/1B | v1.3_STD_ARM101_IO | ABSALTA | ABSALTAR |
| ARM1/1Bal | v1.3_STD_ARM31_IO | ABSALTA | ABSALTAR |
| ARM1/1 | v1.3_STD_ARM31_IO | ABSALTA | ABSALTAR |

**Static Speeds**

| | -100 | -50 | 0 | 50 | 100 |
|---|---|---|---|---|---|
| NomProj12 | | | | | |
| NomProj60 | | | | | |
| NomProj120 | | | | | |
| NomProjWALEquivCPR | | | | | |
| NomProjWAL | | | | | |

**Analytics**

| Name | Value | Name | Value |
|---|---|---|---|
| FlatPrice | 100.000 | AccruedInterest | 0.000 |
| FullPrice | 100.000 | EffectiveDuration | |
| OAS | 31.075 | EffectiveConvexity | |
| NomBEY | | VolDuration | |
| ZVBEY | | OASDuration | |

Geo Info: State

Current Interest Rates

| Treasury | Yield | Coupon | Price | Maturity |
|---|---|---|---|---|
| 3 Mo Tsy | 5.131 | 0.000 | 98.628 | 04/26/2007 |
| 6 Mo Tsy | 5.156 | 0.000 | 97.617 | 07/26/2007 |
| 2 Yr Tsy | 4.926 | 4.750 | 99.711 | 12/31/2008 |
| 5 Yr Tsy | 4.792 | 4.625 | 99.391 | 12/31/2011 |
| 10 Yr Tsy | 4.790 | 4.625 | 98.953 | 11/15/2016 |
| 30 Yr Tsy | 4.884 | 4.500 | 94.625 | 02/15/2036 |

| Agency Purchase | Spread-to-LIBOR | Yield | Current vs LIBOR | Maturity |
|---|---|---|---|---|
| 2 Yr Agy | -0.156 | 5.081 | -0.177 | 01/16/2009 |
| 3 Yr Agy | -0.153 | 5.014 | -0.186 | 11/03/2009 |
| 5 Yr Agy | -0.143 | 5.016 | -0.149 | 07/18/2011 |
| 7 Yr Agy | -0.141 | 5.026 | -0.164 | 01/15/2014 |
| 10 Yr Agy | -0.159 | 5.072 | -0.166 | 02/16/2017 |
| 30 Yr Agy | -0.142 | 5.211 | -0.150 | 07/15/2032 |

| Agency Issue | Yield | Fees | Maturity |
|---|---|---|---|
| 2 Yr Agy | 5.098 | 0.032 | 01/16/2009 |
| 3 Yr Agy | 5.035 | 0.027 | 11/03/2009 |
| 5 Yr Agy | 5.040 | 0.022 | 07/18/2011 |
| 7 Yr Agy | 5.058 | 0.021 | 01/15/2014 |
| 10 Yr Agy | 5.106 | 0.019 | 02/16/2017 |
| 30 Yr Agy | 5.249 | 0.018 | 07/15/2032 |

| Euro$ | Bid | Volatility | Expiration |
|---|---|---|---|
| EDC1 | 94.635 | 0.004612 | 03/19/2007 |
| EDC2 | 94.660 | 0.004612 | 06/18/2007 |
| EDC3 | 94.755 | 0.004612 | 09/17/2007 |
| EDC4 | 94.870 | 0.004612 | 12/17/2007 |
| EDC5 | 94.955 | 0.006385 | 03/17/2008 |
| EDC6 | 95.000 | 0.006385 | 06/16/2008 |
| EDC7 | 95.030 | 0.006385 | 09/15/2008 |
| EDC8 | 95.040 | 0.006385 | 12/15/2008 |
| EDC9 | 95.045 | 0.007032 | 03/16/2009 |
| EDC10 | 95.025 | 0.007032 | 06/15/2009 |
| EDC11 | 95.005 | 0.007032 | 09/14/2009 |
| EDC12 | 94.970 | 0.007032 | 12/14/2009 |
| EDC13 | 94.955 | 0.007513 | 03/15/2010 |
| EDC14 | 94.925 | 0.007513 | 06/14/2010 |
| EDC15 | 94.895 | 0.007513 | 09/13/2010 |
| EDC16 | 94.860 | 0.007513 | 12/13/2010 |

| Agency Bill | Spread-to-Libor |
|---|---|
| 1 Mo Agy | -0.169 |
| 3 Mo Agy | -0.169 |
| 6 Mo Agy | -0.162 |
| 12 Mo Agy | -0.146 |

| Libor/Swap | Rate |
|---|---|
| O/N Libor | 5.291 |
| 1 Wk Libor | 5.304 |
| 2 Wk Libor | 5.310 |
| 1 Mo Libor | 5.320 |
| 3 Mo Libor | 5.360 |
| 6 Mo Libor | 5.391 |
| 1 Yr Libor | 5.402 |
| 2 Yr Swap | 5.271 |
| 3 Yr Swap | 5.204 |
| 4 Yr Swap | 5.190 |
| 5 Yr Swap | 5.194 |
| 7 Yr Swap | 5.221 |
| 10 Yr Swap | 5.273 |
| 15 Yr Swap | 5.353 |
| 20 Yr Swap | 5.389 |
| 30 Yr Swap | 5.398 |

Freddie Mac

# Mortgage Pricer Report

(Production)

Intex CMO 0

| Field | Value | Field | Value | Field | Value |
|---|---|---|---|---|---|
| Trade Date | 01/23/2007 | Trading Acc'y Not Required | true | Deal/Tranche Data | |
| Settlement Date | 01/31/2007 | Do Optional Redemption | true | Tranche CUSIP | |
| WALA As Of Settle | false | Interpolate Index Rates | true | Deal Issuer | NAA071 |
| Deal name | naa071 | Use All Known History | false | Tranche Original Bal | 101,632,000 |
| Tranche | II-1-A | Prepay Incl. Defaults | true | Tranche Current Bal | 101,632,000 |
| Deal Mode | New | Optimize Wavg Clustering | false | Tranche Factor | 1.0000000000 |
| Cash Flow | MBS | Override Known 1st Index | true | Tranche Coupon(%) | 5.484 |
| Fixed Period "Hint" for ARM | | Calculate Cummulative HPG | true | Tranche Groups | 2 |
| Prepayment Multiplier | 1.0 | Use Historical HPG Data | true | Issue CDU Date | 01/01/2007 |
| Default Multiplier | 0.5 | Use Historical Inferred SATC | true | Original Settlement Date | 01/31/2007 |
| Release Date Key Code | | Use Short Term Prepay Model | false | Latest CDU Date | 01/01/2007 |
| Single Path Exec. Hurdle | 200 | Use Notional Balance | true | Latest Available CDU Date | 01/01/2007 |
| Allow Prepayment Penalties | true | Historical HPG Keyword | US | First Forecast Index Pay Date | 03/25/2007 |
| Collateral Data | | | | First Forecast Prepay Pay Date | 02/25/2007 |
| Coupon | 6.99 | Original Coupon(%) | 6.99 | Collateral Item Count | 85 |
| WAC | 7.28 | Lookback Days | 0 | Notional Type | ActualBalance |
| Penalty Window(months) | 36 | First Cap(%) | 5.14 | Pool/Loan Demographics | |
| Orig Maturity Term | 360 | Periodic Cap(%) | 1.47 | FICO | none |
| Rem Amort Term | 368 | Life Cap(%) | 12.82 | Fraction Refi(%) | none |
| Orig Amort Term | 370 | First Floor(%) | 1.47 | LTV(%) | none |
| WAM | 358 | Periodic Floor(%) | 1.47 | Fraction 2-4 Units(%) | none |
| WALA | 2 | Life Floor(%) | 2.81 | Fraction Investor Owned(%) | none |
| Interest Only Period | 0 | Net Margin(%) | 2.49 | Fraction Second Home(%) | none |
| Payment Fixed Period | 58 | Gross Margin(%) | 2.78 | Treat Second Home As Investor Owned | true |
| Payment Reset Period | 6 | Payment Cap(%) | | Avg Loan Balance(k) | none |
| Interest Rate Fixed Period | 58 | Auto Recast Period | | Use Weighted-Avg Original Loan Size | false |
| Interest Rate Reset Period | 6 | Max NegAM Limit(%) | | Geographic Information | none |

Deal Comment

Deal Modeling Notes

Model Mappings

| Names | Prepay | Default | Security |
|---|---|---|---|
| ARM2/1 | v1.3_STD_ARM31_IO | ABSALTA | ABSALTAR |
| ARM2/1Bal | v1.3_STD_ARM31_IO | ABSALTA | ABSALTAR |
| ARM3/1 | v1.3_STD_ARM31_IO | ABSALTA | ABSALTAR |
| ARM3/1Bal | v1.3_STD_ARM31_IO | ABSALTA | ABSALTAR |
| ARM5/1 | v1.3_STD_ARM51_IO | ABSALTA | ABSALTAR |
| ARM7/1 | v1.3_STD_ARM71_IO | ABSALTA | ABSALTAR |
| ARM7/1Bal | v1.3_STD_ARM71_IO | ABSALTA | ABSALTAR |
| ARM5/1Bal | v1.3_STD_ARM51_IO | ABSALTA | ABSALTAR |
| ARM10/1 | v1.3_STD_ARM101_IO | ABSALTA | ABSALTAR |
| ARM10/1B | v1.3_STD_ARM101_IO | ABSALTA | ABSALTAR |
| ARM1/1Bal | v1.3_STD_ARM31_IO | ABSALTA | ABSALTAR |
| ARM1/1 | v1.3_STD_ARM31_IO | ABSALTA | ABSALTAR |

Static Speeds

| | -100 | -50 | 0 | 50 | 100 |
|---|---|---|---|---|---|
| NomProj12 | | | | | |
| NomProj60 | | | | | |
| NomProj120 | | | | | |
| NomProjWALEquivCPR | | | | | |
| NomProjWAL | | | | | |

Analytics

| Name | Value | Name | Value |
|---|---|---|---|
| FlatPrice | 100.000 | AccruedInterest | 0.000 |
| FullPrice | 100.000 | EffectiveDuration | |
| OAS | 31.075 | EffectiveConvexity | |
| NomBEY | | VolDuration | |
| ZVBEY | | OASDuration | |

Geo Info: State

CONFIDENTIAL

FHFA01003630
A3-10018625091

Current Interest Rates

| Treasury | Yield | Coupon | Price | Maturity |
|---|---|---|---|---|
| 3 Mo Tsy | 5.131 | 0.000 | 98.628 | 04/26/2007 |
| 6 Mo Tsy | 5.166 | 0.000 | 97.617 | 07/26/2007 |
| 2 Yr Tsy | 4.926 | 4.750 | 99.711 | 12/31/2008 |
| 5 Yr Tsy | 4.792 | 4.625 | 99.391 | 12/31/2011 |
| 10 Yr Tsy | 4.790 | 4.625 | 98.953 | 11/15/2016 |
| 30 Yr Tsy | 4.884 | 4.500 | 94.635 | 02/15/2036 |

| Agency Issue | Yield | Fees | Maturity |
|---|---|---|---|
| 2 Yr Agy | 5.096 | 0.032 | 01/16/2009 |
| 3 Yr Agy | 5.035 | 0.027 | 11/03/2009 |
| 5 Yr Agy | 5.040 | 0.022 | 07/18/2011 |
| 7 Yr Agy | 5.058 | 0.021 | 01/15/2014 |
| 10 Yr Agy | 5.106 | 0.019 | 02/16/2017 |
| 30 Yr Agy | 5.249 | 0.018 | 07/15/2032 |

| Agency Bill | Spread-to-Libor |
|---|---|
| 1 Mo Agy | -0.169 |
| 3 Mo Agy | -0.169 |
| 6 Mo Agy | -0.162 |
| 12 Mo Agy | -0.146 |

| Agency Purchase | Spread-to-LIBOR | Yield | Current vs LIBOR | Maturity |
|---|---|---|---|---|
| 2 Yr Agy | -0.156 | 5.081 | -0.177 | 01/16/2009 |
| 3 Yr Agy | -0.153 | 5.014 | -0.186 | 11/03/2009 |
| 5 Yr Agy | -0.143 | 5.016 | -0.149 | 07/18/2011 |
| 7 Yr Agy | -0.141 | 5.026 | -0.164 | 01/15/2014 |
| 10 Yr Agy | -0.159 | 5.072 | -0.166 | 02/16/2017 |
| 30 Yr Agy | -0.142 | 5.211 | -0.150 | 07/15/2032 |

| Euro$ | Bid | Volatility | Expiration |
|---|---|---|---|
| EDC1 | 94.635 | 0.004612 | 03/19/2007 |
| EDC2 | 94.660 | 0.004612 | 06/18/2007 |
| EDC3 | 94.755 | 0.004612 | 09/17/2007 |
| EDC4 | 94.870 | 0.004612 | 12/17/2007 |
| EDC5 | 94.955 | 0.006385 | 03/17/2008 |
| EDC6 | 95.000 | 0.006385 | 06/16/2008 |
| EDC7 | 95.030 | 0.006385 | 09/15/2008 |
| EDC8 | 95.040 | 0.006385 | 12/15/2008 |
| EDC9 | 95.045 | 0.007032 | 03/16/2009 |
| EDC10 | 95.025 | 0.007032 | 06/15/2009 |
| EDC11 | 95.005 | 0.007032 | 09/14/2009 |
| EDC12 | 94.970 | 0.007032 | 12/14/2009 |
| EDC13 | 94.955 | 0.007513 | 03/15/2010 |
| EDC14 | 94.925 | 0.007513 | 06/14/2010 |
| EDC15 | 94.895 | 0.007513 | 09/13/2010 |
| EDC16 | 94.860 | 0.007513 | 12/13/2010 |

| Libor/Swap | Rate |
|---|---|
| O/N Libor | 5.291 |
| 1 Wk Libor | 5.304 |
| 2 Wk Libor | 5.310 |
| 1 Mo Libor | 5.320 |
| 3 Mo Libor | 5.360 |
| 6 Mo Libor | 5.391 |
| 1 Yr Libor | 5.402 |
| 2 Yr Swap | 5.271 |
| 3 Yr Swap | 5.204 |
| 4 Yr Swap | 5.190 |
| 5 Yr Swap | 5.194 |
| 7 Yr Swap | 5.221 |
| 10 Yr Swap | 5.273 |
| 15 Yr Swap | 5.353 |
| 20 Yr Swap | 5.389 |
| 30 Yr Swap | 5.398 |

CONFIDENTIAL

FHFA01003631
A3-10018625092



H34 SERVICE UNKNOWN/SERVICE DOWN. This service is not currently available.

Reuters Kobra - User:f354087 Host:WXP1328032 - Tuesday, January 23, 2007 - 11:54:07 AM

CONFIDENTIAL

FHFA01003632
A3-10018625093

```
Message                                                           Govt  MSG
1<GO>DEL 2<GO>REPLY 3<GO>FWD 11<GO>NEXT 12<GO>PREV 99<GO>OPTIONS

1/23 12:10:29            *STACI GRAY, GREENWICH CAPITAL MA

      [US flag]   800-426-4443   312-664-7870    FAX 312-664-7901  grays@gcm.com

           this is confirmed
USER   Deal: NHELI 07-1    Bond: II-1-A
INFO   Size:           $101,632,000
       Price:          $100.00
       Variance:       +/-10%
       Settle:         1/31/07              Dated:       1/31/07
       1st pay:        2/25/07    Legal final:  2/25/37
       Delay:          0 days  Accrual:           act/360
       Coupon:         L+16 bps, AFC Floater,Swap
       Rating:         M=Aaa S=AAA, F=NA, D=NA
       Structure:      REMIC
       First LIBOR Calc:  1 MO LIBOR, no interpolation
       Targeting Low Mod Sub Goals For Owner Occupied Purchase
```

[disclaimer text redacted/illegible]

```
Australia 61 2 9777 8600      Brazil 5511 3048 4500    Europe 44 20 7330 7500    Germany 49 69 920410
Hong Kong 852 2977 6000 Japan 81 3 3201 8900 Singapore 65 6212 1000 U.S. 1 212 318 2000 Copyright 2007 Bloomberg L.P.
                                                                                  G944-738-3 23-Jan-2007 12:10:43
```

CONFIDENTIAL

FHFA01003633
A3-10018625094



DIG <dig@freddiemac.com>

01/23/2007 12:10 PM

Please respond to dig@freddiemac.com

To david_hackney@freddiemac.com

cc

bcc

Subject Re: Fw: NAA 2007-HE1II-1-A [#36323]

Good Morning:

The description and ticker fields have been updated with the new issuer name details, Thanks.

Regards,

Brooke L. Leneau
SI&A DMO Ops
571.382.5784

--Original Message--
From: david_hackney@freddiemac.com
Date: 1/23/2007 11:58:20 AM
To: dig@freddiemac.com
Subject: Fw: NAA 2007-HE1II-1-A [#36323]

Please change the name to NHELI 2007-1. Everything else stays the same.
----- Forwarded by David R Hackney/HQ/FHLMC on 01/23/2007 11:56 AM -----

DIG <dig@freddiemac.com>

01/23/2007 11:31 AM

Please respond to dig@freddiemac.com

To david_hackney@freddiemac.com

cc

Subject Re: NAA 2007-HE1II-1-A [#36323]

Good Morning:

Created B5A04MNE9 per your request, Thanks

Regards,

Brooke L. Leneau
SI&A DMO Ops
571.382.5784
--Original Message--
From: david_hackney@freddiemac.com
Date: 1/23/2007 9:15:12 AM
To: dig@freddiemac.com

Robert C Ryan/SELLER/HQ/FHLMC
01/23/2007 11:53 AM

To Chad Levrini/HQ/FHLMC@FHLMC
cc David R Hackney/HQ/FHLMC@FHLMC, Kevin Palmer/HQ/FHLMC@FHLMC
bcc
Subject Re: Credit Approval: NAA 2007-AR1 II-1A

approved

bob
Chad Levrini/HQ/FHLMC

Chad Levrini/HQ/FHLMC
01/23/2007 10:55 AM

To Robert C Ryan/SELLER/HQ/FHLMC@FHLMC
cc Kevin Palmer/HQ/FHLMC@FHLMC, David R Hackney/HQ/FHLMC@FHLMC
Subject Credit Approval: NAA 2007-AR1 II-1A

Bob-

Please approve.

Thanks.

**THE REPRESENTATIONS AND COVENANTS, CASHFLOWS AND STRUCTURE WITH RESPECT TO NOMURA HOME EQUITY LOAN TRUST SERIES 2007-1 WILL COMPLY IN ALL RESPECTS WITH FREDDIE MAC'S INVESTMENT REQUIREMENTS, AUGUST 2006 VERSION. THE TRANSACTION IS ANTICIPATED TO BE STRUCTURED AS A QSPE.**

*Recipients must read the information contained in the Information Statement on page 3. Do not use or rely on this information if you have not received or reviewed the Information Statement. If you have not received the Information Statement, call your RBS Greenwich Capital account representative for another copy. This Free Writing Prospectus supersedes any previously distributed information relating to the securities discussed in this communication and will be superseded by the information set forth in any subsequently distributed free writing prospectus. Each Underwriter is acting as underwriter/placement agent and not as an agent for the Depositor in connection with the proposed transaction.*



NAA 2007 1
Available Funds Cap
Coupon
0.000%
2.000%
4.000%
6.000%
8.000%
10.000%
12.000%
14.000%
16.000%
WALA
1
7
13
19
25
31
37
43
49
55
61
67
73
79
85
91
97
103
109
115
121



NAA 2007 1
Floating Rate
CPR Analysis
CPR
90.00
80.00
70.00
60.00
50.00
40.00
30.00
20.00
10.00
-
1
11
21
31
41
51
61
71
81
91
101
111
121
131
141
151
WALA
Up 300
Flat
Down 150

CONFIDENTIAL

FHFA01003638
A3-10018625099



"Mullaney, Ryan, GCM" <Ryan.Mullaney@rbsgc.com>

01/17/2007 04:25 PM

To <david_hackney@freddiemac.com>
cc
bcc
Subject FW:

-----Original Message-----
From: Smith, Adam, GCM
Sent: Wednesday, January 17, 2007 3:23 PM
To: Jaeger, Max, GCM; Litvak, Jesse, GCM; Mullaney, Ryan, GCM
Subject: RE:

Looking at below - passes 300% of s&p B loss coverage and 162% of moody's base case.

| | | Multiple |
|---|---|---|
| Freddie Loss | 2.10% | |
| Moody's B2 Loss | 1.30% | 162% |
| S&P B Loss | 0.70% | 300% |

-----Original Message-----
From: Jaeger, Max, GCM
Sent: Wednesday, January 17, 2007 4:14 PM
To: Litvak, Jesse, GCM
Cc: Smith, Adam, GCM
Subject: FW:

----- Original Message -----
From: Jaeger, Max, GCM
To: Smith, Adam, GCM
Sent: Wed Jan 17 16:05:04 2007
Subject:

It looks like the following multiples don't produce any outstanding couponcap shortfall when the bond pays off:

50% (Net loss of 9.8M, or about 1.6%)
65% (Net loss of 12.6M, or about 2.1%)

Anything higher produces outstanding couponcap shortfall when the bond pays off.

Max Jaeger
RBS Greenwich Capital
203.618.2290

---------------------------------------------
***********************************************************************
*



"Mullaney, Ryan, GCM" <Ryan.Mullaney@rbsgc.com>

01/17/2007 04:24 PM

To <david_hackney@freddiemac.com>

cc

bcc

Subject FW:

It looks like the following multiples don't produce any outstanding couponcap shortfall when the bond pays off:

50% (Net loss of 9.8M, or about 1.6%)
65% (Net loss of 12.6M, or about 2.1%)

------------------------------------------

*********************************************************************

This e-mail is intended only for the addressee named above. As this e-mail may contain confidential or privileged information, if you are not the named addressee, you are not authorized to retain, read, copy or disseminate this message or any part of it.

*********************************************************************



NAA 2007-AR1
Floating Rate 50% Model
CPR Analysis
CPR
90.00
80.00
70.00
60.00
50.00
40.00
30.00
20.00
10.00
0.00
1
10
19
28
37
46
55
64
73
82
91
100
109
118
127
136
145
WALA
Up 300
Flat
Down 150



NAA 2007-AR1
Floating Rate
CPR Analysis
Up 300
Flat
Down 150
CPR
90.00
80.00
70.00
60.00
50.00
40.00
30.00
20.00
10.00
WALA
1
11
21
31
41
51
61
71
81
91
101
111
121
131
141
151

CONFIDENTIAL

FHFA01003642
A3-10018625103

Naa 07ar1

| Counterparty | |
|---|---|
| Underwriter | RBSGC |
| Issuer | Nomura |
| Depositor | |
| Seller | |
| Aggregator | |
| Rep Provider | |
| Master Servicer | |
| Trustee | |
| MI Provider | |
| Monoline | |
| Credit Manager | |
| Federal Tax Status | |

| Originators | Group (%) | Total (%) |
|---|---|---|
| SILVERSTATE MTG | 24.79% | 31.72% |
| NOMURA | 18.83% | 21.92% |
| | | |
| | | |
| | | |

| Servicers | Group (%) | Total (%) |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

| FICO | AGG UPB | AGG % |
|---|---|---|
| < 500 | 4,416,154 | 0.73% |
| 500 - 519 | | |
| 520 - 539 | | |
| 540 - 559 | | |
| 560 - 579 | | |
| 580 - 599 | 400,000 | 0.07% |
| 600 - 619 | 1,917,989 | 0.32% |
| 620 - 639 | 47,298,153 | 7.86% |
| 640 - 659 | 59,173,397 | 9.83% |
| 660 - 679 | 81,883,121 | 13.60% |
| 680 - 699 | 98,366,923 | 16.34% |
| 700 - 719 | 98,008,494 | 16.29% |
| 720 - 739 | 57,556,367 | 9.56% |
| 740 - 759 | 66,144,010 | 10.99% |
| 760 - 779 | 48,180,793 | 8.00% |
| 780 - 799 | 29,760,058 | 4.94% |
| 800 plus | 8,830,626 | 1.47% |

| Collateral Info | Group | TOTAL |
|---|---|---|
| Gross WAC | 7.199% | 7.227% |
| ARM Gross Margin | 2.757% | 2.744% |
| WA CLTV | 85.66% | 90.98% |
| CLTV >80% | 60.82% | 76.95% |
| CLTV >90% | 45.77% | 62.37% |
| CLTV >95% | 31.17% | 49.88% |
| Loan Balance < $50k | 0.04% | 0.01% |
| Loan Balance >= $50k | 3.24% | 1.07% |
| Loan Balance >=$100k | 8.86% | 3.88% |
| WA FICO | 701.9 | 704.0 |
| < 560 FICO | 0.92% | 0.73% |
| 560 - 600 FICO | 0.32% | 0.07% |
| SF / TH / PUD | 70.62% | 80.67% |
| 2-4 Family | 15.83% | 7.91% |
| Condo | 13.54% | 11.43% |
| Manufactured Housing (MH) | 0.00% | 0.00% |
| Other | 0.00% | 0.00% |
| Primary | 54.82% | 72.44% |
| Second | 7.94% | 9.29% |
| Investment | 37.24% | 18.27% |
| Full / Alt | 12.00% | 6.39% |
| Stated / Limited | 57.46% | 53.77% |
| NINA | 30.54% | 39.83% |
| 1st Lien | 100.00% | 100.00% |
| 2nd Lien | 0.00% | 0.00% |
| Silent Seconds | 56.60% | 72.45% |
| State 1 | CA | CA |
| % | 27.30% | 41.30% |
| State 2 | FL | NV |
| % | 14.95% | 14.60% |
| State 3 | NV | FL |
| % | 13.54% | 11.99% |
| State 4 | MD | NY |
| % | 5.18% | 4.60% |
| State 5 | AZ | AZ |
| % | 4.19% | 3.28% |
| ARM / HYB | 100.00% | 100.00% |
| Fixed | 0.00% | 0.00% |
| Purchase | 31.54% | 67.25% |
| Refi-RT | 15.94% | 8.53% |
| Refi-CO | 52.52% | 24.22% |
| Size | $125,058,991 | $601,994,084 |
| AVG Balance | $231,163 | $343,997 |
| Loan Count | 541 | 1,750 |
| Interest Only (IO) | 71.03% | 64.66% |
| Negative Amortization | 0.00% | 0.00% |
| Amortization >30 years | 7.99% | 4.09% |

| GWAC | AGG ARM UPB | ARM % | AGG FIX UPB | FIX % |
|---|---|---|---|---|
| 0.001 - 4.500 | | | | |
| 4.501 - 5.000 | | | | |
| 5.001 - 5.500 | 1,866,266 | 0.31% | - | 0.00% |
| 5.501 - 6.000 | 27,074,396 | 4.50% | - | 0.00% |
| 6.001 - 6.500 | 87,304,606 | 14.50% | - | 0.00% |
| 6.501 - 7.000 | 146,085,787 | 24.27% | - | 0.00% |
| 7.001 - 7.500 | 131,442,301 | 21.83% | - | 0.00% |
| 7.501 - 8.000 | 133,598,613 | 22.19% | - | 0.00% |
| 8.001 - 8.500 | 57,947,462 | 9.63% | - | 0.00% |
| 8.501 - 9.000 | 14,254,495 | 2.37% | - | 0.00% |
| 9.001 - 9.500 | 918,084 | 0.15% | - | 0.00% |
| 9.501 - 10.000 | 1,502,075 | 0.25% | - | 0.00% |
| 10.001 - 10.500 | - | 0.00% | - | 0.00% |
| 10.501 - 11.000 | - | 0.00% | - | 0.00% |
| 11.001 - 11.500 | - | 0.00% | - | 0.00% |
| 11.501 - 12.000 | - | 0.00% | - | 0.00% |
| 12.001 - 12.500 | - | 0.00% | - | 0.00% |
| 12.501 - 13.000 | - | 0.00% | - | 0.00% |
| 13.001 - 13.500 | - | 0.00% | - | 0.00% |
| 13.501 - 14.000 | - | 0.00% | - | 0.00% |
| 14.001 - 14.500 | - | 0.00% | - | 0.00% |
| 14.501 + | - | 0.00% | - | 0.00% |

| | Freddie Fixed | Freddie ARM | Total Fixed | Total ARM |
|---|---|---|---|---|
| GWAC | 0.00% | 7.20% | 0.00% | 7.23% |
| 1st Lien GWAC | 0.00% | 7.20% | 0.00% | 7.23% |
| 2nd Lien GWAC | 0.00% | 0.00% | 0.00% | 0.00% |
| FICO | 0 | 702 | 0 | 704 |
| 1st Lien FICO | 0 | 702 | 0 | 704 |
| 2nd Lien FICO | 0.00 | 0.00 | 0.00 | 0.00 |

| Credit Enhancement | |
|---|---|
| Subordination (not including OC) | |
| Prefund OC (%) | |
| Initial Target OC (%) | |
| Stepdown OC (%) | |
| Stepdown Date | |
| Excess Interest (12m Avg, Fwd Libor) | |

**Notes**

All non-dollar amount numbers (excluding loan count) should be formatted as percentages

Any 'Group' column refers to the collateral group that backs Freddie's class. Any 'Total' column refers to all

For originators and servicers, the percentages should show what percentage any given servicer or originat

The FICO and GWAC tables should be based on The Total pool.

For the GWAC table the ARM column should sum to 100% and the Fixed column should sum to 100% (ass

If a particular field has no data, enter 0% or $0 rather than 'NA' or leaving the field blank

Combined LTV = First Lien + Second + Silent Second