# Exhibit H

# Freddie Mac NEW TRADE

| ABS-FLT-S | | PMG: | MXA | Trade Ops: |
| --- | --- | --- | --- | --- |
| Trade No. 1418, Vs. 1 | | | | |
| Dec 27, 2006 15:38:03 | **BUY** | NHELI_07-HE1: IA1 ABS/ABS | | **Jan 25, 2037** |

| Asset ID: | B5A04KRZ2 | Payment Delay: | 0 | Trade Date: | Dec 27, 2006 |
| --- | --- | --- | --- | --- | --- |
| Ticker: | NHELI07HE1-IA1 | Date Convention: | ACT/360 | Settle Date: | Jan 31, 2007 |
| Coupon: | 0.00000 | Accrual Date: | Jan 31, 2007 | Broker: | GRNW |
| Coupon Type: | FLOAT | First Coupon Date: | Feb 25, 2007 | | GREENWICH CAPITAL MARKETS |
| Frequency: | MONTHLY | Next Pay Date: | Feb 26, 2007 | Broker Contact: | |
| Reset Term: | MONTHLY | Odd First Pmt: | ☑ Yes ☐ No | | |
| Maturity Date: | Jan 25, 2037 | AMT: | ☐ Yes ☐ No | Original Par: | 375,000,000.000 |
| Issue Date: | Jan 31, 2007 | ERISA: | ☐ Yes ☐ No | Factor: | 1.000000000 |
| Min Trade Size: | 25,000.00 | 144A: | ☐ Yes ☑ No | Factor Date: | Jan 31, 2007 |
| Min Trade Increment: | 1.00 | Notional: | ☐ Yes ☑ No | Current Par: | 375,000,000.000 |

**General Use**

L+15
B5A04KRZ2, NHELI 2007-HE1
Originator: OWNIT/1ST NLC
Servicer: OCWEN
M/S/F/D - Aaa/AAA/AAA/NA
Credit approved by- Kevin Palmer
REMIC
Subject to August  06 Freddie Reps
Allowable delivery variance on size  +/-5%
Asset:
ARM0-30=v1.3_ABS_ARM228,Fix0-40=v1.3_ABS_FR_30Y,ARM21Bal30=v1.3_ABS_ARM228,Bal0-30=v1.3_ABG_FR_30Y
AAA enhancement: 32.36%.
I Highly Rated Policy Compliance:
1. Rated AA or better? Yes, Aaa/AAA/AAA/NA
2. Interest rate on the security is different to the interest rate
on the collateral OR the credit risk on the securities must be
lower than the collateral? Yes, Bond pays L+15, Collateral has a
GWAC of 8.91

%.  Bond benefits from overcollateralization, excess spread and
subordination.

3. Does the deal have sufficient subordination of 3.5%or greater?
Yes,  21.38% initial subordination, plus excess spread.
Is there an interpolation?: No
Pricing Method: HETP
**Delivery Instructions**
DTC/GRNW ABS
DTC#:                    2230
A/C#:
INST ID#:
AGENT ID#:
CLEARING AGT DTC:
CLEARING AGT NAME:
A/C NAME:
**Miscellaneous Information**
Asset OAS:        15.177
Debt Yld:           5.057
Expct ROE:       16.07
Sprd Dur          0.99
CDI File:           NHELI07HE1
TrdPurpose:      REG  PURCH
Debt OAS        -13.963
% Asn Cap:        1.5
RiskAdj ROE:     16.07
ACCTG  DESIG:   NHG_NONCASH

| | | |
| --- | --- | --- |
| Price: | | 100-00 |
| | | 100.00000000 |
| Principal: | | (375,000,000.00) |
| Interest: | | 0.00 |
| Commission: | | 0.00 |
| Net Money: | | (375,000,000.00) |
| Currency: | | USD |
| Net Cash Flow: | | OUT |
| | | |
| Exchange rate: | | |
| Discount: | | |
| Option Type: | | |
| | | |
| Prepay: | | 100.00 BLK |
| Yield: | | 5.350 |
| YTC: | | |
| Duration: | | 0.06500 |
| Convexity: | | -0.00100 |

| S & P | Moody | DBRS |
| --- | --- | --- |
| NR | NR | |
| Fitch | NAIC | |
| NR | | |

| | |
| --- | --- |
| Discretionary: | ☑ Yes ☐ No |
| Liquid: | ☑ Yes ☐ No |
| Segregate: | ☑ Yes ☐ No |
| Release: | ☐ Yes ☑ No |

| | |
| --- | --- |
| Entry Date: | Dec 27, 2006 |

**Freddie Mac - ABS Float AFS (ABS-FLT-S)**
**Trade No. 1418, Vs. 1**

*Created: Dec 27, 2006 15:38:17*

A/C# P 61948

Copyright©2001 BlackRock Solutions. All Rights Reserved.

JPMORGAN CHASE

FHFA16863753
A3-10077904199

```
12/27    17:46 GMT  [REUTERS US TREASURY & MONEY MKTS]       12/27 12:46     5
FEDERAL FUNDS      EST 12:46|T-BILLS   EST 12.45 YIELD|EURO$    12.06|GOV RP 12.00
BID 5  1/4  OPEN 5  1/4   |1M 4.570-545 -.125   4.645|5.3000 -3200 |O/N 5.25-23 |
ASK 5  5/16 HIGH 5  5/16  |3M 4.845-840 -.020   4.973|5.3100 -3400 |1WK 5.15-00 |
LST 5  5/16 LOW  5  1/4   |6M 4.900-895 +.005   5.094|5.3100 -3500 |2WK 5.19-08 |
 FUNDS SOURCE-GARBAN [TELERATE FX PAGE/RECORD CHANGES - SEE PG 11]|1MO 5.20-13 |
|BTEC/ICAP - NYC   EST 12.46  YIELD|GSCI  5626.26-    2.23-DJIA 12484.54|+ 76.91|
 4.625 N/08  99.23+-236 -.032 4.769|11.30 YANKEE CDS   DOM BAS      LIBOR 11.00 |
 4.625 N/09  99.27 -27+ -.052 4.882|BID|EARLY  LATE  |EARLY  LATE  .1M  5.35000 |
 4.500 N/11  99.13 -132 -.08  4.636|JAN| 5.33  5.33  | 5.29  5.29  2M   5.35000 |
 4.250 N/13  97.24 -26+ -.11  4.635|FEB| 5.34  5.34  | 5.27  5.27  3M   5.36375 |
 4.625 N/16  99.25+-26  -.12  4.650|MAR| 5.34  5.34  | 5.29  5.29  4M   5.36438 |
 4.500 2/36  95.20+-21+ -.22  4.778|APR| 5.34  5.34  | 5.20  5.20  5M   5.36063 |
SPOT FX    30Y MBS JAN DELIVERY    |MAY| 5.34  5.34  | 5.17  5.17  6M   5.36063 |
JPY 118.71                         |JUN| 5.34  5.34  | 5.15  5.15  1Y   5.28938 |
EUR 1.3125|GNMA5.5   99.23-25; -.05|DEALER COMM  PAPER OFFER 15.30 BANK RATES    |
GBP 1.9560|GOLD5.5   99.02-04  -.05|  15 5.21    60 5.21  120 5.20 PRIME  8.25   |
CHF 1.2250|FNMA5.5   99.01-03  -.04|  30 5.22    90 5.20  180 5.16 BROKER 7.00   |
```

CONFIDENTIAL

FHFA16863754
A3-10077904200

ROE Calculator (Production) Results Sheet

Agency Product

Time Of Report: Wed Dec 27 12:38:25 EST 2006

ROE Calculator Effective Date: 05/05/2004

ROE Calculator Prepared On: 12/27/06 12:38 PM

### Product: ABSFloaterUnwrapAAA:1.5

#### Inputs

| Variable Name | Value |
|---|---|
| Product Type | PASS_THROUGH |
| Issuer | NON_FREDDIE |
| Flat Price | 100.00 |
| Zero Vol Yield (%) | 5.35 |
| Option Cost (bps) | 0.0 |
| Asset To Agency OAS (bps) | 28.8 |
| Operation Risk Add On (bps) | 0.0 |
| Spread Duration | 0.99 |
| Market Value ($) | 1.00 |

#### Outputs

| Variable Name | Current Value |
|---|---|
| ROE (%) | 16.07 |
| PVA Percent of MV (%) | .08 |
| PVA | .00 |
| Capital Charge (%) | 1.50 |
| Stand-Alone Capital (%) | 1.50 |
| Marginal Capital (%) | 1.50 |
| Operational Risk Capital (%) | 0.0 |
| Min. Capital Adjust. to OAS (bps) | -4.0 |
| MRB Adjustment to OAS (bps) | 2.0 |
| Credit Reserve (bps) | -2.0 |
| Adjusted Net OAS (bps) | 24.8 |
| Preferred Allocation (%) | 20.00 |
| Preferred Yield (%) | 6.00 |
| Preferred Tax Eq. Yield (%) | 9.23 |
| Tax Rate (%) | 35.00 |
| ROE Hurdle (%) | 9.00 |

#### ROE Table(in percent)- Agency

|  | 3.85 | 4.35 | 4.85 | 5.35 | 5.85 | 6.35 | 6.85 |
|---|---|---|---|---|---|---|---|
| 22.84 | 11.65 | 12.05 | 12.46 | 12.87 | 13.27 | 13.68 | 14.08 |
| 23.84 | 12.18 | 12.59 | 12.99 | 13.40 | 13.81 | 14.21 | 14.62 |
| 24.84 | 12.71 | 13.12 | 13.53 | 13.93 | 14.34 | 14.75 | 15.15 |
| 25.84 | 13.25 | 13.65 | 14.06 | 14.47 | 14.87 | 15.28 | 15.69 |
| 26.84 | 13.78 | 14.19 | 14.59 | 15.00 | 15.41 | 15.81 | 16.22 |
| 27.84 | 14.32 | 14.72 | 15.13 | 15.53 | 15.94 | 16.35 | 16.75 |
| 28.84 | 14.85 | 15.25 | 15.66 | 16.07 | 16.47 | 16.88 | 17.29 |
| 29.84 | 15.38 | 15.79 | 16.19 | 16.60 | 17.01 | 17.41 | 17.82 |
| 30.84 | 15.92 | 16.32 | 16.73 | 17.13 | 17.54 | 17.95 | 18.35 |
| 31.84 | 16.45 | 16.86 | 17.26 | 17.67 | 18.07 | 18.48 | 18.89 |
| 32.84 | 16.98 | 17.39 | 17.80 | 18.20 | 18.61 | 19.01 | 19.42 |
| 33.84 | 17.52 | 17.92 | 18.33 | 18.74 | 19.14 | 19.55 | 19.95 |
| 34.84 | 18.05 | 18.46 | 18.86 | 19.27 | 19.67 | 20.08 | 20.49 |

First Row: Zero Vol Yield less Option Cost (%)          First Column: Asset/Debt Net OAS(bps)

Principia Analytics
Trade Analysis

12/21/2006

| Curve | Spread | L+ | Name | CashFlowT ype | Trade Date | Settlement Date | DealName | Tranche Name | DealMode | Port. OAS | CurrentFace | FixfRate | ZVSpread | ZVBEY | NomBEY | OAS | Effective Dur ration | EffectiveC onvexity | SpreadD uration | ZVHed geVAL | NonPr cpVAL | OptionCost |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LIBOR | | L+ | Inten CMO | MBS | 12/27/2006 | 1/31/2007 | xten0i07ten1 | IA1 | New | | 375,000,000 | 100.00 | 15.19 | 9.35 | 5.67 | 19.18 | 6.9745.93 | -4.27/0.64 | 0.160 | 1.04 | 1.07 | 0.22/0.05 |
| LIBOR | 0 | | | | | | | | | | | | | | | | | | | | | |
| AGENCY | L+ | Inten CMO | MBS | 12/27/2006 | 1/31/2007 | xten0i07ten1 | IA1 | New | | 375,000,000 | 100.00 | 28.85 | 5.35 | 5.67 | 28.84 | 0.66 | -1.47/0.64 | 0.98 | 0.94 | 1.07 | 0.04 |
| AGENCY | 0 | | | | | | | | | | | | | | | | | | | | | |

DEBT OAS
| | |
|---|---|
| DEBT YIELD | (15,660) |
| | 5,957 |
| LOAS | 15.177 |
| ADAS | 28.940 |
| YIELD - OPT CST | 5.345 |
| EFF DUR | 0.665 |
| EFF CVX | (0.000) |
| SPRD DUR | 0.69 |

FHFA16863756
A3-10077904202

**Freddie Mac**

# Mortgage Pricer Report

## (Production)

Index CMG 1

| | | | |
|---|---|---|---|
| Trade Date | 12/27/2006 | Trading Acctv Not Required | true |
| Settlement Date | 01/31/2007 | Do Optional Redemption | true |
| WALA As Of Settle | false | Interpolate Index Rates | true |
| Deal name | nhel607he1 | Use All Known History | IA1 |
| Tranche | IA1 | Prepay Incl. Defaults | New |
| Deal Mode | New | Optimize Wavg Clustering | MBS |
| Cash Flow | MBS | Override Known 1st Index | |
| Fixed Period "Hint" for ARM | 1.0 | Calculate Cumulative HPG | |
| Prepayment Multiplier | 1.0 | Use Historical HPG Data | |
| Default Multiplier | 1.0 | Use Historical Inferred SATO | |
| Release Date Key Code | 200 | Use Notional Balance | |
| Single Path Exec. Hurdle | true | Use Historical HPG Keyword | |
| Allow Prepayment Penalties | | | |

### Collateral Data

| | | | |
|---|---|---|---|
| Coupon | 7.80 | Original Coupon(%) | |
| WAC | 6.34 | Lookback Days | |
| Penalty Window(months) | 12 | First Cap(%) | |
| Orig Maturity Term | 358 | Periodic Cap(%) | |
| Rem Amort Term | 441 | Life Cap(%) | |
| Orig Amort Term | 444 | First Floor(%) | |
| WAM | 355 | Periodic Floor(%) | |
| WALA | 3 | Life Floor(%) | |
| Interest Only Period | 4 | Net Margin(%) | |
| Payment Fixed Period | 21 | Gross Margin(%) | |
| Payment Reset Period | 5 | Payment Cap(%) | |
| Interest Rate Fixed Period | 21 | Auto Recast Period | |
| Interest Rate Reset Period | 5 | Max NegAM Limit(%) | |

### Deal/Tranche Data

| | | |
|---|---|---|
| Tranche CUSIP | true | |
| Deal Issuer | true | NHEL07HE1 |
| Tranche Original Bal | false | 375,000,000 |
| Tranche Current Bal | true | 375,000,000 |
| Tranche Factor | true | 1.0000000000 |
| Tranche Coupon(%) | true | 5.5 |
| Tranche Groups | true | 1 |
| Issue CDU Date | true | 01/01/2007 |
| Original Settlement Date | true | 01/31/2007 |
| Latest CDU Date | true | 01/01/2007 |
| Latest Available CDU Data | true | 01/01/2007 |
| First Forecast Index Pay Date | US | 03/25/2007 |
| First Forecast Prepay Pay Date | | 02/25/2007 |
| Collateral Item Count | | 461 |
| Notional Type | 0 | ActualBalance |

### PoolLoan Demographics

| | | |
|---|---|---|
| FICO | 7.80 | none |
| Fraction Refi(%) | 2.75 | none |
| LTV(%) | 0.82 | none |
| Fraction 2-4 Units(%) | 11.12 | none |
| Fraction Investor Owned(%) | 0.82 | none |
| Fraction Second Home(%) | 6.26 | none |
| Treat Second Home As Investor Owned | 4.48 | true |
| Avg Loan Balance(x) | 5.02 | none |
| Use Weighted-Avg Original Loan Size | | false |
| Geographic Information | | none |

### Deal Comment

*[illegible fine-print disclaimer text]*

### Deal Modeling Notes

### Model Mappings

| Names | Prepay | Default | Security |
|---|---|---|---|
| FixID-40 | v1.3_ABS_FR_30Y | SubPrimeFi | SubPrimeFi |
| ARM2/40 | v1.3_ABS_ARM228 | SubPrimeA | SubPrimeA |
| ARM2/rBal | v1.3_ABS_ARM228 | SubPrimeA | SubPrimeA |
| ARM3/1Bal | v1.3_ABS_ARM228 | SubPrimeA | SubPrimeFi |
| Ba0-30 | v1.3_ABS_FR_30Y | SubPrimeFi | SubPrimeFi |
| ARM5/1Bal | v1.3_ABS_ARM228 | SubPrimeA | SubPrimeA |

### Analytics

| Name | Value | Name | Value | | |
|---|---|---|---|---|---|
| FlatPrice | 38.26 | AccruedInterest | 100.000 | | 0.000 |
| FullPrice | | EffectiveDuration | 100.000 | | 0.063 |
| OAS | | EffectiveConvexity | 28.840 | | -0.000 |
| NumBEY | | VosDuration | 5.867 | | 0.992 |
| ZVBEY | | OASDuration | 5.345 | | |

### Static Speeds

| | 0 |
|---|---|
| NomProj12 | 38.26 |
| NomProj60 | 100.00 |
| NomProj120 | 100.00 |
| NomProjWALEpikCPR | 41.06 |
| NomProjWAL | 1.07 |

Geo Info: State

Created:   27 Dec 2006 12:35:34 PM

CONFIDENTIAL

FHFA16863757
A3-10077904203

## Static Speeds

| Name | Value |
|---|---|
| NomBEY | 5.87 |
| NomMEY | 5.80 |
| NomSpreadToWAL | 68.71 |
| ZVProj12 | 39.23 |
| ZVProj60 | 100.00 |
| ZVProj120 | 100.00 |
| ZVProjWALEquivCPR | 41.86 |
| ZVProjWAL | 1.04 |
| ZVRFY | 5.35 |
| ZVMEY | 5.29 |
| ZVSpreadToWAL | 15.99 |

## Other information

| 15 Year Mortgage Prop | | Vol Parameters | Skew 0.5 (BlackRock through Atlas) |
|---|---|---|---|
| Year | Value | Discounting Rate | Agency Purchase |
| 2 | 0.12 | Mortgage Rate Source | LiborSwap |
| 5 | 0.4 | COFI Rate | 4.346 |
| 10 | 0.4 | Prime Rate | 8.25 |
| **30 Year Mortgage Prop** | | 15 Year Mortgage Rate | = 5.862294774248236 |
| Year | Value | 30 Year Mortgage Rate | = 6.166349522123094565 |
| 2 | 0.12 | | |
| 5 | 0.4 | | |
| 10 | 0.4 | | |

Other information Summary changes - original values

15 Yr Mortgage Rate 5.821676186803869

30 Yr Mortgage Rate 6.125284373261199

Total Changes 2

## Analytics

Geo Info: State

| Name | Value | Name | Value |
|---|---|---|---|
| ROE | | ZeroVolSpread | 28.848 |
| Port.OAS | | IOMultiplier | |
| OptionCost | | OASStdErr | 0.009 |
| FeeDV01 | | PriceStdErr | |
| KRD3 | | KRD12 | |
| KRD24 | | KRD36 | |
| KRD60 | | KRD84 | |
| KRD120 | | KRD160 | |
| KRD240 | | KRD300 | |
| KRD360 | | | |

## Interest Rates

| Curve Name | 1 | 3 | 6 | 12 | 24 | 36 | 48 | 60 | 84 | 120 | 180 | 240 | 360 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LiborSwap | 5.350 | 5.360 | 5.388 | 5.313 | 5.114 | 5.049 | 5.307 | 5.047 | 5.077 | 5.134 | 5.227 | 5.266 | 5.277 |
| Agency Purchase | 5.209 | 5.220 | 5.225 | 5.188 | 4.969 | 4.901 | 4.904 | 4.907 | 4.937 | 4.966 | 5.079 | 5.106 | 5.133 |
| Agency Issue | 5.208 | 5.220 | 5.225 | 5.188 | 4.994 | 4.918 | 4.924 | 4.941 | 4.942 | 4.993 | 5.087 | 5.129 | 5.165 |
| Treasury | 4.955 | 4.975 | 5.096 | 5.054 | 4.745 | 4.6604 | 4.532 | 4.633 | 4.653 | 4.654 | 4.741 | 4.770 | 4.762 |

CONFIDENTIAL

FHFA16863758
A3-10077904204

Current Interest Rates

| Treasury | Yield | Coupon | Price | Maturity |
|---|---|---|---|---|
| 3 Mo Tsy | 4.976 | 0.000 | 98.867 | 03/29/2007 |
| 6 Mo Tsy | 5.097 | 0.000 | 97.630 | 06/28/2007 |
| 2 Yr Tsy | 4.767 | 4.625 | 99.836 | 11/30/2008 |
| 5 Yr Tsy | 4.638 | 4.500 | 99.648 | 11/30/2011 |
| 10 Yr Tsy | 4.655 | 4.625 | 100.172 | 11/15/2016 |
| 30 Yr Tsy | 4.782 | 4.500 | 96.314 | 02/15/2036 |

| Agency Purchase | Spread-to-LIBOR | Yield | Current vs LIBOR | Maturity |
|---|---|---|---|---|
| 2 Yr Agy | -0.146 | 4.963 | -0.155 | 09/16/2008 |
| 3 Yr Agy | -0.148 | 4.841 | -0.171 | 11/03/2009 |
| 5 Yr Agy | -0.140 | 4.850 | -0.135 | 07/18/2011 |
| 7 Yr Agy | -0.139 | 4.865 | -0.170 | 01/15/2014 |
| 10 Yr Agy | -0.148 | 4.923 | -3.166 | 10/16/2016 |
| 30 Yr Agy | -0.144 | 5.083 | -3.155 | 07/15/2032 |

| Agency Issue | Yield | Fees | Maturity |
|---|---|---|---|
| 2 Yr Agy | 5.010 | 0.032 | 06/16/2008 |
| 3 Yr Agy | 4.961 | 0.027 | 11/03/2009 |
| 5 Yr Agy | 4.913 | 0.022 | 07/18/2011 |
| 7 Yr Agy | 4.920 | 0.021 | 01/15/2014 |
| 10 Yr Agy | 4.971 | 0.019 | 10/16/2016 |
| 30 Yr Agy | 5.136 | 0.018 | 07/15/2032 |

| Euro$ | Bid | Volatility | Expiration |
|---|---|---|---|
| EDC1 | 94.690 | 0.006536 | 03/19/2007 |
| EDC2 | 94.805 | 0.006536 | 06/18/2007 |
| EDC3 | 94.980 | 0.006536 | 09/17/2007 |
| EDC4 | 95.125 | 0.006536 | 12/17/2007 |
| EDC5 | 95.190 | 0.007238 | 03/17/2008 |
| EDC6 | 95.215 | 0.007238 | 06/16/2008 |
| EDC7 | 95.215 | 0.007238 | 09/15/2008 |
| EDC8 | 95.205 | 0.007238 | 12/15/2008 |
| EDC9 | 95.190 | 0.008000 | 03/16/2009 |
| EDC10 | 95.163 | 0.008000 | 06/15/2009 |
| EDC11 | 95.133 | 0.008000 | 09/14/2009 |
| EDC12 | 95.085 | 0.008000 | 12/14/2009 |
| EDC13 | 95.060 | 0.008400 | 03/15/2010 |
| EDC14 | 95.025 | 0.008400 | 06/14/2010 |
| EDC15 | 94.995 | 0.008400 | 09/13/2010 |
| EDC16 | 94.950 | 0.008400 | 12/13/2010 |

| Agency Bill | Spread-to-Libor |
|---|---|
| 1 Mo Agy | -0.142 |
| 3 Mo Agy | -0.142 |
| 6 Mo Agy | -0.143 |
| 12 Mo Agy | -0.125 |

| Libor/Swap | Rate |
|---|---|
| O/N Libor | 5.291 |
| 1 Wk Libor | 5.367 |
| 2 Wk Libor | 5.350 |
| 1 Mo Libor | 5.350 |
| 3 Mo Libor | 5.354 |
| 6 Mo Libor | 5.361 |
| 1 Yr Libor | 5.289 |
| 2 Yr Swap | 5.115 |
| 3 Yr Swap | 5.050 |
| 4 Yr Swap | 5.037 |
| 5 Yr Swap | 5.048 |
| 7 Yr Swap | 5.077 |
| 10 Yr Swap | 5.135 |
| 15 Yr Swap | 5.227 |
| 20 Yr Swap | 5.296 |
| 30 Yr Swap | 5.278 |

CONFIDENTIAL

FHFA16863759
A3-10077904205

# Mortgage Pricer Report

(Some Fields/Selections Have Changed, Results Could Be Unreliable)

(Production)

### Hilex CMO_1

| | | | | |
|---|---|---|---|---|
| Trade Date | 12/27/2006 | Trading Acc'ly Not Required | | |
| Settlement Date | 01/31/2007 | Do Optional Redemption | | |
| WALA As of Settle | false | Interpolate Index Rates | | |
| Deal name | nhellz07he1 | Use All Known History | | |
| Tranche | IA1 | Prepay Inc: Defaults | | |
| Deal Mode | New | Optimize Wavg Clustering | | |
| Cash Flow | MBS | Override Known 1st Index | | |
| Fixed Period 'Hint' for ARM | | Calculate Cumulative HPG | | |
| Prepayment Multiplier | 1.0 | Use Historical HPG Data | | |
| Default Multiplier | 1.0 | Use Historical Inferred SATO | | |
| Release Date Key Code | | Use Short Term Prepay Model | | |
| Single Path Exec. Hurdle | 200 | Use Notional Balance | | |
| Allow Prepayment Penalties | true | Historical HPG Keyword | | |
| Collateral Data | | | | |
| Coupon | 7.80 | Original Coupon(%) | | |
| WAC | 8.34 | Lookback Days | | |
| Penalty Window(months) | 12 | First Cap(%) | | |
| Orig Maturity Term | 358 | Periodic Cap(%) | | |
| Rem Amort Term | 441 | Life Cap(%) | | |
| Orig Amort Term | 444 | First Floor(%) | | |
| WAM | 355 | Periodic Floor(%) | | |
| WALA | 3 | Life Floor(%) | | |
| Interest Only Period | 4 | Net Margin(%) | | |
| Payment Fixed Period | 21 | Gross Margin(%) | | |
| Payment Reset Period | 5 | Payment Cap(%) | | |
| Interest Rate Fixed Period | 21 | Auto Recast Period | | |
| Interest Rate Reset Period | 5 | Max NegAM Limit(%) | | |

| | | | |
|---|---|---|---|
| Deal/Tranche Data | true | | |
| Tranche CUSIP | true | | |
| Deal Issuer | true | | |
| Tranche Original Bal | false | 375,000,000 |
| Tranche Current Bal | true | 375,000,000 |
| Trainine Factor | true | 1.000000000 |
| Tranche Coupon(%) | true | 5.5 |
| Tranche Groups | true | |
| Issue CDU Date | true | 01/01/2007 |
| Original Settlement Date | true | 01/31/2007 |
| Latest CDU Date | false | 01/01/2037 |
| Latest Available CDU Date | true | |
| First Forecast Index Pay Date | US | |
| First Forecast Prepay Pay Date | | 03/25/2007 |
| Collateral Item Count | | 02/25/2007 |
| Notional Type | 0 | 461 |
| Pool/Loan Demographics | | ActualBalance |
| FICO | 0.82 | none |
| Fraction Refi(%) | 11.12 | none |
| LTV(%) | 0.82 | none |
| Fraction 2-4 Units(%) | 0.82 | none |
| Fraction Investor Owned(%) | 6.26 | none |
| Fraction Second Home(%) | 4.46 | none |
| Treat Second Home As Investor Owned | 5.02 | true |
| Avg Loan Balance(X) | | none |
| Use Weighted-Avg Original Loan Size | | false |
| Geographic Information | | none |

| NHELL07HE1 | |
|---|---|
| NHELL07HE1 | |

**Deal Comment**

**Deal Modeling Notes**

### Model Mappings

| Names | Prepay | Default | Security |
|---|---|---|---|
| FixD-40 | v1_3_ABS_FR_30Y | SubPrime | FI SubPrimeFri |
| ARM0-40 | v1_3_ABS_ARM228 | SubPrimeA | SubPrimeA |
| ARM2? | Bai v1_3_ABS_ARM228 | SubPrimeA | SubPrimeA |
| ARM3? | Bai v1_3_ABO_ARM228 | SubPrimeA | SubPrimeA |
| Bai0-30 | v1_3_ABS_FR_30Y | SubPrimeF | SubPrimeFri |
| ARM5? | Bai v1_3_ABS_ARM228 | SubPrimeA | SubPrimeA |

Geo Info: State

### Analytics

| Name | Value | Name | Value |
|---|---|---|---|
| FlatPrice | | AccruedInterest | 100.000 |
| FullPrice | | EffectiveDuration | 100.000 |
| OAS | | EffectiveConvexity | 15.177 |
| NomBEY | | VolDuration | 5.867 |
| Z/BEY | | OASDuration | 5.345 |

### Static Speeds

| | 0 | | Value |
|---|---|---|---|
| NomProj12 | 38.25 | FlatPrice | 0.000 |
| NomProj60 | 100.00 | FullPrice | 0.065 |
| NomProj12D | 100.00 | OAS | -0.000 |
| NomProjWALEquivCPR | 41.08 | NomBEY | 5.992 |
| NomProjWAL | 1.07 | Z/BEY | |

Page 1

Created: 27 Dec 2006 12:17:44 PM

Freddie Mac

CONFIDENTIAL

FHFA16863760
A3-10077904206

**Static Speeds**

0

| | |
|---|---|
| NonrBEY | 5.87 |
| NonrMEY | 5.80 |
| NonrSpreadToWAL | 55.82 |
| ZVProj12 | 39.23 |
| ZVProj60 | 100.00 |
| ZVProj120 | 100.00 |
| ZVProjWALEquivCPR | 41.88 |
| ZVProjWAL | 1.04 |
| ZVBEY | 5.35 |
| ZVMEY | 5.29 |
| ZVSpreadToWAL | 3.16 |

**Analytics**

| Name | Value | Name | Value |
|---|---|---|---|
| ROE | | ZeroVolSpread | 15.182 |
| Port.OAS | | IOMultiplier | |
| OptionCost | 0.005 | OASStdErr | |
| FeeDV01 | | PriceStdErr | |
| KRD3 | | KRD12 | |
| KRD24 | | KRD36 | |
| KRD60 | | KRD84 | |
| KRD120 | | KRD180 | |
| KRD240 | | KRD360 | |
| KRD360 | | | |

Geo Info. State

**Interest Rates**

| Curve Name | 1 | 3 | 6 | 12 | 24 | 36 | 48 | 60 | 84 | 120 | 180 | 240 | 360 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LiborSwap | 5.350 | 5.362 | 5.366 | 5.313 | 5.114 | 5.049 | 5.037 | 5.047 | 5.077 | 5.134 | 5.227 | 5.266 | 5.277 |
| Agency Purchase | 5.208 | 5.220 | 5.225 | 5.188 | 4.968 | 4.901 | 4.904 | 4.907 | 4.937 | 4.986 | 5.079 | 5.106 | 5.133 |
| Agency Issue | 5.208 | 5.220 | 5.225 | 5.188 | 4.994 | 4.918 | 4.924 | 4.941 | 4.942 | 4.993 | 5.087 | 5.129 | 5.165 |
| Treasury | 4.905 | 4.975 | 5.096 | 5.054 | 4.748 | 4.656 | 4.532 | 4.637 | 4.653 | 4.654 | 4.741 | 4.770 | 4.782 |

**Other Information**

15 Year Mortgage Prop

| Year | Value |
|---|---|
| 2 | 0.12 |
| 5 | 0.4 |
| 10 | 0.4 |

30 Year Mortgage Prop.

| Year | Value |
|---|---|
| 2 | 0.12 |
| 5 | 0.4 |
| 10 | 0.4 |

| Vol Parameters | Skew 6.5 (BlackRock through Atlas) |
|---|---|
| Discounting Rate | LiborSwap |
| Mortgage Rate Source | LiborSwap |
| COFI Rate | 4.346 |
| Prime Rate | 8.25 |
| 15 Year Mortgage Rate | 5.852734774248236 |
| 30 Year Mortgage Rate | 6.1653150221232455 |

Other information Summary changes - original values

15 Yr Mortgage Rate 5.82167816663369

30 Yr Mortgage Rate 6.1252847752961199

Total Changes 2

CONFIDENTIAL

FHFA16863761
A3-10077904207

Current Issues Rates

| Agency issue | Yield | Fees | Maturity | Agency Bill | Spread-to-Libor |
|---|---|---|---|---|---|
| 2 Yr Agy | 5.010 | 0.032 | 09/16/2008 | 1 Mo Agy | -0.142 |
| 3 Yr Agy | 4.901 | 0.027 | 11/02/2009 | 3 Mo Agy | -0.142 |
| 5 Yr Agy | 4.913 | 0.022 | 07/18/2011 | 6 Mo Agy | -0.143 |
| 7 Yr Agy | 4.920 | 0.021 | 01/15/2014 | 12 Mo Agy | -0.125 |
| 10 Yr Agy | 4.971 | 0.019 | 10/18/2016 | | |
| 30 Yr Agy | 5.135 | 0.018 | 07/15/2032 | | |

| EurIS | Bid | Volatility | Expiration | LiborSwap | Rate |
|---|---|---|---|---|---|
| EDC1 | 94.690 | 0.005536 | 03/19/2007 | O/N Libor | 5.291 |
| EDC2 | 94.895 | 0.005536 | 06/18/2007 | 1 Wk Libor | 5.267 |
| EDC3 | 94.900 | 0.005536 | 09/17/2007 | 2 Wk Libor | 5.350 |
| EDC4 | 95.125 | 0.005536 | 12/17/2007 | 1 Mo Libor | 5.350 |
| EDC5 | 95.190 | 0.007238 | 03/17/2008 | 3 Mo Libor | 5.384 |
| EDC6 | 95.215 | 0.007238 | 06/16/2008 | 6 Mo Libor | 5.361 |
| EDC7 | 95.215 | 0.007238 | 09/15/2008 | 1 Yr Libor | 5.289 |
| EDC8 | 95.205 | 0.007238 | 12/15/2008 | 2 Yr Swap | 5.115 |
| EDC9 | 95.190 | 0.008300 | 03/16/2009 | 3 Yr Swap | 5.050 |
| EDC10 | 95.160 | 0.008300 | 06/15/2009 | 4 Yr Swap | 5.037 |
| EDC11 | 95.130 | 0.008300 | 09/14/2009 | 5 Yr Swap | 5.048 |
| EDC12 | 95.085 | 0.008300 | 12/14/2009 | 7 Yr Swap | 5.077 |
| EDC13 | 95.060 | 0.008400 | 03/15/2010 | 10 Yr Swap | 5.135 |
| EDC14 | 95.025 | 0.008400 | 06/14/2010 | 15 Yr Swap | 5.227 |
| EDC15 | 94.995 | 0.008400 | 09/13/2010 | 20 Yr Swap | 5.266 |
| EDC16 | 94.890 | 0.008400 | 12/13/2010 | 30 Yr Swap | 5.278 |

Current Issues Rates

| Treasury | Yield | Coupon | Price | Maturity |
|---|---|---|---|---|
| 3 Mo Tsy | 4.976 | 0.000 | 98.867 | 03/29/2007 |
| 6 Mo Tsy | 5.097 | 0.000 | 97.692 | 06/28/2007 |
| 2 Yr Tsy | 4.767 | 4.625 | 99.838 | 11/30/2008 |
| 5 Yr Tsy | 4.638 | 4.500 | 99.648 | 11/30/2011 |
| 10 Yr Tsy | 4.655 | 4.625 | 100.172 | 10/15/2016 |
| 30 Yr Tsy | 4.782 | 4.500 | 96.344 | 02/15/2036 |

| Agency Purchase | Spread-to-LIBOR | Yield | Current vs LIBOR | Maturity |
|---|---|---|---|---|
| 2 Yr Agy | -0.148 | 4.983 | -0.155 | 09/16/2008 |
| 3 Yr Agy | -0.148 | 4.841 | -0.171 | 11/02/2009 |
| 5 Yr Agy | -0.140 | 4.880 | -0.135 | 07/18/2011 |
| 7 Yr Agy | -0.139 | 4.865 | -0.170 | 01/15/2014 |
| 10 Yr Agy | -0.148 | 4.923 | -0.166 | 10/18/2016 |
| 30 Yr Agy | -0.144 | 5.063 | -0.155 | 07/15/2032 |

CONFIDENTIAL

Freddie Mac

Created:   27 Dec 2006 12:17:45 PM

FHFA16863762
A3-10077904208



nheli 2007 he1
Available Funds Cap

CONFIDENTIAL

FHFA16863763
A3-10077904209



nhelil 2007 he1
Fixed Rate First Lien
CPR Analysis

CONFIDENTIAL

FHFA16863764
A3-10077904210



nheli 2007 he1
Floating Rate
CPR Analysis

CONFIDENTIAL

FHFA16863765
A3-10077904211



nheli 2007 he1
Fixed Rate Second Lien
CPR Analysis

Up 300
Flat
Down 150

CONFIDENTIAL

Nomura Credit & Capital, Inc.
Two World Financial Center
New York, New York 10281

December 26, 2006

Freddie Mac
8200 Jones Branch Drive
McLain, Virginia 22102

Re: Nomura Home Equity Loan, Inc.
Home Equity Loan Trust, Series 2007-HE1 (Group I Certificates)

Ladies and Gentlemen:

Reference is hereby made to the free writing prospectus dated December 22, 2006 (the "Free Writing Prospectus") with respect to the Group I Certificates. Capitalized terms used herein but not defined shall have the respective meanings set forth in the Free Writing Prospectus.

In connection with the above captioned transaction and the Group I Certificates, the Sponsor hereby agrees as of the date hereof that the representations, warranties and covenants to be made in respect of the Group I Mortgage Loans to be included in the final Mortgage Pool and the remedies available in connection with a breach of any such representations, warranties and covenants will conform to the August 2006 version of Freddie Mac's Investment Requirements (the "Investment Requirements"), a copy of which is attached hereto as Exhibit A, including any modifications to or revisions of the Investment Requirements, to the extent Freddie Mac has notified the Sponsor of such modifications or revisions prior to the Closing Date.

Very Truly Yours,

Nomura Credit & Capital, Inc.

By:
Name: Timothy P.F. Crowley
Title: Vice President

CONFIDENTIAL

FHFA16863767
A3-10077904213

Message                                                              Govt   **MSG**
1<GO>PURGE 2<GO>REPLY 3<GO>FWD 11<GO>NEXT 12<GO>PREV 99<GO>OPTIONS

12/27 12:36:46    fwd by JOSEPH PERREWE, GREENWICH CAPITAL MA
        originated by MARK BOWER of RBS GREENWICH CAPITA

                        800-426-4443

           CONFIRMED
USER  deal:  NHELI 2007-HE1   BOND I-A-1
INFO  Size:  375mm
      Price: 100-00
      Variance: 10%
      Settle:  01/31/07
      1st pay: 2/25
      Delay:   zero            Accrual  act/360
      coupon:  LIBOR+15

      Rating:      M=AAA  S=AAA  F=     D=
      First LIBOR calc:   1 mo LIBOR, no interpolation
      Targeting subgoals for Owner Occupied Purchase-LOW/MOD

the author of this material is an employee of the firm's sales and trading desks. RBS may have positions in, buy or
sell, make a market in, underwrite or have an investment banking relationship with the issuer of the
securities mentioned herein or related instruments. This material is intended for institutional investors, should not be
forwarded to third parties, and is not intended as an offer to buy or sell any security. Certain transactions mentioned
herein may give rise to substantial risk and may not be suitable for all investors. RBS is not acting as advisor or
fiduciary in providing this information and while believed to be reliable, we do not warrant its accuracy or

Australia 61 2 9777 8600     Brazil 5511 3048 4500     Europe 44 20 7330 7500     Germany 49 69 920410
Hong Kong 852 2977 6000 Japan 81 3 3201 8900 Singapore 65 6212 1000 U.S. 1 212 318 2000 Copyright 2006 Bloomberg L.P.
                                                                    G944-740-0 27-Dec-2006 12:39:02

CONFIDENTIAL

FHFA16863768
A3-10077904214

```
12/27    17:38 GMT  [REUTERS US TREASURY & MONEY MKTS]      12/27 12:38    5
FEDERAL FUNDS    EST 12:15|T-BILLS   EST 12.37 YIELD|EURO$    12.06|GOV RP 12.00
BID 5  1/4  OPEN 5  1/4  |1M 4.570-545 -.125  4.645|5.3000 -3200|O/N 5.25-23 |
ASK 5  5/16 HIGH 5  5/16 |3M 4.845-840 -.020  4.973|5.3100 -3400|1WK 5.15-00 |
LST 5  5/16 LOW  5  1/4  |6M 4.900-895 +.005  5.094|5.3100 -3500|2WK 5.19-08 |
   FUNDS SOURCE-GARBAN [TELERATE FX PAGE/RECORD CHANGES - SEE PG 11]|1MO 5.20-13 |
|BTEC/ICAP - NYC   EST 12.38  YIELD|GSCI  5630.44+   1.95-DJIA 12479.65!+ 72.02|
 4.625 N/08  99.23+-236 -.032 4.769|11.30 YANKEE CDS  DOM BAS      LIBOR 11.00
 4.625 N/09  99.272-27+ -.05  4.679|BID|EARLY  LATE |EARLY  LATE  .1M  5.35000
 4.500 N/11  99.132-13+ -.076 4.634|JAN| 5.33  5.33 | 5.29  5.29  2M   5.35000
 4.250 N/13  97.25 -27  -.10  4.629|FEB| 5.34  5.34 | 5.27  5.27  3M   5.36375
 4.625 N/16  99.26+-27  -.11  4.646|MAR| 5.34  5.34 | 5.29  5.29  4M   5.36438
 4.500 2/36  95.22 -23+ -.20+ 4.775|APR| 5.34  5.34 | 5.20  5.20  5M   5.36063
SPOT FX    30Y MBS JAN DELIVERY    |MAY| 5.34  5.34 | 5.17  5.17  6M   5.36063
JPY 118.73|                        |JUN| 5.34  5.34 | 5.15  5.15  1Y   5.28938
EUR 1.3124|GNMA5.5   99.23-25: -.05|DEALER COMM  PAPER OFFER 15.30 BANK RATES
GBP 1.9559|GOLD5.5   99.03-05  -.04|  15 5.21     60 5.21  120 5.20 PRIME  8.25
CHF 1.2249|FNMA5.5   99.01-03  -.04|  30 5.22     90 5.20  180 5.16 BROKER 7.00
```

CONFIDENTIAL

FHFA16863769
A3-10077904215



"Perrewe, Joseph, GCM"  
&lt;Joseph.Perrewe@rbsgc.co  
m&gt;

12/26/2006 04:01 PM

To  Michael_Aneiro@freddiemac.com

cc

bcc

Subject  FW: FW: NHEL 2007-HE1 (side letter)

-----Original Message-----  
**From:** McKeever, Michael, GCM  
**Sent:** 26 December, 2006 2:54 PM  
**To:** Bower, Mark, GCM; Perrewe, Joseph, GCM  
**Subject:** RE: FW: NHEL 2007-HE1 (side letter)

we and Nomura have both received the email. It is confirmed that it is related to NHEL 2007-HE1.

-----Original Message-----  
**From:** Bower, Mark, GCM  
**Sent:** Tuesday, December 26, 2006 3:47 PM  
**To:** McKeever, Michael, GCM; Smith, Adam, GCM  
**Subject:** FW: FW: NHEL 2007-HE1 (side letter)

-----Original Message-----  
**From:** Perrewe, Joseph, GCM  
**Sent:** Tuesday, December 26, 2006 3:45 PM  
**To:** Bower, Mark, GCM  
**Subject:** FW: FW: NHEL 2007-HE1 (side letter)

-----Original Message-----  
**From:** Michael Aneiro [mailto:Michael_Aneiro@freddiemac.com]  
**Sent:** 26 December, 2006 2:21 PM  
**To:** Perrewe, Joseph, GCM  
**Cc:** Mullaney, Ryan, GCM  
**Subject:** Re: FW: NHEL 2007-HE1 (side letter)

Joe,

With regards to you email, please confirm that this side letter refers to the following:

NHEL 2007-HE1

With respect to our participation concerning the above deal, it is our understanding that:

You have read our current Investment Requirements, which are attached.  
The deal cash flows will conform in all material respects to the Investment Requirements.

The related deal documents will contain in all material respects all of our required  
representations and covenants set forth in the Investment Requirements.

CONFIDENTIAL

FHFA16863770  
A3-10077904216

The deal is anticipated to be structured as a QSPE.

Please send the final deal documents as soon as they are available to abs_docs@freddiemac.com. I will coordinate with our legal department to make sure that all of our requirements are incorporated correctly. You can reach me at (571) 382-4705.

We would appreciate it of you would acknowledge your receipt of this email. Such acknowledgement will not constitute or be deemed to constitute a confirmation or an agreement with respect to the foregoing.

Thanks,
Mike

"Perrewe, Joseph, GCM" <Joseph.Perrewe@rbsgc.com>

12/26/2006 02:23 PM

To Michael_Aneiro@freddiemac.com
cc
Subject FW: NHEL 2007-HE1 (side letter)

-----Original Message-----
**From:** Bower, Mark, GCM
**Sent:** 26 December, 2006 1:22 PM
**To:** Perrewe, Joseph, GCM; Mullaney, Ryan, GCM
**Subject:** FW: NHEL 2007-HE1 (side letter)

CONFIDENTIAL

FHFA16863771
A3-10077904217

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*

This e-mail is intended only for the addressee named above.
As this e-mail may contain confidential or privileged information,
if you are not the named addressee, you are not authorized
to retain, read, copy or disseminate this message or any part of
it.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*

This e-mail is intended only for the addressee named above.
As this e-mail may contain confidential or privileged information,
if you are not the named addressee, you are not authorized
to retain, read, copy or disseminate this message or any part of
it.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*

CONFIDENTIAL

FHFA16863772
A3-10077904218

Nomura Credit & Capital, Inc.
Two World Financial Center
New York, New York 10281

December 26, 2006

Freddie Mac
8200 Jones Branch Drive
McLain, Virginia 22102

Re: Nomura Home Equity Loan, Inc.
Home Equity Loan Trust, Series 2007-HE1 (Group I Certificates)

Ladies and Gentlemen:

Reference is hereby made to the free writing prospectus dated December 22, 2006 (the "Free Writing Prospectus") with respect to the Group I Certificates. Capitalized terms used herein but not defined shall have the respective meanings set forth in the Free Writing Prospectus.

In connection with the above captioned transaction and the Group I Certificates, the Sponsor hereby agrees as of the date hereof that the representations, warranties and covenants to be made in respect of the Group I Mortgage Loans to be included in the final Mortgage Pool and the remedies available in connection with a breach of any such representations, warranties and covenants will conform to the August 2006 version of Freddie Mac's Investment Requirements (the "Investment Requirements"), a copy of which is attached hereto as Exhibit A, including any modifications to or revisions of the Investment Requirements, to the extent Freddie Mac has notified the Sponsor of such modifications or revisions prior to the Closing Date.

Very Truly Yours,

Nomura Credit & Capital, Inc.

By:
Name: Timothy P.F. Crowley
Title: Vice President

CONFIDENTIAL



Kevin Palmer/HQ/FHLMC

12/22/2006 01:18 PM

To  Kevin Palmer/HQ/FHLMC@FHLMC

cc  Aaron J Pas/HQ/FHLMC@FHLMC, Chad Levrini/HQ/FHLMC@FHLMC, David J Kirk/PRES/HQ/FHLMC@FHLMC, David R

bcc

Subject  Re: Credit Approval: NHELI 2007-HE1 1A1

Sorry that I left this off the approval, but this trade credit approval is also contingent that all the reps and warrants for Ownit are made directly with Nomura.

Kevin Palmer
Credit Policy & Portfolio Mgmt
Freddie Mac
571-382-4313
Kevin Palmer/HQ/FHLMC



Kevin Palmer/HQ/FHLMC

12/22/2006 01:13 PM

To  Subprime

cc  David J Kirk/PRES/HQ/FHLMC@FHLMC, Structured Credit Group/FHLMC@FHLMC, Michael J Jenkins/HQ/FHLMC@FHLMC, Stacey Kenneweg/HQ/FHLMC@FHLMC, Chad Levrini/HQ/FHLMC@FHLMC

Subject  Re: Credit Approval: NHELI 2007-HE1 1A1

Credit Approved

This deal contains 40% exposure to Ownit originated collateral, who recently went out of business. 11% of the collateral was originated by First NLC, who is a marginal counterparty. The credit support level is 32%, which is well over the DEFCAP 300th path. We feel that given this level of support that this deal can withstand unanticipated volatility due to these marginal originators. Nomura is rated M3 and Satisfactory by Metrics and AMO respectively.

Kevin Palmer
Credit Policy & Portfolio Mgmt
Freddie Mac
571-382-4313
Chad Levrini/HQ/FHLMC



Chad Levrini/HQ/FHLMC

12/22/2006 12:12 PM

To  Kevin Palmer/HQ/FHLMC@FHLMC

cc

Subject  Credit Approval: NHELI 2007-HE1 1A1

Kevin-

Please approve.

CONFIDENTIAL

FHFA16863774
A3-10077904220

This deal has over 40% Ownit collateral, but our credit enhancement of 32.36% is well above the DEFCAP worst projected path of 24.04% in losses.

NHELI 2007-HE1 1A1
CREDIT APPROVED
12/22/06
Rated Aaa/AAA/AAA (Moody's / S&P / Fitch)
Underwriter: RBSGC

**Collateral Info:**

| | |
|---|---|
| Collateral Type: | Subprime |
| CE Provided: | 32.36% |
| DEFCAP 100th Percentile | 24.04% |
| DEFCAP 99th Percentile | 22.10% |
| DEFCAP 95th Percentile | 17.66% |
| Expected Annual Credit Cost | 0 bps |
| WA FICO: | 629 |
| FICO LT 600: | 29.72% |
| WA CLTV: | 89.81% |
| 80% CLTV: | 7.38% |
| GT80% CLTV: | 75.57% |
| Full Doc: | 54.12% |
| Owner Occ: | 94.28% |
| 2-4 Unit Prop: | 5.25% |
| Cash-out Refi: | 48.80% |
| IO/MTA: | 12.12% |
| California: | 32.16% |

| Aggregator | | Metrics | AMO |
|---|---|---|---|

| Originators (top 5): | % of Total | Metrics | AMO |
|---|---|---|---|
| Ownit | 43.24% | M5 | Marginal |
| First Nlc | 11.98% | NR | Marginal |
| Other | 44.78% | NR | NR |

| Servicers (top 5): | % of Total | Metrics | AMO |
|---|---|---|---|
| Ocwen | 98.78% | M4 | Satisfactory |
| Wells | 1.22% | M1 | Above Average |

thanks,

Chad Levrini
Investments & Capital Markets
Credit Policy & Portfolio Management
Freddie Mac
571-382-4529

CONFIDENTIAL

FHFA16863775
A3-10077904221



DIG <dig@freddiemac.com>          To   ran_yi@freddiemac.com

                                  cc

12/27/2006 02:02 PM               bcc
Please respond to
dig@freddiemac.com                Subject   Re: Please set up the following subprime floater; NHELI
                                           2007-1 IA1 [#34499]


B5A04KRZ2

Created.  Please review.
Thanks,
Vishal Hemrajani
SI&A Data Ops: 571-382-5464
--Original Message--
From: ran_yi@freddiemac.com
Date: 12/27/2006 1:21:37 PM
To: dig@freddiemac.com
Subject: Re: Please set up the following subprime floater; NHELI 2007-1 IA1 [#34499]


Sorry about that. Here it is again. Thanks.


| | |
|---|---|
| CDI: | nheli07he1 |
| Deal: | NHELI 2007-HE1 |
| Bond: | IA1 |

| | | | |
|---|---|---|---|
| Size: | $375,000,000 | | |
| Price: | $100.00 | | |
| Variance: | +/-10% | | |
| Settle: | 1/31/2007 | Dated: | 1/31/2007 |
| 1st pay: | 2/25/2007 | Legal final: | 1/25/2037 |
| Delay: | 0 days | Accrual: | act/360 |
| Coupon: | L+15 bps, AFC Floater, Swap | | |
| Rating: | M=Aaa S=AAA, F=NA, D=NA | | |
| Structure: | REMIC | | |
| First LIBOR Calc: | 1 MO LIBOR, no interpolation | | |

| | |
|---|---|
| Spread: | +15 bps |
| Index: | 1m LIBOR |
| GWAC: | 8.31 |
| Subordination | 21.38% |

| | | |
|---|---|---|
| Pricing Method: | Mortgage ABS Home Equity Float | HETP |
| val_charfc: | HE - MI | |


CONFIDENTIAL

FHFA16863776
A3-10077904222

Ran Yi
Freddie Mac
Investments & Capital Markets
(571) 382-5858

FHFA16863777
A3-10077904223

## INDICATIVE TERM SHEET

| | |
|---|---|
| **Trade Date:** | December 21, 2006 |
| **Seller:** | Greenwich Capital |

### Security Description

| | |
|---|---|
| **Security Issuer:** | NHELI 2007-1 |
| **Security:** | A "AAA" class issued by the Security Issuer backed by conforming mortgages, having the characteristics set forth herein |
| **Security Coupon:** | 1 Month LIBOR + 15 |
| **Security Size:** | $375,000,000 subject to a variance of +/- 10% |
| **Settlement Date:** | January 31, 2007 |
| **Distribution Date:** | The 25th of each month or, if the 25th is not a business day, the next business day, commencing February, 2007 |
| **First LIBOR Setting:** | 2 business days prior to the start of the accrual period (1/29/2007) |
| **Legal Final:** | January 25, 2037 |
| **Payment Delay:** | Zero days |
| **Interest Accrual:** | Actual/360 |
| **Settlement Price:** | 100-00 |
| **Conforming Pool Originator(s):** | OWNIT Mortgage Solutions, Inc.   40%<br>Other                                                 60% |
| **Conforming Pool Servicer:** | Ocwen                   98%<br>Wells Fargo         2% |

ML/OWNIT 2006-6

CONFIDENTIAL

FHFA16863778
A3-10077904224