# Exhibit I

## Freddie Mac — NEW TRADE

**ABS-FLT-S**
Trade No. 1517, Vs. 1
Apr 26, 2007 18:39:13

PMG: _(signature: David R. Hockney)_   DRH   Trade Ops:

**BUY   NHELI_07-3: 1A1
ABS/ABS**

**Feb 25, 2037**

| | | | | |
|---|---|---|---|---|
| **Asset ID:** | B5A04UZ08 | Payment Delay: | 0 | **Trade Date:** Apr 26, 2007 |
| **Ticker:** | NHELI073-1A1 | Date Convention: | ACT/360 | **Settle Date:** Apr 30, 2007 |
| Coupon: | 0.00000 | Accrual Date: | Apr 30, 2007 | Broker: LEHM |
| Coupon Type: | FLOAT | First Coupon Date: | May 25, 2007 | LEHMAN BROTHERS INC. |
| Frequency: | MONTHLY | Next Pay Date: | May 25, 2007 | Broker Contact: |
| Reset Term: | MONTHLY | Odd First Pmt: | ☑ Yes ☐ No | |
| Maturity Date: | Feb 25, 2037 | AMT: | ☐ Yes ☑ No | Original Par: 245,105,000.000 |
| Issue Date: | Apr 30, 2007 | ERISA: | ☐ Yes ☑ No | Factor: 1.000000000 |
| Min Trade Size: | 25,000.00 | 144A: | ☐ Yes ☑ No | Factor Date: Apr 30, 2007 |
| Min Trade Increment: | 1.00 | Notional: | ☐ Yes ☑ No | Current Par: 245,105,000.000 |

**General Use**

L+24
B5A04UZ08, NHELI 2007-3 1A1
Originator: Mixed
Servicer: Mixed
M/S/F/D   Aaa, AAA/NA/AAA
Credit approved by: Mike Aneiro
REMIC
Subject to August 06 Freddie Reps
Allowable delivery variance on size: +/-10%
Model:
Fix0-40=v1.3_ABS_FR_30Y,Bal0-40=v1.3_ABS_FR_30Y,ARM0-40=v1.3_ABS_ARM228,
ARM21Bal30=v1.3_ABS_ARM228,ARM3/1Bal30=v1.3_ABS_ARM228,
ARM5/1Bal30=v1.3_ABS_ARM228,ARM10/1Bal30=v1.3_ABS_ARM228
Highly Rated Policy Compliance:
1. Rated AA or better? Yes, Aaa/AAA/NA/AAA
2. Interest rate on the security is different to the interest rate
on the collateral OR the credit risk onthe securities must be lower
than the collateral? Yes. Bondpays L+24, Collateral has a GWAC of
8.309% Bond benefitsfrom overcollateralization, excess spread and
subordination.

3. Does the deal have sufficient subordination of 3.5% orgreater?
Yes.  26.7% initial subordination, plus excess spread.
Is there an interpolation? No
Pricing Method: HETP
**Delivery Instructions**
DTC/LEHM ABS
DTC#:                    636
A/C#:
INST ID#:
AGENT ID#:
CLEARING AGT DTC:
CLEARING AGT NAME:
A/C NAME:
**Special Instructions**
Today's trades exceed my daily trade limit. Trade authorized by MXA
**Miscellaneous Information**

| | |
|---|---|
| Asset OAS: | 24.245 |
| Debt Yld: | 5.102 |
| Expct ROE: | 21.95 |
| Sprd Dur: | .91 |
| CDI File: | NHELI073 |
| TrdPurpose: | REG. PURCH |
| Debt OAS: | -16.393 |
| % Asn Cap: | 1.6 |
| RskAdj ROE: | 21.95 |
| ACCTG_DESIG: | NHD_NONCASH |

| | |
|---|---|
| **Price:** | 100-00 |
| | 100.00000000 |
| **Principal:** | (245,105,000.00) |
| **Interest:** | 0.00 |
| Commission: | 0.00 |
| **Net Money:** | (245,105,000.00) |
| Currency: | USD |
| **Net Cash Flow:** | OUT |
| Exchange rate: | |
| Discount: | |
| Option Type: | |
| Prepay: | 100.00 BLK |
| Yield: | 5.500 |
| YTC: | |
| Duration: | 0.00133 |
| Convexity: | -0.00004 |

| S & P | Moody | DBRS |
|---|---|---|
| NR | NR | |
| **Fitch** | **NAIC** | |
| NR | | |

| | |
|---|---|
| Discretionary: | ☑ Yes ☐ No |
| Liquid: | ☑ Yes ☐ No |
| Segregate: | ☑ Yes ☐ No |
| Release: | ☐ Yes ☑ No |

| | |
|---|---|
| Entry Date: | Apr 26, 2007 |

_(vertical right margin:)_ Freddie Mac - ABS Float AFS (ABS-FLT-S)   Trade No. 1517, Vs. 1

_(vertical right margin:)_ FreddieMac

_(vertical left margin:)_ Created: Apr 26, 2007 18:39:19

A/C# P 61948          Copyright©2001 BlackRock Solutions. All Rights Reserved.          JPMORGAN CHASE

SMBS L2007-3
Pre-trade Analysis
Trade Analysis

| Curve | Spread | Name | CashFlow? | Trade Date | Settlement Date | DayRange | Tranche Name | DealMode | Prin OAS | CurrentFace | FlatPrice | ZVOSpread | ZVOEff Y | NomEff Y | OAS | EffectiveDuration | EffectiveConvexity | Spread2 | ZVPrice | NomEff Y | OptionCost |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LIBOR | | | | 4/26/2007 | | | | | | | | | | | | | | | | | |
| LIBOR | | | | 4/26/2007 | | | | | | | | | | | | | | | | | |
| AGENCY | | New CMO 0 | MBS | 4/26/2007 | 4/26/2007 | new2973 | SMR_1 New | | 100.00 | 242,165,050 | 100.00 | 24.24 | 5.30 | 5.78 | 24.25 | 1,398.03 | -3,628.03 | 0.91 | 0.194 | 0.65 | (0.60) |
| AGENCY | 1-24 | | | 4/26/2007 | 4/30/2007 | | SMR_1 New | | 245,190,500 | | 100.00 | 384.59 | 5.30 | 5.78 | 28.84 | 4,616.03 | 1.85E+03 | | | | (0.96) |

| DEBT OAS | (15,368) |
|---|---|
| DEBT YIELD | 6.102 |
| LOAS | 24.245 |
| AOAS | 29.636 |
| YIELD-OPT CST | 5.499 |
| EFF DUR | 0.001 |
| EFF CVX | (0.000) |
| SPRD DUR | 0.31 |

CONFIDENTIAL

ROE Calculator (Production) Results Sheet

**Agency Product**

Time Of Report: Thu Apr 26 16:29:04 EDT 2007

ROE Calculator Effective Date: 05/05/2004

ROE Calculator Prepared On: 4/26/07 4:29 PM

**Product: ABSFloaterUnwrapAAA:1.5**

| Inputs | | Outputs | |
|---|---|---|---|
| Variable Name | Value | Variable Name | Current Value |
| Product Type | PASS_THROUGH | ROE (%) | 21.95 |
| Issuer | NON_FREDDIE | PVA Percent of MV (%) | .14 |
| Flat Price | 100.00 | PVA | .00 |
| Zero Vol Yield (%) | 5.50 | Capital Charge (%) | 1.50 |
| Option Cost (bps) | 0.0 | Stand-Alone Capital (%) | 1.50 |
| Asset To Agency OAS (bps) | 39.6 | Marginal Capital (%) | 1.50 |
| Operation Risk Add On (bps) | 0.0 | Operational Risk Capital (bps) | 0.0 |
| Spread Duration | 0.91 | Min. Capital Adjust. to OAS (bps) | -4.0 |
| Market Value ($) | 1.00 | MRB Adjustment to OAS (bps) | 2.0 |
| | | Credit Reserve (bps) | -2.0 |
| | | Adjusted Net OAS (bps) | 35.6 |
| | | Preferred Allocation (%) | 20.00 |
| | | Preferred Yield (%) | 6.00 |
| | | Preferred Tax Eq. Yield (%) | 9.23 |
| | | Tax Rate (%) | 35.00 |
| | | ROE Hurdle (%) | 9.00 |

**ROE Table(in percent)- Agency**

| | 4.00 | 4.50 | 5.00 | 5.50 | 6.00 | 6.50 | 7.00 |
|---|---|---|---|---|---|---|---|
| 33.64 | 17.53 | 17.94 | 18.34 | 18.75 | 19.16 | 19.56 | 19.97 |
| 34.64 | 18.06 | 18.47 | 18.88 | 19.28 | 19.69 | 20.10 | 20.50 |
| 35.64 | 18.60 | 19.00 | 19.41 | 19.82 | 20.22 | 20.63 | 21.04 |
| 36.64 | 19.13 | 19.54 | 19.94 | 20.35 | 20.76 | 21.16 | 21.57 |
| 37.64 | 19.66 | 20.07 | 20.48 | 20.88 | 21.29 | 21.70 | 22.10 |
| 38.64 | 20.20 | 20.60 | 21.01 | 21.42 | 21.82 | 22.23 | 22.64 |
| 39.64 | 20.73 | 21.14 | 21.54 | 21.95 | 22.36 | 22.76 | 23.17 |
| 40.64 | 21.27 | 21.67 | 22.08 | 22.48 | 22.89 | 23.30 | 23.70 |
| 41.64 | 21.80 | 22.21 | 22.61 | 23.02 | 23.42 | 23.83 | 24.24 |
| 42.64 | 22.33 | 22.74 | 23.14 | 23.55 | 23.96 | 24.36 | 24.77 |
| 43.64 | 22.87 | 23.27 | 23.68 | 24.08 | 24.49 | 24.90 | 25.30 |
| 44.64 | 23.40 | 23.81 | 24.21 | 24.62 | 25.02 | 25.43 | 25.84 |
| 45.64 | 23.93 | 24.34 | 24.75 | 25.15 | 25.56 | 25.96 | 26.37 |

First Row: Zero Vol Yield less Option Cost (%)                    First Column: Asset/Debt Net OAS(bps)

CONFIDENTIAL



# Mortgage Pricer Report

(Production)

Index CMO_0

| Field | Value |
|---|---|
| Trade Date | 04/26/2007 Trading Acc'y Not Required |
| Settlement Date | 04/30/2007 Do Optional Redemption |
| WALA As Of Settle | false  Interpolate Index Rates |
| Deal Name | nhel073  Use All Known History |
| Tranche | SNR_1 Prepay Incl Defaults |
| Deal Mode | New  Optimize Wavg Clustering |
| Cash Flow | MBS  Override Known 1st Index |
| Fixed Period 'Hint' for ARM | Calculate Cummulative HPG |
| Prepayment Multiplier | 1.0  Use Historical HPG Data |
| Default Multiplier | 1.0  Use Historical Inferred SATO |
| Release Date Key Code | Use Short Term Prepay Model |
| Single Path Exerc. Hurdle | 200  Use National Balance |
| Allow Prepayment Penalties | true  Historical HPG Keyword |
| Collateral Data |  |
| Coupon | 7.79  Original Coupon(%) |
| WAC | 8.30  Lookback Days |
| Penalty Window(months) | 12  First Cap(%) |
| Orig Maturity Term | 357  Periodic Cap(%) |
| Rem Amort Term | 435  Life Cap(%) |
| Orig Amort Term | 440  First Floor(%) |
| WAM | 352  Periodic Floor(%) |
| WALA | 3  Life Floor(%) |
| Interest Only Period | 0  Net Margin(%) |
| Payment Fixed Period | 21  Gross Margin(%) |
| Payment Reset Period | 5  Payment Cap(%) |
| Interest Rate Fixed Period | 21  Auto Recast Period |
| Interest Rate Reset Period | 5  Max NegAM Limit(%) |

| Field | Value |
|---|---|
| Deal/Tranche Data | true |
| Tranche CUSIP | true |
| Deal Issuer | true |
| Tranche Original Bal | false |
| Tranche Current Bal | true |
| Tranche Factor | false |
| Tranche Coupon(%) | true |
| Tranche Groups | true |
| Issue CDU Date | true |
| Original Settlement Date | true |
| Latest CDU Date | false |
| Latest Available CDU Date | true |
| First Forecast Index Pay Date | true |
| First Collateral Item Pay Date | US |
| National Type | 45 |
| Pool/Loan Demographics | 1.15 |
| FICO | 0.82 |
| Franchise Ref(%) | 11.70 |
| LTV(%) | 0.82 |
| Fraction 2-4 Units(%) | 0.82 |
| Fraction Investor Owned(%) | 6.75 |
| Fraction Second Home(%) | 4.55 |
| Treat Second Home As Investor Owned | 5.06 |
| Avg Loan Balance(%) | |
| Use Weighted-Avg Original Loan Size | |
| Geographic Information | |

## Analytics

| Name | Value |
|---|---|
| | FlatPrice |
| | FullPrice |
| | OAS |
| | NomBEY |
| | ZVBEY |

| Name | Value |
|---|---|
| NHELU073 | |
| 245,105,000 | |
| 245,105,000 | |
| 1,000000000 | |
| 5.56 | |
| 1 | |
| 04/01/2007 | |
| 04/30/2007 | |
| 04/01/2007 | |
| 04/01/2007 | |
| 06/25/2007 | |
| 05/25/2007 | |
| 128 | |
| ActualBalance | |
| none | |
| none | |
| none | |
| none | |
| none | |
| none | |
| none | |
| none | |
| none | |
| false | |

| Name | Value |
|---|---|
| AccruedInterest | 100,000 |
| EffectiveDuration | 100.000 |
| EffectiveConvexity | 39.639 |
| VolDuration | 5,782 |
| OASDuration | 5,498 |

## Deal Comment

## Deal Modeling Notes

### Deal Mappings

| Names | Prepay | Default | Security |
|---|---|---|---|
| FKD-40 | M 3_ABS_FR_30Y | N/A | N/A |
| BalC-40 | M 3_ABS_FR_30Y | N/A | N/A |
| ARM-40 | M 3_ABS_ARM228 | N/A | N/A |
| ARM3/1Bal | M 3_ABS_ARM228 | N/A | N/A |
| ARM5/1Bal | M 3_ABS_ARM228 | N/A | N/A |
| ARM10/1B | M 3_ABS_ARM228 | N/A | N/A |

## Geo Info: State

## Static Speeds

| | -100 | -50 | 0 | 50 | 100 |
|---|---|---|---|---|---|
| NomProj12 | 49.56 | 44.04 | 38.42 | 34.66 | 32.07 |
| NomProj60 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 |
| NomProj120 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 |
| NomProjWAL | 51.09 | 46.71 | 42.66 | 39.89 | 37.68 |
| NomProjWALEstaticCPR | 0.75 | 0.85 | 0.95 | 1.04 | 1.12 |

Freddie Mac

Created:  26 Apr 2007 04:28:57 PM

CONFIDENTIAL

FHFA01002823

## Static Speeds

| | -100 | -50 | 0 | 50 | 100 |
|---|---|---|---|---|---|
| NomBEY | 4.75 | 5.26 | 5.78 | 6.30 | 6.82 |
| NomMEY | 4.70 | 5.21 | 5.71 | 6.22 | 6.73 |
| NomSpreadToWAL | -47.61 | 6.40 | 60.66 | 114.53 | 168.34 |
| ZVProj12 | 48.70 | 43.80 | 39.13 | 35.89 | 33.52 |
| ZVProj60 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 |
| ZVProj120 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 |
| ZVProjWALEqtoCPR | 50.13 | 46.49 | 43.30 | 40.66 | 38.80 |
| ZVProjWAL | 0.77 | 0.85 | 0.94 | 1.01 | 1.08 |
| ZVBEY | 4.55 | 5.02 | 5.50 | 5.98 | 6.46 |
| ZVMEY | 4.51 | 4.97 | 5.44 | 5.90 | 6.37 |
| ZVSpreadToWAL | -66.68 | -17.60 | 31.90 | 81.24 | 130.87 |

## Other Information

### 15 Year Mortgage Prep

| Year | Value |
|---|---|
| 2 | 0.12 |
| 5 | 0.4 |
| 10 | 0.4 |

### 30 Year Mortgage Prep

| Year | Value |
|---|---|
| 2 | 0.12 |
| 5 | 0.4 |
| 10 | 0.4 |

### Vol Parameters

| | |
|---|---|
| Discounting Rate | LiborSwap |
| Mortgage Rate Source | Agency Purchase |
| COFI Rate | 4.376 |
| Prime Rate | 8.25 |
| 15 Year Mortgage Rate | 6.889165597010 1028 |
| 30 Year Mortgage Rate | 6.242922246527139 |

Skew 0.5 (BlackRock through Atlas)

### Other Information Summary Changes - original values

15 Yr Mortgage Rate: 5.63389952088702712

30 Yr Mortgage Rate: 6.187046481168449

Total Changes: 2

## Analytics

| Name | Value | Name | Value |
|---|---|---|---|
| ROE | | ZeroVolSpread | 39.580 |
| PortOAS | | IOMultiplier | |
| OptionCost | -0.058 | OASStdErr | |
| FeeDV01 | | PriceStdErr | |
| KRD3 | | KRD12 | |
| KRD24 | | KRD36 | |
| KRD60 | | KRD84 | |
| KRD120 | | KRD180 | |
| KRD240 | | KRD300 | |
| KRD360 | | | |

Gao Info: State

## Interest Rates

| Curve Name | 1 | 3 | 6 | 12 | 24 | 36 | 48 | 60 | 84 | 120 | 180 | 240 | 360 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LiborSwap | 5.320 | 5.544 | 5.560 | 5.308 | 5.082 | 5.023 | 5.037 | 5.083 | 5.128 | 5.239 | 5.364 | 5.421 | 5.444 |
| Agency Purchase | 5.149 | 5.174 | 5.190 | 5.143 | 4.947 | 4.926 | 4.896 | 4.895 | 4.981 | 5.076 | 5.207 | 5.266 | 5.314 |
| Agency Issue | 5.149 | 5.174 | 5.190 | 5.143 | 4.947 | 4.854 | 4.881 | 4.935 | 4.964 | 5.090 | 5.203 | 5.259 | 5.314 |
| Treasury | 4.914 | 4.933 | 5.024 | 4.962 | 4.667 | 4.582 | 4.575 | 4.591 | 4.628 | 4.686 | 4.801 | 4.844 | 4.877 |

CONFIDENTIAL

FHFA01002824

**Current Interest Rates (Live Rates Swapped At: 04/17/05 PM EDT on 04/26/2007)**

| Treasury | Yield | Coupon | Price | Maturity |
|---|---|---|---|---|
| 3 Mo. Tsy | 4.994 | 0.000 | 98.759 | 07/26/2007 |
| 6 Mo. Tsy | 5.022 | 0.000 | 97.555 | 10/25/2007 |
| 2 Yr. Tsy | 4.686 | 4.500 | 99.758 | 04/30/2009 |
| 5 Yr. Tsy | 4.585 | 4.500 | 99.633 | 03/31/2012 |
| 10 Yr. Tsy | 4.696 | 4.625 | 99.844 | 02/15/2012 |
| 30 Yr. Tsy | 4.877 | 4.750 | 98.794 | 02/15/2037 |

| Agency Purchase | Spread-to-LIBOR | Yield | Current vs LIBOR | Maturity |
|---|---|---|---|---|
| 3 Mo. Agy | -0.148 | 4.866 | -0.182 | 03/05/2009 |
| 2 Yr. Agy | -0.158 | 4.780 | -0.183 | 02/09/2010 |
| 3 Yr. Agy | -0.138 | 4.846 | -0.149 | 03/05/2012 |
| 5 Yr. Agy | -0.147 | 4.901 | -0.177 | 07/15/2014 |
| 7 Yr. Agy | -0.154 | 5.006 | -0.167 | 04/18/2017 |
| 30 Yr. Agy | -0.130 | 5.224 | -0.159 | 07/15/2037 |

| Agency Issue | Yield | Fees | Maturity |
|---|---|---|---|
| 2 Yr. Agy | 4.943 | 0.032 | 03/05/2009 |
| 3 Yr. Agy | 4.848 | 0.027 | 02/09/2010 |
| 5 Yr. Agy | 4.908 | 0.022 | 03/05/2012 |
| 7 Yr. Agy | 4.966 | 0.021 | 07/15/2014 |
| 10 Yr. Agy | 5.021 | 0.019 | 04/18/2017 |
| 30 Yr. Agy | 5.273 | 0.018 | 07/15/2037 |

| EuroD | Bid | Volatility | Expiration |
|---|---|---|---|
| EDC1 | 94.665 | 0.005510 | 06/18/2007 |
| EDC2 | 94.750 | 0.005510 | 09/17/2007 |
| EDC3 | 94.920 | 0.005510 | 12/17/2007 |
| EDC4 | 95.115 | 0.005510 | 03/17/2008 |
| EDC5 | 95.240 | 0.007208 | 06/16/2008 |
| EDC6 | 95.295 | 0.007208 | 09/15/2008 |
| EDC7 | 95.295 | 0.007208 | 12/15/2008 |
| EDC8 | 95.280 | 0.007208 | 03/16/2009 |
| EDC9 | 95.225 | 0.007679 | 06/15/2009 |
| EDC10 | 95.175 | 0.007679 | 09/14/2009 |
| EDC11 | 95.110 | 0.007679 | 12/14/2009 |
| EDC12 | 95.070 | 0.007679 | 03/15/2010 |
| EDC13 | 95.020 | 0.007894 | 06/14/2010 |
| EDC14 | 94.980 | 0.007894 | 09/13/2010 |
| EDC15 | 94.925 | 0.007894 | 12/13/2010 |
| EDC16 | 94.900 | 0.007894 | 03/14/2011 |

| Agency Bill | Spread-to-Libor |
|---|---|
| 1 Mo. Agy | -0.170 |
| 3 Mo. Agy | -0.170 |
| 6 Mo. Agy | -0.170 |
| 12 Mo. Agy | -0.165 |

| Libor/Swap | Rate |
|---|---|
| O/N Libor | 5.293 |
| 1 Wk. Libor | 5.320 |
| 2 Wk. Libor | 5.320 |
| 1 Mo. Libor | 5.320 |
| 2 Mo. Libor | 5.320 |
| 3 Mo. Libor | 5.355 |
| 6 Mo. Libor | 5.356 |
| 1 Yr. Libor | 5.270 |
| 2 Yr. Swap | 5.083 |
| 3 Yr. Swap | 5.024 |
| 4 Yr. Swap | 5.037 |
| 5 Yr. Swap | 5.063 |
| 7 Yr. Swap | 5.129 |
| 10 Yr. Swap | 5.230 |
| 15 Yr. Swap | 5.355 |
| 20 Yr. Swap | 5.422 |
| 30 Yr. Swap | 5.445 |

CONFIDENTIAL



# Mortgage Pricer Report

## (Production)

**Index CMO: 6**

| Field | Value | Option | Field | Value |
|---|---|---|---|---|
| Trade Date | 04/26/2007 | Trading Accy Not Required | Deal/Tranche Data | true |
| Settlement Date | 04/30/2007 | Do Optional Redemption | Tranche CUSIP | true |
| WALA As Of Settle | false | Interpolate Index Rates | Deal Issuer | true |
| Deal Name | nhell073 | Use All Known History | Tranche Current Bal | false |
| Tranche | SNR_1 | Prepay Incl. Defaults | Tranche Current Bal | 245,105,000 |
| Deal Mode | New | Optimize Wing Clustering | | 245,105,000 |
| Cash Flow | MBS | Override Known 1st Index | Tranche Factor | 1,000,000000 |
| Fixed Period "Hint" for ARM | | Calculate Cummulative HPG | Tranche Coupon(%) | 5.56 |
| Prepayment Multiplier | 1.0 | Use Historical HPG Data | Tranche Groups | 1 |
| Default Multiplier | 1.0 | Use Historical Inferred SATO | Issue CDU Date | 04/01/2007 |
| Release Date Key Code | | Use Short Term Prepay Model | Tranche CDU Date | 04/30/2007 |
| Single Path Exec. Hurdle | 200 | Use Notional Balance | Original Settlement Date | 04/01/2007 |
| Allow Prepayment Penalties | true | Historical HPG Keyword | Latest CDU Date | 04/01/2007 |
| Collateral Data | | | Latest Available CDU Date | 04/01/2007 |
| Coupon | 7.79 | Original Coupon(%) | First Forecast Index Pay Date | US |
| WAC | 8.30 | Lookback Days | First Forecast Prepay Pay Date | |
| Penalty Window(months) | 12 | First Cap(%) | Collateral Item Count | 7.79 |
| Orig Maturity Term | 337 | Periodic Cap(%) | Notional Type | 45 |
| Rem Amort Term | 435 | Life Cap(%) | | Actual Balance |
| Orig Amort Term | 440 | First Floor(%) | Pool/Loan Demographics | 1.15 |
| WAM | 332 | Periodic Floor(%) | FICO | 0.82 none |
| WALA | 5 | Life Floor(%) | Fraction Ref(%) | 11.70 none |
| Interest Only Period | 0 | Net Margin(%) | LTV(%) | 0.82 none |
| Payment Fixed Period | 2t | Gross Margin(%) | Fraction Orig(%) | 6.75 none |
| Interest Rate Fixed Period | 5 | Payment Cap(%) | Fraction 2-4 Units(%) | 0.82 none |
| Payment Reset Period | 21 | Anti-Recast Period | Fraction Investor Owned(%) | 4.55 none |
| Interest Rate Reset Period | 5 | Max Neg/MM Limit(%) | Fraction Second Home(%) | 5.06 none |
| | | | Treat Second Home As Investor Owned | true |
| | | | Avg Loan Balance(%) | none |
| | | | Use Weighted Avg Original Loan Size | false |
| | | | Geographic Information | none |

### Analytics

| Name | Value | Name | Value |
|---|---|---|---|
| FlatPrice | 100.000 | AccruedInterest | 0.000 |
| FullPrice | 100.000 | EffectiveDuration | 0.001 |
| OAS | 24.245 | EffectiveConvexity | -0.020 |
| NomBEY | 5.782 | VolDuration | |
| 2V6EY | 5.498 | OASDuration | 0.908 |

### Model Mappings

| Names | Prepay | Default | Security |
|---|---|---|---|
| FX0440 | v1.3_ABS_FR_30Y | N/A | N/A |
| Bal0440 | v1.3_ABS_FR_30Y | N/A | N/A |
| ARM30-40 | v1.3_ABS_ARM228 | N/A | N/A |
| ARM3/1Bal | v1.3_ABS_ARM228 | N/A | N/A |
| ARM5/1Bal | v1.3_ABS_ARM228 | N/A | N/A |
| ARM10/1B | v1.3_ABS_ARM228 | N/A | N/A |

**Deal Comment**

**Deal Modeling Notes**

**Geo Info: State**

### Static Spreads

| | -100 | -50 | 0 | 50 | 100 |
|---|---|---|---|---|---|
| NomProj12 | 49.55 | 44.64 | 38.42 | 34.66 | 32.07 |
| NomProj60 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 |
| NomProj120 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 |
| NomProjWALEquivCPR | 51.09 | 46.71 | 42.66 | 39.89 | 37.68 |
| NomProjWAL | 0.75 | 0.85 | 0.95 | 1.04 | 1.12 |

CONFIDENTIAL

FHFA01002826

Freddie Mac

## Static Speeds

| | -100 | -50 | 0 | 50 | 100 |
|---|---|---|---|---|---|
| NomEffY | 4.75 | 5.26 | 5.78 | 6.30 | 6.82 |
| NomMEY | 4.70 | 5.21 | 5.71 | 6.22 | 6.73 |
| NomSpreadToWAL | -94.76 | -110.63 | 43.76 | 97.76 | 151.71 |
| NomSpreadToWAL | -84.76 | -110.63 | 43.76 | 97.76 | 151.71 |
| ZVProj12 | 48.70 | 43.89 | 39.13 | 35.89 | 33.52 |
| ZVProj60 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 |
| ZVProj120 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 |
| ZVProjWALEquivCPR | 50.13 | 46.49 | 43.30 | 40.86 | 38.80 |
| ZVProjWAL | 0.77 | 0.85 | 0.94 | 1.01 | 1.08 |
| ZVBEY | 4.55 | 5.02 | 5.50 | 5.98 | 6.46 |
| ZVMEY | 4.51 | 4.97 | 5.44 | 5.90 | 6.37 |
| ZVSpreadToWAL | -53.80 | -34.63 | 14.98 | 64.42 | 114.17 |

## Other Information

| 15 Year Mortgage Prep | |
|---|---|
| Year | Value |
| 2 | 0.12 |
| 5 | 0.4 |
| 10 | 0.4 |

| 30 Year Mortgage Prep | |
|---|---|
| Year | Value |
| 2 | 0.12 |
| 5 | 0.4 |
| 10 | 0.4 |

| Vol Parameters | | |
|---|---|---|
| Discounting Rate | Libor/Swap | Skew 0.5 (BlackRock through Atlas) |
| Mortgage Rate Source | Libor/Swap | |
| COFI Rate | 4.376 | |
| Prime Rate | 8.25 | |
| 15 Year Mortgage Rate | 5.839152597018026 | |
| 30 Year Mortgage Rate | 6.242922345052213 9 | |

### Other Information: Summary changes - original values

| 15 Yr Mortgage Rate | 5.833990226970212 |
|---|---|
| 30 Yr Mortgage Rate | 6.187846848164449 |
| Total Changes | 2 |

## Analytics

| Name | Value | | Name | Value |
|---|---|---|---|---|
| ROE | | | ZeroVolSpread | |
| Fwd.OAS | | | IOMultiplier | 24.242 |
| OptionCost | | | OASSpdErr | -0.004 |
| FeeDV01 | | | PriceStdErr | |
| KRD3 | | | | |
| KRD24 | | | | |
| KRD60 | | | | |
| KRD120 | | | | |
| KRD240 | | | | |
| KRD360 | | | | |

Geo Info: State

## Interest Rates

| Curve Name | 1 | 3 | 6 | 12 | 24 | 36 | 48 | 60 | 84 | 120 | 240 | 360 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Libor/Swap | 5.320 | 5.344 | 5.360 | 5.308 | 5.082 | 5.023 | 5.037 | 5.063 | 5.128 | 5.230 | 5.364 | 5.421 5.444 |
| Agency Purchase | 5.149 | 5.174 | 5.190 | 5.143 | 4.947 | 4.854 | 4.881 | 4.935 | 4.984 | 5.090 | 5.203 | 5.259 5.314 |
| Agency Issue | 5.149 | 5.174 | 5.190 | 5.143 | 4.947 | 4.854 | 4.881 | 4.935 | 4.984 | 5.090 | 5.203 | 5.259 5.314 |
| Treasury | 4.914 | 4.933 | 5.024 | 4.982 | 4.667 | 4.582 | 4.575 | 4.591 | 4.638 | 4.695 | 4.801 | 4.844 4.877 |

Created:   28 Apr 2007 04:21:43 PM

CONFIDENTIAL

FHFA01002827

**Current Interest Rates (Live Rates Snapped At: Oct 17 2:50 PM EDT or 04:20:2007)**

| Treasury | Yield | Coupon | Price | Maturity |
|---|---|---|---|---|
| 3 Mo. Tsy | 4.934 | 0.000 | 98.765 | 07/26/2007 |
| 6 Mo. Tsy | 5.022 | 0.000 | 97.555 | 10/25/2007 |
| 2 Yr. Tsy | 4.696 | 4.500 | 98.758 | 04/30/2009 |
| 5 Yr. Tsy | 4.595 | 4.500 | 99.620 | 03/31/2012 |
| 5 Yr. Tsy | 4.595 | 4.500 | 99.620 | 03/31/2012 |
| 10 Yr Tsy | 4.653 | 4.625 | 99.844 | 02/15/2017 |
| 30 Yr Tsy | 4.877 | 4.750 | 98.793 | 02/15/2037 |

| Agency Purchase | Spread-to-LIBOR | Yield | Current vs LIBOR | Maturity |
|---|---|---|---|---|
| 2 Yr. Agy | -0.148 | 4.866 | -0.182 | 03/05/2009 |
| 3 Yr. Agy | -0.158 | 4.790 | -0.183 | 02/09/2010 |
| 5 Yr. Agy | -0.138 | 4.846 | -0.149 | 03/05/2012 |
| 7 Yr. Agy | -0.147 | 4.901 | -0.177 | 07/15/2014 |
| 10 Yr. Agy | -0.154 | 5.006 | -0.167 | 04/18/2017 |
| 30 Yr. Agy | -0.130 | 5.224 | -0.159 | 07/15/2032 |

| Agency Issues | Yield | Fees | Maturity |
|---|---|---|---|
| 2 Yr Agy | 4.940 | 0.032 | 03/05/2009 |
| 3 Yr Agy | 4.848 | 0.027 | 02/09/2010 |
| 5 Yr Agy | 4.908 | 0.022 | 03/05/2012 |
| 7 Yr Agy | 4.966 | 0.021 | 07/15/2014 |
| 10 Yr Agy | 5.011 | 0.019 | 04/18/2017 |
| 30 Yr Agy | 5.275 | 0.018 | 07/15/2032 |

| Agency Bill | | Spread-to-Libor |
|---|---|---|
| 1 Mo Agy | | -0.170 |
| 3 Mo Agy | | -0.170 |
| 6 Mo Agy | | -0.170 |
| 12 Mo Agy | | -0.165 |

| Eurod | Bid | Volatility | Expiration |
|---|---|---|---|
| EDC1 | 94.665 | 0.005510 | 06/18/2007 |
| EDC2 | 94.750 | 0.005510 | 09/17/2007 |
| EDC3 | 94.920 | 0.005510 | 12/17/2007 |
| EDC4 | 95.115 | 0.005510 | 03/17/2008 |
| EDC5 | 95.240 | 0.007208 | 06/16/2008 |
| EDC6 | 95.295 | 0.007208 | 09/15/2008 |
| EDC7 | 95.295 | 0.007208 | 12/15/2008 |
| EDC8 | 95.280 | 0.007208 | 03/16/2009 |
| EDC9 | 95.225 | 0.007208 | 06/15/2009 |
| EDC10 | 95.175 | 0.007579 | 09/14/2009 |
| EDC11 | 95.110 | 0.007579 | 12/14/2009 |
| EDC12 | 95.070 | 0.007579 | 03/15/2010 |
| EDC13 | 95.020 | 0.007894 | 06/14/2010 |
| EDC14 | 94.980 | 0.007894 | 09/13/2010 |
| EDC15 | 94.925 | 0.007894 | 12/13/2010 |
| EDC16 | 94.900 | 0.007894 | 03/14/2011 |

| Libor/Swap | Rate |
|---|---|
| O/N Libor | 5.293 |
| 1 Wk Libor | 5.320 |
| 2 Wk Libor | 5.320 |
| 1 Mo Libor | 5.320 |
| 2 Wk Libor | 5.320 |
| 1 Mo Libor | 5.335 |
| 3 Mo Libor | 5.355 |
| 6 Mo Libor | 5.355 |
| 1 Yr Libor | 5.270 |
| 1 Yr Swap | 5.270 |
| 2 Yr Swap | 5.083 |
| 3 Yr Swap | 5.024 |
| 4 Yr Swap | 5.037 |
| 5 Yr Swap | 5.063 |
| 7 Yr Swap | 5.129 |
| 10 Yr Swap | 5.230 |
| 15 Yr Swap | 5.584 |
| 20 Yr Swap | 5.422 |
| 30 Yr Swap | 5.445 |

Freddie Mac:

Page   3

Created:   26 Apr 2007 04:21:43 PM

FHFA01002828



CONFIDENTIAL

FHFA01002829

Michael Aneiro/HQ/FHLMC       To  Chad Levrini/HQ/FHLMC@FHLMC
04/26/2007 04:14 PM          cc  David R Hackney/HQ/FHLMC@FHLMC, John
                                 Dimitri/HQ/FHLMC@FHLMC, Kevin
                                 Palmer/HQ/FHLMC@FHLMC, Stacey
                            bcc
                         Subject  Re: Credit Approval: NHELI 2007-3 1A1

I approve the purchase.

Chad Levrini/HQ/FHLMC

       Chad Levrini/HQ/FHLMC
                           04/26/2007 02:48 PM          To  Stacey Kenneweg/HQ/FHLMC@FHLMC, Michael
                                                            Aneiro/HQ/FHLMC@FHLMC, Xiang
                                                            Xie/HQ/FHLMC@FHLMC, David R
                                                            Hackney/HQ/FHLMC@FHLMC, John
                                                            Dimitri/HQ/FHLMC@FHLMC, Kevin
                                                            Palmer/HQ/FHLMC@FHLMC
                                                        cc
                                                   Subject  Credit Approval: NHELI 2007-3 1A1

Mike-

Please re-approve based off collateral changes made to the trust.  Reps being covered by Nomura.

CONFIDENTIAL

FHFA01002830



NHELI 2007-3
Available Funds Cap

CONFIDENTIAL

FHFA01002831



NHELI 2007-3
Fixed Rate First Lien
CPR Analysis

CONFIDENTIAL

FHFA01002832



CONFIDENTIAL



CONFIDENTIAL

FHFA01002834

| | Total Original UPB | Total Loans | Total Units | Low/Mod Main Goals Hit Rate | Surplus/ Deficit | Low/Mod Sub-Goals Hit Rate | Surplus/ Deficit | Underserved Main Goals Hit Rate | Surplus/ Deficit | Underserved Sub-Goals Hit Rate | Surplus/ Deficit | Special Affordable Main Goals Hit Rate | Surplus/ Deficit | Special Affordable Sub-Goals Hit Rate | Surplus/ Deficit |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Results From Entire File | $ 357,594,241.00 | 2,528 | 2,149 | 67.46% | 247 | 100.00% | 538 | 67.08% | 652 | 60.83% | 289 | 28.35% | 56 | 42.30% | 250 |
| Results Where Loans Do Not Meet the Pooling Requirements | $ - | - | - | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 |

HUD Goal Analysis of NAA 2007-3

CONFIDENTIAL

FHFA01002835

| | | |
|---|---|---|
| Stacey Kenneweg/HQ/FHLMC 04/18/2007 02:55 PM | To | David R Hackney/HQ/FHLMC@FHLMC, Chad Levrini/HQ/FHLMC@FHLMC |
| | cc | melissa_crabtree@freddiemac.com |
| | bcc | |
| | Subject | Nomura Deal (Ocwen servicing) |

Dave, Chad,

You are fine for the Nomura deal with Ocwen servicing. My understading is the bond is approximately $275mm, of which 22% will be serviced by Ocwen. I estimate that this transaction will result in total outstanding servicing exposure of $1.425mm, vs Ocwen's limit of $1.5mm. Since we are so close to their limit, please continue to check with me on additional trades. I am currently working on an annual review of Ocwen and will let you know of any resulting change to their score or limit. Thanks!

---

Stacey Kenneweg
Counterparty Credit Risk Management
Freddie Mac
(571) 382-3493

CONFIDENTIAL

FHFA01002836



DIG <dig@freddiemac.com>

04/26/2007 04:55 PM

Please respond to
dig@freddiemac.com

To    david_hackney@freddiemac.com
cc
bcc
Subject    Re: NHELI 2007-3 1-A-1 [#44763]

Created B5A04UZ08, Thanks.

Regards,

Brooke
---Original Message--
From: david_hackney@freddiemac.com
Date: 4/26/2007 4:13:45 PM
To: dig@freddiemac.com
Subject: NHELI 2007-3 1-A-1


Please set up the following Home Equity floater:

CDI:              nheli073
Deal:             NHELI 2007-3
Bond:             1-A-1

Size:             $245,105,000
Price:            $100
Variance:         +/-10%
Settle:           4/30/07           Dated:    4/30/07
1st pay:          5/25/07      Legal final:    2/25/37
Delay:            0 days        Accrual:       act/360
Coupon:           L+24 bps, AFC Floater, swap
Rating:           M=Aaa,  S=AAA, F=NA, D=AAA
Structure:        REMIC
First LIBOR Calc:   1 MO LIBOR, no interpolation

Spread:           +24 bps
Index:            1m LIBOR
GWAC:             8.303
Subordination     26.7


Pricing Method:     Mortgage ABS Home Equity Float      "HETP"
val_chart:          HE -  NO MI

CONFIDENTIAL

FHFA01002837

Backpage                                                          Govt   MSG
Screen Printed

4/26 16:51:30           *MICHAEL ANEIRO, FREDDIE MAC

571-382-4705      Already full                michael_aneiro@freddiemac.com

        please approve the following trades today:
USER    ACE 2007-HE4 A1    $320,222,000  +/- 10%
INFO    HASC 2007-HE2 1A1  $335,799,000  +/- 10%
        NHELI 2007-3 1A1   $245,105,000  +/- 10%
        CWL 2007-EC2 1A    $205,140,000  +/- 10%
        MSAC 2007-NC2 A-1  $ 96,707,000  +/-  5%
        WAMU 2007-HE3 1A   $372,475,000  +/-  5%
        TOTAL          $1,575,448,000
        Reply:
        I approve the purchases.

THIS COMMUNICATION IS FOR INFORMATION PURPOSES ONLY AND IS NOT AN OFFER OR SOLICITATION TO BUY OR SELL SECURITIES OR AN OFFICIAL CONFIRMATION OF TERMS. INVESTMENTS AND STRATEGIES DISCUSSED, IF ANY, MAY NOT BE SUITABLE FOR ALL INVESTORS. BLOOMBERG MAKES NO REPRESENTATION/WARRANTY AS TO THE ACCURACY OR COMPLETENESS OF THE INFORMATION DISCUSSED. PAST PERFORMANCE IS NOT INDICATIVE OF FUTURE PERFORMANCE, AND NO REPRESENTATION OR WARRANTY CAN BE GIVEN WITH REGARD TO FUTURE PERFORMANCE. THE ENTITIES AND SECURITIES MENTIONED IN THIS REPORT ARE SUBJECT TO CHANGE WITHOUT NOTICE. THE INFORMATION WILL NOT BE UPDATED. THE CONCLUSIONS HEREIN ARE THE AUTHOR'S AND DO NOT NECESSARILY REFLECT THE VIEWS OF

Australia 61 2 9777 8600      Brazil 5511 3048 4500      Europe 44 20 7330 7500      Germany 49 69 920410
Hong Kong 852 2977 6000 Japan 81 3 3201 8900 Singapore 65 6212 1000 U.S. 1 212 318 2000 Copyright 2007 Bloomberg L.P.
                                                                    G793-738-3 26-Apr-2007 17:28:08

CONFIDENTIAL                                        FHFA01002838

| | | |
|---|---|---|
| Stacey Kenneweg/HQ/FHLMC 04/18/2007 05:36 PM | To | David R Hackney/HQ/FHLMC@FHLMC, Chad Levrini/HQ/FHLMC@FHLMC |
| | cc | melissa_crabtree@freddiemac.com |
| | bcc | |
| | Subject | Nomura / Ocwen deal approved |

Dave, Chad,

You are fine for the Nomura deal with Ocwen servicing. My understading is the bond is approximately $275mm, of which 22% will be serviced by Ocwen. I estimate that this transaction will result in total outstanding servicing exposure of $1.425mm, vs Ocwen's limit of $1.5mm. Since we are so close to their limit, please continue to check with me on additional trades. I am currently working on an annual review of Ocwen and will let you know of any resulting change to their score or limit. Thanks!

---

Stacey Kenneweg
Counterparty Credit Risk Management
Freddie Mac
(571) 382-3493

CONFIDENTIAL

FHFA01002839

Michael Aneiro/HQ/FHLMC    To   Chad Levrini/HQ/FHLMC@FHLMC
04/19/2007 10:43 AM    cc   David R Hackney/HQ/FHLMC@FHLMC, John
     Dimitri/HQ/FHLMC@FHLMC, Kevin
     Palmer/FHLMC@FHLMC, Stacey
bcc
Subject   Re: Credit Approval: NHELI 2007-3

I approve the purchase.

Chad Levrini/HQ/FHLMC



Chad Levrini/HQ/FHLMC
04/19/2007 10:14 AM    To   Stacey Kenneweg/HQ/FHLMC@FHLMC, Michael
     Aneiro/HQ/FHLMC@FHLMC, Xiang
     Xie/HQ/FHLMC@FHLMC, David R
     Hackney/HQ/FHLMC@FHLMC, John
     Dimitri/HQ/FHLMC@FHLMC, Kevin
     Palmer/HQ/FHLMC@FHLMC
cc
Subject   Credit Approval: NHELI 2007-3

Mike-

Note CCRM approval below. The fraud/repurchase reps are being covered by Nomura.

Please approve.

FHFA01002840

Dave, Chad,

You are fine for the Nomura deal with Ocwen servicing. My understading is the bond is approximately $275mm, of which 22% will be serviced by Ocwen. I estimate that this transaction will result in total outstanding servicing exposure of $1.425mm, vs Ocwen's limit of $1.5mm. Since we are so close to their limit, please continue to check with me on additional trades. I am currently working on an annual review of Ocwen and will let you know of any resulting change to their score or limit. Thanks!

---

Stacey Kenneweg
Counterparty Credit Risk Management
Freddie Mac
(571) 382-3493

CONFIDENTIAL

## HUD Goal Analysis of NHELI 2007-3RERUN

| | Total Original UPB | Total Loans | Total Units | Low/Mod Main Goals Hit Rate | Surplus/ Deficit | Low/Mod Sub-Goals Hit Rate | Surplus/ Deficit | Underserved Main Goals Hit Rate | Surplus/ Deficit | Underserved Sub-Goals Hit Rate | Surplus/ Deficit | Special Affordable Main Goals Hit Rate | Surplus/ Deficit | Special Affordable Sub-Goals Hit Rate | Surplus/ Deficit |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Results From Entire File | $ 336,907,120.00 | 1,919 | 2,028 | 63.35% | 128 | 93.98% | 421 | 65.87% | 589 | 59.85% | 245 | 27.61% | 39 | 42.61% | 225 |
| Results Where Loans Are Not [illegible] Requirements | $ 330,423,835.00 | 1,866 | 1,974 | [illegible] | 167 | [illegible] | 446 | [illegible] | 569 | [illegible] | 222 | [illegible] | 53 | [illegible] | 234 |
| Results Where Loans Do Not Meet the Pooling Requirements | $ 6,483,286.00 | 53 | 54 | 0.00% | (39) | 0.00% | (25) | 75.47% | 20 | 75.47% | 23 | 0.00% | (14) | 0.00% | (10) |

CONFIDENTIAL

FHFA01002842

## HUD Goal Analysis of NAA 2007-3

| | Total Original UPB | Total Loans | Total Units | Low/Mod Main Goals | | Low/Mod Sub-Goals | | Underserved Main Goals | | Underserved Sub-Goals | | Special Affordable Main Goals | | Special Affordable Sub-Goals | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Hit Rate | Surplus/Deficit | Hit Rate | Surplus/Deficit | Hit Rate | Surplus/Deficit | Hit Rate | Surplus/Deficit | Hit Rate | Surplus/Deficit | Hit Rate | Surplus/Deficit |
| Results From Entire Frio | $ 357,354,241.00 | 2,026 | 2,149 | 67.46% | 217 | 100.00% | 538 | 67.08% | 652 | 60.83% | 289 | 28.35% | 56 | 42.30% | 250 |
| Results Where Loans Do Not Meet the Pooling Requirements | $ - | - | - | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 |

CONFIDENTIAL

FHFA01002843



"Mayer, Steven"
<smayer@lehman.com>

03/23/2007 09:42 AM

To "David R Hackney" <david_hackney@freddiemac.com>,
"Chad Levrini" <chad_levrini@freddiemac.com>,
<amy_lynn_debone@freddiemac.com>

cc

bcc

Subject FW: Nomura 2007-3: proposed Freddie Pool

History:        🔄 This message has been forwarded.

Guys - here are the conf strat and agg strats for the Nomura 07-3 deal.
Will have an offering level o napprox $275mm AAA fltrs shortly. Deal
will settle 4/10.
>
> ─────────────────────────────────────────────
> From:          Luk, Samuel
> Sent:          Thursday, March 22, 2007 6:31 PM
> To:            Mayer, Steven
> Cc:            Covello, Daniel; Quinn, Patrick G; Dunn, Matthew F; Stone, Mary;
> Mellia, Christopher M; Chivukula, Ram
> Subject:       Nomura 2007-3: proposed Freddie Pool
>
> Steve,
>
> As discussed, attached are strats and a loan level tape for the
> conforming Freddie group for this deal.
>
> <<final group.zip>>  <<NOMURA AGG EXTERNAL -- 03-22-07.htm>>
> Attached are details of the deal (all deal details are pending
> confirmation):
>
> - Capital structure down to BBB-/Baa3/BBB (low)- S&P, Moodys, DBRS,
> respectively
> - Swap/Cap derivatives
> - Fully funded OC
> - Main Originators: ResMAE (79.5%) and WMC (8.9%)
> - Servicer: approx 79.6% of loans serviced by Equity One, 20.3%
> serviced by Ocwen, and the rest serviced by Wells Fargo
> - Master Servicer/Securities Admin/Credit Risk Manager/Custodian:
> Wells Fargo
>
> Please let us know if Freddie has any issues with these loans.
>
> Nomura would like to be in the market by Monday. We would need
> Freddie's feedback on their involvement in the deal by today.
>
> Thanks!
>
>
> Samuel Luk
> LEHMAN BROTHERS INC.
> Address | 745 7th Avenue, Floor 7  | New York, NY 10019
> Phone | 212-526-9637  Fax | 646-834-4236
> E-mail | samuel.luk@lehman.com
>
>
> .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. ..
.. .. .. .. ..

CONFIDENTIAL

FHFA01002844

```
Message                                              Govt   MSG
1<GO>DEL 2<GO>REPLY 3<GO>FWD 11<GO>NEXT 12<GO>PREV 99<GO>OPTIONS

  4/26 16:19:08            *STEVE MAYER, LEHMAN BROTHERS, INC


212-526-0616         745 7TH AVE NY, NY 10019.  CELL: ███████

         PRICED
USER  Deal: NHELI 2007-3 Bond: 1-A-1
INFO  Size:          $245,105,000
      Price:              $100
      Variance:      +/-10%
      Settle:        4/30/07               Dated:    4/30/07
      1st pay:       5/25/07  Legal final:  2/25/37
      Delay:         0 days  Accrual:      act/360
      Coupon:        L+24 bps, AFC Floater, swap
      Rating:   M=Aaa,  S=AAA, F=NA, D=AAA
      Structure:    REMIC
      First LIBOR Calc:  1 MO LIBOR, no interpolation
      Targeting Low Mod Sub Goals For Owner Occupied Purchase
```

This message is for informational purposes only and intended only for the designated recipient it should not be relied upon or regarded as an offer to sell or us a solicitation of an offer to buy any product, as an official confirmation or statement of Lehman Brothers or its affiliates with respect to indicative values. no representation is made that any transaction can be effected at the values provided and the values provided are not necessarily the values carried on Lehman Brothers' books and records. Lehman shall not be liable for the provision of this information is completeness or accuracy Prospectus materials can be obtained by contacting your Sales Rep or ADP Prospectus Services at (212) 247-7100

```
Australia 61 2 9777 8600      Brazil 5511 3048 4500      Europe 44 20 7330 7500      Germany 49 69 920410
Hong Kong 852 2977 6000 Japan 81 3 3201 8900 Singapore 65 6212 1000 U.S. 1 212 318 2000 Copyright 2007 Bloomberg L.P.
                                                              G793-738-3 26-Apr-2007 16:32:26
```

```
Message                                              Govt   MSG
1<GO>DEL 2<GO>REPLY 3<GO>FWD 11<GO>NEXT 12<GO>PREV 99<GO>OPTIONS

   4/26 16:10:44 edit&fwd by*STEVE MAYER, LEHMAN BROTHERS, INC
          originated by DAVID HACKNEY, FREDDIE MAC

212-526-0616        745 7TH AVE NY, NY 10019.  CELL:▮▮▮▮▮▮

        AGREE- BUT PUT EXACT SIZE IN BECAUSE WE HAVE IT:
USER   Deal: NHELI 2007-3 Bond: 1-A-1
INFO   Size:          $245,105,000
       Price:            $100
       Variance:     +/-10%
       Settle:          4/30/07        Dated:      4/30/07
       1st pay:         5/25/07    Legal final:   2/25/37
       Delay:          0 days  Accrual:       act/360
       Coupon:        L+24 bps, AFC Floater, swap
       Rating:        M=Aaa, S=AAA, F=NA, D=AAA
       Structure:     RENIC
       First LIBOR Calc: 1 MO LIBOR, no interpolation
       Targeting Low Mod Sub Goals For Owner Occupied Purchase
```

this message is for informational purposes only and intended only for the designated recipient it should not be relied upon or regarded as an offer to sell or as a solicitation of an offer to buy any product as an official confirmation or statement of Lehman Brothers or its affiliates with respect to indicative values, no representation is made that any transaction can be effected at the values provided and the values provided are not necessarily the values carried on Lehman Brothers' books and records. Lehman shall not be liable for the provision of this information. a complete copy of documents & prospectus materials can be obtained by contacting your sales rep or ADP Prospectus Services at (631) 254-7106

```
Australia 61 2 9777 8600      Brazil 5511 3048 4500      Europe 44 20 7330 7500      Germany 49 69 920410
Hong Kong 852 2977 6000 Japan 81 3 3201 8900 Singapore 65 6212 1000 U.S. 1 212 318 2000 Copyright 2007 Bloomberg L.P.
                                                              G793-738-3 26-Apr-2007 16:10:54
```



"Mayer, Steven"
<smayer@lehman.com>
04/26/2007 04:06 PM

To   "David R Hackney" <david_hackney@freddiemac.com>
cc
bcc
Subject   RE: NHELI 2007-3 reps

got it

**From:** David R Hackney [mailto:david_hackney@freddiemac.com]
**Sent:** Thursday, April 26, 2007 4:03 PM
**To:** Mayer, Steven
**Subject:** NHELI 2007-3 reps

Steve Mayer
NHELI 2007-3
With respect to our participation concerning the above deal, it is our
understanding that:

1. You have read our current Investment Requirements, which are attached.
2. The deal cash flows will conform in all material respects to the Investment
Requirements.
3. The related deal documents will contain in all material respects all of our
required representations and covenants set forth in the Investment Requirements.
4. The deal is anticipated to be structured as a QSPE.


Please send the final deal documents as soon as they are available to
*abs_docs@freddiemac.com* .  I will coordinate with our legal department to make
sure all our requirements are incorporated correctly.  You can reach me at (571)
382- 4180.


We would appreciate it if you would acknowledge your receipt of this email. Such
acknowledgement will not constitute or be deemed to constitute a confirmation or
an agreement with respect to the foregoing.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - This message is intended only for
the personal and confidential use of the designated recipient(s) named above. If you are not the
intended recipient of this message you are hereby notified that any review, dissemination,
distribution or copying of this message is strictly prohibited. This communication is for
information purposes only and should not be regarded as an offer to sell or as a solicitation of an

CONFIDENTIAL