# Exhibit K

| Freddie Mac | NEW TRADE | | | |
|---|---|---|---|---|
| ABS-FLT-S Trade No. 1087, Vs. 1 Dec 19, 2005 17:32:20 | | PMG: [signature] | JXD | Trade Ops: |
| | BUY | NHELI_06-FM1: IA1 ABS/ABS | | Nov 25, 2035 |

| | | | | | |
|---|---|---|---|---|---|
| **Asset ID:** | B5A03LVM5 | Payment Delay: | 0 | **Trade Date:** | Dec 19, 2005 |
| **Ticker:** | NHELI06FM1-IA1 | Date Convention: | ACT/360 | **Settle Date:** | Jan 31, 2006 |
| Coupon: | 0.00000 | Accrual Date: | Jan 30, 2006 | Broker: | NHA |
| Coupon Type: | FLOAT | First Coupon Date: | Feb 25, 2006 | NOMURA SECURITIES INTERNATIONAL | |
| Frequency: | MONTHLY | Next Pay Date: | Feb 27, 2006 | Broker Contact: | |
| Reset Term: | MONTHLY | Odd First Pmt: | ☑ Yes ☐ No | | |
| Maturity Date: | Nov 25, 2035 | AMT: | ☐ Yes ☑ No | Original Par: | 300,000,000.000 |
| Issue Date: | Jan 30, 2006 | ERISA: | ☐ Yes ☐ No | Factor: | 1.000000000 |
| Min Trade Size: | N/A | 144A: | ☐ Yes ☑ No | Factor Date: | Jan 30, 2006 |
| Min Trade Increment: | N/A | Notional: | ☐ Yes ☑ No | Current Par: | 300,000,000.000 |

**General Use**
L+23, Max 25% (Fixed + 5/25) B5A03LVM5,
NHELI 2005-FM1
Originator   RFC
Servicer   Equity one M/S - Aaa/AAA,
Creditreview process completed
REMIC
Subject to July 05 FreddieReps
Allowable delivery variance on size: +/-10%
Model: 1.2ABS30_SUB_650F, 1.2_STD_ARM228
Enhancement: 20%
HighlyRated Policy Compliance:
1. Rated AA or better? Yes, AAA/Aaa/AAA
2. Interest rate on thesecurity is different to the interest rate on the collateral?Yes. Bond pays L+23, Collateralhas a GWAC of 7.631%

3. Doesthe deal have sufficient subordination? Yes. 20% initial subordination, plus excess spread.

First LIBOR setting: 1/27/2006
Is there an interpolation?: No
Pricing Method: HETP

**Special Instructions**
Trade exceeded trader dailylimit and Mike Aneiro has approved the trade.

**Miscellaneous Information**
| | |
|---|---|
| Asset OAS: | 36.03 |
| Debt Yld: | 4.714 |
| Expct ROE: | 21.3 |
| Sprd Dur: | 1.12 |
| CDI File: | NHELI05FM1 |
| TrdPurpose: | REG PURCH |
| Debt OAS: | -13.524 |
| % Asn Cap: | 1.5 |
| ACCTG_DESIG: | NHD_NONCASH |

| | |
|---|---|
| Price: | 100-00 |
| | 100.00000000 |
| Principal: | (300,000,000.00) |
| Interest: | 0.00 |
| Commission: | 0.00 |
| Net Money: | (300,000,000.00) |
| Currency: | USD |
| Net Cash Flow: | OUT |

Exchange rate:
Discount:
Option Type:

| | |
|---|---|
| Prepay: | 100.00 BLK |
| Yield: | 5.070 |
| YTC: | |
| Duration: | 0.07000 |
| Convexity: | -0.02000 |

| S & P | Moody | DBRS |
|---|---|---|
| NR | NR | |
| **Fitch** | **NAIC** | |
| NR | | |

| | |
|---|---|
| Discretionary: | ☑ Yes ☐ No |
| Liquid: | ☑ Yes ☐ No |
| Segregate: | ☑ Yes ☐ No |
| Release: | ☐ Yes ☑ No |

Entry Date:   Dec 19, 2005

Created: 19, 2005 17:32:39

Freddie Mac - ABS Float AFS (ABS-FLT-S)
Trade No. 1087, Vs. 1

*FreddieMac*

A/C# 01   Copyright©2001 BlackRock Solutions. All Rights Reserved.   DTC (WIRE ROOM)

## Freddie Mac — NEW TRADE

**ABS-FLT-S**
Trade No. 1356, Vs. 1
Oct 18, 2006 11:36:24

PMG: *[signature: David R. Hockney]*   DRH | Trade Ops

**BUY**  NHELI_06-FM2: IA1
ABS/ABS

Jul 25, 2036

| Field | Value | Field | Value | Field | Value |
|---|---|---|---|---|---|
| Asset ID: | 85A04CKC8 | Payment Delay: | 0 | Trade Date: | Oct 18, 2006 |
| Ticker: | NHELI06FM2-IA1 | Date Convention: | ACT/360 | Settle Date: | Oct 31, 2006 |
| Coupon: | 0.00000 | Accrual Date: | Oct 31, 2006 | Broker: | GRNW |
| Coupon Type: | FLOAT | First Coupon Date: | Nov 25, 2006 | | GREENWICH CAPITAL MARKETS |
| Frequency: | MONTHLY | Next Pay Date: | Nov 27, 2006 | Broker Contact: | |
| Reset Term: | MONTHLY | Odd First Pmt: | ☒ Yes ☐ No | | |
| Maturity Date: | Jul 25, 2036 | AMT: | ☐ Yes ☒ No | Original Par: | 542,999,000.000 |
| Issue Date: | Oct 31, 2006 | ERISA: | ☐ Yes ☐ No | Factor: | 1.000000000 |
| Min Trade Size: | 25,000.00 | 144A: | ☐ Yes ☒ No | Factor Date: | Oct 31, 2006 |
| Min Trade Increment: | 1.00 | Notional: | ☐ Yes ☒ No | Current Par: | 542,999,000.000 |

**General Use**
L+14
85A04CKC8, SABR 2006-WM2 A-1
Originator: Fremont
Servicer: Equity One
M/S/F/D - Aaa/AAA/AAA/AAA
Credit approved by: Kevin Palmer
REMIC
Subject to August 06 Freddie Reps
Allowable delivery variance on size: +/-5%
Model:
Fix0-40=v1.3_ABS_FR_30Y,ARM0-40=v1.3_ABS_ARM228,
ARM2/1Bal30=v1.3_ABS_ARM228,ARM3/1Bal30=v1.3_ABS_ARM228,
ARM5/1Bal30=v1.3_ABS_ARM228,Bal0-30=v1.3_ABS_FR_30Y
AAA enhancement: 22.45%.
Highly Rated Policy Compliance:
1. Rated AA or better? Yes, AAA/Aaa/AAA/AAA
2. Interest rate on the security is different to the interest rate
on the collateral OR the credit risk on the securities must be
lower than the collateral? Yes. Bond pays L+14, Collateral has a
GWAC of 8.628

%. Bond benefits from overcollateralization, excess spread and
subordination.

3. Does the deal have sufficient subordination of 3.5% or greater?
Yes. 22.45% initial subordination, plus excess spread.
Is there an interpolation?: No
Pricing Method: HETP

**Delivery Instructions**
DTC/GRNW ABS
DTC#:                    2230
A/C#:
INST ID#:
AGENT ID#:
CLEARING AGT DTC:
CLEARING AGT NAME:
A/C NAME:

**Special Instructions**
Today's trades exceed my daily trade limit. Trade authorization
received from MXA.

**Miscellaneous Information**
Asset OAS:       14.152
Debt Yld:        5.146
Expct ROE:       17.64
Sprd Dur:        1.074
CDI File:        NHELI06FM2
TrdPurpose:      REG_PURCH
Debt OAS:        -17.458
% Asn Cap:       1.5
RskAdj ROE:      17.64
ACCTG_DESIG:     NHD_NONCASH

| Field | Value |
|---|---|
| Price: | 100-00 |
|  | 100.00000000 |
| Principal: | (542,999,000.00) |
| Interest: | 0.00 |
| Commission: | 0.00 |
| Net Money: | (542,999,000.00) |
| Currency: | USD |
| Net Cash Flow: | OUT |
| Exchange rate: | |
| Discount: | |
| Option Type: | |
| Prepay: | 100.00 BLK |
| Yield: | 5.462 |
| YTC: | |
| Duration: | 0.07000 |
| Convexity: | 0.00033 |

| S & P | Moody | DBRS |
|---|---|---|
| NR | NR | |
| Fitch | NAIC | |
| NR | | |

| | | |
|---|---|---|
| Discretionary: | ☒ Yes | ☐ No |
| Liquid: | ☒ Yes | ☐ No |
| Segregate: | ☒ Yes | ☐ No |
| Release: | ☐ Yes | ☒ No |

Entry Date: Oct 18, 2006

Created: Oct 18, 2006 11:36:33

*Freddie Mac - ABS Float AFS (ABS-FLT-S) Trade No. 1356, Vs. 1*

*FreddieMac*

A/C# P 61948        Copyright © 2001 BlackRock Solutions. All Rights Reserved.        JPMORGAN CHASE

CONFIDENTIAL                                                                                     FHFA01001981

# Freddie Mac

**CORRECTION** ▶Changed item(s)◀

ABS-FLT-S
Trade No. 1303, Vs. 3
Aug 16, 2006 14:10:29

PMG: _David R. Hackney_   DRH   Trade Ops: _____ ADS

**BUY**   NHELI_06-HE3:1A1   ABS/ABS   Jul 25, 2036

| | | | | | |
|---|---|---|---|---|---|
| **Asset ID:** | B5A0472G0 | Payment Delay: | 0 | **Trade Date:** | Aug 15, 2006 |
| **Ticker:** | NHELI06HE3-IA1 | Date Convention: | ACT/360 | **Settle Date:** | Aug 31, 2006 |
| **Coupon:** | 0.00000 | Accrual Date: | Aug 31, 2006 | **Broker:** | GRNW |
| **Coupon Type:** | FLOAT | First Coupon Date: | Sep 25, 2006 | | GREENWICH CAPITAL MARKETS |
| **Frequency:** | MONTHLY | Next Pay Date: | Sep 25, 2006 | **Broker Contact:** | LAURA SWANSON |
| **Reset Term:** | MONTHLY | Odd First Pmt: | ☑ Yes ☐ No | | |
| **Maturity Date:** | Jul 25, 2036 | AMT: | ☐ Yes ☑ No | **Original Par:** | 451,200,000.000 |
| **Issue Date:** | Aug 31, 2006 | ERISA: | ☐ Yes ☐ No | **Factor:** | 1.000000000 |
| **Min Trade Size:** | 25,000.00 | 144A: | ☐ Yes ☑ No | **Factor Date:** | Aug 31, 2006 |
| **Min Trade Increment:** | 1.00 | Notional: | ☐ Yes ☑ No | **Current Par:** | 451,200,000.000 |

**General Use**
L+15
B5A0472G0, NHELI 2006-HE3 IA1
Originator: Ocwen
Servicer: Mixed
M/S/F/D - Aaa/AAA/AAA, AAA
Credit approved by: Kevin Palmer
REMIC
Subject to August 06 Freddie Reps
Allowable delivery variance on size: +/-10%
Model:
Fix0-30=v1.2ABS30_SUB_600F:360,ARM0-30=v1.2ABS_ARM228:360,
ARM2/1Bal30=v1.2ABS_ARM228:360,ARM3/1Bal30=v1.2ABS_ARM228:360,
ARM5/1Bal30=v1.2ABS_ARM228:360,Fix30Bal15=v1.2ABS30_SUB_625F:360,
Fix40Bal30=1.2NEW30M:360,Fix45Bal30=v1.2ABS30_SUB_625F:360,
0=v1.2ABS30_SUB_650F:360
AAA enhancement: %,
Highly RatedPolicy Compliance:
1. Rated AA or better? Yes, AAA/Aaa/AAA/AAA
2. Interest rate on the security is different to the interest rate
on the collateral OR the credit risk on the securities must be
lower than the collateral? Yes. Bond pays L+15,Collateral has a
GWAC of 8.301

%. Bond benefits from overcollateralization, excess spread and
subordination.

3. Does the deal have sufficient subordination of 3.5% or greater?
Yes. 24.65% initial subordination, plus excess spread.
4. 2nd leins reviewed and approved.
First LIBOR setting: 8/29/2006
Is there an interpolation?: No
Pricing Method: HETP
Changed Asset OAS, Expect ROE, RskAdj ROE, Debt OAS, Debt Yield,
Sprd Dur, Yield, Trade Date & Counterparty as per MXA - ADS 16AUG06

▶ Update comment to apply the reason for the changes above. The
  changes above is due to NHA priced the trade with our trader (DRH)
  when GRNW was the lead on the deal. Consequently GRNW was not
  ready to price until the following day, causing slight changes in
  the analytics. NXB 8/16/06

**Delivery Instructions**
DTC/GRNW ABS
DTC#:        2230
A/C#:
INST ID#:
AGENT ID#:
CLEARING AGT DTC:
CLEARING AGT NAME:
A/C NAME:

**Special Instructions**
Today's trade is within my daily trade limit. DRH

**Miscellaneous Information**
Asset OAS:     15.275
Debt Yld:      5.330
Expct ROE:     16.65
Sprd Dur:      1.00
CDI File:      NHELI06HE3
TrdPurpose:    REG PURCH
Debt OAS:      -14.229
% Asn Cap:     1.5
RskAdj ROE:    16.65
ACCTG_DESIG:   NHD_NONCASH

| | |
|---|---|
| **Price:** | 100-00 |
| | 100.00000000 |
| **Principal:** | (451,200,000.00) |
| **Interest:** | 0.00 |
| **Commission:** | 0.00 |
| **Net Money:** | (451,200,000.00) |
| **Currency:** | USD |
| **Net Cash Flow:** | OUT |

Exchange rate:
Discount:
Option Type:

| | |
|---|---|
| Prepay: | 100.00 BLK |
| Yield: | 5.630 |
| YTC: | |
| Duration: | 0.07000 |
| Convexity: | -0.00300 |

| S & P | Moody | DBRS |
|---|---|---|
| NR | NR | |
| **Fitch** | **NAIC** | |
| NR | | |

| | | |
|---|---|---|
| Discretionary: | ☑ Yes | ☐ No |
| Liquid: | ☑ Yes | ☐ No |
| Segregate: | ☑ Yes | ☐ No |
| Release: | ☐ Yes | ☑ No |

Entry Date:   Aug 14, 2006

Created: Aug 18, 2006 15:14:01

Freddie Mac - ABS Float AFS (ABS-FLT-S)
Trade No. 1303, Vs. 3

FreddieMac

A/C# 01

Copyright © 2001 BlackRock Solutions. All Rights Reserved.

DTC (WIRE ROOM)

CONFIDENTIAL

FHFA00002480

# Freddie Mac — NEW TRADE

**ABS-FLT-S**
Trade No. 1439, Vs. 1
Jan 23, 2007 13:32:52

PMG: [signature] David R. Hackney
DRH Trade Ops:

**BUY**  NEHLI_07-1: II1A
CMO/WHOLE

Feb 25, 2037

| | | | | | | |
|---|---|---|---|---|---|---|
| Asset ID: | B5A04MNE9 | Payment Delay: | 0 | Trade Date: | | Jan 23, 2007 |
| Ticker: | NEHLI071-II1A | Date Convention: | ACT/360 | Settle Date: | | Jan 31, 2007 |
| Coupon: | 0.00000 | Accrual Date: | Jan 31, 2007 | Broker: | | GRNW |
| Coupon Type: | FLOAT | First Coupon Date: | Feb 25, 2007 | | GREENWICH CAPITAL MARKETS | |
| Frequency: | MONTHLY | Next Pay Date: | Feb 26, 2007 | Broker Contact: | | |
| Reset Term: | MONTHLY | Odd First Pmt: | ☑ Yes ☐ No | | | |
| Maturity Date: | Feb 25, 2037 | AMT: | ☐ Yes ☑ No | Original Par: | | 101,632,000.000 |
| Issue Date: | Jan 31, 2007 | ERISA: | ☐ Yes ☑ No | Factor: | | 1.000000000 |
| Min Trade Size: | 25,000.00 | 144A: | ☐ Yes ☑ No | Factor Date: | | Jan 31, 2007 |
| Min Trade Increment: | 1.00 | Notional: | ☐ Yes ☑ No | Current Par: | | 101,632,000.000 |

**General Use**
L+16
B5A04MNE9, NHELI 2007-1 II-1-A
Originator: RFC
Servicer: GMAC
M/S/F/D - Aaa/AAA/NA/NA
Credit approved by: BobRyan
REMIC
Subject to August 06 Freddie Reps
Allowable delivery variance on size: +/-10%
Model:
ARM2/1=v1.3_STD_ARM31_IO,ARM2/1Bal30=v1.3_STD_ARM31_IO,
ARM3/1=v1.3_STD_ARM31_IO,ARM3/1Bal30=v1.3_STD_ARM31_IO,
ARM5/1=v1.3_STD_ARM51_IO,ARM7/1=v1.3_STD_ARM71_IO,
ARM7/1Bal30=v1.3_STD_ARM71_IO,ARM5/1Bal30=v1.3_STD_ARM51_IO,
ARM10/1=v1.3_STD_ARM101_IO,ARM10/1Bal30=v1.3_STD_ARM101_IO,
ARM1/1Bal30=v1.3_STD_ARM31_IO,ARM1/1=v1.3_STD_ARM31_IO
AAA enhancement: 7.29%.
Highly Rated Policy Compliance:
1. Rated AA or better? Yes, AAA/Aaa/AAA/NA
2. Interest rate on the security is different to the interest rate
on the collateral OR the credit risk on the securities must be
lower than the collateral? Yes. Bond pays L+16, Collateral has a
GWAC of 7.261%. Bond benefits from overcollateralization, excess
spread and subordination.

3. Does the deal have sufficient subordination of 3.5% or greater?
Yes. 7.29% initial subordination, plus excess spread.
Is there an interpolation?: No
Pricing Method: NAAD

**Special Instructions**
This trade is within my daily trade limit.  DRH

**Miscellaneous Information**
Asset OAS:   16.113
Debt Yld:    5.118
Expct ROE:   17.32
Sprd Dur:    1.67
CDI File:    NHELI071
TrdPurpose:  REG  PURCH
Debt OAS:    -14.982
% Asn Cap:   1.5
RskAdj ROE:  17.32
ACCTG_DESIG: NHD_NONCASH

| | |
|---|---|
| Price: | 100-00 |
| | 100.00000000 |
| Principal: | (101,632,000.00) |
| Interest: | 0.00 |
| Commission: | 0.00 |
| Net Money: | (101,632,000.00) |
| Currency: | USD |
| Net Cash Flow: | OUT |
| Exchange rate: | |
| Discount: | |
| Option Type: | |
| Prepay: | 100.00 BLK |
| Yield: | 5.430 |
| YTC: | |
| Duration: | 0.00400 |
| Convexity: | -0.01080 |

| S & P | Moody | DBRS |
|---|---|---|
| NR | NR | |
| Fitch | NAIC | |
| NR | | |

| | |
|---|---|
| Discretionary: | ☑ Yes ☐ No |
| Liquid: | ☑ Yes ☐ No |
| Segregate: | ☑ Yes ☐ No |
| Release: | ☐ Yes ☑ No |

Entry Date: Jan 23, 2007

Created: Jan 23, 2007 13:32:56

A/C# P 61948       Copyright © 2001 BlackRock Solutions. All Rights Reserved.       JPMORGAN CHASE

*Freddie Mac - ABS Float APS (ABS-FLT-S)   Trade No. 1439, Vs. 1*   *FreddieMac*

CONFIDENTIAL

FHFA01003626
A3-10018625087

# Freddie Mac   NEW TRADE

**ABS-FLT-S**
Trade No. 1418, Vs. 1
Dec 27, 2006 15:38:03

PMG: [signature]   MXA | Trade Ops:

**BUY**  NHELI_07-HE1: IA1
ABS/ABS

Jan 25, 2037

| | | | | | |
|---|---|---|---|---|---|
| Asset ID: | B5A04KRZ2 | Payment Delay: | 0 | Trade Date: | Dec 27, 2006 |
| Ticker: | NHELI07HE1-IA1 | Date Convention: | ACT/360 | Settle Date: | Jan 31, 2007 |
| Coupon: | 0.00000 | Accrual Date: | Jan 31, 2007 | Broker: | GRNW |
| Coupon Type: | FLOAT | First Coupon Date: | Feb 25, 2007 | | GREENWICH CAPITAL MARKETS |
| Frequency: | MONTHLY | Next Pay Date: | Feb 26, 2007 | Broker Contact: | |
| Reset Term: | MONTHLY | Odd First Pmt: | ☑ Yes ☐ No | | |
| Maturity Date: | Jan 25, 2037 | AMT: | ☐ Yes ☑ No | Original Par: | 375,000,000.000 |
| Issue Date: | Jan 31, 2007 | ERISA: | ☐ Yes ☐ No | Factor: | 1.000000000 |
| Min Trade Size: | 25,000.00 | 144A: | ☐ Yes ☑ No | Factor Date: | Jan 31, 2007 |
| Min Trade Increment: | 1.00 | Notional: | ☐ Yes ☑ No | Current Par: | 375,000,000.000 |

**General Use**
L+15
B5A04KRZ2, NHELI 2007-HE1
Originator: OWNIT/1ST NLC
Servicer: OCWEN
M'S/F/D - Aaa/AAA/AAA/NA
Credit approved by: Kevin Palmer
REMIC
Subject to August 06 Freddie Reps
Allowable delivery variance on size: +/-5%
Model:
ARM40-30=v1.3_ABS_ARM228,Fix0-40=v1.3_ABS_FR_30Y,ARM2/1Bal30=v1.3_ABS_ARM228,Bal0-30=v1.3_ABS_FR_30Y
AAA enhancement: 32.36%.
Highly Rated Policy Compliance:
1. Rated AA or better? Yes, Aaa/AAA/AAA/NA
2. Interest rate on the security is different to the interest rate on the collateral OR the credit risk on the securities must be lower than the collateral? Yes. Bond pays L+15, Collateral has a GWAC of 8.31
%. Bond benefits from overcollateralization, excess spread and subordination.
3. Does the deal have sufficient subordination of 3.5%or greater? Yes. 21.38% initial subordination, plus excess spread.
Is there an interpolation?: No
Pricing Method: HETP

**Delivery Instructions**
DTC/GRNW ABS
DTC#: 2230
A/C#:
INST ID#:
AGENT ID#:
CLEARING AGT DTC:
CLEARING AGT NAME:
A/C NAME:

**Miscellaneous Information**
Asset OAS: 15.177
Debt Yld: 5.057
Expct ROE: 16.07
Sprd Dur: 0.99
ODI File: NHELI07HE1
TrdPurpose: REG PURCH
Debt OAS: -13.663
% Asn Cap: 1.5
RskAdj ROE: 16.07
ACCTG_DESIG: NHD_NONCASH

| | |
|---|---|
| Price: | 100-00 |
| | 100.00000000 |
| Principal: | (375,000,000.00) |
| Interest: | 0.00 |
| Commission: | 0.00 |
| Net Money: | (375,000,000.00) |
| Currency: | USD |
| Net Cash Flow: | OUT |
| Exchange rate: | |
| Discount: | |
| Option Type: | |
| Prepay: | 100.00 BLK |
| Yield: | 5.350 |
| YTC: | |
| Duration: | 0.06500 |
| Convexity: | -0.00100 |

| S & P | Moody | DBRS |
|---|---|---|
| NR | NR | |
| Fitch | NAIC | |
| NR | | |

| | |
|---|---|
| Discretionary: | ☑ Yes ☐ No |
| Liquid: | ☑ Yes ☐ No |
| Segregate: | ☑ Yes ☐ No |
| Release: | ☐ Yes ☑ No |
| Entry Date: | Dec 27, 2006 |

Created: Dec 27, 2006 15:38:17

A/C# P 61948

Copyright© 2001 BlackRock Solutions. All Rights Reserved.

Freddie Mac - ABS Float AFS (ABS-FLT-S)
Trade No. 1418, Vs. 1
FreddieMac

JPMORGAN CHASE

CONFIDENTIAL

FHFA16863753
A3-10077904199

| Freddie Mac | NEW TRADE | *David R Hockney* | | |
|---|---|---|---|---|
| ABS-FLT-S | | PMG: | DRH: Trade Ops: | |
| Trade No. 1517, Vs. 1 | BUY NHELI_07-3: 1A1 | | | |
| Apr 26, 2007 18:39:13 | ABS/ABS | | | Feb 25, 2037 |

| | | | | | |
|---|---|---|---|---|---|
| Asset ID: | B5A04UZ08 | Payment Delay: | 0 | Trade Date: | Apr 26, 2007 |
| Ticker: | NHELI073-1A1 | Date Convention: | ACT/360 | Settle Date: | Apr 30, 2007 |
| Coupon: | 0.00000 | Accrual Date: | Apr 30, 2007 | Broker: | LEHM |
| Coupon Type: | FLOAT | First Coupon Date: | May 25, 2007 | | LEHMAN BROTHERS INC. |
| Frequency: | MONTHLY | Next Pay Date: | May 25, 2007 | Broker Contact: | |
| Reset Term: | MONTHLY | Odd First Pmt: | ☒ Yes ☐ No | | |
| Maturity Date: | Feb 25, 2037 | AMT: | ☐ Yes ☒ No | Original Par: | 245,105,000.000 |
| Issue Date: | Apr 30, 2007 | ERISA: | ☐ Yes ☒ No | Factor: | 1.000000000 |
| Min Trade Size: | 25,000.00 | 144A: | ☐ Yes ☒ No | Factor Date: | Apr 30, 2007 |
| Min Trade Increment: | 1.00 | Notional: | ☐ Yes ☒ No | Current Par: | 245,105,000.000 |

**General Use**
L+24
B5A04UZ08, NHELI 2007-3 1A1
Originator: Mixed
Servicer: Mixed
M/S/F/D   Aaa, AAA/NA/AAA
Credit approved by: Mike Aneiro
REMIC
Subject to August 06 Freddie Reps
Allowable delivery variance on size: +/-10%
Model:
Fix0-40=v1.3_ABS_FR_30Y,Bal0-40=v1.3_ABS_FR_30Y,ARM0-40=v1.3_ABS_ARM228,
ARM2/1Bal30=v1.3_ABS_ARM228,ARM3/1Bal30=v1.3_ABS_ARM228,
ARM5/1Bal30=v1.3_ABS_ARM228,ARM10/1Bal30=v1.3_ABS_ARM228
Highly Rated Policy Compliance:
1. Rated AA or better? Yes. Aaa/AAA/NA/AAA
2. Interest rate on the security is different to the interest rate
on the collateral OR the credit risk on the securities must be lower
than the collateral? Yes. Bond pays L+24, Collateral has a GWAC of
8.303%. Bond benefits from overcollateralization, excess spread and
subordination.

3. Does the deal have sufficient subordination of 3.5% or greater?
Yes. 26.7% initial subordination, plus excess spread.
Is there an interpolation? No
Pricing Method: HETP

**Delivery Instructions**
DTC/LEHM ABS
DTC#:                     636
A/C#:
INST ID#:
AGENT ID#:
CLEARING AGT DTC:
CLEARING AGT NAME:
A/C NAME:

**Special Instructions**
Today's trades exceed my daily trade limit. Trade authorized by MXA

**Miscellaneous Information**
Asset OAS:      24.245
Debt Yld:        5.102
Expct ROE:      21.95
Sprd Dur:        .91
CDI File:        NHELI073
TrdPurpose:     REG PURCH
Debt OAS:       -16.393
% Asn Cap:      1.6
RskAdj ROE:     21.95
ACCTG_DESIG:   NHD_NONCASH

| | |
|---|---|
| Price: | 100-00 |
| | 100.00000000 |
| Principal: | (245,105,000.00) |
| Interest: | 0.00 |
| Commission: | 0.00 |
| Net Money: | (245,105,000.00) |
| Currency: | USD |
| Net Cash Flow: | OUT |
| Exchange rate: | |
| Discount: | |
| Option Type: | |
| Prepay: | 100.00 BLK |
| Yield: | 5.500 |
| YTC: | |
| Duration: | 0.00133 |
| Convexity: | -0.00004 |

| S & P | Moody | DBRS |
|---|---|---|
| NR | NR | |
| Fitch | NAIC | |
| NR | | |

| | | |
|---|---|---|
| Discretionary: | ☒ Yes | ☐ No |
| Liquid: | ☒ Yes | ☐ No |
| Segregate: | ☒ Yes | ☐ No |
| Release: | ☐ Yes | ☒ No |

Entry Date:     Apr 26, 2007

Created: Apr 26, 2007 18:39:19

*Freddie Mac ~ ABS Float AFS (ABS-FLT-S)  Trade No. 1517, Vs. 1*

*FreddieMac*

A/C# P 61948                Copyright © 2001 BlackRock Solutions. All Rights Reserved.                JPMORGAN CHASE

CONFIDENTIAL

FHFA01002820