# Exhibit O

# Nomura Asset Acceptance Corporation Mortgage Pass-Through Certificates, Series 2005-AR6

## $707 Million (+/- 10%)

### (Approximate)

## Computational Materials

### November 9, 2005

## NOMURA

--------------------------------------------------------------------------------------------------------
*Investors are urged to read the base prospectus and the prospectus supplement and other relevant documents filed or to be filed with the Securities and Exchange Commission, because they contain important information. These Computational Materials do not contain all information that is required to be included in the base prospectus and prospectus supplement. The collateral and other information set forth in these Computational Materials supersedes any previously distributed information relating to the Securities discussed in this communication. NSI is acting as underwriter/placement agent and not as agent for the Depositor in connection with the proposed transaction.*

FHFA00200551
A3-10006024726

## INFORMATION STATEMENT

The attached tables, together with the summary information presented herein (the **"Computational Materials"**) are furnished to you by Nomura Securities International, Inc. (**"NSI"**) and not by Nomura Asset Acceptance Corporation (together with any of its other affiliates, **"NAAC"**). NAAC has not prepared, provided, approved or verified any statistical or numerical information in these materials. The information herein is preliminary and is subject to completion or change. Although a registration statement (including the prospectus) has been filed with the Securities and Exchange Commission (**"SEC"**) and is effective, the final prospectus supplement relating to the issuance (the **"Securities"**) discussed in this communication has not been filed with the SEC. Investors are urged to read the base prospectus and the prospectus supplement (collectively, the **"Offering Documents"**) and other relevant documents filed or to be filed with the SEC, because they contain important information.

The information herein is being provided for informational use solely in connection with the consideration of an investment in the Securities. Its use for any other purpose is not authorized.

The information set forth in these Computational Materials, including the collateral tables which follow, may be based only on a statistical sample of Mortgage Loans (defined below) (the **"Statistical Pool"**) expected to be included in the trust along with other Mortgage Loans on the Closing Date (defined below). In addition, certain Mortgage Loans contained in the Statistical Pool may be deleted from the pool of Mortgage Loans delivered to the trust on the Closing Date (the **"Final Pool"**). The Statistical Pool may not necessarily represent a statistically relevant sample, notwithstanding any contrary references herein. Furthermore, it is expected that the Statistical Pool will be larger than the Final Pool, and the aggregate principal balances of the Mortgage Loans in the Final Pool will be reduced from the Statistical Pool as described in these Computational Materials. Although NSI believes the information with respect to the Statistical Pool will be representative of the Final Pool (except with respect to aggregate principal balance of the Mortgage Loans, as described above), the collateral characteristics of the Final Pool may nonetheless vary from the collateral characteristics of the Statistical Pool

The Offering Documents discussed in this communication will be filed with the SEC. This communication shall not constitute an offer to sell or the solicitation of any offer to buy the Securities, nor shall there be any sale of the Securities discussed in this communication in any state in which such offer, solicitation or sale would be unlawful under the securities laws of any such state. These Computational Materials do not contain all information that is required to be included in the Offering Documents. Prospective purchasers are referred to the Offering Documents for important information. Offering Documents may be obtained by contacting your NSI representative.

If you have received this communication in error, please notify the sending party immediately by telephone and return the original to such party by mail.

**An investor or potential investor in the Securities (and each employee, representative, or other agent of such person or entity) may disclose to any and all persons, without limitation, the tax treatment and tax structure of the transaction (as defined in United States Treasury Regulation Section 1.6011-4) and all related materials of any kind, including opinions or other tax analyses, that are provided to such person or entity. However, such person or entity may not disclose any other information relating to this transaction unless such information is related to such tax treatment and tax structure.**

------------------------------------------------------------------------------------------------------------------------------------------------
*Investors are urged to read the base prospectus and the prospectus supplement and other relevant documents filed or to be filed with the Securities and Exchange Commission, because they contain important information. These Computational Materials do not contain all information that is required to be included in the base prospectus and prospectus supplement. The collateral and other information set forth in these Computational Materials supersedes any previously distributed information relating to the Securities discussed in this communication. NSI is acting as underwriter/placement agent and not as agent for the Depositor in connection with the proposed transaction.*

CONFIDENTIAL

FHFA00200552
A3-10006024727

## COLLATERAL SUMMARY

The mortgage pool consists of one- to four-family adjustable-rate residential mortgage loans secured by first liens (the **"Mortgage Loans"**). The Mortgage Loans are expected to have an aggregate principal balance as of the Cut-off Date (as defined herein) of approximately $707,449,259 (the **"Cut-off Date Principal Balance"**). Generally, after the initial fixed-rate period, the interest rate and monthly payment for the Mortgage Loans adjust monthly, semi-annually or annually based on an index plus a margin. The mortgage pool consists of three groups of Mortgage Loans: Group I is generally comprised of Mortgage Loans with an initial fixed-rate period of three years; Group II is generally comprised of Mortgage Loans with an initial fixed-rate period of five years; and Group III is generally comprised of Mortgage Loans with an initial fixed-rate period of one month, six months, one year, two years, three years or five years.

**The collateral information contained herein reflects the anticipated November 1, 2005 scheduled balances and is indicative only. For further collateral information, see collateral stratification tables herein.**

### Characteristics of the Mortgage Loans

| | GROUP I | GROUP II | GROUP III | GROUPS I - III |
|---|---|---|---|---|
| Current Mortgage Rate* | 6.014% | 6.195% | 6.721% | 6.518% |
| Current Net Mortgage Rate* | 5.748% | 5.935% | 6.445% | 6.247% |
| Cut-off Date Mortgage Loan Principal Balance | $73,276,249.75 | $175,009,170.70 | $459,163,838.22 | $707,449,258.67 |
| Cut-off Date Average Mortgage Loan Principal Balance | $296,664.98 | $321,117.74 | $288,964.03 | $297,122.75 |
| Mortgage Loan Count | 247 | 545 | 1589 | 2,381 |
| Original Term (months)* | 360 | 360 | 360 | 360 |
| Months Since Origination* | 3 | 3 | 3 | 3 |
| Stated Remaining Term (months)* | 357 | 357 | 357 | 357 |
| Mortgage Loans with Interest Only Terms | 89.39% | 84.26% | 85.51% | 85.61% |
| Mortgage Loans with Prepay Penalty Terms | 78.02% | 69.35% | 72.13% | 72.05% |
| Original Prepay Penalty Term (months)** | 31 | 26 | 22 | 24 |
| Remaining Prepay Penalty Term (months)** | 28 | 23 | 18 | 21 |
| Credit Score** | 707 | 703 | 695 | 698 |
| Original Loan to Value Ratio* | 74.92% | 71.96% | 76.22% | 75.02% |
| Original Loan to Value Ratio Over 80% Without MI | 0.00% | 0.19% | 0.58% | 0.42% |
| Documentation Type - Full / Alternative | 15.21% | 24.24% | 9.07% | 13.46% |
| Loan Purpose - Purchase / Rate-Term | 85.54% | 66.68% | 82.35% | 78.81% |
| Occupancy Type - Primary / Second Home | 79.80% | 75.42% | 66.78% | 70.27% |
| Property Type - Single Family Residence / PUD | 84.43% | 80.57% | 79.33% | 80.16% |
| California Concentration | 42.58% | 40.96% | 40.19% | 40.63% |
| Months to Next Rate Adjustment* | 33 | 57 | 21 | 31 |
| First Periodic Rate Cap* | 4.149% | 5.338% | 3.161% | 3.802% |
| Subsequent Periodic Rate Cap* | 1.541% | 1.513% | 1.402% | 1.444% |
| Lifetime Rate Cap* | 5.877% | 5.571% | 5.794% | 5.748% |
| Gross Margin* | 3.351% | 2.717% | 3.560% | 3.330% |
| Net Margin* | 3.085% | 2.457% | 3.283% | 3.058% |
| Minimum Mortgage Rate* | 3.365% | 2.732% | 3.655% | 3.397% |
| Maximum Mortgage Rate* | 11.907% | 11.772% | 12.519% | 12.271% |

\* Weighted Average

\** Non-zero Weighted Average

Credit Scores are not available for three Group I Mortgage Loans with an aggregate principal balance of approximately $1,102,700 (approximately 1.50% of the Group I Mortgage Loans), for one Group II Mortgage Loan with an aggregate principal balance of approximately $320,926 (approximately 0.18% of the Group II Mortgage Loans), and for twelve Group III Mortgage Loans with an aggregate principal balance of approximately $2,994,273 (approximately 0.65% of the Group III Mortgage Loans).

**Please see Exhibit A for further collateral information.**

---

*Investors are urged to read the base prospectus and the prospectus supplement and other relevant documents filed or to be filed with the Securities and Exchange Commission, because they contain important information. These Computational Materials do not contain all information that is required to be included in the base prospectus and prospectus supplement. The collateral and other information set forth in these Computational Materials supersedes any previously distributed information relating to the Securities discussed in this communication. NSI is acting as underwriter/placement agent and not as agent for the Depositor in connection with the proposed transaction.*

-3-

# TRANSACTION SUMMARY

| | |
|---|---|
| *Title of Series:* | Nomura Asset Acceptance Corporation, Alternative Loan Trust, Series 2005-AR6 |
| *Cut-off Date:* | November 1, 2005 |
| *Closing Date:* | On or about November [30], 2005 |
| *Investor Settlement Date:* | On or about November [30], 2005 |
| *Depositor:* | Nomura Asset Acceptance Corporation |
| *Underwriter:* | Nomura Securities International, Inc. |
| *Seller:* | Nomura Credit & Capital, Inc. |
| *Master Servicer and Securities Administrator:* | Wells Fargo Bank, N.A. |
| *Servicer:* | Initially, GMAC Mortgage Corporation |
| | The Seller, as owner of the Mortgage Loans to be sold to the trust, will retain certain rights relating to the servicing of the Mortgage Loans, including the right to terminate and replace GMAC Mortgage Corporation at any time, without cause, or hire a special servicer as further specified in the pooling and servicing agreement. |
| *Trustee:* | HSBC Bank USA, National Association |
| *Custodians:* | J.P. Morgan Trust Company, National Association and Wells Fargo Bank, N.A. |
| *Credit Risk Manager:* | The [Risk Management Group, LLC], as Credit Risk Manager for the trust, will monitor the performance of and make recommendations to the Servicer regarding certain delinquent and defaulted Mortgage Loans. The Credit Risk Manager will rely upon Mortgage Loan data that is provided to it by the Servicer in performing its advisory and monitoring functions. |
| *Class [   ] Cap Provider:* | [TBD] |
| *Type of Offering:* | The Offered Certificates will be offered from time to time in negotiated transactions or otherwise at varying prices to be determined at the time of sale. |
| *Form of Registration:* | The trust will issue the Offered Certificates initially in book-entry form through DTC, Clearstream Luxembourg and Euroclear. |
| *Minimum Denomination:* | For each class of Offered Certificates, $100,000 and multiples of $1 in excess thereof. |
| *Distribution Date:* | The 25th day of each calendar month beginning in December 2005, or if such day is not a business day, then the following business day. |
| *Last Scheduled Distribution Date:* | The Distribution Date in December 2035 will be the last scheduled Distribution Date for the Offered Certificates. It is possible that the certificate principal balance of any class of Offered Certificates may not be fully paid or reduced to zero by said date. |
| *Prepayment Period:* | With respect to any Distribution Date, the immediately preceding calendar month. |
| *Optional Termination:* | At its option, the Master Servicer may purchase all but not less than all of the Mortgage Loans (and all properties acquired by the trust in respect of the Mortgage Loans) in the trust and thereby effect early retirement of the Offered Certificates if on such Distribution Date the aggregate stated principal balance of the Mortgage Loans (and all properties acquired by the trust in respect of the Mortgage Loans) has been reduced to less than or equal to 10% of the aggregate stated principal balance of the Mortgage Loans as of the Cut-off Date. |
| *Taxation – REMIC:* | For federal income tax purposes, the trust will make multiple real estate mortgage investment conduit (each a **"REMIC"**) elections, organized in a tiered REMIC structure. The Offered Certificates (exclusive of any right to receive payments in respect of any Basis Risk Shortfall), the Class X and Class P Certificates will represent beneficial ownership of "regular interests" in the related REMIC. |

*Investors are urged to read the base prospectus and the prospectus supplement and other relevant documents filed or to be filed with the Securities and Exchange Commission, because they contain important information. These Computational Materials do not contain all information that is required to be included in the base prospectus and prospectus supplement. The collateral and other information set forth in these Computational Materials supersedes any previously distributed information relating to the Securities discussed in this communication. NSI is acting as underwriter/placement agent and not as agent for the Depositor in connection with the proposed transaction.*

-4-

NAAC 2005-AR6                              Computational Materials                         November 9, 2005

The Class R Certificates will represent the beneficial ownership of "residual interests" in the related REMIC.

Certain classes of Offered Certificates may be issued with original issue discount for federal income tax purposes.

*Credit Enhancement Structure:*   Senior/subordination; excess spread and overcollateralization.

-------------------------------------------------------------------------------------------------------------------
*Investors are urged to read the base prospectus and the prospectus supplement and other relevant documents filed or to be filed with the Securities and Exchange Commission, because they contain important information. These Computational Materials do not contain all information that is required to be included in the base prospectus and prospectus supplement. The collateral and other information set forth in these Computational Materials supersedes any previously distributed information relating to the Securities discussed in this communication. NSI is acting as underwriter/placement agent and not as agent for the Depositor in connection with the proposed transaction.*

-5-

**COLLATERAL DETAILS**

### MORTGAGE PROGRAMS

#### GROUPS I - III

| Program | Percentage by Aggregate Cut-off Date Principal Balances | Cut-off Date Principal Balance | Current Mortgage Rate | Months to Next Rate Adjustment Date | Gross Margin | First Periodic Rate Cap | Subsequent Periodic Rate Cap | Lifetime Rate Cap |
|---|---|---|---|---|---|---|---|---|
| 1 MO LIBOR | 1.35 | 9,534,493.39 | 6.017 | 1 | 2.750 | 1.000 | 1.000 | 3.981 |
| 6 MO LIBOR | 10.98 | 77,706,026.69 | 6.067 | 3 | 3.106 | 2.638 | 2.055 | 6.523 |
| 1 YR LIBOR | 3.65 | 25,787,696.26 | 6.071 | 8 | 3.602 | 2.016 | 1.984 | 6.010 |
| 2/1 LIBOR | 1.43 | 10,092,565.68 | 6.812 | 21 | 3.990 | 3.000 | 1.000 | 5.072 |
| 2/6 LIBOR | 35.89 | 253,915,385.77 | 6.794 | 21 | 3.684 | 3.224 | 1.151 | 5.666 |
| 3/1 LIBOR | 1.12 | 7,951,698.23 | 5.963 | 32 | 3.053 | 3.950 | 1.536 | 5.863 |
| 3/6 LIBOR | 16.47 | 116,538,752.86 | 6.591 | 33 | 3.606 | 3.824 | 1.565 | 5.881 |
| 5/1 LIBOR | 2.92 | 20,689,014.48 | 5.682 | 57 | 2.725 | 4.787 | 1.620 | 5.000 |
| 5/6 LIBOR | 26.18 | 185,233,625.31 | 6.473 | 57 | 2.800 | 5.387 | 1.461 | 5.620 |
| **Total:** | **100.00** | **707,449,258.67** | **6.518** | **31** | **3.330** | **3.802** | **1.444** | **5.748** |

#### GROUP I

| Program | Percentage by Aggregate Cut-off Date Principal Balances | Cut-off Date Principal Balance | Current Mortgage Rate | Months to Next Rate Adjustment Date | Gross Margin | First Periodic Rate Cap | Subsequent Periodic Rate Cap | Lifetime Rate Cap |
|---|---|---|---|---|---|---|---|---|
| 3/1 LIBOR | 7.99 | 5,854,948.89 | 5.520 | 32 | 2.797 | 4.290 | 1.727 | 5.891 |
| 3/6 LIBOR | 92.01 | 67,421,300.86 | 6.057 | 33 | 3.399 | 4.137 | 1.525 | 5.876 |
| **Total:** | **100.00** | **73,276,249.75** | **6.014** | **33** | **3.351** | **4.149** | **1.541** | **5.877** |

#### GROUP II

| Program | Percentage by Aggregate Cut-off Date Principal Balances | Cut-off Date Principal Balance | Current Mortgage Rate | Months to Next Rate Adjustment Date | Gross Margin | First Periodic Rate Cap | Subsequent Periodic Rate Cap | Lifetime Rate Cap |
|---|---|---|---|---|---|---|---|---|
| 5/1 LIBOR | 10.99 | 19,239,348.09 | 5.551 | 57 | 2.718 | 4.777 | 1.667 | 5.000 |
| 5/6 LIBOR | 89.01 | 155,769,822.61 | 6.275 | 57 | 2.717 | 5.408 | 1.494 | 5.642 |
| **Total:** | **100.00** | **175,009,170.70** | **6.195** | **57** | **2.717** | **5.338** | **1.513** | **5.571** |

--------------------------------------------------------------------------------------------------------------------------
*Investors are urged to read the base prospectus and the prospectus supplement and other relevant documents filed or to be filed with the Securities and Exchange Commission, because they contain important information. These Computational Materials do not contain all information that is required to be included in the base prospectus and prospectus supplement. The collateral and other information set forth in these Computational Materials supersedes any previously distributed information relating to the Securities discussed in this communication. NSI is acting as underwriter/placement agent and not as agent for the Depositor in connection with the proposed transaction.*

-6-

**COLLATERAL DETAILS (CONTINUED)**

### GROUP III

| Program | Percentage by Aggregate Cut-off Date Principal Balances | Cut-off Date Principal Balance | Current Mortgage Rate | Months to Next Rate Adjustment Date | Gross Margin | First Periodic Rate Cap | Subsequent Periodic Rate Cap | Lifetime Rate Cap |
|---|---|---|---|---|---|---|---|---|
| 1 MO LIBOR | 2.00 | 9,534,493.39 | 6.017 | 1 | 2.750 | 1.000 | 1.000 | 3.901 |
| 6 MO LIBOR | 16.92 | 77,706,026.69 | 6.067 | 3 | 3.106 | 2.638 | 2.055 | 6.523 |
| 1 YR LIBOR | 5.62 | 25,787,696.26 | 6.071 | 8 | 3.602 | 2.016 | 1.984 | 6.010 |
| 2/1 LIBOR | 2.20 | 10,092,565.68 | 6.812 | 21 | 3.990 | 3.000 | 1.000 | 5.072 |
| 2/6 LIBOR | 55.30 | 253,915,385.77 | 6.794 | 21 | 3.684 | 3.224 | 1.151 | 5.666 |
| 3/1 LIBOR | 0.46 | 2,096,749.34 | 7.198 | 32 | 3.765 | 3.000 | 1.000 | 5.782 |
| 3/6 LIBOR | 10.70 | 49,117,452.00 | 7.324 | 33 | 3.890 | 3.395 | 1.619 | 5.888 |
| 5/1 LIBOR | 0.32 | 1,449,666.39 | 7.409 | 57 | 2.813 | 4.912 | 1.000 | 5.000 |
| 5/6 LIBOR | 6.42 | 29,463,802.70 | 7.519 | 57 | 3.237 | 5.280 | 1.290 | 5.505 |
| Total: | 100.00 | 459,163,838.22 | 6.721 | 21 | 3.560 | 3.161 | 1.402 | 5.794 |

---------------------------------------------------------------------------------------------------------------------------------
*Investors are urged to read the base prospectus and the prospectus supplement and other relevant documents filed or to be filed with the Securities and Exchange Commission, because they contain important information. These Computational Materials do not contain all information that is required to be included in the base prospectus and prospectus supplement. The collateral and other information set forth in these Computational Materials supersedes any previously distributed information relating to the Securities discussed in this communication. NSI is acting as underwriter/placement agent and not as agent for the Depositor in connection with the proposed transaction.*

CONFIDENTIAL

# EXHIBIT A

(Collateral Tables)

*Investors are urged to read the base prospectus and the prospectus supplement and other relevant documents filed or to be filed with the Securities and Exchange Commission, because they contain important information. These Computational Materials do not contain all information that is required to be included in the base prospectus and prospectus supplement. The collateral and other information set forth in these Computational Materials supersedes any previously distributed information relating to the Securities discussed in this communication. NSI is acting as underwriter/placement agent and not as agent for the Depositor in connection with the proposed transaction.*

CONFIDENTIAL

FHFA00200558
A3-10006024733

Computational Materials

## Current Mortgage Rates of the Mortgage Loans

| Current Mortgage Rates of the Mortgage Loans | Group I Percentage by Aggregate Cut-off Date Principal Balance | Group II Percentage by Aggregate Cut-off Date Principal Balance | Group III Percentage by Aggregate Cut-off Date Principal Balance | Groups I-III Percentage by Aggregate Cut-off Date Principal Balance |
|---|---|---|---|---|
| 2.751 - 3.000 | 0.00 | 0.00 | 0.21 | 0.14 |
| 3.751 - 4.000 | 0.00 | 0.00 | 0.21 | 0.13 |
| 4.251 - 4.500 | 0.53 | 0.54 | 0.11 | 0.26 |
| 4.501 - 4.750 | 0.64 | 0.40 | 0.45 | 0.46 |
| 4.751 - 5.000 | 5.20 | 3.23 | 1.63 | 2.40 |
| 5.001 - 5.250 | 4.42 | 4.03 | 1.90 | 2.69 |
| 5.251 - 5.500 | 9.97 | 4.39 | 4.10 | 4.78 |
| 5.501 - 5.750 | 12.80 | 10.46 | 5.95 | 7.77 |
| 5.751 - 6.000 | 13.09 | 21.29 | 9.68 | 12.91 |
| 6.001 - 6.250 | 18.50 | 10.10 | 7.46 | 9.05 |
| 6.251 - 6.500 | 22.99 | 13.54 | 10.65 | 12.77 |
| 6.501 - 6.750 | 13.85 | 17.73 | 11.81 | 13.49 |
| 6.751 - 7.000 | 0.00 | 14.29 | 11.40 | 10.94 |
| 7.001 - 7.250 | 0.00 | 0.00 | 9.64 | 6.26 |
| 7.251 - 7.500 | 0.00 | 0.00 | 8.51 | 5.52 |
| 7.501 - 7.750 | 0.00 | 0.00 | 6.20 | 4.02 |
| 7.751 - 8.000 | 0.00 | 0.00 | 4.22 | 2.74 |
| 8.001 - 8.250 | 0.00 | 0.00 | 2.83 | 1.84 |
| 8.251 - 8.500 | 0.00 | 0.00 | 1.43 | 0.93 |
| 8.501 - 8.750 | 0.00 | 0.00 | 0.80 | 0.52 |
| 8.751 - 9.000 | 0.00 | 0.00 | 0.51 | 0.33 |
| 9.001 - 9.250 | 0.00 | 0.00 | 0.03 | 0.02 |
| 9.251 - 9.500 | 0.00 | 0.00 | 0.01 | 0.01 |
| 10.501 - 10.750 | 0.00 | 0.00 | 0.06 | 0.04 |
| **Total:** | **100.00** | **100.00** | **100.00** | **100.00** |
| Minimum | 4.500 | 4.500 | 2.960 | 2.960 |
| Maximum | 6.625 | 7.000 | 10.540 | 10.540 |
| Weighted Average | 6.014 | 6.195 | 6.721 | 6.518 |

Exhibit A - 1

CONFIDENTIAL

Computational Materials

## Current Net Mortgage Rates of the Mortgage Loans

| Current Net Mortgage Rates of the Mortgage Loans | Group I Percentage by Aggregate Cut-off Date Principal Balance | Group II Percentage by Aggregate Cut-off Date Principal Balance | Group III Percentage by Aggregate Cut-off Date Principal Balance | Groups I-III Percentage by Aggregate Cut-off Date Principal Balance |
|---|---|---|---|---|
| 2.501 - 2.750 | 0.00 | 0.00 | 0.21 | 0.14 |
| 3.501 - 3.750 | 0.00 | 0.00 | 0.21 | 0.13 |
| 4.001 - 4.250 | 0.53 | 0.54 | 0.14 | 0.28 |
| 4.251 - 4.500 | 0.84 | 0.40 | 0.52 | 0.50 |
| 4.501 - 4.750 | 5.52 | 3.23 | 1.77 | 2.52 |
| 4.751 - 5.000 | 7.69 | 4.03 | 2.02 | 2.79 |
| 5.001 - 5.250 | 9.97 | 4.39 | 4.02 | 4.73 |
| 5.251 - 5.500 | 12.80 | 10.46 | 7.11 | 8.53 |
| 5.501 - 5.750 | 12.51 | 21.29 | 8.76 | 12.25 |
| 5.751 - 6.000 | 16.50 | 10.10 | 7.59 | 9.13 |
| 6.001 - 6.250 | 22.99 | 13.54 | 10.64 | 12.63 |
| 6.251 - 6.500 | 13.85 | 17.73 | 11.50 | 13.54 |
| 6.501 - 6.750 | 0.00 | 14.29 | 11.03 | 10.70 |
| 6.751 - 7.000 | 0.00 | 0.00 | 9.73 | 6.32 |
| 7.001 - 7.250 | 0.00 | 0.00 | 8.51 | 5.52 |
| 7.251 - 7.500 | 0.00 | 0.00 | 5.98 | 3.88 |
| 7.501 - 7.750 | 0.00 | 0.00 | 4.19 | 2.72 |
| 7.751 - 8.000 | 0.00 | 0.00 | 2.83 | 1.84 |
| 8.001 - 8.250 | 0.00 | 0.00 | 1.43 | 0.93 |
| 8.251 - 8.500 | 0.00 | 0.00 | 0.80 | 0.52 |
| 8.501 - 8.750 | 0.00 | 0.00 | 0.51 | 0.33 |
| 8.751 - 9.000 | 0.00 | 0.00 | 0.03 | 0.02 |
| 9.001 - 9.250 | 0.00 | 0.00 | 0.01 | 0.01 |
| 10.251 - 10.500 | 0.00 | 0.00 | 0.06 | 0.04 |
| **Total:** | 100.00 | 100.00 | 100.00 | 100.00 |
| Minimum | 4.240 | 4.240 | 2.730 | 2.730 |
| Maximum | 6.565 | 6.740 | 10.280 | 10.280 |
| Weighted Average | 5.748 | 5.535 | 6.445 | 6.247 |

CONFIDENTIAL

Exhibit A - 2

Computational Materials

## Principal Balances of the Mortgage Loans at Origination

| Principal Balances of the Mortgage Loans at Origination | Group I Percentage by Aggregate Cut-off Date Principal Balance | Group II Percentage by Aggregate Cut-off Date Principal Balance | Group III Percentage by Aggregate Cut-off Date Principal Balance | Groups I-III Percentage by Aggregate Cut-off Date Principal Balance |
|---|---|---|---|---|
| Less than or equal to 25,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 25,000.01 - 50,000.00 | 0.00 | 0.02 | 0.14 | 0.10 |
| 50,000.01 - 75,000.00 | 0.09 | 0.24 | 0.68 | 0.51 |
| 75,000.01 - 100,000.00 | 0.39 | 1.15 | 1.65 | 1.40 |
| 100,000.01 - 125,000.00 | 2.12 | 1.86 | 2.84 | 2.52 |
| 125,000.01 - 150,000.00 | 3.25 | 3.38 | 3.40 | 3.38 |
| 150,000.01 - 175,000.00 | 3.34 | 4.41 | 3.81 | 3.91 |
| 175,000.01 - 200,000.00 | 7.65 | 4.08 | 5.74 | 5.53 |
| 200,000.01 - 225,000.00 | 6.11 | 5.80 | 5.32 | 5.52 |
| 225,000.01 - 250,000.00 | 7.70 | 4.24 | 0.07 | 5.78 |
| 250,000.01 - 275,000.00 | 8.94 | 6.46 | 6.56 | 6.78 |
| 275,000.01 - 350,000.00 | 15.12 | 12.81 | 14.24 | 13.99 |
| 350,000.01 - 450,000.00 | 18.17 | 11.39 | 13.36 | 13.16 |
| 450,000.01 - 550,000.00 | 8.04 | 13.27 | 11.31 | 11.45 |
| 550,000.01 - 650,000.00 | 4.02 | 9.63 | 7.97 | 7.97 |
| 650,000.01 - 750,000.00 | 2.88 | 3.66 | 3.98 | 3.79 |
| 750,000.01 - 850,000.00 | 3.33 | 5.02 | 3.16 | 3.64 |
| 850,000.01 - 950,000.00 | 4.90 | 2.58 | 3.14 | 3.10 |
| Greater than or equal to 950,000.01 | 5.85 | 10.00 | 6.63 | 7.38 |
| **Total:** | 100.00 | 100.00 | 100.00 | 100.00 |
| Minimum | 69,800.00 | 96,720.00 | 10,545.00 | 10,545.90 |
| Maximum | 1,365,000.00 | 1,500,000.00 | 1,989,900.00 | 1,989,900.00 |
| Average | 296,763.23 | 321,246.54 | 298,087.19 | 297,246.69 |

Exhibit A - 3

CONFIDENTIAL

## Cut-off Date Principal Balances of the Mortgage Loans

| Cut-off Date Principal Balances of the Mortgage Loans | Group I Percentage by Aggregate Cut-off Date Principal Balance | Group II Percentage by Aggregate Cut-off Date Principal Balance | Group III Percentage by Aggregate Cut-off Date Principal Balance | Groups I-III Percentage by Aggregate Cut-off Date Principal Balance |
|---|---|---|---|---|
| Less than or equal to 25,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 25,000.01 - 50,000.00 | 0.00 | 0.02 | 0.14 | 0.10 |
| 50,000.01 - 75,000.00 | 0.09 | 0.24 | 0.68 | 0.51 |
| 75,000.01 - 100,000.00 | 0.39 | 1.15 | 1.65 | 1.40 |
| 100,000.01 - 125,000.00 | 2.12 | 1.86 | 2.84 | 2.52 |
| 125,000.01 - 150,000.00 | 3.25 | 3.38 | 3.40 | 3.38 |
| 150,000.01 - 175,000.00 | 3.34 | 4.41 | 3.89 | 3.96 |
| 175,000.01 - 200,000.00 | 7.65 | 4.08 | 5.67 | 5.48 |
| 200,000.01 - 225,000.00 | 6.11 | 5.80 | 5.32 | 5.52 |
| 225,000.01 - 250,000.00 | 7.70 | 4.24 | 0.07 | 5.76 |
| 250,000.01 - 275,000.00 | 8.94 | 6.46 | 6.62 | 6.82 |
| 275,000.01 - 300,000.00 | 15.12 | 12.81 | 14.18 | 13.94 |
| 300,000.01 - 450,000.00 | 19.17 | 11.39 | 13.36 | 13.16 |
| 450,000.01 - 550,000.00 | 8.04 | 13.27 | 11.31 | 11.45 |
| 550,000.01 - 650,000.00 | 4.02 | 9.63 | 7.97 | 7.97 |
| 650,000.01 - 750,000.00 | 2.88 | 3.66 | 3.98 | 3.79 |
| 750,000.01 - 850,000.00 | 3.33 | 5.02 | 3.16 | 3.64 |
| 850,000.01 - 950,000.00 | 4.99 | 2.58 | 3.14 | 3.10 |
| Greater than or equal to 950,000.01 | 5.85 | 10.00 | 6.63 | 7.36 |
| **Total:** | **100.00** | **100.00** | **100.00** | **100.00** |
| Minimum | 69,600.00 | 36,658.14 | 10,546.00 | 10,546.90 |
| Maximum | 1,364,999.99 | 1,500,000.00 | 1,989,900.00 | 1,989,900.00 |
| Average | 296,964.98 | 321,117.74 | 298,664.03 | 297,722.75 |

## Original Terms of the Mortgage Loans

| Original Terms of the Mortgage Loans | Group I Percentage by Aggregate Cut-off Date Principal Balance | Group II Percentage by Aggregate Cut-off Date Principal Balance | Group III Percentage by Aggregate Cut-off Date Principal Balance | Groups I-III Percentage by Aggregate Cut-off Date Principal Balance |
|---|---|---|---|---|
| 360 | 100.00 | 100.00 | 100.00 | 100.00 |
| **Total:** | **100.00** | **100.00** | **100.00** | **100.00** |
| Minimum | 360 | 360 | 360 | 360 |
| Maximum | 360 | 360 | 360 | 360 |
| Weighted Average | 360 | 360 | 360 | 360 |

Exhibit A - 4

## Stated Remaining Terms of the Mortgage Loans

| Stated Remaining Terms of the Mortgage Loans | Group I Percentage by Aggregate Cut-off Date Principal Balance | Group II Percentage by Aggregate Cut-off Date Principal Balance | Group III Percentage by Aggregate Cut-off Date Principal Balance | Groups I-III Percentage by Aggregate Cut-off Date Principal Balance |
|---|---|---|---|---|
| 300 - 340 | 0.00 | 0.00 | 0.08 | 0.05 |
| 341 - 360 | 100.00 | 100.00 | 99.92 | 99.95 |
| **Total:** | **100.00** | **100.00** | **100.00** | **100.00** |
| Minimum | 353 | 352 | 337 | 337 |
| Maximum | 359 | 360 | 359 | 360 |
| Weighted Average | 357 | 357 | 357 | 357 |

## Months Since Origination of the Mortgage Loans

| Months Since Origination of the Mortgage Loans | Group I Percentage by Aggregate Cut-off Date Principal Balance | Group II Percentage by Aggregate Cut-off Date Principal Balance | Group III Percentage by Aggregate Cut-off Date Principal Balance | Groups I-III Percentage by Aggregate Cut-off Date Principal Balance |
|---|---|---|---|---|
| 0 | 0 | 0.19 | 0 | 0.05 |
| 1 | 5.35 | 2.59 | 1.81 | 2.37 |
| 2 | 49.60 | 32.60 | 27.53 | 30.14 |
| 3 | 37.95 | 43.87 | 43.12 | 42.25 |
| 4 - 6 | 20.88 | 20.58 | 26.17 | 24.24 |
| 7 - 9 | 0.21 | 0.17 | 0.81 | 0.59 |
| 10 - 12 | 0.00 | 0.00 | 0.18 | 0.12 |
| Greater than or equal to 13 | 0.00 | 0.00 | 0.38 | 0.25 |
| **Total:** | **100.00** | **100.00** | **100.00** | **100.00** |
| Minimum | 1 | 0 | 1 | 0 |
| Maximum | 7 | 8 | 23 | 23 |
| Weighted Average | 3 | 3 | 3 | 3 |

Exhibit A - 5

CONFIDENTIAL

## Original Interest Only Terms of the Mortgage Loans

| Original Interest Only Terms of the Mortgage Loans | Group I<br>Percentage by<br>Aggregate Cut-off Date<br>Principal Balance | Group II<br>Percentage by<br>Aggregate Cut-off Date<br>Principal Balance | Group III<br>Percentage by<br>Aggregate Cut-off Date<br>Principal Balance | Groups I-III<br>Percentage by<br>Aggregate Cut-off Date<br>Principal Balance |
|---|---|---|---|---|
| 0 | 10.61 | 15.74 | 14.49 | 14.39 |
| 24 | 0.00 | 0.00 | 2.65 | 1.72 |
| 36 | 6.21 | 0.16 | 0.13 | 0.77 |
| 60 | 17.18 | 14.60 | 20.36 | 18.60 |
| 120 | 66.00 | 69.49 | 62.38 | 64.51 |
| **Total:** | **100.00** | **100.00** | **100.00** | **100.00** |
| Minimum | 36 | 36 | 24 | 24 |
| Maximum | 120 | 120 | 120 | 120 |
| Non-zero Weighted Average | 103 | 109 | 103 | 104 |

## Original Prepay Penalty Terms of the Mortgage Loans

| Original Prepay Penalty Terms of the Mortgage Loans | Group I<br>Percentage by<br>Aggregate Cut-off Date<br>Principal Balance | Group II<br>Percentage by<br>Aggregate Cut-off Date<br>Principal Balance | Group III<br>Percentage by<br>Aggregate Cut-off Date<br>Principal Balance | Groups I-III<br>Percentage by<br>Aggregate Cut-off Date<br>Principal Balance |
|---|---|---|---|---|
| 0 | 21.98 | 30.05 | 27.87 | 27.95 |
| 6 | 2.77 | 6.29 | 11.36 | 9.22 |
| 7 | 0.00 | 5.46 | 0.96 | 1.97 |
| 12 | 9.74 | 5.41 | 13.09 | 10.84 |
| 24 | 8.35 | 20.00 | 31.90 | 26.52 |
| 36 | 55.97 | 29.94 | 13.94 | 22.25 |
| 60 | 1.19 | 2.25 | 0.87 | 1.24 |
| **Total:** | **100.00** | **100.00** | **100.00** | **100.00** |
| Minimum | 6 | 6 | 6 | 6 |
| Maximum | 60 | 60 | 60 | 60 |
| Non-zero Weighted Average | 31 | 26 | 22 | 24 |
| Non-zero Weighted Average (Remaining Prepay Penalty Terms) | 28 | 23 | 18 | 21 |

Exhibit A - 6

CONFIDENTIAL

Computational Materials

## Credit Scores of the Mortgage Loans

| Credit Scores of the Mortgage Loans | Group I Percentage by Aggregate Cut-off Date Principal Balance | Group II Percentage by Aggregate Cut-off Date Principal Balance | Group III Percentage by Aggregate Cut-off Date Principal Balance | Groups I-III Percentage by Aggregate Cut-off Date Principal Balance |
|---|---|---|---|---|
| Not Available | 1.50 | 0.18 | 0.65 | 0.62 |
| 1 - 580 | 0.00 | 0.00 | 0.08 | 0.05 |
| 581 - 600 | 0.00 | 0.15 | 0.24 | 0.19 |
| 601 - 620 | 0.45 | 1.00 | 1.35 | 1.17 |
| 621 - 640 | 6.34 | 5.26 | 10.31 | 8.65 |
| 641 - 660 | 3.26 | 13.05 | 13.09 | 12.06 |
| 661 - 680 | 19.09 | 13.47 | 15.57 | 15.42 |
| 681 - 700 | 17.46 | 21.85 | 17.00 | 18.25 |
| 701 - 720 | 18.16 | 14.17 | 12.61 | 13.57 |
| 721 - 740 | 10.40 | 7.57 | 11.39 | 10.35 |
| 741 - 760 | 10.72 | 9.81 | 8.89 | 9.30 |
| 761 - 780 | 4.73 | 5.86 | 5.27 | 5.36 |
| 781 - 800 | 6.09 | 5.62 | 2.17 | 3.50 |
| Greater than or equal to 801 | 1.74 | 1.70 | 1.38 | 1.50 |
| **Total:** | 100.00 | 100.00 | 100.00 | 100.00 |
| Minimum | 613 | 595 | 527 | 527 |
| Maximum | 825 | 813 | 817 | 825 |
| Non-zero Weighted Average | 707 | 703 | 695 | 698 |

## Original Loan-to-Value Ratios of the Mortgage Loans

| Original Loan-to-Value Ratios of the Mortgage Loans | Group I Percentage by Aggregate Cut-off Date Principal Balance | Group II Percentage by Aggregate Cut-off Date Principal Balance | Group III Percentage by Aggregate Cut-off Date Principal Balance | Groups I-III Percentage by Aggregate Cut-off Date Principal Balance |
|---|---|---|---|---|
| Less than or equal to 50.00 | 0.96 | 4.98 | 0.76 | 1.82 |
| 50.01 - 55.00 | 1.06 | 1.39 | 0.69 | 0.90 |
| 55.01 - 60.00 | 1.43 | 4.60 | 2.34 | 2.80 |
| 60.01 - 65.00 | 4.47 | 12.50 | 4.83 | 6.69 |
| 65.01 - 70.00 | 29.04 | 24.36 | 17.17 | 20.19 |
| 70.01 - 75.00 | 7.87 | 5.09 | 6.86 | 6.53 |
| 75.01 - 80.00 | 54.60 | 46.21 | 65.30 | 59.47 |
| 80.01 - 85.00 | 0.27 | 0.19 | 0.42 | 0.35 |
| 85.01 - 90.00 | 0.31 | 0.56 | 1.38 | 1.06 |
| 90.01 - 95.00 | 0.00 | 0.13 | 0.19 | 0.16 |
| 95.01 - 100.00 | 0.00 | 0.00 | 0.07 | 0.05 |
| **Total:** | 100.00 | 100.00 | 100.00 | 100.00 |
| Minimum | 50.00 | 16.00 | 16.04 | 16.00 |
| Maximum | 90.00 | 95.00 | 100.00 | 100.00 |
| Weighted Average | 74.90 | 71.90 | 76.22 | 75.02 |

Exhibit A - 7

CONFIDENTIAL

## Documentation Type of the Mortgage Loans

| Documentation Type of the Mortgage Loans | Group I Percentage by Aggregate Cut-off Date Principal Balance | Group II Percentage by Aggregate Cut-off Date Principal Balance | Group III Percentage by Aggregate Cut-off Date Principal Balance | Groups I-III Percentage by Aggregate Cut-off Date Principal Balance |
|---|---|---|---|---|
| Full (I/A) | 15.21 | 22.35 | 8.57 | 12.67 |
| Alternate | 0.00 | 1.89 | 0.50 | 0.79 |
| Reduced with VOA (A-S) | 37.72 | 41.59 | 46.31 | 44.25 |
| No Ratio (A NI) | 27.36 | 13.21 | 18.82 | 18.32 |
| Stated/Stated with Vvoe | 7.18 | 5.74 | 10.99 | 9.29 |
| None (NI NA) | 12.53 | 15.21 | 14.81 | 14.67 |
| **Total** | **100.00** | **100.00** | **100.00** | **100.00** |

## Loan Purpose of the Mortgage Loans

| Loan Purpose of the Mortgage Loans | Group I Percentage by Aggregate Cut-off Date Principal Balance | Group II Percentage by Aggregate Cut-off Date Principal Balance | Group III Percentage by Aggregate Cut-off Date Principal Balance | Groups I-III Percentage by Aggregate Cut-off Date Principal Balance |
|---|---|---|---|---|
| Purchase | 79.55 | 58.13 | 80.22 | 74.68 |
| Refi Cash Out | 14.46 | 33.32 | 17.65 | 21.19 |
| Refi-Rate/Term | 5.99 | 8.55 | 2.14 | 4.12 |
| **Total** | **100.00** | **100.00** | **100.00** | **100.00** |

## Occupancy Status of the Mortgage Loans

| Occupancy Status of the Mortgage Loans | Group I Percentage by Aggregate Cut-off Date Principal Balance | Group II Percentage by Aggregate Cut-off Date Principal Balance | Group III Percentage by Aggregate Cut-off Date Principal Balance | Groups I-III Percentage by Aggregate Cut-off Date Principal Balance |
|---|---|---|---|---|
| Owner-Occupied | 71.86 | 68.92 | 59.73 | 63.26 |
| Investor | 20.20 | 24.58 | 33.22 | 29.73 |
| Second Home | 7.94 | 6.51 | 7.04 | 7.00 |
| **Total** | **100.00** | **100.00** | **100.00** | **100.00** |

Exhibit A - 8

CONFIDENTIAL

## Property Type of the Mortgage Loans

| Property Type of the Mortgage Loans | Group I Percentage by Aggregate Cut-off Date Principal Balance | Group II Percentage by Aggregate Cut-off Date Principal Balance | Group III Percentage by Aggregate Cut-off Date Principal Balance | Groups I-III Percentage by Aggregate Cut-off Date Principal Balance |
|---|---|---|---|---|
| PUD Attached | 25.18 | 17.72 | 16.54 | 16.83 |
| PUD Detached | 8.74 | 11.16 | 10.66 | 10.59 |
| Single Family | 50.52 | 52.20 | 53.30 | 52.74 |
| Condo (Low Rise) | 7.78 | 6.35 | 8.15 | 7.66 |
| Condo (Hi Rise) | 0.31 | 0.00 | 1.20 | 0.81 |
| 2-Family | 2.16 | 5.57 | 5.25 | 5.01 |
| 3-Family | 2.64 | 4.09 | 2.48 | 2.89 |
| 4-Family | 2.67 | 3.21 | 3.36 | 3.25 |
| Townhouse | 0.00 | 0.21 | 0.09 | 0.11 |
| Coop | 0.00 | 0.00 | 0.10 | 0.10 |
| Total: | 100.00 | 100.00 | 100.00 | 100.00 |

## Geographic Distribution of the Mortgage Loans

| Geographic Distribution of the Mortgage Loans | Group I Percentage by Aggregate Cut-off Date Principal Balance | Group II Percentage by Aggregate Cut-off Date Principal Balance | Group III Percentage by Aggregate Cut-off Date Principal Balance | Groups I-III Percentage by Aggregate Cut-off Date Principal Balance |
|---|---|---|---|---|
| California | 42.58 | 40.96 | 42.19 | 40.63 |
| Nevada | 29.00 | 12.19 | 9.60 | 11.94 |
| Florida | 7.90 | 6.07 | 9.30 | 8.36 |
| Arizona | 7.30 | 9.14 | 4.82 | 6.14 |
| Virginia | 0.72 | 2.84 | 7.16 | 5.42 |
| New York | 1.91 | 6.74 | 4.08 | 4.51 |
| New Jersey | 0.00 | 3.62 | 3.95 | 3.46 |
| Maryland | 0.49 | 1.39 | 4.70 | 3.44 |
| Massachusetts | 0.00 | 2.74 | 2.31 | 2.18 |
| Hawaii | 2.65 | 1.93 | 1.32 | 1.61 |
| Other | 10.43 | 12.38 | 12.57 | 12.30 |
| Total: | 100.00 | 100.00 | 100.00 | 100.00 |

Exhibit A - 9

CONFIDENTIAL

NAAC 2005-AR6                    Computational Materials                    November 9, 2005

## Months to Next Rate Adjustment Date of the Mortgage Loans

| Months to Next Rate Adjustment Date of the Mortgage Loans | Group I Percentage by Aggregate Cut-off Date Principal Balance | Group II Percentage by Aggregate Cut-off Date Principal Balance | Group III Percentage by Aggregate Cut-off Date Principal Balance | Groups I-III Percentage by Aggregate Cut-off Date Principal Balance |
|---|---|---|---|---|
| 1 | 0.00 | 0.00 | 3.77 | 2.45 |
| 2 | 0.00 | 0.00 | 5.80 | 3.76 |
| 3 | 0.00 | 0.00 | 6.34 | 4.12 |
| 4 - 6 | 0.00 | 0.00 | 3.17 | 2.06 |
| 7 - 12 | 0.00 | 0.00 | 5.85 | 3.80 |
| 13 - 24 | 0.00 | 0.00 | 57.21 | 37.13 |
| 25 - 36 | 100.00 | 0.00 | 11.13 | 17.59 |
| 37 - 60 | 0.00 | 100.00 | 6.73 | 29.11 |
| **Total:** | **100.00** | **100.00** | **100.00** | **100.00** |
| Minimum | 29 | 52 | 1 | 1 |
| Maximum | 35 | 60 | 59 | 60 |
| Weighted Average | 33 | 57 | 21 | 31 |

## First Periodic Rate Caps of the Mortgage Loans

| First Periodic Rate Caps of the Mortgage Loans | Group I Percentage by Aggregate Cut-off Date Principal Balance | Group II Percentage by Aggregate Cut-off Date Principal Balance | Group III Percentage by Aggregate Cut-off Date Principal Balance | Groups I-III Percentage by Aggregate Cut-off Date Principal Balance |
|---|---|---|---|---|
| 0.751 - 1.000 | 0.00 | 0.16 | 11.27 | 7.36 |
| 1.251 - 1.500 | 0.00 | 0.00 | 0.06 | 0.04 |
| 1.751 - 2.000 | 19.68 | 0.15 | 17.31 | 13.31 |
| 2.751 - 3.000 | 34.31 | 4.49 | 46.17 | 36.53 |
| 3.251 - 3.500 | 0.00 | 0.00 | 0.17 | 0.11 |
| 3.751 - 4.000 | 0.00 | 0.00 | 0.20 | 0.13 |
| 4.751 - 5.000 | 3.41 | 51.31 | 9.79 | 19.40 |
| 5.751 - 6.000 | 42.60 | 43.89 | 11.55 | 23.02 |
| 6.501 - 6.750 | 0.00 | 0.00 | 0.09 | 0.06 |
| **Total:** | **100.00** | **100.00** | **100.00** | **100.00** |
| Minimum | 2.000 | 1.000 | 1.000 | 1.000 |
| Maximum | 6.000 | 6.000 | 6.625 | 6.625 |
| Weighted Average | 4.149 | 5.338 | 3.161 | 3.602 |

Exhibit A -10

CONFIDENTIAL

NAAC 2005-AR6

Computational Materials

November 9, 2005

## Subsequent Periodic Rate Caps of the Mortgage Loans

| Subsequent Periodic Rate Caps of the Mortgage Loans | Group I Percentage by Aggregate Cut-off Date Principal Balance | Group II Percentage by Aggregate Cut-off Date Principal Balance | Group III Percentage by Aggregate Cut-off Date Principal Balance | Groups I-III Percentage by Aggregate Cut-off Date Principal Balance |
|---|---|---|---|---|
| 0.751 - 1.000 | 45.88 | 48.71 | 74.04 | 64.85 |
| 1.251 - 1.500 | 0.00 | 0.00 | 0.04 | 0.03 |
| 1.751 - 2.000 | 54.12 | 51.29 | 22.35 | 32.80 |
| 5.001 - 5.250 | 0.00 | 0.00 | 0.02 | 0.02 |
| 5.501 - 5.750 | 0.00 | 0.00 | 0.09 | 0.06 |
| 5.751 - 6.000 | 0.00 | 0.00 | 3.36 | 2.18 |
| 6.501 - 6.750 | 0.00 | 0.00 | 0.09 | 0.06 |
| **Total** | **100.00** | **100.00** | **100.00** | **100.00** |
| Minimum | 1.000 | 1.000 | 1.000 | 1.000 |
| Maximum | 2.000 | 2.000 | 6.625 | 6.625 |
| Non-zero Weighted Average | 1.541 | 1.513 | 1.462 | 1.444 |

## Lifetime Rate Caps of the Mortgage Loans

| Lifetime Rate Caps of the Mortgage Loans | Group I Percentage by Aggregate Cut-off Date Principal Balance | Group II Percentage by Aggregate Cut-off Date Principal Balance | Group III Percentage by Aggregate Cut-off Date Principal Balance | Groups I-III Percentage by Aggregate Cut-off Date Principal Balance |
|---|---|---|---|---|
| 1.751 - 2.000 | 0.40 | 0.00 | 0.09 | 0.10 |
| 2.751 - 3.000 | 0.77 | 0.00 | 0.22 | 0.22 |
| 3.001 - 3.250 | 0.00 | 0.00 | 0.17 | 0.11 |
| 3.251 - 3.500 | 0.00 | 0.00 | 0.41 | 0.26 |
| 3.501 - 3.750 | 0.00 | 0.00 | 0.26 | 0.17 |
| 4.001 - 4.250 | 0.00 | 0.00 | 0.86 | 0.56 |
| 4.501 - 4.750 | 0.00 | 0.00 | 0.53 | 0.35 |
| 4.751 - 5.000 | 6.37 | 42.86 | 24.54 | 27.40 |
| 5.001 - 5.250 | 0.00 | 0.00 | 0.71 | 0.13 |
| 5.251 - 5.500 | 0.00 | 0.00 | 0.42 | 0.27 |
| 5.501 - 5.750 | 0.00 | 0.00 | 0.17 | 0.11 |
| 5.751 - 6.000 | 90.46 | 57.14 | 67.73 | 67.47 |
| 6.001 - 6.250 | 0.00 | 0.00 | 1.04 | 0.68 |
| 6.251 - 6.500 | 0.00 | 0.00 | 0.70 | 0.46 |
| 6.501 - 6.750 | 0.00 | 0.00 | 0.09 | 0.06 |
| 6.751 - 7.000 | 0.00 | 0.00 | 0.13 | 0.09 |
| 7.001 - 7.250 | 0.00 | 0.00 | 0.12 | 0.08 |
| 7.251 - 7.500 | 0.00 | 0.00 | 0.03 | 0.02 |
| 7.751 - 8.000 | 0.00 | 0.00 | 1.13 | 0.73 |
| 11.751 - 12.000 | 0.00 | 0.00 | 1.13 | 0.73 |
| **Total** | **100.00** | **100.00** | **100.00** | **100.00** |
| Minimum | 5.000 | 5.000 | 2.000 | 2.000 |
| Maximum | 6.000 | 6.000 | 12.000 | 12.000 |
| Weighted Average | 5.877 | 5.571 | 5.794 | 5.748 |

Exhibit A - 11

CONFIDENTIAL

NAAC 2005-AR6

Computational Materials

November 9, 2005

## Gross Margins of the Mortgage Loans

| Gross Margins of the Mortgage Loans | Group I Percentage by Aggregate Cut-off Date Principal Balance | Group II Percentage by Aggregate Cut-off Date Principal Balance | Group III Percentage by Aggregate Cut-off Date Principal Balance | Groups I-III Percentage by Aggregate Cut-off Date Principal Balance |
|---|---|---|---|---|
| 1.251 - 1.500 | 0.00 | 0.00 | 0.18 | 0.12 |
| 1.501 - 1.750 | 0.00 | 0.00 | 0.09 | 0.06 |
| 1.751 - 2.000 | 0.00 | 0.00 | 0.06 | 0.04 |
| 2.001 - 2.250 | 38.30 | 49.14 | 5.28 | 19.48 |
| 2.251 - 2.500 | 2.52 | 3.74 | 1.76 | 2.33 |
| 2.501 - 2.750 | 14.42 | 17.03 | 18.05 | 17.42 |
| 2.751 - 3.000 | 5.45 | 6.41 | 16.96 | 13.16 |
| 3.001 - 3.250 | 5.80 | 6.46 | 5.88 | 6.01 |
| 3.251 - 3.500 | 11.17 | 8.13 | 7.98 | 8.35 |
| 3.501 - 3.750 | 1.09 | 5.04 | 4.84 | 4.59 |
| 3.751 - 4.000 | 1.15 | 3.18 | 13.67 | 9.78 |
| 4.001 - 4.250 | 0.00 | 0.78 | 1.91 | 1.43 |
| 4.251 - 4.500 | 0.00 | 0.00 | 6.16 | 4.00 |
| 4.501 - 4.750 | 0.00 | 0.00 | 1.18 | 0.76 |
| 4.751 - 5.000 | 27.29 | 1.09 | 15.52 | 13.17 |
| 5.001 - 5.250 | 0.00 | 0.00 | 0.05 | 0.04 |
| 5.251 - 5.500 | 0.00 | 0.00 | 0.11 | 0.07 |
| 5.501 - 5.750 | 0.00 | 0.00 | 0.10 | 0.06 |
| 5.751 - 6.000 | 0.00 | 0.00 | 0.06 | 0.05 |
| 6.001 - 6.250 | 0.00 | 0.00 | 0.08 | 0.05 |
| 6.251 - 6.500 | 0.00 | 0.00 | 0.01 | 0.01 |
| 7.501 - 7.750 | 0.00 | 0.00 | 0.01 | 0.01 |
| 7.751 - 8.000 | 0.00 | 0.00 | 0.04 | 0.03 |
| 9.001 - 9.250 | 0.00 | 0.00 | 0.02 | 0.01 |
| **Total:** | **100.00** | **100.00** | **100.00** | **100.00** |
| Minimum | 2.250 | 2.250 | 1.500 | 1.500 |
| Maximum | 5.000 | 5.000 | 9.050 | 9.050 |
| Weighted Average | 3.351 | 2.717 | 3.560 | 3.330 |

Exhibit A - 12

CONFIDENTIAL

NAAC 2005-AR6

Computational Materials

November 9, 2005

## Minimum Mortgage Rates of the Mortgage Loans

| Minimum Mortgage Rates of the Mortgage Loans | Group I Percentage by Aggregate Cut-off Date Principal Balance | Group II Percentage by Aggregate Cut-off Date Principal Balance | Group III Percentage by Aggregate Cut-off Date Principal Balance | Groups I-III Percentage by Aggregate Cut-off Date Principal Balance |
|---|---|---|---|---|
| 1.251 - 1.500 | 0.00 | 0.00 | 0.18 | 0.12 |
| 1.501 - 1.750 | 0.00 | 0.00 | 0.09 | 0.06 |
| 2.001 - 2.250 | 39.30 | 48.14 | 5.24 | 18.45 |
| 2.251 - 2.500 | 1.81 | 3.49 | 1.76 | 2.20 |
| 2.501 - 2.750 | 14.42 | 17.03 | 17.89 | 17.32 |
| 2.751 - 3.000 | 5.45 | 6.41 | 15.27 | 12.06 |
| 3.001 - 3.250 | 5.80 | 6.46 | 5.38 | 5.69 |
| 3.251 - 3.500 | 11.17 | 7.92 | 7.85 | 8.21 |
| 3.501 - 3.750 | 2.60 | 5.25 | 5.09 | 4.87 |
| 3.751 - 4.000 | 1.15 | 3.16 | 13.71 | 9.60 |
| 4.001 - 4.250 | 0.00 | 0.78 | 1.97 | 1.47 |
| 4.251 - 4.500 | 0.00 | 0.00 | 6.34 | 4.11 |
| 4.501 - 4.750 | 0.00 | 0.00 | 1.18 | 0.76 |
| 4.751 - 5.000 | 26.89 | 0.59 | 14.74 | 12.50 |
| 5.001 - 5.250 | 0.00 | 0.00 | 0.05 | 0.04 |
| 5.251 - 5.500 | 0.00 | 0.08 | 0.07 | 0.07 |
| 5.501 - 5.750 | 0.00 | 0.00 | 0.16 | 0.12 |
| 5.751 - 6.000 | 0.00 | 0.34 | 0.61 | 0.48 |
| 6.001 - 6.250 | 0.39 | 0.10 | 0.29 | 0.25 |
| 6.251 - 6.500 | 0.00 | 0.06 | 0.74 | 0.49 |
| 6.501 - 6.750 | 0.00 | 0.08 | 0.08 | 0.07 |
| 6.751 - 7.000 | 0.00 | 0.28 | 0.28 | 0.18 |
| 7.001 - 7.250 | 0.00 | 0.00 | 0.07 | 0.05 |
| 7.251 - 7.500 | 0.00 | 0.00 | 0.36 | 0.24 |
| 7.501 - 7.750 | 0.00 | 0.00 | 0.30 | 0.19 |
| 7.751 - 8.000 | 0.00 | 0.00 | 0.04 | 0.03 |
| 8.001 - 8.250 | 0.00 | 0.00 | 0.22 | 0.14 |
| 8.251 - 8.500 | 0.00 | 0.00 | 0.01 | 0.01 |
| 9.001 - 9.250 | 0.00 | 0.00 | 0.02 | 0.01 |
| **Total:** | **100.00** | **100.00** | **100.00** | **100.00** |
| Minimum | 2.250 | 2.250 | 1.500 | 1.500 |
| Maximum | 6.250 | 6.750 | 9.050 | 9.050 |
| Weighted Average | 3.965 | 2.732 | 3.655 | 3.397 |

Exhibit A - 13

CONFIDENTIAL

Computational Materials

## Maximum Mortgage Rates of the Mortgage Loans

| Maximum Mortgage Rates of the Mortgage Loans | Group I Percentage by Aggregate Cut-off Date Principal Balance | Group II Percentage by Aggregate Cut-off Date Principal Balance | Group III Percentage by Aggregate Cut-off Date Principal Balance | Groups I-III Percentage by Aggregate Cut-off Date Principal Balance |
|---|---|---|---|---|
| 8.251 - 8.500 | 0.40 | 0.00 | 0.06 | 0.09 |
| 8.751 - 9.000 | 0.00 | 0.00 | 0.23 | 0.15 |
| 9.251 - 9.500 | 0.00 | 0.54 | 0.00 | 0.13 |
| 9.501 - 9.750 | 0.26 | 0.40 | 0.00 | 0.13 |
| 9.751 - 10.000 | 0.00 | 2.36 | 2.39 | 2.13 |
| 10.001 - 10.250 | 0.87 | 2.54 | 0.14 | 0.81 |
| 10.251 - 10.500 | 0.53 | 1.23 | 0.50 | 0.69 |
| 10.501 - 10.750 | 2.69 | 3.77 | 1.08 | 1.91 |
| 10.751 - 11.000 | 7.40 | 7.37 | 2.79 | 4.40 |
| 11.001 - 11.250 | 4.91 | 5.70 | 2.95 | 3.63 |
| 11.251 - 11.500 | 10.56 | 8.72 | 5.57 | 6.87 |
| 11.501 - 11.750 | 12.15 | 15.44 | 7.93 | 10.22 |
| 11.751 - 12.000 | 18.89 | 21.27 | 12.53 | 14.52 |
| 12.001 - 12.250 | 15.25 | 5.90 | 9.55 | 9.24 |
| 12.251 - 12.500 | 22.00 | 7.97 | 9.88 | 10.65 |
| 12.501 - 12.750 | 12.19 | 9.06 | 8.62 | 9.10 |
| 12.751 - 13.000 | 0.00 | 7.73 | 9.49 | 8.07 |
| 13.001 - 13.250 | 0.00 | 0.00 | 6.14 | 3.08 |
| 13.251 - 13.500 | 0.00 | 0.00 | 5.84 | 3.79 |
| 13.501 - 13.750 | 0.00 | 0.00 | 4.75 | 3.08 |
| 13.751 - 14.000 | 0.00 | 0.00 | 3.39 | 2.20 |
| 14.001 - 14.250 | 0.00 | 0.00 | 2.29 | 1.48 |
| 14.251 - 14.500 | 0.00 | 0.00 | 1.43 | 0.93 |
| 14.501 - 14.750 | 0.00 | 0.00 | 0.68 | 0.44 |
| 14.751 - 15.000 | 0.00 | 0.00 | 0.11 | 0.07 |
| 15.001 - 15.250 | 0.00 | 0.00 | 0.04 | 0.03 |
| 15.251 - 15.500 | 0.00 | 0.00 | 0.34 | 0.22 |
| 15.501 - 15.750 | 0.00 | 0.00 | 0.06 | 0.04 |
| 15.751 - 16.000 | 0.00 | 0.00 | 0.02 | 0.01 |
| 16.001 - 16.250 | 0.00 | 0.00 | 0.12 | 0.08 |
| 16.501 - 16.750 | 0.00 | 0.00 | 0.04 | 0.03 |
| 17.001 - 17.250 | 0.00 | 0.00 | 0.19 | 0.13 |
| 17.251 - 17.500 | 0.00 | 0.00 | 0.08 | 0.05 |
| 17.501 - 17.750 | 0.00 | 0.00 | 0.21 | 0.13 |
| 17.751 - 18.000 | 0.00 | 0.00 | 0.05 | 0.03 |
| 18.001 - 18.250 | 0.00 | 0.00 | 0.10 | 0.06 |
| 18.251 - 18.500 | 0.00 | 0.00 | 0.22 | 0.14 |
| 18.501 - 18.750 | 0.00 | 0.00 | 0.08 | 0.05 |
| 18.751 - 19.000 | 0.00 | 0.00 | 0.11 | 0.07 |
| **Total** | **100.00** | **100.00** | **100.00** | **100.00** |
| Minimum | 8.500 | 9.500 | 8.375 | 8.375 |
| Maximum | 12.625 | 13.000 | 19.625 | 19.625 |
| Weighted Average | 11.907 | 11.772 | 12.519 | 12.271 |

Exhibit A -14

CONFIDENTIAL

| Contacts | | | |
|---|---|---|---|
| **ARMs DESK** | | | |
| Contact | Phone | Fax | Email |
| **Brett Marvin**<br>*Managing Director* | 212-667-1888 | 646-587-1888 | bmarvin@us.nomura.com |
| **Brian Murphy**<br>*Director* | 212-667-1888 | 646-587-8960 | brmurphy@us.nomura.com |
| **STRUCTURING** | | | |
| Contact | Phone | Fax | Email |
| **Panos Nikoulis**<br>*Vice President* | 212-667-2160 | 646-587-8660 | pnikoulis@us.nomura.com |
| **COLLATERAL** | | | |
| Contact | Phone | Fax | Email |
| **John Lo**<br>*Vice President* | 212-667-1398 | 646-587-1398 | jlo@us.nomura.com |
| **TRANSACTION MANAGEMENT** | | | |
| Contact | Phone | Fax | Email |
| **John Graham**<br>*Managing Director* | 212-667-2376 | 646-587-9592 | jgraham@us.nomura.com |
| **Jeane Leschak**<br>*Vice President* | 212-667-2316 | 646-587-9212 | jleschak@us.nomura.com |
| **Kara Stairiker** | 212-667-9701 | 646-587-9701 | kstairiker@us.nomura.com |

*Investors are urged to read the base prospectus and the prospectus supplement and other relevant documents filed or to be filed with the Securities and Exchange Commission, because they contain important information. These Computational Materials do not contain all information that is required to be included in the base prospectus and prospectus supplement. The collateral and other information set forth in these Computational Materials supersedes any previously distributed information relating to the Securities discussed in this communication. NSI is acting as underwriter/placement agent and not as agent for the Depositor in connection with the proposed transaction.*