**SULLIVAN & CROMWELL LLP**

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, NY 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
FRANKFURT • LONDON • PARIS

MEMO ENDORSED

Via ECF

December 5, 2014

Hon. Denise L. Cote,
   United States District Judge,
      500 Pearl Street, Room 1610,
         New York, NY 10007-1312.

         Re:    *FHFA v. Nomura Holding America, Inc.*, No. 11-cv-6201 (S.D.N.Y.)

Dear Judge Cote:

      I write on behalf of the Nomura and RBS defendants regarding proposed redactions to certain materials that they will file later today in support of a motion made pursuant to Federal Rules of Evidence 403 and 702, and *Daubert* v. *Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993). Several exhibits to the motion have been designated by plaintiff as "Confidential" under the First Amended Protective Order, dated January 11, 2013, and defendants are therefore filing these documents under seal, pursuant to Paragraph 9 of that Order.

      In order to give plaintiff the opportunity to review the documents, defendants respectfully request that the parties be given (a) until December 16 to meet and confer regarding proposed redactions, and (b) until December 23 to file a joint submission listing the agreed-upon redactions, as well as any redactions to which a party objects. Plaintiff consents to this proposed schedule.

                                              Respectfully submitted,

                                              /s/ David B. Tulchin

*Granted.*
*Denise Cote*
*12/5/14*

                                              David B. Tulchin