**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 | FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
(212) 849-7260

WRITER'S INTERNET ADDRESS
philippeselendy@quinnemanuel.com

December 5, 2014

12/11/2014

**VIA ECF**

The Honorable Denise L. Cote
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1610
New York, NY 10007-1312

**MEMO ENDORSED**

Re:   *FHFA v. Nomura Holding Am. Inc.*, No. 11 Civ. 6201 (DLC) (S.D.N.Y.)

Dear Judge Cote:

I write on behalf of Plaintiff Federal Housing Finance Agency ("FHFA") regarding proposed redactions to FHFA's oppositions to Defendants' Motion *in Limine* Number 1, on James Barth and the Financial Crisis, its Motion *in Limine* Number 2, on References to the Government, and its Motion *in Limine* Number 3, on Robert Hunter's Testimony re Unnamed Originators. All three oppositions will be filed today. Because the parties have designated certain of the materials discussed in the oppositions as "Confidential" or "Highly Confidential," under the First Amended Protective Order, and because these materials may contain Non-Party Borrower Information (as defined in paragraph 2.8 of the First Amended Protective Order), FHFA is filing its oppositions with the Court under seal, pursuant to paragraph 9 of the First Amended Protective Order. FHFA may propose redactions to the oppositions or certain of their supporting materials, and also wishes to give Defendants an opportunity to propose any redactions they think necessary. To facilitate that process, FHFA respectfully requests that the Court give the parties until Tuesday, December 16, 2014, to meet and confer regarding proposed redactions to these oppositions and supporting materials, and until Tuesday, December 23, 2014, to file a joint submission to the Court listing the proposed redactions to which neither party objects and those to which a party objects.

We have met and conferred with Defendants, and Defendants consent to FHFA's proposal.

Thank you for Your Honor's consideration of this submission.

Granted.

*[signature]*
12/11/14

quinn emanuel urquhart & sullivan, llp

LOS ANGELES | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | HOUSTON | LONDON | TOKYO | MANNHEIM | MOSCOW | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG | BRUSSELS

Respectfully submitted,

/s/ Philippe Z. Selendy
Philippe Z. Selendy

QUINN EMANUEL URQUHART &
SULLIVAN, LLP

*Attorneys for Plaintiff Federal Housing Finance Agency*

CC: Counsel of record (via ECF)