# Exhibit F

```
                                                          Page 1
 1     UNITED STATES DISTRICT COURT
 2     SOUTHERN DISTRICT OF NEW YORK
 3    _____
 4    FEDERAL HOUSING FINANCE  )
 5    AGENCY, etc.,            )
 6             Plaintiff,      )
 7         V.                  )   11 CIV. 6201(DLC)
 8    NOMURA HOLDING AMERICA,  )
 9    INC., et al.,            )
10             Defendants.     )
11    _____
12
13
                   SULLIVAN & CROMWELL LLP
14                    125 Broad Street
                New York, New York  10004-2498
15                   November 19, 2014
                        9:06 A.M.
16
17
                  VIDEOTAPED DEPOSITION OF
18                    JAMES R. BARTH
19
20
21
22
23
24     REPORTED BY:
25     DEBRA SAPIO LYONS, RDR, CRR, CCR, CPE
```

Page 54

1  James R. Barth
2  Plaintiff in the Nomura case
3  contributed to the financial crisis and
4  recession?
5          MR. NG:  Objection, form.
6      A.   It's just a positive impact.
7      Q.   And you don't have any
8  opinion as to the specific positive
9  impact?
10     A.   No, I wasn't asked to, nor
11 was it necessary in what I -- in terms
12 of what I was asked to do in rebutting
13 the Vandell Report.
14     Q.   Okay.
15         MR. CHOKSI:  Okay.  Take a
16   quick break.
17         THE VIDEO TECHNICIAN:  Off
18   the record 9:53 a.m.
19         (A recess is held.)
20         (Mr. Curtis is present
21   telephonically.)
22         THE VIDEO TECHNICIAN:  Going
23   back on the record 10:05 a.m.  This
24   is the beginning of Disk 2 in the
25   deposition of James Barth.

Page 55

1                James R. Barth
2    BY MR. CHOKSI:
3         Q.   Hi, Dr. Barth.
4         A.   Hi.
5         Q.   Let's go back to Paragraph 8
6    of your report.
7              In this paragraph you define
8    alleged underwriting defects, is that
9    correct, as a defined term?
10        A.   Yes, I do mention the
11   underwriting defects.
12        Q.   Okay.  And do you define
13   alleged underwriting defects as the
14   types of defects, misrepresentations
15   and omissions that FHFA allege?
16        A.   I'm sorry.  Could you repeat
17   that question?
18        Q.   In Paragraph 8 do you define
19   the term "alleged underwriting defects"
20   as the types of underwriting defects,
21   misrepresentations and omissions that
22   FHFA allege?
23        A.   Yes.
24        Q.   Okay.  When you say the
25   types of defects, misrepresentations

Page 56

1       James R. Barth
2  and omissions that FHFA allege, are you
3  referring to the specific defects,
4  misrepresentations and omissions that
5  FHFA allege in the Nomura action only?
6       A.  What I am referring to here
7  is there's other evidence of other
8  misrepresentations and omissions
9  associated with the loans underlying
10 private label securities in addition to
11 those alleged in this particular case
12 by FHFA.
13      Q.  So when you refer to alleged
14 underwriting defects in your report,
15 you are not referring to only the
16 specific underwriting defects,
17 misrepresentations and omissions that
18 FHFA alleges in the Nomura action;
19 correct?
20      A.  I'm referring specifically
21 to those FHFA alleges and saying there
22 are other similar misrepresentations,
23 omissions that have been identified in
24 other studies.
25      Q.  So I take it that you are

Page 57

1                James R. Barth
2     not referring to only the underwriting
3     defects, misrepresentations and
4     omissions that FHFA alleges with
5     regards to the Nomura securitizations
6     at issue --
7              MR. NG:  Objection, form.
8         Q.   -- correct?
9         A.   I think that's a relatively
10    fair way -- fair way to restate it,
11    that I'm talking about the specific
12    allegations and then similar types of
13    misrepresentations and omissions
14    associated either with -- with other
15    private label securitizations.
16        Q.   And those similar type of
17    misrepresentations and omissions
18    associated with other private label
19    securitizations involve loans that were
20    not bought or securitized by Nomura;
21    correct?
22        A.   That's what I do not know.
23        Q.   Do they involve the whole
24    universe of loans in private label
25    securitizations?

Page 58

1          James R. Barth
2      A.   I don't know for sure that I
3   could say they involve the whole
4   universe, but a subset certainly of the
5   universe.
6      Q.   How big of a subset of the
7   universe?
8      A.   My recollection, and of
9   course one could look at the actual
10  reports, but my recollection is there
11  are millions of loans.
12     Q.   When you say one can look at
13  the actual reports, what reports are
14  you referring to?
15     A.   The reports that I cite
16  in -- in my report.
17     Q.   Are you referring --
18     A.   Or the studies that I cite
19  in my report.
20     Q.   Are you referring to the
21  reports you cite at Paragraph 15 in
22  Footnote 28 and 29?  Take your time.
23     A.   I'm sorry.  Which page were
24  you referring to?
25     Q.   I'm -- Paragraph 15 on Page

Page 59

1                James R. Barth
2     10 and Page 11, and the Footnotes 28
3     and 29 you cite about four reports.
4     Are those the reports you're referring
5     to?
6          A.   Yes, I was referring
7     specifically to Footnote 29 --
8          Q.   Okay.
9          A.   -- on Page 11.
10         Q.   All right.  And do you
11    recall how many loans, for instance,
12    the first study you cite there from
13    John M. Griffin and Gonzalo Maturana
14    considered in their analysis?
15         A.   I don't recall sitting here
16    the exact number.
17         Q.   Okay.
18              MR. CHOKSI:  Would mark as
19       our next exhibit 60301.
20              THE WITNESS:  Sorry.
21              (Exhibit 60301, article
22       entitled "Who Facilitated
23       Misreporting in Securitized Loans?"
24       by John M. Griffin and Gonzalo
25       Maturana, is marked for

1                James R. Barth
2        identification.)
3             MR. CHOKSI:  A article
4        entitled "Who Facilitated
5        Misreporting in Securitized Loans?"
6        by John M. Griffin and Gonzalo
7        Maturana.
8    BY MR. CHOKSI:
9         Q.   Is this the Griffin and
10   Maturana report that you cite in
11   Footnote 29?
12        A.   Yes.  Yes, it is.
13        Q.   Okay.  And if you turn to
14   Page 9, please, and this section is
15   entitled "Data and Measures."  And
16   about five sentences down I'm going to
17   read, quote, Lewtan's ABSNet Loan --
18   sorry.  Let me start over.
19             (As read):  "Lewtan's ABSNet
20   Loan contains information about more
21   than 18 million residential loans that
22   were issued either for the purchase or
23   refinancing of properties between
24   January 20 -- January 2002 and December
25   2011."  I'm going to end the sentence

Page 61

1          James R. Barth
2    there.
3              Does that refresh your
4    recollection that Mr. Griffin and
5    Maturana used about 18 million
6    residential loans in their data set?
7         A.   This is -- would be the
8    starting point.
9         Q.   Okay.  And by starting point
10   you mean they would sample from these
11   18 million loans?
12        A.   Well, they rely upon these
13   and then they had another data set that
14   they used to sort of compare these
15   particular loans to -- to another data
16   set.
17        Q.   Okay.  And the other data
18   set would be using the same amount of
19   loans about?
20        A.   I don't recall the exact
21   number of loans, but they tried to
22   match them up to do a comparison.
23        Q.   Okay.  And you would agree
24   with me, wouldn't you, that if you're
25   using 18 million loans or something

1                James R. Barth
2    similar, that that would necessarily
3    include loans not included in -- not
4    backing the at-issue certificates in
5    the Nomura action; right?
6             MR. NG:  Objection, form.
7         A.   It -- it could be, but I
8    don't know.
9         Q.   I understand that it could
10   be, but it also necessarily includes
11   loans that were not included in the
12   Nomura securitization?
13        A.   I would assume that's the
14   case.
15        Q.   If I represent to you that
16   there are about 15,000 loans backing
17   the Nomura securitizations at issue,
18   would you agree with me that if you
19   have 18 million loans in your data set,
20   you're including loans not backing the
21   Nomura securitizations at issue?
22        A.   Yes, of course, I would
23   agree with you --
24        Q.   Okay.
25        A.   -- on that particular point.

Page 63

1  James R. Barth
2  Q. Okay. The next article you
3  cite is Tomasz Piskorski, Amit Seru and
4  James Witkin; is that correct?
5  A. Well, I'm not sure that the
6  pronunciation is correct --
7  Q. Yeah.
8  A. -- but, yes, that's --
9  that's the article.
10  MR. CHOKSI: I will mark as
11  our next exhibit which will be
12  60302 an article by Tomasz
13  Piskorski, Amit Seru and James
14  Witkin dated February 2013.
15  (Exhibit 60302, article by
16  Tomasz Piskorski, Amit Seru and
17  James Witkin dated February 2013, is
18  marked for identification.)
19  BY MR. CHOKSI:
20  Q. Does this appear to be the
21  article you're citing in Footnote 29?
22  A. Yes.
23  Q. Okay. And if you turn to
24  Page 10, please --
25  A. (The Witness Complies With

1            James R. Barth
2     the Request of Counsel.)
3          Q.   -- under the Section IV
4     "Constructing Measures of Loan
5     Misrepresentations," the last sentence
6     in the first paragraph, I'm going to
7     read it for the record, "This gives us
8     a sample of 1,563,223 loans."
9               Do you agree that this is
10    the sample that these authors used in
11    their study that you cite in
12    Footnote 29?
13         A.   Yeah, I -- I agree that
14    that's indeed what this paper says as
15    you read it.
16         Q.   And, again, do you agree
17    that this necess -- that necessarily if
18    they used 1,563,223 loans, that means
19    they considered loans that were not
20    part of the Nomura securitizations at
21    issue?
22         A.   Yes, I think that's a fair
23    conclusion.
24         Q.   Okay.  Thank you.
25              So let's go back to your

Page 65

1                James R. Barth
2      report.  You can put those aside for
3      now.
4                So going back to your report
5      on Paragraph 8 which is on Page 6 --
6      I'm sorry, Page 5.
7           A.   Page 4?
8           Q.   Page 4.  When you refer to
9      alleged underwriting defects, you were
10     referring to misrepresentations and
11     omissions and defects of the types FHFA
12     alleges on loans cited in these
13     studies; correct?
14          A.   You're going to have to --
15          Q.   Yeah.
16          A.   -- repeat your question --
17          Q.   Yeah.
18          A.   -- unfortunately.
19          Q.   If I understand your
20     testimony correctly from before, when
21     you were defining alleged underwriting
22     defects in Paragraph 8 and when you use
23     it in your report, you are referring to
24     defects, misrepresentations and
25     omissions of the type FHFA alleges on

Page 66

1         James R. Barth
2    loans considered in the reports in
3    Footnote 29 that we just looked at;
4    correct?
5              MR. NG:  Objection, form.
6         A.   What this is saying is that
7    I'm referring specifically to the
8    underwriting defects and the
9    misrepresentation, omissions that are
10   being discussed in this particular
11   case, but I'm also pointing out that
12   there are other types of
13   misrepresentations and omissions that
14   have been identified in other studies
15   and they are consistent basically with
16   the opinions in my case.
17        Q.   So you define alleged
18   underwriting defects in Paragraph 8 as
19   those defects, misrepresentations,
20   omissions of the type that FHFA allege.
21             Does that mean that they are
22   the exact defects, misrepresentations
23   and omissions that FHFA alleges in
24   Nomura?
25        A.   No.  The word "types" is