# Exhibit F

```
                                                                    1
     Daogfhfc               Conference
1    UNITED STATES DISTRICT COURT
1    SOUTHERN DISTRICT OF NEW YORK
2    ------------------------------x
2
3    FEDERAL HOUSING FINANCE
3    AGENCY,
4
4             Plaintiff,
5
5         v.                              11-CV-6188 (DLC)
6                                         11-CV-6189 (DLC)
6                                         11-CV-6190 (DLC)
7                                         11-CV-6192 (DLC)
7                                         11-CV-6193 (DLC)
8                                         11-CV-6195 (DLC)
8                                         11-CV-6198 (DLC)
9                                         11-CV-6200 (DLC)
9                                         11-CV-6201 (DLC)
10                                        11-CV-6202 (DLC)
10                                        11-CV-6203 (DLC)
11                                        11-CV-6739 (DLC)
11                                        11-CV-7010 (DLC)
12   JPMORGAN CHASE & CO., et al.,
12
13            Defendants.                 Conference
13
14   And other FHFA cases.
14   ------------------------------x
15                                        New York, N.Y.
15                                        October 24, 2013
16                                        3:30 p.m.
16
17   Before:
17
18                  HON. DENISE COTE,
18
19                                        District Judge
19
20                     APPEARANCES
20
21   QUINN EMANUEL URQUHART & SULLIVAN, LLP
21        Attorneys for Plaintiff
22   BY:  MOLLY STEPHENS, ESQ.
22        SASCHA RAND, ESQ.
23
24
25
                SOUTHERN DISTRICT REPORTERS, P.C.
                        (212) 805-0300
```

```
                                                                  10
        Daogfhfc                  Conference
 1      we just haven't gotten a commitment that they can do it by the
 2      end of the year.
 3              As we set forth in our letter, your Honor, we have
 4      established why we need December 20 as the date.  March 28 is
 5      the cutoff, but we need to conduct depositions between in that
 6      beginning time of 2014.  So, the project files are necessary
 7      for us to identify the deposition witnesses, notice up the
 8      depositions, and complete them.
 9              In addition, the schedules also require expert
10      reports, rebuttal reports to be submitted to defendant's
11      affirmative due diligence defenses beginning on February 17,
12      2014.  And those project files which contain the actual due
13      diligence that was done for defendants will be necessary to
14      review, so we can actually respond to defendant's expert
15      reports.
16              THE COURT:  Ms. Stephens, I have no doubt that all
17      parties in this litigation would like the files produced
18      promptly, and even December seems very late in the day for
19      production of these files.
20              But is the dispute about the date or who's going to
21      pay for the personnel that Clayton needs in order to make a
22      timely production?
23              MS. STEPHENS:  I think both, your Honor.  And Clayton
24      will not commit to a date.  It says that it will in good faith
25      continue working towards responding to the subpoenas, but it
                      SOUTHERN DISTRICT REPORTERS, P.C.
                                (212) 805-0300
```

```
                                                                    11
     Daogfhfc                    Conference
 1   cannot guarantee a date.  And as you saw from the letter, it's
 2   still viewing March as the final date for completion.  And
 3   there is a dispute that -- to actually insure completion by the
 4   December 20 date, there might need to be hiring of additional
 5   personnel.  FHFA's position is that is an internal cost of
 6   doing business for complying with a subpoena and that is not
 7   something that should be passed onto FHFA.
 8            As your Honor may recall, we did have a dispute with
 9   the rating agencies, S&P, Moody's and Fitch, about this issue,
10   as well, back in May.  And there was an issue about cost
11   reimbursement in May where your Honor noted that responding to
12   a subpoena is a cost of doing business, the internal cost of
13   doing business.
14            In this case, Clayton has over 600 employees.  It's
15   using only one to pull project files.  It has said to us that
16   even with this one, it should be able to finish its production
17   by the end of the year; although, as we know, the rate that
18   we've been quoted for pulling project files at 30 files per
19   week make us question that estimate.  But we do want a
20   guarantee of a date.  And to the extent that Clayton does need
21   to hire extra people to meet that date, we contend this is an
22   internal cost of responding to a subpoena.
23            As you know, as well, under the authority of In Re:
24   World Trade Center, there are three factors that the courts
25   look to in determining whether to shift costs; that is, the
                     SOUTHERN DISTRICT REPORTERS, P.C.
                              (212) 805-0300
```

```
                                                                    12
        Daogfhfc                Conference
 1   nonparties' interest in the litigation, whether the nonparty
 2   can bear the cost, and the public interest in the litigation.
 3            As you know, the public interest of the litigation,
 4   FHFA is pursuing this on behalf of taxpayers.  In terms of the
 5   cost, FHFA is pursuing this on behalf of taxpayers.  Clayton,
 6   on the other hand, is a private company that can bear its
 7   internal costs of doing business.  And finally, FHFA's position
 8   is also that because Clayton was essentially an agent of these
 9   defendants doing their due diligence work, the work that
10   defendants will rely on for their affirmative defense, that it
11   does have an interest in this litigation or at least should
12   have been aware that the documents it has are relevant to this
13   litigation.
14            THE COURT:  Thank you, Ms. Stephens.
15            Mr. Rothenberg, can you describe physically the task
16   of producing this file, an individual file, due diligence file?
17            MR. ROTHENBERG:  Yes, I'd be happy to.  The due
18   diligence reports, which are the reports that were created for
19   each of Clayton's clients which includes the defendants in this
20   action, as well as Fannie Mae and Freddie Mac, those reports
21   are stored electronically on various servers at Clayton.  Those
22   servers are located both in Connecticut and in Florida.
23            There is no one central repository for those
24   repository for those files.  So, Clayton can't simply go to an
25   area on the server and just pull up, for example, the Deutsche
                   SOUTHERN DISTRICT REPORTERS, P.C.
                             (212) 805-0300
```

```
                                                              13
     Daogfhfc                   Conference
 1   Bank due diligence reports.  They sit in different areas of
 2   different servers.  It's a manual process that requires someone
 3   who is familiar with Clayton's network, as well as familiar
 4   with due diligence itself to go into the various drives in the
 5   servers to find those reports and to cull out the reports that
 6   are actually the ones that went to the clients and to make sure
 7   that there's no duplicates being produced and that these are
 8   the actual reports being called for.
 9             Because of the various naming conventions used within
10   Clayton, that is not something that you can just click on a
11   file and say, yes, that is the due diligence report that was
12   sent to Deutsche Bank in March 2007.  You have to open up those
13   reports, look at them, and confirm that they are, indeed, the
14   reports for that particular project.
15             It's a very manually intensive, labor intensive
16   project that Clayton undertakes, both with regard to the FHFA
17   actions and with regard to the numerous other RBS actions
18   around the country.
19             When counsel refers to one person being involved in
20   this, that's inaccurate.  There is one point person who goes in
21   and is familiar with the systems to pull these documents.  Then
22   they go through multiple different people who perform the QC
23   function to insure that the documents being produced are the
24   ones being called for and that Clayton hasn't missed any
25   reports that are on its servers so that the production is
                     SOUTHERN DISTRICT REPORTERS, P.C.
                               (212) 805-0300
```

```
                                                                    14
        Daogfhfc                 Conference
 1      complete and accurate when it's called for.  That process takes
 2      a while which is why Clayton cannot produce hundreds of these
 3      in a week.  In doing that, your Honor -- if I can address for a
 4      few moments some of the points Ms. Stephens made.
 5              THE COURT:  Excuse me, Mr. Rothenberg.  I don't think
 6      we want to spend time at this point talking about the legal
 7      standard.  I'm just trying to get factual background here.
 8              The FHFA letter talks about project files in its
 9      Section A.
10              MS. STEPHENS:  Yes.
11              THE COURT:  Mr. Rothenberg, when you talk about
12      reports and have described to me the process of identifying the
13      responsive reports, are you talking about the same thing as is
14      described in the FHFA letter as project files?
15              MR. ROTHENBERG:  Yes, your Honor.  The parties have
16      requested what are known as the daily and final due diligence
17      reports.  Those are the reports that Clayton provided to the
18      individual clients on a daily basis during the course of the
19      due diligence review, as well as at the end of the review,
20      those are the final reports.  So, those are all of the reports
21      that Clayton provided to any of its clients for any of the
22      reviews at issue.
23              THE COURT:  When you indicate, Mr. Rothenberg, that by
24      the end of November, all you will have left on your current
25      schedule is Nomura, Deutsche Bank, and MorganStanley.
                       SOUTHERN DISTRICT REPORTERS, P.C.
                                 (212) 805-0300
```