UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL HOUSING FINANCE AGENCY, AS CONSERVATOR FOR THE FEDERAL NATIONAL MORTGAGE ASSOCIATION AND THE FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>     Plaintiff,<br><br>    -against-<br><br>NOMURA HOLDING AMERICA INC., et. al.,<br><br>     Defendants. | No. 11 Civ. 6201 (DLC) |

### NOTICE OF PLAINTIFF FHFA'S MOTION TO EXCLUDE THE OPINION AND TESTIMONY OF DEFENDANTS' EXPERT TIMOTHY J. RIDDIOUGH

  PLEASE TAKE NOTICE that Plaintiff Federal Housing Finance Agency ("FHFA"), as Conservator for the Federal National Mortgage Association and the Federal Home Loan Mortgage Corporation, by its attorneys, Quinn Emanuel Urquhart & Sullivan, LLP, upon the Declaration of Jordan A. Goldstein, dated December 19, 2014, and the exhibits attached thereto; and Plaintiff FHFA's Memorandum of Law in Support of Its Motion to Exclude the Opinion and Testimony of Defendants' Expert Timothy J. Riddiough, hereby moves before this Court for an Order excluding the opinion and testimony of Defendants' expert Timothy J. Riddiough, and for such other and further relief as the Court may deem just and proper.

DATED: New York, New York
     December 19, 2014

By: /s/ Philippe Z. Selendy
Philippe Z. Selendy
Jordan A. Goldstein
Toby E. Futter
QUINN EMANUEL URQUHART
 & SULLIVAN, LLP

51 Madison Avenue, 22nd Floor
New York, New York 10010
(212) 849-7000