UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL HOUSING FINANCE AGENCY, AS CONSERVATOR FOR THE FEDERAL NATIONAL MORTGAGE ASSOCIATION AND THE FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>　　　　　　　Plaintiff,<br><br>　　　　　-against-<br><br>NOMURA HOLDING AMERICA, INC.; NOMURA ASSET ACCEPTANCE CORPORATION; NOMURA HOME EQUITY LOAN, INC.; NOMURA CREDIT & CAPITAL, INC.; NOMURA SECURITIES INTERNATIONAL, INC.; RBS SECURITIES INC. (f/k/a GREENWICH CAPITAL MARKETS, INC.); DAVID FINDLAY; JOHN MCCARTHY; JOHN P. GRAHAM; NATHAN GORIN; and DANTE LAROCCA,<br><br>　　　　　　　Defendants. | No. 11 CIV. 6201 (DLC) |

**NOTICE OF PLAINTIFF'S MOTION TO EXCLUDE EXPERT TESTIMONY OF**

**STEPHEN G. RYAN**

PLEASE TAKE NOTICE that, upon the respective Declaration of Tyler Whitmer and the exhibits attached thereto and Plaintiff's Memorandum in Support of Its Motion to Exclude Expert Testimony of Stephen G. Ryan, dated December 19, 2014, Plaintiff, by its attorneys, Quinn Emanuel Urquhart & Sullivan, LLP, hereby moves this Court for an Order pursuant to Federal Rules of Evidence 401, 402, 403, and 702, as well as *Daubert v. Merrill Dow Pharmaceuticals, Inc.*, 509 U.S. 597 (1993), excluding from trial the testimony of Defendants' proffered expert, Professor Stephen G. Ryan, and for such other and further relief as the Court may deem just and proper.

DATED:  New York, New York
        December 19, 2014

Respectfully submitted,

QUINN EMANUEL URQUHART &
  SULLIVAN, LLP

By: /s/ Philippe Z. Selendy
Philippe Z. Selendy
Manisha M. Sheth
Jonathan B. Oblak
Tyler G. Whitmer

51 Madison Avenue, 22nd Floor
New York, New York 10010
(212) 849-7000

*Attorneys for Plaintiff Federal Housing Finance Agency, as Conservator for Fannie Mae and Freddie Mac*