UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL HOUSING FINANCE AGENCY, AS CONSERVATOR FOR THE FEDERAL NATIONAL MORTGAGE ASSOCIATION AND THE FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>Plaintiff,<br><br>-against-<br><br>NOMURA HOLDING AMERICA INC., et. al.,<br><br>Defendants. | No. 11 Civ. 6201 (DLC) |

### NOTICE OF PLAINTIFF FHFA'S MOTION TO EXCLUDE EXPERT TESTIMONY AND OPINIONS OF MICHAEL FORESTER

PLEASE TAKE NOTICE that Plaintiff Federal Housing Finance Agency ("FHFA"), as Conservator for the Federal National Mortgage Association and the Federal Home Loan Mortgage Corporation, by its attorneys, Quinn Emanuel Urquhart & Sullivan, LLP, upon the Declaration of Tyler G. Whitmer, dated December 22, 2014, and the exhibits attached thereto; and Plaintiff FHFA's Memorandum of Law in Support of Its Motion to Exclude Expert Testimony and Opinions of Michael Forester, hereby moves before this Court for an Order excluding the opinion and testimony of Defendants' expert Michael Forester, and for such other and further relief as the Court may deem just and proper.

DATED:   New York, New York
              December 22, 2014

By: /s/ Philippe Z. Selendy
Philippe Z. Selendy
Manisha M. Sheth
Deborah K. Brown
Tyler G. Whitmer

QUINN EMANUEL URQUHART
  & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
(212) 849-7000