```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
FEDERAL HOUSING FINANCE AGENCY,         :    11cv6201 (DLC)
                                        :
            Plaintiff,                  :       ORDER
                                        :
       -v-                              :
                                        :
NOMURA HOLDING AMERICA, INC., et al.,   :
                                        :
            Defendants.                 :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

By letter of December 30, 2014, FHFA moved for an extension of time to file a Daubert motion relating to the Nomura defendants' rebuttal damages expert, Dr. Timothy J. Riddiough ("Riddiough"). FHFA sought to extend the deadline from January 8 to January 12, 2015. The Nomura defendants opposed by letter of December 31, 2014. It is hereby

ORDERED nunc pro tunc that the deadline for FHFA to file a Daubert motion relating to Riddiough shall be extended until January 9, 2015.

Dated:  New York, New York
        January 12, 2015

                                    _____
                                              DENISE COTE
                                    United States District Judge