**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 | FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
(212) 849-7076

WRITER'S INTERNET ADDRESS
jordangoldstein@quinnemanuel.com

December 19, 2014

1/12/2015

**VIA ECF**



The Honorable Denise L. Cote
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1610
New York, NY 10007-1312

Re:   *FHFA v. Nomura Holding America Inc., et. al.*, No. 11 Civ. 6201 (DLC) (S.D.N.Y.)

Dear Judge Cote:

    We write on behalf of Plaintiff Federal Housing Finance Agency ("FHFA") regarding the following motion that FHFA will submit to the Court today in connection with the above-referenced action:  Plaintiff FHFA's Motion to Exclude the Testimony and Opinion of Defendants' Expert Timothy J. Riddiough (the "Motion").

    Because materials referenced in and attached to the Motion contain information designated by the parties as "Confidential" pursuant to the First Amended Protective Order, we request that the Court provide the parties until December 31, 2014, to meet and confer regarding proposed redactions, and jointly submit to the Court a list of proposed redactions (if any) on January 7, 2015.  The parties have met and conferred, and Defendants consent to the proposed schedule.

Respectfully submitted,

/s/ Jordan A. Goldstein
Jordan A. Goldstein
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010-1601
(212) 849-7000

*Attorneys for Plaintiff Federal Housing Finance Agency in FHFA v. Nomura Holding America, Inc., et al.*

Granted.
Denise Cote
1/12/15

quinn emanuel urquhart & sullivan, llp
LOS ANGELES | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | HOUSTON | LONDON | TOKYO | MANNHEIM | MOSCOW | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG | BRUSSELS