**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 | FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
(212) 849-7441

WRITER'S INTERNET ADDRESS
manishasheth@quinnemanuel.com

December 22, 2014



VIA ECF

The Honorable Denise L. Cote
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1610
New York, NY 10007-1312

Re:   *FHFA v. Nomura Holding Am. Inc.*, No. 11 Civ. 6201 (DLC) (S.D.N.Y.)

Dear Judge Cote:

      I write on behalf of Plaintiff Federal Housing Finance Agency ("FHFA") regarding proposed redactions to FHFA's Motion to Exclude Expert Testimony and Opinions of Michael Forester (the "Motion"). Because the parties have designated certain of the materials discussed in the Motion and attached as exhibits as "Confidential" or "Highly Confidential," under the First Amended Protective Order, and because these materials may contain Non-Party Borrower Information (as defined in paragraph 2.8 of the First Amended Protective Order), FHFA is filing its motion with the Court under seal, pursuant to paragraph 9 of the First Amended Protective Order. FHFA may propose redactions to the motion or its supporting materials, and also wishes to give Defendants an opportunity to propose any redactions they think necessary. To facilitate that process, FHFA respectfully requests that the Court give the parties until Tuesday, January 6, 2015 to meet and confer regarding proposed redactions to the Motion and supporting materials, and until Tuesday, January 13, 2015, to file a joint submission to the Court listing the proposed redactions to which neither party objects and those to which a party objects. We have met and conferred with Defendants, and Defendants consent to FHFA's proposal.

      Thank you for Your Honor's consideration of this submission.

Respectfully submitted,

/s/ Manisha M. Sheth
Manisha M. Sheth

Granted.
*/s/ Denise Cote*
1/12/15

CC: Counsel of record (via ECF)

**quinn emanuel urquhart & sullivan, llp**

LOS ANGELES | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | HOUSTON | LONDON | TOKYO | MANNHEIM | MOSCOW | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG | BRUSSELS