```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                          :
FEDERAL HOUSING FINANCE AGENCY,           :      11cv6201 (DLC)
                                          :
              Plaintiff,                  :      ORDER
                                          :
         -v-                              :
                                          :
                                          :
NOMURA HOLDING AMERICA, INC., et al.,     :
                                          :
              Defendants.                 :
                                          :
-----------------------------------------X
```

DENISE COTE, District Judge:

   By letters of December 23, 2014, December 24, 2014, and January 7, 2015, the parties raise disputes concerning the redaction of certain documents related to Dr. John A. Kilpatrick submitted in support of and in opposition to defendants' December 5, 2014 motion to exclude his expert testimony. It is hereby

   ORDERED that FHFA's request for redactions of this material is granted. To the extent the parties dispute these redactions, they may renew their requests for public filing after the Court resolves the December 5, 2014 motion.

Dated:   New York, New York
         January 12, 2015

                                    _____
                                              DENISE COTE
                                      United States District Judge