UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
FEDERAL HOUSING FINANCE AGENCY,         :   11cv6201 (DLC)
                                        :
                Plaintiff,              :   ORDER
                                        :
        -v-                             :
                                        :
NOMURA HOLDING AMERICA, INC., et al.,   :
                                        :
                Defendants.             :
                                        :
----------------------------------------X

DENISE COTE, District Judge:

   By letter of January 12, 2015, plaintiff Federal Housing Finance Agency ("FHFA") moved under Federal Rule of Civil Procedure 15(a)(2) for leave to amend to withdraw its claims under Section 11 of the Securities Act. By letter of January 15, defendants indicated that they do not oppose FHFA's motion to amend its complaint to withdraw claims based on Section 11 of the Securities Act. Accordingly, it is hereby

   ORDERED that FHFA's motion for leave to amend to withdraw its claims under Section 11 of the Securities Act is granted.

Dated:   New York, New York
         January 15, 2015

                                    _____
                                         DENISE COTE
                                    United States District Judge