**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 | FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
(212) 849-7260

WRITER'S INTERNET ADDRESS
philippeselendy@quinnemanuel.com

January 8, 2015

**VIA ECF**

The Honorable Denise L. Cote
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1610
New York, NY 10007-1312



Re:   *FHFA v. Nomura Holding Am. Inc.*, No. 11 Civ. 6201 (DLC) (S.D.N.Y.)

Dear Judge Cote:

I write on behalf of Plaintiff Federal Housing Finance Agency ("FHFA") regarding proposed redactions to FHFA's Opposition to Defendants' Motion to Exclude the Expert Testimony of Robert W. Hunter Concerning Owner Occupancy Status. Because the parties have designated certain of the materials discussed in the motion and attached as exhibits as "Confidential" or "Highly Confidential," under the First Amended Protective Order, and because these materials may contain Non-Party Borrower Information (as defined in paragraph 2.8 of the First Amended Protective Order), FHFA is filing its motion with the Court under seal, pursuant to paragraph 9 of the First Amended Protective Order. FHFA may propose redactions to the motion or its supporting materials, and also wishes to give Defendants an opportunity to propose any redactions they think necessary. To facilitate that process, FHFA respectfully requests that the Court give the parties until Thursday, January 15, 2015 to meet and confer regarding proposed redactions to this motion and supporting materials, and until Thursday, January 22, 2015, to file a joint submission to the Court listing the proposed redactions to which neither party objects and those to which a party objects. We have met and conferred with Defendants, and Defendants consent to FHFA's proposal.

Thank you for Your Honor's consideration of this submission.

Respectfully submitted,

/s/ Philippe Z. Selendy
Philippe Z. Selendy

QUINN EMANUEL URQUHART &
SULLIVAN, LLP

*Attorneys for Plaintiff Federal Housing Finance Agency*

CC: Counsel of record (via ECF)

Granted.

/s/ Denise Cote
1/12/15