UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FEDERAL HOUSING FINANCE AGENCY, AS CONSERVATOR FOR THE FEDERAL NATIONAL MORTGAGE ASSOCIATION AND THE FEDERAL HOME LOAN MORTGAGE CORPORATION,

          Plaintiff,

        -against-

NOMURA HOLDING AMERICA, INC., et al.

          Defendants.

No. 11 Civ. 6201 (DLC)

**STIPULATION AND [PROPOSED] PRETRIAL SCHEDULING ORDER**



1/21/2015

WHEREAS, by Order of September 8, 2014 (Doc. No. 806), the Court proposed a trial date and a deadline for filing a Joint Pretrial Order in this action;

WHEREAS, at the January 15, 2015 status conference, the Court ruled that the trial will proceed as a bench trial rather than a jury trial, proposed certain adjustments to the schedule set forth in the September 8, 2014 Order, and directed the parties to confer with respect to the proposed schedule;

WHEREAS, the parties have conferred and agree, subject to approval by this Court, on the following schedule;

NOW THEREFORE IT IS HEREBY ORDERED THAT:

1. Trial shall commence on March 16, 2015;

2. The parties shall file a Joint Pretrial Order on February 20, 2015, in accordance with the Court's Individual Practice in Civil Cases 5(A)-(C), except that the deadline for filing motions *in limine* remains January 30, 2015, and the schedule for responding to such motions is set forth in the Court's Pretrial Scheduling Order of September 30, 2014;

3. For deposition designations:

    a. The parties shall exchange objections to deposition designations, and shall serve deposition counter-designations, on January 28, 2015;

    b. The Parties shall exchange objections to deposition counter-designations on February 4, 2015;

4. For proposed stipulations of law and fact:

    a. The parties shall exchange proposed stipulations or agreed statements of fact or law no later than January 22, 2015.

      b.      The parties shall meet and confer regarding these proposals between January 23, 2015 and January 29, 2015.

      c.      The parties shall exchange final proposed stipulations or agreed statements of law or fact no later than January 29, 2015.

      d.      Nothing herein precludes the parties from entering into additional stipulations or agreed statements of fact after January 29, 2015.

5.    Other than as specified herein, this Order does not modify any deadlines set forth in the Court's Pretrial Scheduling Order of January 15, 2015.

*So ordered.*

*[signature]*
1/21/15

Dated: January 20, 2015
      New York, New York

STIPULATED AND AGREED.

| QUINN EMANUEL URQUHART & SULLIVAN, LLP | SULLIVAN AND CROMWELL LLP |
|---|---|
| By: /s/ Manisha Sheth<br>Philippe Z. Selendy<br>William C. Price<br>Richard I. Werder<br>Manisha M. Sheth<br>Andrew R. Dunlap<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br><br>*Attorney for Plaintiff Federal Housing Finance Agency* | By: _____<br>David B. Tulchin<br>Steven L. Holley<br>125 Broad Street<br>New York, New York 10004<br><br>Amanda F. Davidoff<br>1700 New York Avenue, Suite 700<br>Washington, D.C. 20006<br><br>*Attorneys for Defendants Nomura Holding America, Inc., Nomura Asset Acceptance Corporation, Nomura Home Equity Loan, Inc., Nomura Credit & Capital, Inc., Nomura Securities International, Inc., RBS Securities Inc., David Findlay, John McCarthy, John P. Graham, Nathan Gorin, and N. Dante Larocca* |

SIMPSON THACHER & BARTLETT LLP

By: _____
    Thomas C. Rice
    David J. Woll
    Andy T. Frankel
    Alan Turner
    425 Lexington Avenue
    New York, NY 10017

*Attorneys for RBS Securities, Inc.*

                                                        **SO ORDERED**, at New York, New York
                                                        _____, 2015:

                                                        _____
                                                        Denise L. Cote
                                                        United States District Judge

Dated: January 20, 2015
New York, New York

STIPULATED AND AGREED.

| QUINN EMANUEL URQUHART & SULLIVAN, LLP | SULLIVAN AND CROMWELL LLP |
|---|---|
| By: _____<br>Philippe Z. Selendy<br>William C. Price<br>Richard I. Werder<br>Manisha M. Sheth<br>Andrew R. Dunlap<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br><br>*Attorney for Plaintiff Federal Housing Finance Agency* | By: *David B. Tulchin* /eac<br>David B. Tulchin<br>Steven L. Holley<br>125 Broad Street<br>New York, New York 10004<br><br>Amanda F. Davidoff<br>1700 New York Avenue, Suite 700<br>Washington, D.C. 20006<br><br>*Attorneys for Defendants Nomura Holding America, Inc., Nomura Asset Acceptance Corporation, Nomura Home Equity Loan, Inc., Nomura Credit & Capital, Inc., Nomura Securities International, Inc., RBS Securities Inc., David Findlay, John McCarthy, John P. Graham, Nathan Gorin, and N. Dante Larocca* |

SIMPSON THACHER & BARTLETT LLP

By: _____
Thomas C. Rice
David J. Woll
Andy T. Frankel
Alan Turner
425 Lexington Avenue
New York, NY 10017

*Attorneys for RBS Securities, Inc.*

SO ORDERED, at New York, New York
_____, 2015:

_____
Denise L. Cote
United States District Judge