# Exhibit 7

# In The Matter Of:

*FEDERAL HOUSING FINANCE AGENCY, etc.*
*v.*
*HSBC GOLDMAN, SACHS & CO. and ALLY*
*FINANCIAL INC.*

_____

*JERRY A. HAUSMAN - Vol. 1*
*July 30, 2014*

_____

**MERRILL CORPORATION**

**LegaLink, Inc.**

1345 Avenue of the Americas
17th Floor
New York, NY 10105
Phone: 212.557.7400
Fax: 212.367.6178

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------x
FEDERAL HOUSING FINANCE AGENCY, etc.,

        Plaintiff,

   vs.              Case No.
                     11 Civ. 6189
                     (DLC)

HSBC NORTH AMERICA HOLDINGS INC.,
et al.,

        Defendants.
-------------------------------------x
FEDERAL HOUSING FINANCE AGENCY, etc.,

        Plaintiff,
                     Case No.
   vs.              11 Civ. 6198
                    (DLC)
GOLDMAN, SACHS & CO., et al.,

        Defendants.
-------------------------------------x
FEDERAL HOUSING FINANCE AGENCY, etc.,


        Plaintiff,
                     Case No.
   vs.              11 Civ. 7010
                    (DLC)
ALLY FINANCIAL INC., et al.,

        Defendants.
-------------------------------------x

DATE:  July 30, 2014


WITNESS:  Jerry A. Hausman

```
 1

 2

 3
                        July 30, 2014
 4

 5                       9:30 a.m.

 6
         Videotaped deposition of JERRY A.
 7    HAUSMAN, held at the offices of Quinn
      Emanuel Urquhart & Sullivan LLP, 51 Madison
 8    Avenue, New York, New York, before Gail F.
      Schorr, a Certified Shorthand Reporter,
 9    Certified Realtime Reporter and Notary
      Public within and for the State of New York.
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

JERRY A. HAUSMAN - 7/30/2014

Page 49

```
 1              JERRY A. HAUSMAN
 2    that's what you're going to get.  I mean        10:03:16
 3    in other words he runs the regressions          10:03:19
 4    county by county, so that's what I was          10:03:20
 5    trying to explain.                              10:03:22
 6         Q.   Yes, okay.  But that's how you        10:03:23
 7    would expect one would try to do it, but        10:03:24
 8    you wouldn't remove all the data that he        10:03:26
 9    removed?                                         10:03:28
10         A.   Yeah, and it leads to a              10:03:28
11    downward biased forecast standard              10:03:29
12    deviation by doing that.                        10:03:32
13         Q.   I read your formula, I'm             10:03:33
14    looking forward to talking to you about         10:03:34
15    that one.                                        10:03:37
16              All right.  And my question is       10:03:37
17    do you know sitting here today whether          10:03:39
18    that assessed value to sales price ratio       10:03:40
19    in terms of how he trims the data,             10:03:46
20    removes the data, is it done by way of          10:03:49
21    the percentage of the ratio or by sort?        10:03:51
22    In other words, does he line them up when      10:03:56
23    he trims or does he take them, the middle      10:03:57
24    30 percent plus or minus 15 by                  10:04:00
25    essentially the value of the ratio?            10:04:02
```

JERRY A. HAUSMAN - 7/30/2014

Page 50

```
 1                    JERRY A. HAUSMAN
 2          A.    I don't understand the          10:04:04
 3     question.                                   10:04:09
 4          Q.    Okay.  If you're going to        10:04:09
 5     decide to remove data on either side of a   10:04:12
 6     median there are a number of ways you can   10:04:15
 7     go about doing that, right, sir?            10:04:17
 8          A.    I presume.                        10:04:19
 9          Q.    You've done this before,         10:04:19
10     right, sir?                                 10:04:22
11          A.    I don't do this.  This is        10:04:22
12     really bad econometric practice.            10:04:24
13          Q.    In your really good              10:04:26
14     econometric practice that you've written    10:04:28
15     about, you have trimmed data, have you      10:04:30
16     not, sir?                                   10:04:32
17          A.    Yes, but you have to take        10:04:33
18     account of it in terms of statistics.       10:04:34
19     You just can't trim it.                     10:04:36
20          Q.    No, I understand that.           10:04:37
21          A.    Yes.                              10:04:38
22          Q.    And so my question is, is        10:04:38
23     that, and we'll get to that, my question    10:04:40
24     is plus or minus, if you're applying a      10:04:41
25     plus or minus 15 range around a medium --   10:04:44
```

JERRY A. HAUSMAN - 7/30/2014

Page 51

```
 1              JERRY A. HAUSMAN
 2    median and you're trimming out the rest,          10:04:47
 3    there are different ways about going              10:04:49
 4    about that, right, sir?                           10:04:51
 5         A.    In principle, yes.                      10:04:53
 6         Q.    One of the ways you can go              10:04:54
 7    about that is to line them all up by way          10:04:55
 8    of a sorting basically, just put them all         10:04:57
 9    in order and just remove them, right, do          10:05:00
10    you understand what I'm asking?                   10:05:04
11         A.    Well keep going.                        10:05:07
12         Q.    I'm asking if that's one way           10:05:08
13    you can go about doing it?                         10:05:09
14         A.    Well the way that I would              10:05:11
15    think about it which I think may be               10:05:12
16    equivalent to what you're doing, is you          10:05:14
17    look at the error term from the                   10:05:16
18    regression and so if you look at the             10:05:19
19    ratio, I think that may be equivalent to         10:05:20
20    looking at the error term, but I can't           10:05:22
21    say that for sure.                                10:05:24
22         Q.    My question is do you                  10:05:26
23    understand what I mean by lining them up         10:05:28
24    by sort, by putting them in order of             10:05:30
25    sorting?                                          10:05:35
```

JERRY A. HAUSMAN - 7/30/2014

Page 53

```
 1                JERRY A. HAUSMAN
 2        A.    I think I looked at his         10:06:24
 3    description and then I had discussions    10:06:26
 4    with Dr. Rainey.                          10:06:27
 5        Q.    When you say you looked at his  10:06:28
 6    description, you mean the report or in    10:06:30
 7    the R code?                               10:06:32
 8        A.    The report as I remember it.    10:06:32
 9        Q.    Did you ever review his R       10:06:33
10    code?                                     10:06:36
11        A.    No.                             10:06:36
12        Q.    Did Dr. Rainey, to your         10:06:36
13    knowledge, ever review his R code?        10:06:38
14        A.    Yes, so far as I know.          10:06:40
15        Q.    Did you rely upon Dr. Rainey's  10:06:41
16    discussion with you about the actual      10:06:44
17    functionality of the Greenfield AVM R     10:06:46
18    code?                                     10:06:49
19        A.    Yes.                            10:06:49
20        Q.    And what information, if any,   10:06:50
21    about how the R code actually functioned  10:06:53
22    did you rely on from Dr. Rainey?          10:06:55
23        A.    No, it was just a description   10:06:57
24    of what Dr. Kilpatrick was doing, which,  10:06:58
25    you know, to the best of my ability I     10:07:00
```

```
 1              JERRY A. HAUSMAN
 2    describe in my report.                    10:07:01
 3         Q.   And then you don't kind of put  10:07:02
 4    it out here, but then you take issue with 10:07:09
 5    his high forecast error, right?           10:07:11
 6         A.   Yes.                            10:07:13
 7         Q.   I can't quite tell from your    10:07:14
 8    report.  You take issue with his removal  10:07:16
 9    of homes after 2008?                      10:07:18
10         A.   No, I didn't take issue with    10:07:21
11    that.                                     10:07:22
12         Q.   You're okay with that one?      10:07:22
13         A.   Well, I didn't take issue with  10:07:23
14    it.                                       10:07:26
15         Q.   All right.  Fair enough.  I     10:07:26
16    appreciate your candor.  All right.  Page 10:07:27
17    3, top bullet.  Now we get into your      10:07:30
18    prediction error.  All right.  So he      10:07:33
19    doesn't properly do a backlog             10:07:35
20    transformation in your view, right?       10:07:37
21         A.   Yes.  I wish he'd admit it,     10:07:39
22    but maybe he will.                        10:07:42
23         Q.   Well we'll talk about that.     10:07:43
24         A.   You're going to argue with me   10:07:45
25    about that.  That will be interesting.    10:07:47
```

JERRY A. HAUSMAN - 7/30/2014

Page 55

```
 1                 JERRY A. HAUSMAN
 2         Q.    I don't know, I've heard            10:07:48
 3    different things from people in different       10:07:50
 4    worlds about that one, but in any event,        10:07:51
 5    you have a problem with the backlog             10:07:53
 6    transformation?                                 10:07:55
 7         A.    Yes.                                 10:07:55
 8         Q.    It wasn't done in your view,         10:07:56
 9    correct, sir?                                   10:07:58
10         A.    It wasn't done correctly.            10:07:58
11         Q.    It wasn't done correctly,            10:07:59
12    correct.  In connection with correcting         10:08:00
13    for it, though, you have to calculate           10:08:02
14    sigma, right?                                   10:08:06
15         A.    Sigma squared, yes.                  10:08:07
16         Q.    All right.  And in connection        10:08:09
17    with calculating sigma squared in making        10:08:11
18    the adjustment for the backlog                  10:08:14
19    transformation you establish in your view       10:08:16
20    that Dr. Kilpatrick's AVM values are very       10:08:18
21    biased low, right?                              10:08:21
22         A.    Yes, he should use the               10:08:22
23    forecast standard deviation for the             10:08:24
24    sample that you're doing the back               10:08:27
25    transformation for.                             10:08:29
```

JERRY A. HAUSMAN - 7/30/2014

Page 61

```
 1                  JERRY A. HAUSMAN
 2     addition of whatever inferences you're            10:12:14
 3     going to offer in connection with the             10:12:16
 4     calculation of the coefficient in Goldman         10:12:18
 5     of the assessed value to -- excuse me,            10:12:21
 6     the analysis of the coefficient of the            10:12:24
 7     assessed value sale price?                        10:12:26
 8          A.    The assessed value, yes.               10:12:28
 9          Q.    That's the sum and substance           10:12:30
10     of your opinions?                                 10:12:31
11          A.    Yes, and of course what comes          10:12:32
12     later, yes.                                       10:12:34
13          Q.    I'm just asking high level.            10:12:35
14          A.    Yes, we're on the same page.           10:12:36
15          Q.    All right, very good.  There's         10:12:37
16     nothing else you're planning to testify           10:12:38
17     about at trial, right?                            10:12:40
18          A.    Not so far as I know.                  10:12:41
19          Q.    Very good.  And you haven't            10:12:43
20     been asked to do anything else in                 10:12:46
21     connection with trial at least at this            10:12:47
22     time, right, sir?                                 10:12:49
23          A.    No, I mean I could be asked            10:12:49
24     subsequently, as you know.                        10:12:51
25          Q.    Of course.  I expect every             10:12:52
```

JERRY A. HAUSMAN - 7/30/2014

Page 62

```
 1              JERRY A. HAUSMAN
 2    good expert to say that.  I don't mean          10:12:53
 3    that in any way as a criticism.  That's         10:12:54
 4    up to your lawyers though, right, and the       10:12:57
 5    court?                                           10:12:59
 6         A.    Yes.                                  10:12:59
 7         Q.    Very good.  All right.  So            10:12:59
 8    your training is in statistics and              10:13:00
 9    econometrics, correct, sir?                     10:13:03
10         A.    And economics.                        10:13:04
11         Q.    And economics.  Do you have          10:13:05
12    any formal educational training in real         10:13:07
13    estate?                                          10:13:09
14         A.    No.                                   10:13:09
15         Q.    You're not a broker?                 10:13:10
16         A.    No.                                   10:13:11
17         Q.    Well, you never know.  You           10:13:14
18    could have worked your way through              10:13:15
19    college as a broker.  All right.  You're        10:13:16
20    not a broker, right?                             10:13:18
21         A.    No.                                   10:13:19
22         Q.    You're not an appraiser?            10:13:19
23         A.    Correct.                              10:13:21
24         Q.    You've never been a licensed        10:13:21
25    appraiser, right?                                10:13:26
```

JERRY A. HAUSMAN - 7/30/2014

| | | |
|---|---|---|
| 1 | JERRY A. HAUSMAN | |
| 2 | A.   Correct. | 10:13:27 |
| 3 | Q.   You have no designations from | 10:13:27 |
| 4 | any appraisal or real estate association | 10:13:29 |
| 5 | whatsoever, right, sir? | 10:13:29 |
| 6 | A.   Correct. | 10:13:30 |
| 7 | Q.   You have no awards from any | 10:13:31 |
| 8 | prestigious real estate bodies, you know, | 10:13:33 |
| 9 | authoritative bodies or licensure bodies | 10:13:35 |
| 10 | or any kind of other real estate body? | 10:13:38 |
| 11 | A.   Correct. | 10:13:41 |
| 12 | Q.   No graduate teaching in real | 10:13:41 |
| 13 | estate, right, sir? | 10:13:45 |
| 14 | A.   Correct. | 10:13:46 |
| 15 | Q.   Have you ever built a real | 10:13:47 |
| 16 | estate valuation model of any sort, you | 10:13:49 |
| 17 | personally? | 10:13:51 |
| 18 | A.   No, I've advised on them, but | 10:13:52 |
| 19 | I've never built one personally. | 10:13:54 |
| 20 | Q.   When you say you've advised on | 10:13:55 |
| 21 | them, you're talk talking about the | 10:13:57 |
| 22 | Commonwealth of Massachusetts? | 10:14:00 |
| 23 | A.   Yes.  And then also I've | 10:14:01 |
| 24 | advised the FAA and been involved in | 10:14:03 |
| 25 | consulting about the effect of | 10:14:05 |

JERRY A. HAUSMAN - 7/30/2014

Page 64

```
 1              JERRY A. HAUSMAN
 2    environmental externalities on housing          10:14:10
 3    prices.                                         10:14:13
 4         Q.    I'll get into those in a             10:14:14
 5    second, let me just close out some other        10:14:15
 6    things.  I'll put the Massachusetts thing       10:14:16
 7    aside, I know that's highlighted in your        10:14:18
 8    report.                                         10:14:20
 9              You have no working knowledge         10:14:21
10    of USPAP, right?                                10:14:23
11         A.    For sure.                            10:14:24
12         Q.    All right.  And you never had        10:14:25
13    any affiliation or association with the         10:14:29
14    International Association of Assessing           10:14:33
15    Officers, right?                                10:14:34
16         A.    Correct.                             10:14:35
17         Q.    You've never reviewed the            10:14:35
18    International Association of Assessing           10:14:37
19    Officers' guidelines in any shape or            10:14:39
20    form?                                           10:14:40
21         A.    Correct.                             10:14:41
22         Q.    And you haven't done so in           10:14:41
23    connection with this case, right?               10:14:42
24         A.    Correct.                             10:14:44
25         Q.    And you're not relying upon          10:14:44
```

JERRY A. HAUSMAN - 7/30/2014

Page 152

```
 1              JERRY A. HAUSMAN
 2    regression, but I'm talking about here        11:45:25
 3    automated valuation models.                   11:45:27
 4         A.    Yes, I'm somewhat familiar         11:45:28
 5    with DataQuick.                               11:45:30
 6         Q.    You've used DataQuick in your      11:45:32
 7    research?                                     11:45:35
 8         A.    No, but I'm familiar that it       11:45:35
 9    exists and I think a student of mine          11:45:37
10    looked at it.                                 11:45:38
11         Q.    And that's in connection with      11:45:39
12    work you've done in supervising a thesis      11:45:40
13    graduate student?                             11:45:43
14         A.    As I remember, yes.                11:45:45
15         Q.    When was that, roughly?            11:45:45
16         A.    He finished his thesis last        11:45:46
17    month, so it would have been this year.       11:45:49
18         Q.    Any other involvement with any     11:45:50
19    AVMs other than through your student on       11:45:52
20    DataQuick and the Greenfield AVM?             11:45:55
21         A.    You know, I vaguely remember       11:45:57
22    that CoreLogic has one and I may have         11:45:59
23    looked at that or the student may have        11:46:01
24    looked at that, but I don't have a very       11:46:03
25    good memory.                                  11:46:05
```

```
 1                    JERRY A. HAUSMAN
 2         Q.    You've never seen, you have no          11:46:05
 3    understanding of how CoreLogic's models          11:46:07
 4    work, right?                                     11:46:10
 5         A.    That's correct.                        11:46:10
 6         Q.    Do you have any working               11:46:11
 7    understanding of how DataQuick's models         11:46:12
 8    work?                                            11:46:14
 9         A.    DataQuick, if I remember, has         11:46:14
10    a white paper that describes it.  But           11:46:15
11    they take a combination of five different       11:46:17
12    methods and they never really explain           11:46:21
13    what they do.  So I would say my                11:46:23
14    understanding is, I have some                   11:46:24
15    understanding, but certainly not a full         11:46:26
16    understanding.                                   11:46:28
17         Q.    And one of the modules that          11:46:28
18    DataQuick uses in some weighted way that        11:46:30
19    no one knows --                                  11:46:32
20         A.    I wouldn't say that no one           11:46:33
21    knows.  They know.                               11:46:34
22         Q.    They know, all right.                 11:46:35
23         A.    But I can't remember as I sit         11:46:37
24    here.                                            11:46:38
25         Q.    But one of those modules             11:46:38
```

JERRY A. HAUSMAN - 7/30/2014

Page 154

```
 1              JERRY A. HAUSMAN
 2   that's weighted in some fashion that's      11:46:41
 3   proprietary to them is a tax assessment     11:46:44
 4   model, correct?                             11:46:47
 5       A.    I believe so, regression model    11:46:47
 6   I would call it.                            11:46:49
 7       Q.    All right. All right, it's a      11:46:49
 8   regression model but it's a regression      11:46:50
 9   model that compares tax assessed value to   11:46:51
10   sales price?                                11:46:53
11       A.    That's one of the inputs as I     11:46:53
12   remember, yes.                              11:46:55
13       Q.    All right.  Have I exhausted      11:46:56
14   your knowledge about automated valuation    11:46:59
15   models with the discussion we've had of     11:47:01
16   CoreLogic, DataQuick and the Greenfield     11:47:03
17   AVM?                                        11:47:05
18       A.    Of current ones, yes.            11:47:05
19       Q.    And what about historically,      11:47:06
20   anything?                                   11:47:08
21       A.    Well, as I said in this work      11:47:08
22   in Massachusetts, but that's a long time    11:47:10
23   ago, so I'm sure they've evolved since.     11:47:12
24       Q.    Other than the testimony you      11:47:14
25   provided about the environmental work and   11:47:15
```

```
 1              JERRY A. HAUSMAN

 2       A.    I consider most refereed

 3   academic research to be reputable.  For

 4   instance, I don't count law journals in

 5   which I've published because those are

 6   refereed by 23 year olds and they often

 7   have to, as I understand it, publish

 8   papers by professors that they're august

 9   law schools.

10           So you can call it whatever

11   you want, but I don't consider that --

12   reputable might be the wrong word, but a

13   lot of it I don't consider to be serious

14   academic research.

15       Q.    As a former submissions editor

16   of a Law Review, I can tell you, sir,

17   you're absolutely right.

18       A.    Well when I posted a article

19   in the Yale Law Journal they told me all

20   this.  And I was told that's one of the

21   best law journals.  So I figure I have

22   it.  He said, this 23 year old said,

23   Professor Hausman, it's really nice to

24   get to decide whether we want to publish

25   this article and it's interesting
```

11:51:04
11:51:05
11:51:08
11:51:10
11:51:12
11:51:15
11:51:18
11:51:22
11:51:22
11:51:23
11:51:25
11:51:27
11:51:30
11:51:31
11:51:33
11:51:36
11:51:37
11:51:39
11:51:43
11:51:43
11:51:44
11:51:45
11:51:49
11:51:50

JERRY A. HAUSMAN - 7/30/2014

Page 160

```
 1                    JERRY A. HAUSMAN
 2    besides.                                        11:51:52
 3              So there's a sample of one,           11:51:53
 4    but I drew certain inferences.                  11:51:54
 5         Q.   I don't want to get in                11:51:56
 6    trouble, but I can't help myself, you're        11:51:58
 7    fun to talk with.  They used to call it,        11:51:59
 8    and I think they were right, the inmates        11:52:01
 9    were running the asylum.                        11:52:04
10         A.   Yes.                                  11:52:06
11         Q.   In any event --                       11:52:06
12         A.   Some of the inmates are now US        11:52:07
13    senators.                                       11:52:09
14         Q.   I'm not going to get myself           11:52:10
15    into further trouble.                           11:52:11
16              MR. HANCHET:  You probably            11:52:15
17         will.                                      11:52:16
18              MR. RAND:  I probably will.           11:52:17
19         Mr. Hanchet knows me well enough to        11:52:18
20         know I probably will.                      11:52:21
21         Q.   In any event, you don't               11:52:22
22    disagree that filtering of outliers is          11:52:26
23    appropriate in connection with regression       11:52:29
24    analysis, right, sir?                           11:52:31
25         A.   In principle, yes, but you            11:52:32
```

JERRY A. HAUSMAN - 7/30/2014

Page 161

```
 1              JERRY A. HAUSMAN
 2    need to have a principle basis to do it,        11:52:34
 3    yes.                                            11:52:38
 4         Q.    You have many scholarly             11:52:38
 5    research articles you've co-authored or        11:52:40
 6    authored in which you yourself have            11:52:42
 7    removed certain outliers on a principle        11:52:44
 8    basis, right, sir?                             11:52:46
 9         A.    Yes.                                11:52:47
10         Q.    And in fact, you would agree        11:52:48
11    with me that running a regression without     11:52:49
12    evaluating whether your observations          11:52:51
13    include errant or outlier data would be       11:52:53
14    kind of silly, right?                         11:52:58
15         A.    Well typically what you do,        11:52:59
16    sometimes it's not reported, but              11:53:01
17    typically you run with and without the        11:53:02
18    outlier data and then you see how it          11:53:05
19    affect your estimates.  That's called         11:53:08
20    robustness check.                             11:53:10
21         Q.    Well, some people call that        11:53:12
22    sensitivity?                                   11:53:13
23         A.    Yes, it's the same, yes.           11:53:14
24         Q.    You run various analyses to        11:53:16
25    make sure that you're comfortable based       11:53:17
```

JERRY A. HAUSMAN - 7/30/2014

```
1                   JERRY A. HAUSMAN
2      on the sensitivities that your removal of        11:53:19
3      the outliers is not skewing or biasing           11:53:21
4      your results in some way that you think          11:53:24
5      that is inappropriate?                           11:53:26
6           A.    Yes, because if you bias the          11:53:26
7      results in the legal context it makes            11:53:29
8      them unreliable, of course.                      11:53:31
9           Q.    When you say bias the results         11:53:32
10     in a legal context it makes them                 11:53:34
11     unreliable, what did you mean by that,           11:53:36
12     sir?                                             11:53:37
13          A.    Well, it -- my understanding          11:53:37
14     is you're supposed to only put forward           11:53:41
15     reliable evidence in legal proceedings.          11:53:44
16     So if you have a systematic bias they            11:53:45
17     shouldn't be presented in my view.               11:53:48
18          Q.    All right, but regressions are        11:53:49
19     based upon ultimately averaging, right?          11:53:51
20          A.    Yes, it's called a conditional        11:53:53
21     expectation, so that's a fancy word for          11:53:55
22     taking an average.                               11:53:58
23          Q.    Right.  I forgot that one.            11:53:59
24     And so if you have outliers that have            11:54:03
25     errant data, that can skew those averages        11:54:07
```

```
 1              JERRY A. HAUSMAN                    12:02:33
 2    these in.                                    12:02:33
 3         Q.    I got you.  Put that aside for    12:02:33
 4    a second.  My question is just in the        12:02:35
 5    validation phase.  I want to understand,     12:02:37
 6    do you have any information you can offer    12:02:38
 7    me about, by number or percentage, how      12:02:40
 8    many observations -- let me say it          12:02:44
 9    properly -- how many, how many subject      12:02:47
10    calculations of the regression are          12:02:50
11    dropped as a result of applying the         12:02:53
12    forecast high, the high forecast error      12:02:57
13    filter?                                      12:03:00
14         A.    I thought I knew that, but I      12:03:00
15    don't see it in my report, so I'm not       12:03:02
16    going to be able to remember as I sit       12:03:03
17    here.                                        12:03:05
18         Q.    Okay.  Well let me give you       12:03:05
19    some percentages and see if they jive for   12:03:07
20    you.                                         12:03:09
21         A.    Sure.                             12:03:09
22         Q.    In Goldman, 69.98 percent of     12:03:10
23    the properties were utilized if you use     12:03:13
24    the middle 30 filter and the high          12:03:20
25    forecast error filter, that's your 30       12:03:21
```

```
  1                  JERRY A. HAUSMAN
  2    percent dropout rate, right, were not        12:03:24
  3    utilized, sorry?                             12:03:26
  4          A.    That sounds right.               12:03:27
  5          Q.    So almost 70 percent were not    12:03:27
  6    utilized, right, that's your 70 percent,     12:03:29
  7    right?                                       12:03:31
  8          A.    Right.                           12:03:31
  9          Q.    All right.  If you take out      12:03:32
 10    the high forecast error filter, you end      12:03:33
 11    up with instead of 69.98 not being           12:03:35
 12    utilized, 69.82 percent not being            12:03:38
 13    utilized?                                    12:03:41
 14          A.    Right.                           12:03:41
 15          Q.    Does that seem about right to    12:03:42
 16    you?                                         12:03:45
 17          A.    Yes, I was going to say my       12:03:45
 18    memory is it's certainly less than one       12:03:47
 19    percent.                                     12:03:48
 20          Q.    So it's a very small number of   12:03:48
 21    actual runs of the AVM, correct?             12:03:50
 22          A.    Yes.                             12:03:52
 23          Q.    And did you do any analysis on   12:03:52
 24    those particular properties that are         12:03:56
 25    dropped of that small number, as to          12:03:57
```

JERRY A. HAUSMAN - 7/30/2014

Page 174

```
 1              JERRY A. HAUSMAN
 2    whether they were errant or outliers of      12:03:59
 3    any shape or form?                           12:04:01
 4              MR. KLAPPER:  Objection.           12:04:03
 5         A.    Not that I remember and I         12:04:05
 6    didn't remember Dr. Kilpatrick doing any     12:04:07
 7    either, so.                                  12:04:09
 8         Q.    I appreciate that.  But let me    12:04:10
 9    stay with you.  Did you do anything?         12:04:12
10         A.    Not that I remember, no.          12:04:13
11         Q.    Did you not think that was        12:04:14
12    important to do in evaluating whether it     12:04:16
13    was appropriate to remove in a principled    12:04:17
14    way, you know, data from the regression      12:04:21
15    run?                                         12:04:24
16         A.    No, my view was what I was        12:04:24
17    trying to demonstrate or trying to           12:04:27
18    understand, trying to analyze, was Dr.       12:04:30
19    Kilpatrick dropped out these properties      12:04:33
20    and my memory and my understanding is        12:04:34
21    that he did no analysis to see whether       12:04:39
22    there was anything wrong with those or       12:04:44
23    whether they were on the beach.  And so      12:04:46
24    all I'm trying to do here is to say if       12:04:48
25    there's no verification let's see how        12:04:51
```

JERRY A. HAUSMAN - 7/30/2014

|   |   |   |
|---|---|---|
| 1 | JERRY A. HAUSMAN | |
| 2 | because there's something errant about | 13:13:45 |
| 3 | them? | 13:13:47 |
| 4 | A.    Yes, we discussed that before. | 13:13:47 |
| 5 | Q.    Correct. | 13:13:48 |
| 6 | A.    You don't want to remove | 13:13:49 |
| 7 | something because it happens to be on the | 13:13:51 |
| 8 | shore line and the regression model has a | 13:13:53 |
| 9 | large error. | 13:13:54 |
| 10 | Q.    Okay, understood.  Did you | 13:13:55 |
| 11 | actually look at any of the individual | 13:14:09 |
| 12 | properties that were removed in any of | 13:14:13 |
| 13 | the three cases, Goldman, HSBC or Ally, | 13:14:15 |
| 14 | that were removed as a result of the | 13:14:19 |
| 15 | cross-validation filter? | 13:14:21 |
| 16 | A.    I looked at some of the | 13:14:23 |
| 17 | observations, but I did not try to get | 13:14:25 |
| 18 | behind them and get more information to | 13:14:27 |
| 19 | see, you know, whether they were likely | 13:14:29 |
| 20 | to be an error or not. | 13:14:31 |
| 21 | MR. RAND:  Let me place this | 13:14:50 |
| 22 | in front of you as Exhibit 42212. | 13:14:52 |
| 23 | (Hausman Exhibit 42212 for | 13:14:55 |
| 24 | identification, extract from Dr. | 13:15:06 |
| 25 | Kilpatrick's reports in the three | 13:15:10 |

JERRY A. HAUSMAN - 7/30/2014

| | | |
|---|---|---|
| 1 | JERRY A. HAUSMAN | |
| 2 | cases.) | 13:15:11 |
| 3 | Q.   I'll represent to you that | 13:15:03 |
| 4 | this is some data that's an extract from | 13:15:04 |
| 5 | Dr. Kilpatrick's reports in the three | 13:15:08 |
| 6 | cases.  I know counsel is going to | 13:15:11 |
| 7 | reserve all rights in regard to them.  I | 13:15:14 |
| 8 | know this is not something that you | 13:15:16 |
| 9 | produced in connection with your report. | 13:15:17 |
| 10 | But I want to ask you if the | 13:15:23 |
| 11 | sales prices, you know, given the | 13:15:27 |
| 12 | appraisal values and the sales prices, | 13:15:29 |
| 13 | for instance, in any, in these extracts | 13:15:32 |
| 14 | of the types of properties, or the types | 13:15:35 |
| 15 | of characteristics for properties that | 13:15:38 |
| 16 | you'd want to remove in connection with | 13:15:39 |
| 17 | running any robust predictive regression | 13:15:41 |
| 18 | model?  I have your property that's a | 13:15:44 |
| 25 | MR. KLAPPER:  Objection.  You | 13:16:10 |

JERRY A. HAUSMAN - 7/30/2014

|  |  |
|---|---|
| 1 | JERRY A. HAUSMAN |
| 2 | can answer. |
| 3 | A.    Okay, so I haven't seen these |
| 4 | before and, you know, I need to look at |
| 5 | them, but I do agree that a sales price |
| 6 | of over a billion dollars is unlikely to |
| 7 | be accurate. |
| 8 | Q.    And if you go to page 2, the |
| 9 | HSBC ones, and you look at the appraisal |
| 10 | value, for instance, you have one there |
| 11 | where the sale price is ▇▇▇▇ and the |
| 12 | reported appraisal value is ▇▇▇▇▇▇▇ |
| 13 | also, you would agree with me that if |
| 14 | such a difference between sales price and |
| 15 | appraised value occurred that's something |
| 16 | that you'd want to consider excluding as |
| 17 | well, right, sir? |
| 18 | A.    Yes. |
| 19 | Q.    And again, I'm just -- how |
| 20 | would you go, how would you personally, |
| 21 | in your academic world go about excluding |
| 22 | these types of outliers by way of a |
| 23 | process, if you know? |
| 24 | A.    Well, again, what I would do |
| 25 | is I would do with and without and then, |

Timestamps:
```
13:16:11
13:16:11
13:16:13
13:16:15
13:16:18
13:16:20
13:16:21
13:16:24
13:16:27
13:16:28
13:16:30
13:16:33
13:16:35
13:16:38
13:16:41
13:16:43
13:16:43
13:16:46
13:16:48
13:16:50
13:16:53
13:16:55
13:16:57
13:17:00
```

JERRY A. HAUSMAN - 7/30/2014

Page 205

```
 1              JERRY A. HAUSMAN
 2    you know, to the extent that I thought          13:17:07
 3    there could be something wrong, I would         13:17:09
 4    go and look at these.  I mean these are,        13:17:13
 5    you know, quite extreme examples, but           13:17:15
 6    there might be other ones that are a lot        13:17:17
 7    closer, so you would need to look at them       13:17:19
 8    one by one typically.                           13:17:21
 9         Q.   Would you agree with me that          13:17:22
10    one way you may want to go about doing it       13:17:24
11    is to compare the relationship between          13:17:26
12    sales price and appraised value                 13:17:29
13    statistically?                                  13:17:31
14         A.   Yes, that would be one thing          13:17:32
15    you might want to consider.                     13:17:34
16         Q.   In other words, take a look at        13:17:35
17    how appraised value is comparing to sales       13:17:36
18    price and come up with some cutoff that         13:17:39
19    you believe removes errant data?                13:17:43
20         A.   That's a possibility.                 13:17:46
21    Although you might want to look at sales        13:17:47
22    price alone.  I mean if it's over a             13:17:50
23    billion dollars it's very unlikely to be       13:17:52
24    correct.                                        13:17:55
25         Q.   Well that would certainly be          13:17:55
```

JERRY A. HAUSMAN - 7/30/2014

Page 206

```
 1              JERRY A. HAUSMAN
 2    one filter you could apply originally, is          13:17:57
 3    just if it's over a billion dollars and            13:17:59
 4    many hundreds of million dollars for               13:18:01
 5    subprime mortgage property?                        13:18:04
 6         A.    Right, it would have to be at            13:18:04
 7    157 to be in the hundreds of millions.             13:18:06
 8         Q.    Right.  But then also, to the           13:18:08
 9    extent that you're getting the sales               13:18:10
10    prices that look, are below a million, do          13:18:11
11    you agree with me that evaluating the              13:18:15
12    difference between appraised value and             13:18:16
13    sales price would be a useful and                  13:18:18
14    efficacious way of going about evaluating          13:18:19
15    errant data?                                       13:18:22
16              MR. KLAPPER:  Objection.                 13:18:24
17         A.    Could I have that read back.            13:18:24
18    You said the sales price is less than a            13:18:25
19    million?                                           13:18:29
20         Q.    Yes,  in other words, as we             13:18:29
21    get out of the very extreme areas.                 13:18:30
22         A.    No, then I think you really do          13:18:31
23    have to be careful because you do run              13:18:33
24    into these situations, you know, in which          13:18:35
25    houses can sell for a million dollars.  I          13:18:38
```

JERRY A. HAUSMAN - 7/30/2014

Page 281

```
 1              JERRY A. HAUSMAN
 2    calculated sigma, sir, am I correct that      15:07:21
 3    you ran, you ran the regression on the        15:07:23
 4    observations, utilized the                    15:07:26
 5    cross-validation filter of .25 to get the     15:07:30
 6    remaining observations that would be          15:07:36
 7    utilized, correct?                            15:07:37
 8         A.    That's my memory.  I hope we       15:07:39
 9    did that.  But I'm not --                     15:07:41
10         Q.    That's what you did?               15:07:42
11         A.    Yes, absolutely sure.             15:07:43
12         Q.    That's what you did and that's     15:07:44
13    how you calculated the values you were        15:07:46
14    utilizing, right?                             15:07:48
15         A.    Right.                             15:07:49
16         Q.    All right.  When you did your      15:07:49
17    cross, your prediction error adjustment,      15:07:50
18    your cross, your back transformation          15:07:53
19    adjustment, you took the cross-validation     15:07:55
20    filter out, right, sir?                       15:07:57
21         A.    I believe so, yes.                 15:07:59
22         Q.    And why is it that you did         15:08:00
23    that?                                         15:08:02
24         A.    Because what you want to do is     15:08:02
25    to say I want to predict the house values     15:08:04
```

JERRY A. HAUSMAN - 7/30/2014

Page 282

```
 1              JERRY A. HAUSMAN
 2    and you can't just -- you shouldn't throw        15:08:06
 3    away observations, you should say here's         15:08:08
 4    my sample and if I'm going to predict the        15:08:10
 5    values what am I going to get.                   15:08:12
 6         Q.    And why is it --                       15:08:14
 7         A.    So in other words --                   15:08:16
 8         Q.    Go ahead, please.                      15:08:17
 9         A.    If you look at the                     15:08:18
10    securitizations, no one says we're not --        15:08:19
11    we're going to discard all the                   15:08:21
12    observations in the securitizations             15:08:22
13    because they, you know, don't fit under         15:08:23
14    the 0.25 cross-validation, you're going         15:08:25
15    to -- what you want to do is look at            15:08:29
16    pretty much everything in the                    15:08:31
17    securitization.                                  15:08:32
18         Q.    Why didn't you just run the          15:08:33
19    regression without the .25 CV filter?           15:08:35
20         A.    I was doing what Dr.                  15:08:38
21    Kilpatrick was doing, so.                        15:08:41
22         Q.    Okay.  But if you wanted to be       15:08:42
23    -- if you don't believe the                     15:08:44
24    cross-validation filter is appropriate --       15:08:45
25         A.    I never said that.                    15:08:47
```

JERRY A. HAUSMAN - 7/30/2014

```
 1                    JERRY A. HAUSMAN
 2         Q.    Oh, I'm sorry?                         15:08:48
 3         A.    No, I've never said that the           15:08:49
 4    cross-validation -- you know, I -- he may         15:08:50
 5    have explained somewhere in his                   15:08:53
 6    deposition how he got to that and I don't         15:08:54
 7    have memory that he said in his report,           15:08:58
 8    but he might have, how he got to 0.25.            15:09:00
 9    But in principle, you know, he can use            15:09:05
10    that.  I don't -- you know, I can sort of         15:09:08
11    understand what he's up to.                       15:09:11
12         Q.    So you don't disagree that             15:09:12
13    using some sort of validation filter of           15:09:13
14    the sort Dr. Kilpatrick used can be               15:09:16
15    appropriate?                                      15:09:18
16         A.    Yes, it's just I don't have            15:09:18
17    memory and I don't think he ever                  15:09:20
18    explained, but I might be wrong, where he         15:09:22
19    came up with the 0.25.                            15:09:24
20         Q.    So you might well agree with           15:09:26
21    him that using the cross-validation               15:09:27
22    filter is appropriately fine if he is             15:09:28
23    able to articulate a basis for it in his          15:09:30
24    judgment?                                         15:09:32
25         A.    And if you have a good value,          15:09:33
```

```
 1              JERRY A. HAUSMAN
 2    yes.                                    15:09:35
 3         Q.    And when you say have a good  15:09:35
 4    value, what do you mean?                15:09:37
 5         A.    Well, there are ways, there  15:09:38
 6    are scientific ways to come up with     15:09:39
 7    cross-validation filters, which we can  15:09:42
 8    have a discussion on, but it would be   15:09:44
 9    better over a beer, so to use 0.25, and 15:09:46
10    as I say he may have explained it and I 15:09:49
11    may just not remember, but there should 15:09:51
12    be some explanation of how he did it.   15:09:52
13         Q.    All right.  Okay, but so, so  15:09:55
14    I'm still struggling.  So you agree that 15:09:55
15    it's appropriate to use some sort of    15:09:57
16    validation filter to remove errant or   15:09:59
17    outlier observations from the final run 15:10:03
18    of the AVM, correct?                    15:10:06
19         A.    No, I can see doing that.    15:10:07
20         Q.    That's standard practice?    15:10:10
21         A.    Well, sometimes, yes.        15:10:11
22         Q.    You've done that?            15:10:12
23         A.    Yes.                         15:10:13
24         Q.    In your research work?       15:10:13
25         A.    Yes.                         15:10:14
```