# Exhibit 9

# In The Matter Of:

*FEDERAL HOUSING FINANCE AGENCY, ET AL.*
*v.*
*HSBC NORTH AMERICA HOLDINGS, INC., ET AL.*

_____

## *HANS R. ISAKSON, Ph.D. - Vol. 1*
### *June 19, 2014*

_____

# *CONFIDENTIAL*
# *PURSUANT TO THE PROTECTIVE ORDER*

**MERRILL CORPORATION**

**LegaLink, Inc.**
225 Varick Street
10th Floor
New York, NY 10017
Phone: 212.557.7400
Fax: 212.692.9171

CONFIDENTIAL PURSUANT TO THE PROTECTIVE ORDER
HANS R. ISAKSON, Ph.D. - 6/19/2014

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x
FEDERAL HOUSING FINANCE AGENCY, AS
CONSERVATOR FOR THE FEDERAL NATIONAL
MORTGAGE ASSOCIATION AND THE FEDERAL
HOME LOAN MORTGAGE CORPORATION,

          Plaintiff,
        vs.                    11 Civ. 6189 (DLC)

HSBC NORTH AMERICA HOLDINGS,
INC., et al.,

          Defendants.
-----------------------------------x
FEDERAL HOUSING FINANCE AGENCY, etc.,

          Plaintiff,
        vs.                    11 Civ. 6198 (DLC)

GOLDMAN, SACHS & CO., et al.,

          Defendants.
-----------------------------------x
FEDERAL HOUSING FINANCE AGENCY, etc.,


            Plaintiff,
        vs.                    11 Civ. 7010 (DLC)

ALLY FINANCIAL INC., et al.,


            Defendants.
-----------------------------------x

                  VOLUME I


  CONFIDENTIAL PURSUANT TO THE PROTECTIVE ORDER



WITNESS:  HANS R. ISAKSON, Ph.D.

DATE:  June 19, 2014
```

CONFIDENTIAL PURSUANT TO THE PROTECTIVE ORDER
HANS R. ISAKSON, Ph.D. - 6/19/2014

Page 2

```
 1

 2                    June 19, 2014

 3                    9:49 a.m.

 4

 5        VIDEOTAPED DEPOSITION of HANS R.

 6    ISAKSON, Ph.D., held at the offices of QUINN

 7    EMANUEL URQUHART & SULLIVAN LLP, 51 Madison

 8    Avenue, New York, New York, before Frank J.

 9    Bas, a Registered Professional Reporter,

10    Certified Realtime Reporter and Notary Public

11    within and for the State of New York.

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1              CONFIDENTIAL – H. ISAKSON, Ph.D.
 2    publications.                                     11:40:06
 3              Q.    Okay.                              11:40:07
 4              A.    The sales data.                    11:40:08
 5                    The Tarrant County Tax             11:40:10
 6    Assessor's Office gave me additional data,         11:40:13
 7    they literally gave me the characteristics and     11:40:15
 8    assessed value of every property in the            11:40:18
 9    county.  That was huge.  But, you know, I          11:40:20
10    didn't use all of that -- all of that data.  I     11:40:23
11    just was able to use the sales data.               11:40:26
12              Q.    Okay.  You weren't using the       11:40:28
13    assessed -- the tax assessed value data?           11:40:30
14              A.    I was using tax assessed values    11:40:33
15    in only one study, and that was the Tarrant        11:40:36
16    County, the study I did for Tarrant County.        11:40:40
17    Because that's what they asked for.                11:40:42
18              Q.    Right.                              11:40:44
19              A.    That's what they -- they wanted    11:40:46
20    to know that relationship and how it varied        11:40:47
21    from --                                            11:40:50
22              Q.    Right.                              11:40:53
23                    Other than Tarrant County, have    11:40:53
24    you ever had occasion to use tax assessor data     11:40:55
25    in any of your research or analysis?               11:40:57
```

CONFIDENTIAL PURSUANT TO THE PROTECTIVE ORDER
HANS R. ISAKSON, Ph.D. - 6/19/2014

```
 1              CONFIDENTIAL - H. ISAKSON, Ph.D.
 2         A.    Once again, when you say tax          11:40:59
 3    assessor --                                      11:41:01
 4         Q.    I'm not talking about sales           11:41:01
 5    data provided to you by a tax assessor's         11:41:03
 6    office.  I'm talking about the tax assessed      11:41:05
 7    values, the tax assessment values given by the   11:41:07
 8    tax assessor office, the assessed values, as     11:41:10
 9    distinct from arms-length sales data that        11:41:13
10    you're describing.                               11:41:17
11         A.    I cannot separate the two.            11:41:18
12    Because when I am provided the sales data it      11:41:20
13    invariably includes the assessed value.          11:41:23
14         Q.    Was any of your research, other       11:41:26
15    than Tarrant County, focused on the assessed     11:41:29
16    value?  Any of your research or analysis in      11:41:32
17    any shape or form, at any time since you         11:41:33
18    graduated from college?                          11:41:35
19         A.    Other than my work in Tarrant         11:41:37
20    County, no.                                      11:41:39
21         Q.    And how, when you were using          11:41:40
22    the arms-length transaction data that you got    11:41:43
23    from the sales office in your other work, did    11:41:46
24    you adjust for any potential errors or           11:41:50
25    mistakes made by the tax assessor's office in    11:41:55
```

CONFIDENTIAL PURSUANT TO THE PROTECTIVE ORDER
HANS R. ISAKSON, Ph.D. - 6/19/2014

```
 1              CONFIDENTIAL - H. ISAKSON, Ph.D.
 2    that data?                                            11:41:58
 3              A.    And are you referring to my           11:42:02
 4    Tarrant County study, or to other studies?            11:42:12
 5              Q.    Generally speaking.  Did you           11:42:14
 6    ever attempt to take any -- my word --                11:42:15
 7    filtering, or other checks on that data               11:42:23
 8    because -- out of concern that the data you           11:42:26
 9    were getting from the tax assessors may not be        11:42:28
10    accurate for some reason?                             11:42:30
11              A.    Yes.                                   11:42:31
12              Q.    And how did you do that, sir?          11:42:31
13              A.    I routinely do an analysis for         11:42:34
14    outliers.                                             11:42:38
15              Q.    And what's an "outlier"?              11:42:40
16              A.    An outlier is an observation          11:42:41
17    that does not fit the model very well; does           11:42:45
18    not explain -- it is not explained by the             11:42:51
19    model.  It can be -- outliers can be                  11:42:53
20    identified using a number of different                11:42:57
21    statistical measures that are developed for           11:43:00
22    that purpose.                                         11:43:03
23              I personally tend to use Cook's             11:43:04
24    D, is the name of the statistic that I like to        11:43:08
25    use, simply because it's -- it is routinely           11:43:11
```

CONFIDENTIAL PURSUANT TO THE PROTECTIVE ORDER
HANS R. ISAKSON, Ph.D. - 6/19/2014

| | | |
|---|---|---|
| 1 | CONFIDENTIAL - H. ISAKSON, Ph.D. | |
| 2 | produced by many statistical software | 11:43:14 |
| 3 | packages. | 11:43:18 |
| 4 | Q. And why is it that you want to | 11:43:19 |
| 5 | remove these outliers? | 11:43:22 |
| 6 | A. I don't necessarily want to | 11:43:25 |
| 7 | remove these outliers. I want to identify | 11:43:26 |
| 8 | them and study them more carefully to | 11:43:28 |
| 9 | determine if there are grounds for removing | 11:43:32 |
| 10 | the outliers. | 11:43:35 |
| 11 | So the purpose of the | 11:43:37 |
| 12 | statistical analysis is to identify potential | 11:43:39 |
| 13 | outliers, and then to look at those more | 11:43:43 |
| 14 | carefully, and determine if there is a reason | 11:43:46 |
| 15 | that I can identify why this is an outlier. | 11:43:51 |
| 16 | For example, I might discover | 11:43:56 |
| 17 | that there is an obvious coding error in the | 11:43:58 |
| 18 | data, that -- in the research I'm currently | 11:44:03 |
| 19 | engaged in in Black Hawk County, if I recall | 11:44:10 |
| 20 | correctly, we discovered a sale that -- of a | 11:44:12 |
| 21 | house that was built in I think 1872 or | 11:44:17 |
| 22 | something like that, a very, very old house, | 11:44:22 |
| 23 | that was coded up as having I think twelve | 11:44:25 |
| 24 | bathrooms. | 11:44:28 |
| 25 | Upon further inspection -- | 11:44:29 |

```
 1            CONFIDENTIAL - H. ISAKSON, Ph.D.
 2                 What do you think the                14:56:16
 3   appraiser's obligations were between 2005 and      14:56:17
 4   2008, in your expert opinion, in rendering         14:56:19
 5   appraisal opinions on the properties at issue      14:56:23
 6   in the sample that the valuation analysis was      14:56:25
 7   performed on in this case?                         14:56:30
 8        A.    To render an opinion of value,          14:56:31
 9   meaning the most probable selling price, as of     14:56:33
10   the date of the appraisal.                         14:56:36
11        Q.    And that's it?  Plain and               14:56:37
12   simple, right?                                      14:56:39
13        A.    No, that's not it plain and             14:56:40
14   simple.  They are also obligated to complete       14:56:42
15   an entire appraisal report, whose parameters       14:56:47
16   are probably specified by the lender, by the       14:56:54
17   end user.  The lender may require them to use      14:56:57
18   a particular form, or that their report            14:57:00
19   include particular information, and they would     14:57:06
20   be obligated to comply with the -- if the          14:57:09
21   transaction involved financing, they would be      14:57:17
22   obligated to provide a complete report.            14:57:19
23        Q.    Do you consider yourself to             14:57:24
24   have expertise in the appraisal process?           14:57:25
25        A.    I have expertise in the process         14:57:31
```

CONFIDENTIAL PURSUANT TO THE PROTECTIVE ORDER
HANS R. ISAKSON, Ph.D. - 6/19/2014

Page 227

```
 1              CONFIDENTIAL - H. ISAKSON, Ph.D.
 2    that appraisers use to arrive at an estimate        14:57:35
 3    of value.                                           14:57:40
 4            Q.    I think we've established             14:57:41
 5    today, though, that you don't have a working        14:57:43
 6    understanding of USPAP, correct?                    14:57:44
 7            A.    That is correct.                       14:57:46
 8            Q.    And you've never performed             14:57:47
 9    appraisals in your career?                          14:57:49
10            A.    I have not.                            14:57:50
11            Q.    And so -- well, let's just            14:57:50
12    leave it there, then.  All right.                   14:57:55
13                  Let me ask you a question:            14:57:57
14                  Am I correct in understanding         14:57:58
15    that your opinion in these cases -- Goldman,        14:58:00
16    Ally, and HSBC -- is that you're rendering no       14:58:04
17    opinion one way or the other as to whether the     14:58:07
18    Subject Properties were in fact -- did in fact     14:58:09
19    have inflated appraisals or not, right?            14:58:12
20            A.    That is correct.                       14:58:15
21            Q.    You take no view, one way or         14:58:15
22    the other, as to whether they were or weren't      14:58:17
23    inflated?                                           14:58:18
24            A.    That is correct.                       14:58:19
25            Q.    Your opinion, in its broadest        14:58:20
```

CONFIDENTIAL PURSUANT TO THE PROTECTIVE ORDER
HANS R. ISAKSON, Ph.D. - 6/19/2014

Page 228

```
 1              CONFIDENTIAL - H. ISAKSON, Ph.D.
 2    sense, is just that if they were inflated          14:58:23
 3    Dr. Kilpatrick hasn't established that with        14:58:26
 4    sufficient scientific accuracy in his              14:58:29
 5    regression model, right?                           14:58:32
 6         A.    I don't know that I would               14:58:34
 7    characterize it exactly in those terms.            14:58:36
 8         Q.    How would you characterize              14:58:38
 9    it, sir?                                            14:58:39
10         A.    I would characterize it that in        14:58:40
11    my opinion the Greenfield AVM estimates of         14:58:43
12    value are higher than the appraised values on      14:58:48
13    the Subject Properties because the Greenfield      14:58:53
14    AVM systematically under assessed -- I'm           14:58:58
15    sorry.  Correction.                                14:59:05
16              The Greenfield AVM estimates a           14:59:05
17    value less than the appraised values of the        14:59:07
18    Subject Properties not because the appraisals      14:59:09
19    were wrong, but because the Greenfield AVM is      14:59:15
20    wrong.                                              14:59:17
21         Q.    So the appraisals, in your             14:59:18
22    view, may be wrong; it's not something you've      14:59:20
23    looked at, right?                                  14:59:22
24         A.    I did not look at the                   14:59:22
25    appraisals and render an opinion regarding         14:59:23
```

CONFIDENTIAL PURSUANT TO THE PROTECTIVE ORDER
HANS R. ISAKSON, Ph.D. - 6/19/2014

Page 229

| | | |
|---|---|---|
| 1 | CONFIDENTIAL - H. ISAKSON, Ph.D. | |
| 2 | whether they were accurate or not. | 14:59:26 |
| 3 | Q.    And so your opinion is just | 14:59:28 |
| 4 | that, whether the appraisals were -- even if | 14:59:31 |
| 5 | the appraisals were higher than the actual | 14:59:35 |
| 6 | values, Dr. Kilpatrick, with his model, hasn't | 14:59:37 |
| 7 | established that, in your professional | 14:59:41 |
| 8 | opinion, right? | 14:59:42 |
| 9 | A.    He has not established whether | 14:59:46 |
| 10 | the market values were higher or lower than | 14:59:49 |
| 11 | the appraised values. | 14:59:54 |
| 12 | Q.    And you have no -- I've asked | 14:59:55 |
| 13 | you three times, but I want to make sure.  You | 14:59:58 |
| 14 | have no opinion as to whether they were | 15:00:00 |
| 15 | higher, lower, whatsoever, right? | 15:00:02 |
| 16 | A.    I have no opinion regarding the | 15:00:04 |
| 17 | appraised values. | 15:00:07 |
| 18 | Q.    You have no opinion as to | 15:00:07 |
| 19 | whether the appraised values were right or | 15:00:08 |
| 20 | wrong? | 15:00:11 |
| 21 | A.    That is correct. | 15:00:12 |
| 22 | Q.    Whether they should have been | 15:00:12 |
| 23 | higher or lower? | 15:00:13 |
| 24 | A.    That is correct. | 15:00:14 |
| 25 | MR. RAND:  Okay.  We have to | 15:00:18 |

CONFIDENTIAL PURSUANT TO THE PROTECTIVE ORDER
HANS R. ISAKSON, Ph.D. - 6/19/2014

Page 287

| | | |
|---|---|---|
| 1 | CONFIDENTIAL - H. ISAKSON, Ph.D. | |
| 2 | how valuation models are fitted by the | 16:13:35 |
| 3 | academic community for review by -- by our | 16:13:43 |
| 4 | peers, and ultimate publication in our | 16:13:48 |
| 5 | academic journals. | 16:13:51 |
| 6 | And the CV process as employed | 16:13:54 |
| 7 | by Dr. Kilpatrick has never been published | 16:13:57 |
| 8 | anywhere, in my opinion.  It is not supported | 16:14:02 |
| 9 | by any scientific studies that I am aware of. | 16:14:06 |
| 10 | And not only that, but it is -- | 16:14:14 |
| 11 | the process is contrary to the general | 16:14:18 |
| 12 | principle in statistics that when your model | 16:14:23 |
| 13 | fails to describe the dependent variable, that | 16:14:28 |
| 14 | you shouldn't -- you should add explanatory | 16:14:34 |
| 15 | variables, or improve the model.  You should | 16:14:39 |
| 16 | not remove objectionable regression | 16:14:42 |
| 17 | observations because they don't agree with | 16:14:45 |
| 18 | your model.  In other words, you should -- you | 16:14:48 |
| 19 | should add columns to the model, not delete | 16:14:51 |
| 20 | rows in order to make it appear more accurate. | 16:14:54 |
| 21 | And that's what I object to. | 16:14:58 |
| 22 | Q.   What scientific studies are you | 16:15:00 |
| 23 | aware of that talk about the appropriate data | 16:15:02 |
| 24 | pruning or data omitting processes? | 16:15:09 |
| 25 | A.   I've cited a few sources in my | 16:15:15 |

CONFIDENTIAL PURSUANT TO THE PROTECTIVE ORDER
HANS R. ISAKSON, Ph.D. – 6/19/2014

Page 288

```
 1            CONFIDENTIAL – H. ISAKSON, Ph.D.
 2    report that address the issue of data pruning,      16:15:18
 3    and of how to properly treat outliers, and          16:15:26
 4    that's not what Dr. Kilpatrick does.                16:15:31
 5            Q.    The way to deal with outliers         16:15:33
 6    is the way you described it earlier in your         16:15:35
 7    deposition here today, right, sir?                  16:15:36
 8            A.    That is correct.                      16:15:37
 9            Q.    And that's the only way to do         16:15:38
10    it, right?                                          16:15:39
11            A.    That is the preferred way to do       16:15:40
12    it.  That's how, you know, I would do it.           16:15:43
13            Q.    And that's a scientific way to        16:15:45
14    do it, if you want to be accepted --                16:15:47
15            A.    And that is a scientifically          16:15:49
16    acceptable way to do it.                            16:15:51
17            Q.    But removing outliers without         16:15:52
18    in-depth investigation of each individual one       16:15:55
19    is not scientifically accepted, in your expert      16:15:58
20    opinion, right, sir?                                16:16:00
21            A.    By removing outliers merely to        16:16:01
22    improve the predictability of a model is what       16:16:06
23    I find unacceptable.  In my opinion.                16:16:12
24            Q.    And you're basing the view that       16:16:15
25    removing them is being done for the purposes        16:16:17
```

CONFIDENTIAL PURSUANT TO THE PROTECTIVE ORDER
HANS R. ISAKSON, Ph.D. – 6/19/2014

Page 289

```
 1              CONFIDENTIAL – H. ISAKSON, Ph.D.
 2    of increasing the perceived accuracy of the          16:16:21
 3    model on the basis of the analysis you had           16:16:24
 4    Analysis Group run for you, correct, sir?            16:16:27
 5              I mean, empirically you didn't             16:16:30
 6    know what impact it would have until you             16:16:31
 7    removed the filter?                                  16:16:33
 8              MR. HARSCH:  Object to the                 16:16:35
 9    form.                                                16:16:36
10         A.    Empirically I had a very good            16:16:39
11    idea as to what would happen because of the          16:16:44
12    structure of the CV filter itself.  By               16:16:50
13    removing those regression observations that          16:16:54
14    had the greatest error, the ones that were --        16:16:57
15    where the Greenfield AVM failed by the largest       16:17:06
16    extent, in my opinion would obviously, had           16:17:08
17    they been not removed, would have led to a           16:17:13
18    much higher forecast standard deviation.             16:17:17
19         Q.    Is it your expert opinion, sir,          16:17:21
20    that at the point of applying -- utilizing the       16:17:23
21    observations for purposes of each particular         16:17:28
22    run of a model on a subject, that there should       16:17:32
23    be no omission of observables?                       16:17:34
24         A.    There should be no omission of           16:17:38
25    regression observations merely to improve the        16:17:43
```

CONFIDENTIAL PURSUANT TO THE PROTECTIVE ORDER
HANS R. ISAKSON, Ph.D. - 6/19/2014

Page 332

```
 1              CONFIDENTIAL - H. ISAKSON, Ph.D.
 2     subsequent FSD would be.                         17:27:56
 3              Q.    But you eliminated that filter     17:27:59
 4     by Analysis Group both on the training set and   17:28:00
 5     the holdout sample, did you not, sir?            17:28:04
 6              A.    I did not restrict -- yes, that    17:28:06
 7     filter -- filtering step was removed from the    17:28:10
 8     process.                                          17:28:13
 9              Q.    You have never had an analysis     17:28:13
10     performed by anybody where the filter was       17:28:18
11     removed from the training set but not the        17:28:19
12     holdout group, right?                            17:28:21
13              A.    That's correct.                   17:28:23
14              Q.    And you have no idea what that     17:28:24
15     would do, or show?                               17:28:25
16              A.    No.                               17:28:28
17              Q.    Okay.  And you have never done    17:28:28
18     any evaluation as to what relationship the       17:28:31
19     actual Subject Properties in each of the three   17:28:37
20     cases have by way of whether they fall within   17:28:39
21     30th percentile by sort of assessed value to    17:28:44
22     sales price, correct?                            17:28:47
23              A.    I did not conduct that            17:28:50
24     analysis.                                         17:28:51
25              Q.    You have no idea whether they     17:28:52
```

CONFIDENTIAL PURSUANT TO THE PROTECTIVE ORDER
HANS R. ISAKSON, Ph.D. - 6/19/2014

Page 333

```
 1            CONFIDENTIAL - H. ISAKSON, Ph.D.
 2    do or don't fall within the 30th percentile by      17:28:54
 3    sort of sales price-to-assessed value,              17:28:56
 4    correct?                                            17:28:58
 5            A.    No, I do not, largely because          17:28:59
 6    it's immaterial.                                    17:29:02
 7            Q.    And why is it immaterial -- if         17:29:03
 8    your criticism is that the holdout sample was       17:29:06
 9    limited to this 30 percent by sort, why is it       17:29:09
10    immaterial as to whether the Subject                17:29:14
11    Properties had that same representativeness?        17:29:17
12            A.    The sole purpose of the                17:29:19
13    calibration process is to calculate the             17:29:21
14    industrywide statistics to use for comparison       17:29:26
15    purposes.  When he begins to estimate the           17:29:30
16    values of the Subject Properties in this            17:29:35
17    case -- and by Subject Properties I mean the        17:29:38
18    properties that are secured by the loans in         17:29:42
19    the securities -- he starts over again, he          17:29:45
20    doesn't use any part of that calibration            17:29:52
21    process.  He starts from scratch and goes           17:29:54
22    through the entire CoreLogic dataset county by      17:30:00
23    county to apply the Greenfield AVM.  That           17:30:05
24    particular step is completely independent from      17:30:12
25    the calibration process that he uses, so            17:30:16
```

CONFIDENTIAL PURSUANT TO THE PROTECTIVE ORDER
HANS R. ISAKSON, Ph.D. - 6/19/2014

Page 334

```
 1              CONFIDENTIAL - H. ISAKSON, Ph.D.
 2      therefore all of my opinions regarding the        17:30:19
 3      application of the Greenfield AVM are -- would    17:30:25
 4      hold regardless of what he did in the             17:30:32
 5      calibration process.                              17:30:35
 6              Q.    So if I understand you              17:30:36
 7      correctly, your understanding and opinion is      17:30:37
 8      that the calibration process has absolutely       17:30:40
 9      nothing to do with the AVM run on the actual      17:30:42
10      Subject Properties, in each of the three          17:30:46
11      cases, and they're just two completely            17:30:49
12      separate worlds?                                  17:30:52
13              A.    Yes.  They're independent,          17:30:52
14      separate analyses.                                17:30:55
15              Q.    All right.                          17:30:55
16              And do you know what the                  17:30:56
17      average FSD of the AVMs run is on any             17:30:57
18      particular group of Subject Properties, HSBC,     17:31:01
19      Goldman, or Ally, sitting here?                   17:31:05
20              A.    Those were provided, actually,      17:31:06
21      I believe by Dr. Kilpatrick at one point, for     17:31:12
22      one of the other cases, or at least a             17:31:19
23      description of how the FSDs were calculated,      17:31:21
24      and they're based on the mean squared error       17:31:25
25      terms of each regression.  So associated with     17:31:28
```

CONFIDENTIAL PURSUANT TO THE PROTECTIVE ORDER
HANS R. ISAKSON, Ph.D. – 6/19/2014

Page 336

```
 1              CONFIDENTIAL – H. ISAKSON, Ph.D.
 2      error before applying the CV filter.              17:32:48
 3              Q.    And you think it's appropriate       17:32:51
 4      to utilize that FSD prior to utilizing the CV      17:32:53
 5      filter, as you put it, irrespective of there       17:32:57
 6      not being any analysis or performance in any       17:33:00
 7      shape or form of any trimming of data because      17:33:03
 8      it represents errant, or not arms-length           17:33:07
 9      transactions, correct?                             17:33:14
10              A.    No.  No, I did not say that.         17:33:15
11              Q.    But isn't that the result?           17:33:16
12      Because you're basically saying you can't use      17:33:18
13      a CV filter, and I'm going to consider the         17:33:21
14      appropriate FSD the run of the AVM without any     17:33:23
15      filter whatsoever, in any shape or form,           17:33:27
16      right?                                             17:33:30
17              A.    Not exactly.                         17:33:31
18              Q.    Okay.  Well, what were you           17:33:32
19      saying, then?                                      17:33:33
20              A.    In my report what I do is            17:33:34
21      report what happens when the CV filter is          17:33:39
22      removed, and I compare the mean squared errors     17:33:41
23      both before and after application of the CV        17:33:46
24      filter.                                            17:33:48
25              That does not mean that the                17:33:49
```

CONFIDENTIAL PURSUANT TO THE PROTECTIVE ORDER
HANS R. ISAKSON, Ph.D. – 6/19/2014

```
1               CONFIDENTIAL – H. ISAKSON, Ph.D.
2       Greenfield AVM should not have undertaken some      17:33:53
3       kind of an analysis for outliers and then           17:33:56
4       develop some kind of protocol or procedure for      17:34:02
5       determining whether those outliers should be        17:34:04
6       eliminated or not, and then reporting the           17:34:08
7       results both with and without the outliers.         17:34:13
8               Q.    And reporting the results both        17:34:16
9       with and without the outliers for the reasons       17:34:18
10      you have described previously?                      17:34:19
11              A.    That's correct.  If some other        17:34:20
12      statistical method or technique were being          17:34:25
13      used to identify outliers, certainly, you           17:34:27
14      know, we're in the world of hypotheticals           17:34:32
15      here, there's lots of possible ways in which        17:34:34
16      that might be attempted, to identify the            17:34:37
17      outliers and to investigate these outliers in       17:34:42
18      some way to determine whether they should be        17:34:45
19      excluded or not.                                    17:34:49
20                    And if they are excluded, then        17:34:53
21      of course by my previous testimony, in my           17:34:54
22      opinion, it would be applicable that the            17:34:58
23      analyst should report the results both before       17:35:02
24      and after the exclusion of those outliers.          17:35:04
25              Q.    Just to be clear.  You do             17:35:08
```

CONFIDENTIAL PURSUANT TO THE PROTECTIVE ORDER
HANS R. ISAKSON, Ph.D. – 6/19/2014

Page 338

```
 1            CONFIDENTIAL – H. ISAKSON, Ph.D.
 2    agree, sir, it's appropriate to provide --        17:35:10
 3    perform some kind of filtering after the run      17:35:13
 4    of the AVM, Greenfield AVM model on the           17:35:16
 5    Subject Properties in some various fashions       17:35:19
 6    that might exist, but just not, in your           17:35:22
 7    opinion, using the cross-validation filter,       17:35:24
 8    for the reasons you have previously described,    17:35:26
 9    right?                                            17:35:28
10            A.    There are techniques that could     17:35:29
11    be used after the initial regression is run to   17:35:33
12    identify outliers.  And then once those          17:35:38
13    outliers are investigated further and then       17:35:42
14    dealt with and a decision is made whether to     17:35:46
15    exclude them or include them, if they are        17:35:48
16    excluded then the regression will be run         17:35:51
17    again, and the results would be -- would be      17:35:56
18    examined.  And if there appears to be            17:36:00
19    significant differences in those results, then  17:36:04
20    both set of results should be reported.          17:36:07
21            MR. RAND:  I need to take a               17:36:12
22    quick break.  Can we go off the record for one   17:36:12
23    moment, sir?                                      17:36:14
24            THE WITNESS:  Sure.                        17:36:15
25            THE VIDEOGRAPHER:  The time is            17:36:15
```

CONFIDENTIAL PURSUANT TO THE PROTECTIVE ORDER
HANS R. ISAKSON, Ph.D. – 6/19/2014

Page 339

| | | |
|---|---|---|
| 1 | CONFIDENTIAL – H. ISAKSON, Ph.D. | |
| 2 | now 5:36 p.m.  We're off the record. | 17:36:16 |
| 3 | --- | 17:36:20 |
| 4 | (Recess from 5:36 to 5:50.) | |
| 5 | --- | 17:50:10 |
| 6 | THE VIDEOGRAPHER:  The time is | 17:50:10 |
| 7 | now 5:50 p.m.  Back on the record. | 17:50:12 |
| 8 | BY MR. RAND: | 17:50:14 |
| 9 | Q.   Let me move you to Paragraph | 17:50:15 |
| 10 | 57, please, of your Goldman report, what we | 17:50:18 |
| 11 | have marked for identification as 40600. | 17:50:22 |
| 12 | Paragraph 57, which starts on -- | 17:50:28 |
| 13 | A.   "Uniformly." | 17:50:35 |
| 14 | Q.   Yes, on page 23. | 17:50:37 |
| 15 | A.   I have it. | 17:50:39 |
| 16 | Q.   Okay.  In Paragraph 57 you're | 17:50:39 |
| 17 | talking about the problem that you perceive | 17:50:43 |
| 18 | and criticize the Greenfield AVM of, of using | 17:50:46 |
| 19 | county lines as opposed to zip-codes for | 17:50:52 |
| 20 | purposes of spatial proximity, right? | 17:50:58 |
| 21 | A.   Not exactly, no. | 17:51:00 |
| 22 | Q.   All right.  Why don't you put | 17:51:01 |
| 23 | it in your words, then? | 17:51:03 |
| 24 | A.   No, what I am criticizing here | 17:51:03 |
| 25 | is the use of an entire county as a market | 17:51:05 |