# Exhibit 46

# This exhibit filed under seal.