

January 30, 2015

VIA E-MAIL AND ECF

The Honorable Denise L. Cote
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1610
New York, NY 10007-1312

Re:   *FHFA v. Nomura Holding America Inc.*, No. 11 Civ. 6201 (DLC)

Dear Judge Cote:

Plaintiff Federal Housing Finance Agency ("FHFA") and Defendants in the above-captioned Action (collectively, the "Parties") write concerning the Court's endorsement of FHFA's January 16, 2015 letter (Dkt. 1101), ordering the Parties to submit a joint report listing the proposed redactions to FHFA's Reply Memorandum of Law in support of FHFA's Motion to Exclude the Expert Testimony and Opinions of Michael Forester and supporting materials in *FHFA v. Nomura Holding America Inc.*, No. 11 Civ. 6201 (DLC).

The Parties have met and conferred and agree that the documents in support of FHFA's Reply Memorandum of Law in support of FHFA's Motion to Exclude the Expert Testimony and Opinions of Michael Forester identified herein should be filed in redacted form or under seal, as described in detail below. Pursuant to this Court's prior orders on these subjects and consistent with Sections 2.6, 2.7, 2.8, and 9 of the First Amended Protective Order dated January 11, 2013, the Parties propose to redact or file under seal documents that contain (1) borrower information and (2) non-party personal information. There is no dispute among the parties as to what materials should be redacted.

The following chart reflects the exhibits to which the Parties are requesting redaction:

| *FHFA v. Nomura Holding America Inc.*, Exhibits to the Declaration of Tyler Whitmer | | |
|---|---|---|
| **Exhibit Number** | **Location of Redaction (pages, columns, under seal)** | **Reason for Redaction** |
| Exhibit 2 | Pgs. 11, 12, 19 of pdf | Borrower information |
| Exhibit 12 | Under seal | Borrower information |
| Exhibit 15 | Pg. 2 of pdf | Personal information |
| Exhibit 16 | Pgs. 40-41, 49-50 of pdf | Borrower information and personal information |
| Exhibit 18 | Under seal | Borrower information |

The Parties also request that the Court redact from FHFA's Reply Memorandum of Law in support of FHFA's Motion to Exclude the Expert Testimony and Opinions of Michael Forester

1

Case 1:11-cv-06201-DLC   Document 1203   Filed 01/30/15   Page 2 of 4

filed in *FHFA v. Nomura Holding America Inc.*, No. 11 Civ. 6201 (DLC), the highlighted information in the chart below:



Case 1:11-cv-06201-DLC   Document 1203   Filed 01/30/15   Page 3 of 4



Highlighted copies of the above-listed exhibits and excerpts are being submitted to the Court via email.

Respectfully Submitted,

/s/ *Philippe Z. Selendy*
Philippe Z. Selendy
(philippeselendy@quinnemanuel.com)
Jon D. Corey
(joncorey@quinnemanuel.com)
Adam M. Abensohn
(adamabensohn@quinnemanuel.com)
Andrew R. Dunlap
(andrewdunlap@quinnemanuel.com)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
(212) 849-7000

*Attorneys for Plaintiff Federal Housing Finance Agency*

/s/ *David B. Tulchin*
David B. Tulchin
(tulchind@sullcrom.com)
Steven L. Holley
(holleys@sullcrom.com)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York, 10004
(212) 558-4000

Amanda F. Davidoff
(davidoffa@sullcrom.com)
SULLIVAN & CROMWELL LLP
1700 New York Avenue, NW, Suite 700
Washington, D.C. 20006
(202) 956-7500

*Attorneys for Defendants Nomura Holding America Inc., Nomura Asset Acceptance Corporation, Nomura Home Equity Loan, Inc., Nomura Credit & Capital, Inc., Nomura Securities International, Inc., David Findlay, John McCarthy, John P. Graham, Nathan Gorin, and N. Dante LaRocca*

/s/ *Thomas C. Rice*
Thomas C. Rice
(trice@stblaw.com)
David J. Woll
(dwoll@stblaw.com)
Andrew T. Frankel (afrankel@stblaw.com
Alan Turner
(aturner@stblaw.com)
Craig S. Waldman (cwaldman@stblaw.com)
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017
Telephone: 212-455-2000

*Attorneys for Defendant RBS Securities Inc.*