February 4, 2015

<u>VIA E-MAIL AND ECF</u>

The Honorable Denise L. Cote
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1610
New York, NY 10007-1312

Re: *FHFA v. Nomura Holding America Inc.*, No. 11 Civ. 6201 (DLC)

Dear Judge Cote:

Plaintiff Federal Housing Finance Agency ("FHFA") and Defendants in the above-captioned Action (collectively, the "Parties") write concerning the Court's endorsement of FHFA's January 20, 2015 letter (Dkt. 1115), ordering the Parties to submit a joint report listing the proposed redactions to FHFA's Opposition to Defendants' Motion *in Limine* #4 on Kilpatrick's Use of Recovco, FHFA's Opposition to Defendants' Motion *in Limine* #5 on the Credibility Assessment Model, FHFA's Opposition to Defendants' Motion *in Limine* #6 on Pre-Closing Loan Tapes, and FHFA's Opposition to Defendants' Motion to Exclude the Testimony of Robert W. Hunter Based on Information Not Available at Origination (collectively, the "Oppositions") in *FHFA v. Nomura Holding America Inc.*, No. 11 Civ. 6201 (DLC).

The Parties have met and conferred and agree that the documents in support of the Oppositions identified herein should be filed in redacted form or under seal, as described in detail below. Pursuant to this Court's prior orders on these subjects and consistent with Sections 2.6, 2.7, 2.8, and 9 of the First Amended Protective Order dated January 11, 2013, the Parties propose to redact or file under seal documents that contain (1) borrower information; (2) proprietary information; and (3) third party deposition transcripts. There is no dispute among the parties as to what materials should be redacted.

The following chart reflects the exhibits to which the Parties are requesting redaction:

| *FHFA v. Nomura Holding America Inc.*, Exhibits to FHFA's Opposition to Defendants' Motions *in Limine* Nos. 4 & 5 |||
|---|---|---|
| **Exhibit Number** | **Location of Redaction (pages, columns, under seal)** | **Reason for Redaction** |
| Exhibit 3 | Under seal | Borrower information |
| Exhibit 6 | Under seal | Proprietary information |
| Exhibit 12 | Under seal | Borrower information |

| *FHFA v. Nomura Holding America Inc.*, Exhibits to FHFA's Opposition to Defendants' Motion *in Limine* No. 6 | | |
|---|---|---|
| **Exhibit Number** | **Location of Redaction (pages, columns, under seal)** | **Reason for Redaction** |
| Exhibit 3 | Under seal | Third party deposition transcript |
| Exhibit 12 | Under seal | Borrower information |

| *FHFA v. Nomura Holding America Inc.*, Exhibits to the Declaration of Manisha M. Sheth | | |
|---|---|---|
| **Exhibit Number** | **Location of Redaction (pages, columns, under seal)** | **Reason for Redaction** |
| Exhibit 1 | Under seal | Borrower information |
| Exhibit 2 | Under seal | Borrower information |
| Exhibit 3 | Under seal | Borrower information |
| Exhibit 4 | Under seal | Borrower information |
| Exhibit 5 | Under seal | Borrower information |
| Exhibit 14 | Under seal | Borrower information |
| Exhibit 19 | Pages 20-21 of pdf | Borrower information |
| Exhibit 20 | Page 31 of report (Figure 5-1); Pages 32-34 | Proprietary information |
| Exhibit 21 | Page 17 of report, FN 57; Page 18, FN 63 | Borrower information |
| Exhibit 23 | Under seal | Third party deposition transcript |
| Exhibit 24 | Under seal | Third party deposition transcript |
| Exhibit 25 | 186:11-12; 186:16-21 | Borrower information |
| Exhibit 26 | Under seal | Borrower information |

The Parties also request that the Court redact from FHFA's Memorandum in Opposition to Defendants' Motion to Exclude the Testimony of Robert W. Hunter Based on Information Not Available at Origination filed in *FHFA v. Nomura Holding America Inc.*, No. 11 Civ. 6201 (DLC), the highlighted information in the chart below:



| *FHFA v. Nomura Holding America Inc.*, FHFA's Memorandum in Opposition to Defendants' Motion to Exclude the Testimony of Robert W. Hunter Based on Information Not Available at Origination |
|---|

*FHFA v. Nomura Holding America Inc.*,
**FHFA's Memorandum in Opposition to Defendants' Motion to Exclude the Testimony of Robert W. Hunter Based on Information Not Available at Origination**



***FHFA v. Nomura Holding America Inc.*,**
**FHFA's Memorandum in Opposition to Defendants' Motion to Exclude the Testimony of Robert W. Hunter Based on Information Not Available at Origination**





*FHFA v. Nomura Holding America Inc.*,
**FHFA's Memorandum in Opposition to Defendants' Motion to Exclude the Testimony of Robert W. Hunter Based on Information Not Available at Origination**

████████████████████████████████████████

Highlighted copies of the above-listed exhibits and excerpts are being submitted to the Court via email.

Respectfully Submitted,

/s/ *Philippe Z. Selendy*
Philippe Z. Selendy
(philippeselendy@quinnemanuel.com)
Jon D. Corey
(joncorey@quinnemanuel.com)
Adam M. Abensohn
(adamabensohn@quinnemanuel.com)
Andrew R. Dunlap
(andrewdunlap@quinnemanuel.com)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
(212) 849-7000

*Attorneys for Plaintiff Federal Housing Finance Agency*

/s/ *David B. Tulchin*
David B. Tulchin
(tulchind@sullcrom.com)
Steven L. Holley
(holleys@sullcrom.com)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York, 10004
(212) 558-4000

Amanda F. Davidoff
(davidoffa@sullcrom.com)
SULLIVAN & CROMWELL LLP
1700 New York Avenue, NW, Suite 700
Washington, D.C. 20006
(202) 956-7500

*Attorneys for Defendants Nomura Holding America Inc., Nomura Asset Acceptance Corporation, Nomura Home Equity Loan, Inc., Nomura Credit & Capital, Inc., Nomura Securities International, Inc., David Findlay, John McCarthy, John P. Graham, Nathan Gorin, and N. Dante LaRocca*


/s/ *Thomas C. Rice*
Thomas C. Rice
(trice@stblaw.com)
David J. Woll
(dwoll@stblaw.com)
Andrew T. Frankel (afrankel@stblaw.com
Alan Turner
(aturner@stblaw.com)
Craig S. Waldman (cwaldman@stblaw.com)
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017
Telephone: 212-455-2000

*Attorneys for Defendant RBS Securities Inc.*