

MEMO ENDORSED

2/5/2015

February 3, 2015

VIA ECF

The Honorable Denise L. Cote
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1610
New York, NY 10007-1312

Re:   *FHFA v. Nomura Holding Am. Inc.*, No. 11 Civ. 6201 (DLC) (S.D.N.Y.)

Dear Judge Cote:

The parties write jointly to request two additional days to exchange final proposed stipulations and agreed statements of law or fact, as required pursuant to the January 21 Stipulation and Pretrial Scheduling Order (Dkt. 1119; *see also* Endorsed Letter Granting Additional Time to Exchange Stipulations of Law or Fact, Dkt. 1204).  As such, the final stipulations would be exchanged no later than Thursday, February 5, 2015.  Pursuant to the Court's Individual Practice 5.A.vii, the parties will file any agreed-upon stipulations as part of the Joint Pretrial Order on February 20, 2015.

Granted.
Denise Cote
2/5/15

Respectfully submitted,

QUINN EMANUEL URQUHART &
SULLIVAN, LLP

By:   /s/ Andrew R. Dunlap
     Andrew R. Dunlap
     51 Madison Avenue, 22nd Floor
     New York, New York 10010

     *Attorneys for Plaintiff Federal*
     *Housing Finance Agency*

SULLIVAN AND CROMWELL LLP

By:   /s/ Amanda F. Davidoff
     Amanda F. Davidoff
     1700 New York Avenue, Suite 700
     Washington, D.C. 20006

     *Attorneys for Defendants Nomura*
     *Holding America, Inc., Nomura Asset*
     *Acceptance Corporation, Nomura*
     *Home Equity Loan, Inc., Nomura*
     *Credit & Capital, Inc., Nomura*
     *Securities International, Inc., RBS*
     *Securities Inc., David Findlay, John*
     *McCarthy, John P. Graham, Nathan*
     *Gorin, and N. Dante LaRocca*

SIMPSON THACHER & BARTLETT LLP

By:   /s/ Andy T. Frankel
     Andy T. Frankel
     425 Lexington Avenue
     New York, NY 10017

     *Attorneys for RBS Securities, Inc.*