# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588

WWW.SULLCROM.COM

*125 Broad Street*
*New York, NY 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

February 4, 2015

Via E-mail and ECF

**MEMO ENDORSED**

Hon. Denise L. Cote,
  United States District Judge,
    Daniel Patrick Moynihan United States Courthouse,
      500 Pearl Street, Room 1610,
        New York, New York 10007-1312.

Re: *FHFA v. Nomura Holding America Inc., et al.*, No. 11-cv-6201

Dear Judge Cote:

On behalf of all parties, we write to submit proposed redactions to Defendants' Opposition to Plaintiff's Motion *In Limine* No. 6, and supporting materials, pursuant to the Court's endorsement of Defendants' January 20, 2015 letter (Doc. No. 1120).

The parties have met and conferred and agree that, consistent with Sections 2.6, 2.7, 2.8 and 2.9 of the First Amended Protective Order dated January 11, 2013, the Exhibits and Memoranda identified in the following charts should be filed under seal or in redacted form. These exhibits contain: (1) borrower information; (2) compensation information; and (3) testimony from regulatory or investigatory matters.

Granted.

[signature]
2/6/15

Hon. Denise L. Cote                                                                                     -2-

| Defendants' Opposition to Plaintiff's Motion *In Limine* No. 6 | | |
|---|---|---|
| **Exhibit** | **Location of Redaction** | **Reason for Redaction** |
| Ex. 1 | 76:4; 76:8-9; 76:19 | Compensation information |
| Ex. 5 | Pgs. 38-39 | Borrower Information |
| Ex. 11 | Under Seal | Testimony from regulatory or investigatory matter |
| Ex. 18 | 69:13-72:16 | Testimony from regulatory or investigatory matter |

A DVD with highlighted copies of the above-listed exhibits will be submitted to the Court tomorrow.

Respectfully Submitted,

/s/ Philippe Z. Selendy
Philippe Z. Selendy
(philippeselendy@quinnemanuel.com)
Jon D. Corey
(joncorey@quinnemanuel.com)
Adam M. Abensohn
(adamabensohn@quinnemanuel.com)
Andrew R. Dunlap
(andrewdunlap@quinnemanuel.com)
QUINN EMANUEL URQUHART&
SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
(212) 849-7000

*Attorneys for Plaintiff Federal Housing Finance Agency*

/s/ David B. Tulchin
David B. Tulchin
(tulchind@sullcrom.com)
Steven L. Holley
(holleys@sullcrom.com)
Bruce E. Clark
(clarkb@sullcrom.com)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York, 10004
(212) 558-4000

Amanda F. Davidoff
(davidoffa@sullcrom.com)
SULLIVAN & CROMWELL LLP
1700 New York Avenue, NW, Suite 700
Washington, D.C. 20006
(202) 956-7500

*Attorneys for Defendants Nomura Holding America Inc., Nomura Asset Acceptance Corporation, Nomura Home Equity Loan, Inc., Nomura Credit & Capital, Inc., Nomura Securities International, Inc., David Findlay, John McCarthy, John P. Graham, Nathan Gorin, and N. Dante LaRocca*

Hon. Denise L. Cote                                                                -3-

/s/ Thomas C. Rice
Thomas C. Rice
(trice@stblaw.com)
David J. Woll
(dwoll@stblaw.com)
Andrew T. Frankel (afrankel@stblaw.com)
Alan Turner
(aturner@stblaw.com)
Craig S. Waldman
(cwaldman@stblaw.com)
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017
Telephone: 212-455-2000

*Attorneys for Defendant RBS Securities Inc.*