UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
FEDERAL HOUSING FINANCE AGENCY,            :       11cv6201 (DLC)
                                           :
              Plaintiff,                   :       ORDER
                                           :
        -v-                                :
                                           :
NOMURA HOLDING AMERICA, INC., et al.,      :
                                           :
              Defendants.                  :
-------------------------------------------X

DENISE COTE, District Judge:

   IT IS HEREBY ORDERED that the final pretrial conference is scheduled for **March 9, 2015** at **2 p.m.** in Courtroom 15B, 500 Pearl Street.


Dated:    New York, New York
          February 6, 2015

                                   _____
                                           DENISE COTE
                                   United States District Judge