February 11, 2015

<u>VIA E-MAIL AND ECF</u>

The Honorable Denise L. Cote
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1610
New York, NY 10007-1312



Re: *FHFA v. Nomura Holding America Inc.*, No. 11 Civ. 6201 (DLC)

Dear Judge Cote:

Plaintiff Federal Housing Finance Agency ("FHFA") and Defendants in the above-captioned Action (collectively, the "Parties") write concerning the Court's endorsement of FHFA's January 28, 2015 letter (Dkt. 1202), ordering the Parties to submit a joint report listing the proposed redactions to FHFA's Reply in Support of FHFA's Motion *in Limine* No. 6 to Exclude Post Purchase Evidence in *FHFA v. Nomura Holding America Inc.*, No. 11 Civ. 6201 (DLC).

The Parties have met and conferred and agree that the documents in support of FHFA's Reply in Support of FHFA's Motion *in Limine* No. 6 to Exclude Post Purchase Evidence identified herein should be filed in redacted form or under seal, as described in detail below. Pursuant to this Court's prior orders on these subjects and consistent with Sections 2.6, 2.7, 2.8, and 9 of the First Amended Protective Order dated January 11, 2013, the Parties propose to redact or file under seal documents that contain (1) borrower information; (2) non-party personal information; and (3) compensation information. There is no dispute among the parties as to what materials should be redacted.

The following charts reflect the exhibits and appendices to which the Parties are requesting redaction:



| | *FHFA v. Nomura Holding America Inc.*, Exhibits to the Declaration of Joy Odom | |
|---|---|---|
| **Exhibit** | **Location of Redaction (pages, columns, under seal)** | **Reason for redaction** |
| Exhibit C | 39:24; 40:14-15 | Compensation information |

| | *FHFA v. Nomura Holding America Inc.*, Appendices to FHFA's Reply In Support of its Motion *in Limine* No. 6 | |
|---|---|---|
| **Appendix** | **Location of Redaction (pages, columns, under seal)** | **Reason for redaction** |
| Appendix A Supplement | Page 2 of pdf, row 288 | Personal information |

The Parties also request that the Court redact from FHFA's Reply In Support of its Motion *in Limine* No. 6 filed in *FHFA v. Nomura Holding America Inc*, No. 11 Civ. 6201 (DLC), the highlighted information in the chart below:



Highlighted copies of the above-listed exhibits and excerpts are being submitted to the Court via email.

Respectfully Submitted,

/s/ *Philippe Z. Selendy*
Philippe Z. Selendy
(philippeselendy@quinnemanuel.com)
Jon D. Corey
(joncorey@quinnemanuel.com)
Adam M. Abensohn
(adamabensohn@quinnemanuel.com)
Andrew R. Dunlap
(andrewdunlap@quinnemanuel.com)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
(212) 849-7000

*Attorneys for Plaintiff Federal Housing Finance Agency*

/s/ *David B. Tulchin*
David B. Tulchin
(tulchind@sullcrom.com)
Steven L. Holley
(holleys@sullcrom.com)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York, 10004
(212) 558-4000

Amanda F. Davidoff
(davidoffa@sullcrom.com)
SULLIVAN & CROMWELL LLP
1700 New York Avenue, NW, Suite 700
Washington, D.C. 20006
(202) 956-7500

*Attorneys for Defendants Nomura Holding America Inc., Nomura Asset Acceptance Corporation, Nomura Home Equity Loan, Inc., Nomura Credit & Capital, Inc., Nomura Securities International, Inc., David Findlay, John McCarthy, John P. Graham, Nathan Gorin, and N. Dante LaRocca*

/s/ *Thomas C. Rice*
Thomas C. Rice
(trice@stblaw.com)
David J. Woll
(dwoll@stblaw.com)
Andrew T. Frankel (afrankel@stblaw.com
Alan Turner
(aturner@stblaw.com)
Craig S. Waldman (cwaldman@stblaw.com)
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017
Telephone: 212-455-2000

*Attorneys for Defendant RBS Securities Inc.*