## SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, NY 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

MEMO ENDORSED

Approved.
[signature] 2/20/15

February 19, 2015

2/20/2015

Via E-mail and ECF

Hon. Denise L. Cote,
   United States District Judge,
      Daniel Patrick Moynihan United States Courthouse,
         500 Pearl Street, Room 1610,
           New York, New York 10007-1312.

       Re:    *FHFA v. Nomura Holding America Inc., et al.*, No. 11-cv-6201

Dear Judge Cote:

       On behalf of all parties, we write to submit proposed redactions to (i) Defendants' Reply in Support of Their Motion to Exclude Certain Testimony of Charles D. Cowan, and supporting materials; (ii) Defendants' Reply in Support of Their Motion to Exclude the Testimony of Dr. Anthony Saunders, and supporting materials, and (iii) Defendants' Opposition to Plaintiff's Motion *in Limine* No. 7, and supporting materials, pursuant to the Court's February 3, 2015 endorsement of Defendants' February 2, 2015 letter (Doc. No. 1214).[1]

       The parties have met and conferred and agree that, consistent with Sections 2.6, 2.7, 2.8 and 2.9 of the First Amended Protective Order dated January 11, 2013, the exhibits identified in the following charts should be filed under seal or in redacted form because they contain: (1) proprietary information; (2) non-party borrower information; or (3) personal information.

---

[1] The parties do not have any proposed redactions to Defendants' Reply in Support of Their Motion to Exclude the Testimony of Dr. Anthony Saunders.

Hon. Denise L. Cote                                                                -2-

| Reply Declaration of Elizabeth Cassady in Support of Defendants' Motion to Exclude Certain Testimony of Charles D. Cowan | | |
|---|---|---|
| Exhibit | Location of Redaction | Reason for Redaction |
| Exhibit 1 | Pg. 29 | Personal Information |
| Exhibit 4 | Pgs. 224:11; 224:13; 224:16; 225:2; 225:4; 225:7-8; 225:23; 226:3-4 | Borrower Information |
| Exhibit 5 | Pg. 31, Figure 5-1; Pgs. 32-34 | Proprietary Information |
| Exhibit 7 | 303:11; 303:13; 303:18; 303:21; 303:25; 304:3; 304:9; 304:17-18; 305:3-4; 305:16; 305:19-20 | Borrower Information |

| Defendants' Opposition to Plaintiff's Motion *in Limine* No. 7 | | |
|---|---|---|
| Exhibit | Location of Redaction | Reason for Redaction |
| Exhibit A | Pg. 226:4 | Personal Information |

Highlighted copies of the above-listed exhibits are being submitted to the Court via e-mail.

Hon. Denise L. Cote                                                                                        -3-

Respectfully Submitted,

/s/ Philippe Z. Selendy
Philippe Z. Selendy
(philippeselendy@quinnemanuel.com)
Jon D. Corey
(joncorey@quinnemanuel.com)
Adam M. Abensohn
(adamabensohn@quinnemanuel.com)
Andrew R. Dunlap
(andrewdunlap@quinnemanuel.com)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
(212) 849-7000

*Attorneys for Plaintiff Federal Housing Finance Agency*

/s/ David B. Tulchin
David B. Tulchin
(tulchind@sullcrom.com)
Steven L. Holley
(holleys@sullcrom.com)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York, 10004
(212) 558-4000

Amanda F. Davidoff
(davidoffa@sullcrom.com)
SULLIVAN & CROMWELL LLP
1700 New York Avenue, NW, Suite 700
Washington, D.C. 20006
(202) 956-7500

*Attorneys for Defendants Nomura Holding America Inc., Nomura Asset Acceptance Corporation, Nomura Home Equity Loan, Inc., Nomura Credit & Capital, Inc., Nomura Securities International, Inc., David Findlay, John McCarthy, John P. Graham, Nathan Gorin, and N. Dante LaRocca*

Hon. Denise L. Cote                                                    -4-

/s/ Thomas C. Rice
Thomas C. Rice
(trice@stblaw.com)
David J. Woll
(dwoll@stblaw.com)
Andrew T. Frankel (afrankel@stblaw.com)
Alan Turner
(aturner@stblaw.com)
Craig S. Waldman
(cwaldman@stblaw.com)
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017
Telephone: 212-455-2000

*Attorneys for Defendant RBS Securities Inc.*