UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FEDERAL HOUSING FINANCE AGENCY, AS CONSERVATOR FOR THE FEDERAL NATIONAL MORTGAGE ASSOCIATION AND THE FEDERAL HOME LOAN MORTGAGE CORPORATION,

      Plaintiff,

      v.

NOMURA HOLDING AMERICA, INC., ET AL.,

      Defendants.

11-cv-6201 (DLC)

ECF Case

**NOTICE OF WITHDRAWAL OF APPEARANCE**

---

PLEASE TAKE NOTICE that Scott K. McCulloch is no longer associated with Kobre & Kim LLP and respectfully requests that he be removed from the Court's service list with respect to the above referenced action. Kobre & Kim LLP continues to serve as counsel for the Plaintiff and all future correspondence and papers in this action should continue to be directed to them.

Dated: February 20, 2015
   Washington, D.C.

Respectfully submitted,

/s/ Scott K. McCulloch
Scott K. McCulloch
KOBRE & KIM LLP
1919 M Street, NW
Washington, D.C. 20036
Tel: +1 202 664 1943
Fax: +1 202 664 1920
Email: scott.mcculloch@kobrekim.com

*Attorney for Plaintiff Federal Housing Finance Agency*

So ordered.
/s/ Denise Cote
2/20/15