February 20, 2015

**VIA ECF**

The Honorable Denise L. Cote
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1610
New York, NY 10007-1312



Re:    *FHFA v. Nomura Holding America Inc.*, No. 11 Civ. 6201 (DLC)

Dear Judge Cote:

Plaintiff Federal Housing Finance Agency ("FHFA") and Defendants in the above-captioned Action (collectively, the "Parties") write regarding proposed redactions to the Parties' pretrial submissions filed on February 20, 2015, including Defendants' Pretrial Memorandum of Law, the Parties' respective trial exhibit lists, and the Parties' respective Proposed Findings of Fact and Conclusions of Law (the "Pretrial Submissions").

Because the Parties have designated certain of the materials discussed in the Pretrial Submissions and attached as exhibits as "Confidential" or "Highly Confidential," under the First Amended Protective Order, and because these materials may contain Non-Party Borrower Information (as defined in paragraph 2.8 of the First Amended Protective Order), the Parties are filing the Pretrial Submissions with the Court under seal, pursuant to paragraph 9 of the First Amended Protective Order.  The Parties respectfully request that the Court give the Parties until Friday, February 27, 2015 to meet and confer regarding proposed redactions to the Pretrial Submissions and supporting materials, and until Friday, March 6, 2015, to file a joint submission to the Court listing the proposed redactions to which neither party objects and those to which a party objects.

Thank you for Your Honor's consideration of this submission.

Approved.

Denise Cote

February 23, 2015

MEMO ENDORSED

1

Respectfully Submitted,

/s/ Philippe Z. Selendy
Philippe Z. Selendy
(philippeselendy@quinnemanuel.com)
Jon D. Corey
(joncorey@quinnemanuel.com)
Adam M. Abensohn
(adamabensohn@quinnemanuel.com)
Andrew R. Dunlap
(andrewdunlap@quinnemanuel.com)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
(212) 849-7000

*Attorneys for Plaintiff Federal Housing
Finance Agency*

/s/ David B. Tulchin
David B. Tulchin
(tulchind@sullcrom.com)
Steven L. Holley
(holleys@sullcrom.com)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York, 10004
(212) 558-4000

Amanda F. Davidoff
(davidoffa@sullcrom.com)
SULLIVAN & CROMWELL LLP
1700 New York Avenue, NW, Suite 700
Washington, D.C. 20006
(202) 956-7500

*Attorneys for Defendants Nomura Holding
America Inc., Nomura Asset Acceptance
Corporation, Nomura Home Equity Loan,
Inc., Nomura Credit & Capital, Inc.,
Nomura Securities International, Inc., David
Findlay, John McCarthy, John P. Graham,
Nathan Gorin, and N. Dante LaRocca*

/s/ Thomas C. Rice
Thomas C. Rice
(trice@stblaw.com)
David J. Woll
(dwoll@stblaw.com)
Andrew T. Frankel (afrankel@stblaw.com
Alan Turner
(aturner@stblaw.com)
Craig S. Waldman (cwaldman@stblaw.com)
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017
Telephone: 212-455-2000

*Attorneys for Defendant RBS Securities Inc.*