February 24, 2015

**VIA E-MAIL AND ECF**

The Honorable Denise L. Cote
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1610
New York, NY 10007-1312

Re: *FHFA v. Nomura Holding America Inc.*, No. 11 Civ. 6201 (DLC)

Dear Judge Cote:

Plaintiff Federal Housing Finance Agency ("FHFA") and Defendants in the above-captioned Action (collectively, the "Parties") write concerning the Court's endorsement of FHFA's February 9, 2015 letter (Dkt. 1250), ordering the Parties to submit a joint report listing the proposed redactions to FHFA's Oppositions to Defendants' Motions *in Limine* Nos. 7, 8, 9, and 10, and the Court's endorsement of FHFA's February 10, 2015 letter (Dkt. 1257), ordering the Parties to submit a joint report listing the proposed redactions to FHFA's Reply in Support of FHFA's Motion *in Limine* No. 7, in *FHFA v. Nomura Holding America Inc*., No. 11 Civ. 6201 (DLC).

The Parties have met and conferred and agree that there are no proposed redactions to FHFA's Reply in Support of FHFA's Motion *in Limine* No. 7 or FHFA's Opposition to Defendants' Motion *in Limine* No. 10. The Parties have also agreed that the documents in support FHFA's Oppositions to Defendants' Motions *in Limine* Nos. 7, 8, and 9 identified herein should be filed in redacted form or under seal, as described in detail below. Pursuant to this Court's prior orders on these subjects and consistent with Sections 2.6, 2.7, 2.8, and 9 of the First Amended Protective Order dated January 11, 2013, the Parties propose to redact or file under seal documents that contain (1) borrower information and (2) personal information. There is no dispute among the parties as to what materials should be redacted.

The following charts reflect the exhibits to which the Parties are requesting redaction:

| ***FHFA v. Nomura Holding America Inc.*,**<br>**Exhibits to FHFA's Opposition to Defendants' Motion *in Limine* No. 7** | | |
|---|---|---|
| **Exhibit Number** | **Location of Redaction (pages, columns, under seal)** | **Reason for redaction** |
| 3 | Pages 2-3 | Personal information |
| 4 | Pages 2-4 | Personal information |
| 6 | Under seal | Borrower information |
| 9 | Page 5 | Borrower information |
| 11 | Pages 2-3 | Borrower information |

| ***FHFA v. Nomura Holding America Inc.*,**<br>**Exhibits to FHFA's Opposition to Defendants' Motion *in Limine* No. 8** | | |
|---|---|---|
| **Exhibit Number** | **Location of Redaction (pages, columns, under seal)** | **Reason for redaction** |
| 1 | Page 4 | Personal information |
| 6 | Under seal | Borrower information |
| 7 | Under seal | Borrower information |
| 11 | Under seal | Borrower information |
| 12 | Under seal | Borrower information |
| 13 | Under seal | Borrower information |

| ***FHFA v. Nomura Holding America Inc.*,**<br>**Exhibits FHFA's Opposition to Defendants' Motion *in Limine* No. 9** | | |
|---|---|---|
| **Exhibit Number** | **Location of Redaction (pages, columns, under seal)** | **Reason for redaction** |
| 2 | Under seal | Borrower information |
| 3 | Under seal | Borrower information |

Highlighted copies of the above-listed exhibits are being submitted to the Court via email.

Respectfully Submitted,

/s/ *Philippe Z. Selendy*
Philippe Z. Selendy
(philippeselendy@quinnemanuel.com)
Jon D. Corey
(joncorey@quinnemanuel.com)
Adam M. Abensohn
(adamabensohn@quinnemanuel.com)
Andrew R. Dunlap
(andrewdunlap@quinnemanuel.com)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
(212) 849-7000

*Attorneys for Plaintiff Federal Housing Finance Agency*

/s/ *David B. Tulchin*
David B. Tulchin
(tulchind@sullcrom.com)
Steven L. Holley
(holleys@sullcrom.com)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York, 10004
(212) 558-4000

Amanda F. Davidoff
(davidoffa@sullcrom.com)
SULLIVAN & CROMWELL LLP
1700 New York Avenue, NW, Suite 700
Washington, D.C. 20006
(202) 956-7500

*Attorneys for Defendants Nomura Holding America Inc., Nomura Asset Acceptance Corporation, Nomura Home Equity Loan, Inc., Nomura Credit & Capital, Inc., Nomura Securities International, Inc., David Findlay, John McCarthy, John P. Graham, Nathan Gorin, and N. Dante LaRocca*

/s/ *Thomas C. Rice*
Thomas C. Rice
(trice@stblaw.com)
David J. Woll
(dwoll@stblaw.com)
Andrew T. Frankel (afrankel@stblaw.com
Alan Turner
(aturner@stblaw.com)
Craig S. Waldman (cwaldman@stblaw.com)
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017
Telephone: 212-455-2000

*Attorneys for Defendant RBS Securities Inc.*