SIMPSON THACHER & BARTLETT LLP

425 LEXINGTON AVENUE
NEW YORK, NY 10017-3954
(212) 455-2000

FACSIMILE (212) 455-2502

DIRECT DIAL NUMBER
(212) 455-3040

E-MAIL ADDRESS
trice@stblaw.com

BY E-MAIL AND ECF          February 25, 2015

Re:  *FHFA v. Nomura Holding America, Inc., et al.,*
     11 Civ. 6201 (S.D.N.Y.)

The Honorable Denise L. Cote
United States District Judge
Daniel Patrick Moynihan United States Court House
500 Pearl Street, Room 1610
New York, NY 10007

Dear Judge Cote:

      Pursuant to Your Honor's Individual Practices in Civil Cases Rule 5(C)(i), Defendant RBS Securities Inc. joins the Nomura defendants in their submission of a list of affiants that defendants intend to cross-examine at trial, and similarly reserves the right to amend or modify the list.

Respectfully,

Thomas C. Rice

BEIJING   HONG KONG   HOUSTON   LONDON   LOS ANGELES   PALO ALTO   SÃO PAULO   SEOUL   TOKYO   WASHINGTON, D.C.