**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 | FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
(212) 849-7260

MEMO ENDORSED

WRITER'S INTERNET ADDRESS
philippeselendy@quinnemanuel.com

February 27, 2015

3/2/2015

VIA ECF

The Honorable Denise L. Cote
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1610
New York, NY 10007-1312

Re:   *FHFA v. Nomura Holding Am. Inc.*, No. 11 Civ. 6201 (DLC) (S.D.N.Y.)

Dear Judge Cote:

   I write on behalf of Plaintiff Federal Housing Finance Agency ("FHFA") regarding proposed redactions to FHFA's Opposition to Defendants' Pre-Trial Memorandum of Law ("Opposition").

   Because the parties have designated certain of the materials discussed in the Opposition and attached as exhibits as "Confidential" or "Highly Confidential," under the First Amended Protective Order, and because these materials may contain Non-Party Borrower Information (as defined in paragraph 2.8 of the First Amended Protective Order), FHFA is filing the Opposition with the Court under seal, pursuant to paragraph 9 of the First Amended Protective Order. FHFA may propose redactions to the Opposition or its supporting materials, and also wishes to give Defendants an opportunity to propose any redactions they think necessary. To facilitate that process, FHFA respectfully requests that the Court give the parties until Friday, March 6, 2015 to meet and confer regarding proposed redactions to the Opposition and supporting materials, and until Friday, March 13, 2015, to file a joint submission to the Court listing the proposed redactions to which neither party objects and those to which a party objects. We have met and conferred with Defendants, and Defendants consent to FHFA's proposal.

   Thank you for Your Honor's consideration of this submission.

*Granted.*
*Denise Cote*
*2/27/15*

**quinn emanuel urquhart & sullivan, llp**
LOS ANGELES | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | HOUSTON | LONDON | TOKYO | MANNHEIM | MOSCOW | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG | BRUSSELS

Respectfully submitted,

*/s/ Philippe Z. Selendy*
Philippe Z. Selendy

QUINN EMANUEL URQUHART &
SULLIVAN, LLP

*Attorneys for Plaintiff Federal Housing Finance Agency*

CC: Counsel of record (via ECF)