```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
FEDERAL HOUSING FINANCE AGENCY,          :     11cv6201 (DLC)
                                         :
                Plaintiff,               :     ORDER
                                         :
        -v-                              :
                                         :
NOMURA HOLDING AMERICA, INC., et al.,    :
                                         :
                Defendants.              :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

On February 27, 2015 defendants filed a motion to strike certain testimony of James K. Finkel. Accordingly, it is hereby

ORDERED that FHFA's opposition, if any, is due by March 4. Defendants' reply, if any, is due by March 6. At the time any reply is served, the moving party shall supply two courtesy copies of all motion papers by mail or delivery to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:   New York, New York
         March 2, 2015

                                   _____
                                          DENISE COTE
                                   United States District Judge