```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
FEDERAL HOUSING FINANCE AGENCY,         :     11cv6201 (DLC)
                                        :
                Plaintiff,              :        ORDER
                                        :
        -v-                             :
                                        :
                                        :
NOMURA HOLDING AMERICA, INC., et al.,   :
                                        :
                Defendants.             :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

A February 25, 2013 Amended Order Regarding Deposition Protocol stated that "all parties . . . shall have the right to depose, prior to the witness's live testimony at trial . . . , any witness designated to testify at trial . . . who has not previously been deposed."  On February 27, 2015, FHFA submitted two letters regarding depositions.  One letter concerns the length of time for depositions of defendants' trial witnesses who have not yet been deposed.  The other letter seeks a protective order limiting the time and scope of the depositions of three FHFA witnesses.  Defendants submitted a responsive letter on March 2.  Accordingly, it is hereby

ORDERED that FHFA's requests in these two February 27 letters are GRANTED.

Dated:     New York, New York
           March 2, 2015

                                    _____
                                         DENISE COTE
                                    United States District Judge