**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 | FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7260**

WRITER'S INTERNET ADDRESS
**philippeselendy@quinnemanuel.com**

March 2, 2015

<u>VIA ECF</u>

The Honorable Denise L. Cote
United States District Judge
Daniel Patrick Moynihan United States Court House
500 Pearl Street, Room 1610
New York, NY 10007-1312

Re:   *FHFA v. Nomura Holding Am. Inc.*, 11 Civ. 6201 (DLC) (S.D.N.Y.)

Dear Judge Cote:

      We write on behalf of Plaintiff Federal Housing Finance Agency ("FHFA") regarding the Joint Pretrial Order of February 20, 2015, in which FHFA requested up to 30 minutes to make an opening statement. FHFA modifies its request, and respectfully asks that each side be allowed up to one hour to make an opening statement. FHFA understands that the actual time taken by each side will be charged against that side's overall allotment of time for trial. Thank you for Your Honor's consideration of this request.

Respectfully submitted,

/s/ _Philippe Z. Selendy___

Philippe Z. Selendy


cc:   Counsel of Record (via ECF)


quinn emanuel urquhart & sullivan, llp

LOS ANGELES | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | HOUSTON | SEATTLE | LONDON | TOKYO | MANNHEIM | MOSCOW | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG | BRUSSELS