```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
FEDERAL HOUSING FINANCE AGENCY,         :     11cv6201 (DLC)
                                        :
                Plaintiff,              :     ORDER
                                        :
        -v-                             :
                                        :
NOMURA HOLDING AMERICA, INC., et al.,   :
                                        :
                Defendants.             :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

    Trial is scheduled to begin in the above-captioned matter on March 16, 2015.  The trial will proceed on Monday through Thursday from 9:30 a.m. to 5 p.m. each day, with the following exception.  On Thursday, April 2, the trial day will end at 4 p.m.

Dated:   New York, New York
         March 10, 2015

                                          _____
                                             DENISE COTE
                                United States District Judge