# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588

WWW.SULLCROM.COM

*125 Broad Street*
*New York, NY 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.

FRANKFURT • LONDON • PARIS

BEIJING • HONG KONG • TOKYO

MELBOURNE • SYDNEY

March 6, 2015

3/10/2015

MEMO ENDORSED

Via E-mail

Hon. Denise L. Cote,
    United States District Judge,
        Daniel Patrick Moynihan United States Courthouse,
            500 Pearl Street, Room 1610,
                New York, New York  10007-1312.

Re:    *FHFA* v. *Nomura Holding America Inc., et al.*, No. 11-cv-6201

Dear Judge Cote:

The parties write to request permission to use courtroom technology during the trial in the above-referenced matter.

We are aware that Your Honor's courtroom is already equipped with technology; thus the equipment being installed would only be used to supplement the existing installation. The list of equipment is below.  The equipment will be installed with the supervision of the Court's IT department and will not interfere with the courtroom's current technology.

Nomura has retained DOAR Litigation Consulting and FHFA has retained On The Record to install the technology the parties will be using in advance of the trial date and to manage its use during the trial.  DOAR is a federally approved provider of courtroom technology to the federal courts under the Administrative Office of the Courts' contract.

The parties request permission for DOAR and On The Record to install technology on Thursday, March 12, 2015.

Hon. Denise L. Cote                                                                           -2-

| Equipment To Be Installed by DOAR | | |
|---|---|---|
| **Courtroom Technology** | **Description** | **Units** |
| Trial Laptops | Laptops for real-time transcript feed and breakout room | 3 |
| Flat Panel Monitors | 22" monitor for trial presentation consultant | 1 |
| Switch | A/V Input Switch | 1 |
| Projector | Main display device | 1 |
| Screen | Projector screen | 1 |
| A/V Table w/Skirt | Table for projector | 1 |
| Multifunction Printer | Printer and scanner for breakout room | 1 |
| Stand | Stand for printer | 1 |
| Cabling | Cabling for above equipment | |

| Equipment To Be Installed by On The Record | | |
|---|---|---|
| **Courtroom Technology** | **Description** | **Units** |
| Trial Laptop | Laptops for trial presentation consultant | 2 |
| Flat Panel Monitor | 17"-20" monitor for trial presentation consultant | 1 |
| Switch | A/V Input Switch for trial presentation consultant | 1 |
| VGA Distribution Amplifier | 2-way XGA DA for trial presentation consultant | 1 |
| Projector | (If not supplied by Defendant's consultant) | 1 |
| Projector stand/cart | (If not supplied by Defendant's consultant) | 1 |
| Printer | Printer for trial presentation consultant | 1 |
| Printer | Printer for breakout room | 1 |
| Table | Table for trial presentation consultant | 1 |
| Speaker | Speaker for trial presentation consultant | 1 |
| Power Point Remote | PPT Remote for trial presentation consultant | 1 |
| Laser Pointer | Laser Pointers for trial presentation consultant | 3 |
| Cabling and Power | All VGA and power cabling as well as power strips | bulk |

*Approved.*

*Denise Cote*

*3/10/15*

Hon. Denise L. Cote                                                              -3-


Respectfully Submitted,

/s/ Philippe Z. Selendy          
Philippe Z. Selendy
(philippeselendy@quinnemanuel.com)
Jon D. Corey
(joncorey@quinnemanuel.com)
Adam M. Abensohn
(adamabensohn@quinnemanuel.com)
Andrew R. Dunlap
(andrewdunlap@quinnemanuel.com)
QUINN EMANUEL URQUHART&
SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
(212) 849-7000

*Attorneys for Plaintiff Federal Housing
Finance Agency*

/s/ David B. Tulchin          
David B. Tulchin
(tulchind@sullcrom.com)
Steven L. Holley
(holleys@sullcrom.com)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York, 10004
(212) 558-4000


Amanda F. Davidoff
(davidoffa@sullcrom.com)
SULLIVAN & CROMWELL LLP
1700 New York Avenue, NW, Suite 700
Washington, D.C. 20006
(202) 956-7500

*Attorneys for Defendants Nomura Holding
America Inc., Nomura Asset Acceptance
Corporation, Nomura Home Equity Loan,
Inc., Nomura Credit & Capital, Inc.,
Nomura Securities International, Inc.,
David Findlay, John McCarthy, John P.
Graham, Nathan Gorin, and N. Dante
LaRocca*

Hon. Denise L. Cote                                                  -4-


/s/ Thomas C. Rice
Thomas C. Rice
(trice@stblaw.com)
David J. Woll
(dwoll@stblaw.com)
Andrew T. Frankel (afrankel@stblaw.com)
Alan Turner
(aturner@stblaw.com)
Craig S. Waldman
(cwaldman@stblaw.com)
SIMPSON THACHER & BARTLETT
LLP
425 Lexington Avenue
New York, New York 10017
Telephone: 212-455-2000

*Attorneys for Defendant RBS Securities Inc.*