UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X

FEDERAL HOUSING FINANCE AGENCY,                :          11cv6201 (DLC)
                                               :
                   Plaintiff,                  :          ORDER
                                               :
          -v-                                  :
                                               :
NOMURA HOLDING AMERICA, INC., et al.,          :
                                               :
                   Defendants.                 :
                                               :
----------------------------------------X

3/11/2015

DENISE COTE, District Judge:

     The March 10, 2015 memo endorsement (document #1407)
approving the parties' request to arrange for the provision of
WiFi Internet access in the courtroom is hereby vacated.  All
Internet access in the courtroom will be wired.  None will be
WiFi.


Dated:     New York, New York
           March 11, 2015

                              _____
                                   DENISE COTE
                         United States District Judge