# Exhibit A

```
                                                                   209
     F3H9FHF1

1    UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
2    ------------------------------x

3    FEDERAL HOUSING FINANCE AGENCY,
     and THE FEDERAL HOME LOAN
4    MORTGAGE CORPORATION,

5                  Plaintiffs,

6           v.                              11 Civ. 6201 (DLC)

7    NOMURA HOLDING AMERICA, INC.,
     et al.,
8                                           Trial
                   Defendants.
9
     ------------------------------x
10
                                            New York, N.Y.
11                                          March 17, 2015
                                            9:30 a.m.
12
     Before:
13
                     HON. DENISE COTE
14
                                            District Judge
15

16
                        APPEARANCES
17

18   QUINN EMANUEL URQUHART & SULLIVAN LLP
          Attorneys for Plaintiffs
19   BY:  PHILIPPE Z. SELENDY
          JONATHAN B. OBLAK
20        SASCHA N. RAND
          JONATHAN C. ESER
21        RICHARD A. SCHIRTZER
          MANISHA M. SHETH
22        RICHARD L. WERDER, JR.

23   ALFRED POLLARD
          General Counsel FHFA
24
     STEPHEN HART
25        Deputy Counsel FHFA


                   SOUTHERN DISTRICT REPORTERS, P.C.
                            (212) 805-0300
```

```
                                                                   210
     F3H9FHF1
 1            APPEARANCES

 2
     SULLIVAN & CROMWELL LLP
 3        Attorneys for the Nomura and individual defendants
     BY:  DAVID B. TULCHIN
 4        BRUCE E. CLARK
          AMANDA F. DAVIDOFF
 5        BRADLEY A. HARSCH
          STEVEN L. HOLLEY
 6        KATHERINE J. STOLLER

 7   NANCY PRAHOFFER
          General Counsel Nomura Holding America, Inc.
 8

 9   SIMPSON THACHER & BARTLETT LLP
          Attorneys for Defendant RBS Securities, Inc.
10   BY:  THOMAS C. RICE
          ANDREW T. FRANKEL
11        MINTA J. NESTER
          JOHN A. ROBINSON
12        ALAN C. TURNER
          CRAIG S. WALDMAN
13
     KAY LACKEY
14        Counsel, RBS Securities

15   JONATHAN PERRY
          Senior Counsel, RBS Securities
16

17

18

19

20

21

22

23

24

25
                      SOUTHERN DISTRICT REPORTERS, P.C.
                                (212) 805-0300
```

```
                                                            410
    F3hrfhf6                 Kennedy - cross
 1  A.  Yes, that's in my report.  And we kind of break that down.
 2  If you give me a minute, I'll find it.  I know we don't have a
 3  minute.
 4  Q.  I'll represent to you, sir, that it was 780.  Mr. Selendy,
 5  who is usually pretty quick, tells me that that works out to
 6  about an 80 percent hit rate at 672 of 780 being valued.  Does
 7  that seem right to you, sir?
 8  A.  Yes.  It's on page 8, 796 properties represented by Dr.
 9  Cowan, and went down from there.
10  Q.  If the Greenfield AVM is hitting on 80 percent or so of
11  those properties, then it's approaching the range, if it is not
12  already in the range, that would fall in the excellent category
13  as reported on your mixed metrics data display, correct, sir?
14  A.  Yes.  With the exception of probably model 9 and model 20,
15  yes.
16          MR. WERDER:  Now I want to switch gears.
17          THE COURT:  Now you hit 5 o'clock.
18          MR. WERDER:  Thank you, your Honor.
19          THE COURT:  I'm sure you have been told you can't
20  discuss your testimony at any time.  I hope you have a good
21  evening.
22          THE WITNESS:  Thank you.
23          THE COURT:  Thank you all.  By the way, we have been
24  working off that original witness list.  I like to be prepared
25  for each new day and witness.  If you could share with my staff
```

```
                                                                411
     F3hrfhf6                Kennedy - cross

1    when I leave here who you expect, jointly, not ex parte,

2    jointly share with my staff who you expect to testify tomorrow,

3    that would help me organize.  Thanks so much.

4             MR. WERDER:  We will do so, your Honor.

5             (Adjourned to 9:30 a.m., March 18, 2015)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                     SOUTHERN DISTRICT REPORTERS, P.C.
                              (212) 805-0300
```