UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FEDERAL HOUSING FINANCE AGENCY, AS CONSERVATOR FOR THE FEDERAL NATIONAL MORTGAGE ASSOCIATION AND THE FEDERAL HOME LOAN MORTGAGE CORPORATION,

                  Plaintiff,

-against-

NOMURA HOLDING AMERICA INC., NOMURA ASSET ACCEPTANCE CORPORATION, NOMURA HOME EQUITY LOAN, INC., NOMURA CREDIT & CAPITAL, INC., NOMURA SECURITIES INTERNATIONAL, INC., RBS SECURITIES INC. (f/k/a GREENWICH CAPITAL MARKETS, INC.), DAVID FINDLAY, JOHN MCCARTHY, JOHN P. GRAHAM, NATHAN GORIN, and N. DANTE LAROCCA,

                  Defendants.



ECF CASE

No. 11-cv-06201 (DLC)

---

## NOTICE OF WITHDRAWAL OF APPEARANCE

**PLEASE TAKE NOTICE** that Dean McGee, of Simpson Thacher & Bartlett LLP, hereby withdraws his appearance on behalf of Defendant RBS Securities Inc. f/k/a Greenwich Capital Markets, Inc. in this action. All other previously appearing counsel from Simpson Thacher & Bartlett LLP continue to represent the aforementioned Defendants in this action.

Dated: March 25, 2015                    Respectfully submitted,

                                         */s/ Dean McGee*
                                         Dean McGee

                                         **SIMPSON THACHER & BARTLETT LLP**
                                         425 Lexington Avenue
                                         New York, New York  10017-3954
                                         Telephone: 212-455-2000
                                         Facsimile: 212-455-2502

                                         *Attorneys for Defendant RBS Securities Inc.*

2