# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, NY 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

March 29, 2015

Via ECF

Hon. Denise L. Cote,
    United States District Judge,
        500 Pearl Street, Room 1610,
            New York, NY 10007-1312.

**MEMO ENDORSED**

        Re:    *FHFA v. Nomura Holding America, Inc.*, No. 11-cv-6201 (S.D.N.Y.)

Dear Judge Cote:

        This is to inform the Court that FHFA, RBS and Nomura have agreed, subject to Court approval, to conduct summations on Thursday, April 9. If that date is convenient for the Court, the parties suggest that proceedings commence at 9:30 a.m.

        Respectfully,

        /s/ David B. Tulchin

        David B. Tulchin

cc:    Philippe Selendy
        Tom Rice

*Granted.*
*Denise Cote*
*March 29, 2015*