# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

125 Broad Street
New York, NY 10004-2498

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

**MEMO ENDORSED**

March 27, 2015

*[Handwritten: 3/30/2015]*

*[Handwritten endorsement: Approved. In the future, the parties do not need to seek permission to redact borrower information from publicly filed documents. Denise Cote 3/30/15]*

Via E-mail and ECF

Hon. Denise L. Cote,
    United States District Judge,
        Daniel Patrick Moynihan United States Courthouse,
            500 Pearl Street, Room 1610,
                New York, New York 10007-1312.

      Re:    *FHFA v. Nomura Holding America Inc., et al.*, No. 11-cv-6201

Dear Judge Cote:

        On behalf of all parties, we write to submit proposed redactions to Defendants' Trial Affidavit of Michael Hedden ("Hedden Affidavit"), pursuant to the Court's direction that the parties meet and confer regarding proposed redactions to the direct testimony of witnesses. (Mar. 18, 2015 Trial Tr. at 842:10-843:1.)

        The parties have met and conferred and agree that, consistent with Sections 2.6, 2.7, 2.8 and 2.9 of the First Amended Protective Order dated January 11, 2013, the affidavit should be filed in redacted form because it contains non-party borrower information. The portions of the affidavit to be redacted are identified in the following chart.

        Defendants inadvertently filed a redacted version of the Hedden Affidavit on PACER last evening and request the docket entry be removed. (Doc. No. 1527.) Defendants will refile on ECF after the Court rules on the parties' proposed redactions.

Hon. Denise L. Cote                                                                                           -2-

| Affidavit of Michael Hedden ||
|---|---|
| **Location of Redaction** | **Reason for Redaction** |
| Pg. 1 | Personal information |
| Pg. 29 | Borrower information |
| Pg. 30 | Borrower information |
| Pg. 33 | Borrower information |
| Pg. 37 | Borrower information |
| Pg. 39 | Borrower information |
| Pg. 40 | Borrower information |
| Pg. 41 | Borrower information |
| Pg. 43 | Borrower information |
| Pg. 44 | Borrower information |
| Pg. 46 | Borrower information |
| Pg. 48 | Borrower information |
| Pg. 49 | Borrower information |
| Pg. 50 | Borrower information |
| Pg. 52 | Borrower information |
| Pg. 55 | Borrower information |
| Pg. 57 | Borrower information |
| Pg. 58 | Borrower information |

Hon. Denise L. Cote                                                      -3-

| Pg. 59 | Borrower information |
| Pg. 60 | Borrower information |
| Pg. 61 | Borrower information |
| Pg. 67 | Borrower information |
| Pg. 68 | Borrower information |
| Pg. 70 | Borrower information |
| Pg. 73 | Borrower information |
| Pg. 75 | Borrower information |
| Pg. 76 | Borrower information |
| Pg. 77 | Borrower information |
| Pg. 78 | Borrower information |
| Pg. 80 | Borrower information |
| Pg. 83 | Borrower information |
| Pg. 84 | Borrower information |
| Pg. 85 | Borrower information |
| Pg. 87 | Borrower information |
| Pg. 88 | Borrower information |
| Pg. 89 | Borrower information |
| Pg. 92 | Borrower information |
| Pg. 93 | Borrower information |
| Pg. 94 | Borrower information |

Hon. Denise L. Cote                                                                -4-

| Pg. 96  | Borrower information |
| Pg. 97  | Borrower information |
| Pg. 99  | Borrower information |
| Pg. 100 | Borrower information |
| Pg. 101 | Borrower information |
| Pg. 102 | Borrower information |
| Pg. 103 | Borrower information |
| Pg. 104 | Borrower information |
| Pg. 105 | Borrower information |
| Pg. 106 | Borrower information |

A highlighted copy of the affidavit is being submitted to the Court via e-mail.

Hon. Denise L. Cote                                                                             -5-

Respectfully Submitted,

/s/ Philippe Z. Selendy
Philippe Z. Selendy
(philippeselendy@quinnemanuel.com)
Jon D. Corey
(joncorey@quinnemanuel.com)
Adam M. Abensohn
(adamabensohn@quinnemanuel.com)
Andrew R. Dunlap
(andrewdunlap@quinnemanuel.com)
QUINN EMANUEL URQUHART&
SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
(212) 849-7000

*Attorneys for Plaintiff Federal Housing Finance Agency*

/s/ David B. Tulchin
David B. Tulchin
(tulchind@sullcrom.com)
Steven L. Holley
(holleys@sullcrom.com)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York, 10004
(212) 558-4000

Amanda F. Davidoff
(davidoffa@sullcrom.com)
SULLIVAN & CROMWELL LLP
1700 New York Avenue, NW, Suite 700
Washington, D.C. 20006
(202) 956-7500

*Attorneys for Defendants Nomura Holding America Inc., Nomura Asset Acceptance Corporation, Nomura Home Equity Loan, Inc., Nomura Credit & Capital, Inc., Nomura Securities International, Inc., David Findlay, John McCarthy, John P. Graham, Nathan Gorin, and N. Dante LaRocca*

Hon. Denise L. Cote                                                                -6-

/s/ Thomas C. Rice
Thomas C. Rice
(trice@stblaw.com)
David J. Woll
(dwoll@stblaw.com)
Andrew T. Frankel (afrankel@stblaw.com)
Alan Turner
(aturner@stblaw.com)
Craig S. Waldman
(cwaldman@stblaw.com)
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017
Telephone: 212-455-2000

*Attorneys for Defendant RBS Securities Inc.*