# APPENDIX A

## Pre-Settlement Documents - Nomura's Exhibit List

| Nomura Ex. No. | Bates Range | Document Description | Category |
|---|---|---|---|
| 15 | FHFA13013603 - 3615 | FM1 Credit Approval, dated December 16, 2005 | Certificate-specific internal memos, reports |
| 16 | FHFA04568773 - 8774 | HE3 Credit Approval, dated August 11, 2006 | Certificate-specific internal memos, reports |
| 17 | FHFA01041877 - 1878 | FM2 Credit Approval, dated October 3, 2006 | Certificate-specific internal memos, reports |
| 19 | FHFA04572921 - 2922 | 2007-1 Credit Approval, dated January 23, 2007 | Certificate-specific internal memos, reports |
| 20 | FHFA04592887 - 2888 | 2007-3 Credit Approval, dated April 19, 2007 | Certificate-specific internal memos, reports |
| 21 | FHFA04592876 - 2877 | 2007-3 Additional Credit Approval, dated April 26, 2007 | Certificate-specific internal memos, reports |
| 104 | FHFA11597973 - 7980 | WMC Operational Review, dated December 9, 2001 | Originator and counterparty reviews |
| 105 | FHFA11597970 - 7972 | WMC AMO Review, dated July 22, 2003 | Originator and counterparty reviews |
| 106 | FHFA11596540 - 6543 | Fremont AMO Review, dated February 19, 2004 | Originator and counterparty reviews |
| 107 | FHFA12992187 - 2190 | ResMae AMO Review, dated April 14, 2004 | Originator and counterparty reviews |
| 108 | FHFA13294939 - 4944 | People's Choice AMO Review, dated May 25, 2004 | Originator and counterparty reviews |
| 109 | FHFA13294962 - 4968 | NovaStar AMO Review, dated July 14, 2004 | Originator and counterparty reviews |
| 110 | FHFA13293318 - 3321 | Ownit AMO Review, dated August 14, 2004 | Originator and counterparty reviews |
| 111 | FHFA19172000 - 2005 | Nomura AMO Review, dated August 31, 2004 | Originator and counterparty reviews |
| 112 | FHFA13294891 - 4898 | EquiFirst AMO Review, dated September 23, 2004 | Originator and counterparty reviews |
| 113 | FHFA12992138 - 2143 | Aegis AMO Review, dated September 30, 2004 | Originator and counterparty reviews |
| 114 | FHFA13253473 - 3476 | Mandalay Mortgage AMO Review, dated November 2, 2004 | Originator and counterparty reviews |
| 115 | FHFA11596942 - 6947 | WMC AMO Review, dated Jaunary 12, 2005 | Originator and counterparty reviews |
| 116 | FHFA04385473 - 5477 | First NLC AMO Review, dated February 1, 2005 | Originator and counterparty reviews |
| 117 | FHFA03484206 - 4211 | First NLC AMO Review, dated April 20, 2005 | Originator and counterparty reviews |
| 118 | FHFA03310518 - 0537 | Fremont Non-Traditional Lending Operational Review, dated June 3, 2005 | Originator and counterparty reviews |
| 119 | FHFA00129493 - 9498 | Fremont AMO Review, dated August 31, 2005 | Originator and counterparty reviews |
| 120 | FHFA13238821 - 8826 | Fremont AMO Review, November 16, 2005 | Originator and counterparty reviews |
| 121 | FHFA00204580 - 4585 | People's Choice AMO Review, dated December 14, 2005 | Originator and counterparty reviews |
| 122 | FHFA13253477 - 3482 | Nomura AMO Review, dated March 14, 2006 | Originator and counterparty reviews |
| 123 | FHFA15803751 - 3756 | ResMAE Counterparty Financial Review, dated May 2, 2006 | Originator and counterparty reviews |
| 125 | FHFA01864567 - 4572 | NovaStar Subprime Origination Operational Review, July 1, 2006 | Originator and counterparty reviews |

## Pre-Settlement Documents - Nomura's Exhibit List

| Nomura Ex. No. | Bates Range | Document Description | Category |
|---|---|---|---|
| 127 | FHFA00129445 - 9451 | Aegis AMO Review, dated January 17, 2007 | Originator and counterparty reviews |
| 153 | FHFA08981093 - 1097 | Freddie Mac Bulletin, dated December 10, 1990 | Other irrelevant documents |
| 160 | FHFA11755877 - 5880 | Employee Performance Management (EPM) Form, dated March 16, 2003 | Other irrelevant documents |
| 164 | FHFA12992164 - 2167 | AMO Subprime Origination Operation Review, dated February 18, 2004 | Originator and counterparty reviews |
| 168 | FHFA04843590 - 3595 | MI&S - 100 Mortgage/Mortgage-Related Securities Investment Policy, dated April 30, 2004 | GSE non-PLS policies and procedures |
| 169 | FHFA16965493 - 5529 | MI&S 101 - Mortgage Portfolio Investment Procedure, dated April 30, 2004 | GSE PLS policies and procedures |
| 170 | FHFA04340632 - 0638 | Memorandum from Greg Kuper, dated August 2, 2004 | Originator reviews |
| 171 | FHFA13242053 - 2071 | Memorandum from Rachel Jadao, Joe Athy and Melissa Ballenger, dated September 30, 2004 | GSE non-PLS policies and procedures |
| 173 | FHFA13242122 - 2130 | CRCM 100: Credit Risk Management Policy - Non-Agency Credit Risk in Investment Business/Retained Portfolio, dated November 1, 2004 | GSE PLS policies and procedures |
| 174 | FHFA01377646 - 7655 | Freddie Mac Organization Charts, dated December 31, 2004 | GSE organization charts |
| 175 | FHFA11441952 - 1957 | Investment Securities, dated January 1, 2005 | GSE non-PLS policies and procedures |
| 176 | FHFA11441958 - 1968 | Impairment, dated January 1, 2005 | GSE non-PLS policies and procedures |
| 177 | FHFA01077058 - 7082 | Memorandum from David Andrukonis, dated January 31, 2005 | GSE committee minutes, agendas and related emails |
| 178 | FHFA03385638 - 5640 | CRO Assessment Current MABS Deal Evaluation Review, dated February, 2005 | GSE PLS policies and procedures |
| 179 | FHFA11984576 - 4578 | CRO Assessment Current MABS Deal Evaluation Review, dated February 2005 | GSE PLS policies and procedures |
| 180 | FHFA04385471 - 5477 | Email from Christopher Wagner, dated February 21, 2005 [and attachment] | Originator and counterparty reviews |
| 183 | FHFA04340539 - 0631 | Private Label Review Process and Procedures,dated March 2005 | GSE PLS policies and procedures |

# Pre-Settlement Documents - Nomura's Exhibit List

| Nomura Ex. No. | Bates Range | Document Description | Category |
|---|---|---|---|
| 185 | FHFA03309713 - 9718 | Memorandum from Adolfo Marzol, dated March 4, 2005 | GSE PLS policies and procedures |
| 186 | FHFA13305945 - 5962 | Investments & Capital Markets - Asset & Liability Management Plan, dated April 1, 2005 | GSE non-PLS policies and procedures |
| 190 | FHFA11971617 - 1633 | Operational Review Procedures Alternative Market Operations, dated May, 2005 | GSE non-PLS policies and procedures |
| 193 | FHFA17549226 - 9299 | Memorandum from Frank Vetrano, dated May 25, 2005 | GSE PLS policies and procedures |
| 196 | FHFA00515695 - 5698 | Memorandum from Frank Vetrano, dated June 28, 2005 | GSE PLS policies and procedures over time; internal emails and memoranda regarding models and modeling unrelated to any Certificate |
| 197 | FHFA11984649 - 4653 | Memorandum from Frank Vetrano, dated June 30, 2005 | GSE PLS policies and procedures |
| 199 | FHFA11728571 - 8576 | Mortgage ABS - Highlights for May 2005 Data (July 2005 Meeting) | GSE committee minutes, agendas and related emails |
| 202 | FHFA17519140 | Memorandum from Frank Vetrano, dated July 8, 2005 | GSE PLS policies and procedures |
| 205 | FHFA00000899 - 0912 | Private Label Securities- Credit Policies, Procedures and Delegated Authorities, dated July 13, 2005 | GSE PLS policies and procedures |
| 206 | FHFA17549160 - 9161 | ABS Baseline Review Outline Draft, dated July 18, 2005 | GSE PLS policies and procedures |
| 209 | FHFA11701377 - 1378 | Email from Steve Keleher, dated July 29, 2005 | Other irrelevant documents |
| 210 | FHFA01377726 - 7737 | Freddie Mac Organization Charts, dated August 1, 2005 | GSE organization charts |
| 212 | FHFA11971359 - 1366 | Operational Review Procedures: Alternative Market Operations, dated August 2005 | GSE non-PLS policies and procedures |
| 214 | FHFA03460037 - 0039 | Email from Kent Willard, dated August 15, 2005 | Internal emails and memoranda regarding models and modeling unrelated to any Certificate |
| 215 | FHFA14631327 - 1330 | CRO Assessment Review of New MABS Deal Evaluation Process, dated August 18, 2005 | GSE PLS policies and procedures |

3

**Pre-Settlement Documents - Nomura's Exhibit List**

| Nomura Ex. No. | Bates Range | Document Description | Category |
|---|---|---|---|
| 216 | FHFA17020595 - 0603 | Email from John Ingram, dated August 19, 2005 | GSE single-family senior executive emails, memos and presentations unrelated to PLS |
| 217 | FHFA01716940 - 6945 | Memorandum from Bruce Wood and Kevin Palmer, dated August 23, 2005 | GSE PLS policies and procedures |
| 218 | FHFA01170224 - 0231 | Email from Kevin Palmer, dated August 30, 2005 [and attachments] | GSE PLS policies and procedures |
| 220 | FHFA14631326 - 1330 | Meeting Appointment, dated August 31, 2005 [and attachment] | Internal emails and memoranda regarding models and modeling unrelated to any Certificate |
| 221 | FHFA01377738 - 7750 | Freddie Mac Organization Charts, dated September 1, 2005 | GSE organization charts |
| 223 | FHFA04385356 - 5357 FHFA04385376 - 5379 | Email from Bruce Wood, dated September 8, 2005 [and attachment] | GSE PLS policies and procedures |
| 224 | FHFA11442046 - 2050 | Other-Than-Temporary Impairment: 4 - Step Process, dated September 12, 2005 | GSE non-PLS policies and procedures |
| 227 | FHFA00515681 FHFA00515689 FHFA00515695 - 5702 | Email from Kevin Palmer, dated September 23, 2005 [and attachments] | GSE PLS policies and procedures; internal emails and memoranda regarding models and modeling unrelated to any Certificate |
| 228 | FHFA04849338 - 9346 | Credit Risk Oversight, dated September 26, 2005 | Presentation to Rating Agencies; GSE organization charts |
| 230 | FHFA01170382 - 0405 | Email from Frank Vetrano, dated September 27, 2005 [and attachments] | Internal emails and memoranda regarding models and modeling unrelated to any Certificate |
| 231 | FHFA00262974 FHFA00262976 - 3007 | Email from Frank Vetrano, dated September 28, 2005 [and attachment] | GSE PLS policies and procedures |
| 234 | FHFA01134035 - 4127 | Single Family Mortgage Business: Credit Delegation, dated October 2005 | GSE single-family senior executive emails, memos and presentations unrelated to PLS |
| 235 | FHFA01170438 FHFA01170440 - 0441 | Email from Frank Vetrano, dated October 5, 2005 [and attachment] | Internal emails and memoranda regarding models and modeling unrelated to any Certificate |

# Pre-Settlement Documents - Nomura's Exhibit List

| Nomura Ex. No. | Bates Range | Document Description | Category |
|---|---|---|---|
| 236 | FHFA01170458 - FHFA01170460 - 0461 | Email from Kevin Palmer, dated October 11, 2005 [and attachment] | Internal emails and memoranda regarding models and modeling unrelated to any Certificate<br>GSE PLS policies and procedures over time |
| 242 | FHFA13249709 - 9726 | Non-Traditional Lending Operational Review of Countrywide, dated November 2005 | Originator and counterparty reviews |
| 243 | FHFA11984684 - 4689 | Memorandum from Bruce Wood and Kevin Palmer, dated November 4, 2005 | GSE PLS policies and procedures |
| 244 | FHFA00519190 - 9191 | Memorandum from Stacey Kenneweg, dated November 8, 2005 | Counterparty review/approval/downgrade |
| 245 | FHFA03526436 - 6437 | Email from Mark Winer, dated November 18, 2005 | GSE committee minutes, agendas and related emails |
| 247 | FHFA02920237 - 0255 | Audit Report- Mortgage Securities Portfolio Acquisitions and Trading Ausit, dated November 23, 2005 | GSE non-PLS policies and procedures<br>GSE PLS policies and procedures over time |
| 253 | FHFA18225989 - 6029 | Risk Measurement & Capital Strategy:  Strategic Perspective, dated December 2005 | Other irrelevant documents |
| 255 | FHFA00001480 - 1482 | Email from Kevin Palmer, dated December 7, 2005 [and attachment] | Certificate-specific internal memos, reports and emails |
| 261 | FHFA01041174 | Spreadsheet titled NHELI 2006 - FM1, dated December 15, 2005 | Certificate-specific internal memos, reports and emails |
| 263 | FHFA11913528 - 3529 | Email from Steve Keleher, dated January 4, 2006 | Other irrelevant documents |
| 266 | FHFA02188643 - 8655 | Loss Severity Trend: 1987 - 2005, dated January 20, 2006 | Internal emails and memoranda regarding models and modeling unrelated to any Certificate |
| 269 | FHFA02325659 - 5685 | Memorandum from Stan Martin, dated January 31, 2006 | GSE single-family senior executive emails, memos and presentations unrelated to PLS |
| 271 | FHFA01206065 - 6087 | ICM All-Staff Meeting, dated February 2, 2006 | GSE committee minutes, agendas and related emails |
| 272 | FHFA01206065 - 6087 | Presentation titled ICM All-Staff Meeting, dated February 2, 2006 | GSE committee minutes, agendas and related emails |

**Pre-Settlement Documents - Nomura's Exhibit List**

| Nomura Ex. No. | Bates Range | Document Description | Category |
|---|---|---|---|
| 275 | FHFA13242004 - 2005 | Email from Thomas Flynn, dated February 20, 2006 | GSE PLS policies and procedures |
| 276 | FHFA04850063 - 0079 | 2005 Operational Review Summary | Originator and counterparty reviews |
| 278 | FHFA01077075 - 7078 | Memorandum from Ray Romano and Jim Berkovec, dated February 23, 2006 | GSE committee minutes, agendas and related emails |
| 280 | FHFA02554687 - 4688 | Subprime Announcement Qs&As, dated February 27, 2006 | GSE committee minutes, agendas and related emails |
| 293 | FHFA01206471 - 6473 | PM&P - 100 Non-Agency Mortgage ABS Credit Analysis Policy, dated March 23, 2006 | GSE PLS policies and procedures |
| 295 | FHFA16915950 | Email from Frank Vetrano, dated March 24, 2006 | GSE PLS policies and procedures |
| 297 | FHFA01121064 - 1071 | Memorandum from Frank Vetrano, dated March 28, 2006 | Internal emails and memoranda regarding models and modeling unrelated to any Certificate; GSE PLS policies and procedures |
| 298 | FHFA04520491 - 0498 | Reasonableness of Subprime DEFCAP Model - Rationale, dated March 28, 2006 | internal emails and memoranda regarding models and modeling unrelated to any Certificate |
| 300 | FHFA12975181 - 5186 | MIS 101 - Mortgage Portfolio Investment Procedure, dated April 1, 2006 | GSE PLS policies and procedures |
| 301 | FHFA14680368 - 0375 | MIS-100 Mortgage Portfolio Investment Procedure, dated April 1, 2006 | GSE PLS policies and procedures |
| 302 | FHFA00519256 - 9257 | Nomura Credit & Capital Inc - New Applicant Review, dated April 4, 2006 | Originator and counterparty reviews |
| 310 | FHFA11968952 - 8953 FHFA11968990 - 8997 | Email from John Dimitri, dated April 18, 2006 [and attachment] | Originator and counterparty reviews |
| 314 | FHFA11625649 - 5714 | PM&P 101-Non-Agency Mortgage ABS Credit Analysis Procedure, dated April 25, 2006 | GSE PLS policies and procedures |
| 318 | FHFA03703483 - 3523 | Risk Measurement & Capital Strategy: Strategic Perspective, dated March-May 2006 | Other irrelevant documents |
| 329 | FHFA01485802 - 5813 | CCRM 100: Credit Risk Management Policy - Counterparty Credit Risk Management in Capital Markets, dated May 19, 2006. | GSE PLS policies and procedures over time |

# Pre-Settlement Documents - Nomura's Exhibit List

| Nomura Ex. No. | Bates Range | Document Description | Category |
|---|---|---|---|
| 332 | FHFA03484029 FHFA03484111 - 4132 | Email from Maria Kardash, dated May 24, 2006 [and attachment] | GSE non-PLS policies and procedures; GSE PLS policies and procedures over time |
| 337 | FHFA11971195 - 1200 | AMO Job Checklist, dated June 1, 2006 | GSE non-PLS policies and procedures |
| 338 | FHFA01391810 - 1825 | Mortgage ABS Counterparty Credit Risk Management Framework, dated June 2006 | GSE PLS policies and procedures |
| 341 | FHFA00514097 - 4099 | Email from Stacey Kenneweg, dated June 9, 2006 [and attachments] | GSE committee minutes, agendas and related emails |
| 343 | FHFA03484203 - 4211 | Email from Mary Jo Whipple, dated June 16, 2006 [and attachment] | Originator and counterparty reviews |
| 344 | FHFA03500801 - 0802 FHFA03500804 - 0809 | Email from Mary Jo Whipple, dated June 16, 2006 [and attachment] | Originator and counterparty reviews |
| 347 | FHFA01480636 | Credit Risk Subcommittee Charter, dated June 22, 2006 | GSE PLS policies and procedures |
| 348 | FHFA11748342 - 8344 | Memorandum from Bruce Wood and Xiaojuan Wang, dated June 22, 2006 | GSE PLS policies and procedures |
| 351 | FHFA04478853 FHFA04478858 - 8866 | Email from Mitchell Post, dated June 29, 2006 [and attachments] | internal emails and memoranda regarding models and modeling unrelated to any Certificate |
| 365 | FHFA01041875 | Spreadsheet titled NHELI 2006 - HE3 Subprime, dated July 24, 2006 | Certificate-specific internal memos, reports and emails |
| 371 | FHFA01142635 - 2649 | I&CM Credit Committee Package Non-Agency, dated August 2006 | GSE committee minutes, agendas and related emails |
| 384 | FHFA02523853 - 3856 | Email from Ronald Feigles, dated August 29, 2006 | Internal emails and memoranda regarding models and modeling unrelated to any Certificate |
| 388 | FHFA03703556 - 3592 | Risk Measurement & Capital Strategy: Strategic Perspective, dated September, 2006 | Other irrelevant documents |
| 390 | FHFA03343725 - 3727 | Letter from Robert Fishman, dated September 6, 2006 | GSE committee minutes, agendas and related emails |
| 401 | FHFA01041894 | Spreadsheet titled NHELI 2006 - FM2 Subprime, dated October 3, 2006 | Certificate-specific internal memos, reports and emails |
| 403 | FHFA01488127 - 8140 | Credit Risk Oversight, dated October 13, 2006 | GSE PLS policies and procedures |

7

## Pre-Settlement Documents - Nomura's Exhibit List

| Nomura Ex. No. | Bates Range | Document Description | Category |
|---|---|---|---|
| 411 | FHFA01377892 - 7903 | Freddie Mac Organizational Spreadsheets, dated October 31, 2006 | GSE organization charts |
| 419 | FHFA18452784 - 2791 | Email from Bhanu Frueh, dated November 15, 2006 [and attachment] | Other irrelevant documents |
| 421 | FHFA16967206 - 7207 | Memorandum from Patti Cook, dated November 20, 2006 | GSE organization charts |
| 423 | FHFA01391808 FHFA01391810 - 1825 | Email from Kevin Palmer, dated November 27, 2006 [and attachment] | GSE PLS policies and procedures over time |
| 425 | FHFA00000134 | Freddie Mac Organizational Chart, dated November 30, 2006 | GSE organization charts |
| 431 | FHFA16052156 - 2194 | Risk Measurement & Capital Strategy: Strategic Perspective, dated November-December 2006 | Other irrelevant documents |
| 432 | FHFA11556721 - 6736 | Mortgage ABS Industry Review, dated December 2006 | Originator and counterparty reviews |
| 434 | FHFA00518145 FHFA00518158 | Email from Xiaojuan Wang, dated December 5, 2006 [and attachment] | GSE committee minutes, agendas and related emails |
| 437 | FHFA00518367 FHFA00518397 - 8399 | Email from Betty Gordon, dated December 7, 2006 [and attachment] | GSE committee minutes, agendas and related emails |
| 438 | FHFA00518535 - 8538 | Email from Stacey Kenneweg, dated December 8, 2006 [and attachment] | Counterparty review/approval/downgrade |
| 439 | FHFA00518537 - 8538 | Memorandum from Stacey Kenneweg, dated December 8, 2006 | Counterparty review/approval/downgrade |
| 445 | FHFA00518484 | Enterprise Risk Management Committee, dated December 13, 2006 | GSE committee minutes, agendas and related emails |
| 446 | FHFA04851484 - 1497 | Housing and Unemployment: Trends and Model Accuracy, dated December 13, 2006, dated December 13, 2006 | GSE committee minutes, agendas and related emails |
| 449 | FHFA09606658 - 6660 | Mortgage Investments & Structuring Transation Limits, dated December 15, 2006 | GSE PLS policies and procedures |
| 450 | FHFA02132020 | Memorandum from Stacey Kenneweg, dated December 22, 2006 | Certificate-specific internal memos, reports and emails |
| 455 | FHFA02344966 - 4989 | Subprime Strategy Working Paper, dated January 2007 | GSE committee minutes, agendas and related emails |

8

**Pre-Settlement Documents - Nomura's Exhibit List**

| Nomura Ex. No. | Bates Range | Document Description | Category |
|---|---|---|---|
| 473 | FHFA18411369 - 1370 | Current Risk Concerns, dated January 19, 2007 | GSE committee minutes, agendas, and related emails |
| 483 | FHFA18411401 | Subprime Lending Standards: Press Talking Points, dated February 1, 2007 | GSE committee minutes, agendas, and related emails |
| 485 | FHFA01083422 - 3514 | Freddie Mac's Strategic Landscape and Options, dated February 3, 2007 | GSE committee minutes, agendas and related emails |
| 486 | FHFA01083422 - 3514 | Presentation titled Freddie Mac's Strategic Landscape and Options, dated February 3, 2007 | GSE committee minutes, agendas and related emails |
| 487 | FHFA02344965 - 4989 | Outlook Event, dated February 5, 2007 [and attachment] | GSE committee minutes, agendas and related emails |
| 490 | FHFA19136587 - 6674 | Freddie Mac's Strategic Landscape and Options Presentation Deck, dated February 6, 2007 | GSE committee minutes, agendas, and related emails |
| 491 | FHFA00775245 - 5247 FHFA00775273 - 5293 | Email from David Cook, dated February 7, 2007 [and attachments] | GSE committee minutes, agendas and related emails |
| 499 | FHFA01083845 - 3884 | Pre-Reading on Business Strategy, Supplementary Exhibits, dated February 16, 2007 | GSE committee minutes, agendas and related emails |
| 500 | FHFA01692214 | Email from Raymond Romano, dated February 20, 2007 | Internal emails and memoranda regarding models and modeling unrelated to any Certificate |
| 501 | FHFA00432521 - 2548 | Credit Risk Sub-Committee Meeting Agenda, dated February 22, 2007 | GSE committee minutes, agendas and related emails |
| 508 | FHFA16965638 - 5639 | Email from Bruce Wood, dated February 26, 2007 | GSE PLS policies and procedures |
| 509 | FHFA17545629 - 5630 | Mortgage Investments & Structuring Transaction Limits, dated February 26, 2007 | GSE PLS policies and procedures |
| 510 | FHFA02554684 FHFA02554687 - 4688 | Email from Dan Smith, dated February 27, 2007 [and attachment] | GSE committee minutes, agendas and related emails |
| 514 | FHFA01084113 - 4191 | Presentation titled Freddie Mac's Business Strategy: Board of Directors Meeting, dated March 2, 2007 | GSE committee minutes, agendas and related emails |
| 524 | FHFA03344375 - 4377 | Memorandum from Stacey Kenneweg, dated March 12, 2007 | Originator and counterparty reviews |
| 527 | FHFA03344371 FHFA03344375 - 4379 | Email from Stacey Kenneweg, dated March 15, 2007 [and attachments] | Originator and counterparty reviews |

## Pre-Settlement Documents - Nomura's Exhibit List

| Nomura Ex. No. | Bates Range | Document Description | Category |
|---|---|---|---|
| 535 | FHFA02132019 | Memorandum from Stacey Kenneweg, dated March 23, 2007 | Certificate-specific internal memos, reports and emails |
| 540 | FHFA11953020 - 3023 | Q1 2007 SFAS 115 Security Impairment Process, dated March 31, 2007 | GSE non-PLS policies and procedures |
| 541 | FHFA03703593 - 3641 | Risk Measurement & Capital Strategy: Strategic Perspective, dated January - March 2007 | Other irrelevant documents |
| 545 | FHFA12500551 - 0565 | Street Research on Subprime, dated April 10, 2007 | GSE committee minutes, agendas, and related emails |
| 547 | FHFA02131910 - 1912 | Memorandum from Stacey Kenneweg, dated April 11, 2007 | GSE PLS policies and procedures over time |
| 549 | FHFA03656534 - 6555 | Integration of CCRM with ERO - Training Session, dated April 13, 2007 | Other irrelevant documents; GSE organization charts |
| 553 | FHFA18273907 - 3913 | Testimony of Richard F. Syron, dated April 17, 2007 | Other irrelevant documents |
| 556 | FHFA01055923 | Spreadsheet titled NHELI 2007 - 3, dated April 18, 2007 | Certificate-specific internal memos, reports and emails |
| 564 | FHFA01482080 - 2096 | Mortgage Investment and Structuring - 2007 Update, dated April 26, 2007 | GSE PLS policies and procedures |
| 568 | FHFA04615717 | Memorandum from Stacey Kenneweg, dated April 27, 2007. | Certificate-specific internal memos, reports and emails |
| 569 | FHFA13621320 - 1322 | Email from Bruce Wood, dated April 27, 2007 | Originator and counterparty reviews |
| 612 | FHFA01731948 - 1949 | Email from Enrico Dallavecchia, dated July 16, 2007 | GSE non-PLS policies and procedures; GSE PLS policies and procedures |
| 906 | FHFA13305680 - 5684 | Impairment Review Committee Charter, dated April 9, 2011 | GSE non-PLS policies and procedures |
| 1093 | FHFA00000001 - 0124 | Officers Organization Charts | GSE organization charts |
| 1094 | FHFA01041486 | Spreadsheet bearing production number FHFA01041486 | Certificate-specific internal memos, reports and emails |
| 1095 | FHFA01493806 - 3809 | Why We Need to Act | GSE committee minutes, agendas and related emails |
| 1101 | FHFA00204880 - 4882 | Credit Risk Management State of the Portfolio 4th Qtr. 2005 | Other irrelevant documents |

10

# Pre-Settlement Documents - Nomura's Exhibit List

| Nomura Ex. No. | Bates Range | Document Description | Category |
|---|---|---|---|
| 1102 | FHFA01078385 - 8387 | CRO Phase 1: Monthly Highlights for September 2006 | GSE committee minutes, agendas and related emails |
| 1105 | FHFA03485720 - 5726 | Couterparty Exposure Procedure | GSE non-PLS policies and procedures |
| 1106 | FHFA03501536 - 1543 | Portfolio Review: Home Equity Floaters | GSE non-PLS policies and procedures |
| 1108 | FHFA11635359 - 5363 | CJ Zhao Notes, dated 2005 | Other irrelevant documents |
| 1109 | FHFA18225045 - 5050 | Counterparty Credit Director Job Description | Other irrelevant documents |

## Pre-Settlement Documents - RBS' Exhibit List

| RBS Ex. No. | Beginning Bates | End Bates | Document Description | Category |
|---|---|---|---|---|
| 2 | FHFA04568773 | FHFA04568774 | HE3 Credit Approval | Certificate-specific internal memos, reports and emails |
| 4 | FHFA04572921 | FHFA04572922 | 2007-2 Credit Approval | Certificate-specific internal memos, reports and emails |
| 11 | FHFA13294939 | FHFA13294944 | People's Choice AMO Review | Originator and counterparty reviews |
| 12 | FHFA00204580 | FHFA00204585 | People's Choice AMO Review | Originator and counterparty reviews |
| 13 | FHFA13293318 | FHFA13293321 | Ownit AMO Review | Originator and counterparty reviews |
| 14 | FHFA13294891 | FHFA13294898 | EquiFirst AMO Review | Originator and counterparty reviews |
| 16 | FHFA04385473 | FHFA04385477 | First NLC AMO Review | Originator and counterparty reviews |
| 17 | FHFA03484206 | FHFA03484211 | First NLC AMO Review | Originator and counterparty reviews |
| 18 | FHFA11596540 | FHFA11596543 | Fremont AMO Review | Originator and counterparty reviews |
| 19 | FHFA00129493 | FHFA00129498 | Fremont AMO Review | Originator and counterparty reviews |
| 21 | FHFA19172000 | FHFA19172005 | Nomura AMO Review | Originator and counterparty reviews |
| 22 | FHFA13253477 | FHFA13253482 | Nomura AMO Review | Originator and counterparty reviews |
| 165 | FHFA17546697 | FHFA17546698 | Email from Donald Bisenius to Robert Tsien re: Subprime lending. | GSE single-family senior executive emails, memos and presentations unrelated to PLS |
| 166 | FHFA03385638 | FHFA03385640 | CRO Assessment Current MABS Deal Evaluation Review | GSE PLS policies and procedures |
| 168 | FHFA01284085 | FHFA01284085 | Email from Eric Rosenblatt to Bob Engelstad FW: amortization schedule option arm to 30 | GSE single-family senior executive emails, memos and presentations unrelated to PLS |
| 169 | FHFA14631326 | FHFA14631330 | Meeting Invitation with Attachment of the CRO Assessment: Review of New MABS Deal Evaluation Process dated August 18, 2005 | GSE PLS policies and procedures |
| 171 | FHFA03526436 | FHFA03526437 | Email from Mark Winer to Cathy Herchenroeder FW: Deliverable-MBS Alignment Committee | GSE committee minutes, agendas and related emails |
| 172 | FHFA00204880 | FHFA00204882 | Draft of the Credit Risk Management State of the Portfolio 4th Qtr. of 2005. | GSE committee minutes, agendas and related emails |

## Pre-Settlement Documents - RBS' Exhibit List

| RBS Ex. No. | Beginning Bates | End Bates | Document Description | Category |
|---|---|---|---|---|
| 177 | FHFA01206471 | FHFA01206473 | PM&P -100 Non-Agency MABS Credit Analysis Policy | GSE PLS policies and procedures |
| 178 | FHFA14680368 | FHFA14680375 | MIS 101 Mortgage Portfolio Investment Procedure | GSE PLS policies and procedures |
| 179 | FHFA00517894 | FHFA00517959 | PM&P 101 Non-Agency Mortgage ABS Credit Analysis Procedure | GSE PLS policies and procedures |
| 183 | FHFA11448211 | FHFA11448218 | Email from Ronald Feigles to Jeffery Powell FW: E-STORE: Re: Alternative Market Operational Report Changes. | GSE non-PLS policies and procedures; Originator and counterparty reviews |
| 184 | FHFA11752716 | FHFA11752719 | Draft letter from Kyle Roberts, OFHEO Deputy Examiner-in-Charge, to Freddie Mac | internal emails and memoranda regarding models and modeling unrelated to any Certificate |
| 185 | FHFA00518860 | FHFA00518860 | Email from Stacey kenneweg to Bruce Wood re: Subprime Trouble Brewing | Other irrelevant documents |
| 186 | FHFA04573281 | FHFA04573282 | Email from Chad Levrini to Kevin Palmer; Re'' Credit Approval | Certificate-specific internal memos, reports and emails |
| 188 | FHFA03502739 | FHFA03502756 | Subprime Spillover Presentation | GSE committee minutes, agendas and related emails |
| 189 | FHFA17535240 | FHFA17535400 | Fatal Flaw Draft of the 2006 Annual Report | Other irrelevant documents |

13