**quinn emanuel** trial lawyers | washington, dc

777 Sixth Street NW, 11th Floor, Washington, District of Columbia 20001-3706 | TEL (202) 538-8000 | FAX (202) 538-8100

WRITER'S DIRECT DIAL NO.
**(202) 538-8101**

WRITER'S INTERNET ADDRESS
**joncorey@quinnemanuel.com**

<u>Via ECF</u>

April 30, 2015

The Honorable Denise L. Cote
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1610
New York, NY  10007-1312

Re:    *FHFA v. Nomura Holding Am. Inc., No. 11 Civ. 6201 (DLC) (S.D.N.Y.)*

Dear Judge Cote:

    We write on behalf of the Plaintiff Federal Housing Finance Agency ("FHFA") to respectfully give notice to the Court that Plaintiff plans to offer proposed redactions to the trial transcript of this proceeding.  These redactions mostly pertain to testimony disclosing third-party borrowers' confidential personal and financial information.  We anticipate very few, if any, redactions will be based on confidential trade secrets, proprietary business information or confidential supervisory material.

    Plaintiff and Defendants will meet and confer by May 15, 2015, and hope to arrive at jointly agreed-upon redactions no later than May 29, 2015.  Plaintiff requests that the entire trial transcript be withheld from ECF until the parties agree upon redactions, and the Court has ruled on them..  We will keep Your Honor advised of the status of our redaction discussions.

Respectfully submitted,

/s/ Jon Corey

Jon Corey

quinn emanuel urquhart & sullivan, llp

LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | HOUSTON | SEATTLE | LONDON | TOKYO | MANNHEIM | MOSCOW | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG | BRUSSELS