September 22, 2015

**VIA E-MAIL AND ECF**

The Honorable Denise L. Cote
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1610
New York, NY 10007-1312

Re:  *FHFA v. Nomura Holding America Inc.*, No. 11 Civ. 6201 (DLC)

Dear Judge Cote:

Plaintiff Federal Housing Finance Agency ("FHFA") writes regarding its Corrected Proposed Findings of Fact submitted to the Court in the above-captioned case on March 26, 2015.

The Court endorsed the Parties' proposed redactions to FHFA's Findings of Fact on March 9, 2015 (Dkt. 1395). FHFA then filed its Proposed Findings of Fact on March 17, 2015 (Dkt. 1478). The Parties have met and conferred and agree that there are no additional redactions to FHFA's Corrected Proposed Findings of Fact. FHFA respectfully requests that it be permitted to file its Corrected Proposed Findings of Fact with the Court's previously endorsed redactions. Defendants take no position on this request.


Respectfully Submitted,


/s/ *Philippe Z. Selendy*
Philippe Z. Selendy
(philippeselendy@quinnemanuel.com)
Jon D. Corey
(joncorey@quinnemanuel.com)
Adam M. Abensohn
(adamabensohn@quinnemanuel.com)
Andrew R. Dunlap
(andrewdunlap@quinnemanuel.com)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
(212) 849-7000

*Attorneys for Plaintiff Federal Housing Finance Agency*