USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: 7/9/18

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL HOUSING FINANCE AGENCY, etc., <br>                 Plaintiff, <br> -v- <br> NOMURA HOLDING AMERICA, INC., *et al.*, <br>                 Defendants. | No. 11-cv-6201 (DLC) <br><br> 11 cv 6201 <br><br> **NOTICE OF WITHDRAWAL OF APPEARANCE** |

PLEASE TAKE NOTICE that, pursuant to Rule 1.4 of the Local Rules for the United States District Courts for the Southern and Eastern Districts of New York, I, Lauren Weeman Misztal, an attorney with the law firm Quinn Emanuel Urquhart & Sullivan LLP, attorney for Plaintiff Federal Housing Finance Agency in the above-entitled action, hereby withdraw as an attorney of record as I am leaving Quinn Emanuel. The other Quinn Emanuel attorneys who have appeared in this case will continue to serve as counsel of record for Plaintiff in the above-referenced matter. I hereby request that my name and email address be removed from the case's official docket.

Dated: July 6, 2018

Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN LLP

By: */s/ Lauren Weeman Misztal*
Lauren Weeman Misztal (admitted *pro hac vice*)
1300 I Street, NW, Suite 900
Washington, DC 20005
(202) 538-8000 Tel.
(202) 538-8100 Fax
laurenmisztal@quinnemanuel.com

**IT IS SO ORDERED.**

Dated: July 9, 2018

_____
JUDGE DENISE L. COTE

UNITED STATES DISTRICT JUDGE