USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-19-2018

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

FEDERAL HOUSING FINANCE AGENCY, AS CONSERVATOR FOR THE FEDERAL NATIONAL MORTGAGE ASSOCIATION and THE FEDERAL HOME LOAN MORTGAGE CORPORATION,

Plaintiff,

-against-

NOMURA HOLDING AMERICA INC., ET AL.,

Defendants.

No. 11-cv-6201 (DLC)

ECF Case

**STIPULATION AND [PROPOSED] ORDER REGARDING TENDER OF CERTIFICATES IN ACCORDANCE WITH THE FINAL JUDGMENT**

---

## STIPULATION AND ~~PROPOSED~~ ORDER

**WHEREAS**, a Final Judgment (ECF No. 1717) was entered in the above action on the 15th day of May, 2015, in favor of Plaintiff Federal Housing Finance Agency ("FHFA"), as conservator of the Federal National Mortgage Association ("Fannie Mae") and the Federal Home Loan Mortgage Corporation ("Freddie Mac," and together with Fannie Mae, the "GSEs") and against Defendants Nomura Holding America, Inc. ("NHA"), Nomura Asset Acceptance Corporation ("NAAC"), Nomura Home Equity Loan, Inc. ("NHELI"), Nomura Credit & Capital, Inc. ("NCCI"), Nomura Securities International, Inc. ("NSI," and collectively with NHA, NAAC, NHELI and NCCI, "Nomura"), RBS Securities Inc. (f/k/a Greenwich Capital Markets, Inc., n/k/a NatWest Markets Securities Inc.) ("RBS"), David Findlay, John McCarthy, John P. Graham, Nathan Gorin, and N. Dante LaRocca, in the amount of $806,023,427 plus interest from the 15th day of May 2015, to be paid by Defendants in exchange for the return by the GSEs to Defendants of the seven residential mortgage-backed certificates (the "Certificates") specified in the Final Judgment;

**WHEREAS**, the Final Judgment provides in paragraphs 6(c) that, upon the satisfaction of certain conditions, Freddie Mac shall deliver the NHELI-2006-HE3-1A1 Certificate to whatever person or entity the paying Defendant designates;

**WHEREAS**, the Final Judgment provides in paragraphs 6(d)-(f) that, upon the satisfaction of certain conditions, Freddie Mac shall deliver to RBS the NHELI 2006-FM2 1A1, NHELI 2007-1 IIAI, and NHELI 2007-2 1A1 Certificates (together with the NHELI-2006-HE3-1A1 Certificate, the "RBS Certificates");

**WHEREAS**, RBS agrees that, as consideration for Nomura's agreement to make the payments required to satisfy the Final Judgment, Nomura, on RBS's behalf, may direct the location to which Freddie Mac shall deliver the RBS Certificates pursuant to the terms of the Final Judgment, and RBS further agrees that Freddie Mac, upon delivering the RBS Certificates to such person or entity as Nomura may direct, will have satisfied its obligations to RBS under the Final Judgment in respect of the RBS Certificates;

**WHEREAS**, Nomura directs that Freddie Mac shall deliver the RBS Certificates to NSI.

IT IS HEREBY STIPULATED AND AGREED:

1. The Final Judgment is modified as follows: Upon receipt of the payments specified in paragraphs 6(c)-(f), Freddie Mac shall deliver the RBS Certificates to NSI;

2. The Final Judgment shall remain in full force, pursuant to its terms, in all other respects.

**SO ORDERED**

By: _/s/ Denise Cote_

July 19, 2018

Dated: July 18, 2018

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: _____
Adam Abensohn
51 Madison Avenue, 22nd Floor
New York, NY 10010

*Attorneys for Plaintiff Federal Housing Finance Agency*

SULLIVAN & CROMWELL LLP

By: _____
David B. Tulchin
Steven L. Holley
Bruce E. Clark
125 Broad Street
New York, NY 10004

Amanda F. Davidoff
1700 New York Avenue, Suite 700
Washington, D.C. 20006

*Attorneys for Defendants Nomura Holding America Inc., Nomura Asset Acceptance Corporation, Nomura Home Equity Loan, Inc., Nomura Credit & Capital, Inc., Nomura Securities International, Inc., David Findlay, John McCarthy, John P. Graham, Nathan Gorin, and N. Dante LaRocca*

SIMPSON THACHER & BARTLETT LLP

By: _____
Andrew T. Frankel
425 Lexington Avenue
New York, NY 10017

*Attorneys for Defendant RBS Securities, Inc.*

Dated: July 18, 2018

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: _____
Adam Abensohn
51 Madison Avenue, 22nd Floor
New York, NY 10010

*Attorneys for Plaintiff Federal Housing Finance Agency*

SULLIVAN & CROMWELL LLP

By: _____
David B. Tulchin
Steven L. Holley
Bruce E. Clark
125 Broad Street
New York, NY 10004

Amanda F. Davidoff
1700 New York Avenue, Suite 700
Washington, D.C. 20006

*Attorneys for Defendants Nomura Holding America Inc., Nomura Asset Acceptance Corporation, Nomura Home Equity Loan, Inc., Nomura Credit & Capital, Inc., Nomura Securities International, Inc., David Findlay, John McCarthy, John P. Graham, Nathan Gorin, and N. Dante LaRocca*

SIMPSON THACHER & BARTLETT LLP

By: _____
Andrew T. Frankel
425 Lexington Avenue
New York, NY 10017

*Attorneys for Defendant RBS Securities, Inc.*