**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
(212) 849-7229

WRITER'S EMAIL ADDRESS
adamabensohn@quinnemanuel.com

August 3, 2018

<u>Via E-Mail</u>

The Honorable Robert Lehrburger
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1960
New York, NY 10007-1312

Re:   *FHFA v Nomura. Am. Holdings, Inc. et al.*, No. 11 Civ. 6201 (S.D.N.Y.) (DLC)

Dear Judge Lehrburger:

     I am writing on behalf of FHFA to follow up on the parties' ongoing efforts to resolve the issue of Plaintiffs' entitlement to additional attorney's fees in the above captioned matter. The parties continue to make progress in their negotiations, with their most recent discussions occurring yesterday, and do not think the Court's supervision is required at this juncture. If acceptable to Your Honor, the parties propose to continue with their effort at a negotiated resolution, and to report to the Court in ten more days, on August 13, 2018, as to the status of their ongoing discussions.

Respectfully submitted,

/s/ Adam Abensohn_____
Adam Abensohn

QUINN EMANUEL URQUHART &
SULLIVAN, LLP

*Counsel for Plaintiff Federal Housing Finance Agency*

cc: Counsel of record

quinn emanuel urquhart & sullivan, llp

LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | HOUSTON | SEATTLE | BOSTON | SALT LAKE CITY
LONDON | TOKYO | MANNHEIM | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG | BRUSSELS | ZURICH | SHANGHAI | PERTH | STUTTGART