D&F
8/30/18

August 29, 2018

<u>Via ECF</u>

The Honorable Denise L. Cote,
    United States District Judge,
        Daniel Patrick Moynihan United States Courthouse,
            500 Pearl Street, Room 1610,
                New York, New York 10007-1312.

The Honorable Robert Lehrburger
    United States Magistrate Judge
        Daniel Patrick Moynihan United States Courthouse
            500 Pearl Street, Room 1960
                New York, NY 10007-1312



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/30/18

        Re:    <u>FHFA v. Nomura Holding America, Inc., et al.</u>, 11 Civ. 6201 (S.D.N.Y.)

Dear Judges Cote and Lehrburger:

        The parties to the above-mentioned action write jointly to inform your Honors that they have resolved their dispute concerning attorneys' fees incurred by plaintiff in the period after August 26, 2015. The resulting settlement agreement is attached. We ask that Judge Cote retain jurisdiction to enforce the agreement until it is satisfied by payment of the amounts required thereunder.

                                                  Respectfully submitted,

                                                  Adam Abensohn
                                                  *Counsel for Plaintiff FHFA*

                                                  Amanda F. Davidoff
                                                  *Counsel for the Nomura Defendants*

                                                  Andrew Frankel
                                                  *Counsel for Defendant RBS
                                                  Securities, Inc.*

cc:    Counsel of Record via ECF