September 21, 2018

<u>Via ECF</u>

The Honorable Denise L. Cote,
    United States District Judge,
        Daniel Patrick Moynihan United States Courthouse,
            500 Pearl Street, Room 1610,
                New York, New York  10007-1312.

The Honorable Robert Lehrburger
    United States Magistrate Judge
        Daniel Patrick Moynihan United States Courthouse
            500 Pearl Street, Room 1960
                New York, NY 10007-1312

            Re:    <u>FHFA</u> v. <u>Nomura Holding America, Inc., et al.</u>, 11 Civ. 6201 (S.D.N.Y.)

Dear Judges Cote and Lehrburger:

        Counsel for Plaintiff and Defendants in the above-referenced action write jointly, at the suggestion of the Court's clerk, to advise that Defendants have made full payment, and thereby satisfied their obligations under the terms of the Agreement as to Appellate Attorneys' Fees forwarded by the parties to the Court on August 29, 2018 (ECF. No. 1887).

                                    Respectfully submitted,

| | |
|---|---|
| /s/ Adam Abensohn_____ | /s/ Amanda F. Davidoff_____ |
| Adam Abensohn | Amanda F. Davidoff |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | SULLIVAN & CROMWELL LLP |
| *Counsel for Plaintiff Federal Housing Finance Agency (as Conservator for The Federal National Mortgage Association and the Federal Home Loan Mortgage Corporation)* | *Counsel for Defendants Nomura Holding America Inc., Nomura Asset Acceptance Corporation, Nomura Home Equity Loan, Inc., Nomura Credit & Capital, Inc., Nomura Securities International, Inc., David Findlay, John McCarthy, John P. Graham, Nathan Gorin, and N. Dante LaRocca* |
| | /s/ Andrew Frankel_____ |
| | Andrew Frankel |
| | SIMPSON THACHER & BARTLETT LLP |
| | *Counsel for Defendant RBS Securities, Inc.* |

cc:    Counsel of Record via ECF